# EXHIBIT A



**U.S. Department of Justice**
Federal Bureau of Prisons

*Reentry Services Division*                                                                 Washington, D.C. 20534

February 21, 2025

**MEMORANDUM FOR ALL CHIEF EXECUTIVE OFFICERS**

| | |
|---|---|
| **FROM:** | **DANA R. DIGIACOMO, ACTING ASSISTANT DIRECTOR REENTRY SERVICES DIVISION** |
| | **S. SALEM, ASSISTANT DIRECTOR CORRECTIONAL PROGRAMS DIVISON** |
| **SUBJECT:** | Compliance with Executive Order "Defending Women from Gender Ideology Extremism and Restoring Biological Truth to the Federal Government" |

Executive Order (EO) 14166, *Defending Women from Gender Ideology Extremism and Restoring Biological Truth to the Federal Government*, was issued on January 20, 2025. On February 4, 2025, a nation-wide restraining order was issued which temporarily prohibits Bureau of Prisons (BOP) from implementing portions of the EO. Accordingly, the BOP will continue to provide medical and mental health care, as provided prior to the executive order, to the transgender population. Additionally, the EO does not supersede or change BOP's obligation to comply with Federal laws and regulations, including Prison Rape Elimination Act (PREA) and corresponding regulations.

Except as described above, BOP will comply with the executive order. Accordingly, the following guidance is provided:

**Preferred Pronouns**
Staff must refer to individuals by their legal name or pronouns corresponding to their biological sex. It is important that staff communicate effectively and professionally with ALL inmates.

**Purchases of Accommodations**
No appropriated funds should be utilized to purchase any items that align with transgender ideology (e.g., binders, stand-to-pee devices, hair removal devices, etc.).

**Suspension of Clothing Accommodations**
Requests for clothing accommodations, (e.g., issuance of smocks for male inmates and undergarments that do not align with an inmate's biological sex) will not be issued. Additionally, items previously purchased commissary items by inmates may remain in their possession.

**Staff Annual Training**
Annual Training for Fiscal Year 2025 has been updated. Updated training materials, including the revised PowerPoint, will be provided to your institutions shortly. Please ensure only the updated training is presented.

**Suspend all Transgender-Specific Programming**
Institutions must also halt all programs (Stronger Together Emerging Proud, Transition Acceptance, Resource Tools for Reentry for Transgender Individuals, Emerging Identity) specifically offered for self-identifying transgender individuals.

**Suspension of Pat Search Accommodations**
Pat search accommodations (i.e., permitting male inmates to be pat searched by female staff) are no longer authorized.

**Suspension of Transgender Executive Council**
The Transgender Executive Council has been renamed the Special Populations Oversight Committee (SPOC), and the associated mailbox previously utilized by the transgender population has been taken offline. This name change reflects our continued commitment to ensuring appropriate oversight and individualized assessments to serve special populations in the BOP. The SPOC will review designations and conduct case-by-case assessments, in consideration of and adherence to PREA. However, as per the EO, individuals will not be referred for gender affirming surgeries. Our focus remains on ensuring appropriate housing determinations and meeting the individual needs of those in our custody within the framework of existing statutes and policies.

Please ensure these directives are communicated to all relevant staff and implemented immediately. The safety and mental health of the individuals affected remain a top priority, and it is critical that these changes are carried out with the utmost care and sensitivity. If there are any concerns or additional needs identified during this process, please direct them through the appropriate channels.

Thank you for your attention and cooperation.