# EXHIBIT B



**U.S. Department of Justice**
**Federal Bureau of Prisons**

*Health Services Division*                                          *Washington, D.C. 20534*

**February 28, 2025**

MEMORANDUM FOR CHIEF EXECUTIVE OFFICERS

Digitally signed by CHRISTOPHER BINA
Date: 2025.02.28 14:19:08 -05'00'

FROM:             RADM Chris A. Bina, Assistant Director
                  Health Services Division

SUBJECT:          Executive Order 14168 Compliance


Consistent with Executive Order (EO) 14168, Defending Women from Gender Ideology Extremism and Restoring Biological Truth to the Federal Government, no Bureau of Prisons funds are to be expended for any medical procedure, treatment, or drug for the purpose of conforming an inmate's appearance to that of the opposite sex.

This policy is to be implemented in a manner consistent with applicable law including the Eighth Amendment.


cc: BOP Executive Team
    Health Services Division Employees
    Clinical Directors
    Health Services Administrators