IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALISHEA KINGDOM, SOLO NICHOLS, and JAS KAPULE *on behalf of themselves and all persons similarly situated*,<br><br>*Plaintiffs*<br><br>vs.<br><br>DONALD J. TRUMP, et al.<br><br>*Defendants*. | Case No. 1:25-cv-00691 |

### **ERRATA**

Plaintiffs, by and through their attorneys, respectfully submit this errata to their Complaint and refile the Complaint in order to correct the names of counsel for Plaintiffs in paragraph twenty-two and correct the contact information for counsel in the signature block.

Dated: March 10, 2025

David C. Fathi[†]
Maria V. Morris, D.C. 1697904
Elisa C. Epstein[†]
American Civil Liberties Union Foundation
915 15th Street, N.W.
Washington, D.C. 20005
Tel: 202-393-4930
dfathi@aclu.org
mmorris@aclu.org
eepstein@aclu.org

[†]*Not admitted in D.C.; practice limited to federal courts. Pro hac vice application forthcoming.*

Respectfully submitted,
 */s/ Michael Perloff*
Michael Perloff, D.C. Bar No. 1601047
Aditi Shah*
American Civil Liberties Union Foundation
of the District of Columbia
529 14th Street NW, Suite 722
Washington, D.C. 20045
(202) 457-0800
mperloff@acludc.org
ashah@acludc.org

*Not admitted in DC; practice limited to matters before federal courts and D.C. agencies.*

1

Corene T. Kendrick**
American Civil Liberties Union Foundation
425 California St., Ste. 700
San Francisco, CA 94104
Tel: 202-393-4930
ckendrick@aclu.org

Li Nowlin-Sohl**
(admitted only in Washington state)
Leslie Cooper**
Shana Knizhnik, DDC Bar ID. 120840
James D. Esseks**
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
Telephone: 212-549-2500
lnowlin-sohl@aclu.org
lcooper@aclu.org
sknizhnik@aclu.org
jesseks@aclu.org

Shawn Thomas Meerkamper**
Megan Z. F. Noor**
TRANSGENDER LAW CENTER
P.O. Box 70976
Oakland, CA 94612
Phone: (510) 587-9696
shawn@transgenderlawcenter.org
megan@transgenderlawcenter.org

Lynly S. Egyes**
Milo Inglehart**
TRANSGENDER LAW CENTER
594 Dean Street, Suite 11
Brooklyn, NY 11238
Phone: (510) 587-9696
lynly@transgenderlawcenter.org
milo@transgenderlawcenter.org

*** Pro hac vice application forthcoming.*

*Counsel for plaintiffs and the proposed class*