AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| Kingdom, et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:25-cv-00691 |
| Trump, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

all Plaintiffs.

Date: 03/10/2025

/s/ Maria Morris
*Attorney's signature*

Maria Morris (1697904)
*Printed name and bar number*

915 15th St. NW, Suite 700, Washington, DC 20005
*Address*

mmorris@aclu.org
*E-mail address*

(202) 393-4930
*Telephone number*

(202) 393-4931
*FAX number*