## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

ALISHEA KINGDOM, *et al.*,

            Plaintiffs,

    v.

DONALD J. TRUMP, *et al.*,

            Defendants.

Case No. 1:25-cv-00691-RCL

### [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION, TO STAY AGENCY ACTION, AND FOR PROVISIONAL CLASS CERTIFICATION

Upon consideration of Plaintiffs' Motion for a Preliminary Injunction, to Stay Agency Action, and for Provisional Class Certification, and any opposition and reply,

It appearing to the Court that Plaintiffs are likely to succeed on the merits of their action, that they will suffer irreparable injury if the requested relief is not issued, that the balance of the equities and public interest favor the entry of such an order,

And it further appearing to the Court that the proposed class satisfies the requirements of Fed. R. Civ. P. 23 in that the class is sufficiently numerous, satisfies the commonality, typicality, and adequacy requirements, and that Plaintiffs' counsel are qualified to serve as class counsel for the provisionally certified class, and that the proposed class should therefore be provisionally certified for purposes of the preliminary injunction, it therefore is

**ORDERED** that Plaintiffs' motion is **GRANTED**, and it is further

**ORDERED** that this case is provisionally certified as a class action on behalf of all persons who are or will be incarcerated in the custody of BOP who are or will be diagnosed with

gender dysphoria or meet the criteria for a gender dysphoria diagnosis and who are receiving, or would receive, gender-affirming health care absent such care being proscribed by EO 14168 and the Implementing Memoranda. It is further

**ORDERED** that Plaintiffs' counsel, from the American Civil Liberties Union, Transgender Law Center, and the attorneys from the American Civil Liberties Union Foundation of the District of Columbia, are hereby appointed as counsel for the provisionally certified Plaintiff Class. It is further

**ORDERED** that both the February 21, 2025 memorandum from BOP Reentry Services Division Acting Assistant Director Dana R. DiGiacomo and Correctional Programs Division Assistant Director Shane Salem and the February 28, 2025 memorandum from BOP Health Services Division Assistant Director Chris A. Bina implementing Executive Order 14168 are stayed pursuant to 5 U.S.C. § 705. It is further

**ORDERED** that Defendants Donald J. Trump, Pamela J. Bondi, William W. Lothrop, Christopher A. Bina, Dana R. DiGiacomo, and Shane Salem, in their official capacities, and their contractors, employees, and agents (i) are enjoined from enforcing Executive Order 14168 as applied to medical care and accommodations for people in the custody of the BOP and from enforcing the BOP's memoranda implementing Executive Order 14168, and (ii) shall provide and continue providing Plaintiffs and members of the proposed class gender-affirming hormone therapy and accommodations in accordance with BOP policy and practice immediately prior to Defendant Trump's issuance of Executive Order 14168 on January 20, 2025.

It is further **ORDERED** that this injunction shall be effective upon service on the Defendants, and no bond shall be required.

**SO ORDERED**.

Date: _____, 2025

_____
HONORABLE ROYCE C. LAMBERTH