IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALISHEA KINGDOM, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, *et al.*, <br><br> Defendants. | Civil Docket No. 1:25-cv-691 |

**CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

Pursuant to Federal Rule of Civil Procedure 6(b), Defendants respectfully move for a 4-day extension of their deadline to respond to Plaintiffs' motion for a preliminary injunction, from March 24, 2025 to March 28, 2025. Defendants have conferred with counsel for Plaintiffs, who consent to this motion. In support of this motion, Defendants state as follows:

1. Plaintiffs filed their complaint in this matter on March 7, 2025. The complaint challenges, among other things, Section 4(c) of Executive Order 14168, *Defending Women From Gender Ideology Extremism and Restoring Biological Truth to the Federal Government*, 90 Fed. Reg. 8615 (Jan. 20, 2025). Section 4(c) provides that the Attorney General shall ensure that "no Federal funds are expended for any medical procedure, treatment, or drug for the purpose of conforming an inmate's appearance to that of the opposite sex."

2. On March 17, 2025, Plaintiffs moved for a preliminary injunction, to stay agency action, and for provisional class certification. ECF. No. 7. Plaintiffs simultaneously moved for class certification. ECF No. 8. Under Local Rule 65.1(c),

Defendants' response to Plaintiffs' motion for a preliminary injunction is currently due on March 24, 2025.

3. There is good cause for an extension. Undersigned counsel is currently handling multiple other pressing matters involving recent Executive Orders, including preparing a TRO opposition this week and preparing for upcoming oral arguments in three other matters early next week. In addition, while Plaintiffs have moved for an injunction prohibiting the Bureau of Prisons from discontinuing hormone medication for inmates with gender dysphoria, all three named Plaintiffs are currently receiving hormone medication. A modest extension will allow Defendants to fully address the legal issues presented by Plaintiffs' motion.[1]

4. Accordingly, Defendants respectfully request a 4-day extension of time to respond to Plaintiffs' motion for a preliminary injunction. A proposed order is attached.

Dated: March 19, 2025

Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General

JEAN LIN
Special Litigation Counsel

/s/ *John Robinson*
JOHN ROBINSON (Bar No. 1044072)
ELIZABETH B. LAYENDECKER
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L. Street, NW
Washington D.C. 20005
(202) 616-8489
john.j.robinson@usdoj.gov

---

[1] Defendants also intend to respond to Plaintiffs' motion for class certification by March 28.