IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ALISHEA KINGDOM, et al.,

Plaintiffs,

v.

DONALD J. TRUMP, et al.,

Defendants.

Civil Docket No. 1:25-cv-691

**[PROPOSED] ORDER**

Upon consideration of Defendants' consent motion for an extension of time to respond to Plaintiffs' motion for a preliminary injunction, Defendants' motion is granted. Defendants' deadline to respond to Plaintiffs' motion for a preliminary injunction is extended to March 28, 2025.

DATED: 3/19/25

By: *Royce C. Lamberth*
Royce C. Lamberth
United States District Judge