IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KINGDOM, et al.<br><br>　　　　*Plaintiffs*,<br><br>　　v.<br><br>TRUMP, et al.<br><br>　　　　*Defendants*. | Case No. 1:25-cv-00691 |

### MOTION FOR ADMISSION OF DAVID FATHI *PRO HAC VICE*

Pursuant to Civil Local Rule 83.2(c), Plaintiff moves for the admission of David Fathi, *pro hac vice*, in the above-entitled action. Mr. Fathi is employed by the American Civil Liberties Union Foundation and is a member of the Washington State Bar. His declaration in support of this motion is filed herewith.

March 20, 2025

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　/s/ *Maria Morris*
　　　　　　　　　　　　　　　　　　Maria Morris (D.C. Bar No. 1697904)
　　　　　　　　　　　　　　　　　　American Civil Liberties Union Foundation
　　　　　　　　　　　　　　　　　　National Prison Project
　　　　　　　　　　　　　　　　　　915 15th Street, NW, Suite 700
　　　　　　　　　　　　　　　　　　Washington, DC 20005
　　　　　　　　　　　　　　　　　　202-393-4930
　　　　　　　　　　　　　　　　　　mmorris@aclu.org