AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | ) | |
|---|---|---|
| Kingdom, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:25-cv-00691 |
| Trump, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

all Plaintiffs.

Date:    03/27/2025

/s/ Leslie Cooper
*Attorney's signature*

Leslie Cooper (NY Bar Number 2759835)
*Printed name and bar number*

AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad Street, 18th Floor New York, New York, 10004
*Address*

lcooper@aclu.org
*E-mail address*

(212) 549-2584
*Telephone number*

(866) 339-7328
*FAX number*