IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALISHEA KINGDOM, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>Defendants. | Civil Docket No. 1:25-cv-691 |

**[PROPOSED] ORDER**

Upon consideration of Plaintiffs' motions for (i) a preliminary injunction, to stay agency action, and for provisional class certification, ECF No. 7, and (ii) class certification, ECF No. 8, and the record herein, it is hereby ordered that Plaintiffs' motions are DENIED.

DATED:_____          By:_____
                                          Royce C. Lamberth
                                          United States District Judge