AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| Kingdom, et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:25-cv-00691 |
| Trump, et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

all Plaintiffs                                                                                                            .

Date:   04/02/2025

/s/Shana Knizhnik
*Attorney's signature*

Shana Knizhnik, DDC Bar ID 120840
*Printed name and bar number*

AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
*Address*

sknizhnik@aclu.org
*E-mail address*

(917) 716-0609
*Telephone number*

*FAX number*