IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALISHEA KINGDOM, et al., | Case No. 1:25-cv-00691-RCL |
| Plaintiffs, | |
| v. | SUPPLEMENTAL DECLARATION OF ALISHEA SOPHIA KINGDOM |
| DONALD J. TRUMP, et al., | |
| Defendants. | |

My name is Alishea Sophia Kingdom.[1] I am over the age of 18 and fully competent to make this declaration. Under penalty of perjury, pursuant to 28 U.S.C. § 1746, I declare:

1. On Friday, March 14, 2025, I was called to the medical department at FCI Fairton, along with approximately 9 other transgender women. We were each called in to speak with Dr. Dimonte one-on-one.

2. When I was called into the exam room, Dr. Dimonte informed me that the decision to end hormone therapy at FCI Fairton had been "out of [his] hands." He explained that he had not agreed with that decision. Dr. Dimonte said that "this *Kingdom* case" was causing problems, and that after speaking with lawyers, he would be restarting hormone therapy for everyone at FCI Fairton who had previously been taken off their hormones.

3. On Tuesday, March 18, 2025, I picked up my testosterone blocker from medical. This was the first time I have had access to my testosterone blocker since before January 26,

---

[1] My legal name was Joshua Mueller. On March 6, 2025, I received in the mail a Cumberland County court order changing my legal name to Alishea Sophia Kingdom. My Federal Bureau of Prisons Register Number is 13131-089.

2025, when I was first told that I would no longer be receiving hormone therapy because of President Trump's Executive Order.

4. On Wednesday, March 19, 2025, I received my estrogen shot for first time since before January 26, 2025, when I was first told that I would no longer be receiving hormone therapy because of President Trump's Executive Order.

5. I do not know if or when my hormone therapy will be discontinued again.

6. As of April 3, 2025, FCI Fairton still will not provide feminine undergarments through laundry services and still will not allow me to purchase feminine commissary items.

I, Alicia Sophia Kingdom, declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and recollection.

Dated: 04/03/2025                                              /s/ Alishea Sophia Kingdom
                                                               Alishea Sophia Kingdom


I, Shawn Thomas Meerkamper, certify that I have read the foregoing to Alishea Kingdom, and that she affirmed that the foregoing is true and correct on 04/03/2025.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 04/03/2025                                              /s/ Shawn Thomas Meerkamper
                                                               Shawn Thomas Meerkamper