IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALISHEA KINGDOM, et al., <br><br> Plaintiffs, <br> v. <br> DONALD J. TRUMP, et al., <br><br> Defendants. | Case No. 1:25-cv-00691-RCL <br><br> **DECLARATION OF A.J. DICIESARE** |

My name is A.J. DiCiesare.[1] I am over the age of 18 and fully competent to make this declaration. Under penalty of perjury, pursuant to 28 U.S.C. § 1746, I declare:

1. I have been in BOP custody since April of 2019. In 2019, a BOP medical provider named Dr. Rogers diagnosed me with gender dysphoria and started me on hormone therapy.

2. I am currently incarcerated at FMC Carswell. There are approximately 50 other transgender men on hormone therapy here at FMC Carswell.

3. Since approximately January 21, 2025, BOP staff have consistently told me that BOP will be taking all of us off of our hormone therapy because of President Trump's Executive Order. They have been unwilling or unable to say when that will happen.

4. My doctor has told me that he does not know when my hormone therapy will be ended. He has said that the decision isn't his and he is waiting for instructions from his superiors.

---

[1] My legal name is Amber Diciesare. My Federal Bureau of Prisons Register Number is 78212-061.

5.     On March 19, I asked a nurse if he had heard anything about the status of hormone therapy in BOP. He told me that he did not know when hormone therapy would be ending.

6.     On February 27, 2025, FMC Carswell confiscated the boxers and chest binders that had been previously issued to us. My chest binder had been issued through the medical supply department. I asked the health administration supervisor why they were confiscating my medical device, and she explained that they were required to because of the Executive Order.

I, A.J. DiCiesare, declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and recollection.

Dated: 04/03/2025                                   /s/ A.J. DiCiesare
                                                    A.J. DiCiesare

I, Shawn Thomas Meerkamper, certify that I have read the foregoing to A.J. DiCiesare, and that he affirmed that the foregoing is true and correct on 04/03/2025.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 04/03/2025                                   /s/ Shawn Thomas Meerkamper
                                                    Shawn Thomas Meerkamper