## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ALISHEA KINGDOM, et al., | Case No. 1:25-cv-00691-RCL |
| Plaintiffs, | |
| v. | |
| DONALD J. TRUMP, et al., | |
| Defendants. | |

### JOINT STIPULATION REGARDING HEARING ON PLAINTIFFS' PENDING MOTIONS

On March 17, Plaintiffs filed a Motion for a Preliminary Injunction, To Stay Agency Action, and To Provisionally Certify the Class, ECF No. 7; they also filed a Motion for Class Certification, ECF No. 8. Defendants filed an opposition to both motions on March 28, ECF No. 36, and Plaintiffs intend to file replies in support of their motions later today.

The Parties conferred on the necessity of an oral hearing on the motions. Both sides agree that they do not require such a hearing and stipulate to that conclusion. Accordingly, they ask the Court to exercise its discretion to rule on the motions based on the papers. Should the Court determine that a hearing is necessary, the Parties are ready and available.

Dated: April 4, 2025

Respectfully submitted,

David C. Fathi† (*pro hac vice*)
Maria V. Morris, D.C. Bar. No. 1697904
Elisa C. Epstein† (*pro hac vice*)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
915 15th Street, N.W.
Washington, D.C. 20005
Tel: 202-393-4930
dfathi@aclu.org
mmorris@aclu.org
eepstein@aclu.org
† *Not admitted in D.C.; practice limited to
federal courts.*

/s/ Michael Perloff
Michael Perloff, D.C. Bar No. 1601047
Aditi Shah, D.C. Bar No. 90033136††
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF THE DISTRICT OF
COLUMBIA
529 14th Street NW, Suite 722
Washington, D.C. 20045
Tel: 202-457-0800
mperloff@acludc.org
ashah@acludc.org
†† *Admission to DDC Bar pending*

Corene T. Kendrick (*pro hac vice*)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
425 California St., Ste. 700
San Francisco, CA 94104
Tel: 202-393-4930
ckendrick@aclu.org

Shawn Thomas Meerkamper**
Megan Z. F. Noor**
TRANSGENDER LAW CENTER
P.O. Box 70976
Oakland, CA 94612
Tel: 510-587-9696
shawn@transgenderlawcenter.org
megan@transgenderlawcenter.org

Li Nowlin-Sohl (*pro hac vice*)
(admitted only in Washington state)
Leslie Cooper (*pro hac vice*)
Shana Knizhnik, DDC Bar ID 120840
James D. Esseks*
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
Tel: 212-549-2500
lnowlin-sohl@aclu.org
lcooper@aclu.org
sknizhnik@aclu.org
jesseks@aclu.org

Lynly S. Egyes (*pro hac vice*)
Milo Inglehart (*pro hac vice*)
TRANSGENDER LAW CENTER
594 Dean Street, Suite 11
Brooklyn, NY 11238
Tel: 510-587-9696
lynly@transgenderlawcenter.org
milo@transgenderlawcenter.org

\* *Pro hac vice application forthcoming.*
\*\* *Pro hac vice application pending*

*Counsel for plaintiffs and the proposed class*

2

YAAKOV M. ROTH
Acting Assistant Attorney General
JEAN LIN
Special Litigation Counsel

*/s/ Alexander J. Yun*
ALEXANDER J. YUN
ELIZABETH B. LAYENDECKER
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L. Street, NW
Washington D.C. 20005
(202) 674-0255
Alex.Yun@usdoj.gov

*Counsel for Defendants*