IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALISHEA KINGDOM, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>　　　　　Defendants. | Civil Docket No. 1:25-cv-691 |

## Notice of Withdrawal

To the Clerk of Court and all parties of record:

Please take notice that, as provided under Local Rule 83.6, John Robinson withdraws his appearance as counsel for Defendants. The basis for the withdrawal is that Mr. Robinson's employment with the Department of Justice will conclude on April 8, 2025. Defendants will continue to be represented by Jean Lin, Brooke Layendecker, and Alex Yun of the Department of Justice

Dated: April 4, 2025　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　YAAKOV M. ROTH
　　　　　　　　　　　　　　　　　Acting Assistant Attorney General

　　　　　　　　　　　　　　　　　JEAN LIN
　　　　　　　　　　　　　　　　　Special Litigation Counsel

　　　　　　　　　　　　　　　　　/s/ *John Robinson*
　　　　　　　　　　　　　　　　　JOHN ROBINSON (Bar No. 1044072)
　　　　　　　　　　　　　　　　　Trial Attorney
　　　　　　　　　　　　　　　　　U.S. Department of Justice
　　　　　　　　　　　　　　　　　Civil Division, Federal Programs Branch
　　　　　　　　　　　　　　　　　1100 L. Street, NW
　　　　　　　　　　　　　　　　　Washington D.C. 20005

(202) 616-8489
john.j.robinson@usdoj.gov