**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| ALISHEA KINGDOM, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>Defendants. | Civil Docket No. 1:25-cv-691 |

## [PROPOSED] ORDER

Upon consideration of Defendants' Consent Motion for Leave to File Sur-Reply in Opposition to Plaintiffs' Motion for Preliminary Injunction, it is hereby **ORDERED** that Defendants' motion is **GRANTED**.


DATED:_____                    By:_____
                                     Royce C. Lamberth
                                     United States District Judge