UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ALISHEA KINGDOM, et al.;

    Plaintiffs,

v.

DONALD J. TRUMP, et al.;

    Defendants.

Case No. 1:25-cv-00691-RCL

**[PROPOSED] ORDER**

Upon consideration of Plaintiff's Motion for Leave to File Supplemental Declarations in Support of Motion for Preliminary Injunction, to Stay Agency Action, and for Provisional Class Certification, and the entire record in this matter, it is hereby

ORDERED that Plaintiff's motion is granted; and

IT IS FURTHER ORDERED that the supplemental declarations filed with Plaintiffs' Motion for Leave shall be docketed and considered as part of the record on Plaintiffs' Motion for Preliminary Injunction, to Stay Agency Action, and for Provisional Class Certification.

Date: 4/28/25

Royce C. Lamberth
United States District Judge