IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ALISHEA KINGDOM, *et al.*,

Plaintiffs,

v.

DONALD J. TRUMP, *et al.*,

Defendants.

Civil Docket No. 1:25-cv-691

[PROPOSED] ORDER

Upon consideration of Defendants' Consent Motion for Leave to File Sur-Reply in Opposition to Plaintiffs' Motion for Preliminary Injunction, it is hereby **ORDERED** that Defendants' motion is **GRANTED**.

DATED: 4/28/25

By: /s/ Royce C. Lamberth
Royce C. Lamberth
United States District Judge