IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALISHEA KINGDOM, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, *et al.*, <br><br> Defendants. | Civil Docket No. 1:25-cv-691 |

**CONSENT MOTION FOR EXTENSION OF TIME
TO RESPOND TO PLAINTIFFS' COMPLAINT**

Defendants respectfully move for an extension of their deadline to respond to Plaintiffs' Complaint. Currently, Defendants' deadline to respond to the Complaint is May 9, 2025. Defendants request that the Court extend the deadline to three weeks after the Court rules on Plaintiffs' Motion for A Preliminary Injunction, to Stay Agency Action, and for Provisional Class Certification. Defendants have conferred with counsel for Plaintiffs, who consent to the relief requested in this motion.

Pursuant to Fed. R. Civ. P. 6(b), this Court has discretion to permit an extension of time for good cause. *McFadden v. Wash. Metro. Area Transit Auth.*, No. 14-1115, 2014 WL 12776122, at *2 (D.D.C. Sept. 9, 2014); *Smith v. D.C.*, 430 F.3d 450, 456 (D.C. Cir. 2005); *Lujan v. Nat'l Wildlife Fed'n* 497 U.S. 871, 896 (1990). Good cause exists for the extension request because the Court's ruling on the pending preliminary injunction motion, including the legal issues presented in the motion, may inform how the government responds to the complaint. Allowing the extension would also help conserve the Court and the parties' resources by having a more streamlined process.

WHEREFORE, Defendants respectfully request an extension of time to respond to the Complaint until three weeks from the Court's ruling on Plaintiffs' Motion for A Preliminary Injunction, to Stay Agency Action, and for Provisional Class Certification. A proposed order is attached.

Dated:  April, 29, 2025

Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General

JEAN LIN
Special Litigation Counsel

*/s/ Alexander J. Yun*
ALEXANDER J. YUN (DC 90028923)
ELIZABETH B. LAYENDECKER
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L. Street, NW
Washington, D.C. 20005
(202) 674-0255
Alex.Yun@usdoj.gov