## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ALISHEA KINGDOM, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>Defendants. | Civil Docket No. 1:25-cv-691 |

### ~~PROPOSED~~ ORDER

Upon consideration of Defendants' Consent Motion for Extension of Time to Respond to Plaintiffs' Complaint, and for good cause shown, it is hereby ORDERED that Defendants' motion is GRANTED. Defendants' deadline to respond to Plaintiffs' complaint is extended to three weeks from the date of this Court's ruling on Plaintiffs' Motion for A Preliminary Injunction, to Stay Agency Action, and for Provisional Class Certification.

DATED: 5/6/25

By: _____
Royce C. Lamberth
United States District Judge