IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ALISHEA KINGDOM, *et al.*; <br><br> *Plaintiffs*, <br><br> v. <br><br> DONALD J. TRUMP, *et al.*; <br><br> *Defendants*. | Case No. 1:25-cv-00691-RCL |

### PLAINTIFFS' MOTION FOR LEAVE TO FILE ADDITIONAL SUPPLEMENTAL DECLARATIONS IN SUPPORT OF THEIR MOTION FOR PRELIMINARY INJUNCTION, TO STAY AGENCY ACTION, AND FOR PROVISIONAL CLASS CERTIFICATION

Plaintiffs respectfully move under Local Rule 65.1(c) for leave to file two supplemental declarations in support of Plaintiffs' Motion for Preliminary Injunction, to Stay Agency Action, and for Provisional Class Certification. The following supplemental declarations are attached hereto for the Court's review and convenience: Supplemental Declaration of Putative Class Member Rebecca-James Meskill (Exhibit 1) and Supplemental Declaration of Putative Class Member Grace Pinson (Exhibit 2).

Plaintiffs filed this action on March 7, 2025 (Dkt. 1), in response to Executive Order 14168 (the "EO") and the February 2025 memoranda implementing it (the "Implementing Memoranda"). Plaintiffs filed the underlying motion on March 17, 2025 (Dkt. 7). Defendants filed their response to that motion on March 28, 2025 (Dkt. 36). Plaintiffs filed their reply in support of their motion on April 4 (Dkt. 48).

To obtain a preliminary injunction, a plaintiff must show, among other things, a likelihood of success on the merits and risk of irreparable harm. In their response brief, Defendants made

assertions about BOP's implementation of the EO and Implementing Memoranda, suggesting that despite the language of the EO and Implementing Memoranda, there was no categorical ban on hormone therapy for the treatment of gender dysphoria. On April 4, Plaintiffs filed a motion for leave to file supplemental declarations, including declarations from named plaintiff Jas Kapule and putative class members A.J. Di Ciesare and Ayana Satyagrahi, who all stated that that they were told by BOP staff that hormone therapy would be discontinued for transgender people because of the EO(Dkt. 47). That motion for leave was granted (Dkt. 54). Plaintiffs' counsel recently learned of two putative class members housed at different BOP facilities who report that their hormone therapy was discontinued because of the EO.

Plaintiffs respectfully request that, pursuant to LCvR 65.1(c), they be granted leave to file the appended supplemental declarations of these putative class members. Plaintiffs seek leave to file them now so that, as it adjudicates the pending motion, the Court can have a more complete picture about Defendants' current practices regarding hormone therapy.

Pursuant to Local Civil Rule 7(m), counsel for Plaintiffs contacted Defendants' counsel regarding this motion and Defendants' position is that they consent to the filing of the supplemental declarations on the condition that they have an opportunity to respond, which may include a responsive declaration.

## CONCLUSION

For the reasons stated, this Court should grant the motion to supplement the record.

Dated: May 8, 2025                                              Respectfully submitted,

<div style="display: flex;">

<div>

David C. Fathi† (*pro hac vice*)
Maria V. Morris, D.C. Bar. No. 1697904
Elisa C. Epstein† (*pro hac vice*)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
915 15th Street, N.W.
Washington, D.C. 20005
Tel: 202-393-4930
dfathi@aclu.org
mmorris@aclu.org
eepstein@aclu.org
† *Not admitted in D.C.; practice limited to federal courts.*

Corene T. Kendrick (*pro hac vice*)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
425 California St., Ste. 700
San Francisco, CA 94104
Tel: 202-393-4930
ckendrick@aclu.org

Li Nowlin-Sohl (*pro hac vice*)
(admitted only in Washington state)
Leslie Cooper (*pro hac vice*)
Shana Knizhnik, DDC Bar ID 120840
James D. Esseks*
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
Tel: 212-549-2500
lnowlin-sohl@aclu.org
lcooper@aclu.org
sknizhnik@aclu.org
jesseks@aclu.org

</div>

<div>

*/s/ Michael Perloff*
Michael Perloff, D.C. Bar No. 1601047
Aditi Shah, D.C. Bar No. 90033136
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF THE DISTRICT OF
COLUMBIA
529 14th Street NW, Suite 722
Washington, D.C. 20045
Tel: 202-457-0800
mperloff@acludc.org
ashah@acludc.org

Shawn Thomas Meerkamper*
Megan Z. F. Noor*
TRANSGENDER LAW CENTER
P.O. Box 70976
Oakland, CA 94612
Tel: 510-587-9696
shawn@transgenderlawcenter.org
megan@transgenderlawcenter.org

Lynly S. Egyes (*pro hac vice*)
Milo Inglehart (*pro hac vice*)
TRANSGENDER LAW CENTER
594 Dean Street, Suite 11
Brooklyn, NY 11238
Tel: 510-587-9696
lynly@transgenderlawcenter.org
milo@transgenderlawcenter.org

\* *Pro hac vice application pending*
*Counsel for plaintiffs and the proposed class*

</div>

</div>

3