# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALISHEA KINGDOM, et al.,<br><br>　　　　　Plaintiffs,<br>　　v.<br><br>DONALD J. TRUMP, et al.,<br><br>　　　　　Defendants. | Case No. 1:25-cv-00691-RCL<br><br>**DECLARATION OF REBECCA-JAMES MESKILL** |

　　　My name is Rebecca-James Meskill.[1] I am over the age of 18 and fully competent to make this declaration. Under penalty of perjury, pursuant to 28 U.S.C. § 1746, I declare:

1. I am a transgender woman incarcerated at FCI Talladega. On or about March 13, 2025, I was supposed to receive a refill of my hormone therapy medication. Medical staff had been treating my gender dysphoria with this medication for about 18 months before that time.

2. Because I could not refill my hormone medication, I put in a sick call and spoke with the clinical director of FCI Talladega. When I asked him about my medication being taken away, he said to take it up with the White House.

3. I was not evaluated by any medical staff before they ended my access to hormone therapy.

4. I have asked medical and psychiatry staff for help in getting back on my medication to treat my gender dysphoria, but they have said that it is out of their control. One psychiatrist told me she thought this was an Eighth Amendment violation.

---

[1] My legal name is James Meskill. My Federal Bureau of Prisons Register Number is 27972-057.

5. I knew of four other trans women at FCI Talladega who were also prescribed hormones to treat their gender dysphoria. BOP staff cut off all of our access to our prescribed hormone medications when our prescriptions ran out.

    I, Rebecca-James Meskill, declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and recollection.

Dated: 05/08/2025                          /s/ Rebecca-James Meskill
                                                              Rebecca-James Meskill

    I, Milo Inglehart, certify that I have read the foregoing to Rebecca-James Meskill, and that she affirmed that the foregoing is true and correct on 05/08/2025.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 05/08/2025                          /s/ Milo Inglehart
                                                               Milo Inglehart