# EXHIBIT 2

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALISHEA KINGDOM, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, et al., <br><br> Defendants. | Case No. 1:25-cv-00691-RCL <br><br> **DECLARATION OF GRACE PINSON** |

My name is Grace Pinson.[1] I am over the age of 18 and fully competent to make this declaration. Under penalty of perjury, pursuant to 28 U.S.C. § 1746, I declare:

1. On or around February 10, 2025, my hormone medication was cut off. I was housed in FCI Atlanta at the time and had been taking hormone therapy consistently since 2015. At the pill line that morning, BOP staff only gave me my mental health medications. I asked the nurse where the rest of my medications were. The nurse said that if they were medications for transgender people, I would not receive them as the Bureau of Prisons was working to get everyone off of hormones. I asked if I would be titrated off of my hormones, and she told me no, it would be stopped "cold turkey," and to make a sick call if I experienced symptoms of a heart attack or stroke.

---

[1] My legal name is Jeremy Pinson. My Federal Bureau of Prisons Register Number is 16267-064.

1

2. I spoke to a health services administrator a few days after my access to gender dysphoria medications was ended, and she told me that the decision to discontinue hormone therapy was above her head and she couldn't countermand the order she had been given.

3. On or around February 19, 2025, I was transferred to FCI Butner, where I am currently incarcerated.

4. When I first came to FCI Butner, I received my medication for the first few days, from February 21 to 24; then, Butner also then discontinued medications to treat my gender dysphoria.

5. I spoke with the FCI Butner warden on February 21, and he told me that hormone medications were being stopped at Butner and that this was a regional order.

6. When I met with Dr. Lawrence Sichel at FCI Butner near the end of February, he told me that he was not authorized to provide any transgender care to me besides allowing me to go to a mammogram that was already scheduled.

7. I did not speak with any medical provider about my hormone therapy being stopped before it was discontinued at either facility.

8. I have not received hormone therapy since it was discontinued on February 24, 2025.

9. As far as I know, another transgender woman also had her hormone therapy discontinued on January 26, 2025, while she was incarcerated at Federal Correctional Institution, Fairton, and has not received any medication since. She is currently housed at the FCI Butner Annex.

    I, Grace Pinson, declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and recollection.

Dated: 05/07/2025                              /s/ Grace Pinson
                                                                Grace Pinson

3

     I, Milo Inglehaty, certify that I have read the foregoing to Grace Pinson, and that she affirmed that the foregoing is true and correct on 05/07/2025.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 05/07/2025                              /s/ Milo Inglehart
                                                        Milo Inglehart