IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ALISHEA KINGDOM, *et al.*;

    *Plaintiffs*,

v.

DONALD J. TRUMP, *et al.*;

    *Defendants*.

Case No. 1:25-cv-00691-RCL

**[Proposed]
ORDER**

Upon consideration of Plaintiffs' Motion for Leave To File Additional Supplemental Declarations In Support of Their Motion for a Preliminary Injunction to Stay Agency Action, and For Provisional Class Certification, as well consideration of the entire record in this case, it is hereby:

ORDERED that the Motion is GRANTED; and it is

FURTHER ORDERED that the clerk shall docket the declarations Plaintiffs filed with their Motion.

Dated: _____          _____
                                                Royce C. Lamberth
                                                United States District Judge