IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALISHEA KINGDOM, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>Defendants. | Civil Docket No. 1:25-cv-691 |

**CONSENT MOTION FOR LEAVE TO FILE SUPPLEMENTAL DECLARATION IN RESPONSE TO PLAINTIFFS' SUPPLEMENTAL DECLARATIONS
AND TO FILE THE DECLARATION UNDER SEAL**

Defendants respectfully move to file the declaration of Dr. Donald T. Lewis in response to Plaintiffs' two additional supplemental declarations in support of their Motion for Preliminary Injunction, to Stay Agency Action, and for Provisional Class Certification, if the Court grants Plaintiffs' pending motion for leave to file those two supplemental declarations. Defendants further request to file Dr. Lewis's declaration under seal. Defendants have conferred with counsel for Plaintiffs about the requested relief, and Plaintiffs' counsel indicates that Plaintiffs consent to Defendants' requests to file the declaration and to do so under seal.

Plaintiffs' Motion for Preliminary Injunction, to Stay Agency Action, and for Provisional Class Certification, ECF No. 7, was fully briefed on April 4, 2025. Also on April 4, 2025, Plaintiffs sought leave to file six additional declarations in support of their Reply, ECF No. 47, and the Court granted leave on April 28, 2025, ECF No. 54. The Court later granted Defendants' motion for leave to file a sur-reply in response to those six additional declarations. ECF Nos. 52, 55. On May 8, 2025, Plaintiffs further sought leave to file two additional supplemental declarations from two purported putative class members who assert that their hormone medication was discontinued because of Executive Order 14168. ECF No. 59. That motion for leave remains pending.

If the Court grants that motion for leave, Defendants respectfully request that it also grant Defendants leave to file the declaration of Dr. Lewis to respond to those two latest declarations. A copy of Dr. Lewis's declaration is filed separately under seal. Leave is warranted because Defendants otherwise would not have an opportunity to respond to the allegations asserted in Plaintiffs' two additional declarations, assuming the Court permits the filing of those declarations. *Cf. Vote Forward v. DeJoy*, 540 F. Supp. 3d 15, 22, n.9 (D.D.C. May 18, 2021) ("Because the Court granted Defendants an opportunity to respond to the declarations [filed for the first time with the movant's reply], the Court finds that Defendants are not prejudiced by the admission of the supplemental filings."). The declaration of Dr. Lewis, Chief of Psychiatry for the Federal Bureau of Prisons' Health Services Division, will assist the Court in resolving Plaintiffs' Motion for Preliminary Injunction, to Stay Agency Action, and for Provisional Class Certification. Dr. Lewis's declaration explains that the two purported putative class members either do not have a current diagnosis of gender dysphoria or do not have hormone medication discontinued this year.

Defendants additionally request to file Dr. Lewis's declaration under seal because it discusses private, sensitive information from the medical and other records of the two declarants whose declarations Plaintiffs seek leave to file. This Court has granted similar requests to file certain inmate information under seal in related cases to protect the privacy of those inmates. *See Jones v. Trump*, No. 25-cv-401, 2025 WL 485419, at *2 (D.D.C. Feb. 13, 2025) (granting leave to file similar sensitive information of inmates under seal); Order Granting Mot. for Protective Order, *Doe v. Bondi*, No. 1:25-cv-286 (D.D.C. May 6, 2025) (entering protective order requiring similar sensitive information to be filed under seal), ECF No. 79. Defendants seek to seal similar sensitive information in this matter.

Dated: May 13, 2025

Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General

JEAN LIN
Special Litigation Counsel

<u>/s/ *Alexander J. Yun*</u>
ALEXANDER J. YUN
ELIZABETH B. LAYENDECKER
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L. Street, NW
Washington D.C. 20005
(202) 674-0255
Alex.Yun@usdoj.gov