**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

ALISHEA KINGDOM, *et al.*;

    *Plaintiffs,*

  v.

DONALD J. TRUMP, *et al.*;

    *Defendants.*

Case No. 1:25-cv-00691-RCL

[Proposed]
**ORDER**

Upon consideration of Plaintiffs' Motion for Leave To File Additional Supplemental Declarations In Support of Their Motion for a Preliminary Injunction to Stay Agency Action, and For Provisional Class Certification, as well consideration of the entire record in this case, it is hereby:

ORDERED that the Motion is GRANTED; and it is

FURTHER ORDERED that the clerk shall docket the declarations Plaintiffs filed with their Motion.

Dated:   5/14/25

          Royce C. Lamberth
          United States District Judge