IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ALISHEA KINGDOM, *et al.*,

Plaintiffs,

v.

DONALD J. TRUMP, *et al.*,

Defendants.

Civil Docket No. 1:25-cv-691

## [PROPOSED] ORDER

Upon consideration of Defendants' Consent Motion for Leave to File Supplemental Declaration In Response to Plaintiffs' Supplemental Declarations And To File the Declaration Under Seal, it is hereby **ORDERED** that Defendants' motion is **GRANTED**.

DATED: 5/14/25

By: *Royce C. Lamberth*
Royce C. Lamberth
United States District Judge