IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALISHEA KINGDOM, et al.,<br><br>        Plaintiffs,<br><br>        v.<br><br>DONALD J. TRUMP, et al.,<br><br>        Defendants. | Case No. 1:25-cv-00691-RCL<br><br>**JOINT MOTION FOR ENTRY OF A QUALIFIED PROTECTIVE ORDER** |

Pursuant to Rule 26(c) of the Federal Rules of Civil Procedure and 45 C.F.R. § 164.512(e)(1), the parties jointly stipulate and move the Court for entry of a qualified protective order related to the production, receipt, subpoena, and transmission of protected health information (or "PHI") pertaining to members of the class certified on June 3, 2025. ECF Nos. 67, 68.

For purposes of the proposed qualified protective order, "protected health information" or "PHI" shall have the same meaning as defined in the Health Insurance Portability and Accountability Act, 45 C.F.R. §§ 160.103 and 164.501. Protected health information includes, but is not limited to, health information, including demographic information relating to either: (a) the past, present, or future physical or mental condition of an individual; (b) the provision of care to an individual; or (c) the payment for care provided to an individual, which identifies the individual or which reasonably could be expected to identify the individual.

As set forth in the proposed qualified protective order, it shall govern the disclosure and use of protected health information for the purposes of prosecuting or defending this action.

Therefore, the parties jointly respectfully request that the Court enter the attached Proposed Order.

| | |
|---|---|
| Dated: July 1, 2025 | Respectfully submitted, |
| BRETT A. SHUMATE<br>Assistant Attorney General | /s/ *Corene T. Kendrick*<br>Corene T. Kendrick (*pro hac vice*)<br>AMERICAN CIVIL LIBERTIES UNION FOUNDATION |
| JEAN LIN<br>Special Litigation Counsel | 425 California St., Ste. 700<br>San Francisco, CA 94104<br>Tel: 202-393-4930 |
| /s/ *Alexander J. Yun (with permission)*<br>Alexander J. Yun<br>Elizabeth B. Layendecker<br>M. Jared Littman<br>Trial Attorneys<br>U.S. DEPARTMENT OF JUSTICE<br>Civil Division, Federal Programs Branch<br>1100 L. Street, NW<br>Washington D.C. 20005<br>(202) 674-0255<br>Alex.Yun@usdoj.gov<br><br>*Counsel for Defendants* | ckendrick@aclu.org<br><br>David C. Fathi (*pro hac vice*) *<br>Maria V. Morris, D.C. Bar. No. 1697904<br>Elisa C. Epstein (*pro hac vice*) *<br>AMERICAN CIVIL LIBERTIES UNION FOUNDATION<br>915 15th Street, N.W.<br>Washington, D.C. 20005<br>Tel: 202-393-4930<br>dfathi@aclu.org<br>mmorris@aclu.org<br>eepstein@aclu.org<br>**Not admitted in D.C.; practice limited to federal courts.*<br><br>Li Nowlin-Sohl (*pro hac vice*)<br>Leslie Cooper (*pro hac vice*)<br>Shana Knizhnik, DDC Bar ID 120840<br>James D. Esseks (*pro hac vice*)<br>AMERICAN CIVIL LIBERTIES UNION FOUNDATION<br>125 Broad Street, 18th Floor<br>New York, NY 10004<br>Tel: 212-549-2500<br>lnowlin-sohl@aclu.org<br>lcooper@aclu.org<br>sknizhnik@aclu.org<br>jesseks@aclu.org<br><br>Michael Perloff, D.C. Bar No. 1601047<br>Aditi Shah, D.C. Bar No. 90033136<br>ACLU FOUNDATION OF THE DISTRICT OF COLUMBIA<br>529 14th Street NW, Suite 722<br>Washington, D.C. 20045<br>Tel: 202-457-0800 |

mperloff@acludc.org
ashah@acludc.org

Shawn Thomas Meerkamper**
Megan Z. F. Noor**
TRANSGENDER LAW CENTER
P.O. Box 70976
Oakland, CA 94612
Tel: 510-587-9696
shawn@transgenderlawcenter.org
megan@transgenderlawcenter.org

Lynly S. Egyes (*pro hac vice*)
Milo Inglehart (*pro hac vice*)
TRANSGENDER LAW CENTER
594 Dean Street, Suite 11
Brooklyn, NY 11238
Tel: 510-587-9696
lynly@transgenderlawcenter.org
milo@transgenderlawcenter.org

\*\* *Pro hac vice application pending.*

*Counsel for plaintiff class*