## EXHIBIT A

I have read the Qualified Protective Order in *Kingdom v. Trump*, Case No. 1:25-cv-00691-RCL. I understand and agree to be bound by and abide by its terms. I agree that all protected health information provided to me in this matter is to be treated as confidential. I further consent to be subject to the jurisdiction of the United States District Court for the District of Columbia for the purposes of any proceeding for contempt.

Date: _____     _____
                                                                                         Signature

                                                                                         _____
                                                                                         Printed Name