## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

ALISHEA KINGDOM, et al.,

                Plaintiffs,

        v.

DONALD J. TRUMP, et al.,

                Defendants.

Case No. 1:25-cv-00691-RCL

**DECLARATION OF CORENE T. KENDRICK IN SUPPORT OF PLAINTIFFS' MOTION FOR RENEWED PRELIMINARY INJUNCTION**

I, CORENE T. KENDRICK, DECLARE:

1.      I am an attorney admitted to practice before the courts of the State of California and am admitted *pro hac vice* in this matter as counsel of record to Plaintiffs. I am deputy director of the National Prison Project of the American Civil Liberties Union Foundation.

2.      On August 5, 2025, under Local Rule 7(m), I emailed all counsel of record for Defendants in this matter to request their position on Plaintiffs' planned motion to renew the operative preliminary injunction in this matter. I asked that they provide a response by the end of the day on Thursday, August 7, 2025 if they would stipulate or not oppose an extension because of the timeframe needed to file a motion. On August 7, Jared Littman, counsel for Defendants stated in response that he anticipated providing a response by the end of the day on August 8 with Defendants' position. On August 8, 2025, Mr. Littman provided a substantive response stating that Defendants opposed the motion, and requested that I include the following statement in Plaintiffs' motion: "Defendants oppose the relief sought in this motion, pursuant to Local Rule 7(m), because under the PLRA, preliminary injunctions 'automatically expire on the date that is 90 days after its entry.' Defendants do not plan on filing any further opposition."

3.      Attached hereto as **Exhibit 1** is a true and correct copy of the email exchange between counsel for the parties.

I declare under penalty of perjury that the foregoing is true and correct.

Executed the 8th of August, 2025, at San Francisco, California.

*/s/ Corene T. Kendrick*
Corene T. Kendrick
*Attorney for Plaintiffs*

# EXHIBIT 1

| | |
|---|---|
| **From:** | Littman, Jared (CIV) |
| **To:** | Corene Kendrick; Li Nowlin-Sohl; Layendecker, Elizabeth B (CIV); Yun, Alex (CIV); Lin, Jean (CIV) |
| **Cc:** | David Fathi; Shawn Meerkamper; External - Michael Perloff |
| **Subject:** | RE: Kingdom - Defendants" position on PI extension |
| **Date:** | Friday, August 8, 2025 10:43:49 AM |
| **Attachments:** | image001.png |

**This Message Is From an External Sender**
This message came from outside your organization.

Hi Corene.  Defendants oppose the motion.  We request that you state the following in your motion:

Defendants oppose the relief sought in this motion, pursuant to Local Rule 7(m), because under the PLRA, preliminary injunctions "automatically expire on the date that is 90 days after its entry."  Defendants do not plan on filing any further opposition.

-Jared

**M. Jared Littman**
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
(202) 451-7478 (cell)
Jared.Littman2@usdoj.gov

---

**From:** Corene Kendrick <ckendrick@aclu.org>
**Sent:** Thursday, August 7, 2025 11:44 AM
**To:** Littman, Jared (CIV) <Jared.Littman2@usdoj.gov>; Li Nowlin-Sohl <lnowlin-sohl@aclu.org>; Layendecker, Elizabeth B (CIV) <Elizabeth.B.Layendecker@usdoj.gov>; Yun, Alex (CIV) <Alex.Yun@usdoj.gov>; Lin, Jean (CIV) <Jean.Lin@usdoj.gov>
**Cc:** David Fathi <dfathi@aclu.org>; Shawn Meerkamper <shawn@transgenderlawcenter.org>; External - Michael Perloff <MPerloff@acludc.org>
**Subject:** [EXTERNAL] RE: Kingdom - Defendants' position on PI extension

Yes, we are aware of the expiration date, but if Defendants oppose the motion, then we will need to file it tomorrow so that it is fully briefed before September 1.

Thank you,
Corene

Corene Kendrick
Deputy Director
ACLU National Prison Project
425 California St., Ste. 700

San Francisco, CA 94104
ckendrick@aclu.org

---

**From:** Littman, Jared (CIV) <Jared.Littman2@usdoj.gov>
**Sent:** Thursday, August 7, 2025 8:42 AM
**To:** Corene Kendrick <ckendrick@aclu.org>; Li Nowlin-Sohl <lnowlin-sohl@aclu.org>; Layendecker,
Elizabeth B (CIV) <Elizabeth.B.Layendecker@usdoj.gov>; Yun, Alex (CIV) <Alex.Yun@usdoj.gov>; Lin,
Jean (CIV) <Jean.Lin@usdoj.gov>
**Cc:** David Fathi <dfathi@aclu.org>; Shawn Meerkamper <shawn@transgenderlawcenter.org>;
External - Michael Perloff <MPerloff@acludc.org>
**Subject:** RE: Kingdom - Defendants' position on PI extension

Hi Corene.  Thanks for following up.  The PI does not expire until 9/1.  We anticipate
getting back to you by close of business tomorrow (8/8) with our position.

