IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALISHEA KINGDOM, et al., <br><br> Plaintiff, <br><br> v. <br><br> DONALD J. TRUMP, et al., <br><br> Defendants. | Case No. 1:25-cv-00691 |

## WITHDRAWAL OF APPEARANCE

Please withdraw the appearance of Milo Inglehart as co-counsel for Plaintiffs in the above-captioned matter. He will be leaving his position at Transgender Law Center on September 5, 2025, for another employment opportunity.

Plaintiffs will continue to be represented by Lynly Egyes, Shawn Meerkemper, and Megan Noor for Transgender Law Center; David Fathi, Corene Kendrick, Maria Morris, Elisa Epstein, Li Nowlin-Sohl, Leslie Cooper, Shana Knizhnik, and James Esseks for American Civil Liberties Union Foundation; and Michael Perloff and Aditi Shah for American Civil Liberties Union Foundation of the District of Columbia.

Date: September 2, 2025

                                                Respectfully submitted,

                                                */s/ Milo Inglehart*
                                                Milo Inglehart
                                                New York Bar No. 5817937
                                                milo@transgenderlawcenter.org
                                                TRANSGENDER LAW CENTER
                                                594 Dean Street, Suite 11
                                                Brooklyn, NY 11238
                                                (510) 587-9696