IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALISHEA KINGDOM, et al., | Case No. 1:25-cv-00691-RCL |
| Plaintiffs, | |
| v. | |
| DONALD J. TRUMP, et al., | |
| Defendants. | |

INITIAL JOINT 26(f) REPORT

The Parties, by and through counsel of record, hereby submit the following report pursuant to Fed. R. Civ. P. 26(f) and Local Civil Rule 16.3. The Parties met and conferred on July 24, 2025. Defendants' position is that this case is an "action for review on an administrative record" within the meaning of Local Rule 16.3(b)(1), and thus, is exempt from Federal Rules of Civil Procedures 16(b) and 26(f) and discovery is not warranted. Plaintiffs disagree that the case is exempt under these rules and it is their position that they are entitled to take discovery. The Parties therefore jointly ask the Court to set a briefing schedule so that the parties can address this issue, and to refrain from issuing a scheduling order until the issue is fully briefed and decided. The Parties have discussed the Local Rule 16.3(c) and Fed. R. Civ. Pro. 26(f) topics and will jointly present their positions on them, if necessary, after the Court's ruling on whether the case is exempt and discovery is or is not warranted.

The parties propose the following briefing schedule:

- Each Party's opening brief: September 19, 2025
- Response briefs: October 3, 2025

1

Dated: September 09, 2025

David C. Fathi† (*pro hac vice*)
Maria V. Morris, D.C. 1697904
Elisa C. Epstein† (*pro hac vice*)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
915 15th Street, N.W.
Washington, D.C. 20005
Tel: 202-393-4930
dfathi@aclu.org
mmorris@aclu.org
eepstein@aclu.org
† *Not admitted in D.C.; practice limited to federal courts.*

Corene T. Kendrick (*pro hac vice*)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
425 California St., Ste. 700
San Francisco, CA 94104
Tel: 202-393-4930
ckendrick@aclu.org

Li Nowlin-Sohl (*pro hac vice*)
Leslie Cooper (*pro hac vice*)
Shana Knizhnik, DDC Bar ID 120840
James D. Esseks**
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
Tel: 212-549-2500
lnowlin-sohl@aclu.org
lcooper@aclu.org
sknizhnik@aclu.org
jesseks@aclu.org

Respectfully submitted,

*/s/ Michael Perloff*
Michael Perloff, D.C. Bar No. 1601047
Aditi Shah, D.C. Bar No. 90033136
AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF THE DISTRICT OF COLUMBIA
529 14th Street NW, Suite 722
Washington, D.C. 20045
Tel: 202-457-0800
mperloff@acludc.org
ashah@acludc.org

Shawn Thomas Meerkamper**
shawn@transgenderlawcenter.org
Megan Z. F. Noor**
megan@transgenderlawcenter.org
TRANSGENDER LAW CENTER
P.O. Box 70976
Oakland, CA 94612
Tel: 510-587-9696

Lynly S. Egyes (*pro hac vice*)
lynly@transgenderlawcenter.org
TRANSGENDER LAW CENTER
594 Dean Street, Suite 11
Brooklyn, NY 11238
Tel: 510-587-9696

** *Pro hac vice application pending.*

*Counsel for Plaintiff class*

BRETT A. SHUMATE
Assistant Attorney General

JEAN LIN
Special Litigation Counsel

<u>/s/ Jared Littman</u>
ALEXANDER J. YUN
ELIZABETH B. LAYENDECKER
M. JARED LITTMAN
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L. Street, NW
Washington D.C. 20005
(202) 451-7478
Jared.Littman2@usdoj.gov

*Counsel for Defendants*