# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ALISHEA KINGDOM, et al., | Case No. 1:25-cv-00691-RCL |
| Plaintiffs, | |
| v. | |
| DONALD J. TRUMP, et al., | |
| Defendants. | |

### [PROPOSED] ORDER FOR BRIEFING SCHEDULE

The Parties have filed a report pursuant to Fed. R. Civ. P. 26(f) and Local Civil Rule 16.3, requesting a briefing schedule on the issue of whether this case is an "action for review on an administrative record" within the meaning of Local Rule 16.3(b)(1), and thus, is exempt from Federal Rules of Civil Procedures 16(b) and 26(f) and whether discovery is warranted.

**IT IS HEREBY ORDERED THAT:**

1. The Parties shall submit their respective briefs on this issue no later than September 19, 2025.

2. The Parties shall submit any responsive briefs no later than October 3, 2025.

3. Should this Court rule that discovery is warranted in this case, the Parties will jointly present their positions on the topics contained in Local Rule 16.3(c) and Fed. R. Civ. Pro. 26(f) to the Court within two weeks of such ruling.

**IT IS SO ORDERED.**

Dated:

_____
Royce C. Lamberth
United States District Judge