RECEIVED Mailroom
SEP 18 2025
Angela D. Caesar, Clerk of Clerk
U.S. District Court District of Columbia

9-9-2025
Jeremy "Grace" Pinson #16267-064
Federal Correctional Institution #1
P.O. Box 1000
Butner NC 27509

To: U.S. District Judge Royce Lamberth

Re: Kingdom et al. v. Trump et al.,
Case No. 25-CV-00691-RCL (D.D.C.)

This letter shall serve as my motion in the above-listed case and cause seeking to intervene as a party-plaintiff per Fed. R. Civ. P. 18, 19, 20, 21, 23 and 24 on the following grounds:

1. I meet the definition of a class-member in this case and have submitted declarations in this case pursuant to 28 U.S.C. 1746 as a witness to the defendant's contempt of this Court's June 3, 2025 preliminary injunction Order;

2. FCC Butner and its institutions are in total contempt of and are willfully disobeying the June 3, 2025 Order;

3. I can personally attest under penalty of perjury that (1) no transgender inmates at FCI Butner #1 have been provided female undergarments, female clothing, female cosmetic makeup and/or hygeine items, etc. All transgender inmates at FCC Butner remain without any accomodations outlined in the WPATH Standards of Care.

4. On Sept. 8, 2025 my cellmate injured his hand in the cell door and had a panic attack flailing his bleeding

-1-

hand all over the cell. I applied pressure to his wound with my own t-shirt until staff could arrive. Responding Lieutenant's Quinones and Patterson placed us both into a "Secure Mental Health Unit" where NO accomodations for Gender Dysphoria are being allowed here;

5. On 9-9-25 staff forced me to bathe nude in a shower that allowed more than a dozen inmates and staff to see my genitalia, breasts and anus because all showers in the SMHU are visible with no coverage for privacy whatsoever.

6. The BOP refuses to permit me a legal telephone call to any of the attorneys assigned to this case to alert them to my conditions, mistreatment and abuse so I am with no recourse but to write the Court and to send a copy of this letter to counsel for both the plaintiff's and the defendants to avoid any ex parte communications.

7. I am living in a cell alone and I truly believe that the Trump administration would like me to die because they hate LGBTQ persons and I feel like if I were to commit suicide in this cell after autocastrating maybe then the defendants will understand the pain and humiliation I experienc due to #1-6 above and I want Judge Lamberth to know I am ending my life to make a clear statement: I am a woman and I deserve to be treated as equal to any other. I would rather die than continue with this indignity.

Executed pursuant to 28 U.S.C. 1746  Sincerely,
on 9-9-2025

[signature]

-2-



Jeremy Pinson 16267-004
Name: Number:
Federal Correctional Institution
P.O. Box 1000
Butner, NC 27509

RECEIVED Mailroom
SEP 18 2025
Angela D. Caesar, Clerk of Clerk
U S District Court, District of Columbia

RALEIGH NC 275
Research Triangle Region
16 SEP 2025 AM 1 L

Clerk, U.S. District Court
333 Constitution Avenue
Washington D.C. 20001

Legal Mail