# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ALISHEA KINGDOM, et al., | |
| Plaintiffs, | |
| v. | Case No. 1:25-cv-00691-RCL |
| DONALD J. TRUMP, et al., | |
| Defendants. | |

## **ORDER**

Upon consideration of Plaintiffs' Motion for a Discovery Scheduling Order, the filings in support and opposition thereto, and the full record in this matter, it is hereby

**ORDERED** that Plaintiffs' Motion is **GRANTED**; and it is

**FURTHER ORDERED** that the Parties shall submit proposals for a discovery schedule in this matter within two weeks of the issuance of this Order.

Dated: _____          _____

Royce C. Lamberth
United States District Judge