IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALISHEA KINGDOM, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, et al.,<br><br>    Defendants. | Case No. 1:25-cv-00691-RCL |

JOINT NOTICE OF MODIFIED BRIEFING SCHEDULE

The Parties, by and through counsel of record, hereby provide notice to the Court that they intend to extend the deadline for Plaintiffs' responsive briefs on the present dispute as to discovery to correspond with the deadline for Defendants' responsive brief on the same.

In the parties' Initial Joint 26(f) Report, the Parties proposed a briefing schedule wherein each party would submit their respective opening briefs no later than September 19, 2025, and each party would submit any responsive briefs no later than October 3, 2025. ECF No. 82. Although no briefing schedule has been issued on this matter, the Parties jointly agreed to continue to abide by the proposed briefing schedule, and the Parties each submitted their respective opening briefs on September 19, 2025. ECF Nos. 84, 87.

At the end of the day on September 30, 2025, the appropriations which fund the Department of Justice lapsed, and Defendants' counsel have been placed on furlough status and are generally prohibited from working. On October 1, 2025, Chief Judge James E. Boasberg of the United States District Court for the District of Columbia entered a standing order directing that "[i]n all civil actions and civil miscellaneous matters pending in the U.S. District Court for the District of Columbia, all filing and discovery deadlines imposed upon the United States, any

of its federal agencies, and any of its officers of employees, shall be extended by the number of days equal to the length (in days) of the lapse of appropriations plus ten days, provided that if the lapse is seven days or fewer, such extension shall be the number of days equal to the length (in days) of the lapse of appropriations plus five days… ." Standing Ord. No. 25-55.

In light of the extension of deadlines for Defendants pursuant to the Standing Order and in the interest of preserving the simultaneous nature of the Parties' proposed briefing schedule, the Parties have agreed to extend the deadline for Plaintiffs' responsive briefing to correspond to the recalculated deadline for Defendants' responsive briefing, which will be determined when funding for the Department of Justice has been restored.

Dated: October 03, 2025

David C. Fathi† (*pro hac vice*)
Maria V. Morris, D.C. 1697904
Elisa C. Epstein† (*pro hac vice*)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
915 15th Street, N.W.
Washington, D.C. 20005
Tel: 202-393-4930
dfathi@aclu.org
mmorris@aclu.org
eepstein@aclu.org
† *Not admitted in D.C.; practice limited to federal courts.*

Corene T. Kendrick (*pro hac vice*)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
425 California St., Ste. 700
San Francisco, CA 94104
Tel: 202-393-4930
ckendrick@aclu.org

Li Nowlin-Sohl (*pro hac vice*)
Leslie Cooper (*pro hac vice*)

Respectfully submitted,

*/s/ Michael Perloff*
Michael Perloff, D.C. Bar No. 1601047
Aditi Shah, D.C. Bar No. 90033136
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF THE DISTRICT OF
COLUMBIA
529 14th Street NW, Suite 722
Washington, D.C. 20045
Tel: 202-457-0800
mperloff@acludc.org
ashah@acludc.org

Shawn Thomas Meerkamper**
shawn@transgenderlawcenter.org
Megan Z. F. Noor**
megan@transgenderlawcenter.org
TRANSGENDER LAW CENTER
P.O. Box 70976
Oakland, CA 94612
Tel: 510-587-9696

Lynly S. Egyes (*pro hac vice*)

| | |
|---|---|
| Shana Knizhnik, DDC Bar ID 120840<br>James D. Esseks**<br>AMERICAN CIVIL LIBERTIES UNION FOUNDATION<br>125 Broad Street, 18th Floor<br>New York, NY 10004<br>Tel: 212-549-2500<br>lnowlin-sohl@aclu.org<br>lcooper@aclu.org<br>sknizhnik@aclu.org<br>jesseks@aclu.org | lynly@transgenderlawcenter.org<br>TRANSGENDER LAW CENTER<br>594 Dean Street, Suite 11<br>Brooklyn, NY 11238<br>Tel: 510-587-9696<br><br>** *Pro hac vice application pending.*<br><br>*Counsel for Plaintiff class* |

BRETT A. SHUMATE
Assistant Attorney General

JEAN LIN
Special Litigation Counsel

/s/ Jared Littman
ALEXANDER J. YUN
ELIZABETH B. LAYENDECKER
M. JARED LITTMAN
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L. Street, NW
Washington D.C. 20005
(202) 451-7478
Jared.Littman2@usdoj.gov

*Counsel for Defendants*