AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

|                        | )           |
|------------------------|-------------|
| _Plaintiff_            | )           |
| v.                     | ) Case No.  |
|                        | )           |
| _Defendant_            | )           |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

_____ .

Date: _____

_Attorney's signature_

_Printed name and bar number_

_Address_

_E-mail address_

_Telephone number_

_FAX number_

[Print]  [Save As...]  [Reset]