# UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

ALISHEA KINGDOM et al ) CIVIL CASE #
        (PLAINTIEFS) ) 1:25-CV-691-RCL
      V. ) Honorable
DONALD J. Trump et al ) LAMBERTH
      (DEFENDANTS)

MOTION FOR lEAVE TO JOIN ABOVE
CivIl ClASS ACTION DUE to I Am being
FATAIIy, HARMED By DEFENDANTS EXECUTIVE
       ORDER 14168

1) MY NAME IS MS. ANTONIO CRAWFORD
A.K.A "Asia", FEDERAl Prison # 43793-424

2) I AM currently CONFINED, INSIDE the
FEDERAl Bureau OF PRISONS (FBOP'S) METROPolitian
CORRECTIONAL CENTER "MCC" IN Chicago, IL *

3) AND I have been Documented INSIDE, the
FBOP's Sentry Database As a TransgendeR
Male to Female, since september 10th 2020

4) Than, IN 2021 I was Diagnosed, by
FBOP DOCTORS, with Gender DysphoriA

‹See FBoP. gov/Inmate locator›

Back page

IN Adolescentants, and Adults

5) As a way to Treat my severe, mental illness, The FBOP was, Providing me with Hormone replacement Therapy, Female only Pat search, and Female under-garments including a FBOP contracted Doctor recommended me for the gender Conforming surgery, IN 2020-2024

6) I have over, 23 Suicide Risk Assessments, while housed in the FBOP, been on Suicide watch over 3 times with being rushed to the outside Emergency Room 5 times, in less then Six months For my Intentional Suicidal Behavior, From the end of 2022-2023 year see (A. Crawford V. unknown Party 2023 U.S. Dist. Lexis 45869 D. Az)

7) Now with the Defendants Executive order, which Provides Federal Funds shall not, be spent on any medical Treatment For the Purpose of conforming an Inmates appearence to that opposite sex (the courts matter at hand) stopped, by medication

8) Sometime in August 2025, I requested To The FBOP Psychologist, and other staff to continue my needed Gender Affirming care (ga)

Page 3 of 4

9) The FBOP told me No, due to the Executive order of President Trump

10) The FBOP knows, the Substantial Risk I Face without, This Needed gender Affirming Care Yet they are not doing nothing

11) I Apoligize, to the Courts For Intervening, but I don't know who to Contact on being apart of this Class Action but to abate my Significant Risk I Face without my gender Affirming surgery I need help,

Wherefore pursuant to the courts order on June 3-2025 of Preliminary Injunction I Am requesting, to be Provided Assistance of counsel on this matter At hand and to be apart of this Action, written In good Faith

P.S. ≠ Asia Crawford

Antonio Crawford
Reg# 43793-424
Metropolitan Correctional Center
71 W Van Burean Street
Chicago, Illinois
60605

RECE___
Mailro___

OCT 27 2025

Angela D. Caesar, Clerk of
U.S. District Court, District of Co___

Back Page

# CERTIFICATE OF SERVICE

I (Antonio Crawford) certify that on
10-21-2025 I placed this foregoing
in the Prison mail Box to be mailed
to the Clerk of the court to
Electronically File this foregoing by
using the ECF/CM System Participants
in this case will Automaticly Served
by that System

Subscribed in sworn to
me on 10-21-25