

Antonio Crawford
Reg# 43793-424
Metropolitan Correctional Center
71 W Van Buren Street
Chicago, IL
60605

LEGAL MAIL

Clerk of the
United States District Court
For District of Columbia
333 Constitution Ave NW
Room 1225
Washington D.C. 20301