Oct. 20, 2025

David Simpkins # 11208-028
Federal Correctional Institution-1
P.O. Box 1000
Butner NC 27509

Re: Kingdom et al. v. Trump et al.,
Case No. 25-CV-00691-RCL

RECEIVED
Mailroom
OCT 27 2025
Angela D. Caesar, Clerk of
U.S. District Court, District of C...

To the Hon. Royce C. Lamberth:

This letter shall serve as my motion pursuant to Fed. R. Civ. P. 17 thru 23 to intervene into, join, and seek relief into this action for the following reasons:

1. BOP Staff at FCC Butner are not following the June 3, 2025 Court preliminary injunction;

2. I am M2F Transgender in SENTRY with a diagnosis of Gender Dysphoria;

3. I have been denied bras, panties, and all other WPATH Standard of Care "Social Accommodations" from Jan. 20, 2025 to Oct. 20, 2025;

4. I have been denied all requests to call class-counsel at the ACLU and Transgender Law Center;

5. I have been witness to horrific physical and sexual abuse of Transgender activist Jeremy "Grace" Pinson #16267-064 after she sent a letter-motion to Judge Lamberth and I fear that I too will be thrown in SHU, beaten, restrained and abused like her for this letter if I am not protected by the Court;

6. I have been denied all hormone injections by Dr. Laurence Stchel since arriving to FCC Butner;

-1-

Wherefore I pray the Court will assist me in getting to speak to class-counsel and to hold the BOP and AG Bondi and Trump in contempt for deliberately violating Judge Lamberth's Orders in this case with respect to all class members at FCC Butner.

David "Valerie" Simpkins
Reg. No. 11208-028