

David Simpkins 11208-028

Name: Correctional
Federal Medical Center Number: Institution
P.O. Box 1000
Butner, NC 27509

Legal Mail

20:001-289999

RALEIGH NC 275
Research Triangle Region
23 OCT 2025 AM 3 L

Clerk, U.S. District Court
333 Constitution Ave. NW
Washington D.C. 20001