# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALISHEA KINGDOM, et al., | Case No. 1:25-cv-00691-RCL |
| Plaintiffs, | **PLAINTIFFS' MOTION FOR RENEWED PRELIMINARY INJUNCTION** |
| v. | |
| DONALD J. TRUMP, et al., | |
| Defendants. | |

Under Federal Rule of Civil Procedure 65 and Local Civil Rule 65.1, Plaintiffs respectfully move the Court to issue a renewed preliminary injunction ("PI") for a 90-day period from December 1, 2025, to March 1, 2026. Plaintiffs rely on the concurrently filed memorandum of points and authorities, and other documents filed in this action.

Undersigned counsel affirms they conferred with opposing counsel about this motion, as Local Civil Rule 7(m) requires. On October 28, 2025, Counsel for Defendants stated:

> Defendants oppose the relief sought in this motion, pursuant to Local Rule 7(m), because under the PLRA, preliminary injunctions "automatically expire on the date that is 90 days after its entry." Additionally, Defendants oppose the relief sought in this motion because the Federal Bureau of Prison's implementation of Executive Order No. 14168 is consistent with law. See ECF No. 35 (Defendants' response to Plaintiffs' preliminary injunction motion); ECF No. 52-1 (Defendants' sur-reply). Defendants do not plan on filing any further opposition.

*See* Declaration of Corene Kendrick, Ex. 1.

Plaintiffs believe a hearing is unnecessary, as the legal and factual issues are identical to those in Plaintiffs' original motion, ECF No. 7, and in Plaintiffs' August motion to extend the original PI, ECF No. 78 (which the Court granted, *see* ECF No. 79). However, if the Court desires a hearing, Plaintiffs respectfully request it be scheduled on an expedited basis, as the current PI

1

(ECF No. 79) expires on November 30, 2025.[1]

Dated: October 31, 2025

Michael Perloff, D.C. Bar No. 1601047
Aditi Shah, D.C. Bar No. 90033136
ACLU FOUNDATION OF THE DISTRICT
OF COLUMBIA
529 14th Street NW, Suite 722
Washington, D.C. 20045
Tel: 202-457-0800
mperloff@acludc.org
ashah@acludc.org

Li Nowlin-Sohl (*pro hac vice*)
Leslie Cooper (*pro hac vice*)
Shana Knizhnik, DDC Bar ID 120840
James D. Esseks (*pro hac vice*)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
Tel: 212-549-2500
lnowlin-sohl@aclu.org
lcooper@aclu.org
sknizhnik@aclu.org
jesseks@aclu.org

Shawn Thomas Meerkamper (*pro hac vice*)
Megan Z. F. Noor (*pro hac vice*)
TRANSGENDER LAW CENTER
P.O. Box 70976
Oakland, CA 94612
Tel: 510-587-9696
shawn@transgenderlawcenter.org
megan@transgenderlawcenter.org

Respectfully submitted,

*/s/ Corene T. Kendrick*
Corene T. Kendrick (*pro hac vice*)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
425 California St., Ste. 700
San Francisco, CA 94104
Tel: 202-393-4930
ckendrick@aclu.org

David C. Fathi (*pro hac vice*) *
Maria V. Morris, D.C. Bar. No. 1697904
Elisa C. Epstein (*pro hac vice*) *
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
915 15th Street, N.W.
Washington, D.C. 20005
Tel: 202-393-4930
dfathi@aclu.org
mmorris@aclu.org
eepstein@aclu.org
*Not admitted in D.C.; practice limited to federal courts.*

Lynly S. Egyes (*pro hac vice*)
TRANSGENDER LAW CENTER
594 Dean Street, Suite 11
Brooklyn, NY 11238
Tel: 510-587-9696
lynly@transgenderlawcenter.org

*Counsel for Plaintiff Class*

---

[1] If the Court does not rule before December 1, 2025, it may still renew the preliminary injunction to run for 90 days from the date of a new order's entry. *Alloway v. Hodge*, 72 F.App'x 812, 817 (10th Cir. 2003) (unpublished) (affirming renewal of injunction that expired months earlier); *see also Porretti v. Dzurenda*, Case No. 2:17-cv-01745-RFB-DJA, 2020 WL 6834234, *1 (D. Nev. Aug. 31 2020), *aff'd*, 11 F.4th 1037, 1052 (9th Cir. 2021).