Darnell Nash #31505001
United States Penitentiary Coleman II
P.O. Box 1034
Coleman, FL 33521

Office of the Clerk
U.S. District Court District of Columbia
333 Constitution Ave, N.W.
Washington, DC 20001