10-23-2025

Michael R. Dye 15252-042
FCI Butner Medium #1
PO BOX 1000
Butner NC 27509

RECE___
Mail___

NOV - 3 2025

Angela D. Caesar, Clerk of ___
U.S. District ___ District of ___

Re: Kingdom et al. v. Trump,
No. 25-CV-00691-RCL

This letter shall serve as my motion to intervene
into, join, and request for judicial intervention pursuant to
Rules 17, 18, 19, 20, 21, 22 and 23 for the following reasons:

1. Defendants are not and never have complied with
the TRO or the June 3, 2025 injunction at FCI Butner
or my last prison FCI Petersburg, VA;
2. As a result Ive been denied HRT, female makeup,
bras, panties, gender affirming housing and surgery,
hygeine/cosmetics, etc.;
3. I have attempted suicide multiple times recently;
4. Jeremy "Grace" Pinson # 16267-064 gave me the info to
contact class counsel but the BOP threw us both
into SHU, encumbered our trust accounts, froze our
email access, and deny us any legal calls to the ACLU
or TLC lawyers. Then on 10-17-25 they beat up
Grace so bad they broke bones in her hand/arm
and cut her clothes off in full view of 20 cisgender
male staff. LT Quinones was heard screaming at her
"Tell Judge Lamberth this you fucking rat bitch, tell
him this you fucking faggot" which I personally
heard and will testify to under oath.

1

I swear that the aforegoing is true under the penalty of perjury pursuant to 28 USC 1746.

Please help me !!!

Sincerely,

*[signature]*

# 15252-042

2

MICHAEL R DYE
FCI 1 REG 15252-042
PO BOX 1000
BUTNER NC  27509

CONFIDENTIALITY NOTICE: The accompanying material contains sensitive information. This information may be privileged and confidential, and intended for the use of the recipient named in this correspondence. If you have received this information in error, se contact us immediately.

This page intentionally left blank.