

David Simpkins 11706-028

Name: Federal Medical Center
P.O. Box 1600
Butner, NC 27509

RALEIGH NC 275
Research Triangle Region
28 OCT 2025 AM 3 L

Clerk, U.S. District Court
333 Constitution Ave NW
Washington D.C. 20001

20001-266999

Legal Mail