Elijah Stone #21464-032
Federal Correctional Institution
PO Box 6001
Ashland, KY 41105

June 10, 2025

RECEIVED
Mailroom

JUN 16 2025

Angela D. Caesar, Clerk of Clerk
U.S. District Court, District of Columbia

The Honorable Royce C. Lamberth
United States District Judge
U.S. District Court for the District of Columbia
333 Constitution Ave., NW
Washington, DC 20001

Re: Noncompliance with Injunction in Kingdom v. Trump, 1:25-CV-00691

Dear Judge Lamberth,

I write respectfully to bring to the Court's attention the apparent noncompliance by the Federal Bureau of Prisons (BOP), specifically at Federal Correctional Institution (FCI) Ashland, with the injunction issued by Your Honor on June 3, 2025, in Kingdom v. Trump.

I am a transgender inmate currently incarcerated at FCI Ashland. In 2024, I was diagnosed with gender dysphoria by Psychology Services at this institution. Prior to the issuance of Executive Order 14168, I had been receiving gender-affirming accomodations consistent with my medical diagnosis, including access to undergarments, commissary items, and specialized First Step Act programming for transgender inmates. Most critically, I was granted an exemption from being subjected to pat and visual searches by male staff — a vital safeguard for my mental and emotional well-being.

Upon the enactment of Executive Order 14168, those accomodations were rescinded. Since then, I have been denied access to gender-affirming items and programming and am once again subject to invasive searches by male staff, which exacerbates the psychological harm associated with my diagnosis.

After learning of the Court's recent injunction in Kingdom v. Trump, I promptly submitted an electronic message to Warden C. Entzel at FCI Ashland and requested compliance with the Court's directive and reinstatement of the gender-affirming accomodations I had previously received. However, executive staff at FCI Ashland have refused to comply with the injunction and continue to enforce Executive Order 14168 in direct contravention of the Court's ruling.

I am enclosing a copy of the message I sent to Warden Entzel as evidence of my attempt to seek relief through administrative channels. As of the date of this letter, no action has been taken to reinstate the accomodations that are now required by law under the Court's order.

I write in good faith and with the utmost respect for the rule of law, seeking the Court's guidance and potential intervention to ensure that the Bureau of Prisons complies fully and promptly with the injunction issued in Kingdom v. Trump.

Thank you for your time and attention to this urgent matter.

Respectfully submitted,

*Elijah J. Stone*
Elijah Stone


Enclosure: Electronic Message to Warden C. Entzel, 6/5/2025

TRULINCS 21464032 - STONE, ELIJAH J - Unit: ASH-K-A

---

FROM: 21464032
TO: Warden
SUBJECT: \*\*\*Request to Staff\*\*\* STONE, ELIJAH, Reg# 21464032, ASH-K-A
DATE: 06/05/2025 11:57:13 AM

To: C. Entzel
Inmate Work Assignment: n/a

Warden Entzel,

As you are no doubt aware, U.S. District Court Judge Royce C. Lamberth issued an injction on June 3, 2025, which blocks enforcement of Executive Order 14168. As such, the Bureau of Prisons is required to resume practices which were terminated by President Trump's executive order.

I would like to make a formal request that gender-affirming accomodations, including undergarments, commissary items, and pat-search exemtions, made made available to me as I have been diagnosed with gender dysphoria by Psychology Services.

Respectfully,
Elijah Stone