**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ALISHEA KINGDOM, *et al.*,<br><br>    *Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>    *Defendants*. | Case No. 1:25-cv-691-RCL |

## ORDER

This Court entered a preliminary injunction in this case on June 3, 2025. ECF No. 67. On August 20, 2025, the Court extended the injunction for 90 days, to run from September 1 to November 30, 2025, as required by the Prison Litigation Reform Act. ECF No. 79. On November 17, 2025, the Court extended the injunction for another 90 days, to run from December 1 through March 1, 2026. ECF No. 96. Under the terms of the preliminary injunction, Defendants are enjoined from implementing Section 4(c) of Executive Order 14168 against any class member in this action. That is, Defendants are required to restore and maintain access to hormone medications and social accommodations for all persons who are currently or will be incarcerated in BOP facilities with a current diagnosis of gender dysphoria or who receive such a diagnosis in the future. *See* ECF No. 67.

Since the preliminary injunction was first entered on June 3, the Court has received six motions to intervene from purported class members. *See* ECF Nos. 75, 86, 91, 92, 94, 95. Each motion alleges noncompliance with the preliminary injunction on the part of BOP. *See e.g.*, ECF No. 86 at 1 ("I can personally attest under penalty of perjury that…no transgender inmates at FCI Butner #1 have been provided female undergarments, female clothing, female cosmetic makeup

and/or hygiene items, etc."); ECF No. 91 at 2–3 ("Sometime in August 2025, I requested to the FBOP psychologist and other staff to continue my needed gender affirming care....The FBOP told me no, due to the executive order of President Trump."); ECF No. 95 at 1 ("Defendants are not and never have complied with...the June 3, 2025 injunction at FCI Butner or my last prison FCI Petersburg, VA."). Several motions allege denials of requests to call class counsel as well as retaliation against inmates for their attempts to intervene in this action. *See* ECF Nos. 92, 95. Since entering the preliminary injunction, the Court has also received requests for leave to file letters and motions from other purported class members with similar allegations of noncompliance. Those requests for leave to file have been granted so that all parties may see them on the docket. *See* ECF Nos. 97, 98, 99, 100.

To ensure all purported class members are receiving adequate representation and the accommodations to which they are entitled, class counsel are hereby **ORDERED** to provide a status report by December 22, 2025 contemplating whether Defendants are complying with the preliminary injunction and what action, if any, the Court should take in response to the movants and letter writers. It is further **ORDERED** that Defendants shall have until January 12, 2026 to respond.

Date: 11-24-28

Royce C. Lamberth
United States District Judge