# EXHIBIT 3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ALISHEA KINGDOM, et al.,

        Plaintiffs,

    v.

DONALD J. TRUMP, et al.,

        Defendants.

Case No. 1:25-cv-00691-RCL

**DECLARATION OF MYA DYE**

My name is Mya Dye.[1] I am over the age of 18 and fully competent to make this declaration. Under penalty of perjury, pursuant to 26 U.S.C. § 1746, I declare:

1. I am a 35-year-old transgender woman in the custody of the Federal Bureau of Prisons. I am currently incarcerated at FCI Butner Medium I.
2. I was diagnosed with gender dysphoria by a BOP doctor at USP Terra Haute on or around 2018. To treat my gender dysphoria, I was prescribed Spironolactone, Estradiol, and Finasteride.
3. When President Trump's "Defending Women from Gender Ideology Extremism and Restoring Biological Truth to Government" Executive Order was issued, I was incarcerated at FCI Petersburg.
4. Prior to the Executive Order, I had been able to access social accommodations such as bras, panties, feminine shampoo and body wash, and makeup.
5. Immediately after the Executive Order was issued, I lost access to social accommodations including all of my property which included makeup, feminine body care items, and bras and panties. Those things were also removed from the commissary shop at the same time.
6. Because I am currently incarcerated in a BOP facility and I have a diagnosis of gender dysphoria, I believe that I am a member of the *Kingdom v. Trump* class.
7. In September 2025, I was transferred to FCI Butner Medium I. Since being at FCI Butner Medium I, I have not had access to any gender affirming social accommodation items.
8. At FCI Butner Medium I, there is nothing on the trans list available to purchase at the commissary shop. In early December 2025, I tried to put in a special purchase order (SPO) for feminine deodorant and a sports bra, but was told that it would take more than a month for me to receive anything. My scheduled release date is January 7, 2026 and so

---

[1] My legal name is Michael Dye. My Federal Bureau of Prisons Register Number is 15252-042.

a staff member told me I shouldn't submit the SPO because "that bullshit won't make it here before you leave so you might as well just throw it away."

9. At FCI Butner Medium I, the laundry services has one size of a bra and panties available but the only size available doesn't fit me or anyone else I know here. If I tried to put them on, they would fall off.
10. Whenever I've asked staff about when gender-affirming items will be available or why they aren't available, they usually just say "Ask Trump."
11. I was held in the Special Housing Unit (SHU) in October 2025. I experienced retaliation from guards and saw them retaliate against another trans woman, Grace Pinson. In mid-October 2025, I was in the cell next to Grace and saw guards pull her out of her cell. Her wrist was broken by guards as they pulled her out of the cell. I heard Grace say that she was going to file a grievance or sue him and the guard responded "I don't give a damn, that doesn't work back here for us anyway." The next day, I saw that Grace had come back. About a week later, they put me in a cell with Grace. She had a wound on her leg, it was like a huge red knot under the surface of her skin. Her wrist was also broken. She had not yet gone to medical. I started complaining that she looked sick because she had a high fever from the thing on her leg. She was sweating a lot and when they came to get her temperature it was 103 degrees. They took her to the hospital where she stayed for about a week. When she came back from the hospital she told me that she had had surgery on her leg because she had MRSA and had a cast on her arm.
12. After Grace came back, they searched our cell three days in a row and did a strip search in the shower each day. The captain requested the search all three days and on the third day he came to the showers while we were being strip searched naked in the shower. He said that if we keep filing grievances or anything that we wouldn't make our out dates. I saw him tell Grace to squat and cough while he was standing in the doorway of the shower even though she had already been strip searched at that point.
13. I have filed grievances and tried to contact the American Civil Liberties Union and the Transgender Law Center but every time I do so staff say something like "You need to stop filing, don't you want to go home?" I understand this response to be a threat that if I try to contact my lawyers that they will make it more difficult for me to be released on time.
14. No staff I have spoken to have been willing to provide me with a timeline for when social accommodations will be available again.
15. I often feel suicidal because I don't have access to gender affirming care items and because of how they treat us for being transgender. I feel like an animal. It makes me just want to give up to feel like I'm an animal, like I'm below everyone else. It feels hopeless.

      I, Mya Dye, declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and recollection.

Dated: <u>12/15/2025</u>                                         <u>/s/ Mya Dye</u>
                                                                                                        Mya Dye

      I, Elisa Epstein, certify that I have read the foregoing to Mya Dye, and that she affirmed that the foregoing is true and correct on 12/15/2025.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: <u>12/15/2025</u>                                         <u>/s/ Elisa Epstein</u>
                                                                                                      Elisa Epstein