# EXHIBIT 4

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALISHEA KINGDOM, et al.,<br><br>　　　　　　Plaintiffs,<br>　　v.<br><br>DONALD J. TRUMP, et al.,<br><br>　　　　　　Defendants. | Case No. 1:25-cv-00691-RCL<br><br>**DECLARATION OF VALERIE SIMPKINS** |

　　My name is Valerie Simpkins.[1] I am over the age of 18 and fully competent to make this declaration. Under penalty of perjury, pursuant to 26 U.S.C. § 1746, I declare:

1. I am a 37-year-old transgender woman in the custody of the Federal Bureau of Prisons. I am currently incarcerated at FCI Butner Medium I.
2. I was diagnosed with gender dysphoria by a BOP doctor at FCI Mariana on or around 2018. To treat my gender dysphoria, I was prescribed Estradiol, Spironolactone, and Finasteride. I was also added to the Trans list so that I could purchase and receive feminine items.
3. When President Trump's "Defending Women from Gender Ideology Extremism and Restoring Biological Truth to Government" Executive Order was issued, I was incarcerated at FCI Butner Medium I in North Carolina.
4. Prior to the Executive Order, I had been able to access social accommodations such as bras and panties and laser hair removal.
5. The day after the Executive Order was issued, I lost access to social accommodations including bras and panties, female pat search, and feminine commissary items. At the time, I was working on recreation and a laundry officer and the head of Trust Fund came to me on the recreation center and demanded that I give them my undergarments immediately. I was told "Looks like President Trump has won and you are now a man in a man's prison."
6. Because I am currently incarcerated in a BOP facility and I have a diagnosis of gender dysphoria, I believe that I am a member of the *Kingdom v. Trump* class.

---

[1] My legal name is David Simpkins. My Federal Bureau of Prisons Register Number is 11706-028.

7. Since the injunction, there are still no items available in commissary to purchase. I don't believe there is anything available on the Special Purchase Order list either.
8. I am currently housed in the Special Housing Unit (SHU) waiting for a determination on protective custody after I was assaulted on the yard in late October 2025. In the SHU, they will not provide me with any bras or panties. Officers say that I have to wear boxers.
9. When I was on the yard, immediately before I was assaulted in late October, there was only one size of bras and panties available through laundry services. That one size was too small for most people and did not fit me so I could not wear them. When I asked for more sizes, I was told "That's all you get."
10. In the SHU, I am also unable to access any kind of razer. On the yard, I could purchase a male razer but nothing is available when I'm on the SHU. They used to have laser hair removal available on the compound but that was taken away after the Executive Order. That has not been available again since the Executive Order was issued.
11. I was also in the SHU for about two weeks in early to mid-October. During that time, I witnessed retaliation against another trans woman in the SHU, Grace Pinson. I was in the cell across the hall from Grace Pinson and so could see and hear everything that happened. One day, Grace was lying down and not feeling well. Officers came to her cell and put her in the observation room where they bent her arm behind her back and put her in four-point restraints. When they put her in restraints, they cut her clothes off of her in front of about 20 male officers. She said she was uncomfortable, and they said "Get over it. You're a man in a man's prison." They also said "Well go tell your lawyers about it" as they put her in the restraints. They left her restrained in the cell with no clothing for 12 hours. After 12 hours, they put her in a cell with me.
12. After Grace complained for about 7 days, they finally took her to the Federal Medical Center. A doctor told her that her wrist and arm were broken and that she had an infection in her leg, which I believe is from the restraints placed on her leg.
13. It's horrifying and embarrassing to be treated this way. When I'm treated this way, and things are taken away from me, I feel like dirt, like less than a person. They make me feel like an anomaly. It really messes with my mental health.

      I, Valerie Simpkins, declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and recollection.

| | |
|---|---|
| Dated: <u>12/10/25</u> | <u>/s/ Valerie Simpkins</u><br>Valerie Simpkins |

      I, Elisa Epstein, certify that I have read the foregoing to Valerie Simpkins, and that she affirmed that the foregoing is true and correct on 12/10/25.

I declare under penalty of perjury that the foregoing is true and correct.

| | |
|---|---|
| Dated: <u>12/10/25</u> | <u>/s/ Elisa Epstein</u><br>Elisa Epstein |