IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALISHEA KINGDOM, et al., <br><br> Plaintiffs, <br> v. <br><br> DONALD J. TRUMP, et al., <br><br> Defendants. | Case No. 1:25-cv-00691-RCL <br><br> **DECLARATION OF MATTHEW WILLIAMSON** |

My name is Matthew Williamson.[1] I am over the age of 18 and fully competent to make this declaration. Under penalty of perjury, pursuant to 26 U.S.C. § 1746, I declare:

1. I am a 31-year-old transgender man in the custody of the Federal Bureau of Prisons. I am currently incarcerated at Federal Correctional Institution (FCI) Aliceville.
2. I was diagnosed with gender dysphoria by Dr. Lee at FCI Aliceville around February 2024. To treat my gender dysphoria, I was prescribed testosterone and social accommodations.
3. When President Trump's "Defending Women from Gender Ideology Extremism and Restoring Biological Truth to Government" Executive Order was issued, I was incarcerated at FCI Aliceville.
4. Prior to the Executive Order, I was able to receive boxer underwear through laundry services as an accommodation for my gender dysphoria. I could also receive chest binders through Medical Services. I was also able to buy boxer underwear and men's scented hygiene and personal care items, like Old Spice deodorant and Men's Dove body wash, through the commissary shop. For items not sold at the commissary shop, like men's shoes and chest binders, I was able to order them as a Special Purchase Order (SPO).
5. In February of 2025, a notice was posted that, because of the Executive Order, the commissary shop would stop stocking the social accommodation items that they had previously offered. All of the social accommodation items were bought up within a week of the notice being posted, and were not available again after that time.

---

[1] My legal name is Dalayna Williamson. My Federal Bureau of Prisons Register Number is 88855-509.

6. Around that same time, the laundry services staff confiscated the facility-issued boxer underwear from all of the trans men at Aliceville.
7. In June of 2025, I received a notice from the Transgender Law Center that a preliminary injunction and class certification had been granted in the *Kingdom v. Trump* lawsuit, along with a copy of the judge's order.
8. Because I am currently incarcerated in a BOP facility and I have a diagnosis of gender dysphoria, I believe that I am a member of the *Kingdom v. Trump* class.
9. In late August or early September of 2025, the commissary list was updated to include a few "gender neutral" items. I am now able to buy unscented deodorant, as well as "tighty-whitey" underwear.
10. Despite the injunction, I am still not able to buy the boxer underwear or men's scented hygiene and personal care items from commissary that I was able to buy before President Trump came into office. I am also not able to place a Special Purchase Order for any of the items that are not sold at commissary, like chest binders and men's shoes, that I had been able to order before. I have not been able to buy any of these items at any point since the injunction was issued.
11. I have also not been able to receive boxer underwear through laundry services or chest binders through Medical Services at any time since the injunction was issued.
12. Shortly I got the notice about the injunction from the Transgender Law Center, when I asked our Trust Fund and laundry supervisor, Mr. Normand, about the commissary list, and he said that he would "never" let us get chest binders again, and that he was only going to stock "gender neutral" items in the commissary from now on.
13. It's super stressful not being able to get the social accommodation items that I need, especially chest binders and boxers. Getting the "tighty-whitey" underwear feels like a slap in the face, like someone is trying to force me to be more feminine.

I, Matthew Williamson, declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and recollection.

Dated: 10/16/2025                                         /s/ Matthew Williamson
                                                          Matthew Williamson


I, Megan Noor, certify that I have read the foregoing aloud to Matthew Williamson, and that he affirmed that the foregoing is true and correct on 10/16/2025.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 10/16/2025                                         /s/ Megan Noor
                                                          Megan Noor

D. Williamson #88855509
FCI Aliceville
PO Box 4000
Aliceville, AL 35442

Hello!

Megan Moor requested a current commissary list from FCI Aliceville, so that's attached. I'm sorry to keep buggin' you about this but if I could please receive information about dosing guidelines, (especially addressing the need to meet a patient's physical goals), for testosterone, so I can make copies and share with the guys here, I would greatly appreciate it! Thank you for your time and assistance!

Autumn is here!

