# EXHIBIT 6

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

ALISHEA KINGDOM, et al.,

                Plaintiffs,

     v.

DONALD J. TRUMP, et al.,

                Defendants.

Case No. 1:25-cv-00691-RCL

**DECLARATION OF Justine Finley**

My name is Justine Finley.[1] I am over the age of 18 and fully competent to make this declaration. Under penalty of perjury, pursuant to 26 U.S.C. § 1746, I declare:

1. I am a 36-year-old transgender woman in the custody of the Federal Bureau of Prisons. I am currently incarcerated at United States Penitentiary (USP) Coleman II.
2. I was diagnosed with gender dysphoria by Doctor Martin at USP Hazelton in 2022. To treat my gender dysphoria, I was prescribed Estradiol, Spironolactone, and Finasteride.
3. When President Trump's "Defending Women from Gender Ideology Extremism and Restoring Biological Truth to Government" Executive Order (EO) was issued, I was incarcerated at USP Coleman II in Florida.
4. Prior to the Executive Order, I had been able to access social accommodations such as bras, panties, women's deodorant, women's shampoo, makeup, and hair products. Undergarments such as bras and panties were provided by laundry services and also available to purchase through commissary. Sometimes I had to submit a Special Purchase Order (SPO) for specific items but other times they were available at commissary without submitting an SPO.
5. Immediately after the Executive Order was issued, I lost access to social accommodations including all items previously available through commissary or laundry.
6. On or about July 2025, I received a notice from the Transgender Law Center that a preliminary injunction and class certification had been granted in the *Kingdom v. Trump* lawsuit, along with a copy of the judge's order.
7. Because I am currently incarcerated in a BOP facility and I have a diagnosis of gender dysphoria, I believe that I am a member of the *Kingdom v. Trump* class.

---

[1] My legal name is Justin Finley. My Federal Bureau of Prisons Register Number is 83075-083.

8. Since the injunction, I still have not had access to any women's items in commissary. In August 2025, I submitted an SPO for makeup items and I still have not received those items. I have repeatedly asked commissary if they had any items from the Complex Transgender Item List available, including women's deodorant, bras, panties, or hair products. Since the EO, they have always said they do not have any of those items. I most recently asked in October 2025 if they had any of those items available and was told that any item from the "trans list" would have to be purchased through an SPO. Other items are available in commissary, like men's deodorant, but no feminine products have been available since the EO.

9. I have also not had access to any bras or panties through laundry services since the injunction. Prior to the EO, I was able to request bras and panties through laundry services and immediately receive them. Most recently, in September 2025, I asked laundry services for bras and panties and was told that all of those items had been thrown away and were not currently available.

10. No staff I have spoken to have been willing to provide me with a timeline for when social accommodations will be available again.

11. Not being able to be myself affects me really badly. I'm in more of a depressive state because I can't truly be myself when I'm supposed to get those things and be able to take care of myself how I need to with women's products and undergarments but they aren't being provided.

I, Justine Finley, declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and recollection.

Dated: <u>10/21/25</u>                                                        <u>/s/ Justine Finley</u>
                                                                                        Justine Finley

I, Elisa Epstein, certify that I have read the foregoing to Justine Finley, and that she affirmed that the foregoing is true and correct on 10/21/25.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: <u>10/21/25</u>                                                        <u>/s/ Elisa Epstein</u>
                                                                                        Elisa Epstein