# EXHIBIT 7

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALISHEA KINGDOM, et al.,<br><br>               Plaintiffs,<br>      v.<br><br>DONALD J. TRUMP, et al.,<br><br>               Defendants. | Case No. 1:25-cv-00691-RCL<br><br>**DECLARATION OF NORA LAUREANO-GUZMÁN** |

      My name is Nora Laureano-Guzmán.[1] I am over the age of 18 and fully competent to make this declaration. Under penalty of perjury, pursuant to 26 U.S.C. § 1746, I declare:

1. I am a 38-year-old transgender woman in the custody of the Federal Bureau of Prisons. I am currently incarcerated at FCI Williamsburg.
2. I started transitioning in Puerto Rico in 2012, and I was diagnosed with gender dysphoria at Menonita Hospital in 2014. In 2020, when I was first incarcerated in BOP, a Dr. Miranda confirmed my gender dysphoria diagnosis and prescribed me spironolactone and estradiol.
3. When President Trump's "Defending Women from Gender Ideology Extremism and Restoring Biological Truth to Government" Executive Order was issued, I was incarcerated at FCI Williamsburg.
4. Prior to the Executive Order, I had been able to access social accommodations through FCI Williamsburg commissary, including eyeshadow, eyeliner, blush, foundation, lip gloss, lipstick, bras, and panties.
5. Shortly after the Executive Order was issued, the commissary stopped stocking social accommodations including all cosmetics and feminine undergarments.
6. In June 2025, I received a notice from Transgender Law Center that a preliminary injunction and class certification had been granted in the *Kingdom v. Trump* lawsuit, along with a copy of the judge's order.
7. Because I am currently incarcerated in a BOP facility and I have a diagnosis of gender dysphoria, I believe that I am a member of the *Kingdom v. Trump* class.

---

[1] My legal name is Kevin Laureano-Guzmán. My Federal Bureau of Prisons Register Number is 51574-069.

8. After I heard about the injunction in this case, a Mr. Andrews who works in the commissary said that he would restock the cosmetics that had been prohibited prior to the injunction.
9. Unfortunately, only foundation and blush have returned to the commissary. Since January, we have not had access to eye shadow, eyeliner, lip gloss, lipstick, bras, or panties through the commissary.
10. During the last presidential election, I began stockpiling cosmetics because I feared that they would be taken away after the election. However, because I needed to support my community by sharing what I had with other transgender women in FCI Williamsburg, I now go without.
11. While I still have undergarments from before the Executive Order, I have no way of replacing them. One of my friends has to make her own bras with whatever she can find because FCI Williamsburg will not provide her with a bra that fits.
12. I have repeatedly asked commissary staff about access to these items, and they generally respond just by shrugging their shoulders. One staff responded by saying "Nobody told you to be in prison." Another time, I could hear a staff person call me "fucking faggot" under his breath.
13. No staff I have spoken to have been willing to provide me with a timeline for when social accommodations will be available again.

I, Nora Laureano-Guzmán, declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and recollection.

Dated: 12/05/2025                                             /s/ Nora Laureano-Guzmán
                                                              Nora Laureano-Guzmán


I, Shawn Thomas Meerkamper, certify that I have read the foregoing to Nora Laureano-Guzmán, and that s/he affirmed that the foregoing is true and correct on 12/05/2025.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 12/05/2025                                             /s/ Shawn Thomas Meerkamper
                                                              Shawn Thomas Meerkamper