# EXHIBIT 8

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ALISHEA KINGDOM, et al.,<br><br>                    Plaintiffs,<br><br>        v.<br><br>DONALD J. TRUMP, et al.,<br><br>                    Defendants. | Case No. 1:25-cv-00691-RCL<br><br>**DECLARATION OF KENDALL WALKER** |

My name is Kendall Walker.[1] I am over the age of 18 and fully competent to make this declaration. Under penalty of perjury, pursuant to 26 U.S.C. § 1746, I declare:

1. I am a 36-year-old transgender woman in the custody of the Federal Bureau of Prisons. I am currently incarcerated at USP Florence.

2. I was diagnosed with gender dysphoria by Dr. Brown at USP Beaumont on or around late 2021. To treat my gender dysphoria, I was prescribed Estradiol and Spironolactone.

3. When President Trump's "Defending Women from Gender Ideology Extremism and Restoring Biological Truth to Government" Executive Order was issued, I was incarcerated at USP Coleman I in Florida.

4. Prior to the Executive Order, I had been able to access social accommodation items such as makeup, feminine body care, hair rollers and hair spray, panties, bras, and shoes. I also had a female only pat search exemption.

5. Immediately after the Executive Order was issued, I lost access to most of my social accommodation items including my makeup and hair products.

6. Because I am currently incarcerated in a BOP facility and I have a diagnosis of gender dysphoria, I believe that I am a member of the *Kingdom v. Trump* class.

7. In September 2025, I was transferred to USP Florence. As soon as I got to USP Florence, they took away my female only pat search exemption card. I told the staff that there was an injunction and I should be able to keep the card and they said, "We do things our way here. We don't give those out."

---

[1] My legal name is Ronnie Walker. My Federal Bureau of Prisons Register Number is 44597-007.

8. At USP Florence, I have not received any bras or panties. I have asked laundry services for them 4 or 5 times since I got here and each time they say that they'll be coming in or will be ordered but I haven't received them. Yesterday, I went to laundry services to ask about them again and they said that they didn't have any to give me.

9. At USP Florence, there is nothing available from the transgender list in the commissary shop. I keep asking when there will be items available but no staff I have spoken to have been willing to provide me with a timeline for when items from the transgender list will be available again. I would like for there to be more items available, like it used to be before Trump's Executive Order.

10. In October 2025, I submitted a Special Purchase Order (SPO) to buy feminine lotion, body wash, makeup items, and Nair hair removal. I only received a few makeup items, deodorant, one package of hair clips, and some razors. When I asked why I hadn't received all of the items that I had tried to order, I was told that I couldn't order that many items at once and that I could only order a single item from any specific category and that I could only submit an SPO once a month. Because of those restrictions, I quickly run out of products.

11. Around November 2025, another transgender woman and I went to speak with the Assistant Warden Ms. Vedo to ask about why there weren't any items available from the transgender list in the physical commissary. Ms. Vedo told us that they wouldn't provide certain cosmetic items unless it was stipulated to them specifically that they were required to.

12. One staff member has made offensive comments to me about being transgender. She has told me, "This is a male facility. You're a man. You have a dick and balls between your legs." That really upset me and it's hurtful because I don't view myself as a male, I'm a woman. I carry myself as a woman. For comments like that to be made is really hurtful and upsetting.

13. Not having access to social accommodation items puts me in a down state just based off of me wanting to have the things that I need to be the person that I am. I don't feel like myself when I can't present myself as a woman.

I, Kendall Walker, declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and recollection.

Dated: <u>12/16/25</u>                                             <u>/s/ Kendall Walker</u>
                                                                        Kendall Walker


I, Elisa Epstein, certify that I have read the foregoing to Kendall Walker, and that she affirmed that the foregoing is true and correct on 12/16/25.

I declare under penalty of perjury that the foregoing is true and correct.


Dated: <u>12/16/25</u>                                             <u>/s/ Elisa Epstein</u>
                                                                        Elisa Epstein