# EXHIBIT 9

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

ALISHEA KINGDOM, et al.,

        Plaintiffs,

v.

DONALD J. TRUMP, et al.,

        Defendants.

Case No. 1:25-cv-00691-RCL

**DECLARATION OF JAMES WHITE**

My name is James White.[1] I am over the age of 18 and fully competent to make this declaration. Under penalty of perjury, pursuant to 26 U.S.C. § 1746, I declare:

1. I am a 48-year-old transgender man in the custody of the Federal Bureau of Prisons. I am currently incarcerated at Federal Medical Center (FMC) Carswell.
2. I was diagnosed with gender dysphoria by Dr. Reynolds, a psychologist at FMC Carswell in late 2019 or early 2020. To treat my gender dysphoria, I was prescribed testosterone hormone replacement therapy, and social accommodations to assist my social transition.
3. When President Trump's "Defending Women from Gender Ideology Extremism and Restoring Biological Truth to Government" Executive Order was issued, I was incarcerated at FMC Carswell.
4. Prior to the Executive Order, I had been able to access social accommodations such as boxer underwear through laundry services, chest compression binders through medical services, and masculine commissary items such as boxer underwear, men's body wash and deodorant, men's shorts, and cologne.
5. Shortly after the Executive Order was issued, I lost access to boxer underwear through laundry services and chest compression binders through medical services.
6. I don't remember exactly how long boxer underwear and other men's commissary items have been unavailable at commissary, but I am confident that they have been unavailable for at least six months, or since April of 2025.
7. In June of 2025, I received a notice from the Transgender Law Center that a preliminary injunction and class certification had been granted in the *Kingdom v. Trump* lawsuit, along with a copy of the judge's order.

---

[1] My legal name is Jamie White. My Federal Bureau of Prisons Register Number is #18148-030.

8. Because I am currently incarcerated in a BOP facility and I have a diagnosis of gender dysphoria, I believe that I am a member of the *Kingdom v. Trump* class.
9. None of the social accommodation items that were previously available at commissary have been available at any time since the injunction was issued. I have also not been able to receive boxer underwear or chest binders at any time since the injunction was issued.
10. There are compression garments available at commissary right now, but they are more similar to sports bras than chest binders. They do not provide the same degree of compression, and the seams show clearly through shirts. These are not the same as the chest binders that were previously available at no cost from medical services.
11. I have received conflicting information from staff about the reasons that items are not available. Right after I received the notice from Transgender Law Center, Assistant Warden Phillips initially told me that they needed time to figure out what the injunction meant. I have asked her at least four times since the injunction was issued, most recently approximately two weeks ago, about when items will be available again, but she has brushed me off each time.
12. I also spoke to our Trust Fund supervisor sometime in August or September 2025 asking when items will be available at commissary and laundry again, but he said he still needed to order them. I asked him again in October of 2025, and he said that he couldn't order them now because of the government shutdown. That confused me, because a large commissary order came in last week, which means that he has placed at least one order recently, and I don't know why boxers were not a part of that order.
13. I spoke with Warden Rule today, asking when boxers and binders would be available again, and he said there were no issues on his end, and he didn't know why they weren't already available.
14. No staff I have spoken to have been willing to provide me with a timeline for when social accommodations will be available again.
15. Not being able to receive new chest binders has been a particular source of anxiety for me. My chest is a source of severe dysphoria for me, and without a binder, I feel completely naked and can't even leave my cell. I have a couple of binders that I purchased for myself before the Executive Order, but if they wear out or get damaged, I am extremely worried about not being able to replace them, because I cannot afford to buy the compression garments that are sold at the commissary, and those would not alleviate my dysphoria even if I could.

      I, James White, declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and recollection.

| | |
|---|---|
| Dated: <u>10/16/2025</u> | <u>/s/ James White</u><br>James White |

      I, Megan Noor, certify that I have read the foregoing to James White, and that he affirmed that the foregoing is true and correct on 10/16/2025.

I declare under penalty of perjury that the foregoing is true and correct.

| | |
|---|---|
| Dated: <u>10/16/2025</u> | <u>/s/ Megan Noor</u><br>Megan Noor |