# EXHIBIT 10

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ALISHEA KINGDOM, et al.,<br><br>  Plaintiffs,<br>v.<br><br>DONALD J. TRUMP, et al.,<br><br>  Defendants. | Case No. 1:25-cv-00691-RCL<br><br>**DECLARATION OF RANDI ALEXIS DAVIS** |

My name is Randi Alexis Davis.[1] My Federal Bureau of Prisons register number is 59279-408. I am over the age of 18 and fully competent to make this declaration. Under penalty of perjury, pursuant to 26 U.S.C. § 1746, I declare:

1. I am a 34-year-old transgender woman in the custody of the Federal Bureau of Prisons. I am currently incarcerated at Federal Correctional Institution (FCI) Fairton.
2. I was diagnosed with gender dysphoria by a physician assistant named Ms. Fuller at FCI Fairton in 2021. To treat my gender dysphoria, I was prescribed estrogen hormone replacement therapy, spironolactone, and social accommodations. I began taking finasteride later as well.
3. When President Trump's "Defending Women from Gender Ideology Extremism and Restoring Biological Truth to Government" Executive Order was issued, I was incarcerated at FCI Fairton.
4. Prior to the Executive Order, I had been able to access social accommodations such as panties, makeup, and women's hygiene products at the commissary shop, and I could submit a cop-out form to have the commissary staff order cup bras for me. I could also receive female undergarments from laundry services.
5. I also received a female-only pat search exemption card, which stated that I should be pat-searched by women officers. It also meant that when staff supervise my regularly-scheduled urinalysis samples, I was supposed to only be supervised by women staff or medical staff.
6. In early February after the Executive Order was issued, I lost access to all of the social accommodations I previously had. The commissary shop had a big sale where they

---

[1] My legal name has recently been updated. My experiences were also described in a filing in this case (ECF 99) under the name Randall Bischak, my legal name at the time of the filing.

   allowed anyone at the facility to buy the gender-affirming items at a discount, and then they did not restock them again after that. Facility staff also confiscated my female-only pat search exemption card during a facility-wide shakedown search.
7. Around July of 2025, I received a notice from the Transgender Law Center that a preliminary injunction and class certification had been granted in the *Kingdom v. Trump* lawsuit, along with a copy of the judge's order.
8. Because I am currently incarcerated in a BOP facility and I have a diagnosis of gender dysphoria, I believe that I am a member of the *Kingdom v. Trump* class.
9. Since the injunction was issued, although some of the items at the commissary shop have been restocked, the availability is much less than it was before the Executive Order. There are significantly fewer shades of makeup available, and women's shoes are no longer sold. It seems like they are not stocking the panties as much as they used to, so they are usually sold out.
10. When I have asked staff members about the missing items at the commissary shop, they have told me that what they have is enough, and that the men's shoes that are issued by the facility are gender-neutral, so they don't need to stock women's shoes again.
11. I have not been able to get a new female-only pat search exemption card since the injunction was issued. Even though I was approved for the exemption before, staff have told me that without the card, which they took from me, they won't honor the exemption. Now, I have to submit my urinalysis samples in front of male staff, which has been extremely uncomfortable and vulnerable for me.
12. No staff I have spoken to have been willing to provide me with a timeline for when the missing commissary items or pat search exemption cards will be available again.

   I, Randi Davis, declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and recollection.

Dated: 12/05/2025                                         /s/ Randi Davis
                                                          Randi Davis


   I, Megan Noor, certify that I have read the foregoing to Randi Davis, and that she affirmed that the foregoing is true and correct on 12/05/2025.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 12/05/2025                                         /s/ Megan Noor
                                                          Megan Noor