# EXHIBIT 11

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ALISHEA KINGDOM, et al.,

        Plaintiffs,

v.

DONALD J. TRUMP, et al.,

        Defendants.

Case No. 1:25-cv-00691-RCL

**DECLARATION OF REBECCA-JAMES MESKILL**

My name is Rebecca-James Meskill.[1] I am over the age of 18 and fully competent to make this declaration. Under penalty of perjury, pursuant to 26 U.S.C. § 1746, I declare:

1. I am a 53-year-old transgender woman in the custody of the Federal Bureau of Prisons. I am currently incarcerated at FCI Talladega.
2. I previously submitted a declaration in this matter.
3. After this Court's injunction on June 3, 2025, the only other transgender woman I know of at FCI Talladega was able to restart her hormone therapy without issue.
4. After I heard about the injunction, I asked Mr. Beard the Health Services Administrator about restarting my hormone therapy. He informed me that because of statements I had made, I would not be allowed to restart my hormone therapy.
5. I understood Mr. Beard's reference to "statements I had made" to refer to a conversation I had had about the side effects of trazadone while requesting to discontinue trazadone.
6. I later spoke with Dr. Li to ask about restarting my hormone therapy and explained that since being removed from hormone therapy, my gender dysphoria had worsened to the point that I was considering self-surgery. Dr. Li said he would consult with the regional office, but nothing ever came of it.
7. I sometimes develop rashes and nervous hives. When I was on hormone therapy, I developed hives less often. In late August 2025, when both of my outer forearms were breaking out, I scratched them until they blead profusely. As I was scratching at myself, I was thinking about how shaving my arm hair causes me to break out more, and if I could just scratch my arms hard enough, maybe my arm hair wouldn't grow as much and my gender dysphoria wouldn't feel so bad. I still have scars from this incident.

---

[1] My legal name is James Meskill. My Federal Bureau of Prisons Register Number is 27972-057.

8. After this incident, one of my work supervisors was concerned after seeing what I had done to myself and referred me to psychiatry.
9. I then met with Dr. Petty from psychiatry. We discussed how being denied hormone therapy was affecting me and how frequently I was contemplating self-surgery. Dr. Petty said she would look into it.
10. In late September 2025, Dr. Petty began reevaluating me for gender dysphoria.
11. I was supposed to meet with Dr. Petty to continue my reevaluation for gender dysphoria sometime in October 2025, but that never happened.
12. Being off of hormone therapy has left me feeling diminished in every aspect of life. My body has started re-masculinizing and my body hair is growing thicker and faster—all of which makes me feel hopeless and like I need to avoid people.
13. During the sixteen months I was previously on hormone therapy, I was healthier in every aspect—I no longer needed anti-depressant medications, my blood pressure was in normal ranges, and my diabetes and high cholesterol were both better-managed. My body was feminizing, and I felt for the first time like how I knew I was supposed to grow up. I saw a future for myself.
14. I am concerned that my prior declaration in this case is part of the reason why I have not been allowed to restart hormone therapy.

I, Rebecca-James Meskill, declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and recollection.

Dated: 10/31/2025

/s/ Rebecca-James Meskill
Rebecca-James Meskill

I, Shawn Thomas Meerkamper, certify that I have read the foregoing to Rebecca-James Meskill, and that she affirmed that the foregoing is true and correct on 10/31/2025.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 10/31/2025

/s/ Shawn Thomas Meerkamper
Shawn Thomas Meerkamper