# EXHIBIT 12

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALISHEA KINGDOM, et al.,<br><br>                 Plaintiffs,<br>    v.<br><br>DONALD J. TRUMP, et al.,<br><br>                 Defendants. | Case No. 1:25-cv-00691-RCL<br><br>**DECLARATION OF TIFFANY LARSON** |

My name is Tiffany Larson.[1] I am over the age of 18 and fully competent to make this declaration. Under penalty of perjury, pursuant to 26 U.S.C. § 1746, I declare:

1. I am a 39-year-old transgender woman in the custody of the Federal Bureau of Prisons. I am currently incarcerated at FCI Coleman Medium.
2. I was diagnosed with gender dysphoria by Dr. Stevens at FCI Pekin on or around April 2022. To treat my gender dysphoria, I was prescribed Spironolactone and Estradiol. Starting in 2023, I was also prescribed Finasteride.
3. When President Trump's "Defending Women from Gender Ideology Extremism and Restoring Biological Truth to Government" Executive Order was issued, I was incarcerated at FCI Pekin in Illinois.
4. Prior to the Executive Order, I had been able to access social accommodations such as feminine deodorant, makeup, undergarments, feminine hygiene items, and the female only pat search exemption.
5. Immediately after the Executive Order was issued, I lost access to those social accommodations.
6. On or about June 2025, I received a letter from the Transgender Law Center that included a copy of the *Kingdom v. Trump* complaint after I wrote to ask for more information about the case.
7. Because I am currently incarcerated in a BOP facility and I have a diagnosis of gender dysphoria, I believe that I am a member of the *Kingdom v. Trump* class.
8. In May 2025, I was transferred from FCI Pekin to FCI Hazelton. In October 2025, I was transferred from FCI Hazelton to FCI Coleman Medium.

---

[1] My legal name is Marty Larson. My Federal Bureau of Prisons Register Number is 21790-041.

9. When I was transferred to FCI Coleman Medium, I met with an SIS officer as part of my intake to FCI Coleman Medium. The officer told me that he noticed that I was transgender and he said, "You're not transgender anymore. You're in a male facility and we will treat you as a male. We go by what Trump said and we follow what Trump is doing. I see that you have a female only pat search exemption. You no longer have that, you will be searched by male or female staff."
10. Staff also refuse to use female pronouns when referring to me. They say that because I'm in a male facility that they will only use male pronouns. This makes me feel horrible. It takes me out of my comfort zone to be referred to with male pronouns.
11. At both FCI Hazelton and at FCI Coleman, I have not had access to any transgender items in the commissary shop.
12. In early November 2025, I asked the commissary staff at FCI Coleman if there were any transgender items to purchase on commissary. The staff person said that they didn't have anything from the transgender list available in the commissary shop or to order by special purchase order (SPO). I have not been able to purchase any feminine body care items or makeup since I was at FCI Pekin.
13. No staff I have spoken to have been willing to provide me with a timeline for when items in the commissary shop will be available again.
14. At FCI Hazelton, I did not have access to bras or panties. When I asked for bras and panties, the staff told me that they were not going to hand them out.
15. When I was first transferred to FCI Coleman, I still did not have access to bras and panties. As of a few weeks ago, around early December 2025, they have begun to hand them out again and now I do have bras and panties.
16. I feel extremely uncomfortable when I don't have the items that I need to have to align with my gender identity. It messes with my mental health and makes me more depressed. I don't feel right when I have to use male hygiene products.

     I, Tiffany Larson, declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and recollection.

Dated: <u>12/16/2025</u>                                                    <u>/s/ Tiffany Larson</u>
                                                                                                       Tiffany Larson

     I, Elisa Epstein, certify that I have read the foregoing to Tiffany Larson, and that she affirmed that the foregoing is true and correct on 12/16/25.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: <u>12/16/25</u>                                                                <u>/s/ Elisa Epstein</u>
                                                                                                      Elisa Epstein