# EXHIBIT 13

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALISHEA KINGDOM, et al., <br><br> Plaintiffs, <br> v. <br><br> DONALD J. TRUMP, et al., <br><br> Defendants. | Case No. 1:25-cv-00691-RCL <br><br> **DECLARATION OF GIGI AULIYAA** |

My name is Gigi Auliyaa.[1] I am over the age of 18 and fully competent to make this declaration. Under penalty of perjury, pursuant to 26 U.S.C. § 1746, I declare:

1. I am a 62-year-old transgender woman in the custody of the Federal Bureau of Prisons. I am currently incarcerated at the United States Penitentiary (USP) Florence – High.
2. I was diagnosed with gender dysphoria by Dr. Pigos and Dr. Carpten at USP Lewisburg around 2016. To treat my gender dysphoria, I was prescribed estrogen hormone replacement therapy, spironolactone, and social transition accommodations.
3. When President Trump's "Defending Women from Gender Ideology Extremism and Restoring Biological Truth to Government" Executive Order was issued, I was incarcerated at USP Florence.
4. Prior to the Executive Order, I had been able to access social accommodations at USP Florence such as Dove soap, 3-in-1 women's body wash, hair rollers and hair clips, mascara, and eye shadow in different shades. These items were regularly stocked at the commissary shop, and I did not usually have trouble purchasing them. I could also purchase bras and panties using a Special Purchase Order, and I was issued three bras and panties by laundry services.
5. Immediately after the Executive Order was issued, I lost access to all of the social accommodations I described.
6. About a month and a half ago, I received a notice from the Transgender Law Center that a preliminary injunction and class certification had been granted in the *Kingdom v. Trump* lawsuit, along with a copy of the judge's order.

---

[1] My legal name is Rakman Auliyaa. My Federal Bureau of Prisons Register Number is 05712-000.

7. Because I am currently incarcerated in a BOP facility and I have a diagnosis of gender dysphoria, I believe that I am a member of the *Kingdom v. Trump* class.
8. The only gender-affirming commissary items that have been available at any point since the Executive Order was a single order of makeup products. The makeup was immediately bought up, and as far as I know, it has not been available again since then. Before the Executive Order, makeup and other social accommodations were regularly stocked at the commissary shop and were easy to purchase. The commissary shop has never had women's body wash or hair products at any point since the Executive Order.
9. Not having access to the social accommodations that I need has led me to feel depressed, sad, anxious, and upset.

I, Gigi Auliyaa, declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and recollection.

Dated: 12/05/2025                                         /s/ Gigi Auliyaa
                                                          Gigi Auliyaa


I, Megan Noor, certify that I have read the foregoing to Gigi Auliyaa, and that she affirmed that the foregoing is true and correct on 12/05/2025.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 12/05/2025                                         /s/ Megan Noor
                                                          Megan Noor