# EXHIBIT 14

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

ALISHEA KINGDOM, et al.,

        Plaintiffs,

v.

DONALD J. TRUMP, et al.,

        Defendants.

Case No. 1:25-cv-00691-RCL

**DECLARATION OF AYANA SATYAGRAHI**

My name is Ayana Satyagrahi.[1] I am over the age of 18 and fully competent to make this declaration. Under penalty of perjury, pursuant to 26 U.S.C. § 1746, I declare:

1. I am a 51-year-old transgender woman in the custody of the Federal Bureau of Prisons. I am currently incarcerated at Federal Correctional Institution (FCI) Seagoville.
2. I started taking hormones without a diagnosis before I was incarcerated in approximately 2004. When I came into Bureau of Prisons (BOP) custody in 2010, I was diagnosed with the old diagnosis of "gender identity disorder." In 2016 or 2017, my diagnosis was updated to gender dysphoria. To treat my gender dysphoria, I was prescribed estrogen, finasteride, progesterone, and social transition accommodations.
3. When President Trump's "Defending Women from Gender Ideology Extremism and Restoring Biological Truth to Government" Executive Order was issued, I was incarcerated at FCI Seagoville.
4. Prior to the Executive Order, I had been able to access social accommodations such as makeup, women's shoes and low-cut socks, women's shampoo and conditioner, combs and hairbrushes, women's ethnic hair care products, and other items. Medical services also previously offered laser hair removal treatments for facial hair removal.
5. The week that the Executive Order was issued, I lost access to the social accommodations I listed.
6. In June of 2025, I received a notice from the Transgender Law Center that a preliminary injunction and class certification had been granted in the *Kingdom v. Trump* lawsuit, along with a copy of the judge's order.

---

[1] My legal name is Ayana Satyagrahi and was updated in Kansas state court. My Federal Bureau of Prisons Register Number is 43636-279.

7. Because I am currently incarcerated in a BOP facility and I have a diagnosis of gender dysphoria, I believe that I am a member of the *Kingdom v. Trump* class.
8. Now, the commissary shop does not stock any of the social accommodation items that I listed. A few items are available to purchase by special purchase order, but the majority of social transition items that we used to be able to purchase at the commissary shop are not available at all.
9. I have not been able to get access to the laser hair removal device at Medical since the preliminary injunction was issued. I asked medical staff in May and June of 2025 about when it will be available again, but they have said that the old devices had gone missing, and they do not have the money for replacements.
10. No staff I have spoken to have been willing to provide me with a timeline for when social accommodations will be available again.
11. Not having access to the laser hair removal device and my facial hair growing in more has been particularly distressing for me. I have been depressed and lethargic, feeling like I can't get out of bed and don't feel motivated to shower or go to work. I have at times had thoughts of self harm and self-surgery because of it. I used to help other people incarcerated with me with their grievances and legal issues, but I haven't been able to recently. I just feel beaten down.

I, Ayana Satyagrahi, declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and recollection.

Dated: 12/16/2025                             /s/ Ayana Satyagrahi
                                              Ayana Satyagrahi


I, Megan Noor, certify that I have read the foregoing to Ayana Satyagrahi, and that she affirmed that the foregoing is true and correct on 12/16/2025.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 12/16/2025                             /s/ Megan Noor
                                              Megan Noor