# EXHIBIT 15



U.S. Department of Justice

Federal Bureau of Prisons

*Office of General Counsel*   Washington, D.C. 20534

**MEMORANDUM FOR ALL CHIEF EXECUTIVE OFFICERS**

**FROM:**   ELISA MASON   *Elisa Mason* (Digitally signed by Elisa Mason, Date: 2025.06.10 16:02:37 -04'00')
ACTING ASSISTANT DIRECTOR/GENERAL COUNSEL

**SUBJECT:**   Preliminary Injunction and Class Certification
*Kingdom, et al., v. Trump, et al.*, 25-cv-691 (D.D.C.)

This memorandum serves as further guidance regarding the June 4, 2025, notification of the preliminary injunction that was ordered in <u>Kingdom v. Trump et al.</u>, 25-cv-691 (D.D.C.).

The Federal Bureau of Prisons received a court Order entered on June 3, 2025, by the United States District Court for the District of Columbia which ENJOINS the agency from implementing Executive Order 14168, *Defending Women from Gender Ideology Extremism and Restoring Biological Truth to the Federal Government* (EO 14168), issued on January 20, 2025, as it relates to medical hormone therapy and social accommodations for inmates diagnosed with gender dysphoria. The Court certified a class action which includes all current and future inmates with a diagnosis of gender dysphoria or who will receive such a diagnosis in the future. The Court also stayed the implementation of the national Guidance Memorandum dated February 21, 2025, issued by Reentry Services Division (RSD) and Correctional Programs Division (CPD) and the national Guidance Memorandum dated February 28, 2025, issued by Health Services Division (HSD). Finally, the Court ordered the Bureau of Prisons to provide hormone therapy and social accommodations to inmates diagnosed with gender dysphoria under the same policy that existed before EO 14168.

In order to comply with the preliminary injunction, all Bureau of Prisons facilities will provide

hormone therapy and social accommodations to inmates with gender dysphoria under the policy that existed prior to the issuance of EO 14168. Specifically, inmates with a diagnosis of gender dysphoria should be referred to by their preferred pronouns, allowed to purchase items from a standardized list of commissary items, and allowed other accommodations under the policy that existed prior to January 20, 2025. Also, the provision of clothing and undergarments will similarly revert to the policy that existed prior to January 20, 2025, to the extent it applies to inmates with diagnosed gender dysphoria. Finally, inmates with diagnosed gender dysphoria will be offered pat searches in accordance with the Program Statement *Searches of Housing Units, Inmates, and Inmate Work Areas* prior to the EO 14168 changes. Pat search information refers only to individuals at male facilities who identify as female. The Bureau does not offer "male only" pat searches.

**Please ensure all staff are notified of this court Order and it is implemented immediately.**
Copies of the court Order, EO 14168, February 21, 2025, Memorandum from RSD and CPD, and February 28, 2025, Memorandum from HSD are attached.

Thank you for your attention and cooperation.