# EXHIBIT A

# FCI ALICEVILLE COMMISSARY LIST

INMATE NAME: _____  CELL#: _____  DATE: _____

REGISTER NUMBER: _____  UNIT / WORK ASSIGNMENT: _____

## STAMPS/ COPY CARDS
**LIMIT IS EQUIVALENT OF TWENTY**
**FIRST- CLASS STAMPS ($15.60)**

| Item | Price |
|---|---|
| FOREVER STAMPS, BOOK <> | $14.60 |
| .01 SINGLE STAMP <> | $0.01 |
| .73 SINGLE STAMP <> | $0.78 |
| COPY CARD (LIMIT 5) <> | $6.50 |
| PHOTO TICKET (LIMIT 10) | $1.00 |

### SHOE PICK UP
STYLE _____  SIZE _____

### SPO PICK UP
TYPE _____

### HAIR DYE PICK UP
_____ $7.45
HOME PERMS $11.70
OLIVE OIL RELAXER $11.80

### ICE CREAM (LIMIT 1)
PINT _____ $3.25

### MISC.* (LIMIT 1)
| Item | Price |
|---|---|
| MASTER LOCK | $10.15 |
| SCORE 7C TABLET | $137.80 |
| TABLET COVER | $17.45 |
| BUBBLE MAILER | $0.85 |
| DIAMOND RADIO | $40.25 |
| SPORT SUNGLASSES | $6.50 |

### WATCHES/BATTERIES (LIMIT 1)
| Item | Price |
|---|---|
| TIMEX LADIES WATCH | $19.95 |
| TIMEX MARATHON | $25.95 |
| G-SHOCK | $99.45 |
| CR 2025 | $2.60 |
| CR1616 | $4.55 |
| CR2016/3230 | $2.60 |
| 1220 | $2.60 |
| 2032 | $2.60 |

### HEADPHONES (LIMIT 1)
| Item | Price |
|---|---|
| KOSS R-10 | $34.35 |
| KOSS EARBUDS | $4.65 |
| SPLITTER | $6.70 |
| EARBUDS | $9.50 |

### ELECTRONICS (LIMITS IN PARENTHESES)
| Item | Price |
|---|---|
| AA BATTERIES (2) | $2.70 |
| AAA BATTERIES (2) | $2.70 |
| READERS L.E.D. LIGHT | $12.95 |
| CALCULATOR | $2.95 |
| CASIO CALCULATOR | $16.95 |
| CLOCK (AA BATT) | $9.35 |

### COSMETICS (LIMIT 1 EACH)
| Item | Price |
|---|---|
| FOUNDATION _____ | $13.00 |
| POWDER _____ | $12.55 |

### LIP GLOSS: (LIMIT 1)
MAYBELLINE LIP GLOSS $13.00

### EYE MAKEUP (LIMIT 1 EACH)
| Item | Price |
|---|---|
| BLUSHED EYE SHADOW | $16.55 |
| WET& WILD BRN EYELINER | $1.60 |
| WET & WILD BLK EYELINER | $1.60 |
| MASCARA | $12.55 |

### COSMETIC ACCESSORIES (LIMIT 1 EACH)
| Item | Price |
|---|---|
| MAKE-UP BRUSH SET | $12.45 |
| SILVER BALL EARRINGS | $5.85 |
| EYESHADOW APP. 3PK | $4.25 |

### FRAGRANCE OILS (LIMIT OF 2 EACH)
| Item | Price |
|---|---|
| EGYPTIAN MUSK | $5.50 |
| FRANKINCENSE | $5.25 |
| SCENTED OIL _____ | $TBD |

### RELIGIOUS ITEMS (LIMIT 1 FROM GROUP)
| Item | Price |
|---|---|
| HIJAB BLACK | $14.95 |
| HIJAB WHITE | $14.95 |
| RELIGIOUS BANDANA | $2.70 |

