IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALISHEA KINGDOM, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, et al., <br><br> Defendants. | Case No. 1:25-cv-00691-RCL <br><br> **PLAINTIFFS' MOTION FOR RENEWED PRELIMINARY INJUNCTION** |

Under Federal Rule of Civil Procedure 65 and Local Civil Rule 65.1, Plaintiffs respectfully move the Court to issue a renewed preliminary injunction ("PI") for a 90-day period from March 2, 2026 to May 31, 2026. Plaintiffs rely on the concurrently filed memorandum of points and authorities, and other documents filed in this action.

Undersigned counsel affirms they conferred with opposing counsel about this motion, as Local Civil Rule 7(m) requires. On February 1, 2026, Counsel for Defendants stated:

> Defendants oppose the relief sought in this motion, pursuant to Local Rule 7(m), because under the PLRA, preliminary injunctions "automatically expire on the date that is 90 days after its entry." Additionally, Defendants oppose the relief sought in this motion because the Federal Bureau of Prison's implementation of Executive Order No. 14168 is consistent with law. See ECF No. 35 (Defendants' response to Plaintiffs' preliminary injunction motion); ECF No. 52-1 (Defendants' sur-reply). Defendants do not plan on filing any further opposition.

*See* Declaration of Corene Kendrick, Ex. 1.

Plaintiffs believe that a hearing is unnecessary, as the legal and factual issues are identical to those in Plaintiffs' original motion, ECF No. 7, and in the August and November 2025 motions to extend the original PI, ECF Nos. 78, 93 (which the Court granted, *see* ECF Nos. 79, 96). However, if the Court desires a hearing, Plaintiffs respectfully request it be scheduled on an

expedited basis, as the current PI (ECF No. 96) expires on March 1, 2026.[1]

| Dated: February 5, 2026 | Respectfully submitted, |
|---|---|
| Michael Perloff, D.C. Bar No. 1601047<br>Aditi Shah, D.C. Bar No. 90033136<br>ACLU FOUNDATION OF THE DISTRICT OF COLUMBIA<br>529 14th Street NW, Suite 722<br>Washington, D.C. 20045<br>Tel: 202-457-0800<br>mperloff@acludc.org<br>ashah@acludc.org | /s/ Corene T. Kendrick<br>Corene T. Kendrick (*pro hac vice*)<br>AMERICAN CIVIL LIBERTIES UNION FOUNDATION<br>425 California St., Ste. 700<br>San Francisco, CA 94104<br>Tel: 202-393-4930<br>ckendrick@aclu.org |
| Li Nowlin-Sohl (*pro hac vice*)<br>Leslie Cooper (*pro hac vice*)<br>Shana Knizhnik, DDC Bar ID 120840<br>James D. Esseks (*pro hac vice*)<br>AMERICAN CIVIL LIBERTIES UNION FOUNDATION<br>125 Broad Street, 18th Floor<br>New York, NY 10004<br>Tel: 212-549-2500<br>lnowlin-sohl@aclu.org<br>lcooper@aclu.org<br>sknizhnik@aclu.org<br>jesseks@aclu.org | David C. Fathi (*pro hac vice*) *<br>Maria V. Morris, D.C. Bar. No. 1697904<br>Elisa C. Epstein (*pro hac vice*) *<br>AMERICAN CIVIL LIBERTIES UNION FOUNDATION<br>915 15th Street, N.W.<br>Washington, D.C. 20005<br>Tel: 202-393-4930<br>dfathi@aclu.org<br>mmorris@aclu.org<br>eepstein@aclu.org<br>*Not admitted in D.C.; practice limited to federal courts.* |
| Shawn Thomas Meerkamper (*pro hac vice*)<br>Megan Z. F. Noor (*pro hac vice*)<br>Dale Melchert (*motion for pro hac vice forthcoming*)<br>TRANSGENDER LAW CENTER<br>P.O. Box 70976<br>Oakland, CA 94612<br>Tel: 510-587-9696<br>shawn@transgenderlawcenter.org<br>megan@transgenderlawcenter.org<br>dale@transgenderlawcenter.org | Lynly S. Egyes (*pro hac vice*)<br>TRANSGENDER LAW CENTER<br>594 Dean Street, Suite 11<br>Brooklyn, NY 11238<br>Tel: 510-587-9696<br>lynly@transgenderlawcenter.org<br><br>*Counsel for Plaintiff Class* |

---

[1] If the Court does not rule before March 1, 2026, it may still renew the preliminary injunction to run for 90 days from the date of a new order's entry. *Alloway v. Hodge*, 72 F.App'x 812, 817 (10th Cir. 2003) (unpublished) (affirming renewal of injunction that expired months earlier); *see also Porretti v. Dzurenda*, Case No. 2:17-cv-01745-RFB-DJA, 2020 WL 6834234, *1 (D. Nev. Aug. 31 2020), *aff'd*, 11 F.4th 1037, 1052 (9th Cir. 2021).