## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

ALISHEA KINGDOM, et al.,

           Plaintiffs,

      v.                                  Case No. 1:25-cv-00691-RCL

DONALD J. TRUMP, et al.,

           Defendants.

## MOTION FOR LEAVE TO FILE RESPONSE TO DEFENDANTS' STATUS REPORT

Plaintiffs respectfully move this Court for leave to file a response, a copy of which is attached hereto, to Defendants' January 12, 2026 Status Report (ECF 108). Plaintiffs' counsel conferred with Defendants' counsel, and Defendants' counsel stated that Defendants take no position on this motion.

On November 24, 2025, in response to multiple motions to intervene and other communications from class members alleging noncompliance with the preliminary injunction in place in this matter, the Court ordered both parties to provide status reports "contemplating whether Defendants are complying with the preliminary injunction and what action, if any, the Court should take in response to the movants and letter writers." ECF 101. The Court's goal was to "ensure all purported class members are receiving adequate representation and the accommodations to which they are entitled." *Id.* The Court also ordered Defendants to file a response to the status report by January 12, 2026. *Id.*

1

Plaintiffs filed a status report on December 22, 2025, along with 13 declarations from class members. ECF 107. Plaintiffs' filing detailed multiple instances of noncompliance, BOP's efforts to frustrate class counsel's investigation of noncompliance on a wider scale, and reports of retaliation against class members who asserted their rights under the injunction. Class counsel requested a status conference to discuss potential measures to ensure future compliance. *Id*. at 10.

Defendants filed their status report on January 12, 2026. ECF 108. In the report, Defendants made factual assertions regarding class members' complaints of noncompliance that require clarification and/or correction. In addition, since filing Plaintiffs' status report, class counsel have received additional reports of noncompliance. Class counsel has also received new information suggesting that BOP has removed the gender dysphoria diagnosis from a significant number of individuals who were originally included in the class, and are now excluded from the class. These issues are addressed in detail in the attached response.

"Courts have the discretion to allow parties to supplement the record of a case," *Marsh v. Johnson*, 263 F. Supp. 2d 49, 53 (D.D.C. 2003), and have permitted supplemental briefing where it "would be helpful to address arguments," *Eiser Infrastructure Ltd. & Energia Solar Lux. S.A.R.L v. Kingdom of Spain*, No. 18-cv-01686 (D.D.C.), Min. Order, Apr. 1, 2019, or "promotes the fair and efficient administration of justice," *Filiba v. Cochrane USA, Inc.*, No. 18-cv-01428 (D.D.C.), Min. Order, Dec. 3, 2018. Permitting Plaintiffs to file the proposed response will help ensure that the Court has adequate information to accomplish its goal of ensuring that class members are receiving adequate representation, are receiving the treatments to which they are entitled under the preliminary injunction, and are not experiencing retaliation for asserting their rights under the injunction.

2

This Court should therefore grant Plaintiffs leave to submit the attached response. A proposed order is attached.

Dated: February 13, 2026

Respectfully submitted,

David C. Fathi† (*pro hac vice*)
Maria V. Morris, D.C. 1697904
Elisa C. Epstein† (*pro hac vice*)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
915 15th Street, N.W.
Washington, D.C. 20005
Tel: 202-393-4930
dfathi@aclu.org
mmorris@aclu.org
eepstein@aclu.org
† *Not admitted in D.C.; practice limited to federal courts.*

Corene T. Kendrick (*pro hac vice*)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
425 California St., Ste. 700
San Francisco, CA 94104
Tel: 202-393-4930
ckendrick@aclu.org

Li Nowlin-Sohl* (*pro hac vice*)
Leslie Cooper (*pro hac vice*)
Shana Knizhnik, DDC Bar ID 120840
James D. Esseks (*pro hac vice*)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
Tel: 212-549-2500
lnowlin-sohl@aclu.org
lcooper@aclu.org
sknizhnik@aclu.org
jesseks@aclu.org

*/s/ Megan Z. F. Noor*
Megan Z. F. Noor (*pro hac vice*)
megan@transgenderlawcenter.org
Shawn Thomas Meerkamper (*pro hac vice*)
shawn@transgenderlawcenter.org
Dale Melchert (*pro hac vice* motion forthcoming)
dale@transgenderlawcenter.org
TRANSGENDER LAW CENTER
P.O. Box 70976
Oakland, CA 94612
Tel: 510-587-9696

Lynly S. Egyes (*pro hac vice*)
lynly@transgenderlawcenter.org
TRANSGENDER LAW CENTER
594 Dean Street, Suite 11
Brooklyn, NY 11238
Tel: 510-587-9696

Michael Perloff, D.C. Bar No. 1601047
Aditi Shah, D.C. Bar No. 90033136
AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF THE DISTRICT OF COLUMBIA
529 14th Street NW, Suite 722
Washington, D.C. 20045
Tel: 202-457-0800
mperloff@acludc.org
ashah@acludc.org

*\* Not admitted in New York*

*Counsel for Plaintiff class*