# EXHIBIT 2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALISHEA KINGDOM, et al.,<br><br>    Plaintiffs,<br>  v.<br><br>DONALD J. TRUMP, et al.,<br><br>    Defendants. | Case No. 1:25-cv-00691-RCL<br><br>**DECLARATION OF KARA STERNQUIST** |

  My name is Kara Sternquist.[1] I am over the age of 18 and fully competent to make this declaration. Under penalty of perjury, pursuant to 26 U.S.C. § 1746, I declare:

1. I am a 42-year-old transgender woman in the custody of the Federal Bureau of Prisons (BOP). I am currently incarcerated at FMC Carswell, where I've been housed since October 2024.
2. I was diagnosed with gender identity disorder, the precursor to gender dysphoria, by a doctor when I was 16 years old, around 1999, at which point I was prescribed hormone therapy (Premarin and Provera). I was later diagnosed with gender dysphoria. Most recently and consistently, I have been prescribed Estradiol since the early 2000's. I have also been prescribed Progesterone since 2015 and Bicalutamide, a testosterone blocker, since 2005. I've also been prescribed Ibutamoren, a newer hormone to make estrogen more effective, since around 2021.
3. District Judge Dora Irizzary, who presided over my instant criminal case, No. 22-cr-00473 (E.D.N.Y.), ordered on August 2, 2024 that gender-affirming care be provided by BOP as a condition of my sentence. Magistrate Judge Lois Bloom had previously ordered, under No. 22-mj-01005 (E.D.N.Y) on October 12, 2022, that specific doses of both Estradiol and Progesterone be provided pre-trial, which Judge Irizzary's order continued post-sentence.
4. When President Trump's "Defending Women from Gender Ideology Extremism and Restoring Biological Truth to Government" Executive Order was issued, I was incarcerated at FMC Carswell in Texas.

---

[1] My Federal Bureau of Prisons Register Number is 44404-061.

5. Around February 2025, I was told by Dr. Jean, a medical provider at FMC Carswell, that my hormone dose would be reduced or eliminated based on the Executive Order.
6. In July 2025, my medical providers started lowering my dose of Estradiol.
7. Because I am currently incarcerated in a BOP facility and I have a diagnosis of gender dysphoria, I believe that I am a member of the *Kingdom v. Trump* class.
8. In July 2025, I saw a new doctor at FMC Carswell, Dr. Timothy Bollinger. He told me that he has no experience with caring for transgender individuals and he told me during my first appointment that he had to Google my medications. After my second appointment, he completely discontinued my Estradiol, Progesterone, and Bicalutamide. A few weeks later, he restarted my Estradiol at half dose, giving me 10mg of Estradiol every other week. My medication was then cut again to 3mg of Estradiol every week, which is the dose I am currently receiving.
9. I saw a new endocrinologist around December 9, 2025. She initially recommended that I receive Goserelin (a different testosterone blocker) instead of Bicalutamide, due to misunderstanding symptoms of estrogen withdrawal as a side effect of Bicalutamide. Following that appointment, I stopped receiving any Bicalutamide despite being prescribed 100 mg per day, and did not receive any Goserelin to replace it. Starting just before Christmas 2025, I began receiving a half dose of Bicalutamide, not the full dose I am prescribed. I am still not receiving any Progesterone.
10. The Warden at FMC Carswell, Warden T. Rule, has told me that I am not a member of the *Kingdom v. Trump* case. He says that the protections of the preliminary injunction do not apply to me. He will not tell me why he thinks that I'm not a member of the *Kingdom* class. He has also repeatedly told me that he plans to transfer me to a men's prison and that it is not a question of if he will arrange for my transfer but of when.
11. I have been on hormone therapy to treat my gender dysphoria for all of my adult life before now. The cuts to my hormones are changing my body and undoing 20 years of not having male features. I am now starting to grow facial hair and other body hair, which I've never had before. This is extremely distressing and has immeasurably exacerbated my gender dysphoria. It's like waking up to a nightmare every day.

    I, Kara Sternquist, declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and recollection.

Dated: 01/09/2026                                                                            /s/ Kara Sternquist
                                                                                                         Kara Sternquist

      I, Shana Knizhnik, certify that I have read the foregoing to Kara Sternquist, and that she affirmed that the foregoing is true and correct on 01/09/2026.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: <u>01/09/2026</u>

<u>/s/ Shana Knizhnik</u>
Shana Knizhnik