# EXHIBIT 3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ALISHEA KINGDOM, SOLO NICHOLS, and JAS KAPULE
*on behalf of themselves and all persons similarly situated*,

    *Plaintiffs*

vs.

DONALD J. TRUMP, et al.

    *Defendants*.

Case No. 1:25-cv-00691

**DECLARATION OF LI NOWLIN-SOHL IN SUPPORT OF
PLAINTIFFS' RESPONSE TO DEFENDANTS' STATUS REPORT**

I, LI NOWLIN-SOHL, DECLARE:

    1.    I am a Senior Staff Attorney with the American Civil Liberties Union Foundation ("ACLU") and am Counsel of Record for Plaintiffs in this case. I make this declaration in support of Plaintiffs' Response to Defendants' Status Report. I have personal knowledge of the matters set forth below, and if called upon as a witness, I could and would testify competently thereto.

    2.    On December 11, 2025, I emailed counsel for Defendants with several concerns about compliance with the preliminary injunction, issues regarding notice to the class, questions regarding the class member list, requesting medical records for certain class members, and other related issues. I followed up on January 6, 2026, January 16, 2026, and January 29, 2026 due to not receiving a substantive response. Counsel for Defendants replied on January 30, 2026 providing additional information on how the class list was compiled, suggesting an alternative

1

for class notice, and saying that medical records will be produced. I replied on February 3, 2026, and have not yet received a response.

      3.      Attached hereto as **Exhibit 3** is a true and correct copy of the email exchange between counsel for the parties.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 13th day of February 2026.

                                                                                                                       Li Nowlin-Sohl

| | |
|---|---|
| **From:** | Li Nowlin-Sohl |
| **To:** | "Layendecker, Elizabeth B (CIV)"; Littman, Jared (CIV); Yun, Alex (CIV); Lin, Jean (CIV) |
| **Cc:** | Shawn Meerkamper; Corene Kendrick; David Fathi; External - Michael Perloff |
| **Subject:** | RE: Kingdom: PI and Class Requests |
| **Date:** | Tuesday, February 3, 2026 1:52:00 PM |
| **Attachments:** | image001.png |

Elizabeth,

Thank you for this information. A few follow up questions. First, do you know if the class lists includes people who are house in RRMs? As I mentioned, the 74 people we identified are all still in BOP custody, but about 1/3 are in RRMs. We are trying to understand if they are excluded from the class list due to being in RRMs, or if we can conclude that they no longer have a current diagnostic code. If RRMs are not included, can you help us understand why not? Second, do you have a timeline for when you will be producing the medical records? With regard to the notice to class members through BOP's email system, we are concerned about a notice that is entirely reliant on the email system. We regularly hear from people in BOP custody about issues with communications via tablets (e.g. limited availability in certain units, technical difficulties, received messages disappearing, etc.). We would ask that the communications via the tablet be supplemented with printed notices directly to the class members, or posted notices in common areas with printed notices to those who don't have access to the postings (e.g. those in segregation, infirmary, etc.).

Thanks,
Li

**From:** Layendecker, Elizabeth B (CIV) <Elizabeth.B.Layendecker@usdoj.gov>
**Sent:** Friday, January 30, 2026 8:55 AM
**To:** Li Nowlin-Sohl <lnowlin-sohl@aclu.org>; Littman, Jared (CIV) <Jared.Littman2@usdoj.gov>; Yun, Alex (CIV) <Alex.Yun@usdoj.gov>; Lin, Jean (CIV) <Jean.Lin@usdoj.gov>
**Cc:** Shawn Meerkamper <shawn@transgenderlawcenter.org>; Corene Kendrick <ckendrick@aclu.org>; David Fathi <dfathi@aclu.org>; External - Michael Perloff <MPerloff@acludc.org>
**Subject:** RE: Kingdom: PI and Class Requests

> **This Message Is From an External Sender**
> This message came from outside your organization.

Hi Li,

The class list is compiled using current ICD and DSM diagnostic codes. BOP pulls all inmates with those codes. If a diagnosis is no longer current, the diagnostic code is no longer attached to that inmate, and they would therefore not be pulled into the class list. Thus, the 74 individuals previously included in the class list are either no longer in BOP custody or do not have a current diagnostic code that would include them in the

list.

