# EXHIBIT 4

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALISHEA KINGDOM, et al.,<br><br>　　　　　　　Plaintiffs,<br>　　v.<br><br>DONALD J. TRUMP, et al.,<br><br>　　　　　　　Defendants. | Case No. 1:25-cv-00691-RCL<br><br>**DECLARATION OF MATTHEW WILLIAMSON** |

　　　　My name is Matthew Williamson.[1] I am over the age of 18 and fully competent to make this declaration. Under penalty of perjury, pursuant to 26 U.S.C. § 1746, I declare:

1. I am a 31-year-old transgender man in the custody of the Federal Bureau of Prisons. I am currently incarcerated at Federal Correctional Institution (FCI) Aliceville.
2. In early November 2025, the head of Trust Fund, Mr. Normand, put out a new commissary list which listed chest binders and men's boxers for the first time since President Trump's Executive Order, "Defending Women from Gender Ideology Extremism and Restoring Biological Truth to Government" was issued.
3. Prior to the Executive Order, I was able to receive boxer underwear through laundry services at no cost as an accommodation for my gender dysphoria. I could also receive chest binders at no cost through Medical Services. I was also able to buy boxer underwear and men's scented hygiene and personal care items, like Old Spice deodorant and Men's Dove body wash, through the commissary shop. For items not sold at the commissary shop, like men's shoes and chest binders, I was able to order them as a Special Purchase Order (SPO).
4. The new commissary list now includes chest binders for $41.59 each and men's boxer briefs for $12.99 each. None of the men's scented hygiene and personal care items are on the new commissary list. The men's boxers are available to purchase same-day in commissary, but the chest binder is only available through SPO.

---

[1] My legal name is Dalayna Williamson. My Federal Bureau of Prisons Register Number is 88855-509.

5. The same day that I received the commissary list in early November 2025, I placed an SPO order for one chest binder. I have not yet received the chest binder that I ordered in early November 2025.
6. I have asked Mr. Normand for an update on when my order will arrive twice so far and both times he's just responded that my order has been placed.
7. It's very stressful to not have access to chest binders and it keeps me up most nights.

    I, Matthew Williamson, declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and recollection.

Dated: 1/20/2026                                                               /s/ Matthew Williamson
                                                                                                  Matthew Williamson

    I, Elisa Epstein, certify that I have read the foregoing aloud to Matthew Williamson, and that he affirmed that the foregoing is true and correct on 1/20/2026.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 1/20/2026                                                               /s/ Elisa Epstein
                                                                                                  Elisa Epstein