# EXHIBIT 8

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALISHEA KINGDOM, et al.,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, et al.,<br><br>　　　　Defendants. | Case No. 1:25-cv-00691-RCL |

**[PROPOSED] ORDER**

Upon consideration of Plaintiffs' Motion for Leave to File Response to Defendants' Status Report ("Motion"), and good cause shown, it is hereby

ORDERED that the motion is GRANTED; and it is further

ORDERED that Plaintiffs' proposed Response to Defendants' Status Report, ECF 116-1, is deemed FILED as of the date of this Order.

SO ORDERED.

Dated: _____   _____
　　　　　　　　　　　　　　　　　　Hon. Royce C. Lamberth
　　　　　　　　　　　　　　　　　　United States District Judge