# EXHIBIT 5

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALISHEA KINGDOM, et al., <br><br> Plaintiffs, <br> v. <br><br> DONALD J. TRUMP, et al., <br><br> Defendants. | Case No. 1:25-cv-00691-RCL <br><br> **DECLARATION OF TIFFANY LARSON** |

My name is Tiffany Larson.[1] I am over the age of 18 and fully competent to make this declaration. Under penalty of perjury, pursuant to 26 U.S.C. § 1746, I declare:

1. I am a 39-year-old transgender woman in the custody of the Federal Bureau of Prisons. I am currently incarcerated at FCI Coleman Medium.
2. I have been incarcerated at FCI Coleman Medium since October 2025. Since being at FCI Coleman Medium, I have repeatedly asked for feminine hygiene items to be available to purchase in commissary. I have repeatedly been told that no such items are available for me to purchase.
3. In early November 2025, I asked the commissary staff at FCI Coleman Medium if there were any transgender items to purchase on commissary. The staff person said that they didn't have anything from the transgender list available in the commissary shop or to order by special purchase order (SPO).
4. In December 2025, I asked my psychologist Dr. Russeau if there was a way for me to get a standardized transgender commissary list so that I can purchase feminine hygiene products. She said that she would look into it but I haven't heard anything more from her since then.
5. In January 2026, I asked a commissary worker if there was a transgender commissary list and the worker said that there wasn't a transgender commissary list.
6. I don't know of any transgender woman on the compound who has received a transgender commissary list or who has been able to purchase any feminine hygiene items. We have all been asking to purchase these items for months.
7. It's really messing with my anxiety and depression to not have access to these items. There are times when I feel suicidal because I am not able to get what I need. It's not

---

[1] My legal name is Marty Larson. My Federal Bureau of Prisons Register Number is 21790-041.

comforting when I'm in things that I'm not comfortable being in and being made to feel like a man. It's really hard.

I, Tiffany Larson, declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and recollection.

Dated: 1/27/26                                                          /s/ Tiffany Larson
                                                                        Tiffany Larson


I, Elisa Epstein, certify that I have read the foregoing to Tiffany Larson, and that she affirmed that the foregoing is true and correct on 1/27/26.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 1/27/26                                                          /s/ Elisa Epstein
                                                                        Elisa Epstein