# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

ALISHEA KINGDOM, et al.,

        Plaintiffs,

v.

DONALD J. TRUMP, et al.,

        Defendants.

Case No. 1:25-cv-00691-RCL

**[Proposed]**
**ORDER**

Upon consideration of Plaintiffs' Emergency Motion for an Order Requiring Defendants To Show Cause for Why They Should Not Be Held in Civil Contempt, and the entire record in this case, it is hereby:

**ORDERED** that Plaintiffs' Motion is granted; and

**IT IS FURTHER ORDERED** that no later than 5:00 p.m. EST the day this Order issues, Defendants shall submit a response explaining why they should not be held in civil contempt. The response should specifically address the allegations in Plaintiffs' motion, the steps Defendants have taken to protect Grace Pinson and other individuals who have complained of retaliation at FCI Butner, and the actions Defendants will take moving forward to protect the safety of individuals who have provided or will provide information to Plaintiffs' counsel or the Court as part of this litigation.

Dated: _____

_____
Royce C. Lamberth
United States District Judge