UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ALISHEA SOPHIA KINGDOM, *et al.*,

    *Plaintiffs*,

v.

DONALD TRUMP, *et al.*,

    *Defendants*.

Case No. 1:25-cv-691-RCL

### ORDER

Upon consideration of Plaintiffs' Emergency Motion for an Order Requiring Defendants To Show Cause for Why They Should Not Be Held in Civil Contempt, and the entire record in this case, it is hereby:

**ORDERED** that Plaintiffs' Motion is **GRANTED** as follows:

No later than 5:00 PM EST on Tuesday, March 3, 2026, FCI-Butner Warden Scott Garland, Lieutenant B. Teague, Lieutenant Cobb, Officer Terry, Officer Estrada, Officer Holloman, Unit Manager Privette, and Officer Neil shall submit a response explaining why they should not be held in civil contempt. The response should specifically address the allegations in Plaintiffs' motion, the steps those individuals have taken to protect Grace Pinson and other individuals who have complained of retaliation in FCI Butner, and the actions the prison officers identified above will take moving forward to protect the safety of class members or other individuals who have provided or will provide information to Plaintiffs' counsel or the Court as part of this litigation.

It is further **ORDERED** that Plaintiffs' Oral Motion for a Temporary Restraining Order is **GRANTED IN PART** as follows: The Defendants are **ORDERED** to prepare a detailed plan of

1

the steps they are going to take to protect Grace Pinson and Elmer Moreno from further retaliation. Defendants shall file this plan at the same time as the response to the Order to Show Cause.

It is further **ORDERED** that a further hearing is set for March 4, 2026 at 11:00 AM in-person in Courtroom 15.

**IT IS SO ORDERED.**

Date: 2-26-26
3:38pm.

Royce C. Lamberth
United States District Judge