IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALISHEA KINGDOM, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case No. 1:25-cv-00691-RCL |
| v. ) | |
| ) | |
| DONALD J. TRUMP, et al., ) | |
| ) | |
| Defendants. ) | |

## DECLARATION OF KHRISTY ROBINSON

I, Khristy Robinson, do hereby declare as follows:

1. I am currently employed by the Federal Bureau of Prisons (BOP) as an Assistant Health Services Administrator at the Federal Correctional Complex in Butner, North Carolina (FCC Butner). I have been an Assistant Health Services Administrator at FCC Butner since January 2024, and prior that I was an Assistant Health Services Administrator at the Federal Correctional Institution in Gilmer, West Virginia. I have been employed by the BOP since June 2007.

2. In my role as Assistant Health Services Administrator, I work in collaboration with the Complex Health Services Administrator to manage and direct the activities of a multi-disciplinary team of health care professionals who are responsible for medical, dental, and allied health services (pharmacy, laboratory and x-ray) to the inmate population. As part of my duties, I have access to inmates' Bureau Electronic Medical Records (BEMR).

3. Attached hereto are a portion of the BOP medical records for Jeremy Pinson, Reg. No. 16267-064, specifically Pinson's Medication Administration Records from October 2025 to present (Attachment 1), along with Pinson's Medication Summary for the past two years (Attachment 2).

4. As detailed in Pinson's Medication Summary reports at Attachment 2, Pinson has been prescribed Estradiol Valerate injections continuously since May 14, 2025. Prior to that time, Pinson was prescribed either Leuprolide Acetate injections or Estradiol in tablet form.

5. Specifically concerning the Estradiol injections, Pinson's prescription was changed in October 2025, from one 20 mg/ml intramuscular injection every two weeks, to one 10 mg/ml intramuscular injection every two weeks. *See* Attachment 2.

6. Since October 2025, Pinson has consistently received the prescribed Estradiol injections every 14 days, to include the most recent dose administration on February 25, 2026. *See* Attachment 1.

7. As detailed in Pinson's Medication Summary reports at Attachment 2, Pinson has been prescribed Spironolactone continuously since at least February 23, 2024.

8. Pinson's prescription for Spironolactone has remained consistent at 100 mg. per day. Typically, the prescription has been a self-carry/self-administration medication. However, at various times--specifically when Pinson was housed in a secure housing unit--the prescription was changed to a "pill line" medication, meaning that it would be administered directly to Pinson daily by a medical provider. Pill line administration of medication is documented in the Medication Administration Records.

9. Pinson has received the prescribed Spironolactone dosage through the pill line on a consistent basis since October 18, 2025, to include the most recent dose administered on February 26, 2026. *See* Attachment 1.

10. During the period of December 22, 2025, through January 20, 2026, Pinson's Spironolactone prescription was a "self-carry" medication, meaning that Pinson was responsible for self-administration of the medication as prescribed. *See* Attachment 2.

11. In accordance with guidance from BOP's Office of General Counsel signed on February 19, 2026, BOP medical providers will continue to provide Pinson with the above prescribed medications and there are no current plans to discontinue the prescribed medications so long as they remain clinically appropriate.

12. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 26th day of February 2026.

KHRISTY ROBINSON
Digitally signed by KHRISTY ROBINSON
Date: 2026.02.26 13:44:26 -05'00'

Khristy Robinson
Assistant Health Services Administrator
Federal Correctional Complex
Butner, North Carolina

# Medication Administration Record — February 2026

**Registration #:** 16267-064  **Pt. Name:** PINSON, JEREMY

## Medication 1: Cholecalciferol 5000 UNIT (125 MCG) Cap UD

- Ord. Date: 01/20/26 16:04
- Exp. Date: 04/20/26 16:03
- Provider: Bart-Plange, Albert APRN, FNP-C
- Instructions: Take one capsule by mouth each day ***pill line***
- BUX 2154102-BUX
- Time: 0630

