IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ALISHEA KINGDOM, *et al.*,

Plaintiffs,

v.

DONALD J. TRUMP, *et al.*,

Defendants.

Civ. A. No. 25-691 (RCL)

[~~PROPOSED~~] ORDER

Upon consideration of Defendants' Unopposed Motion for Leave to File Declaration of Warden Scott Garland Under Seal, it is hereby **ORDERED** that Defendants' motion is **GRANTED**.

DATED: 3-3-26

Royce C. Lamberth
United States District Judge