**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ALISHEA KINGDOM, et al., )<br>                                  )<br>       Plaintiffs, )<br>                                    )<br>v.                                  )<br>                                  )<br>DONALD J. TRUMP, et al., )<br>                                  )<br>       Defendants. ) | Case No. 1:25-cv-00691-RCL |

**DECLARATION OF JOHN VONVILLE**

I, John Vonville, do hereby declare as follows:

1. I am a Supervisory Management Analyst with the Office of Internal Affairs (OIA) for the Bureau of Prisons (BOP). I have been employed by the BOP for approximately 22 years. If called to testify as to the contents of this declaration, I could and would testify competently hereto based on my personal knowledge.

2. OIA is responsible for ensuring all criminal violations and allegations of staff misconduct, per the Standards of Employee Conduct, are reported to the U.S. Department of Justice, Office of Inspector General (OIG). The OIA is responsible for determining which allegations are completed in a thorough and timely manner. The OIA monitors investigations conducted by staff at the institutions, regional offices and the Central Office in Washington, D. C., and provides local investigations with technical guidance and expertise.

3. OIA records contain sensitive information, such as open and ongoing investigations by both the Office of Internal Affairs and Office of Inspector General. The sensitivity of these records is reflected by the fact that these records are typically exempt from disclosure pursuant to the provisions of 5 U.S.C. § 552a(j)(2) from subsections (c)(3) and (4), (d), (e)(1), (2), and (3), (e)(5) and (e)(8), and (g) of 5 U.S.C. § 552a.[1] In addition, they are exempt pursuant to the provisions of 5 U.S.C. § 552a (k)(1) and (k)(2) from subsections (c)(3), (d), and (e)(1) of 5 U.S.C. § 552a.

4. Upon review of the official OIA case tracking system, I can confirm that the following cases are currently open and under investigation:

   a. Case number OIA-2026-04463, concerning allegations of misconduct made by Jeremy Pinson, Reg. No. 16267-064;
   b. Case number OIA-2026-03594, concerning allegations of misconduct made by Jeremy Pinson, Reg. No. 16267-064;

---

[1] These are relevant provisions of the Freedom of Information Act (FOIA).

      c. Case number OIA-2026-02670, concerning allegations of misconduct made by Jeremy Pinson, Reg. No. 16267-064;

      d. Case number OIA-2026-02217, concerning allegations of misconduct made by Jeremy Pinson, Reg. No. 16267-064;

      e. Case number OIA-2026-00382, concerning allegations of misconduct made by Jeremy Pinson, Reg. No. 16267-064;

      f. Case number OIA-2026-00508, concerning allegations of misconduct made by Elmer Moreno, Reg. No. 93653-280; and,

      g. Case number OIA-2026-02217, concerning allegations of misconduct made by Elmer Moreno, Reg. No. 93653-280.

5.     The above-listed cases remain open because not all investigative activities have been completed, and the outcome of the case has not been established. Therefore, releasing any information at this time could potentially jeopardize the investigation.

6.     Case number OIA-2026-00201, concerning allegations of misconduct made by Jeremy Pinson, Reg. No. 16267-064, has been closed and the charges of misconduct were not sustained.

7.     Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 26th day of February 2026.

                                              John Vonville
                                              Supervisory Management Analyst
                                              Federal Bureau of Prisons
                                              Washington, DC