**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ALISHEA KINGDOM, *et al.*, | |
| Plaintiffs, | |
| v. | Civ. A. No. 25-691 (RCL) |
| DONALD J. TRUMP, *et al.*, | |
| Defendants. | |

**JOINT PROPOSED BRIEFING SCHEDULE**

The Parties, by and through counsel of record, hereby submit the following Joint Proposed Briefing Schedule on Defendant's Motion for Reconsideration of the Protective Order of February 19, 2026 (ECF No. 130) ("Motion for Reconsideration").

1.      On March 3, 2026, Defendants filed the Motion for Reconsideration.

2.      The Parties jointly propose the following briefing schedule: Plaintiffs' response is due on or before March 11, 2026.  Defendants' reply is due on or before March 16, 2026.

3.      Plaintiffs agree to shorten the time for their opposition to Defendants' Motion for Reconsideration from March 18, 2026, to March 11, 2026, based upon (a) Defendants' representations that they will not seek a stay of the nonretaliation order (ECF No. 124) pending resolution of the Motion for Reconsideration, and (b) Defendants' representation to Plaintiffs and the Court that they will engage in good-faith negotiations with Plaintiffs to stipulate to an agreed-upon protective order.

Dated: March 4, 2026

Respectfully submitted,

*/s/ Corene T. Kendrick*

David C. Fathi† (*pro hac vice*)
Maria V. Morris, D.C. 1697904
Elisa C. Epstein† (*pro hac vice*)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
915 15th Street, N.W.
Washington, D.C. 20005
Tel: 202-393-4930
dfathi@aclu.org
mmorris@aclu.org
eepstein@aclu.org
† *Not admitted in D.C.; practice limited to
federal courts.*
Corene T. Kendrick (*pro hac vice*)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
425 California St., Ste. 700
San Francisco, CA 94104
Tel: 202-393-4930
ckendrick@aclu.org

Li Nowlin-Sohl (*pro hac vice*)
Leslie Cooper (*pro hac vice*)
Shana Knizhnik, DDC Bar ID 120840
James D. Esseks**
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
Tel: 212-549-2500
lnowlin-sohl@aclu.org
lcooper@aclu.org
sknizhnik@aclu.org
jesseks@aclu.org

Michael Perloff, D.C. Bar No. 1601047
Aditi Shah, D.C. Bar No. 90033136
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF THE DISTRICT OF
COLUMBIA
529 14th Street NW, Suite 722
Washington, D.C. 20045
Tel: 202-457-0800
mperloff@acludc.org
ashah@acludc.org

Shawn Thomas Meerkamper**
shawn@transgenderlawcenter.org
Megan Z. F. Noor**
megan@transgenderlawcenter.org
TRANSGENDER LAW CENTER
P.O. Box 70976
Oakland, CA 94612
Tel: 510-587-9696

Lynly S. Egyes (*pro hac vice*)
lynly@transgenderlawcenter.org
Milo Inglehart (*pro hac vice*)
milo@transgenderlawcenter.org
TRANSGENDER LAW CENTER
594 Dean Street, Suite 11
Brooklyn, NY 11238
Tel: 510-587-9696

** *Pro hac vice application pending.*

*Counsel for Plaintiff class*

BRETT A. SHUMATE
Assistant Attorney General

JEAN LIN
Special Litigation Counsel

/s/ *M. Jared Littman*
M. JARED LITTMAN
ELIZABETH B. LAYENDECKER
ALEXANDER J. YUN
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington D.C. 20005
Jared.littman2@usdoj.gov

*Counsel for Defendants*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ALISHEA KINGDOM, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>Defendants. | Civ. A. No. 25-691 (RCL) |

### [PROPOSED] ORDER

Upon consideration of the Joint Proposed Briefing Schedule, it is hereby **ORDERED** that the motion is **GRANTED**.

It is further **ORDERED** that Plaintiffs' response to Defendants' Motion for Reconsideration of the Protective Order of February 19, 2026, (ECF No. 130), is due on or before March 11, 2026. Defendants' reply is due on or before March 16, 2026.

DATED: _____

_____
Royce C. Lamberth
United States District Judge

4