# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

ALISHEA KINGDOM, et al.,

    Plaintiffs,

v.

DONALD J. TRUMP, et al.,

    Defendants.

Case No. 1:25-cv-00691-RCL

## [~~PROPOSED~~] ORDER

Upon consideration of Defendants' Emergency Motion for Extension to Provide Written Notice of the Protective Order of February 19, 2026, and the entire record herein, it is hereby

**ORDERED** that the Motion is **DENIED**. It is further

**ORDERED** that Defendants shall comply with the notice deadline and all other deadlines set forth in this Court's February 19, 2026 Protective Order (ECF 124).

**IT IS SO ORDERED.**

Dated: 3/5/26
11:20 a.m.

Hon. Royce C. Lamberth
United States District Judge