IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ALISHEA KINGDOM, *et al.*,

Plaintiffs,

v.

DONALD J. TRUMP, *et al.*,

Defendants.

Civ. A. No. 25-691 (RCL)

## [PROPOSED] ORDER

Upon consideration of the Joint Proposed Briefing Schedule, it is hereby **ORDERED** that the motion is **GRANTED**.

It is further **ORDERED** that Plaintiffs' response to Defendants' Motion for Reconsideration of the Protective Order of February 19, 2026, (ECF No. 130), is due on or before March 11, 2026. Defendants' reply is due on or before March 16, 2026.

DATED: 3/5/26
11:30 a.m.

Royce C. Lamberth
United States District Judge