IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALISHEA KINGDOM, et al., | Civ. A. No. 25-691 (RCL) |
| Plaintiffs, | |
| v. | |
| DONALD J. TRUMP, et al., | |
| Defendants. | |

DEFENDANTS' PROPOSED DISCOVERY SCHEDULE

Pursuant to the Court's Order of February 19, 2026 (ECF No. 123), Defendants hereby submit their proposed discovery schedule.

The parties have conferred and were unable to come to an agreement as to the propriety of discovery regarding BOP's new policy, i.e., Program Statement 5250.01: Management of Inmates with Gender Dysphoria, executed by the BOP Director on February 19, 2026. *See* ECF No. 125 Defendants' proposed schedule below does not include discovery concerning that new policy.

In its Order of February 19, 2026, the Court granted fact discovery as to the "original BOP implementing memoranda," because "there is no administrative record to review." Order (ECF No. 123) at 2. Specifically, "[t]he Court decline[d] to compel production of the existing administrative record" but "[i]nstead" granted discovery because Defendants failed to timely produce the administrative record and because "[t]his Court has previously allowed fact discovery where there is no administrative record to review." The Court ordered the parties to submit discovery schedule proposals. *Id.*

The Court further ordered Defendants to file the administrative record "for the new policy within twenty-days" of the Order, i.e., by March 12, 2026. The Court's Order does not currently

permit discovery regarding BOP's new policy. Indeed, there are established standards governing supplementation of that soon-to-be produced administrative record, *City of Dania Beach Fed. Aviation Admin.*, 628 F.3d 581, 590–91 (D.C. Cir. 2010), including narrow exceptions for discovery, *CTS Corp. v. EPA*, 759 F.3d 52, 64 (D.C. Cir. 2014); *Cmty. for Creative Non-Violence v. Lujan*, 908 F.2d 992, 997-98 (D.C. Cir. 1990).

Accordingly, Defendants submit the following proposed schedule as to fact discovery on the original implementing memoranda:

1. Fact discovery on the original implementing memoranda shall close in 75 days, i.e., on **May 19, 2026**.

2. Written discovery requests regarding the original implementing memoranda shall be served on Defendants no later than **March 19, 2026**. Plaintiffs may serve a maximum of 10 interrogatories, 10 requests for admission, and 10 requests to produce documents.

3. Should any factual inquiries that fall within the scope of Fed. R. Civ. P. 26(b)(1) as to the original implementing memoranda remain unresolved following written discovery, Plaintiffs may seek the deposition of a witness pursuant to Fed. R. Civ. P. 30(b)(6). Plaintiffs must serve the notice, including a description "with reasonably particularity the matters for examination," by **May 4, 2026**.

Defendants submit that the above schedule would allow the efficient litigation of this case. Following Defendants' production of the administrative record on the new policy on or before March 12, 2026, and the close of fact discovery on the original implementing memoranda on May 19, 2026, the Parties will be positioned to propose a summary judgment briefing schedule.

Dated: March 5, 2026                           Respectfully submitted,

                                                        BRETT A. SHUMATE
Assistant Attorney General

JEAN LIN
Special Litigation Counsel

/s/ *M. Jared Littman*
ELIZABETH B. LAYENDECKER
ALEXANDER J. YUN
M. JARED LITTMAN
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington D.C. 20005
Jared.littman2@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALISHEA KINGDOM, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>Defendants. | Civ. A. No. 25-691 (RCL) |

**[PROPOSED] ORDER**

Upon consideration of Defendants' Proposed Discovery Schedule, it is hereby **ORDERED** that:

1. Fact discovery on the original implementing memoranda shall close in 75 days, i.e., on **May 19, 2026**.

2. Written discovery requests regarding the original implementing memoranda shall be served on Defendants no later than **March 19, 2026**. Plaintiffs may serve a maximum of 10 interrogatories, 10 requests for admission, and 10 requests to produce documents.

3. Should any factual inquiries that fall within the scope of Fed. R. Civ. P. 26(b)(1) as to the original implementing memoranda remain unresolved following written discovery, Plaintiffs may seek the deposition of a witness pursuant to Fed. R. Civ. P. 30(b)(6). Plaintiffs must serve the notice, including a description "with reasonably particularity the matters for examination," by **May 4, 2026**.

DATED:                              _____
                                     Royce C. Lamberth
                                     United States District Judge

Case 1:25-cv-00691-RCL    Document 141    Filed 03/05/26    Page 5 of 5