# EXHIBIT 2

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ALISHEA KINGDOM, et al., | |
| *Plaintiffs*, | |
| vs. | Civil Action No. 1:25-cv-00691-RCL |
| DONALD J. TRUMP, et al., | |
| *Defendants.* | |

**DECLARATION OF ELMER ARMANDO MORENO**

My name is Elmer Armando Moreno. My BOP registration number is #93653-280.  I am over the age of 18 and fully competent to make this declaration. Under penalty of perjury, pursuant to 28 U.S.C. § 1746, I declare:

1. I have been housed in the SMHU at FCI Butner Medium I since I was given an incident report falsely accusing me and Grace of kissing on or around January 20, 2026. Even though the I was found not guilty by the disciplinary hearing officer and the incident report was expunged I am still in the SMHU. I believe I am being held here for no legitimate reason and simply for talking to lawyers in this case.

2. One of the reasons I feel like I am being targeted because of my involvement here, is because ever since the first time I spoke to an attorney from this case, I have been getting regularly strip searched. Since being in the SMHU, I have been strip searched at least once a week. This is more frequent than I have experienced in the past. I believe I am being stripped searched more than almost anyone else in the SMHU currently besides Grace Pinson.

3. On or around Sunday February 22nd, 2026, Lt. Teague came to conduct his rounds in the Secure Mental Health Unit around 6:00am in the morning. I was surprised because it is not typical for rounds to be conducted so early in the morning, especially on a Sunday. On weekdays, rounds usually occur around 9:30am. On weekends it is typically even later in the day such as after count at 10am.

4. At this time, I heard another person housed in the SMHU, Jonathan Morris, ask "What are you doing here so early? When are you going to move us off the short range?"

5. I heard Lt. Teague respond, "I'm here to handle some business. And I'm probably going to move you Monday."

6. Then I heard footsteps fading, which I believe was Teague leaving the area.

7. I have become very closely attuned to sounds while in the SMHU and what they indicate. For example, I can sometimes identify which officer is approaching based on how they

sound. One officer always has squeaky shoes. Another has a limp, which affects how his footsteps sound. I know the voices of the other people in the SMHU and am aware of which cell they are in. I am familiar with the sound of handcuffs being put on through the cell, and the sound of the door locking to the shower area in the SMHU where strip searches are conducted.

8. A little while later, after I overheard the conversation between Lt. Teague and Morris I heard footsteps approach again. Then I heard Lt. Teague say, "cuff up cuff up! " and Grace Pinson, who was in cell 2 say "what's going on?" I then heard Lt. Teague's voice say, "If you don't immediately comply I'll spray you!"

9. I heard the clink of cuffs and the cell door opening.

10. During the night shift between midnight and 8am, there are usually only two officers in the SMHU and no one is taken out of their cells unless it is a planned search.

11. As this was happening, I could hear the voices of several other officers.

12. I was in cell 05 on the short range at that time. The cells in the SMHU are shaped like the letter L, with a short and long range of cells with the long range containing more cells than the short range. From my cell I could hear what was occurring in the shower area, which is close to where the short and long range meet, because I was listening under the door of my cell with my head rested on the floor to listen under the door of my cell. The doors to the short range and the shower area are always kept open. Once in the shower area the showers are separated by bars which also have doors. I am familiar with the sound of the bar doors to each shower because they are the only doors in the SMHU that are made up of bars and have a unique sound when they lock.

13. I could hear the clanging of keys and then the shower door made of bars locking.

14. I heard Lt. Teague yelling "Wider! No, wider! Wider, Pinson!" I could also hear multiple voices laughing as this was happening. I became upset hearing my friend in distress.

15. I yelled, "Grace what's going on?" I heard her say "why are you humiliating me like this? My lawyers will be hearing about this!"

16. Grace was in the shower area for what felt like a long time, perhaps up to thirty minutes. The showers in the SMHU are cold and filthy. A typical strip search lasts only between two and five minutes.

17. While this was happening, I wanted to know what was going on so I called out to the person housed directly across from Grace's cell. The person in the cell directly across from Grace's, told me the officers are going through Pinson's cell, going through Grace's personal property including her papers. I then heard voices coming from the direction of Grace's cell area saying things like "Damn! My name's on that too? That fucking bitch!"

18. The person in the cell directly across from Grace's cell was narrating what was happening. He told me after the officers were done going through Grace's stack of papers, they moved her belongings to Cell 1/X04-001. There were several other vacant cells in the SMHU at that time.

19. Cell 1 or X04-001 had human waste in it. Everyone who was housed in the SMHU at that time knew it was dirty with feces and urine and hadn't been occupied for awhile, at least longer than a week.

20. Then I heard the sound of officers keys clanging, and it sounded like were walking further away toward the long range. I heard Teague say "if you keep talking to the judge you might not make it home. That's what I'm here for. This is your last warning."

21. Grace yelled to me that she had indeed been moved to cell 01 and that it was disgusting and she started to clean it up. I asked her how, and she said "How do you think? I just have toilet paper, water and my hands." She asked if I had heard what Lt. Teague had said. I told her I heard him threaten her. She responded, "can you believe it??!"

22. I saw the DHO for the Incident Report that was the reason for me being placed in the SMHU on Friday February 20, 2026. I was found not guilty. He told me I should be good to be released back to general population if not today then by Monday. But on Monday I wasn't released back to general population. When I asked the officer on duty he told me that L. Teague told him he did not have the list of names from the DHO which states who was to be released back to general population that day. But one other person in the SMHU was released back to general population that same day.

23. On Tuesday February 24, 2026 I asked the officer on duty whether my name had been on the list from the DHO of people who should be released to general population and he confirmed it was. I became upset and I asked to see the Psychologist because I feared I was being mistreated and started feeling depressed. The officer told me she relayed the message and the psychologist who would see me after lunch.

24. A little later around 11:30am Unit Manager Bell and the psychologist came to my cell. Bell told me I was being put in for a transfer. I explained that made no sense because the incident report had been expunged and I was supposed to be released to general population. He responded, "So you want to talk to lawyers?" and raised his eyebrows then left.

25. I told my psychologist "I need to talk to you!" She responded, "I have nothing to say to you right now Mr. Moreno." I became so upset I punched the window with my fist.

26. The officer on duty called the lieutenant and they told me to cuff up. Officers took me to the shower. While I was in the showers Teague approached me and strip searched me. He said "why are you punching windows in my house?"

27. Teague also said words to the effect of, "since you want to help Pinson and talk to the lawyers we're going to transfer you back to USP so they can kill you."

28. Teague then threatened to put me on suicide watch.

29. Lt. Cobb then came and informed me I was being put on suicide watch.

30. I do not want to be transferred. I have come a long way with improving my mental health over the years and receive mental health care that I find helpful at FCI Butner Medium I. I do not know what kind of care I would receive at a different facility and am afraid of the impact it would have on my mental health.

31. Fortunately, Lt. Teague has not come by my cell in the SMHU since February 24th, 2026 But to this date, I am still in the SMHU. I just want BOP staff to leave me alone for simply telling the truth and to go back to general population.

I, Elmer Armando Moreno, declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and recollection.

Dated:  3/4/2026                                    /s/ Elmer Armando Moreno
                                                            Elmer Armando Moreno