**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ALISHEA KINGDOM, et al., | |
| Plaintiffs, | |
| v. | Case No. 1:25-cv-00691-RCL |
| DONALD J. TRUMP, et al., | |
| Defendants. | |

**[PROPOSED] ORDER**

Upon consideration of Defendants' Motion for Reconsideration of the Protective Order of February 19, 2026, Doc. 130, and the briefing and entire evidentiary record herein, it is hereby **ORDERED** that the Motion is **DENIED**.

**IT IS SO ORDERED**.

Dated: _____              _____
                                         Hon. Royce C. Lamberth
                                         United States District Judge