1-8-2026
Job Gillette #42591-509
FCI Butner #1
P.O. Box 1000
Butner NC 27509

Re: Kingdom et al. v. Trump et al.,
No. 25-CV-00691-RCL (D.D.C.)

To the Court/All Parties:

My name is Job Gillette #42591-509 and I am a member of this class-action by virtue of my 2022-2023 Gender Dysphoria diagnosis. I, like Jeremy "Grace" Pinson, David "Valerie" Simpkins, Michael "Mya" Dye, am being denied ALL "social accomodations" as that term is defined in the June 3, 2025 preliminary injunction and I have no access to gender-affirming treatment at FCI Butner anymore than at FCI Fairton, NJ and USP Lewisburg, PA previously in 2025. I have been assaulted by a sexual predator, misgendered, and horrifically denied my rights. I wanted to speak to the class-action attorneys but the BOP refuses to allow me a legal phone call with them per Ms. Kemmerer my most recent counselor prior to a recent unit change. I do NOT wish to use monitored communications to talk to them. Discontinuation of my hormone therapy could have led to my harm and/or death. PLEASE help me A.S.A.P.

Sincerely,

Job Gillette
Job Gillette

RECEIVED
Mailroom
JAN 16 2026
Angela D. Caesar, Clerk of Clerk
U.S District Court District of Columbia

1 of 2

CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of January, 2026, a true and correct copy of the foregoing Letter to District Judge Royce Lamberth, was mailed, USPS, first-class postage pre-paid, addressed to:

Alexander J. Yun, AUSA
555 Fourth St. NW
Washington D.C. 20530

Lynly Egyes, Attorney
Transgender Law Center
P.O. Box 70976
Oakland CA 94612

Respectfully submitted,

(Signature): Job Gillette
(Print Name): Job Gillette #42591-509

RECEIVED
Mailroom
JAN 16 2026
Angela D. Caesar, Clerk of Clerk
U.S. District Court District of Columbia