

Name: Job Gillette  Number: 47591-509
Federal Correctional Institution
P.O. Box 1000
Butner, NC 27509

RALEIGH NC 275
Research Triangle Region
13 JAN 2026 AM 4 L

U.S. District Court
333 Constitution Ave. NW
Washington D.C. 20001

20001-280205