RECEIVED
Mailroom
FEB -2 2026
Angela D. Caesar, Clerk of Clerk
U.S. District Court District of Columbia

1/20/26
Andy Quinn Goodall 11502-036
FCI Butner
P.O. Box 1000
Butner, NC
27509

Re: Kingdom et al., v. Trump et al.
Case Number 25-CV-00691-RCL (DDC)

Dear Judge Lamberth,

I am writing to you today as a transgender woman confined to the secure mental health unit at FCI Butner #1 because I have been denied Buprenorphine and or Methadone for the treatment of severe opioid abuse disorder in the same manner that I am being denied "social accommodations" for gender dysphoria despite your February 2025 tro and your June 3rd 2025 preliminary injunction orders.

I recieved your contact information from Jeremy "Grace" Pinson, reg number 16267-064, because I am not being provided access to (1) female clothing and undergarments, (2) gender confirming surgery, (3) female make up and hygiene, (4) facial hair removal device, (5) electronic access to the Transgender Executive Council, (6) use of female pronouns.

The consequence of denying me medically assisted treatment for opioid abuse disorder is drug use relapse, overdose, or death. The consequence of denying proper accomodations is suicide, depression, anxiety, PTSD, auto-castration, and a general decrease in quality of life. The staff members at FCI Butner no. 1 have engaged in a long and constant campaign of harrassment, retaliation, and abuse of Pinson and her cellmate Elmer Moreno

1

#93653-280 by placing them in the SMHU, breaking Pinson's hand and arm, and preventing them from helping the rest of us from contacting Judge Lamberth as well as the class action attorney's at the ACLU and transgender law center, and any other organization with a focus on civil rights in the federal prison system.

When I arrived to FCI Butner no. 1 my unit counselor Kemmerer assigned me to a cubicle style open dormitory style housing area where I was forced to disrobe in full view of dozens of cisgender male inmates. Prison officials at FCI Butner no. 1 are directly aware of the challenges facing transgender inmates because on December 18th, 2025 inmate Pinson and Moreno were also assigned to a cubicle dormitory area and Pinson sustained so much sexual harassment that she filed a PREA complaint to Dr. Madlen and Lieutenant Markel who informed her she would not be protected from her abuser and was left in general population with the subject of her PREA complaint. Staff at FCC Butner are now claiming that president Trump has issued an executive order, on top of e.o. 14168, that strips all LGBT specific protections from the PREA regulations that are not being followed anyways at FCC Butner.

Transgender inmates are the subject of sexual harassment and sexual abuse primarily because of staff like counselor Kemmerer, who views transgender inmates with open hostility and openly speaks negatively of any protections or priviliges for transgender specific individuals. Transgender inmates face being housed in the cubicle dormitory every single time they are escorted to the SMHU because the cubicles are a punishment and when an inmate returns from the SMHU for any purpose whether administrative or disciplinary, that inmate is then punished

2

for a second time because they've housed anew in an area where they've housed in full view of cisgender male inmates and now must disrobe in front of those male inmates to change clothes, shower, etc.

Job Gillette, Michael Dye, Michael Bonsignore, Christopher Hunter, David Simpkins, and other trans-woman at FCC Butner have relied upon Grace Pinson for learning how to attempt to convince the Bureau of Prisons to respect the WPATH standards of care for the treatment of our gender dysphoria. This can be very difficult when the captain S. Hock is extremely antagonistic towards the LGBT community as a whole and whom himself was accused of violating PREA regulations by Pinson herself whose shower he had entered to threaten her with the loss of her January 2nd, 2026 halfway house date.

I want you to put yourself in my shoes your Honor, all of the trans-woman of FCC Butner who have reached out to you have all befallen some tragic result. It is therefore very intimidating to write this letter and inform you that your court orders are not being obeyed and the lives of every trans-woman who has written to you are in danger of losing something. If I do not get Buprenorphine, Methadone, or treatment for my gender dysphoria the cost could easily be my life. I am very fearful of retaliation for this letter and it is my hope your honor that you will personally make sure that the class action attorney's protect me from retaliation and pursue the contempt sanctions that have been due since day one of your preliminary injunction.

Thank you for your time and consideration.

Sincerely,
Andy "Nikki" Goodall
Reg. No. 11502-036

3

Name: Andy Greenhill W509-036
Federal Correctional Institution
P.O. Box 1000
Butner, NC 27509

RALEIGH NC 275
Research Triangle Region
28 JAN 2026 AM 4 L

U.S. District Court Clerk
333 Constitution Ave. NW
Washington, DC
20001

Legal Mail

20001-289999