IN THE DISTRICT COURT OF DISTRICT
OF COLUMBIA
UNITED STATES COURT

| | |
|---|---|
| Marrissa Hunt<br><br>v.<br><br>Donald Trump<br>Pam Bondi<br>William K. Marshal, III<br>Federal Bureau of Prisons | No.<br><br>Motion: For Preliminary Injunction and/or Temporary Restraining Order<br>Motion: For App't of Counsel<br>Motion: To Proceed In Forma Pauperis |

TO THE HONORABLE JUSTICES OF THE DISTRICT OF Columbia,

I hereby, humbly, come before this Court to seek an Emergency Preliminary Injunction and/or Temporary Restraining Order based on the stated Declarations herein this motion request. I ask that this Court accept my informal filings, filed in Pro Se.

Feb. 21, 2026 m.H.

**RECEIVED**
MAR - 2 2026
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Respectfully,
Marrissa Hunt
#70092-097
FDC-Tallahassee (In-Transit)
P.O. Box 5000
Tallahassee, Fl
32314

# REQUEST FOR PRELIMINARY INJUNCTION AND OR TEMPORARY RESTRAINING ORDER
## (EMERGENCY REQUEST) Pg.#1 of 10

I MARRISSA HUNT, HEREBY DECLARES UNDER PENALTY OF PERJURY THAT THE INFORMATION CONTAINED IN THIS MOVING PAPERS IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE *Marrissa Hunt*

① I'am a Transgender (Male to Female).
② I've been previously diagnosed with Gender Dysphoria.
③ I'am a Inmate of the Federal Bureau of Prisons.
④ I'am a Class Member of the "Class-Action" case in "Kingdom v. Trump. No. 1:25-CV-00691-RCL (D.D.C)

⑤ On or about Sept./OCT 2024 I was in constant Email communication with, then, (TEC) Transgender Executive Council Director Jenna Epplin. Our communication centered around the numerous times I've been raped and sexually-assaulted in the BOP as well as (then) Prison Officials at Tucson-USP continued to place aggressive and/or Anti-Transgender male inmates in the cell with me, who, either, demanded sex with me (Sexual Harrassment) or bullied me because of my Particular-Vulnerable state (Physically-disabled in a Wheelchair/Transgender). In my email communications I requested of Ms. Jenna Epplin that I be transfered and housed at a Women's Prison for my safety

and to treat my Gender Dysphoria symptoms.

Ms. Epplin informed me that she had the authority to have me transfered to a Womens Prison however she needed me to first make a formal request to the Warden at Tucson-USP that I'm requesting a transfer to a Womens Prison.

⑥ I then commenced a Grievance utilizing the BOP Administrative Remedy Process on or about Nov/Dec. 2024 requesting a transfer to a Womens Prison.

⑦ Once I received a Tracking # for my Grievance (Remedy ID# 1224903-A2) I provided it Ms. Epplin via the TEC Email box. Ms. J. Epplin then contacted Tucson-USP Executive Staff Associate Warden Fields and told her to prepare the memorandum for my transfer to a Womens Prison. On or about Dec. 2024 or early Jan 2025 I was contacted and interviewed by A.W. Fields and informed that (she) was preparing my transfer papers to a Womens Prison.

⑧ In Jan. 2025 A.W. Fields informed me that she completed my paperwork for the transfer to a Womens Prison and had submitted them.

⑨ On or about Jan. 20th, 2025 I was informed by

Assoc. Warden Fields that President Trump had issued E.O. 14168 and that it effectively eliminated the existence of Transgender-Inmates. Ms. Fields informed me that I am no longer recognized by the BOP as a Transgender and my pending Transfer to Womens Prison was on hold pending future guidance from the U.S. Dept. of Justice.

(10) On or about Feb/Mar. 2025 I received a response from the Warden of Tucson-USP as to my Grievance requesting a transfer to a Womens Prison - was denied based on the Presidents E.O. 14168.

(11) I immediately appealed the Grievance to the Western Regional Office and several months later I received a denial of my request to a Womens Prison from the Director of the Western Region relying on President Trumps E.O. 14168 as the only basis for denying my transfer.

(12) I immediately appealed such denial to the BOP's Office Of General Counsel (Central Office / Rem. ID # 1224903-A2) On or about Dec. 18th, 2025 I received a "Rejection Notice" from Central Office of my Grievance, stating I must attach (4) four copies of my "Continuation Page" I then gave to my then Counselor J. Summerfield (at Coleman-USP-II) the remedy and requested four copies be made and attached to the

Remedy ID# 1224903-A2 Packet.

