I, Dr. Elizabete Stahl, as Medical Director of the Federal Bureau of Prisons, certify under penalty of perjury that the enclosed documents are originals, or copies thereof, from the records of the U.S. Federal Bureau of Prisons. The enclosed index and documents constitute the administrative record to be filed in *Kingdom v. Trump, et al.*, U.S. District Court for the District of Columbia, Case No. 1:25-cv-00691 (D.D.C.)

      The attached index is a true and accurate list of the contents of the administrative record for the development of the February 19, 2026, policy implemented by the Federal Bureau of Prisons to comply with the following:

(i)    Section 4(c) of Executive Order 14168, "Defending Women From Gender Ideology Extremism and Restoring Biological Truth to the Federal Government" (the "Executive Order"), signed by President Trump on January 20, 2025, which directed the Federal Bureau of Prisons to revise its policies concerning medical care to be consistent with the Executive Order and ensure that no Federal funds are expended for any medical procedure, treatment, or drug for the purpose of conforming an inmate's appearance to that of the opposite sex.

Sincerely,

ELIZABETE STAHL
Digitally signed by ELIZABETE STAHL
Date: 2026.03.12 15:22:41 -04'00'

Federal Bureau of Prisons

Dated: 03/12/2026

Index of Administrative Record
*Kingdom v. Trump, et al.,*
Civil Action No. 1:25-cv-00691-RCL
U.S. District Court for the District of Columbia

A. Compliance with Section 4(c) of Executive Order 14168

| Date | Document Type | Description | Bates Number |
|---|---|---|---|
| | | Administrative Record Summary | AR-000001-AR-000004 |
| | | Memorandum on Program Statement 5260.01, Management of Inmates with Gender Dysphoria (Feb. 19, 2026) | AR-000005-AR-000047 |
| 04/10/2024 | Study | The Cass Review, Independent Review of Gender Identity Services for Children and Young People | AR-000048 - AR-000435 |
| 9/1/2009 | Clinical Guideline | The Endocrine Society's Clinical Guidelines. Endocrine Treatment of Transsexual Persons. | AR-000436-AR-000468 |
| 8/27/2012 | Standards of Care | World Professional Association for Transgender Health: Standards of Care for the Health of Transsexual, Transgender, and Gender-Nonconforming People. | AR-000469-AR-000588 |
| 3/17/2025 | Exhibit | Declaration of Dr. Cathy Thompson | AR-000589-AR-000683 |
| 6/17/2017 | Clinical Guidelines | University of California, San Francisco Guidelines for the Primary and Gender-Affirming Care of Transgender and Gender Nonbinary People. | AR-000684-AR-000882 |
| 8/24/2017 | Clinical Guidelines | Endocrine Society Clinical Practice Guideline: Endocrine Treatment of Gender-Dysphoric/Gender-Incongruent Persons. | AR-000883-AR-000917 |
| 12/1/2016 | Clinical Guidance | Federal Bureau of Prisons Medical Management of Transgender Inmates. Clinical Guidance | AR-000918-AR-000957 |

