

| BP-A0288 | **INCIDENT REPORT** | |
|---|---|---|
| | Dept. of Justice / Federal Bureau of Prisons | |

**Part I - Incident Report**

| 1. Institution: **BUTNER MED I FCI** | | Incident Report Number: **4260389** | |
|---|---|---|---|
| 2. Inmate's Name **PINSON, JEREMY** | 3. Register Number **16267-064** | 4. Date of Incident **02-22-2026** | 5. Time **0705 hrs** |
| 6. Place of Incident **Maryland Annex** | 7. Assignment **AO COMP** | 8. Unit **2 GP** | |
| 9. Incident **302 -- MISUSING AUTH MEDICATION.** | | 10. Prohibited Act Code(s) **302** | |

11. Description Of Incident
    (Date: **02-22-2026**    Time: **0705 hrs**    staff became aware of incident)

**This is a Re-Write**
**On 02/22/2026 at 06:44:38, Inmate Pinson, Jermey (Reg. No. 16267 064) received his prescribed Suboxone at the cell door of X04 002. After receiving the medication, he remained at the door until 06:46:32, then returned to his bunk at 06:46:52.**

**During review of CCTV video, I, Lieutenant Teague, observed the following:**

**At 06:46:55, Pinson retrieved a white item resembling a paper medication dispensing spoon from the corner of the bed. At 06:46:59, he positioned himself behind a towel hanging from the upper bunk, obstructing the camera s and officer s view of his upper torso and head.**

**At 06:48:12, Pinson repositioned the spoon and gestured toward it while looking at his cellmate. At 06:48:22, he began manipulating the spoon. From 06:48:22 to 06:49:09, he repeatedly moved his right index finger in a manner consistent with attempting to remove or manipulate a substance.**

**At 06:49:15, Pinson looked toward the camera and scanned the cell. At 06:49:20, he placed the spoon back in its original location while keeping his index finger extended as if coated with a substance.**

**At 06:49:31, he retrieved toilet paper staged by his cellmate. At 06:49:37, he obtained a cup containing what appeared to be water. At 06:50:10, he turned away from the camera and manipulated an item at face level. At 06:50:16, he placed two small items on the desk.**

**At 06:50:48, Pinson picked up a small item and manipulated it. At 06:51:12, he wiped his finger on his boxers while continuing to manipulate the item. By 06:53:35, both inmates were standing and manipulating small objects.**

**At 06:54:25, Pinson set an item down, used toilet paper to blow his nose, and discarded it into the toilet at 06:54:37. At 06:55:12, he resumed manipulating the small item. At 06:55:26, he appeared to place something into his right eye. At 06:56:26, he wiped something onto the desk or paper. At 06:56:42, he appeared to place something into his left eye. At 06:56:53, he appeared to transfer something from his finger to his mouth. At 06:57:07, he again wiped something onto the desk or paper.**

**At 06:57:14, he sat on the toilet. At 06:57:24, he reached toward the desk and continued manipulating an item.**

**At 06:57:58, staff issued a direct order for both inmates to submit to hand restraints. At that**

The Government Paperwork Elimination Act (GPEA) of 1998 authorized Federal Agencies the use of electronic forms, electronic filing, and electronic signatures to conduct office business.

Prescribed by P5270                                    Replaces BP-S288.052



| BP-A0288 | **INCIDENT REPORT** |
|---|---|
| | Dept. of Justice / Federal Bureau of Prisons |

**moment, Inmate ▮▮▮▮ handed a paper spoon to Pinson. At 06:58:31, Pinson tore the tops off two paper spoons and handed the torn pieces back to his cellmate. At 06:58:52, he dropped items into the toilet, behavior consistent with the destruction or disposal of potential evidence.**

**At 07:01:23, Pinson stood and dressed. At 07:02:51, he submitted to hand restraints.**

**Evidence Recovery and Field Testing (0705 hours)**

**At approximately 0705 hours, a search of cell X04 002, assigned to inmates Pinson and ▮▮▮▮, was conducted. On the desk area, I located the top portion of a ruled piece of paper containing an orange colored spot on the upper right corner. This location was consistent with where Inmate Pinson had earlier appeared to wipe a substance onto the desk or paper.**

**The paper was retrieved as potential evidence.**

**I, Lieutenant Teague, conducted a NIK field test on the substance using the following kits:**

**NIK Test Kit A: sample turned purple**

**NIK Test Kit U: sample turned purple brown**

**NIK Test Kit K: sample turned purple**

**The combined results of Kits A, U, and K are presumptively positive for Buprenorphine.**

| 12. Typed Name/Signature of Reporting Employee<br>**B Teague** | 13. Date And Time<br>**02-27-2026 1500 hrs** | |
|---|---|---|
| 14. Incident Report Delivered to Above Inmate By (Type Name/Signature)<br>**K. Patterson** | 15. Date Report Delivered<br>**03-04-2026** | 16. Time Report Delivered<br>**1115 hrs** |

The Government Paperwork Elimination Act (GPEA) of 1998 authorized Federal Agencies the use of electronic forms, electronic filing, and electronic signatures to conduct office business.

| BP-A0288 | **INCIDENT REPORT** | |
|---|---|---|
| Dept. of Justice / Federal Bureau of Prisons | | |
| Inmate's Name **PINSON, JEREMY** | Register Number **16267-064** | Incident Report Number **4260389** |

**Part II - Committee Action**

17. Comments of Inmate to Committee Regarding Above Incident

    **Inmate Pinson was advised of her rights and provided a written statement to the UDC committee. Pinson also referenced a written statement by inmate ▓▓▓▓▓▓▓▓ related to the incident. Inmate Pinson became disruptive, insolent, and accused staff of retaliatory discipline, when presented the facts of the incident.**

18. A. It is the finding of the committee that you:

    **X** Committed the Prohibited Act as charged.

    — Did not commit a Prohibited Act.

    — Committed Prohibited Act Code(s)

    B. _ The Committee is referring the Charge(s) to the DHO for further Hearing.

    C. **X** The Committee advised the inmate of its finding and of the right to file an appeal within 20 calendar days.

19. Committee Decision is based on Specific Evidence as Follows:

    **Warden's extension memo delivered to inmate Pinson and uploaded into DARTS. UDC reviewed inmate Pinson's written statement, ▓▓▓▓▓▓▓ written statement, and reviewed CCTV footage of the incident. CCTV footage revealed both inmate Pinson and inmate ▓▓▓▓ were diverting their administered medication.**

20. Committee action and/or recommendation if referred to DHO (Contingent upon DHO finding inmate committed prohibited act)

    **Inmate Pinson was found guilty of 302 and sanctioned to 60 days loss of phone due to repeated violations of prohibited acts.**

21. Date And Time Of Action **03-11-2026 1247 hrs**   (The UDC Chairman's signature certifies who sat on the UDC and that the completed report accurately reflects the UDC proceedings.)

| **Malone** | **Bell** | |
|---|---|---|
| Chairman (Typed Name/Signature) | Member (Typed Name) | Member (Typed Name) |

The Government Paperwork Elimination Act (GPEA) of 1998 authorized Federal Agencies the use of electronic forms, electronic filing, and electronic signatures to conduct office business.

Prescribed by P5270                                                                 Replaces BP-S288.052