**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

ALISHEA KINGDOM, et al.,                          :
                                                  :
                    Plaintiff                     :
                                                  :    Case No. 1:25-cv-00691-RCL
          vs.                                     :
                                                  :
DONALD J. TRUMP, et al.,                          :
                                                  :
                                                  :
                                                  :
                                                  :
                    Defendants.                   :
                                                  :

**DECLARATION OF CRISTE DICKSON**

I, Criste Dickson, do hereby declare as follows:

1.  I am employed by the Federal Bureau of Prisons (BOP) as a Paralegal Specialist in the Office of General Counsel, Litigation Branch at Central Office in Washington, DC.

2.  On March 5, 2026, the Office of General Counsel issued a memorandum to all Chief Executive Officers within the Federal Bureau of Prisons, which included all Wardens, notifying them of the Protective Order that was entered on February 19, 2026, in the case of *Kingdom v. Trump et al.*, 25-cv-00691, and attaching a copy of the Protective Order.

3.  The Court further ordered that the BOP provide written notification and a copy of the order to all class members via individual delivery, posted notifications, or the tablet system.

4.  On March 5, 2026, the Federal Bureau of Prisons, Trust Fund Branch posted a written notification and copy of the order electronically to all class members.

5.  A written notification and a copy of the order was individually delivered to class members that did not have access to the electronic notification at that time.

I hereby state under penalty of perjury pursuant to the provisions of 28 U.S.C. § 1746 that the above is accurate to the best of my knowledge.

_____                    Dated: March 23, 2026
Criste Dickson
Paralegal Specialist