Robert E. Spiker, #57409-018
United States Penitentiary- Tucson
P.O. Box 24550
Tucson, Arizona. 85734-4550

Honorable Royce C. Lamberth
United States District Court
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Let this be filed.
Royce Lamberth
U.S. D.J.
3/25/26

March 17, 2026

Hon. Royce C. Lamberth,

Sir, I am a transgender female who suffers from Gender Dysphoria and am designated as a class member in the Alishea Kingdom v. Donald J. Trump suit, case no. 1:25-cv-00691-RCL.

In your protection order (doc. 124) you order B.O.P. officials to cease and desist any and all harassing and discriminating/Retaliatory behavior of any and all class action Plaintiffs and class members.

Here at U.S.P. Tucson, I am being harassed and retaliated against currently despite said order via:

1.) I am being denied all access to any administrative Remedy Forms.

2.) Being denied access to a medical care provider for chronic care issues. (I have a heart problem).

3.) My transfer has been excessively prolonged.

(over)

4.) I am on administrative protective custody with a verified threat to my physical safety by special investigation service (S.I.S.) Yet, my life and safety is being placed at risk daily by housing me with inmates from General Population instead of verified protective custody inmates, or, placed on House and Recreate Alone status.

5.) Indigent postage for access to the court is being denied. I have to draw cards, sell food in order to get postage to mail this out.

6.) As a transgender female with Gender Dysphoria, I am being denied means to remove facial and body hair via shaving razors.

I find that I am being unduly harassed and discriminated against, I am being retaliated against in the above ways and humbly beg for your intervention.

Other than a minor infraction for insolence, I've been disciplinary free for 17 months, I do not deserve this treatment and seek intervention via this court for myself and those like me.

Thank you,

Sincerely,
A/K/A Melissa Anne Spiker

USP Tucson

— END —