# EXHIBIT A

# ATTENTION
## CLASS NOTICE OF LAWSUIT AND RIGHTS
### *Kingdom v. Trump,* No. 1:25-CV-691-RCL, 2025 WL 1568238 (D.D.C. June 3, 2025)

**What is the lawsuit?**

In March 2025, three incarcerated transgender people, represented by the American Civil Liberties Union (ACLU), ACLU of DC, and Transgender Law Center, brought a lawsuit on behalf of themselves and others similarly situated in federal court in the District of Columbia to stop President Trump's Executive Order that directs the Federal Bureau of Prisons ("BOP") to discontinue gender affirming care for transgender people in BOP facilities. On June 3, 2025, a federal judge issued an order (called a "preliminary injunction") that temporarily blocks BOP from implementing the Executive Order to prohibit hormone therapy or gender-affirming accommodations. **This means that BOP is required to continue providing such gender affirming care (including hormone therapy <u>and</u> social accommodations such as gender-affirming undergarments, hygiene items, and pat/visual search exemption cards) in accordance with BOP policy and practice in effect before January 20, 2025.** The Court has not ruled on the portion of the Executive Order that prohibits gender-affirming surgery for people incarcerated in BOP facilities.

As of March 27, 2026, the preliminary injunction is still in place. As long as the injunction is in place, BOP is still required to provide hormone therapy and social accommodations in accordance with BOP policy and practice in effect before January 20, 2025.

**This lawsuit does not seek money damages for any incarcerated person**; it seeks only to make sure that people with Gender Dysphoria in BOP facilities receive gender affirming care as it was provided before the Executive Order on January 20, 2025.

**Who is included?**

The judge also granted the case class action status. That means that it is brought on behalf of "all persons who are currently or will be incarcerated in BOP facilities with a current diagnosis of gender dysphoria or who receive such a diagnosis in the future." <u>**You do not need to do anything to be a part of this lawsuit. If you have a diagnosis of gender dysphoria, you are already included and we represent your interest in receiving gender affirming hormone therapy and accommodations like appropriate undergarments and hygiene items in accordance with BOP policy and practice in effect before January 20, 2025.**</u>

If you arrived in BOP custody after the injunction was issued (after June 3, 2025), and you have or receive a diagnosis of gender dysphoria, you are also included. You should also be able to be assessed by medical or psychology staff for a gender dysphoria diagnosis if you do not already have one.

**Please write to us if:**

- If you have a diagnosis of gender dysphoria and have had your hormones cut off, reduced, or otherwise changed against your will since January 20, 2025, and your treatment has not restarted;
- If you were receiving accommodations like gender-affirming undergarments, chest binders, hygiene items, or pat/visual search exemption cards before January 20, 2025, and now cannot receive or purchase the same types of items as you were before;
- If you have been recently diagnosed with gender dysphoria but have been unable to begin hormone therapy or receive social accommodations;

- If you have been unable to receive a diagnosis of gender dysphoria despite feeling that you are experiencing gender dysphoria;
- If your diagnosis of gender dysphoria was removed without your knowledge or without speaking to a medical provider about the diagnosis being removed;
- If staff have punished, harassed, or intimidated you for contacting the lawyers in this case, contacting the Court, or filing grievances about your access to a gender dysphoria diagnosis, hormone therapy, or social accommodations.

If you have experienced any of these issues, please send a letter to Transgender Law Center at the address below with a detailed description of the problem you are having. **Please be sure to clearly mark your envelope as "CONFIDENTIAL LEGAL MAIL".** We will respond to you by mail, which may take some time as the mail system can be slow. In the meantime, we will investigate the matter, and we may schedule a legal phone call with you to discuss the problem you are having further.

Transgender Law Center
Attn: Dale Melchert, Senior Staff Attorney
CA Bar No. 296964
P.O. Box 70976
Oakland, CA 94612

We ask that you please write to us using the legal mail system and **_not_** the Corrlinks email system, as the Corrlinks system is not confidential. Because of this, we cannot accept requests to be added to your contact list on Corrlinks.