# EXHIBIT B

# AVISO IMPORTANTE
## AVISO DE DEMANDA COLECTIVA Y SUS DERECHOS
### *Kingdom v. Trump,* No. 1:25-CV-691-RCL, 2025 WL 1568238 (D.D.C. 3 de junio de 2025)

**¿De qué trata esta demanda?**

En marzo de 2025, tres personas transgénero encarceladas, representadas por la American Civil Liberties Union (ACLU), la ACLU de Washington, D.C., y el Transgender Law Center, presentaron una demanda en un tribunal federal del Distrito de Columbia. La demanda se presentó en su propio nombre y en nombre de otras personas en la misma situación. El objetivo de la demanda es detener una Orden Ejecutiva del presidente Trump que ordena a la Oficina Federal de Prisiones (BOP, por sus siglas en inglés) dejar de proporcionar atención médica de afirmación de género a personas transgénero en instituciones del BOP. El 3 de junio de 2025, un juez federal emitió una orden (llamada "orden judicial preliminar") que bloquea temporalmente que el BOP aplique la Orden Ejecutiva para prohibir la terapia hormonal o las acomodaciones relacionadas con la identidad de género. **Esto significa que el BOP debe continuar proporcionando dicha atención de afirmación de género (incluyendo terapia hormonal y acomodaciones sociales como ropa interior según la identidad de género, artículos de higiene adecuados y tarjetas de exención para registros corporales o visuales) de acuerdo con las políticas y prácticas del BOP que estaban vigentes antes del 20 de enero de 2025.** El tribunal aún no ha decidido sobre la parte de la Orden Ejecutiva que prohíbe la cirugía de afirmación de género para personas encarceladas en instituciones del BOP.

A la fecha del 27 de marzo de 2026, la orden judicial preliminar sigue en vigor. Mientras la orden esté en vigor, el BOP debe continuar proporcionando terapia hormonal y acomodaciones sociales de acuerdo con las políticas y prácticas del BOP que estaban vigentes antes del 20 de enero de 2025.

**Esta demanda no busca compensación económica para ninguna persona encarcelada**; su único objetivo es asegurar que las personas con disforia de género en instituciones del BOP reciban atención de afirmación de género tal como se proporcionaba antes de la Orden Ejecutiva del 20 de enero de 2025.

**¿Quién está incluido?**

El juez también decidió que el caso debe tramitarse como demanda colectiva. Esto significa que se presenta en nombre de "todas las personas que actualmente están o que en el futuro estén encarceladas en instituciones del BOP y que tienen un diagnóstico actual de disforia de género o que reciban ese diagnóstico en el futuro." <u>Usted no tiene que hacer nada para formar parte de esta demanda.</u> **Si tiene un diagnóstico de disforia de género, ya está incluido y representamos su interés en recibir terapia hormonal de afirmación de género y acomodaciones como ropa interior y artículos de higiene apropiados, de acuerdo con las políticas y prácticas del BOP vigentes antes del 20 de enero de 2025.**

Si ingresó en una institución del BOP después de que se emitió la orden judicial (después del 3 de junio de 2025), y tiene o recibe un diagnóstico de disforia de género, también forma parte del grupo. También tiene derecho a ser evaluado por personal médico o de salud mental para determinar si tiene disforia de género, si aún no tiene ese diagnóstico.

**Escríbanos si:**

- Tiene un diagnóstico de disforia de género y le han suspendido, reducido o cambiado su tratamiento hormonal sin su consentimiento desde el 20 de enero de 2025 y su tratamiento no se ha restablecido;

- Antes del 20 de enero de 2025 estaba recibiendo acomodaciones como ropa interior según su identidad de género, fajas para el pecho (binders), artículos de higiene adecuados o tarjetas de exención para registros corporales o visuales, y ahora ya no puede recibir o comprar esos mismos tipos de artículos que recibía antes;
- Recientemente recibió un diagnóstico de disforia de género pero no ha podido comenzar terapia hormonal ni recibir acomodaciones sociales;
- No ha podido obtener un diagnóstico de disforia de género a pesar de sentir que la padece;
- Su diagnóstico de disforia de género fue eliminado sin su conocimiento o sin haber hablado con un profesional de salud sobre la eliminación del diagnóstico;
- El personal de la institución ha castigado, acosado o intimidado por comunicarse con los abogados en este caso, por contactar al tribunal o por presentar quejas sobre su acceso a un diagnóstico de disforia de género, terapia hormonal o acomodaciones sociales.

Si ha experimentado alguno de estos problemas, envíe una carta al Transgender Law Center a la dirección indicada abajo con una descripción detallada del problema que está teniendo. **Asegúrese de marcar claramente el sobre como "CONFIDENTIAL LEGAL MAIL".** Le responderemos por correo, lo cual puede tomar algún tiempo ya que el sistema de correo puede ser lento. Mientras tanto, investigaremos el asunto y es posible que programemos una llamada telefónica con usted para hablar más sobre el problema.

Transgender Law Center
Attn: Dale Melchert, Senior Staff Attorney
CA Bar No. 296964
P.O. Box 70976
Oakland, CA 94612

Le pedimos que nos escriba utilizando el sistema de correo legal y **<u>no</u>** el sistema de correo electrónico Corrlinks, ya que Corrlinks no es confidencial. Por esta razón no podemos aceptar solicitudes para agregarnos a su lista de contactos en Corrlinks.