**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

ALISHEA KINGDOM, et al.,

        Plaintiffs,

    v.

DONALD J. TRUMP, et al.,

        Defendants.

Case No. 1:25-cv-00691-RCL

**[PROPOSED] ORDER GRANTING MOTION
TO DIRECT NOTICE TO CLASS MEMBERS**

Upon consideration of Plaintiffs' Motion to Direct Notice to Class Members ("Motion"), it is hereby

**ORDERED** that the Motion is **GRANTED**; it is further

**ORDERED** that within 14 days of the issuance of this Order, Defendants shall either (1) provide paper copies of the English and Spanish versions of the Class Notice filed as Exhibits A (ECF 156-1) and B (ECF 156-2) via individual hand delivery to all class members; or (2) provide electronic copies of the English and Spanish versions of the Class Notice filed as Exhibits A (ECF 156-1) and B (ECF 156-2) to all class members through e-mail via Trust Fund Limited Inmate Computer System ("Trulincs") and paper copies via individual hand delivery to those who are unable to access email via Trulincs.

**ORDERED** that Defendants shall provide either electronic or paper copies of the English and Spanish versions of the Class Notice filed as Exhibits A (ECF 156-1) and B (ECF 156-2), respectively, to any persons entering BOP custody with a gender dysphoria diagnosis and to any persons in BOP custody who receive a gender dysphoria diagnosis.  Such notice shall be provided within 96 hours upon intake into BOP custody if the person has a gender dysphoria diagnosis at

the time of intake and within 96 hours upon the person receiving a gender dysphoria diagnosis while in BOP custody.

**ORDERED** that Defendants shall file with the Court within 7 days after notice has been provided to all class members a declaration by a BOP official confirming that the English and Spanish versions of the Class Notice filed as Exhibits A (ECF 156-1) and B (ECF 156-2), respectively, were distributed to all class members as instructed in this Order.

**IT IS SO ORDERED**.


Dated: _____                    _____
                                            Hon. Royce C. Lamberth
                                            United States District Judge