Best,
Jared

**M. Jared Littman**
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
(202) 451-7478 (cell)
Jared.Littman2@usdoj.gov

---

**From:** Corene Kendrick <ckendrick@aclu.org>
**Sent:** Thursday, August 7, 2025 11:20 AM
**To:** Littman, Jared (CIV) <Jared.Littman2@usdoj.gov>; Li Nowlin-Sohl <lnowlin-sohl@aclu.org>;
Layendecker, Elizabeth B (CIV) <Elizabeth.B.Layendecker@usdoj.gov>; Yun, Alex (CIV)
<Alex.Yun@usdoj.gov>; Lin, Jean (CIV) <Jean.Lin@usdoj.gov>
**Cc:** David Fathi <dfathi@aclu.org>; Shawn Meerkamper <shawn@transgenderlawcenter.org>;
External - Michael Perloff <MPerloff@acludc.org>
**Subject:** [EXTERNAL] RE: Kingdom - Defendants' position on PI extension

Good morning Jared and others,

I'm re-upping this request that you let us know by the end of the day what Defendants' position
will be on our request that the Court renew the preliminary injunction. If you are unable to
provide a position by the end of the day, please let me know that too, and we will include that
in our papers.

Thank you,

Corene

Corene Kendrick
Deputy Director
ACLU National Prison Project
425 California St., Ste. 700
San Francisco, CA 94104
ckendrick@aclu.org

---

**From:** Corene Kendrick
**Sent:** Tuesday, August 5, 2025 10:01 AM
**To:** Littman, Jared (CIV) <Jared.Littman2@usdoj.gov>; Li Nowlin-Sohl <lnowlin-sohl@aclu.org>;
Layendecker, Elizabeth B (CIV) <Elizabeth.B.Layendecker@usdoj.gov>; Yun, Alex (CIV)
<Alex.Yun@usdoj.gov>; Lin, Jean (CIV) <Jean.Lin@usdoj.gov>
**Cc:** David Fathi <dfathi@aclu.org>; Shawn Meerkamper <shawn@transgenderlawcenter.org>;
External - Michael Perloff <MPerloff@acludc.org>
**Subject:** Kingdom - Defendants' position on PI extension

Hi Jared,

Related to the PI – we also are requesting your position on stipulating to an extension of the PI
entered by the Court on June 3, 2025. Under federal law, this PI will automatically expire on
September 1, 2025. *See* 18 U.S.C. § 3626(a)(2) (stating that preliminary relief "shall
automatically expire on the date that is 90 days after its entry unless the court . . . makes the
order final before the expiration of the 90-day period."). However, courts have held that if
preliminary relief is still warranted, a court may enter a new preliminary injunction extending
the previous one. *See, e.g.*, *Mayweathers v. Newland*, 258 F.3d 930, 934 (9th Cir. 2001).

We hope that the parties can stipulate to such an extension for the sake of judicial economy.
Please let us know by close of business Thursday, August 7, 2025, if Defendants will stipulate
to an extension, or what your position is on an extension. We will need to file a motion soon if
Defendants will not stipulate, or if you oppose an extension.

Thanks,
Corene

Corene Kendrick
Deputy Director
ACLU National Prison Project
425 California St., Ste. 700
San Francisco, CA 94104

ckendrick@aclu.org

---

**From:** Littman, Jared (CIV) <Jared.Littman2@usdoj.gov>
**Sent:** Tuesday, August 5, 2025 9:43 AM
**To:** Li Nowlin-Sohl <lnowlin-sohl@aclu.org>; Layendecker, Elizabeth B (CIV)
<Elizabeth.B.Layendecker@usdoj.gov>; Yun, Alex (CIV) <Alex.Yun@usdoj.gov>; Lin, Jean (CIV)
<Jean.Lin@usdoj.gov>
**Cc:** Corene Kendrick <ckendrick@aclu.org>; David Fathi <dfathi@aclu.org>; Shawn Meerkamper
<shawn@transgenderlawcenter.org>; External - Michael Perloff <MPerloff@acludc.org>
**Subject:** RE: Kingdom: PI Compliance

Hi Li.  Thanks for following up. BOP informed us that the facilities in Waseca, Seagoville,
Terra Haute, Devens, Englewood, and Tucson have confirmed that they are aware of the
preliminary injunction and their obligations thereunder, and that social
accommodations are available through the laundry, commissary, and medical to the
same extent they were available on January 19.

As to the AR, we are continuing our consultation with our client about its contents.  We
will file the index as appropriate.  With the PI in place and the lack of a scheduling order,
there is no urgency, but nevertheless, Defendants are working on your AR request.