**FCI ALICEVILLE**
**COMMISSARY LIST**

INMATE NAME: _____

REGISTER NUMBER: _____

CELL#: _____ DATE: _____

UNIT / WORK ASSIGNMENT: _____

### FOOD - MEATS (LIMIT 5 EACH)

| Item | Price |
|---|---|
| ORIGINAL BEEF STICK | $2.20 |
| TERIYAKI BEEF STICK | $2.20 |
| BEEF & CHEESE COMBO | $0.80 |
| PEPPER TURKEY LOG | $2.60 |
| BACON BITS | $3.90 |
| BEEF SAUSAGE | $2.55 |
| PEPPERONI SLICES | $2.55 |
| TACO MIX | $2.60 |
| SHREDDED BEEF | $5.10 |
| CLAMS | $1.70 |
| MACKEREL FILET (K) | $1.20 |
| SALMON FLAKES | $1.90 |
| OYSTERS | $1.85 |
| LIGHT TUNA (K) | $1.60 |
| THAI TUNA STEAK | $2.55 |

### CHEESE (LIMIT 2 EACH)

| Item | Price |
|---|---|
| CRM CHEESE PCH (LIMIT 10) | $0.50 |
| CHEDDER CHEESE SQUEEZE | $4.45 |
| JALAPENO CHEESE SQUEEZE | $1.70 |
| JALAPENO CHEESE BAR | $1.80 |
| MOZZARELA CHEESE BAR | $1.80 |
| VELVEETA BLOCK | $3.65 |

### CEREAL & BREAKFAST ITEMS (LIMIT 2 EACH)

| Item | Price |
|---|---|
| BERRY COLOSSAL | $5.25 |
| S'MORES | $5.25 |
| ALMOND MILK (K) | $2.15 |
| TOFFEE ALMOND GRANOLA | $4.50 |
| POP TARTS | $3.25 |
| INSTANT NON FAT MILK (K) | $2.20 |
| QUAKER INSTANT GRITS (K) | $5.30 |
| QUAKER OATMEAL (K) | $3.75 |
| INSTANT OATMEAL | $6.10 |

### SNACK CAKES & PIES (LIMIT 1 EACH)

| Item | Price |
|---|---|
| STRAWBERRY ROLLS | $2.95 |
| POWDERED DONUTS | $2.35 |
| NUTTY BARS | $2.95 |
| ICED HONEY BUN (LIMIT 5) | $1.30 |

### NUTS & HEALTHY (LIMIT 5 EACH)

| Item | Price |
|---|---|
| ULTRA FIT | $2.00 |
| RAISINS (K) | $3.95 |
| PEANUTS | $4.00 |
| CASHEW | $4.15 |
| OMEGA 3 MIX (K) | $3.70 |

### CANDY (LIMIT 5 EACH)

| Item | Price |
|---|---|
| CHICK-O-STICK (K) | $0.35 |
| BUTTERSCOTCH BUTTONS | $1.10 |
| STARLIGHT MINTS | $0.85 |
| STARBURST | $3.45 |
| HERSHEY'S MILK CHOCOLATE | $1.60 |
| REESE'S CUP | $1.60 |
| SNICKERS | $1.60 |
| TWIX | $1.60 |
| RICE CRISPY TREAT | $0.75 |
| GUMMI BEARS | $2.15 |
| M&M PEANUT | $1.60 |
| LOCOCHAS | $1.85 |
| TROLLI CRAWLERS | $2.95 |
|  | $TBD |

### DRINK MIXES AND SUGAR (LIMIT 3 EACH)

| Item | Price |
|---|---|
| TROPICAL SKITTLES DRINK MIX | $6.50 |
| TEA W/ LEMON | $1.50 |
| TEA SWEET FUSION | $3.25 |
| KEEFE GEORGIA PEACH | $3.50 |
| VANILLA HEALTH SHAKE | $1.75 |
| COOKIES & CREAM HEALTH SHAKE | $1.75 |
| ASSORTED TEA | $2.95 |

### SUGAR SUBSTITUTE (LIMIT 2 EACH)

| Item | Price |
|---|---|
| EQUAL (BLUE) | $2.45 |
| EQUAL (PINK) | $2.45 |

### CHIPS (LIMIT 4 TOTAL) / SKINS (LIMIT 2 TOTAL)

| Item | Price |
|---|---|
| PORK SKINS | $4.05 |
| POTATO RIPPLES | $2.50 |
| BUFFALO BLEU CHEESE | $1.95 |
| CHEX-MIX CHEDDAR | $4.00 |
| FLAMIN HOT CHEETOS | $3.20 |
| DORITOS | $2.15 |
| TORTILLA CHIPS (K) | $2.40 |
| SOUR CREAM AND ONION | $1.65 |
|  | $TBD |