### MISCELLANEOUS (LIMIT OF 2 EACH)
| Item | Price |
|---|---|
| COSMETIC BAG | $7.55 |
| GRAY BATH TOWEL | $11.70 |
| GRAY WASH CLOTH | $1.95 |
| TOWEL SET | $20.70 |
| GREY DUFFLE BAG | $10.40 |
| MESH SHOWER BAG | $6.50 |
| LOCKER ORGANIZER | $14.30 |
| MASSAGE GEL INSOLES | $22.10 |
| HANGER | $0.30 |
| UA SLIDES: 6 7 8 9 10 | $26.00 |
| SHOWER SHOES: S M L XL | $1.70 |
| WORKOUT GLOVES S M L | $19.45 |

### JUICE / WATER (LIMIT OF 6 TOTAL)
| Item | Price |
|---|---|
| CRANBERRY JUICE | $1.30 |
| DASANI (LIMIT OF 12) | $0.40 |

### SOFT DRINKS (LIMIT OF 2 TOTAL)
| Item | Price |
|---|---|
| COCA-COLA | $7.40 |
| DIET COKE | $7.40 |
| SPRITE | $7.40 |
| POWERADE | $7.70 |

## LIP CARE (LIMIT OF 2 TOTAL)
| Item | Price |
|---|---|
| CARMEX CHAPSTICK | $2.25 |
| BLISTEX LIP BALM | $1.85 |

### LAUNDRY (LIMIT OF 1 EACH)
| Item | Price |
|---|---|
| GAIN DISHWASHING DETERGENT | $1.75 |
| GAIN DRYER SHEETS (SPC) | $3.70 |
| GAIN WASHING POWDER (SPC) | $14.80 |

### O.T.C. MEDICATION (LIMIT OF 1 OF EACH)
| Item | Price |
|---|---|
| ADVANCED ULTEX PLUS <> | $5.00 |
| VITAMIN B COMPLEX <> | $3.50 |
| VITAMIN C 500 <> | $3.50 |
| VITAMIN E 400 <> | $5.40 |
| NATURAL CALCIUM W/VIT D <> | $2.85 |
| ASPIRIN <> | $2.00 |
| EXCEDRIN <> | $4.95 |
| IBUPROFEN (200 MG) <> | $3.00 |
| MENSTRUAL RELIEF (MIDOL) <> | $2.80 |
| NAPROXEN (220 MG) <> | $4.00 |
| PAIN RELIVER <> | $2.50 |
| ALLERGY RELIEF CTG 4 MG <> | $3.00 |
| NON-DROWSY ALLERGY RELIEF <> | $3.00 |
| NASACORT ALLERGY SPRAY<> | $17.75 |
| NASCROM ALLERGY SPRAY <> | $15.95 |
| SALINE NASAL SPRAY <> | $1.80 |
| ALLERGY EYE DROP <> | $9.00 |
| ARTIFICIAL TEARS <> | $2.60 |
| MEDICATED CHEST RUB <> | $2.25 |
| COUGH CONTROL <> | $3.00 |
| COUGH DROP <> | $1.95 |
| A&D OINTMENT <> | $2.50 |
| ANTIFUNGAL POWDER <> | $3.75 |
| CLOTRIMAZOLE CREAM <> | $1.95 |
| FUNGI NAIL PEN <> | $12.00 |
| MONISTAT 7 <> | $8.95 |
| HYDROCORTISONE CREAM <> | $1.75 |
| TRI-ANTIBIOTIC OINTMENT <> | $2.50 |
| ORAL ANALGESIC GEL <> | $2.15 |
| LACTAID | $6.25 |
| EAR WAX REMOVER <> | $2.40 |
| GAS RELIEF CHEW <> | $2.00 |
| CALCIUM ANATCID TUMS <> | $3.10 |
| MIRALAX | $9.75 |
| OMEPRAZOLE (HEART BURN) <> | $9.95 |
| LIQUID ANTACID MAX STR. <> | $4.95 |
| STOOL SOFTNER <> | $3.25 |
| MILK OF MAGNEISA <> | $3.75 |
| PINK BISMUTH<> | $3.75 |
| ACNE MEDICATION <> | $3.00 |
| CORN REMOVERS <> | $2.95 |
| HEMORRHOID OINTMENT <> | $3.25 |
| HEMORRHOID PADS <> | $5.45 |
| INSECT REPELLENT <> | $11.30 |
| SHEER BANDAGES | $1.05 |
| IMODIUM AD <> | $2.60 |
| MUSCLE RUB | $2.60 |