We intend to produce the medical records of the four individuals you identified.

Finally, with respect to the class notice, BOP informed us that it would be more feasible to send out notices to class members via BOP's email system. Would Plaintiffs be open to that alternative?

Thanks,
Brooke


**E. Brooke Layendecker**
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
(202) 616-5046

---

**From:** Li Nowlin-Sohl <lnowlin-sohl@aclu.org>
**Sent:** Thursday, January 29, 2026 5:00 PM
**To:** Littman, Jared (CIV) <Jared.Littman2@usdoj.gov>; Layendecker, Elizabeth B (CIV) <Elizabeth.B.Layendecker@usdoj.gov>; Yun, Alex (CIV) <Alex.Yun@usdoj.gov>; Lin, Jean (CIV) <Jean.Lin@usdoj.gov>
**Cc:** Shawn Meerkamper <shawn@transgenderlawcenter.org>; Corene Kendrick <ckendrick@aclu.org>; David Fathi <dfathi@aclu.org>; External - Michael Perloff <MPerloff@acludc.org>
**Subject:** [EXTERNAL] RE: Kingdom: PI and Class Requests

Jared,
It has now been seven weeks since I raised several concerns about Defendants' compliance with the preliminary injunction and asked for information necessary for us to represent several class members' interests. Defendants have failed to provide any substantive response to my December 11, 2025 email. As explained in my most recent email on January 16, 2026, several of our requests are very straightforward and can be addressed quickly, such as providing medical records and explaining how the class list is compiled, and should not take almost two months to address.

Please provide us with the information we have requested as soon as possible and no later than Tuesday, February 3. For our request regarding notice to the class request, does it make sense to have a phone call early next week to discuss?

Regards,

Li

**From:** Littman, Jared (CIV) <Jared.Littman2@usdoj.gov>
**Sent:** Saturday, January 17, 2026 3:46 AM
**To:** Li Nowlin-Sohl <lnowlin-sohl@aclu.org>; Layendecker, Elizabeth B (CIV) <Elizabeth.B.Layendecker@usdoj.gov>; Yun, Alex (CIV) <Alex.Yun@usdoj.gov>; Lin, Jean (CIV) <Jean.Lin@usdoj.gov>
**Cc:** Shawn Meerkamper <shawn@transgenderlawcenter.org>; Corene Kendrick <ckendrick@aclu.org>; David Fathi <dfathi@aclu.org>; External - Michael Perloff <MPerloff@acludc.org>
**Subject:** RE: Kingdom: PI and Class Requests

We will confer with our client and circle back. Thanks.

**M. Jared Littman**
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
(202) 451-7478 (cell)
Jared.Littman2@usdoj.gov

**From:** Li Nowlin-Sohl <lnowlin-sohl@aclu.org>
**Sent:** Friday, January 16, 2026 6:06 PM
**To:** Littman, Jared (CIV) <Jared.Littman2@usdoj.gov>; Layendecker, Elizabeth B (CIV) <Elizabeth.B.Layendecker@usdoj.gov>; Yun, Alex (CIV) <Alex.Yun@usdoj.gov>; Lin, Jean (CIV) <Jean.Lin@usdoj.gov>
**Cc:** Shawn Meerkamper <shawn@transgenderlawcenter.org>; Corene Kendrick <ckendrick@aclu.org>; David Fathi <dfathi@aclu.org>; External - Michael Perloff <MPerloff@acludc.org>
**Subject:** [EXTERNAL] RE: Kingdom: PI and Class Requests

Jared,

I am checking in again on the status of the requests in my December 11, 2025 email. I understand from Defendants' status report that BOP is discussing the feasibility of sending notice to the class as well as designating points of contact for arranging attorney-client phone calls, and that there are many steps involved in those discussions. Several of our other requests are relatively straightforward though and can be addressed more expeditiously. Can you please provide me with a status or estimated timeline for providing Plaintiffs with the following, in response to my December 11 email?:

- Explanation for how the class list is compiled
- Explanation for the removal of the 74 people from the class list who are still in BOP custody
- Providing medical records for the four people listed.