| Day | Initials | Time |
|---|---|---|
| 1 | SAH | 07:20 |
| 2 | DBB | 07:35 |
| 3 | JNM | 07:35 |
| 4 | ARE | 07:58 |
| 5 | ARE | 07:27 |
| 6 | JNM | 07:36 |
| 7 | JNM | 07:39 |
| 8 | JNM | 09:01 |
| 9 | BAT | 08:21 |
| 10 | BAT | 08:37 |
| 11 | JNM | 07:52 |
| 12 | JNM | 07:39 |
| 13 | ARE | 08:17 |
| 14 | ARE | 08:10 |
| 15 | ARE | 08:06 |
| 16 | JNM | 07:51 |
| 17 | ARE | 07:19 |
| 18 | ARE | 07:54 |
| 19 | ARE | 07:24 |
| 20 | ARE | 07:28 |
| 21 | SAH | 07:39 |
| 22 | JNM | 07:17 |
| 23 | JNM | 08:21 |
| 24 | ARE | 07:50 |
| 25 | ARE | 07:33 |
| 26 | JNM (TLF) | 07:29 |

## Medication 2: Dicyclomine HCL 10 MG Cap UD

- Ord. Date: 01/20/26 16:05
- Exp. Date: 04/20/26 16:04
- Provider: Bart-Plange, Albert APRN, FNP-C
- Instructions: Take one capsule (10 MG) by mouth twice daily ***pill line***
- BUX 2154103-BUX
- Times: 0630 and 1800

0630:
| Day | Initials | Time |
|---|---|---|
| 1 | SAH | 07:20 |
| 2 | DBB | 07:35 |
| 3 | JNM | 07:35 |
| 4 | ARE | 07:58 |
| 5 | ARE | 07:27 |
| 6 | JNM | 07:36 |
| 7 | JNM | 07:39 |
| 8 | JNM | 09:01 |
| 9 | BAT | 08:21 |
| 10 | BAT | 08:37 |
| 11 | JNM | 07:52 |
| 12 | JNM | 07:39 |
| 13 | ARE | 08:17 |
| 14 | ARE | 08:10 |
| 15 | ARE | 08:06 |
| 16 | JNM | 07:51 |
| 17 | ARE | 07:19 |
| 18 | ARE | 07:54 |
| 19 | ARE | 07:24 |
| 20 | ARE | 07:28 |
| 21 | SAH | 07:39 |
| 22 | JNM | 07:17 |
| 23 | JNM | 08:21 |
| 24 | ARE | 07:50 |
| 25 | ARE | 07:33 |
| 26 | TLF | 07:29 |

1800:
| Day | Initials | Time |
|---|---|---|
| 1 | SAH | 17:35 |
| 2 | DBB | 16:50 |
| 3 | JNM | 16:46 |
| 4 | ARE | 16:55 |
| 5 | KCS | 16:28 |
| 6 | JNM | 17:22 |
| 7 | JNM | 17:14 |
| 8 | JNM | 17:21 |
| 9 | BAT | 17:44 |
| 10 | KCS | 17:32 |
| 11 | JNM | 17:08 |
| 12 | KLW | 16:46 |
| 13 | ARE | 17:08 |
| 14 | ARE | 17:12 |
| 15 | ARE | 16:57 |
| 16 | JNM | 16:56 |
| 17 | JNM | 16:59 |
| 18 | ARE | 16:50 |
| 19 | ARE | 16:59 |
| 20 | JNM | 17:01 |
| 21 | JNM | 17:14 |
| 22 | JNM | 16:47 |
| 23 | ARE | 17:13 |
| 24 | KCS | 16:58 |
| 25 | JNM | 16:51 |

## Medication 3: Docusate Sodium 100 MG Cap UD

- Ord. Date: 01/20/26 16:07
- Exp. Date: 04/20/26 16:06
- Provider: Bart-Plange, Albert APRN, FNP-C
- Instructions: Take one capsule (100 MG) by mouth twice daily AS NEEDED for constipation ***pill line***
- BUX 2154104-BUX
- Times: 0630 and 1800

0630:
| Day | Initials | Time |
|---|---|---|
| 1 | SAH | 07:20 |
| 2 | DBB | 07:35 |
| 3 | JNM | 07:35 |
| 4 | ARE | 07:58 |
| 5 | ARE | 07:27 |
| 6 | JNM | 07:36 |
| 7 | JNM | 07:39 |
| 8 | JNM | 09:01 |
| 9 | BAT | 08:21 |
| 10 | BAT | 08:37 |
| 11 | JNM | 07:52 |
| 12 | JNM | 07:39 |
| 13 | ARE | 08:17 |
| 14 | ARE | 08:10 |
| 15 | ARE | 08:06 |
| 16 | JNM | 07:51 |
| 17 | ARE | 07:19 |
| 18 | ARE | 07:54 |
| 19 | ARE | 07:24 |
| 20 | ARE | 07:28 |
| 21 | SAH | 07:39 |
| 22 | JNM | 07:17 |
| 23 | JNM | 08:21 |
| 24 | ARE | 07:50 |
| 25 | ARE | 07:33 |
| 26 | TLF | 07:29 |