⑬ On 12-25-2025 Counselor D. Summerfield returned with the made copies and I placed such Rem. ID# 1224903-A2 Packet in an envelope with first class postage to be mailed addressed to BOP/Central Office and gave it to Counselor D. Summerfield to be mailed out.

⑭ On or about Feb./2025 (while at Tucson-USP) Assoc. Warden Fields passed around a "BOP Memo" informing the Transgender Population that (TEC) had been dissolved as well as the Email box to them.

⑮ On or about May 1st. 2025 I was transfered to Coleman-USP II.

⑯ On or about June/July 2025 I was being sexually-harrassed and pressured into engaging in sexual acts by BOP Employee Jamanca. I filed a "Sensitive" Remedy Complaint pursuant to (PREA) Prison Rape Elimination Act and sent it to the Southeast Regional Directors Office. A few weeks later PREA protocols were implemented. However I was not separated from Unit Mang. Jamanca and the sexual predatorial behavior continued. Whereas, Unit Mang. Jamanca would place aggressive inmates in the cell with me who either demanded sex or bullied me emotionally-Psychologically, or take my personal property, and when I complained to the Unit Team Jamanca he would insist that he would give me non-aggessive cellmates if I were to orally-copulate him. MR. Jamanca would constantly praise me by telling me I was the prettiest Transgender he ever saw.

(17) On or about Sept. 11th, 2025 I attempted to file another PREA complaint against Unit Mang. Jamanca, as on 9-10-2025 he took me into his office while noone was around and again proposition me that he would remove my aggressive cellmate if I "drop to your knees and service me." I again declined. On 9-11-2025 I went to the Special Housing Unit and requested Protective Custody from Unit Mang. Jamanca. I then instituted another Grievance (PREA) against Unit Mang. Jamanca complaining I feared for my safety.

(18) As both of these (PREA) grievances against Unit Mang. Jamanca progressed through the Administrative Remedy Process. On Nov 1-2, 2025 SHU staff placed a known-aggressive inmate on inmate rapist (Inmate Phillip King) in the cell with me. Inmate Phillip King anally and orally raped me through the night several times while telling me that the gaurds paid him to rape and beat me up because I filed a complaint of PREA against Unit Mang. Jamanca. The next morning (11-2-2025) I was able to alert SHU Lt. K. Moore that I was being raped and he immediately confronted inmate Phillip King if he was raping me and inmate P. King began boasting about how he raped me. SHU Lt. K. Moore then separated us and implemented the PREA protocols.

(19) On or about Jan 6th, 2026 Unit Mang. Jamanca informed me that I was designated to Victorville-USP, which is an "Active Gang Yard" and that I would get what I got coming for snitching on him, when I transfer there.

20) On Jan. 14th, 2026 I was transfered to Tallahassee-Federal Detention Center where I am currently awaiting Transfer to Victorville-USP. I believe this transfer to Victorville-USP (A notorious violent-gang infested prison) is retaliation for being a Transgender and my appearance caused Unit Mang. Jamanca to inappropriately-desire me, and when I complained my Protective Custody status was revoked and sent to a known violent prison with the expected result.

21) Since I've been in the BOP and living as a Transgender female I have been raped in Coleman-USP-2 several times in the year 2020, Again raped-sexually-assaulted at Thomson-SMU in 2021-2022 several times. Again, sexually-assaulted at Florence-USP in 2023 multiple times, Again, raped-sexually assaulted in Coleman-USP-2 in 2025.

22) Since the implementation by the U.S. Justice Dep't of E.O. 14168 throughout the BOP I have been subject to increasing derogatory and threatening conduct by BOP employees and inmates. I have been given constant demands/orders by BOP employees to start acting like a "Man." Social-Accomodations afforded to me have been rescinded. (Such as, Make-up, feminine clothing/hygein or any appearances) BOP employees at times refuse to even talked to me if I talk feminine. From Jan. 2025 thru Jan. 2026 while housed at Tucson-USP and Coleman-USP-2 (Both alledge Protective Custody Prisons) staff not considered my Transgender status when placing inmates

in the cell with me.