| Date | Document Type | Description | Bates Number |
|---|---|---|---|
| 5/17/2024 | Journal Article | World Professional Association for Transgender Health, WPATH and USPATH Comment on the Cass Review. | AR-000958-AR-000960 |
| 06//27/2024 | Journal Article | The Economist: Research into trans medicine has been manipulated. https://www.economist.com/united-states/2024/06/27/research-into-trans-medicine-has-been-manipulated | AR-000961 AR-000964 |
| 11/12/2025 | Medical Resource | Coalition of Correctional Healthcare Authorities (CCHA), Correctional Health Policy Priorities. | AR-000965 |
| 6/11/2024 | Journal Article | Risk of Suicide and Self-Harm Following Gender-Affirmation Surgery. | AR-000966 AR-000974 |
| 11/28/2024 | Journal Article | Defining a danger zone for iatrogenic long thoracic nerve injury in gender-affirming mastectomy. | AR-000975-AR-000986 |
| 2/4/2025 | Study | Examining gender-specific mental health risks after gender-affirming surgery: a national database study. | AR-000987-AR-000993 |
| 9/10/2021 | Study | Thematic Analysis of Lived Experience in Patients With Adult Acquired Buried Penis. | AR-000994 AR-000995 |
| 9/6/2023 | Study | Gender-affirming treatment and mental health diagnoses in Danish transgender persons: a nationwide register-based cohort study. | AR-000996-AR-001006 |
| 11/13/2017 | Study | Cohort profile: Study of Transition, Outcomes and Gender (STRONG) to assess health status of transgender people. | AR-001007-AR-001019 |
| 11/19/2025 | Study | Treatment for pediatric gender dysphoria: Review of evidence and best practices. U.S. Department of Health and Human Services. | AR-001020-AR-001429 |
| 4/1/2017 | Study | Varied reports of adult transgender suicidality: Synthesizing and describing the peer-reviewed and gray literature. | AR-001430-AR-001445 |

| Date | Document Type | Description | Bates Number |
|---|---|---|---|
| 6/1/2023 | Journal Article | Gender-affirming care, incarceration, and the Eighth Amendment. | AR-001446-AR-001452 |
| 5/1/2025 | New Article | AAP speaks out against HHS report on gender dysphoria, medical organizations' statements | AR-001453-AR-001454 |
| 9/1/2025 | Medical Manual | Diagnostic and statistical manual of mental disorders (5-TR). | AR-001455-AR-001464 |
| 12/1/2015 | Clinical Guidelines | Guidelines for psychological practice with transgender and gender nonconforming people. | AR-001465-AR-001497 |
| 1/1/2017 | Code of Conduct | Ethical principles of psychologists and code of conduct | AR-001498-AR-001539 |
| 2/1/2024 | Policy Statement | APA policy statement on affirming evidence-based inclusive care for transgender, gender-diverse, and nonbinary individuals, addressing misinformation, and the role of psychological practice and science. | AR-001540-AR-001543 |
| 9/23/2022 | Journal Article | Gender dysphoria and its non-surgical and surgical treatments. | AR-001544-AR-001551 |
| 4/1/2021 | Study | Hormone Therapy, Mental Health, and Quality of Life Among Transgender People: A Systematic Review. | AR-001552-AR-001567 |
| 11/6/2023 | Study | Gender differences in risks of suicide and suicidal behaviors in the USA: A Narrative Review. | AR-001568-AR-001586 |
| 9/15/2022 | Standard of Care | Standards of care for the health of transgender and gender diverse people, version 8. | AR-001587-AR-001844 |
| 11/26/2014 | BOP Policy | Transgender Clinical Care Consultant Team | AR-001845-AR-001846 |

| Date | Document Type | Description | Bates Number |
|---|---|---|---|
| 11/01/2014 | BOP Policy | BOP Transgender resource guide | AR-001847-AR-001856 |
| 12/1/2016 | BOP Policy | BOP Medical Management of Transgender Inmates | AR-001857-AR-001896 |
| 5/3/2018 | Journal Article | Suicidal ideation and suicide attempts in persons with gender dysphoria. | AR-001897-AR-001902 |
| 9/1/2021 | Study | Fact Sheet: Suicide Risk and Prevention for Transgender People: Summary of Research Findings. | AR-001903-AR-001905 |
| 9/20/2019 | Journal Article | Deficiencies in scientific evidence for medical management of gender dysphoria. | AR-001906-AR-001914 |
| 3/20/2023 | Study | Suicide-related outcomes following gender-affirming treatment: A review. | AR-001915-AR-001930 |
| 5/2/2025 | News Article | Researchers slam HHS report on gender-affirming care for youth. | AR-001931-AR-001936 |
| 8/19/2024 | Study | Discontinuing hormonal gender reassignment: A nationwide register study. | AR-001937-AR-001945 |
| 8/5/2023 | Journal Article | Prevalence of suicidal thoughts and attempts in the transgender population of the world: A systematic review and meta-analysis. | AR-001946-AR-001959 |
| 10/03/2002 | Report | World report on violence and health. World Health Organization. | AR-001960-AR-002319 |
| 7/1/2022 | Study | Health care experiences of patients discontinuing or reversing prior gender-affirming treatments. | AR-002320-AR-002330 |