-Jared

**M. Jared Littman**
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
(202) 451-7478 (cell)
Jared.Littman2@usdoj.gov

---

**From:** Li Nowlin-Sohl <lnowlin-sohl@aclu.org>
**Sent:** Monday, August 4, 2025 7:23 PM
**To:** Layendecker, Elizabeth B (CIV) <Elizabeth.B.Layendecker@usdoj.gov>; Yun, Alex (CIV)
<Alex.Yun@usdoj.gov>; Lin, Jean (CIV) <Jean.Lin@usdoj.gov>; Littman, Jared (CIV)
<Jared.Littman2@usdoj.gov>
**Cc:** Corene Kendrick <ckendrick@aclu.org>; David Fathi <dfathi@aclu.org>; Shawn Meerkamper
<shawn@transgenderlawcenter.org>; External - Michael Perloff <MPerloff@acludc.org>
**Subject:** [EXTERNAL] RE: Kingdom: PI Compliance

Brooke and Jared,

I am once again following up on my July 11 and July 24 emails regarding our serious concerns about compliance with the preliminary injunction, to which I have not received a response for over three weeks now. Furthermore, we are continuing to hear from class members at additional facilities that they are also not receiving access to accommodations for social transition.

Please let me know if you are available to meet and confer during any of the following times this week:
- Thursday 8/7 at 12pm, 2:15-4pm or after 4:45pm ET
- Friday 8/8 at 12-2pm ET or after 4:30 ET

If these times do not work for you, please let us know some other times that you are available for call this week.

I am also following up to see if you have any updates on my separate email from July 26, 2025, inquiring about Defendants' obligations under Local Civil Rule 7(n) and whether Defendants plan to file a certified list of the contents of the administrative record with the Court, and which Jared said he was looking into.

Regards,
Li

---

**From:** Li Nowlin-Sohl
**Sent:** Thursday, July 24, 2025 9:26 AM
**To:** Layendecker, Elizabeth B (CIV) <elizabeth.b.layendecker@usdoj.gov>; Yun, Alex (CIV) <alex.yun@usdoj.gov>; Lin, Jean (CIV) <jean.lin@usdoj.gov>; Littman, Jared (CIV) <jared.littman2@usdoj.gov>
**Cc:** Corene Kendrick <ckendrick@aclu.org>; David Fathi <dfathi@aclu.org>; Shawn Meerkamper <shawn@transgenderlawcenter.org>; External - Michael Perloff <MPerloff@acludc.org>
**Subject:** RE: Kingdom: PI Compliance

Brooke,

I am following up my below email from July 11, 2025, about compliance with the Court's preliminary injunction. Can you please confirm whether boxers and binders are available to all class members at Waseca through both commissary and laundry, and the same for Seagoville?

In addition, we have heard from class members about PI compliance concerns at the following institutions:
- USP Tucson – no access to undergarments or commissary items. Staff have told class members that they will not be complying with the PI

- FCI Englewood – social accommodations are not available, nor the gender-affirming medication finasteride. One class member was told that the warden would not be complying with the PI.
- FMC Devens – no access to social accommodations through laundry or commissary
- USP Terra Haute – no access to feminine undergarments or commissary items

Can you please confirm whether these items are once again available to all class members at these institutions and that they are otherwise complying with the PI?

Regards,
Li

---

**From:** Li Nowlin-Sohl
**Sent:** Friday, July 11, 2025 12:25 PM
**To:** Layendecker, Elizabeth B (CIV) <elizabeth.b.layendecker@usdoj.gov>; Yun, Alex (CIV) <alex.yun@usdoj.gov>; Lin, Jean (CIV) <jean.lin@usdoj.gov>; Littman, Jared (CIV) <jared.littman2@usdoj.gov>
**Cc:** Corene Kendrick <ckendrick@aclu.org>; David Fathi <dfathi@aclu.org>; Shawn Meerkamper <shawn@transgenderlawcenter.org>
**Subject:** Kingdom: PI Compliance

Dear Brooke,
I am writing to inquire about compliance with the Court's preliminary injunction at a couple of institutions. We have heard from people at the following facilities and are concerned that they may not yet be in full compliance with the PI:

- <u>Waseca</u>: people are not getting the same access to accommodations for social transition as they had prior to January 20, 2025, such as boxers and binders from commissary, laundry (boxers), or health services (binders).
- <u>Seagoville</u>: while most people have had their access restored, there are a small number of class members who have not.

Thank you for your attention to this,
Li


**Li Nowlin-Sohl**
Pronouns: she, her, hers

Senior Staff Attorney
Jon L. Stryker and Slobodan Randjelović LGBTQ & HIV Project
American Civil Liberties Union Foundation
206-348-3163  |  lnowlin-sohl@aclu.org



*This message may contain information that is confidential or legally privileged. If you are not the intended recipient, please immediately advise the sender by reply email that this message has been inadvertently transmitted to you and delete this email from your system.*