### SOUPS (LIMIT 10 EACH)

| Item | Price |
|---|---|
| HOT CHICKEN CUP SOUP | $0.90 |
| CHEDDAR CHEESE | $0.90 |
| BEEF SOUP CUP | $0.90 |
| RAMEN CHICKEN NDLE CUP | $0.90 |
| THAI NOODLES | $1.15 |
| VEGETABLE SOUP | $0.60 |

CLOTHING (LIMIT OF 2 EACH)

### SOCKS (LIMIT 2 EACH)

| Item | Price |
|---|---|
| ANKLE SOCKS | $2.15 |
| LOW CUT SOCKS | $3.90 |
| TUBE SOCKS | $2.15 |
| CREW SOCKS | $6.50 |
| DIABETIC SOCKS | $2.60 |

### COLD WEATHER (LIMIT 1 EACH)

| Item | Price |
|---|---|
| GREY SCARF | $11.65 |
| WOOL GLOVES | $7.00 |
| GREY BEANIE | $4.55 |
| PONCHO | $2.60 |

### GLASSES (LIMIT OF 1 FROM GROUP)

READING GLASSES (CIRCLE 1)   $5.50
1.00  1.25  1.50  1.75  2.00
2.25  2.50  2.75  3.00  3.25

### GREETING CARDS (CIRCLE CHOICE)

| Item | Price |
|---|---|
| BIRTHDAY: ADULT M / F | $1.40 |
| BIRTHDAY: KIDS BOY / GIRL | $1.40 |
| THINKING OF YOU | $1.40 |
| MISSING YOU | $1.40 |
| FRIENDSHIP | $1.40 |
| ANNIVERSARY | $1.40 |
| THANK YOU | $1.40 |
| SEASONAL | $1.40 |

**LEGEND:**
K - KOSHER
H - HALAL
S.F. - SUGAR FREE
<> ITEMS THAT DO NOT AFFECT SPENDING LIMIT
ITEMS MARKED WITH (*) ARE LOCAL USE ONLY