### DENTAL (LIMIT OF 2 EACH)
| Item | Price |
|---|---|
| CLOSE UP TOOTHPASTE | $2.75 |
| COLGATE ULTRA WH TOOTHP | $3.90 |
| ARM & HAMMER TOOTHPASTE | $3.70 |
| SENSODYNE TOOTHPASTE | $10.40 |
| DENTURE TOOTHPASTE | $5.15 |
| FIXODENT | $4.90 |
| COLGATE TOOTHBRUSH | $1.05 |
| TOOTHBRUSH HOLDER | $0.60 |
| DENTURE BRUSH | $1.45 |
| COLGATE MOUTHWASH | $5.05 |
| MOUTHGUARD | $27.15 |
| PLACKERS | $3.35 |
| CREST WHITENING STRIPS | $26.00 |

### DEODORANT (LIMIT OF 2 TOTAL)
| Item | Price |
|---|---|
| DEGREE WOMEN | $3.80 |
| LADIES SPEED STICK | $3.25 |
| DOVE WOMEN | $6.50 |
| ARM AND HAMMER | $2.66 |

### BODY CARE (LIMIT OF 2 EACH)
| Item | Price |
|---|---|
| SUNSCREEN | $5.50 |
| CETAPHIL LOTION | $5.00 |
| PALMERS COCOA BUTTER JAR | $5.15 |
| PETROLEUM JELLY | $1.50 |
| BABY POWDER | $1.60 |
| JERGEN LOTION | $5.85 |
| NIVEA LOTION | $7.20 |
| VASELINE LOTION | $7.85 |

## TOILETRIES (LIMIT OF 2 EACH)
| Item | Price |
|---|---|
| DISPOSABLE RAZORS (8 PK.) | $1.45 |
| VENUS RAZOR | $11.70 |
| SCHICK RAZORS | $10.55 |
| NAIR HAIR REMOVAL | $14.85 |
| SHAVE CREAM | $2.45 |
| PROTECTION SHAVE CREAM | $2.45 |
| COTTON BALLS | $2.25 |
| Q-TIPS (300 CT.) | $2.25 |
| SHOWER BODY PUFF | $1.15 |
| SMALL TOILETRIES BAG | $1.50 |
| PLASTIC SOAP DISH | $1.05 |

### FEMININE HYGIENE (LIMIT IN PARENTHESIS)
| Item | Price |
|---|---|
| ALWYS MAXI W/WINGS | $9.10 |
| ALWYS REG MAXI W/WINGS | $3.95 |
| AM OVRNIGHT XTRHVY W/W | $12.25 |
| CAREFREE PANTY LINERS | $2.40 |
| PLAYTEX TAMPONS | $16.85 |
| TAMPAX SUPER TAMPONS | $5.00 |
| SUMMER'S EVE CLEANS CLTH | $5.50 |
| SUMMER'S EVE DOUCHE | $3.70 |
| SUMMER'S EVE FEMIN WASH | $5.55 |
| DISPOSABLE WIPES (2) | $7.00 |
| TAMPAX HVY FLO W/PADS | $7.80 |

### FACE CARE (LIMIT OF 2 EACH)
| Item | Price |
|---|---|
| AMBI BLACK SOAP | $2.75 |
| AMBI COCOA BUTTER SOAP | $2.75 |
| BLK & WHT SKIN SOAP | $3.90 |
| NEUTROGENA (BAR) | $4.85 |
| OLAY ADVANCED CLEANSER | $11.70 |
| NOXEMA | $2.55 |
| SKIN ACTIVE MICELLAR WTR | $5.45 |
| OLAY NIGHT CREAM | $35.95 |
| OLAY AGE DEFYING | $19.75 |
| OLAY 7 IN 1 | $27.70 |
| ST. IVES COLLAGEN | $7.15 |