Regards,

Li

---

**From:** Littman, Jared (CIV) <Jared.Littman2@usdoj.gov>
**Sent:** Tuesday, January 6, 2026 11:31 AM
**To:** Li Nowlin-Sohl <lnowlin-sohl@aclu.org>; Layendecker, Elizabeth B (CIV) <Elizabeth.B.Layendecker@usdoj.gov>; Yun, Alex (CIV) <Alex.Yun@usdoj.gov>; Lin, Jean (CIV) <Jean.Lin@usdoj.gov>
**Cc:** Shawn Meerkamper <shawn@transgenderlawcenter.org>; Corene Kendrick <ckendrick@aclu.org>; David Fathi <dfathi@aclu.org>; External - Michael Perloff <MPerloff@acludc.org>
**Subject:** RE: Kingdom: PI and Class Requests

Hi Li.  BOP is looking into the issues that you raised. Thanks.

-Jared

**M. Jared Littman**
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
(202) 451-7478 (cell)
Jared.Littman2@usdoj.gov

---

**From:** Li Nowlin-Sohl <lnowlin-sohl@aclu.org>
**Sent:** Tuesday, January 6, 2026 2:29 PM
**To:** Littman, Jared (CIV) <Jared.Littman2@usdoj.gov>; Layendecker, Elizabeth B (CIV) <Elizabeth.B.Layendecker@usdoj.gov>; Yun, Alex (CIV) <Alex.Yun@usdoj.gov>; Lin, Jean (CIV) <Jean.Lin@usdoj.gov>
**Cc:** Shawn Meerkamper <shawn@transgenderlawcenter.org>; Corene Kendrick <ckendrick@aclu.org>; David Fathi <dfathi@aclu.org>; External - Michael Perloff <MPerloff@acludc.org>
**Subject:** [EXTERNAL] RE: Kingdom: PI and Class Requests

Jared,
I hope you enjoyed the holidays and that the new year is off to a good start. I am following up on the requests in my below email from December 11.

Li

---

**From:** Li Nowlin-Sohl

**Sent:** Monday, December 15, 2025 4:38 PM
**To:** 'Littman, Jared (CIV)' <Jared.Littman2@usdoj.gov>; Layendecker, Elizabeth B (CIV) <Elizabeth.B.Layendecker@usdoj.gov>; Yun, Alex (CIV) <Alex.Yun@usdoj.gov>; Lin, Jean (CIV) <Jean.Lin@usdoj.gov>
**Cc:** Shawn Meerkamper <shawn@transgenderlawcenter.org>; Corene Kendrick <ckendrick@aclu.org>; David Fathi <dfathi@aclu.org>; External - Michael Perloff <MPerloff@acludc.org>
**Subject:** RE: Kingdom: PI and Class Requests

Jared,
Please find the list I'd mentioned correctly attached this time.

Li

---

**From:** Littman, Jared (CIV) <Jared.Littman2@usdoj.gov>
**Sent:** Monday, December 15, 2025 12:12 PM
**To:** Li Nowlin-Sohl <lnowlin-sohl@aclu.org>; Layendecker, Elizabeth B (CIV) <Elizabeth.B.Layendecker@usdoj.gov>; Yun, Alex (CIV) <Alex.Yun@usdoj.gov>; Lin, Jean (CIV) <Jean.Lin@usdoj.gov>
**Cc:** Shawn Meerkamper <shawn@transgenderlawcenter.org>; Corene Kendrick <ckendrick@aclu.org>; David Fathi <dfathi@aclu.org>; External - Michael Perloff <MPerloff@acludc.org>
**Subject:** RE: Kingdom: PI and Class Requests

Hi Li. Hope that you had a nice weekend. The referenced class list does not appear to be attached. Please send.

Thanks,
Jared

**M. Jared Littman**
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
(202) 451-7478 (cell)
Jared.Littman2@usdoj.gov

---

**From:** Li Nowlin-Sohl <lnowlin-sohl@aclu.org>
**Sent:** Thursday, December 11, 2025 6:36 PM
**To:** Littman, Jared (CIV) <Jared.Littman2@usdoj.gov>; Layendecker, Elizabeth B (CIV) <Elizabeth.B.Layendecker@usdoj.gov>; Yun, Alex (CIV) <Alex.Yun@usdoj.gov>; Lin, Jean (CIV) <Jean.Lin@usdoj.gov>
**Cc:** Shawn Meerkamper <shawn@transgenderlawcenter.org>; Corene Kendrick

<ckendrick@aclu.org>; David Fathi <dfathi@aclu.org>; External - Michael Perloff <MPerloff@acludc.org>
**Subject:** [EXTERNAL] Kingdom: PI and Class Requests

Jared,

I am writing with several requests related to the class and preliminary injunction in *Kingdom v. Trump*.