1800:
| Day | Initials | Time |
|---|---|---|
| 1 | SAH | 17:35 |
| 2 | DBB | 16:50 |
| 3 | JNM | 16:46 |
| 4 | ARE | 16:55 |
| 5 | KCS | 16:28 |
| 6 | JNM | 17:22 |
| 7 | JNM | 17:14 |
| 8 | JNM | 17:21 |
| 9 | BAT | 17:44 |
| 10 | KCS | 17:32 |
| 11 | JNM | 17:08 |
| 12 | KLW | 16:46 |
| 13 | ARE | 17:08 |
| 14 | ARE | 17:12 |
| 15 | ARE | 16:57 |
| 16 | JNM | 16:56 |
| 17 | JNM | 16:59 |
| 18 | ARE | 16:50 |
| 19 | ARE | 16:59 |
| 20 | JNM | 17:01 |
| 21 | JNM | 17:15 |
| 22 | JNM | 16:47 |
| 23 | ARE | 17:13 |
| 24 | KCS | 16:58 |
| 25 | JNM | 16:51 |

## Medication 4: Estradiol Valerate 20 MG/ML IM inj (5ml)

- Ord. Date: 11/19/25 00:00
- Exp. Date: 05/17/26 23:59
- Provider: Bart-Plange, Albert APRN, FNP-C
- Instructions: Inject 10mg (0.5ml) Intra-Muscularly every 2 weeks
- BUX 2136057-BUX
- Time: 0601

| Day | Dose | Initials | Time |
|---|---|---|---|
| 11 | 0.5 | JNM | 07:53 |
| 25 | 0.5 | JNM | 07:34 |

---

**Providers:** BAT = Turner, B. | JNM = Marucha, J. | TLF = Furgurson, T. | DBB = Bautista, D. | SAH = Hakimi, S. | KLW = Walker, K. | ARE = Eichstedt, A. | KCS = Snipes, K.

**Documentation Codes:** ORD = Order

Registration #: 16267-064   Pt. Name: PINSON, JEREMY   DOB: [redacted]
Report information is current as of the date and time of printing: 02/26/2026 10:43 EST

# Medication Administration Record

**February 2026**

Patient: PINSON, JEREMY — 16267-064

## Medication Orders

### Sichel, Lawrence MD
- Ord. Date 02/13/26 11:25 — ***crush/empty*** Take three capsules (900 MG) by mouth twice daily for pain
- Exp. Date 08/12/26 11:24
- BUX
- 2161377- Gabapentin 300 MG CAP UD

| Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0630 | x | x | x | x | x | x | x | x | x | x | x | x | x | 3 ARE 06:10 | 3 ARE 08:06 | 3 JNM 07:51 | 3 JNM 07:19 | 3 ARE 07:54 | 3 ARE 07:24 | 3 SAH 07:29 | 3 JNM 07:39 | 3 JNM 07:17 | 3 ARE 08:21 | 3 ARE 07:50 | 3 JNM 07:33 | 3 TLF 07:29 | | | | | |
| 1800 | x | x | x | x | x | x | x | x | x | x | x | x | 3 ARE 17:08 | 3 ARE 17:12 | 3 ARE 16:57 | 3 JNM 16:56 | 3 JNM 16:59 | 3 ARE 16:50 | 3 ARE 16:59 | 3 JNM 17:01 | 3 JNM 17:14 | 3 JNM 16:47 | 3 ARE 17:13 | 3 KCS 16:58 | 3 JNM 16:51 | | | | | | |