(23.) On or about, I became aware of the Class-Action Lawsuit Kingdom v. Trump, Feb. 14th, 2026, which detailed that Federal Prisoner need not exhast their remedy's when making a challenge to Executive Order 14168. As previously, stated I embarked on "Exhaustion of Remedy's" started before (as my request to be transfered to a Women's Prison) President Trump's E.O. 14168 was issued. And I believe in any event I have fully exhausted my remedies with the BOP as to date.

(24.) I believe that the BOP is aware that my Transgender status is recognize as being a risk factor for sexual assault (See 20 CFR 115.41(d)(7), 115.42 and their continue denial to acknowledge this by housing me in a safe prison (Women Prison) is arbitrary and capriciously, and based on E.O. 14168.

(25.) Every since the implementation of E.O. 14168 my Gender Dysphoria symptoms have elevated to me considering Suicide, I'm suffering from anxiety, hopelessness, panic attacks, and constant fear from aggressive and Anti-Transgender inmates being placed in the (locked) cell with me. I have filed numerous Remedy's with the BOP regarding placement of aggressive inmates in the cell with me over the last (2) two years and it hasn't stop. The BOP through it's issued "Memos" and Program Statement 5260.01 has created a climate of Anti-Transgender within the BOP Male Prison among it's staff and inmate population.

# Emergency Requested Relief

(1.) I Marrissa Hunt, is humbly requesting this Court to immediately stop the BOP from Transfering me to Victorville-USP

(2.) I'am requesting a Temporary Restraining Order against E.O. 14168 as applied to me

(3.) I'am requesting an order to the BOP to transfer me to a Womens Prison.

(4.) I'am requesting an order that the BOP temporarily house me in a safe environment for Transgenders until I'm transfered to a Womens Prison.

(5.) I'am requesting that the BOP be ordered to provide me with "Social Accomodations" as was allowed Pre- E.O. 14168

(6.) I'am requesting that the BOP be ordered to start/provide me with Hormone Medication to treat my Gender Dysphoria

(7.) I'am requesting that the BOP be ordered to stop placing male inmates in the cell with me

(8.) I'am requesting this Court to order the BOP to stop all of it's Male staff from conducting nude searches of me

(9.) I'am requesting this Court to re-implement the Program Statement pertaining to Transgenders Pre- E.O. 14168

(10.) I'am requesting this Court to stop, prohibit, ban the BOP recent Program Statement 5260.01 (2-19-2026)

(11.) I'am requesting this Court to issue any other orders that this Court deems necassary and justified in this matter

*Marrissa Hunt*

**\*Requesting App't of Counsel**                    Pg.# 9 of 10

I hereby come before this Court and request this Court to appoint me Counsel. I am indigent and of limited education. Furthermore, due to the on-going Political-Climate against Transgenders and the experiences I have laid-out in my request for a Preliminary Injunction and TRO it would benefit this Court to have Ms. Hunt represent'd by Counsel.

**\*Constitutional Violations Involved**

I believe that E.O. 14168 and the BOP Program Statement 5260.01 violates my Fifth and Eighth Amend Rights as well as the Administrative Procedure Act and The Rehabilitation Act of 1973

**\*Related and Relied-Upon Cases**

Buckingham v. Federal Bureau of Prisons, 2025 U.S. Dist. LEXIS 222718 (W.D. Wash)

Kingdom v. Trump, No. 1:25-cv-00691-RCL (D.D.C) (6-3-2025)

Jones v. Bondi, 2025 U.S. Dist. LEXIS 37597 (D.D.C. 3-3-25)

Doe v. McHenry, No. 1:25-cv-286-RCL, 2025 U.S. Dist. LEXIS 19758

United States v. Thompson, 2025 U.S. Dist. LEXIS 216301 (11-3-25) (W.D. Wash)

To the Honorable Justice Presiding,

I'am in-transit status. Which means I could be transfered at any time. I'am aware that the BOP has designated me to Victorville-USP. While here at FDC-Talla, I do not have access to copy machines, fax, or emails. I'am sending this hand written Motion in it's original form.

I do not have access to my Trust Account Statement, but declare under penalty of perjury that I am indigent and I have zero available funds on my inmate account and it's been like that since July 2025. As soon as practical I will forward my inmate account statement, I have requested this from the Transit Counselor Gordon a week ago.

I request to proceed as Marrissa Hunt as my prefered name and for safety purposes. I prefer the pronouns of "Her" "Ms." "SHE". My preference, is simply a request.

Marrissa Hunt #70092-097
FDC Tallahassee
P.O. Box 5000
Tallahassee, Fl.
32314