| Date | Document Type | Description | Bates Number |
|---|---|---|---|
| 11/1/2022 | Report | SB 132 the Transgender Respect, Agency, and Dignity Act implementation review report. | AR-002331-AR-002367 |
| 10/1/2022 | Resource Guide | Resource guide to improve safety in carceral housing for transgender people. | AR-002368-AR-002501 |
| 9/1/2020 | Report | OIG special report: The California Department of Corrections and Rehabilitation has taken thoughtful and important steps to address the difficult conditions of confinement for incarcerated transgender, nonbinary, and intersex individuals. | AR-002502-AR-002588 |
| 2/1/2024 | Journal Article | The public health crisis state of transgender health care and policy. | AR-002589-AR-002591 |
| 8/18/2022 | Journal Article | Continuation of gender-affirming hormones among transgender adolescents and adults. | AR-002592-AR-002598 |
| 9/19/2025 | Declaration | Declaration of Kristopher E. Kaliebe, M.D. | AR-002599-AR-002673 |
| 6/4/2024 | Journal Article | The present state of housing and treatment of transgender incarcerated persons. | AR-002674-AR-002683 |
| 3/12/2020 | Journal Article | Trends in suicide death risk in transgender people: Results from the Amsterdam Cohort of Gender Dysphoria study | AR-002684-AR-002689 |
| 11/19/2025 | Study | HHS Releases Peer-Reviewed Report Discrediting Pediatric Sex-Rejecting Procedures | AR-002690-AR-002693 |
| 7/16/2016 | Journal Article | A case report of first-onset psychosis in transgendered female, Gynecological Endocrinology | AR-002694-AR-002697 |

| Date | Document Type | Description | Bates Number |
|---|---|---|---|
| 5/1/2010 | Journal Article | Tapering vs. Cold Turkey: Symptoms vs. Successful Discontinuation of Menopausal Hormone Therapy. | AR-002698-AR-0026700 |
| 8/1/2018 | Journal Article | The Perioperative Care of the Transgender Patient | AR-002701-AR-002718 |
| 8/4/2016 | Journal Article | The effect of cross-sex hormonal treatment on gender dysphoria individuals' mental health: a systematic review | AR-002719-AR-002732 |
| 5/1/2021 | News Article | Reducing Transgender Surgery Side Effects, Endocrine Society | AR-002733-AR-002736 |
| 7/26/2005 | Journal Article | Patient-Reported Complications and Functional Outcomes of Male-to-Female Sex Reassignment Surgery | AR-002737-AR-002748 |
| 10/7/2015 | Journal Article | Treatment of Symptoms of the Menopause: An Endocrine Society Clinical Practice Guideline, The Journal of Clinical Endocrinology & Metabolism | AR-002749-AR-002785 |
| 1/17/2023 | Journal Article | Timing of testosterone discontinuation and assisted reproductive technology outcomes in transgender patients: a cohort study | AR-002786-AR-002791 |
| 10/30/2024 | Journal Article | Dispute arises over World Professional Association for Transgender health's involvement in WHO's trans health guideline | AR-002792-AR-002795 |
| 3/7/2002 | Journal Article | Hierarchy of evidence: a framework for ranking evidence evaluating healthcare interventions. | AR-002796-AR-002803 |
| 1/1/2015 | Journal Article | Gender Dysphoria: Definition and Evolution Through the Years. | AR-002804-AR-002816 |
| 9/15/2023 | News Article | Randomized controlled trials are the 'gold standard' of research—but a difficult fit for trans care | AR-002817-AR-002821 |