THE QUANTITY SHOWN IN PARENTHESIS ARE THE AMMOUNT YOU ARE AUTHORIZED

ITEMS ORDERED BY MISTAKE WILL BE TAKEN BACK BUT NOT REPLACED WITH ANOTHER ITEM

PRICES ARE SUBJECT TO CHANGE WITHOUT NOTICE

ALL SALES ARE FINAL AT THE WINDOW

**COMMISSARY RULES**

1. PRICES ARE SUBJECT TO CHANGE WITHOUT NOTICE.

2. SUBSTITUTIONS WILL NOT BE ALLOWED ONCE THE LIST HAS BEEN TURNED IN.

3. ADD-ONS WILL NOT BE ALLOWED.

4. THE COMMISSARY WILL NOT EXCHANGE DAMAGED ITEMS ONCE THE SALE IS FINAL.

5. THE COMMSSARY WILL NOT REPAIR DAMAGED ITEMS.

6. IF AN INMATE DOES NOT REPORT TO THE SALES WINDOW AFTER THREE ATTEMPTS

| Item | Price |
|---|---|
| GOODY GOODY MIX | $3.85 |
| RAINFOREST TRAIL MIX | $4.00 |
| DELUXE MIX NUTS | $3.80 |

**SEASONINGS & CONDIMENTS MISC.**
*(LIMIT 4 EACH)*

| Item | Price |
|---|---|
| GOYA CHICKEN BOUILLON | $1.90 |
| SAZON CORRIANDER | $2.20 |
| TAJIN | $4.50 |
| GARLIC POWDER (K) | $1.85 |
| MINCED ONION (K) | $1.55 |
| RANCH SEASONING | $1.90 |
| SALT & PEPPER (K) | $1.95 |
| VEGTABLE FLAKES | $1.85 |
| KETCHUP (K) | $2.75 |
| MUSTARD (K) | $1.25 |
| MAYONNAISE (K) | $5.20 |
| NUTELLA (K) | $5.60 |
| PEANUT BUTTER (K) | $3.25 |
| HONEY (K) | $6.00 |
| EL PATO | $2.55 |
| BBQ SAUCE | $0.60 |
| RANCH DRESSING PACKETS | $0.55 |
| HOT SAUCE (K) | $1.55 |
| JALAPENO PEPPERS (K) | $2.80 |
| HOT GIARDINIERA MARCON | $2.90 |
| CHILI GARLIC SAUCE | $2.10 |
| SRIRACHA HOT CHILI (K) | $3.60 |
| SWEET & HOT ASIAN (H) | $2.55 |
| SOY SAUCE (K) | $1.35 |
| LEMON JUICE (K) | $1.15 |
| DILL PICKLE (LIMIT OF 3) (K) | $0.85 |
| OLIVES | $1.85 |
| FRIED RICE SEASONING | $3.75 |
| PIZZA SAUCE | $1.25 |
| GRAPE JELLY | $0.50 |

**SUBMIT COPOUT FOR SIZES 3X & UP**

**BATH ROBE:**
ONE SIZE FITS MOST ____ $35.10

**WHITE PANTIES:**
5  6  7  8  9  10 ____ $7.80

**MENS BRIEFS:**
S  M  L  XL  2X ____ $11.70

**HANES RAZOR BACK BRA:**
S  M  L  XL  2X ____ $16.05

**HANES X-TEMP FOAM BRA:**
S  M  L  XL  2X  3X ____ $19.40

**GREY T-SHIRT S/S:**
S  M  L  XL  2X ____ $7.15

**GREY T-SHIRT L/S:**
S  M  L  XL  2X ____ $11.70

**COTTON GREY SHORTS**
S  M  L  XL  2X ____ $11.70

**SWEATSHIRT:**
S  M  L  XL  2X ____ $18.85

**SWEAT PANTS:**
S  M  L  XL  2X ____ $22.10

**THERM TOP:**
S  M  L  XL  2X ____ $8.45

**THERMAL BOTTOM:**
S  M  L  XL  2X ____ $8.45

**FLEECE POLAR SWEATER:**
S  M  L  XL  2X ____ $33.80

(continued from previous) TO CALL THEM, THE MERCHANDISE WILL BE RETURNED TO STOCK AND THE INMATE WILL NOT BE ABLE TO SHOP UNTIL HIS NEXT SCHEDULED SHOPPING DAY.

7. ONCE THE INMATE LEAVES THE SALES AREA, ALL SALES ARE FINAL AND THERE WILL BE NO EXCHANGES OR REFUNDS.

8. ALL ITEMS SOLD AT THE COMMISSARY COME OFF OF THE SPENDING LIMIT WITH THE EXCEPTION OF STAMPS, COPY CARDS, AND OVER-THE-COUNTER MEDICATIONS.