### GROOMING AIDS (LIMIT OF 2 EACH)
| Item | Price |
|---|---|
| WAVE CAP (BLACK) | $1.60 |
| SATIN BONNET | $2.80 |
| SHOWER CAP (DISPOSABLE) | $0.15 |
| SHOWER CAP (VINYL) | $1.80 |
| CONAIR FOAM HAIR ROLLERS | $10.35 |
| HAIR CLAW (3 PACK) | $5.40 |
| MED CLAW CLIP (4 PACK) | $2.85 |
| PONYTAIL HOLDERS | $1.20 |
| SMALL BLACK RUBBER BANDS | $1.00 |
| WIDE TOOTH COMB | $2.15 |
| ELASTIC HEADBAND | $5.15 |
| HAIR PICK | $0.50 |
| THICK HAIR BRUSH | $6.50 |
| WOODEN HAIR BRUSH | $2.15 |
| MANICURE KIT | $2.40 |
| TWEEZERS | $2.80 |
| PUMICE STONE | $3.75 |
| MIRROR W/ MAGNET | $2.50 |

### SOAP (LIMIT OF 5 BARS & 2 BODY WASH)
| Item | Price |
|---|---|
| DIAL LIQUID HAND SOAP | $3.15 |
| NIVEA BODY WASH | $10.55 |
| ST. IVES EXFOLIATING | $5.85 |
| OLAY BODYWASH | $11.20 |
| SUAVE BODYWASH | $4.35 |
| DIAL BODYWASH | |
| DIAL | $2.25 |
| DOVE SENSITIVE BAR | $2.75 |
| DOVE WHITE BAR | $1.65 |
| IRISH SPRING ICY BLAST 3 PK. | $4.20 |
| IVORY 3 PK. | $3.90 |
| NEXT COCOA BUTTER SOAP | $1.65 |

### HAIR PRODUCTS (LIMIT OF 2 EACH)
| Item | Price |
|---|---|
| OLIVE CHOLESTEROL | $4.95 |
| PINK HAIR MOISTURIZER | $7.50 |
| HOT 6 OIL | $7.50 |
| AFRICAN PRIDE HAIR DRSNG | $6.35 |
| PANTENE CURLING PUDDING | $10.80 |
| GARNIER HAIRSPRAY | $9.65 |
| GARNIER ANTI-FRIZZ OIL | $10.20 |
| GARNIER LEAVE IN COND | $7.45 |
| JAMACIAN LOCKING GEL | $8.60 |
| MOTIONS FOAM | $7.15 |
| PANTENE GLD DETNGLNG MILK | $11.65 |
| PANTENE GLD HYDRATING OIL BEESWAX | $3.45 |

### HAIR GEL (LIMIT OF 1 EACH)
| Item | Price |
|---|---|
| STYLING GEL | $1.45 |
| EBIN EDGE CONTROL | $9.30 |
| BLUE MAGIC HAIR GREASE | $2.45 |
| AMPRO STYLING GEL | $4.90 |

## SHAMPOO & CONDITIONER (LIMIT OF 2 EACH)
| Item | Price |
|---|---|
| PANTENE CONDITIONER | $8.05 |
| PANTENE SHAMPOO | $8.15 |
| PANTENE GOLD CONDITIONER | $9.05 |
| PANTENE GOLD SHAMPOO | $12.95 |
| VO5 CONDITIONER | $1.70 |
| VO5 SHAMPOO | $1.85 |
| AUSSIE SHAMPOO | $6.05 |
| AUSSIE CONDITIONER | $6.05 |
| HEAD & SHOULDERS | $6.05 |
| SUAVE SHAMPOO | $4.55 |
| SUAVE CONDITIONER | $4.55 |
| MOTIONS SHAMPOO | $7.80 |
| MOTIONS CONDITIONER | $7.80 |
| SULFUR 8 SHAMPOO | $5.15 |
| T + SHAMPOO <> | $4.25 |