**Class notice:**
Back in June, counsel for the Parties had corresponded about the possibility of BOP giving notice to class members about the Kingdom case and the class certification. At the time, BOP declined to provide notice and suggested that it would be more feasible to give us a class list. Corene flagged that to send notice by legal mail, BOP has to call the listed attorney to confirm that the attorney is who they say they are, and asked if there was a way to work together on a way to alleviate this burden on BOP staff and Plaintiffs' counsel, but we did not receive a response.

Given the ongoing reports we are receiving from class members about noncompliance with the preliminary injunction, the Court's concern about letters it has received from class members, and the ongoing difficulties that we have been having contacting class members, we believe it's prudent and important to provide notice to all of the class members about their rights under the preliminary injunction and how they can contact us. **Would BOP be willing to provide a notice to all class members, or otherwise work with us to come up with an efficient way for us to provide notice, given that existing methods are proving problematic?** For example, class members have told us they are not receiving our letters, have received our envelopes empty, or have seen their outgoing mail to us in the trash. It might be easiest to discuss this over the phone – if so, I am available Friday early afternoon or Monday before 4pm ET.

**Class list:**
Relatedly, we have compared the class member list that Defendants provided in July with the one that was most recently provided in November. There are approximately 74 people who were on the class member list in July but who are no longer on the November list, and who are still in BOP custody (24 of whom are in RRMs). This does not include the class members on the July list who have been released from BOP custody.

The class is defined as "all persons who are or will be incarcerated in the custody of BOP facilities, with a current medical diagnosis of gender dysphoria or who receive such a diagnosis in the future." ECF 68 at 1. It is concerning that so many people still in BOP custody have been removed from the class list, as it suggests that their gender dysphoria diagnosis was removed. Attached is the list of class members who no longer appear on the class list and are still in BOP custody. **For each person, can you please confirm whether they were correctly excluded from the recent class list, and if so, provide a brief explanation for**

why? Can you also please explain how the class member list is compiled?

**Specific class member concerns and requests:**
Carla Keys (legal name Clay Keys, Reg. No. 22458-017), who sought to file a motion for summary judgment in this case, is not listed as a class member on the two lists we have received. **Can you confirm whether or not she has a gender dysphoria diagnosis and whether she is listed in SENTRY as transgender?**

We are once again having difficulties setting up calls with Seagoville. We appreciated Laura Waddill's help in promptly setting up a call with Ms. Reichard when we couldn't get one set for over a month. Unfortunately, we have been trying to get a call through to Ms. Satyagrahi (legal name Marcus Williams Reg. No. 43636-279 at Seagoville for three weeks as well, but have not been successful. **Can you please provide assistance once again and look into what the barriers are there?**

It is our understanding that class member Kara Sternquist's (Reg. No. 44404-061) hormone therapy has been discontinued recently after almost twenty years of treatment. The warden at FMC Carswell has also told her that she is not a class member and that the PI does not apply to her because her name is not on the case. Given that Ms. Sternquist was included on both class lists we received, **please provide an explanation for why her hormone therapy has been discontinued.**

Lastly, can you please provide us with medical records going back two years for the following class members:
- Kara Sternquist (Reg. No. 44404-061)
- Grace Pinson (legal name Jeremy Pinson, Reg. No. 16267-064)
- Karessa Rose Hernandez (legal name Manuel Hernandez, Reg. No. 09766-035)
- Marius Mason (legal name Marie Mason, Reg. No. 04672-061)

Regards,
Li


**Li Nowlin-Sohl**
Pronouns: she, her, hers

Senior Staff Attorney
Jon L. Stryker and Slobodan Randjelović LGBTQ & HIV Project
American Civil Liberties Union Foundation
206-348-3163 | lnowlin-sohl@aclu.org



*This message may contain information that is confidential or legally privileged. If you are not the intended recipient, please immediately advise the sender by reply email that this message has been inadvertently transmitted to you and delete this email from your system.*