### Bart-Plange, Albert APRN, FNP-C
- Ord. Date 11/19/25 11:03 — ***crush/empty*** Take one and one-half (1 and 1/2) tablets (900 MG) by mouth twice daily for pain
- Exp. Date 02/13/26 11:26
- BUX
- 2136583- Gabapentin 600 MG Tab UD

| Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0630 | 1.5 SAH 07:20 | 1.5 DBB 07:35 | 1.5 JNM 07:35 | 1.5 ARE 07:58 | 1.5 ARE 07:27 | 1.5 JNM 07:36 | 1.5 JNM 07:39 | 1.5 JNM 09:01 | 1.5 BAT 08:21 | 1.5 BAT 08:37 | 1.5 JNM 07:51 | 1.5 JNM 07:39 | 1.5 ARE 08:18 | x | x |
| 1800 | 1.5 SAH 17:35 | 1.5 DBB 16:50 | 1.5 JNM 16:46 | 1.5 ARE 16:55 | 1.5 KCS 16:28 | 1.5 JNM 17:22 | 1.5 JNM 17:14 | 1.5 JNM 17:21 | 1.5 BAT 17:44 | 1.5 KCS 17:32 | 1.5 JNM 17:08 | 1.5 KLW 16:46 | x | x | x |

### Nnani, I. DNP, PMHNP-BC
- Ord. Date 01/13/26 11:08 — Take one tablet (4 MG) by mouth twice daily (NOON and PM) *consent form on file*
- Exp. Date 07/12/26 11:07
- BUX
- 2151687- Perphenazine 4 MG Tab UD

| Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1130 | 1 SAH 11:38 | 1 DBB 11:33 | 1 JNM 10:57 | 1 ARE 11:30 | 1 ARE 11:14 | 1 JNM 10:56 | 1 JNM 10:43 | 1 JNM 12:15 | 1 BAT 11:49 | 1 BAT 11:08 | 1 JNM 10:51 | 1 JNM 10:57 | 1 ARE 11:04 | 1 ARE 11:06 | 1 ARE 11:05 | 1 JNM 11:06 | 1 JNM 10:31 | 1 ARE 11:25 | 1 ARE 10:55 | 1 JNM 11:33 | 1 JNM 11:16 | 1 JNM 10:41 | 1 ARE 11:02 | 1 ARE 11:36 | 1 JNM 10:47 | 1 TLF 10:42 |
| 1800 | 1 SAH 17:35 | 1 DBB 16:50 | 1 JNM 16:46 | 1 ARE 16:55 | 1 KCS 16:28 | 1 JNM 17:22 | 1 JNM 17:14 | 1 JNM 17:20 | 1 BAT 17:44 | 1 KCS 17:32 | 1 JNM 17:08 | 1 KLW 16:46 | 1 ARE 17:08 | 1 ARE 17:12 | 1 ARE 16:57 | 1 JNM 16:56 | 1 JNM 16:59 | 1 ARE 16:51 | 1 ARE 16:59 | 1 JNM 17:00 | 1 JNM 17:14 | 1 JNM 16:47 | 1 ARE 17:13 | 1 KCS 16:58 | 1 JNM 16:51 | |

### Bart-Plange, Albert APRN, FNP-C
- Ord. Date 01/20/26 16:11 — Take one tablet (100 MG) by mouth each day ***pill line***
- Exp. Date 07/19/26 16:10
- BUX
- 2154107- Spironolactone 100 MG Tab UD

| Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0630 | 1 SAH 07:20 | 1 DBB 07:35 | 1 JNM 07:35 | 1 ARE 07:58 | 1 ARE 07:27 | 1 JNM 07:36 | 1 JNM 07:39 | 1 JNM 09:01 | 1 BAT 08:21 | 1 BAT 08:37 | 1 JNM 07:52 | 1 JNM 07:39 | 1 ARE 08:17 | 1 ARE 06:10 | 1 ARE 08:06 | 1 JNM 07:51 | 1 JNM 07:19 | 1 ARE 07:54 | 1 ARE 07:24 | 1 SAH 07:29 | 1 JNM 07:39 | 1 JNM 07:17 | 1 ARE 08:21 | 1 ARE 07:50 | 1 JNM 07:33 | 1 TLF 07:29 |

Providers: BAT = Turner, B. | JNM = Marucha, J. | TLF = Furgurson, T. | DBB = Bautista, D. | SAH = Hakimi, S. | KLW = Walker, K. | ARE = Eichstedt, A. | KCS = Snipes, K.

Documentation Codes: ORD = Order

Registration #: 16267-064    Pt. Name: PINSON, JEREMY    DOB: 

Report information is current as of the date and time of printing: 02/26/2026 10:43 EST