| Date | Document Type | Description | Bates Number |
|---|---|---|---|
| 12/13/2024 | News Article | Several countries have restricted the use of puberty blockers, citing insufficient evidence on their benefits for gender-questioning youth and potential long-term effects. | AR-002822-AR-002828 |
| 8/29/2016 | Journal Article | Cross-sex hormone therapy in transgender persons affects total body weight, body fat and lean body mass: a meta-analysis. | AR-002829-AR-002839 |
| 6/1/2003 | Journal Article | Weighing risks and benefits in treating the individual patient. Clinics in Perinatology | AR-002840-AR-002851 |
| 3/19/2021 | Journal Article | Standardization vs customization: finding the right balance. Annals of Family Medicine | AR-002852-AR-002858 |
| 3/15/2020 | Medical Study | Effects of gender-affirming hormone therapy on insulin resistance and body composition in transgender individuals: A systematic review. | AR-002859-AR-002871 |
| 1/9/2024 | Medical Study | Hormone therapy and cancer risks in transgender people: a systematic review. | AR-002872-AR-002884 |
| 2/8/2023 | Journal Article | The effect of gender-affirming hormones on gender dysphoria, quality of life, and psychological functioning in transgender individuals: | AR-002885-AR-002900 |
| 2/1/2024 | Medical Study | Cardiovascular disease in transgender people: a systematic review and meta-analysis. | AR-002901-AR-002912 |
| 1/13/2016 | Medical Study | A systematic review of the effects of hormone therapy on psychological functioning and quality of life in transgender individuals. | AR-002913-AR-2923 |
| 2/1/2011 | Article | Self-directed violence surveillance: Uniform definitions and recommended data elements, version 1.0. | AR-002924-AR-003019 |
| 4/1/2018 | Article | Correctional Policy and Attempted Suicide Among Transgender Individuals | AR-003020-AR-003031 |

| Date | Document Type | Description | Bates Number |
|---|---|---|---|
| 2/22/2011 | Article | Long-term Follow-up of Persons Undergoing Sex Reassignment Surgery | AR-003032-AR-003039 |
| 5/1/2015 | Care Guide | California Correctional Health Services Care Guide Gender Dysphoria | AR-003040 AR-003051 |
| 10/1/2025 | Care Guide | California Correctional Health Care Services Care Guide on Transgender | AR-003052-AR-003091 |
| 1/31/2023 | Policy | Minnesota Department of Corrections Management and Placement of Incarcerated People Who Are Transgender, Gender Diverse, Intersex, or Nonbinary | AR-003092-AR-003100 |
| 5/20/2020 | Policy | Kentucky Corrections Policies and Procedures: Lesbian, Gay, Bisexual, Transgender, and Intersex | AR-003101-AR-003110 |
| 12/21/2022 | Policy | Oklahoma Department of Corrections Determination and Management of Inmates with Gender Dysphoria | AR-003111-AR-003117 |
| 09/30/2024 | Policy | Florida Department of Corrections Office of Health Services. Bulletin 15.05.23. Mental Health Treatment for Gender Dysphoria | AR-003118-AR-003125 |
| 2/18/2025 | Policy | BOP Policy: Sexually Abusive Behavior Prevention | AR-003126-AR-003190 |
| 6/1/2023 | Policy | California Correctional Health Care Services Referral for Consideration of Gender Affirming Surgery | AR-003191-AR-003193 |
| 3/17/2025 | Exhibit | Declaration of Dr. Dan H. Karasic | AR-003194-AR-003244 |
| 4/4/2025 | Exhibit | Second Declaration of Dr. Dan H. Karasic | AR-003245-AR-003251 |