*C. Normand, Trust Fund Supervisor*

*Jennifer A. Broton, Warden*

WRITE IN _____

FCI ALICEVILLE, ALABAMA COMMISSARY LIST
ALL SALES ARE FINAL

9/05/2025

**FCI ALICEVILLE**
**COMMISSARY LIST**

INMATE NAME: _____   CELL#: _____ DATE: _____

REGISTER NUMBER: _____   UNIT / WORK ASSIGNMENT: _____

| STAMPS/ COPY CARDS | | LIP CARE (LIMIT OF 2 TOTAL) | | TOILETRIES | | SHAMPOO & CONDITIONER | |
|---|---|---|---|---|---|---|---|
| LIMIT IS EQUIVALENT OF TWENTY | | CARMEX CHAPSTICK | $2.25 | (LIMIT OF 2 EACH) | | (LIMIT OF 2 EACH) | |
| FIRST- CLASS STAMPS ($15.60) | | BLISTEX LIP BALM | $1.85 | DISPOSABLE RAZORS (8 PK.) | $1.45 | PANTENE CONDITIONER | $8.05 |
| FOREVER STAMPS, BOOK <> | $14.60 | LAUNDRY (LIMIT OF 1 EACH) | | VENUS RAZOR | $11.70 | PANTENE SHAMPOO | $8.15 |
| .01 SINGLE STAMP <> | $0.01 | GAIN DISHWASHING DETERGENT | $1.75 | SCHICK RAZORS | $10.55 | PANTENE GOLD CONDITIONER | $9.05 |
| .73 SINGLE STAMP <> | $0.78 | GAIN DRYER SHEETS (SPC) | $3.70 | NAIR HAIR REMOVAL | $14.85 | PANTENE GOLD SHAMPOO | $12.95 |
| COPY CARD (LIMIT 5) <> | $6.50 | GAIN WASHING POWDER (SPC) | $14.80 | SHAVE CREAM | $2.45 | VO5 CONDITIONER | $1.70 |
| PHOTO TICKET (LIMIT 10) | $1.00 | O.T.C. MEDICATION (LIMIT OF 1 OF EACH) | | PROTECTION SHAVE CREAM | $2.45 | VO5 SHAMPOO | $1.85 |
| SHOE PICK UP | | ADVANCED ULTEX PLUS <> | $5.00 | COTTON BALLS | $2.25 | AUSSIE SHAMPOO | $6.05 |
| STYLE _____ SIZE _____ | | VITAMIN B COMPLEX <> | $3.50 | Q-TIPS (300 CT.) | $2.25 | AUSSIE CONDITIONER | $6.05 |
| SPO PICK UP | | VITAMIN C 500 <> | $3.50 | SHOWER BODY PUFF | $1.15 | HEAD & SHOULDERS | $6.05 |
| TYPE | | VITAMIN E 400 <> | $5.40 | SMALL TOILETRIES BAG | $1.50 | SUAVE SHAMPOO | $4.55 |
| HAIR DYE PICK UP | | NATURAL CALCIUM W/VIT D <> | $2.85 | PLASTIC SOAP DISH | $1.05 | SUAVE CONDITIONER | $4.55 |
| | $7.45 | ASPIRIN <> | $2.00 | FEMININE HYGIENE | | MOTIONS SHAMPOO | $7.80 |
| HOME PERMS | $11.70 | EXCEDRIN <> | $4.95 | (LIMIT IN PARENTHESIS) | | MOTIONS CONDITIONER | $7.80 |
| OLIVE OIL RELAXER | $11.80 | IBUPROFEN (200 MG) <> | $3.00 | ALWYS MAXI W/WINGS | $9.10 | SULFUR 8 SHAMPOO | $5.15 |
| ICE CREAM (LIMIT 1) | | MENSTRUAL RELIEF (MIDOL) <> | $2.80 | ALWYS REG MAXI W/WINGS | $3.95 | T + SHAMPOO <> | $4.25 |
| PINT | $3.25 | NAPROXEN (220 MG) <> | $4.00 | AM OVRNIGHT XTRHVY W/W | $12.25 | STATIONARY (LIMIT OF 2 EACH) | |
| | | PAIN RELIVER <> | $2.50 | CAREFREE PANTY LINERS | $2.40 | # 2 PENCILS | $0.20 |
| MISC.* (LIMIT 1) | | ALLERGY RELIEF CTG 4 MG <> | $3.00 | PLAYTEX TAMPONS | $16.85 | BIC PENS 2PK | $1.10 |
| MASTER LOCK | $10.15 | NON-DROWSY ALLERGY RELIEF <> | $3.00 | TAMPAX SUPER TAMPONS | $5.00 | ELMERS GLUE | $2.70 |
| SCORE 7C TABLET | $137.80 | NASACORT ALLERGY SPRAY<> | $17.75 | SUMMER'S EVE CLEANS CLTH | $5.50 | COLOR PENCILS | $2.15 |