### STATIONARY (LIMIT OF 2 EACH)
| Item | Price |
|---|---|
| # 2 PENCILS | $0.20 |
| BIC PENS 2PK | $1.10 |
| ELMERS GLUE | $2.70 |
| COLOR PENCILS | $2.15 |
| PENCIL SHRPENER | $0.65 |
| MULTI-PURPOSE PAPER <> | $2.50 |
| COMPOSITION BOOK | $1.40 |
| LEGAL WRITING PAPER | $1.55 |
| ADDRESS BOOK | $3.70 |
| TYPEWRITER RIBBON | $7.75 |
| LIFT OFF CORRECTION TAPE | $2.40 |
| 4 PIECE CUTLERY SET | $1.70 |
| 64 OZ MUG | $7.95 |
| 22 OZ MUG | $3.35 |
| 20 OZ SHAKER CUP | $3.25 |
| CEREAL BOWL | $0.50 |
| 1.6 QUART BOWL | $2.75 |
| DISH SPONGE | $2.20 |
| DOCUMENT FILE FOLDER | $4.10 |
| ENVELOPES 50 PACK | $2.05 |
| MANILLA ENVELOPE 4 PACK | $1.35 |
| PINOCHLE CARDS | $2.85 |
| PLAYING CARDS | $2.15 |
| PHOTO ALBUM | $4.30 |
| PICTURE FRAME | $4.65 |
| DISPOSABLE EAR PLUGS | $1.00 |
| RACQUET BALLS 3 PACK | $7.80 |
| GREY BASEBALL CAP | $9.75 |

### COOKIES, CRACKERS, SNACKS (LIMIT 2 EACH)
| Item | Price |
|---|---|
| POPCORN | $2.80 |
| SALTINE CRACKERS (K) | $2.20 |
| GV SNACK CRACKERS (K) | $3.90 |
| GRAHAM CRACKERS (K) | $3.45 |
| WHEAT THIN CRACKERS (K) | $3.45 |
| COCONUT MARIANITAS | $1.10 |
| ICED OATMEAL | $1.00 |
| CHEZZITS | $3.20 |
| DOUBLE STUFF | $3.20 |
| VANILLA WAFERS | $2.15 |
| VANILLA PUDDING (K) | $2.75 |
| _____ | $TBD |

### FOOD - BREADS (LIMIT 4 EACH)
| Item | Price |
|---|---|
| CORN TORTILLAS (K) | $2.15 |
| WHEAT WRAPS | $3.00 |
| TOMATO WRAPS (K) | $3.00 |

### FOOD - RICE, BEANS, PASTA (LIMIT 5 EACH)
| Item | Price |
|---|---|
| WHITE RICE (K) | $2.00 |
| CHEESE RICE (K) | $1.70 |
| BROWN RICE (K) | $1.85 |
| VELVEETA MAC AND CHEESE | $1.25 |
| MASHED POTATOES | $2.25 |
| CHORIZO BEANS | $2.90 |
| REFRIED BEANS (K) | $2.80 |

### COFFEE, TEA, COCOA, CREAM
| Item | Price |
|---|---|
| KEEFE HOT CHOCOLATE | $2.70 |
| KEEFE COFFEE (K) | $4.55 |
| KEEFE COFFEE DECAF (K) | $5.20 |
| FOLGERS (K) | $9.40 |
| CAFÉ BUSTELO (K) | $4.50 |
| CAPPUCINO (K) | $1.70 |
| COFFEE CREAMER BAG (K) (H) | $1.80 |
| FRENCH VANILLA CRMR (K) (H) | $2.15 |