| TABLET COVER | $17.45 | NASCROM ALLERGY SPRAY <> | $15.95 | SUMMER'S EVE DOUCHE | $3.70 | PENCIL SHRPENER | $0.65 |
| BUBBLE MAILER | $0.85 | SALINE NASAL SPRAY <> | $1.80 | SUMMER'S EVE FEMIN WASH | $5.55 | MULTI-PURPOSE PAPER <> | $2.50 |
| DIAMOND RADIO | $40.25 | ALLERGY EYE DROP <> | $9.00 | DISPOSABLE WIPES (2) | $7.00 | COMPOSITION BOOK | $1.40 |
| SPORT SUNGLASSES | $6.50 | ARTIFICIAL TEARS <> | $2.60 | TAMPAX HVY FLO W/PADS | $7.80 | LEGAL WRITING PAPER | $1.55 |
| WATCHES/BATTERIES | | MEDICATED CHEST RUB <> | $2.25 | FACE CARE | | ADDRESS BOOK | $3.70 |
| (LIMIT 1) | | COUGH CONTROL <> | $3.00 | (LIMIT OF 2 EACH) | | TYPEWRITER RIBBON | $7.75 |
| TIMEX LADIES WATCH | $19.95 | COUGH DROP <> | $1.95 | AMBI BLACK SOAP | $2.75 | LIFT OFF CORRECTION TAPE | $2.40 |
| TIMEX MARATHON | $25.95 | A&D OINTMENT <> | $2.50 | AMBI COCOA BUTTER SOAP | $2.75 | 4 PIECE CUTLERY SET | $1.70 |
| G-SHOCK | $99.45 | ANTIFUNGAL POWDER <> | $3.75 | BLK & WHT SKIN SOAP | $3.90 | 64 OZ MUG | $7.95 |
| CR 2025 | $2.60 | CLOTRIMAZOLE CREAM <> | $1.95 | NEUTROGENA (BAR) | $4.85 | 22 OZ MUG | $3.35 |
| CR1616 | $4.55 | FUNGI NAIL PEN <> | $12.00 | OLAY ADVANCED CLEANSER | $11.70 | 20 OZ SHAKER CUP | $3.25 |
| CR2016/3230 | $2.60 | MONISTAT 7 <> | $8.95 | NOXEMA | $2.55 | CEREAL BOWL | $0.50 |
| 1220 | $2.60 | HYDROCORTISONE CREAM <> | $1.75 | SKIN ACTIVE MICELLAR WTR | $5.45 | 1.6 QUART BOWL | $2.75 |
| 2032 | $2.60 | TRI-ANTIBIOTIC OINTMENT <> | $2.50 | OLAY NIGHT CREAM | $35.95 | DISH SPONGE | $2.20 |
| HEADPHONES (LIMIT 1) | | ORAL ANALGESIC GEL <> | $2.15 | OLAY AGE DEFYING | $19.75 | DOCUMENT FILE FOLDER | $4.10 |
| KOSS R-10 | $34.35 | LACTAID | $6.25 | OLAY 7 IN 1 | $27.70 | ENVELOPES 50 PACK | $2.05 |
| KOSS EARBUDS | $4.65 | EAR WAX REMOVER <> | $2.40 | ST. IVES COLLAGEN | $7.15 | MANILLA ENVELOPE 4 PACK | $1.35 |
| SPLITTER | $6.70 | GAS RELIEF CHEW <> | $2.00 | GROOMING AIDS | | PINOCHLE CARDS | $2.85 |
| EARBUDS | $9.50 | CALCIUM ANATCID TUMS <> | $3.10 | (LIMIT OF 2 EACH) | | PLAYING CARDS | $2.15 |
| ELECTRONICS | | MIRALAX | $9.75 | WAVE CAP (BLACK) | $1.60 | PHOTO ALBUM | $4.30 |
| (LIMITS IN PARENTHESIS) | | OMEPRAZOLE (HEART BURN) <> | $9.95 | SATIN BONNET | $2.80 | PICTURE FRAME | $4.65 |
| AA BATTERIES (2) | $2.70 | LIQUID ANTACID MAX STR. <> | $4.95 | SHOWER CAP (DISPOSABLE) | $0.15 | DISPOSABLE EAR PLUGS | $1.00 |
| AAA BATTERIES (2) | $2.70 | STOOL SOFTNER <> | $3.25 | SHOWER CAP (VINYL) | $1.80 | RACQUET BALLS 3 PACK | $7.80 |
| READERS L.E.D. LIGHT | $12.95 | MILK OF MAGNEISA <> | $3.75 | CONAIR FOAM HAIR ROLLERS | $10.35 | GREY BASEBALL CAP | $9.75 |
| CALCULATOR | $2.95 | PINK BISMUTH<> | $3.75 | HAIR CLAW (3 PACK) | $5.40 | COOKIES, CRACKERS, SNACKS | |
| CASIO CALCULATOR | $16.95 | ACNE MEDICATION <> | $3.00 | MED CLAW CLIP (4 PACK) | $2.85 | (LIMIT 2 EACH) | |