# FCI ALICEVILLE COMMISSARY LIST

INMATE NAME:_____  REGISTER NUMBER:_____

CELL#:_____ DATE:_____  UNIT / WORK ASSIGNMENT:_____

## FOOD - MEATS (LIMIT 5 EACH)

| Item | Price |
|---|---|
| ORIGINAL BEEF STICK | ____$2.20 |
| TERIYAKI BEEF STICK | ____$2.20 |
| BEEF & CHEESE COMBO | ____$0.80 |
| PEPPER TURKEY LOG | ____$2.60 |
| BACON BITS | ____$3.90 |
| BEEF SAUSAGE | ____$2.55 |
| PEPPERONI SLICES | ____$2.55 |
| TACO MIX | ____$2.60 |
| SHREDDED BEEF | ____$5.10 |
| CLAMS | ____$1.70 |
| MACKEREL FILET (K) | ____$1.20 |
| SALMON FLAKES | ____$1.90 |
| OYSTERS | ____$1.85 |
| LIGHT TUNA (K) | ____$1.60 |
| THAI TUNA STEAK | ____$2.55 |

## CHEESE (LIMIT 2 EACH)

| Item | Price |
|---|---|
| CRM CHEESE PCH (LIMIT 10) | ____$0.50 |
| CHEDDER CHEESE SQUEEZE | ____$4.45 |
| JALAPENO CHEESE SQUEEZE | ____$1.70 |
| JALAPENO CHEESE BAR | ____$1.80 |
| MOZZARELA CHEESE BAR | ____$1.80 |
| VELVEETA BLOCK | ____$3.65 |

## CEREAL & BREAKFAST ITEMS (LIMIT 2 EACH)

| Item | Price |
|---|---|
| BERRY COLOSSAL | ____$5.25 |
| S'MORES | ____$5.25 |
| ALMOND MILK (K) | ____$2.15 |
| TOFFEE ALMOND GRANOLA | ____$4.50 |
| POP TARTS_____ | ____$3.25 |
| INSTANT NON FAT MILK (K) | ____$2.20 |
| QUAKER INSTANT GRITS (K) | ____$5.30 |
| QUAKER OATMEAL (K) | ____$3.75 |
| INSTANT OATMEAL | ____$6.10 |

## SNACK CAKES & PIES (LIMIT 1 EACH)

| Item | Price |
|---|---|
| STRAWBERRY ROLLS | ____$2.95 |
| POWDERED DONUTS | ____$2.35 |
| NUTTY BARS | ____$2.95 |
| ICED HONEY BUN (LIMIT 5) | ____$1.30 |

## NUTS & HEALTHY (LIMIT 5 EACH)

| Item | Price |
|---|---|
| ULTRA FIT | ____$2.00 |
| RAISINS (K) | ____$3.95 |
| PEANUTS | ____$4.00 |
| CASHEW | ____$4.15 |
| OMEGA 3 MIX (K) | ____$3.70 |
| GOODY GOODY MIX | ____$3.85 |
| RAINFOREST TRAIL MIX | ____$4.00 |
| DELUXE MIX NUTS | ____$3.80 |

## SEASONINGS & CONDIMENTS MISC. (LIMIT 4 EACH)

| Item | Price |
|---|---|
| GOYA CHICKEN BOUILLON | ____$1.90 |
| SAZON CORRIANDER | ____$2.20 |
| TAJIN | ____$4.50 |
| GARLIC POWDER (K) | ____$1.85 |
| MINCED ONION (K) | ____$1.55 |
| RANCH SEASONING | ____$1.90 |
| SALT & PEPPER (K) | ____$1.95 |
| VEGTABLE FLAKES | ____$1.85 |
| KETCHUP (K) | ____$2.75 |
| MUSTARD (K) | ____$1.25 |
| MAYONNAISE (K) | ____$5.20 |
| NUTELLA (K) | ____$5.60 |
| PEANUT BUTTER (K) | ____$3.25 |
| HONEY (K) | ____$6.00 |
| EL PATO | ____$2.55 |
| BBQ SAUCE | ____$0.60 |
| RANCH DRESSING PACKETS | ____$0.55 |
| HOT SAUCE (K) | ____$1.55 |
| JALAPENO PEPPERS (K) | ____$2.80 |
| HOT GIARDINIERA MARCON | ____$2.90 |
| CHILI GARLIC SAUCE | ____$2.10 |
| SRIRACHA HOT CHILI (K) | ____$3.60 |
| SWEET & HOT ASIAN (H) | ____$2.55 |
| SOY SAUCE (K) | ____$1.35 |
| LEMON JUICE (K) | ____$1.15 |
| DILL PICKLE (LIMIT OF 3) (K) | ____$0.85 |
| OLIVES | ____$1.85 |
| FRIED RICE SEASONING | ____$3.75 |
| PIZZA SAUCE | ____$1.25 |
| GRAPE JELLY | ____$0.50 |