| Item | Price |
|---|---|
| CLOCK (AA BATT) | $9.35 |
| **COSMETICS (LIMIT 1 EACH)** | |
| FOUNDATION | $13.00 |
| POWDER | $12.55 |
| **LIP GLOSS: (LIMIT 1)** | |
| MAYBELLINE LIP GLOSS | $13.00 |
| **EYE MAKEUP (LIMIT 1 EACH)** | |
| BLUSHED EYE SHADOW | $16.55 |
| WET & WILD BRN EYELINER | $1.60 |
| WET & WILD BLK EYELINER | $1.60 |
| MASCARA | $12.55 |
| **COSMETIC ACCESSORIES (LIMIT 1 EACH)** | |
| MAKE-UP BRUSH SET | $12.45 |
| SILVER BALL EARRINGS | $5.85 |
| EYESHADOW APP. 3PK | $4.25 |
| **FRAGRANCE OILS (LIMIT OF 2 EACH)** | |
| EGYPTIAN MUSK | $5.50 |
| FRANKINCENSE | $5.25 |
| SCENTED OIL | $TBD |
| **RELIGIOUS ITEMS (LIMIT 1 FROM GROUP)** | |
| HIJAB BLACK | $14.95 |
| HIJAB WHITE | $14.95 |
| RELIGIOUS BANDANA | $2.70 |
| **MISCELLANEOUS (LIMIT OF 2 EACH)** | |
| COSMETIC BAG | $7.55 |
| GRAY BATH TOWEL | $11.70 |
| GRAY WASH CLOTH | $1.95 |
| TOWEL SET | $20.70 |
| GREY DUFFLE BAG | $10.40 |
| MESH SHOWER BAG | $6.50 |
| LOCKER ORGANIZER | $14.30 |
| MASSAGE GEL INSOLES | $22.10 |
| HANGER | $0.30 |
| UA SLIDES: 6 7 8 9 10 | $26.00 |
| SHOWER SHOES: S M L XL | $1.70 |
| WORKOUT GLOVES S M L | $19.45 |
| **JUICE / WATER (LIMIT OF 6 TOTAL)** | |
| CRANBERRY JUICE | $1.30 |
| DASANI (LIMIT OF 12) | $0.40 |
| **SOFT DRINKS (LIMIT OF 2 TOTAL)** | |
| COCA-COLA | $7.40 |
| DIET COKE | $7.40 |
| SPRITE | $7.40 |
| POWERADE | $7.70 |
| CORN REMOVERS <> | $2.95 |
| HEMORRHOID OINTMENT <> | $3.25 |
| HEMORRHOID PADS <> | $5.45 |
| INSECT REPELLENT <> | $11.30 |
| SHEER BANDAGES | $1.05 |
| IMODIUM AD <> | $2.60 |
| MUSCLE RUB | $2.60 |
| **DENTAL (LIMIT OF 2 EACH)** | |
| CLOSE UP TOOTHPASTE | $2.75 |
| COLGATE ULTRA WH TOOTHP | $3.90 |
| ARM & HAMMER TOOTHPASTE | $3.70 |
| SENSODYNE TOOTHPASTE | $10.40 |
| DENTURE TOOTHPASTE | $5.15 |
| FIXODENT | $4.90 |
| COLGATE TOOTHBRUSH | $1.05 |
| TOOTHBRUSH HOLDER | $0.60 |
| DENTURE BRUSH | $1.45 |
| COLGATE MOUTHWASH | $5.05 |
| MOUTHGUARD | $27.15 |
| PLACKERS | $3.35 |
| CREST WHITENING STRIPS | $26.00 |
| **DEODORANT (LIMIT OF 2 TOTAL)** | |
| DEGREE WOMEN | $3.80 |
| LADIES SPEED STICK | $3.25 |
| DOVE WOMEN | $6.50 |
| ARM AND HAMMER | $2.66 |
| **BODY CARE (LIMIT OF 2 EACH)** | |
| SUNSCREEN | $5.50 |
| CETAPHIL LOTION | $5.00 |
| PALMERS COCOA BUTTER JAR | $5.15 |
| PETROLEUM JELLY | $1.50 |
| BABY POWDER | $1.60 |
| JERGEN LOTION | $5.85 |
| NIVEA LOTION | $7.20 |
| VASELINE LOTION | $7.85 |
| PONYTAIL HOLDERS | $1.20 |
| SMALL BLACK RUBBER BANDS | $1.00 |