## CANDY (LIMIT 5 EACH)

| Item | Price |
|---|---|
| CHICK-O-STICK (K) | ____$0.35 |
| BUTTERSCOTCH BUTTONS | ____$1.10 |
| STARLIGHT MINTS | ____$0.85 |
| STARBURST | ____$3.45 |
| HERSHEY'S MILK CHOCOLATE | ____$1.60 |
| REESE'S CUP | ____$1.60 |
| SNICKERS | ____$1.60 |
| TWIX | ____$1.60 |
| RICE CRISPY TREAT | ____$0.75 |
| GUMMI BEARS | ____$2.15 |
| M&M PEANUT | ____$1.60 |
| LOCOCHAS | ____$1.85 |
| TROLLI CRAWLERS | ____$2.95 |
| _____ | ____$TBD |

## DRINK MIXES AND SUGAR (LIMIT 3 EACH)

| Item | Price |
|---|---|
| TROPICAL SKITTLES DRINK MIX | ____$6.50 |
| TEA W/ LEMON | ____$1.50 |
| TEA SWEET FUSION | ____$3.25 |
| KEEFE GEORGIA PEACH | ____$3.50 |
| VANILLA HEALTH SHAKE | ____$1.75 |
| COOKIES & CREAM HEALTH SHAKE | ____$1.75 |
| ASSORTED TEA | ____$2.95 |

## SUGAR SUBSTITUTE (LIMIT 2 EACH)

| Item | Price |
|---|---|
| EQUAL (BLUE) | ____$2.45 |
| EQUAL (PINK) | ____$2.45 |

## CHIPS (LIMIT 4 TOTAL) / SKINS (LIMIT 2 TOTAL)

| Item | Price |
|---|---|
| PORK SKINS | ____$4.05 |
| POTATO RIPPLES | ____$2.50 |
| BUFFALO BLEU CHEESE | ____$1.95 |
| CHEX-MIX CHEDDAR | ____$4.00 |
| FLAMIN HOT CHEETOS | ____$3.20 |
| DORITOS | ____$2.15 |
| TORTILLA CHIPS (K) | ____$2.40 |
| SOUR CREAM AND ONION | ____$1.65 |
| _____ | ____$TBD |

## SOUPS (LIMIT 10 EACH)

| Item | Price |
|---|---|
| HOT CHICKEN CUP SOUP | ____$0.90 |
| CHEDDAR CHEESE | ____$0.90 |
| BEEF SOUP CUP | ____$0.90 |
| RAMEN CHICKEN NDLE CUP | ____$0.90 |
| THAI NOODLES | ____$1.15 |
| VEGETABLE SOUP | ____$0.60 |