| WIDE TOOTH COMB | $2.15 |
| ELASTIC HEADBAND | $5.15 |
| HAIR PICK | $0.50 |
| THICK HAIR BRUSH | $6.50 |
| WOODEN HAIR BRUSH | $2.15 |
| MANICURE KIT | $2.40 |
| TWEEZERS | $2.80 |
| PUMICE STONE | $3.75 |
| MIRROR W/ MAGNET | $2.50 |
| **SOAP (LIMIT OF 5 BARS & 2 BODY WASH)** | |
| DIAL LIQUID HAND SOAP | $3.15 |
| NIVEA BODY WASH | $10.55 |
| ST. IVES EXFOLIATING | $5.85 |
| OLAY BODYWASH | $11.20 |
| SUAVE BODYWASH | $4.35 |
| DIAL BODYWASH | |
| DIAL | $2.25 |
| DOVE SENSITIVE BAR | $2.75 |
| DOVE WHITE BAR | $1.65 |
| IRISH SPRING ICY BLAST 3 PK. | $4.20 |
| IVORY 3 PK. | $3.90 |
| NEXT COCOA BUTTER SOAP | $1.65 |
| **HAIR PRODUCTS (LIMIT OF 2 EACH)** | |
| OLIVE CHOLESTEROL | $4.95 |
| PINK HAIR MOISTURIZER | $7.50 |
| HOT 6 OIL | $7.50 |
| AFRICAN PRIDE HAIR DRSNG | $6.35 |
| PANTENE CURLING PUDDING | $10.80 |
| GARNIER HAIRSPRAY | $9.65 |
| GARNIER ANTI-FRIZZ OIL | $10.20 |
| GARNIER LEAVE IN COND | $7.45 |
| JAMACIAN LOCKING GEL | $8.60 |
| MOTIONS FOAM | $7.15 |
| PANTENE GLD DETNGLNG MILK | $11.65 |
| PANTENE GLD HYDRATING OIL | $3.45 |
| BEESWAX | |
| **HAIR GEL (LIMIT OF 1 EACH)** | |
| STYLING GEL | $1.45 |
| EBIN EDGE CONTROL | $9.30 |
| BLUE MAGIC HAIR GREASE | $2.45 |
| AMPRO STYLING GEL | $4.90 |
| POPCORN | $2.80 |
| SALTINE CRACKERS (K) | $2.20 |
| GV SNACK CRACKERS (K) | $3.90 |
| GRAHAM CRACKERS (K) | $3.45 |
| WHEAT THIN CRACKERS (K) | $3.45 |
| COCONUT MARIANITAS | $1.10 |
| ICED OATMEAL | $1.00 |
| CHEZZITS | $3.20 |
| DOUBLE STUFF | $3.20 |
| VANILLA WAFERS | $2.15 |
| VANILLA PUDDING (K) | $2.75 |
|  | $TBD |
| **FOOD - BREADS (LIMIT 4 EACH)** | |
| CORN TORTILLAS (K) | $2.15 |
| WHEAT WRAPS | $3.00 |
| TOMATO WRAPS (K) | $3.00 |
| **FOOD - RICE, BEANS, PASTA (LIMIT 5 EACH)** | |
| WHITE RICE (K) | $2.00 |
| CHEESE RICE (K) | $1.70 |
| BROWN RICE (K) | $1.85 |
| VELVEETA MAC AND CHEESE | $1.25 |
| MASHED POTATOES | $2.25 |
| CHORIZO BEANS | $2.90 |
| REFRIED BEANS (K) | $2.80 |
| **COFFEE, TEA, COCOA, CREAM (LIMIT 2 EACH)** | |
| KEEFE HOT CHOCOLATE | $2.70 |
| KEEFE COFFEE (K) | $4.55 |
| KEEFE COFFEE DECAF (K) | $5.20 |
| FOLGERS (K) | $9.40 |
| CAFÉ BUSTELO (K) | $4.50 |
| CAPPUCINO (K) | $1.70 |
| COFFEE CREAMER BAG (K) (H) | $1.80 |
| FRENCH VANILLA CRMR (K) (H) | $2.15 |



BIRMINGHAM AL 350
14 OCT 2025 PM 3 L

Transgender Law Center
P.O. Box 70976
Oakland, CA 94612

Priveleged attorney-client mail

D. Williamson #88855509
FCI Aliceville
PO Box 4000
Aliceville, AL 35442