## CLOTHING (LIMIT OF 2 EACH) — SUBMIT COPOUT FOR SIZES 3X & UP

BATH ROBE: ONE SIZE FITS MOST ____$35.10

WHITE PANTIES: 5 6 7 8 9 10 ____$7.80

MENS BOXER BRIEFS: S M L XL 2X 3X ____$12.99

HANES RAZOR BACK BRA: S M L XL 2X ____$16.05

HANES X-TEMP FOAM BRA: S M L XL 2X 3X ____$19.40

GREY T-SHIRT S/S: S M L XL 2X ____$7.15

GREY T-SHIRT L/S: S M L XL 2X ____$11.70

COTTON GREY SHORTS: S M L XL 2X ____$11.70

SWEATSHIRT: S M L XL 2X ____$18.85

SWEAT PANTS: S M L XL 2X ____$22.10

THERM TOP: S M L XL 2X ____$8.45

THERMAL BOTTOM: S M L XL 2X ____$8.45

FLEECE POLAR SWEATER: S M L XL 2X ____$33.80

CHEST BINDERS: SUBMIT COPOUT SIZE & QUANTITY ____$41.59

## SOCKS (LIMIT 2 EACH)

| Item | Price |
|---|---|
| ANKLE SOCKS | ____$2.15 |
| LOW CUT SOCKS | ____$3.90 |
| TUBE SOCKS | ____$2.15 |
| CREW SOCKS | ____$6.50 |
| DIABETIC SOCKS | ____$2.60 |

## COLD WEATHER (LIMIT 1 EACH)

| Item | Price |
|---|---|
| GREY SCARF | ____$11.65 |
| WOOL GLOVES | ____$7.00 |
| GREY BEANIE | ____$4.55 |
| PONCHO | ____$2.60 |

## GLASSES (LIMIT OF 1 FROM GROUP)

READING GLASSES (CIRCLE 1) ____$5.50
1.00  1.25  1.50  1.75  2.00
2.25  2.50  2.75  3.00  3.25

## GREETING CARDS (CIRCLE CHOICE)

| Item | Price |
|---|---|
| BIRTHDAY: ADULT  M / F | ____$1.40 |
| BIRTHDAY: KIDS  BOY / GIRL | ____$1.40 |
| THINKING OF YOU | ____$1.40 |
| MISSING YOU | ____$1.40 |
| FRIENDSHIP | ____$1.40 |
| ANNIVERSARY | ____$1.40 |
| THANK YOU | ____$1.40 |
| SEASONAL | ____$1.40 |

### LEGEND:
K - KOSHER
H - HALAL
S.F. - SUGAR FREE
<> ITEMS THAT DO NOT AFFECT SPENDING LIMIT

ITEMS MARKED WITH (*) ARE LOCAL USE ONLY

THE QUANTITY SHOWN IN PARENTHESIS ARE THE AMMOUNT YOU ARE AUTHORIZED

ITEMS ORDERED BY MISTAKE WILL BE TAKEN BACK BUT NOT REPLACED WITH ANOTHER ITEM

PRICES ARE SUBJECT TO CHANGE WITHOUT NOTICE

ALL SALES ARE FINAL AT THE WINDOW

### COMMISSARY RULES

1. PRICES ARE SUBJECT TO CHANGE WITHOUT NOTICE.

2. SUBSTITUTIONS WILL NOT BE ALLOWED ONCE THE LIST HAS BEEN TURNED IN.

3. ADD-ONS WILL NOT BE ALLOWED.

4. THE COMMISSARY WILL NOT EXCHANGE DAMAGED ITEMS ONCE THE SALE IS FINAL.

5. THE COMMSSARY WILL NOT REPAIR DAMAGED ITEMS.

6. IF AN INMATE DOES NOT REPORT TO THE SALES WINDOW AFTER THREE ATTEMPTS TO CALL THEM, THE MERCHANDISE WILL BE RETURNED TO STOCK AND THE INMATE WILL NOT BE ABLE TO SHOP UNTIL HIS NEXT SCHEDULED SHOPPING DAY.

7. ONCE THE INMATE LEAVES THE SALES AREA, ALL SALES ARE FINAL AND THERE WILL BE NO EXCHANGES OR REFUNDS.

8. ALL ITEMS SOLD AT THE COMMISSARY COME OFF OF THE SPENDING LIMIT WITH THE EXCEPTION OF STAMPS, COPY CARDS, AND OVER-THE-COUNTER MEDICATIONS.

*C. Normand, Trust Fund Supervisor*

*Jennifer A. Broton, Warden*

WRITE IN: _____