# DECLARATION OF KRISTOPHER E. KALIEBE, M.D.

**TABLE OF CONTENTS**

EXPERIENCE AND QUALIFICATIONS .......................................................1

OPINIONS ..........................................................................................6

BACKGROUND ...................................................................................7

   Definitions .......................................................................................7

   Sex and Gender................................................................................7

   Hierarchies of Evidence ....................................................................8

   Treatment Approaches for Gender Dysphoria........................................10

      A. The affirmation model has many weaknesses and risks. ...................11

      B. Psychotherapy is the preferred treatment approach for Gender Dysphoria, particularly within correctional environments ................................14

   Regarding WPATH..........................................................................19

CROSS-SEX HORMONES GENERALLY ARE NOT MEDICALLY NECESSARY ........................................................................................28

   Weaknesses of Past Studies and Recommendations Related to Cross-Sex Hormones........................................................................................28

   Substantial Health Risks of Cross-Sex Hormone Therapy .........................32

   A Reasonable Approach for Those Already Receiving Hormones Is to Assess Them Individually on Whether and How to Discontinue Therapy..........37

CROSS-SEX SURGERIES ARE NOT MEDICALLY NECESSARY ...............38

SOCIAL ACCOMMODATIONS ARE NOT MEDICALLY NECESSARY .......42

PRISON RELATED SPECIAL TOPICS.....................................................47

   Unavailability of Certain Treatment in Prison........................................47

   Self-Injury.....................................................................................49

CONCLUSIONS..................................................................................50

REFERENCES....................................................................................53

AR-002599

**EXPERIENCE AND QUALIFICATIONS**

1.      I have been retained by Defendants in the above-captioned lawsuit to provide an expert opinion concerning mental health care, including care of Gender Dysphoria, within correctional environments. My opinion is based primarily on my own experience as a physician, psychiatrist, and professor in the field of psychiatry, as well as the relevant literature in this area. I have also reviewed documents and court filings in this case. I may wish to supplement my opinions or the basis for them as new evidence emerges or new research is published.

2.      I am over the age of 18, am qualified to give this declaration, and have actual knowledge of the matters stated herein. If called to testify in this matter, I would testify truthfully and based on my expert opinion. I am being compensated at a rate of $450 dollars per hour. Testimony and depositions are billed in 4-hour increments. Any compensation does not depend on the outcome of this litigation, the opinions I express, or the testimony that I provide.

3.      I am Board Certified in Psychiatry, Child and Adolescent Psychiatry, and Forensic Psychiatry. My clinical work has been primarily in university-based clinics, community clinics, and correctional facilities.

4.      I am a professor at the University of South Florida in Tampa, Florida, United States.  I was promoted to the position on August 1, 2023.  From 2016 to August 2023, I served as an Associate Professor at the University of South Florida, where my clinical roles included working in university clinics, providing consultative services at Tampa General Hospital, assessing and treating juveniles within correctional facilities, and supporting primary care physicians through the Florida Medicaid Psychiatric Medication hotline. From 2005 to 2016, I served as an Assistant Professor at the Louisiana State University (LSU) Health Science Center – New Orleans. I served as the training director of the LSU Child Psychiatry Fellowship for two years.

1

AR-002600

5.      I received my medical degree in 1999 and subsequently completed general psychiatry, child and adolescent psychiatry, and forensic psychiatry training. This training included education in human biology, human sexuality, development, brain functioning, normal development, and psychopathology. Gender Dysphoria (then labeled "gender identity disorder") and Gender Dysphoria treatment were part of my professional training.

6.      I have extensive teaching experience, including teaching medical students, general psychiatry residents, child and adolescent psychiatry fellows, and forensic psychiatry fellows. I have had years of extensive positive feedback from medical students and psychiatric residents. I have been awarded four resident teaching awards, including from the general University of South Florida residents in June 2023 and as the Forensic Psychiatry Fellowship Educator of the Year in June 2025.

7.      I practice forensic psychiatry, working on both child and adult cases in both criminal and civil courts. I teach forensic psychiatry, and specifically I annually lecture forensic fellows on correctional psychiatry and on a biannual basis I lecture child and adolescent psychiatry fellows on correctional psychiatry.

8.      I volunteer with direct patient care and resident supervision at University of South Florida's refugee clinic. I am also on call for nights, holidays, and weekends at Tampa General Hospital's consult service.

9.      I work in two university-based training clinics. As a supervising physician at the University of South Florida's Silver Child Development Center, my role is to function as a clinical supervisor and instructor. Psychiatry residents and child psychiatry residents serve as primary patient evaluators and clinicians. I also evaluate new patients directly and then see patients as needed. I oversee the residents' work product and function as the physician of record. In this clinic, I evaluate

2

AR-002601

and treat pediatric patients with Gender Dysphoria. In addition to these direct clinical experiences, my duties at the Silver Child Development Center include training residents regarding the treatment of patients, including those with Gender Dysphoria.

10.      Additionally, I am a supervising physician at the University of South Florida's general (adult) psychiatry clinic, the Outpatient Psychiatry Center.  My duties at the Outpatient Psychiatry Center include supervising and instructing psychiatry residents. At this clinic, general psychiatry residents serve as primary patient evaluators and clinicians. I evaluate new patients directly and see them as needed afterward. I oversee the residents' work product and function as the physician of record. As part of my role in this clinic, I evaluate and treat adult patients with Gender Dysphoria.

11.      I have experience working in adult corrections as part of my forensics training. In addition, I have experience working in Orleans Parish Prison and at the Elayn Hunt Correctional Center.

12.      I have worked in juvenile corrections at various facilities since I graduated from the Forensics Fellowship in 2005.  I also treat patients with Gender Dysphoria at the seven juvenile correctional centers I actively cover.  I have also been consulted to provide a second opinion and coordinate care regarding a patient with Gender Dysphoria in the Louisiana juvenile correctional system.

13.      I practice and support conventional medicine, and I have advocated for the expansion of Federally Qualified Health Centers, along with improved collaboration of mental health with primary care (Kaliebe 2016; Kaliebe 2017). I've presented at the Preventing Overdiagnosis conference in Oxford, England, in 2014, and at the National Institutes of Health in Bethesda, Maryland, in 2015. The Preventing Overdiagnosis conferences examine how physicians,

3

AR-002602

researchers, and patients can implement solutions to the problems of overdiagnosis and overuse in the healthcare system.

14.    I am a member of the American Academy of Child and Adolescent Psychiatry, the American Academy of Psychiatry and the Law, and the American Psychiatric Association. I am also a member of the Open Therapy Institute, Therapy First, and Heterodox Academy. I co-chair the Heterodox Academy Campus Community at the University of South Florida.

15.    I have been very active in the American Academy of Child and Adolescent Psychiatry (AACAP) since I joined in 2000 and have presented at its annual conference 26 times. I was awarded the status of a Distinguished Fellow at AACAP in 2016. I served as co-chair of AACAP Media Committee from 2013 to 2021 and was an author on AACAP's clinical practice guidelines for telepsychiatry. In addition, I served as the liaison between AACAP and the American Academy of Pediatrics from 2016 to 2022. I have also served AACAP through its state affiliates, acting as secretary-treasurer of the Louisiana Council for Child Psychiatry for four years and as president for two years. I was also a member of the Association for Behavioral and Cognitive Therapies from 2004 to 2016.

16.    I have extensive experience in psychotherapy and have received additional training in Cognitive Behavioral Therapy and trauma-focused therapies. Throughout my career, I have provided psychotherapy and taught psychotherapy to psychiatry trainees. I currently routinely supervise psychiatry residents at the University of South Florida regarding psychotherapy. From 2007 to 2016, I created and taught a Cognitive Behavioral Therapy practicum for LSU residents.

4

AR-002603

17.    My presentations related to Gender Dysphoria include:

- Psychotherapeutic Processes with Young People Experiencing Gender Dysphoria, Tampere, Finland, June 16, 2023. During this event, I presented and moderated a panel: "Working Psychotherapeutically in a Contested Space: Overcoming Challenges."

- Society for Evidence Based Gender Medicine Conference, New York, New York, October 9-12, 2023; Panelist: "The Etiology of Gender Dysphoria, The role of social and cultural context"; "Current Gender Dysphoria Guidelines, Assessing the Quality"; "Question and Answers, Next Steps."

- "Compassionate Care for Gender Non-conforming Youth" at Safe Children Coalition Conference, Sarasota, Florida, April 26, 2024.

- Society for Evidence Based Gender Medicine, Psychotherapeutic Approaches to Youth Gender Dysphoria, Athens, Greece, October 3, 2024; Panel Discussion, "The transgender zeitgeist: Exploring gender as a youth social movement."

- "The Chain of Trust is Broken in Gender Medicine," Heterodox Academy Conference, Chicago, Illinois, June 7, 2024.

- "When Perfect Storms Collide: The Ecological Origins of Youth Gender Medicine," Genspect, The Bigger Picture Conference, Lisbon, Portugal, September 27, 2024.

- "The Cass Review and its Implications for Approaching Youth with Gender Distress," Grand Rounds, University of South Florida, Department of Pediatrics, Tampa, Florida, November 14, 2024.

- "Power, Responsibility, and Truth: Increasing Open Expression Regarding Race and Gender in Medicine," as part of "The Battle to Remove Political Intentions from the Road to Scientific Truth: Three Physician Perspectives," Heterodox Academy Conference, New York, New York, June 23, 2024.

18.    I have been a co-author on publications related to working with incarcerated populations:

- *Prescribing Psychotropic Medications for Justice-Involved Juveniles*, Journal of Correctional Health Care, Tamburello, A., Penn, J., Negron-Muñoz, R., & Kaliebe, K. (2023).

- *Telepsychiatry in Juvenile Justice Settings*, Child and Adolescent Clinics of North America, Kaliebe, K., Heneghan, J., Kim, T. (2011).

- *Clinical Update: Telepsychiatry With Children and Adolescents*, AACAP, Committee on Telepsychiatry and AACAP Committee on Quality Issues, Journal of American Academy of Child and Adolescent Psychiatry (Oct. 2017).

5

AR-002604

19. My recent publications related to Gender Dysphoria include:

- *Adolescent Onset Gender Dysphoria, Our Perspective*, AACAP News, with David Atkinson, MD (Nov/Dec 2023).

- *A Reply to Legal, Mental Health, and Societal Considerations Related to Gender Identity and Transsexualism*, Letter to the Editor, Journal of the American Academy of Psychiatry and the Law, Vol. 51 (2023).

- Letter to the Editor, in response to "*A reply to "The present state of housing and treatment of transgender incarcerated persons*," Journal of the American Academy of Psychiatry and the Law, Vol. 52 (2024).

- *Obstacles to progress in pediatric gender medicine*, European Journal of Developmental Psychology, Kozlowska, K., Hunter, P., Clayton, A., Kaliebe, K., & Scher, S. (2025).

## **OPINIONS**

20. Hormone therapy is unproven and experimental treatment for Gender Dysphoria that generally should not be available to those in the custody of the Federal Bureau of Prisons ("BOP"). Though it is not medically necessary to provide hormone therapy to inmates who are diagnosed with Gender Dysphoria but not currently receiving hormone therapy, inmates currently receiving hormone therapy may be a more complex situation. In most circumstances, it is appropriate, after individual assessment, to discontinue hormone therapy for inmates currently receiving hormone therapy through an appropriate withdrawal process. In a limited set of circumstances, it may be appropriate, after individual assessment, to continue hormone therapy for inmates already being treated with hormones.

21. Cross-sex surgeries are not medically necessary and should not be made available in correctional environments.

22. "Social accommodation" is not medically necessary in the correctional setting.

23. It is not medically necessary to house inmates with Gender Dysphoria according to their asserted gender identity.

6

AR-002605

**BACKGROUND**

**Definitions**

24.     Definitions and description of nomenclature in this report.

- "Social transition" is the process of changing one's sex-associated name, presenting oneself as a member of the other sex, and being referred to with third-person pronouns for the other sex.

- "Gender medicine" will be used for the clinical field that treats Gender Dysphoria, sometimes with medical interventions.

- The term "medical transition" will be used, as it is more accurate and clearer than the term "gender-affirming care."

- The term "cross-sex hormones" will be used, as it is more neutral and informative than the term "gender-affirming hormones."

- The term "medical necessity" refers to health care services that a physician and/or health care professional, exercising prudent clinical judgement, would provide to a patient for the purpose of preventing, evaluating, diagnosing, or treating an illness, injury, disease, or their symptoms. I use the term "medical necessity" as that term is used in the medical field, without regard to how that term may be used as applied to the Eighth Amendment or otherwise.

**Sex and Gender**

25.     The basic biology of human beings is as a sexually dimorphic species. Biological sex is well-defined in all biological sciences, including medicine (Bhargava 2021). Sex is important in human development and throughout the lifecycle (Archer 2019). Sex is binary and determined at conception. Biological sex is programmed into every cell in the human body.

26.     The term "gender identity" was introduced in the 1960s and meant the sense of knowing to which sex one belongs, the awareness of being male or female (Byrne 2023). More recently, however, the phrase "gender identity" is used differently by The World Professional Association for Transgender Health (WPATH), Standards of Care (SOC) 8, which defines "gender identity" as:

7

AR-002606

"A person's deeply felt, internal, intrinsic sense of their own gender." This definition is opaque because it refers to the amorphous term of "gender."

27.    The term "transgender" is typically explained in terms of gender identity, i.e., that transgender people are those whose gender identities do not align with their sex.

28.    This lack of clear definitions and shifting trends related to self-identified gender contribute to confusion about claims of medical necessity for the treatment of individuals with Gender Dysphoria, particularly in the correctional environment. While there are different uses of the term "gender" (Stock 2022 at 37-40), in this report, I will not use "gender" to refer to the distinction between men and women but will use the terms sex, biological sex, or natal sex for clarity.

### Hierarchies of Evidence

29.    In medicine, hierarchies of evidence are structured frameworks used to rank the reliability and validity of different types of research studies, guiding clinical decision-making, and evidence-based practice (Guyatt 1995, Evans 2003). Typically depicted as a pyramid, the hierarchy places systematic reviews and meta-analyses of randomized controlled trials (RCTs) at the top, as they synthesize high-quality data across multiple studies. Just below are RCTs, valued for their ability to minimize bias through randomization and control groups. Further down are cohort studies, case-control studies, and cross-sectional studies, which offer observational insights but are more susceptible to confounding factors. At the base lie expert opinions and anecdotal evidence, which, while sometimes useful, lack the rigorous methodology needed for strong clinical recommendations. This hierarchy helps clinicians prioritize the most trustworthy evidence when evaluating treatments, diagnostics, or prognostic tools.

8

AR-002607



30.    In evidence-based medicine, grades like "low quality" or "high quality" evidence refer to how confident we can be that the research findings reflect the true effect of an intervention. These grades are part of the GRADE system (Grading of Recommendations Assessment, Development and Evaluation), which evaluates factors such as study design, risk of bias, consistency of results, directness of evidence, and precision of estimates. High-quality evidence typically comes from well-conducted randomized controlled trials and suggests that further research is unlikely to change our confidence in the results. In contrast, low-quality evidence—often from observational studies or flawed trials—means that future studies may significantly alter our understanding of the effect. These ratings help clinicians and policymakers make informed decisions by weighing the strength and reliability of the available data (Guyatt 2008).

9

**Treatment Approaches for Gender Dysphoria**

31.     Gender Dysphoria is like depression, anxiety, and other mental disorders and is not among the most severe and persistent illnesses, such as schizophrenia, Level 3 autism, or bipolar disorder. The condition should not be assumed to be lifelong (Jorgenson 2024, Levine 2021). The Diagnostic and Statistical Manual of Mental Disorders, fifth edition (DSM-5) provides that the diagnostic criteria for Gender Dysphoria in adolescents and adults are (1) a "marked incongruence between one's experienced/expressed gender and assigned gender, lasting at least six months, as manifested by at least two of the [identified symptoms]," and (2) "clinically significant distress or impairment in social, occupational, or other important areas of functioning." DSM-5 (Gender Dysphoria). While Gender Dysphoria is viewed by some as a serious medical or psychiatric illness, others have also viewed it as a developmental adaptation to psychological problems, or an issue of sexual minority rights (Levine 2016, Castro-Peraza 2019). These beliefs about the nature of Gender Dysphoria will affect clinicians' treatment approach and the expectations of individuals experiencing Gender Dysphoria.

32.     There are at least three different treatment models: (1) psychiatric comorbidities, (2) psychotherapeutic, and (3) affirmative.

33.     The first clinical model is supportive and directly treats psychiatric comorbidities, such as depression and anxiety that frequently co-occur with gender dysphoria. This is a cautious approach based on the principle that not all human suffering should be a target of psychological or medical intervention. With any treatment, there is a potential for medical and psychological harm, wasted resources, and undermining patient independence and self-sufficiency. As gender non-conformity is not pathological, it is beyond the capacity and understanding of professionals to create interventions that are clearly beneficial and a reasonable use of resources. This approach treats

10

AR-002609

Gender Dysphoria as just another type of body-related distress that need not be over-emphasized or become a direct focus of treatment.

34.    The second clinical approach is psychotherapeutic, aimed at alleviating distress by applying long-standing and evidence-informed tools of psychotherapy for patients suffering from Gender Dysphoria. Proper psychotherapy for gender distress does not impose the ideas of the clinician but can empower patients "to develop creative solutions to their difficulties and promotes agency and autonomy" (DeAngelo 2023).

35.    The third treatment approach is the affirmation model (Coleman 2022), which promotes affirmation of the transgender identity immediately and decisively. Under this approach, social transition, i.e., living as the opposite sex, including changing the individual's name, preferred pronouns, and appearance, is encouraged. This approach considers the body parts and physical features that are associated with dysphoria as targets for treatment. Under this model, social transition, hormones, and surgeries would be provided without regard, or with minimal regard, toward factors associated with transgender identities, such as trauma, disorders of personality development, internalized or externalized homophobia, and neurocognitive disorders (e.g., autism).

      A.    <u>The affirmation model has many weaknesses and risks.</u>

36.    In the community, the gender-affirming treatment options have become more common recently and are typically available for adults, and in some states, for minors. Yet affirmative treatment has significant known and unknown risks as discussed below and is based on low-quality evidence.  These risks are amplified when applied to the correctional populations because such populations are highly unique and vulnerable due to higher rates of trauma, neurodevelopmental disorders, personality disorders, and psychopathy (Levine 2016, Liu 2021).

11

AR-002610

37.    First, because the affirmative treatment paradigm emphasizes patient autonomy and the patient's desire to be treated as if they are the opposite sex, questions about the patients' self-identification are viewed as hostile and potentially harmful to the patient. This approach often overly credits patients' "rights", thus circumventing the scientific debate of evidence. It also tends to minimize discussion of harms and trade-offs, and risks patients harming themselves due to impaired decision-making, desperation, and/or exposure to misinformation that distorts informed consent of risk and benefit. Within the affirmation model, hormones or surgical interventions are provided despite that these treatments would not meet the usual clinical standards of providing treatments that improve health.

38.    Second, the affirmation model treats Gender Dysphoria as a permanent disorder when it is better considered a temporary disorder like bulimia or depression. While some cases of depression or bulimia are long-lasting, most are not. The same is true with Gender Dysphoria. But once Gender Dysphoria is medicalized, it is more likely to become a long-lasting aspect of the individual, in part because patients are forever physically changed, and also due to patient self-justification, as will be detailed later in the report.

39.    Third, much of the justification for affirmative treatment, such as cross-sex hormones and surgical treatments, comes from surveys indicating patient satisfaction. Although patient satisfaction is often used as an outcome measure in medical care, patient satisfaction can be influenced by factors unrelated to the quality of care (Richman & Schulman 2022), and prioritizing patient happiness and satisfaction may lead to inappropriate overtreatment (Mandell 2016, Lemke 2016), and undermine the importance of clinical outcomes and evidence-based practices, which are crucial for ensuring high-quality care (Fenton 2012).

AR-002611

40.     As noted by Sirvoch (2012) at 412, "Fenton and colleagues followed more than 50000 adult participants in the National Center for Health Statistics' Medical Expenditure Panel Survey over a 2-year period (longer for mortality). Judging from patients' reported satisfaction with their physicians after year one, the authors found that, compared with patients in the lowest quartile of satisfaction, patients in the highest quartile were subsequently less likely to be seen in an emergency department, but more likely to be hospitalized, were responsible for more prescription drug and total health care expenditures, and were more likely to die." Sirvoch (at 413) goes on to note that: "Satisfaction with seemingly adverse outcomes of potentially excessive medical care appears to be the norm" and that "[m]ore aggressive practice, therefore, improves not only patients' perceived outcomes, but also those of physicians (reimbursement, performance ratings, protection against lawsuits), and the positive feedback loop of health care utilization is fueled at two ends."

41.     Concerns about relying on patient satisfaction are especially acute when using affirmative treatments for Gender Dysphoria. There is sparse data to track in a controlled manner those who have embarked on these treatments and what their outcome has been. Retrospective recall is unreliable (Coleman 2024, Mazzoni 2003) and recall among patients expressing Gender Dysphoria may be particularly distorted by their current emotional state and beliefs (Kulatunga 2024). There is also a survivorship bias in surveys of those who remain transgender-identified, and large numbers of dropouts are frequently seen in studies purported to show long-term benefits (Shelemy 2023). And patients who have embarked on irreversible medical treatment would have the most self-justification, considering they have altered the trajectory of their lives, and for many, there is no return to their previous bodily state. This cohort would have the least propensity to factor in regret and look soberly at the outcome.

AR-002612

42.    In sum, under the affirmation model, medical sex trait modification is patient-driven, voluntary, and sought-out treatment, but is supported only by low-quality evidence, is promoted by a field that has created publication bias, lacks a strong research foundation, and has failed to adhere to typical standards for clinical practice (Kozlowska 2025). The unknowns and risks, especially in carceral settings where practically no direct research evidence exists, are accompanied by an unreliable evidence base, ideological influences over care recommendations, and unknown long-term effects.

B.    Psychotherapy is the preferred treatment approach for Gender Dysphoria, particularly within correctional environments.

43.    While patient-driven medicine characteristic of the affirmation model carries significant risks because humans have immense powers to deceive themselves and because patients may be susceptible to clinicians' suggestions of affirmative treatment, both primary psychotherapeutic schools within mental health, Psychodynamic Therapy and Cognitive Behavioral Therapy, focus largely on identifying self-deception. A major target of treatment is helping patients identify how they deceive themselves.

44.    In my opinion, the psychotherapeutic model is the most appropriate treatment model. That approach provides treatment aimed at alleviating distress by applying long-standing and evidence-based tools of psychotherapy. It enables the exploration of causative factors, enhances self-awareness and self-efficacy, and facilitates patients' coping with comorbidities.

45.    The approach also provides support to reduce suicidality and self-harm and decrease symptoms of comorbidities, such as depression and anxiety. Psychotherapy practitioners do not directly challenge a claimed transgender identity, nor do they affirm the patient's narrative or theories.  Instead, they permit the patient to continue to express a transgender identity (Hakeem 2012, DeAngelo 2021), while engaging in a dialogue with the patient regarding these matters

14

AR-002613

without providing the answer. Therapists (including psychologists, psychiatrists and a range of other mental health professionals) are all trained to appreciate that an individual is shaped by his or her upbringing, socialization, and life events. Therapists and patients work together to help the patient identify and address why the patient is uncomfortable with his or her sense of self, just as the therapist can help put the patient's other identities (such as racial and ethnic backgrounds, religious or spiritual affiliations, or professions) in perspective.

46.    The dialogue in psychotherapy would look for adversity, abuse, and other traumas as potential contributors (Withers 2020). Therapy explores the influence of exposure to images, ideologies, and modeling, including online. This paradigm also considers fantasy, parental attachment, and psychosexual influences. Any of these factors can intermix with temperament, psychiatric symptoms, and neurocognitive disorders such as ADHD and autism, which are more common in those with Gender Dysphoria (Thrower 2020). Practitioners inquire about potential influences and encourage self-exploration, especially considering the increased rate of Gender Dysphoria and neurocognitive disorders.

47.    This broad focus allows a full range of established treatments for the comorbidities typically present in correctional populations diagnosed with Gender Dysphoria. This approach avoids what Hillary Cass described as diagnostic over-shadowing (Cass 2024), or what is sometimes called gender exceptionalism, i.e., the focus on the gender-related distress deflects treatment away from other conditions.

48.    While few studies have explored standard psychotherapy techniques in the context of Gender Dysphoria, psychotherapy is a longstanding mental health tradition with decades of accumulated wisdom regarding what works, how to approach and align with patients, goal setting, instilling hope, and establishing rapport. These and other common elements in various types of

AR-002614

psychotherapy are acknowledged to be healing, regardless of whether the orientation is psychodynamic, cognitive behavioral, or any other school of therapy (Feinstein 2015, Cuijpers 2019, Laska 2014).

49.    Longstanding frameworks such as Psychodynamic Psychotherapy and Cognitive Behavioral Therapy have been used to treat an extremely wide range of mental health problems (David 2018, Hoffman 2012, Sanai 2024) and can be used to treat Gender Dysphoria. Psychodynamic Psychotherapy is a form of talk therapy that focuses on how unconscious processes and past experiences influence a person's current thoughts, feelings, and behaviors. Cognitive Behavioral Therapy is a type of talk therapy that helps individuals become aware of inaccurate or negative thinking patterns, enabling them to view challenging situations more clearly, take action to overcome symptoms, and respond to stressors more effectively.

50.    Cognitive Behavioral Therapy, for example, is an effective treatment for Body Dysmorphic Disorder (Harrison 2016), which shares similar features as Gender Dysphoria, including body-related distress, a focus on appearance, increase in younger generations spending more time online (Gupta 2023), and significant comorbidities such as increased rates of self-harm, anxiety, and depression. Cognitive Behavioral Therapy's success in ameliorating Body Dysmorphic Disorder indicates applying similar approaches would be an effective treatment for Gender Dysphoria.

51.    Cognitive Behavioral Therapy is also commonly used as a psychotherapy for eating disorders, such as Anorexia (Öst 2024). Eating disorders share features with Gender Dysphoria, as both are influenced by socio-cultural concepts of appearance (Choukas-Bradley 2022). Both disorders also have shown a potential for social contagion, i.e., the phenomenon where mental health symptoms, attitudes, or behaviors spread through a social network or population (Giedinghagen 2023, Alho 2023, Agostino 2021, Hacking 2006). This social contagion can happen

16

through various mechanisms, including peer influence, social learning, emotional mimicry, and the normalization of certain behaviors. In both Anorexia and Gender Dysphoria, patients seek to transform their bodies to align with the internalized image. Psychotherapy for Anorexia often includes Dialectical Behavior Therapy. Dialectical Behavior Therapy is a modified type of Cognitive Behavioral Therapy that focuses on teaching skills in four key areas: mindfulness, distress tolerance, emotion regulation, and interpersonal effectiveness (Cogodi 2024, Monteloeone 2024). In Anorexia, the distorted body image is never affirmed, and patients are not encouraged to alter their bodies to fit their embodiment goals (Korte 2023).

52. Because cross-sex identification can arise after trauma (Cosentino 1993), and gender dysphoric patients have experienced a higher incidence of trauma than the general population (Brewerton 2022, Gehring 2005), many effective psychotherapy treatments for post-traumatic stress symptoms can also be used to treat Gender Dysphoria. Cognitive Processing Therapy helps people challenge and modify unhelpful beliefs and thoughts that developed after the trauma. Prolonged Exposure Therapy is a specific type of Cognitive Behavioral Therapy that helps people with post-traumatic stress disorder by gradually and repeatedly exposing them to memories, feelings, and situations they have been avoiding since the traumatic event. Eye movement desensitization and reprocessing is a psychotherapy technique that helps people process and heal from trauma by using bilateral stimulation, often in the form of guided eye movements, while the individual recalls distressing memories.

53. These various treatments all use components of Cognitive Behavioral Therapy, which helps patients reconceptualize their experiences and tolerate body sensations associated with the stress response. Trauma-focused treatments, such as Cognitive Behavioral Therapy, can also ameliorate co-occurring depressive, anxiety, and grief symptoms.

17

AR-002616

54.    Dialectical Behavior Therapy has the strongest evidence for reducing self-harm, but cognitive behavioral therapy and other approaches also show promise to reduce self-harm—a potential problem co-occurring with Gender Dysphoria. Dialectical Behavior Therapy has been shown to be the gold standard treatment for Borderline Personality Disorder, the criteria of which include changes in gender identity and along with frequent self-harm, emptiness, and unstable interpersonal relationships. Dialectical Behavior Therapy teaches patients to be present in the moment and aware of their thoughts and feelings without judgment. Patients learn distress tolerance techniques and strategies to manage intense emotions that often lead to self-harm.

55.    There are higher rates of personality disorders among the patient cohort with Gender Dysphoria (Rodriguez-Seijas 2024, Kaila-Vanhatalo 2025), and higher levels of personality disorders in correctional populations (Levine 2016, Liu 2021).  Psychotherapy is the treatment of choice for personality disorders, and there has been significant progress in developing approaches for this population (Stoffers-Winterling 2022, Emmelkamp 2025).

56.    Because of the high levels of comorbidity of psychiatric disorders in patients with Gender Dysphoria, Cognitive Behavioral Therapy could be extremely helpful as the same approach and techniques have proven effective with so many problems including anxiety, depression, and in reducing self-harm.  For instance, those with Gender Dysphoria may also suffer from anxiety. Cognitive Behavioral Therapy has been demonstrated to be helpful for the full range of anxiety disorders, and teaches patients to build on small successes, increase distress tolerance, and learn coping skills and self-regulation. Patient in Cognitive Behavioral Therapy face their fears and experiment with new experiences. Targets in Cognitive Behavioral Therapy for anxiety can include: (1) fears of the future; (2) feelings of tension, restlessness, and arousal; (3) social anxiety;

18

AR-002617

(4) thoughts focused on worry, impending danger, or panic; and (5) concentrating or thinking about anything other than the present worry.

57.    Cognitive Behavioral Therapy, Interpersonal Therapy, Psychodynamic Psychotherapy, and mind-body therapies have all shown success in reducing depression, another comorbidity of Gender Dysphoria.  These therapies can target (1) negative body sensations, (2) negative self-perception, (3) social struggles and isolation, (4) over-focus of the negative via persistent rigid or unrealistic thinking thoughts, (5) catastrophizing (expecting the worst possible outcome), and (6) overgeneralization (making broad conclusions from a single or few data points). Cognitive Behavioral Therapy has strong evidence for reducing depression, with a recent meta-analysis covering over 400 randomized controlled trials and 50,000 patients (Cuijpers 2023).

58.    Psychotherapy can be combined with mind-body therapies that show promise to foster self-regulation and reduce body-related distress (Nejadghaderi, 2024, Brinsley, 2021, Deveci, 2023).

59.    A significant benefit of psychotherapy is its ability to help patients without irreversible medical interventions. Patients with Gender Dysphoria may disfavor the cautious approach of psychotherapy in the short term and the effort involved, but the skills built and the perspective gained in psychotherapy can provide long-term benefits to the patients. Some patients will reassume the gender identity of their natal sex.

### Regarding WPATH

60.     WPATH and other affirmative guidelines regarding the care of people with Gender Dysphoria should neither be treated as authoritative nor be used to determine care for Gender Dysphoria. WPATH openly engages in ideologically-based political advocacy, systematically misrepresents evidence, and often bases its recommendations, no matter how impactful for the patient, on low-quality supporting evidence. WPATH's standards are even more unreliable when it comes to prisoners. "Inmates who seek treatment for Gender Dysphoria typically display little

19

AR-002618

resemblance to the patients who present for treatment in the community, and prison life bears little resemblance to life in the community. The SOC [WPATH Standards of Care] were not developed with the complexities, vulnerabilities, and life circumstances of incarcerated persons in mind" (Osborne 2016 at 1651).

61.     Since its beginnings in 1979, WPATH—then known as the Harry Benjamin International Gender Dysphoria Association—has struggled to reconcile its goals of being both a scientific, clinical organization studying Gender Dysphoria and an advocacy organization.  WPATH has made clear its desire to change policy toward gender identity and away from biological sex. For example, it endorses The Yogyakarta Principles, which urge the overhaul of sex- and gender-related legal frameworks to advance the human rights of gender-nonconforming individuals. *See* WPATH Statement on Yogyakarta Principles plus 10 and Healthcare Delivery (July 29, 2019), https://wpath.org/wp-content/uploads/2024/11/WPATH-Statement-on-Yogykarta-Principles-Plus-10.pdf

62.     Some recent articles expose what has occurred at WPATH (Kozlowska 2025).  This comes after the release of documents in a legal case in Alabama (*Boe v. Marshall*).

- Pamela Paul, New York Times, *Why is the US still pretending we know gender-affirming care works?* (July 12, 2024): "Recently released emails show the WPATH leaders told researchers that their work should 'not negatively affect the provision of transgender health care in the broadest sense.'"

- The Economist, *Research into trans medicine has been manipulated* (June 27, 2024):

  o "Court documents recently released as part of the discovery process in a case involving youth gender medicine in Alabama reveal that wpath's claim was built on shaky foundations. The documents show that the organisation's leaders interfered with the production of systematic reviews that it had commissioned from the Johns Hopkins University Evidence-Based Practice Centre (epc) in 2018."

  o "After wpath leaders saw two manuscripts submitted for review in July 2020, however, the parties' disagreements flared up again. In August the wpath executive committee wrote to Ms. Robinson [Associate Professor at Johns Hopkins] that wpath had 'many

20

AR-002619

concerns' about these papers, and that it was implementing a new policy in which wpath would have authority to influence the epc team's output—including the power to nip papers in the bud on the basis of their conclusions."

- o "Ms. Robinson protested that the new policy did not reflect the contract she had signed and violated basic principles of unfettered scientific inquiry she had emphasised repeatedly in her dealings with wpath. The Hopkins team published only one paper after wpath implemented its new policy: a 2021 meta-analysis on the effects of hormone therapy on transgender people. Among the recently released court documents is a wpath checklist confirming that an individual from wpath was involved 'in the design, drafting of the article and final approval of [that] article'. (The article itself explicitly claims the opposite.) Now, more than six years after signing the agreement, the epc team does not appear to have published anything else, despite having provided wpath with the material for six systematic reviews, according to the documents."

- Benjamin Ryan, NY Sun, '*Damning' Information About Trans Medical Group Expected to Reach Supreme Court, as Justices Consider Challenge to Ban on Gender Treatments for Minors* (July 10, 2024):

  - o "The unsealed documents indicate Wpath leadership caved to political pressure from outside groups and quietly crafted its pediatric guidelines with the intent of influencing public policy. Wpath leadership also balked at the potential publication of research findings the organization had commissioned that its leadership believed might negatively impact access to gender-transition treatment."

  - o "Erica Anderson, a psychologist, transgender woman, and former head of WPATH's American branch USPATH, characterized the recent disclosures as 'damaging' to the organization. 'The backroom discussions cement the picture of ideological and political capture,' she told the Sun of how she saw her former colleagues as woefully compromised. She said their exposed communications 'hardly' portrayed them as 'scientists using evidence to develop best practices.' Many Wpath leaders, she added, 'clearly have lost their way.'"

  - o "According to unsealed internal communications, WPATH also wielded a heavy hand after it in 2018 commissioned from evidence-based medicine experts at Johns Hopkins University a series of systematic literature reviews—the gold standard of scientific evidence—regarding various facets of trans medical care. After some of the Hopkins teams' findings raised concerns among WPATH leadership that they might 'negatively affect the provision of transgender health care,' WPATH compromised the independence of the Hopkins researchers. This included asserting the final say on the publication of any systematic reviews. To date, just two reviews have been published."

  - o "The Cantor report [an expert report submitted in the Alabama litigation] further found that WPATH leaders crafted the language of its medical guidelines for the express purpose of influencing insurance coverage, policy, and litigation, which, according to Dr. Cantor, in at least some points, came 'even at the expense of scientific accuracy.'

21

AR-002620

He also found that Wpath coordinated on the draft with the ACLU, which is behind many of the suits against state bans of such treatment."

63.     These portrayals align with my review of the WPATH documents disclosed in the Alabama case (*Boe v. Marshall*, Kaliebe report; *Boe v. Marshall*, Cantor report). WPATH's internal documents clearly show that WPATH is an advocacy organization and not a scientific one. Scientific organizations do not pressure scholars to distort or suppress evidence that does not fit their narrative or systematically mislead the professional community and public regarding the treatments they support. WPATH has violated many principles underpinning medical ethics and research and contributed to widespread publication bias in gender medicine. Publication bias is the tendency for studies with positive or significant results to be published more frequently and rapidly than those with negative or inconclusive findings, leading to a distorted understanding of the evidence base. As noted in Murad at 85 (2018) publication bias is "one of the worst threats to the validity of scientific research."

64.     Additionally, the recently released "WPATH files" are leaked internal discussions between WPATH members published by the think tank Environmental Progress (https://environmentalprogress.org/big-news/wpath-files). The site reports: "the WPATH Files reveal that the organization does not meet the standards of evidence-based medicine, and members frequently discuss improvising treatments as they go along." My review of the lightly redacted text and the video confirms this analysis. These files display that the internal discussions at WPATH do not match the simplistic affirmative guidelines WPATH produces.

65.     The WPATH files further showed that there was minimal discussion of the tradeoffs involved in gender care, and prudent clinical caution is frequently derided as "gatekeeping." Activist members speak freely regarding their disdain for "cis normativity" and the

22

AR-002621

"gender binary" and their belief in patient self-determination regarding surgical body-modification.

66.    Members of WPATH, and other advocates, which in total comprise a small number of physicians, have been able to leverage moralized claims and low-quality evidence to promote medical interventions for Gender Dysphoria. There has simultaneously been silencing, stigmatization, and censorship of more balanced and mainstream viewpoints (Bailey 2023, Ciszek 2021, Clark 2023, Clark 2024, Dreggor 2008, Gliske 2021, Soh 2021, Stevens 2020, Stevenson 2023), creating a mirage of general support for positions contrary to good medicine.

67.    Public policy, including prison policy, based on the theories promoted by WPATH is unlikely to be good policy, as it arises from ideology more than evidence.

68.    Dahlen reviewed WPATH's prior guidelines, SOC-7, as part of a systematic review and quality assessment of international clinical practice guidelines for gender minority/trans-identifying people. They noted that WPATH SOC-7 contained no auditable quality standards and scored poorly on editorial independence, applicability, and rigor of development. The reviewers noted that WPATH prioritized stakeholder involvement rather than methodological rigor. Among the principal findings was that WPATH SOC-7 "cannot be considered [the] 'gold standard'" (Dahlen 2021).

69.    Yet despite the well-known methodological weakness of SOC-7, WPATH created SOC-8 with many of the same problems, only selectively using the conventions that are necessary to create a trustworthy clinical practice guideline. "It appears WPATH expects readers to faithfully accept potentially biased judgments of the literature rather than confidently submitting SoCv8 to open scientific scrutiny. SoCv8 could have been much better: its evidence base and recommendations cannot yet be relied upon" (Dahlen 2022).

AR-002622

70.    WPATH's approach is contrary to the recommendation of the Institute of Medicine—the health arm of the National Academy of Sciences—that clinical practice guidelines should be informed by systematic reviews of evidence, which can help minimize potential harm created through guidelines supported mainly by the consensus of expert impression (Institute of Medicine 2011).

71.    With recently unsealed court documents, we now know that WPATH SOC-8 did submit for likely more than a dozen systematic reviews of evidence but interfered with the researchers conducting the reviews, disallowed publication of most reviews, and undermined the publication of the available data (Kozlowska 2025, Economist 2024, Selin-Davis 2024, Ryan 2024).  WPATH did what should be unthinkable; it has hidden, to this day, what systematic reviews were attempted, then stopped or buried them due to unfavorable results. (Kozlowska 2025, Economist 2024, *Boe v. Marshall* Cantor Report).

72.    WPATH SOC-8 intentionally obscured the most important element required for a trustworthy clinical practice guideline: the assessment of the strength of the evidence used to make recommendations. Hiding the strength of evidence hides critical data from readers trying to evaluate the evidence base for an organization's recommendations (Murad 2017). This is especially concerning due to the lifelong implication and irreversible nature of the treatments WPATH advocates.

73.    The British National Health Service's Cass Review of youth gender medicine, published in 2024, echoed these concerns. Dr. Hillary Cass conducted a systematic review of available clinical guidelines for children and adolescents experiencing Gender Dysphoria or incongruence. She reviewed 23 guidelines published from 1998 to 2022. "The findings from this review . . . raise questions about the credibility of currently available guidance, despite the majority being

AR-002623

published in the last 5 years. Most guidelines have not followed international standards for guideline development set out by the [Appraisal of Guidelines for Research and Evaluation II] initiative and/or provide insufficient information about their development. Because of this, the review team only recommended two guidelines for practice—the Finnish guideline published in 2020 and the Swedish guideline published in 2022" (Taylor 2024).

74.    The Cass systematic review noted how the other guidelines cross-reference other guidelines to justify their recommendations, rather than citing actual evidence (see figure label B – below). Furthermore, the WPATH and Endocrine Society collaborated, meaning a very small, interconnected group of WPATH members led to the creation of multiple guidelines among multiple medical organizations. "The WPATH and Endocrine Society international guidelines, which like other guidance lack developmental rigour and transparency have, until recently, dominated the development of other guidelines. Healthcare professionals should consider the lack of quality and independence of available guidance when utilising this for practice" (Taylor 2024).

AR-002624



75.    The above graphic from the Cass systematic review (Taylor 2024) shows that WPATH's unreliable and low-quality recommendations have infected other guidelines, causing a systematic distortion of clinical guidance.

76.    While a complete review of WPATH's SOC-8 is beyond the scope of this report, I note a few concerns below:

77.    First, SOC-8 does not analyze why it prioritizes affirmation of gender identity over affirmation and acceptance of the physical, sexed body. For all other mental health disorders, clinicians aim to help patients accept and feel comfortable in their body. Nowhere else do mental health professionals recommend changing the body to fit the mind's impression. SOC-8 treats the question as though it had a clear answer supported by the evidence: affirm self-reported gender identity. That unproven theory runs through the SOC-8 guidelines and underpins much of the assessment and treatment recommendations in the SOC-8, therefore making it untrustworthy.

26

78.    Second, WPATH associates comorbidities, such as suicidality and depression, as being caused by society rather than individual psychopathology. This is often called the "minority stress" theory, the supporters of which advocate that it is the role of medical and mental health care to relieve that stress by affirming the patient's preferred gender. This unfortunate therapeutic stance is in tension with evidence that the victim mindset undermines the patients' mental health and impedes their healing (Kaufman 2025). Narratives that encourage those with Gender Dysphoria to develop a victim mindset may be especially detrimental in prison populations.

79.    Third, SOC guidelines consistently recommend changes to institutions, such as prisons, without a review of the tradeoffs and harm involved. The SOC-8 suggestions regarding institutional care neglect the honest appraisals, stakeholder input, and nuance required to create a trustworthy recommendation regarding gender transition in carceral settings. WPATH overstates the benefit of an affirming and medicalized approach and does not adequately review the risks, particularly those associated with carceral settings.

80.    Fourth, SOC-8 normalizes self-mutilation by devoting a chapter to "Eunuchs" (a castrated man) and treating it as just another non-binary category. It did so without the necessary warning that mental health assessments are needed before any consideration of chemical or surgical procedures and without acknowledging the damage associated with such self-harm.

81.    Fifth, SOC-8 downplays concerns related to detransitioning, repeatedly using the term "rare" without definition or the methodology they used to determine that term is appropriate. Evidence suggests the more recently transitioned cohort with less-restrictive access to hormones and surgeries has a much higher rate of detransition, although the precise detransition rate is unknown (Cohn 2023, Jorgensen 2023).

27

82.    As reflected in the WPATH SOC 8, within gender medicine, there has been a failure of "maintaining terminological and conceptual clarity" (Kozlowska 2025). This accompanies a failure to engage in appropriate scholarly discourse, a failure to publish research results in a timely manner, and a failure to frame outcomes and strength of evidence with accuracy. Reliance on WPATH has caused professional societies and government health authorities to break the "chain of trust" afforded to those who relied on WPATH (Kozlowska 2025).

## CROSS-SEX HORMONES GENERALLY ARE NOT MEDICALLY NECESSARY

### Weaknesses of Past Studies and Recommendations Related to Cross-Sex Hormones

83.    Although used in affirming clinical practice, hormone therapy for Gender Dysphoria is not based on guidelines using best practice or systematic reviews of evidence. There are no controlled studies or high-quality evidence in the carceral setting that would lead to the recommendation of sex-trait modification, such as through cross-sex hormones, of inmates with Gender Dysphoria.

84.    In 2012, the American Psychiatric Association (APA), along with members of WPATH within APA, decided to support affirmative treatments. At the time, the APA task force admitted, "The quality of evidence pertaining to most aspects of [hormone] treatment was determined to be low" (Byne 2012 at 759). Nonetheless, the APA used clinical consensus to support new recommendations for affirming treatment "[w]ith subjective improvement as the primary outcome measure" (Byne 2012 at 759). As such, the APA's recommendation is not based on established standards for creating quality treatment guidelines, but rather on clinical consensus that is based primarily on subjective self-report.

85.    Similarly, WPATH's SOC-7 and SOC-8 guidelines regarding hormone therapy did not follow best practice and lack developmental rigor (Dalen 2021).

28

86.    Recent large reviews and research into harms from hormone treatment for Gender Dysphoria raise increased concerns regarding the safety, efficacy, and prudence of this practice. A recent Danish review, for example, indicated that using cross-sex hormones to treat Gender Dysphoria yields mixed results, and a worsening of psychiatric diagnosis one year after initiation of hormones. Although the patient stabilizes thereafter, the patient at all times has increased mental health problems when compared to the general population, especially for males prescribed feminizing hormones (Glintborg 2025 at 336).

87.    In 2020, the United States Department of Health and Human Services ("HHS") declined to "take a definitive view on any of the medical questions raised" "about treatments for Gender Dysphoria" because there was a "lack of high-quality scientific evidence supporting" the interventions.  HHS characterized WPATH as "an advocacy group" and did not consider WPATH's guidelines as being based on "independent scientific fact-finding." Nondiscrimination in Health & Health Education Programs or Activities, 85 Fed. Reg. 37,160, 37, 186-98 (June 19, 2020).

88.    A recent a systematic review and meta-analysis regarding patients up to age 26 noted the uncertain effects of cross-sex hormones across multiple domains. Specifically, the effects cross-sex hormones on Gender Dysphoria itself are noted to be "very uncertain," as are the effects on global functioning and depression.  The authors conclude: "The best available evidence reporting on the effects of GAHT [cross-sex hormones] in individuals with [Gender Dysphoria] ranged from moderate to high certainty for cardiovascular events and low to very low certainty for the outcomes of [Gender Dysphoria], global function, depression, sexual dysfunction, BMD [bone mineral density] and death by suicide" (Miroshnychenko 2025 at 444).

89.    Shelemy's review (2023) found 14 studies that met their inclusion criteria, showing a trend toward reduced depression and anxiety during hormone treatment. Yet this review specifically

29

excluded non-affirmative approaches and as such, sheds no light on whether the outcome would be the same, better, or worse with psychotherapy treatment alone. Furthermore, several of the 14 studies did not report dropout rates, while 31% reported *high* dropout (over 40%), and 28% of studies were assessed to have a *high* level of selection bias (less than 60% of the participants registered or approached completed the pretest measure). Moreover, the authors noted, "There is potential for authorship bias throughout much of the research literature as several studies were authored by clinical staff in which interventions are routinely offered." This noted bias highlights a major problem in the research on cross-sex hormones, which is that those involved in gender medicine research are already favorably inclined toward using affirmative treatment (Scott 2013, West 2012). Best practice to create reliable research regarding medical transitions would be to have neutral scholars design and conduct the research, thus correcting the authorship bias noted by Shelemy.

90.     In any event, the noted reduction in anxiety or improvements in mood may be placebo effects (Clayton 2022). Placebo effects are positive changes based on expectations. Missing from the discussion of reviews like Shelemy is a discussion of what percentage of the improvement is placebo effects, which are broadly considered across other disorders. (Bschor 2024, Wager & Atlas 2015). Placebo effects are highest for internalizing disorders like depression and anxiety, which share similar symptoms as Gender Dysphoria. Furthermore, as placebo effects are bolstered by expectations, these placebo effects may be enhanced by clinicians' positive statements regarding the effectiveness of medical transition, just as patients with stronger belief in antidepressant medications' effectiveness receive a stronger placebo effect in anti-depressant studies.

91.     Placebo effects also could arise from psychosocial support, which would be expected within affirming-gender clinics, and from allies in the community (Clayton 2023). That is, the

AR-002629

improvement noted in mood or anxiety could arise—not from the hormone treatment itself—but from the psychosocial support the patient receives in connection with the hormone treatment. This in turn would suggest that hormonal treatment within correctional settings cannot be expected to produce the same placebo effects because any psychosocial support will be significantly limited due to inherent restrictions in activities, movement, and self-association.

92.     Until recently, medical transition for adults with Gender Dysphoria has been rare, and tracking long-term outcomes has been sparse; therefore, nominal long-term data exists. What long-term data does exist is mixed, with some of the most powerful data being unfavorable (Anckarsäter & Gillberg 2020, Dhejne 2011). Based on long-term data in Sweden, cross-sex interventions have not been shown to reduce self-harm; nor do they clearly reduce mental health problems (Bränström 2020).

93.     The initiation of sex-trait modification through cross-sex hormones remains an experimental treatment that has been pursued at the expense of more cautious, holistic, and measured approaches. The rapid spread of these untested treatments has been called "runaway diffusion": sex-trait modification and affirmation entered clinical practice worldwide without rigorous research confirming the underlying hypothetical benefits (Abbruzzese 2023).

94.     WPATH's commissioned systematic review reveals a high risk of bias in the available studies, and it appears to have been manipulated to frame the unimpressive results as supporting affirmative treatments. Even so, WPATH's own systematic review indicates hormone therapy has not been shown to reduce suicide risks (Baker 2021). This conclusion that there is a lack of evidence regarding any reduction in the risk of suicide is particularly pronounced in carceral settings, where no substantial research exists and no claim can be made whether hormone treatments increase, decrease, or do not change suicide risk.

31

AR-002630

95.    Overstating the benefits of hormone therapy is particularly problematic in prison settings, with both vulnerable and potentially belligerent populations that have higher degrees of psychopathologies, such as trauma disorders, neurocognitive disorders, and personality disorders. The forced intimacy of a prison setting creates many risks and challenges not seen in the general community, and as such, the provision of hormone treatment has more profound effects on the prison community milieu.

**Substantial Health Risks of Cross-Sex Hormone Therapy**

96.    Sex-trait modification through hormone therapy has substantial health risks and is one of the few instances, and the only psychiatric disorder, in which doctors intentionally harm healthy tissue. For years, there has been little data collection and scholarly discussion regarding the harms of cross-sex hormone therapy, yet this is changing.

97.    A recent review analyzed 290 adverse drug reactions in the U.S. Food and Drug Administration Adverse Event Reporting System (FAERS) (Gomez-Lumbreras & Villa-Zapata 2024 at 1089). "For individuals assigned female at birth undergoing gender transition to male (transgender men), 82 reports (230 [Adverse Drug Reactions]) were analyzed, with an average age of 29.5 years. Transgender hormonal therapy was cited in 72% of reports, predominantly from the United States (67.1%). A striking 88% were categorized as serious [Adverse Drug Reactions], primarily SOC [System Organ Class] injury, poisoning, and procedural complications (26.5%), followed by psychiatric disorders (14.8%) and nervous system disorders (12.2%). Among those assigned sex male at birth transitioning to female (transgender women) (81 reports, 237 [Adverse Drug Reactions]), mean age was 33.3 years, with 58% indicating use for Gender Dysphoria. A significant proportion (53.6%) were serious [Adverse Drug Reactions], primarily SOC: injury, poisoning, and procedural complications (26.6%)." This included 2 deaths, 25 hospitalizations, and 4 categorized as life threatening. A significant number of these adverse reactions were

32

AR-002631

Psychiatric Disorders (14.8% in natal females and 8.9% in natal males), and most commonly included depression and anxiety, but also included a wide range of psychiatric complications including aggression, suicidal behavior, suicidal ideation, and suicide attempts. This raises the possibility that cross-sex hormones are associated with increased self-harm, a concern reflected by the two completed suicides in a small but well-controlled study of cross-sex hormones in young people (Chen 2023, Biggs 2023).

98.    This FAERS data included adverse effects classified as Neoplasms benign, malignant and unspecified (10.9% in natal females and 9.7% in natal males), and adverse effects classified as Nervous System Disorders (12.2% in natal females and 7.2% in natal males) along with a range of cardiovascular complications such as pulmonary embolisms, cerebrovascular accidents, transient ischemic attacks, laboratory abnormalities of glucose, and atherosclerotic plaque ruptures, among others. For all these adverse reactions, the relative youthfulness of the cohort, mean age 29.5 for the natal males and 33.3 for the natal females, is especially concerning as young people will tend to be in better health, and their younger age limits the amount of time they could have been prescribed cross-sex hormones.

99.    Beyond these concerns are the longstanding and well-known psychological and psychiatric complications from supraphysiologic amounts of sex hormones. Data about androgens from tumors that produce abnormally high amounts of androgens and from anabolic steroid use has shown psychiatric effects including mania, irritability, aggressiveness, and reckless behavior, which are more common and more severe with higher doses (Hall 2005, Laidlaw & Jorgensen 2024).

AR-002632

100.    Regarding the cardiovascular risk from hormone therapy, much remains unknown and to be studied due to limited follow-up data and the complexities of the cardiovascular system and its interactions with cross-sex hormones (Getahun 2018, Aranda 2021, Nota, 2020, Dutra 2019).

101.    Estrogen therapy (natal males): Estrogen, often combined with anti-androgens, increases the risk of venous thromboembolism, including deep vein thrombosis and pulmonary embolism. Studies indicate a 2- to 5-fold increased venous thromboembolism risk, particularly with oral estrogens like ethinyl estradiol, due to hepatic metabolism and prothrombotic effects. Transdermal estrogen may pose a lower risk. Estrogen can also elevate triglycerides and reduce HDL [High-Density Lipoprotein] cholesterol, potentially increasing the risk of atherosclerosis and coronary artery disease. Hypertension is another concern, as estrogen can cause fluid retention and blood pressure elevation. Limited data suggests a slight increase in stroke risk, though evidence is less conclusive.

102.    Testosterone therapy (natal females): Testosterone use is associated with increased red blood cell mass (erythrocytosis), which can elevate blood viscosity and the risk of thromboembolism. Studies show mixed results, but some report a 1.5- to 2-fold increase in cardiovascular events like myocardial infarction, particularly in older individuals or those with pre-existing conditions. Testosterone can lower HDL cholesterol and raise LDL cholesterol, potentially contributing to atherosclerosis. Hypertension is also a concern, as testosterone may increase blood pressure.

103.    There is also concerning data for females using masculinizing hormones, especially across the lifespan (Gosiker 2024). A meta-analysis of 35 studies reported that masculinizing hormone therapy "was associated with significant changes in serum lipids from baseline up through the 60-month timepoint with meta-difference of means (95% CI) estimates of 26.2mg/dL (23.3,29.0) for

AR-002633

LDL-C, 26.1mg/dL (22.8,29.4) for total cholesterol, 30.7mg/dL (6.9,54.6) for triglycerides and –

9.4mg/dL (–12.1, –6.7) for HDL-C." They noted studies evaluating the effects of feminizing

hormones on balance demonstrated no notable changes in HDL-C or triglycerides while the results

for LDL-C and total cholesterol were inconsistent." This data was reassuring regarding natal males

on feminizing hormones, but not for females using masculinizing hormones. This was largely

consistent with Leemaqz's longitudinal study (2023).

104.    Also consistent is Allgayer's systematic review of the effects of cross-sex hormones on

subclinical atherosclerosis, which concluded that androgens are associated with an increased risk

of subclinical atherosclerosis in natal females. In contrast, natal males may experience either

neutral or beneficial effects regarding atherosclerosis from estrogenic agents, even though many

unknowns remain.

105.    For natal females taking androgens, there is also a substantial risk of Pelvic Floor

Dysfunction (PFD) (Da Silva 2024). PFD encompasses a range of symptoms including urinary

incontinence, bowel dysfunction, sexual dysfunction, and pelvic pain, all of which can

significantly impact quality of life. In natal females undergoing cross-sex hormone therapy with

testosterone, research indicates a notably high incidence of PFD. A cross-sectional study

conducted between September 2022 and March 2023 involving 68 females administered cross-sex

testosterone therapy found that 94.1% experienced at least one PFD symptom.

106.    Specifically, the study reported: 86.7% of participants had urinary issues, with 69.1%

experiencing storage symptoms such as urinary incontinence, frequent urination, or bed-wetting.

Among those with urinary incontinence, symptoms were reported as moderate in severity,

impacting quality of life. Urinary control complications have more profound impacts within the

forced intimacy and restricted movements of correctional environments. Among all participants,

35

AR-002634

74% reported bowel-related issues, including constipation, anorectal symptoms (45.6%), and flatal incontinence (39.7%). As for sexual dysfunction, defined by criteria such as reduced sexual interest, arousal difficulties, or orgasmic disorders, with some reporting pain during sexual intercourse, it was experienced by 52.9% of the participants.

107.    The high incidence of PFD in this population is hypothesized to result from testosterone-induced changes, such as vaginal mucosa atrophy, which mimics a hypoestrogenic state similar to postpartum or postmenopausal conditions, potentially weakening pelvic floor muscles. The implications of PFD in females taking androgens are multifaceted, affecting physical, psychological, and social domains, including: anxiety, embarrassment, or reduced self-esteem, especially in younger individuals (average age 28 in the referenced study), who may face symptoms typically associated with older populations. However, the extent to which testosterone affects pelvic floor muscles remain understudied, and long-term effects on pelvic organs are not fully understood.

108.    Marks (2018) found that 45% of females on masculinizing hormone therapy experienced hair loss. Testosterone is associated with hair loss (alopecia), and a percentage of natal females taking androgens will experience significant hair loss, which is often associated with significant distress and may prompt the desire for further medical procedures and medications. This hair loss can be especially distressing in younger populations (Gao 2023).

109.    While incarcerated individuals rarely have access to procreative sex, most are not housed throughout their reproductive spans. As such, risks related to infertility from hormone therapy may be overlooked while incarcerated. After discharge, those who wish to procreate may have difficulty if they have been prescribed cross-sex hormones (De Roo 2025). For males taking estrogens, some patients only retain limited sperm production, while many no longer have sperm production and

AR-002635

exhibit testicular atrophy, hyalinization, and fibrosis. These histological changes may lead to an elevated risk of cancer. Taking estrogen alongside testosterone blockers was linked to sperm abnormalities and azoospermia (complete loss of sperm). These effects may or may not be reversible, and tissue studies following surgical removal of the testis show widespread damage (Schwartz 2025).

110.    Schwartz highlights potential cognitive risks, including memory loss and early-onset cognitive impairment. Longer-term research on older natal females taking hormones has found poorer performance on tasks involving memory and processing speed. Again, it will likely be decades before firmer data emerges regarding these risks.

111.    Medical harms occur from cross-sex hormone therapy. At the same time, there is little reliable data supporting that hormone therapy produces meaningful long-term mental health benefits. Accordingly, hormone therapy should not be available to those in BOP's custody, unless an exception is determined to be appropriate especially in the short term as discussed below.

**A Reasonable Approach for Those Already Receiving Hormones Is to Assess Them Individually on Whether and How to Discontinue Therapy**

112.    While it is appropriate to not initiate hormone therapy on inmates who are not currently subject to hormonal therapy, there are complex questions about whether to continue these treatments for inmates already receiving hormones.

113.    Some inmates arrive at BOP with prescribed hormone treatment from the community, and others start on these treatments while in custody. These cases can be individually assessed, with allowance for exceptions under certain circumstances.

114.    This clinical approach reflects the reality that once a treatment has been provided, its removal can, but does not necessarily, cause physiological and psychological stress. And the benefits of ending treatment—through an appropriate way—could outweigh the short-term

AR-002636

physiological and psychological stress from ending the treatment. The amount of this stress can be estimated clinically and individually, taking into account factors such as the duration of treatment, the initial rationale for treatment, and the treatment response. Accordingly, under this approach, it is reasonable for dysphoric patients to be divided into different patient populations with different clinical approaches. A rapid discontinuation is appropriate for those who recently started treatment, but a slow withdrawal could be appropriate for others, and still others may be allowed to continue treatment indefinitely.

115.    Standard psychiatric medications have withdrawal effects, and their abrupt cessation causes both physiological and psychological effects. The cessation of cross-sex hormones will have a similar impact. Just as the length of treatment predicts difficulties stopping a Selective Serotonin Reuptake Inhibitors, it can be expected that the duration of cross-sex hormones would be a pertinent clinical factor in assessing whether and how to cease hormone therapy (Kalfas 2025, Gøtzsche 2024).

116.    Moreover, it is likely rare that an inmate should continue hormone therapy indefinitely.  It could be reasonable for prison officials to adopt a strong presumption in favor of ending hormone therapy for all inmates (through the appropriate method of withdrawal), given the unproven medical benefits of continued hormone therapy and the potential negative effects of hormone therapy.  This strong presumption would only be rebutted by exceptional cases.

117.    Based on the above, there are multiple reasonable approaches to determining whether and how to discontinue hormone therapy for inmates diagnosed with Gender Dysphoria.

### CROSS-SEX SURGERIES ARE NOT MEDICALLY NECESSARY

118.    Cross-sex surgeries have not been shown to be medically necessary. There is widespread uncertainty with regards to whether cross-sex surgeries provide mental health benefits or, on the

38

AR-002637

whole, worsen mental health. These surgeries have substantial risks, and there is little, if any, reliable data supporting that such surgeries cause meaningful long-term benefits in improving mental health or reducing suicide risks. This is particularly true in prison settings. Indeed, there are no controlled studies, high-quality evidence, or reliable evidence on sex-trait modification, such as through cross-sex surgery, of inmates with Gender Dysphoria in the carceral setting.

119.    Much of the research regarding cross-sex surgery shares weaknesses with hormone therapy data, in that short-term individual studies are insufficient to support the hypothesis of benefit, and longer-term population studies show mixed results and raise concerns about long-term outcomes.

120.    A recent a systematic review and meta-analysis regarding Mastectomy for individuals younger than 26 years with Gender Dysphoria (Miroshnychenko 2025) "found limited evidence about aesthetic satisfaction and surgical complications (i.e., nipple necrosis, hematoma, and hypertrophic scarring)" and noted that "evidence regarding psychological outcomes is missing." This review highlights the sparse and "very low-certainty evidence on mastectomy effects."

121.    A recent national database study (Lewis 2025), involving 107,583 patients and using matched cohorts, examined mental health risks after cross-sex surgery and found that those undergoing surgery were at significantly higher risk for depression, anxiety, suicidal ideation, and substance use disorders than those patients with Gender Dysphoria who did not have without surgery. Males with surgery showed a higher prevalence of depression (25.4% vs. 11.5%, RR 2.203, $P < 0.0001$) and anxiety (12.8% vs. 2.6%, RR 4.882, $P < 0.0001$). Females exhibited similar trends, with elevated depression (22.9% vs. 14.6%, RR 1.563, $P < 0.0001$) and anxiety (10.5% vs. 7.1%, RR 1.478, $P < 0.0001$). Feminizing individuals demonstrated particularly high risk for depression (RR 1.783, $P = 0.0298$) and substance use disorders (RR 1.284, $P < 0.0001$).

AR-002638

122. Another large retrospective patient data analysis with over 90 million patients compared cross-sex surgeries and concluded, "Patients who have undergone gender-affirming surgery are associated with a significantly elevated risk of suicide," and "patients who have undergone gender affirmation surgery are associated with significantly higher risks of suicide, self-harm, and PTSD compared to general population control groups in this real-world database" (Straub 2024).

123. A 2020 review of Swedish data showed that there was no significant benefit following cross-sex surgery, and in fact raised concerns of increased suicidality in the year after surgery (Bränström & Pachankis 2020). This study published in the American Journal of Psychiatry initially suggested that surgery was associated with improved mental health outcomes. But a later re-analysis and correction of the data indicated that there was "no advantage of surgery" compared to a control group of transgender people who had not had surgery. There were at least 9 MDs or PhDs who responded to the significant flaws when this article was initially published and erroneously claimed that the data supported cross-sex surgery. The references to these letters can be found listed under the original article in PubMed or in the August 2020 American Journal of Psychiatry.

124. As noted by Wold, "among the individuals examined in the study, the risk of being hospitalized for a suicide attempt was 2.4 times higher if they had undergone gender-corrective surgery than if they had not" (Wold 2020). Ring and Malone noted that the data suggested "that sex reassignment surgery is in fact associated with increased mental health treatment" (Ring & Malone 2020).

125. The Bränström and Pachankis study confirms the strong association between psychiatric morbidity and Gender Dysphoria. It does not demonstrate that either hormonal treatment or surgery has any effect on this morbidity. One caution that can be taken is that the incidence of mental health

40

AR-002639

problems and suicide attempts are especially high in the year after the completion of gender-affirming surgery.

126.     The Dhejne review of long-term follow-up of medical transition surgeries in Sweden (Dhejne 2011) "found substantially higher rates of overall mortality, death from cardiovascular disease and suicide, suicide attempts, and psychiatric hospitalisations in sex-reassigned transsexual individuals compared to a healthy control population."

127.     These concerns are especially elevated in a carceral setting. As noted by Levine, "The request for SRS [sex reassignment surgery] is fraught with legal, safety, clinical, political, and policy concerns." "Most inmates requesting SRS through litigation are serving very long or life sentences. Their backgrounds are quite unlike most transgendered individuals encountered in the community" (Levine 2016 at 236)

128.     For example, as Elizabete Stahl, the BOP Medical Director recently stated, "Inmates have higher rates of certain chronic conditions and infectious diseases compared to people living within the community. They have higher rates of hypertension, asthma, arthritis, and tuberculosis. They also suffer from higher rates of mental illness" (Stahl Decl.).

129.     Cross-sex surgeries can have serious complications, some of which are lifelong. Complications are especially prevalent in populations with poor general health status. Vaginoplasties require dilation protocols which, even when strictly followed, may not prevent stenosis, and may require follow-up surgeries, or lead to long-term wound care due to fistulas or infection. Vaginoplasties can also result in chronic pain and altered or absent sensations due to nerve damage or scarring. Phalloplasty can result in chronic pain, loss of sensation, scarring, infections, and urethral complications, such as strictures and fistulas. Similarly, metoidioplasty can also have urethral complications, limited size or function, chronic pain, and sensory changes.

41

Cross-sex mastectomies use techniques to create a chest that is made to appear more like the other sex, and the lateral chest contour involves increased risk of iatrogenic injury (Ferrin 2025).

130.    With newer data, the utility of cross-sex surgeries and long-term outcomes has become more doubtful, which in any event is based on low-quality evidence base. As such, with the known harms to healthy tissue, potential increased risk of psychiatric decompensation, technical issues such as wound care, potential surgical complications, potential life-long health complications, and unclear mental health benefits, cross-sex surgeries within the correctional environment are not medical necessary.

## SOCIAL ACCOMMODATIONS ARE NOT MEDICALLY NECESSARY

131.    Social transition is understood as the process by which a person begins to live and present in a way that aligns with their internal gender identity, rather than their sex. This typically involves various non-medical actions, such as:

- Changing one's name and/or pronouns: Using a name and pronouns (e.g., she/her, he/him, they/them) that reflect their gender identity.

- Altering appearance and expression: This can include changing clothing, hairstyles, or other elements of their outward presentation to align with their gender identity.

- Coming out to others: Sharing their transgender or nonbinary identity with family, friends, and their community.

- Engaging in gendered activities: Participating in social activities or using facilities (like restrooms) that correspond to their affirmed gender.

132.    Social transition is theorized to be helpful as it appears empathetic to gender distressed individuals by allowing them to live in the role of the other sex. But social transition is not medically necessary, particularly in correctional facilities. As can be seen from the list of activities related to social transition, none are related to healing medical illness or disease. Moreover, there

42

AR-002641

are no reliable study or high-quality evidence showing any benefits of social accommodations for individuals with Gender Dysphoria who are currently incarcerated.

133. The only systematic review of evidence regarding social transition is in children and adolescents, revealing minimal evidence to guide practice (Hall 2024). The evidence is overall low quality, and "[t]his review has shown that we have little evidence of the benefits or harms of social transition for children and adolescents." Concerningly, in children and adolescents, social transition appears to prolong transgender identification and continue Gender Dysphoria (Steensma 2013, Olson 2022, Rae 2019, Zucker 2020). Social transition is thus not associated with better outcomes but is related to future harms and risks due to the increased likelihood of later sex-trait modification. As noted by Zucker regarding social transition in children: "if one conceptualizes gender social transition as a type of psychosocial treatment, it should come as no surprise that the rate of Gender Dysphoria persistence will be much higher as these children are followed into their adolescence and young adulthood. If this is, in fact, the case, one might ask why would one recommend a first-line treatment that is, in effect, iatrogenic [illness cause by treatment]" (Zucker 2020 at 37).

134. Based on this data, we should consider the risk that social transition may increase the desire for cosmetic medical interventions to appear as the other sex, and these treatments harm healthy tissue and pose significant risks, without clear benefit.

135. Social transition may also undermine an individual's desire to participate in psychotherapy to explore why they have their body-related distress, thereby undermining the process of exploration and self-reflection that can lead to relief of the gender-related distress. Inmates with Gender Dysphoria tend to have significant trauma-related experiences and may have been treated poorly by family, peers, primary caretakers, and others, due to their gender non-conformity.

43

AR-002642

Sometimes incarcerated males identifying as transgender females have assaulted women and may be searching for an escape from their masculinity. All of these are important topics that require exploration in psychotherapy. It has been my experience that inmates (adults and juveniles) of both sexes with Gender Dysphoria often do not want psychotherapy because they are convinced that affirmation and medical interventions are the best and only treatment for their Gender Dysphoria. This misinformation has created an unfortunate "nocebo effect" in gender medicine, undermining psychotherapy (Clayton 2022). The nocebo effect is a phenomenon where negative expectations about a treatment or experience led to worse outcomes. The nocebo effect does occur in psychotherapy (Locher 2019). The nocebo effect in patients with Gender Dysphoria is created through promotion of affirmative treatments and derogatory proclamations, such as the claim that psychotherapy is "conversion therapy", creating the conditions that many patients with gender dysphoria have expectations that the psychotherapy is useless, inappropriate, or harmful.

136.    There is limited evidence suggesting that allowing cosmetic and clothing items, such binders, undergarments, makeup, wigs, and other accessories and items stereotypically associated with the opposite sex, would improve or resolve symptoms associated with Gender Dysphoria. And there is no evidence-based study or reliable evidence showing that access to such items improves or resolves symptoms in inmates with Gender Dysphoria, regardless of whether the inmate is in a facility that aligns with the inmate's biological sex or gender identity. The fact that some social-transitioning items are psychologically pleasing to inmates with Gender Dysphoria does not mean that such interventions are medically necessary. Such social-transitioning items are not medically necessary, as they can prolong the symptoms and undermine psychotherapy, and there is no clear evidence of medical benefit.

44

137.    In the correctional context, making social transition items available can work against the patients' overall mental health because having such items likely will prolong the symptoms of Gender Dysphoria for the already vulnerable inmate-patient population with significant co-morbidities, and because they may enhance the patients' reluctance to receive psychotherapy, when such treatment could have long-lasting benefits.

138.    "Concept creep" is the principle that psychological and psychosocial concept start with a valid narrow idea that can arise out of a desire to help but, applied in new contexts and with less extreme forms, it can enfeeble those it is intended to assist (Haslam 2016). Those who advocate for social transition functionally lowers the bar for what is expected of individuals with gender dysphoria, such that we are led to believe they cannot handle routine experiences such as wearing clothing consistent with their sex, accepting their appearance, and being addressed by their biological sex. Medical necessity now is claimed by advocates of gender affirmation to include assisting with a preoccupation with appearance and avoidance of accurate but distress-provoking words. The psychological over-protection of social transition sends an institutional-wide message that inmates with gender dysphoria are unable to cope with knowing their own sex or appearing as they appear. There is no clear evidence that social transition does, in fact, lead to functional or mental health improvement in inmates. It may more often contribute to distress by prioritizing accommodating the distress rather than engaging the process of overcoming the distress.

139.    The same is true with male inmates' requests to be housed in female facilities as part of the male inmates' social transition. To the extent that transfer to a prison facility matching the inmate's gender identity rather than the inmate's biological sex is asserted to be a treatment for Gender Dysphoria, transfer is not medically necessary. There is no reliable study or high-quality evidence suggesting that an inmate being housed in a facility in line with the inmate's gender identity rather

45

than the inmate's biological sex has any meaningful benefits (let alone long-term benefits) to the inmate's Gender Dysphoria symptoms. Even if there were evidence suggesting social transitioning in society at large treats Gender Dysphoria, the secure prison environment is fundamentally different. There may also be other concerns, such as security and prison administration concerns, with such transfers that could outweigh the speculative medical or mental health benefits of transfer for inmates with Gender Dysphoria. For example, highly relevant is the fact that the presence of a biological male in close quarters in a female prison could significantly harm the emotional and physical well-being of certain female prisoners, such as female victims of sexual abuse. This concern is particularly acute since female prisoners suffer from extremely high rates of sexual trauma. Placing these vulnerable female inmates with biological males could have meaningful negative effects on female inmates.

140.    Unlike many other mental health treatments, where the focus is on the patients themselves, requiring prison officials to allow social transition as "treatment" for Gender Dysphoria is asking the administration, staff, and other inmates to validate the inmate's gender preference without any proven benefits. Again, while social transition might decrease inmate-patients' discomfort in the short term, it ultimately may cause long-term harm, such as continuation of Gender Dysphoria. Having correctional policies along the lines of biological sex can help set inmate-patients' expectations such that they may be amenable to proven mental health treatments discussed above. That is, maintaining neutral stances, rather than stances that validate the inmate-patient's preferred gender, can reasonably be expected to benefit the inmate-patient in the long term, as prison officials seek to balance competing interests in safeguarding the inmate's welfare.

46

AR-002645

## PRISON RELATED SPECIAL TOPICS

141.    Incarcerated people tend to have histories, characteristics, and vulnerabilities that differ substantially from community-dwelling people with Gender Dysphoria. Thus, different considerations apply when assessing the appropriate medical treatment for inmates. "Inmates who seek treatment for [Gender Dysphoria] typically display little resemblance to the patients who present for treatment in the community, and prison life bears little resemblance to life in the community. The [WPATH] SOC were not developed with the complexities, vulnerabilities, and life circumstances of incarcerated persons in mind" (Osborne & Lawerence 2016 at 1651).

142.    The concept of social transitioning through social accommodations, hormones, or surgery is out of place in the correctional context because an inmate does not live in society at large but a secure prison environment.

143.    And as noted above, the inmate population generally also has poorer health status. "These factors coupled with the safety and security concerns found in a carceral setting, provide challenges to BOP medical providers that are not present to medical providers who provide treatment outside of a prison setting" (Stahl Decl.).

### Unavailability of Certain Treatment in Prison

144.    Simply because a treatment may be available in the community does not mean that it should be provided in a prison setting. This situation is not exceptional. Prisons and correctional systems have formularies, lists of approved medications and supplies that determine what will be available for medical providers to use. For instance, the medication quetiapine (brand name Seroquel) is "off formulary" in many prisons, despite being routinely available in the community. This is because quetiapine has abuse potential and is often traded and sold in correctional environment, thus increasing risks to the inmate population. When quetiapine or other sedating medications are

47

AR-002646

prescribed, clinicians get excessive requests for them, with prisoners exaggerating or malingering illness to obtain them. Their availability also alters the social milieu because inmates, especially those with actual mental illness, will be enticed, or even "strongarmed" to obtain sedating medications like quetiapine for distribution. As such, even if some patients may benefit from them, it is safer and better for the prison population when these medications are off formulary and unavailable and alternative medications or treatments are pursued.

145.    Another example is ketamine for depression, which is offered in the community, but to my knowledge, is not available through BOP. Transcranial Magnetic Stimulation (TMS) is also a community option for depression treatment, but to my knowledge, TMS is not available through BOP.

146.    Thus, although cross-sex hormones and surgeries and items for social transition may be available in the community, it is reasonable that they are not provided in the prison setting. Mental health care for Gender Dysphoria in the prison setting must be adequate and appropriate but should not involve exceptional means that may have long-term negative effect on the prison's vulnerable population. The medical and social transition approach to Gender Dysphoria is exceptional within medicine and mental health care (Amos 2024), because it provides unclear benefits, impedes other proven therapeutic approaches, and calls for changing and harming healthy tissues to treat a mental disorder.

147.    The prisoner population necessarily includes vulnerable inmates. Such inmates need added protections to provide them, including those with Gender Dysphoria, the right care, including to guard against over-treatment. For those reasons and the others explained in this declaration, sex-trait modification, such as through cross-sex surgery, in prison settings should not be considered

48

AR-002647

the standard of care or medically necessary. More conservative and cautious treatments appear much more appropriate.

**Self-Injury**

148.    Self-injurious behavior and threats of self-harm are serious matters within correctional institutions. Correctional psychiatrists and other mental health professionals make difficult decisions to balance risks. Prisoners may have limited regard for their own bodies and may be willing to injure themselves for a constellation of reasons, including sometimes due to a wish to die, but more often as an expression of psychic distress or as a means of avoidance or gain (Carli 2011, Dixon-Gordon 2012). In my experience working in correctional facilities and treating adult and juvenile inmates, including those diagnosed with Gender Dysphoria, inmates frequently use threats of self-harm and suicide to try to obtain concessions from prison officials.

149.    Self-harm and threats of self-harm must be met with nuanced responses, yet any response that provides either tangible or psychological rewards, may increase expressions of self-harm. When prisoners' expressions of self-harm or threats of self-harm are rewarded, the institution can be said to "shape up" patterns of thinking and behaving, which can mold chronic, dysfunctional self-harming behaviors and may even end tragically. This can be characterized as an iatrogenic harm. That is, correctional policies, institutional environments, and responses to inmates can and do increase threats of self-harm, suicide, or self-injurious behavior. If prisoners believe that threats of self-harm or actual self-harm will lead to receiving certain items or treatments they prefer, such as hormone therapy, surgeries, or movement to favorable settings, like women's prison, this can lead to more self-harm. In corrections, rewarding self-injury or threats of self-injury tends to increase overall self-harm, both for the individual patient and also within the system. In prisons,

AR-002648

there is always a difficult balance of short- and long-term safety concerns, and each patient must be considered as part of the system.

150.    Simple and clear institutional policies, such as no social transitions or no initiation of new hormone treatments, are likely to lead to the lowest level of self-harm and the least overall harm to inmates because when prisoners know the interventions they desire are not available, they are less likely to self-harm to obtain them. In other words, it is reasonable for prison administrators to have outright prohibitions of providing inmates benefits, such as unproven surgeries, special-order items, and housing placements, in response to self-harm or suicide threats to discourage false threats.

151.    Malingering is another difficult and common issue in correctional facilities. Gender identity is a declared internal state. But prisoners can easily recite the criteria for Gender Dysphoria to qualify for the special treatments available for those diagnosed with the medical condition. These tangible benefits can include restrictions about who can search you; choice regarding housing and cellmates; more time with therapists, nurses, and medical staff; and other special privileges. Considering the generally powerless position of inmates, it should not be underestimated how psychologically rewarding it can be for some inmates to have power over even minor aspects of the conditions of their confinement.

152.    Saying no to patients can seem unkind and unjust. Yet the refusal to provide certain treatments is underpinned by medical ethics, including the prevention of iatrogenic harms from unwarranted, risky, and ineffective treatments. It is, therefore, important that malingering—which can be pronounced in the correctional setting as discussed—is properly addressed without causing harm to the inmate.

AR-002649

153.    Finally, medical providers have a duty to protect scarce medical resources and to "apprise their patients of their conditions and the treatment options in language that is accurate, ethically neutral, and in no way misleading" (HHS 2025 at 29). In dealing with the special and vulnerable population of inmates with Gender Dysphoria, medical and mental health providers can serve this population best by straightforward and honest discussion of clinical issues. Neutral policy and a neutral clinical stance that neither affirms nor denies patient claims about themselves appear to represent the most compassionate and medically beneficial approach.

## CONCLUSIONS

154.    Hormone therapy is unproven and experimental treatment for Gender Dysphoria that generally should not be available to those in the custody of the BOP. Though it is not medically necessary to provide hormone therapy to inmates who are diagnosed with Gender Dysphoria but not currently receiving hormone therapy, inmates currently receiving hormone therapy may be a more complex situation. In most circumstances, it is appropriate, after individual assessment, to discontinue hormone therapy for inmates currently receiving hormone therapy through an appropriate withdrawal process. In a limited set of circumstances, it may be appropriate, after individual assessment, to continue hormone therapy for inmates already being treated with hormones.

155.    Cross-sex surgeries are not medically necessary and should not be available in correctional environments.

156.    "Social accommodation" is not medically necessary in the correctional setting.

157.    It is not medically necessary to house inmates with Gender Dysphoria according to their asserted gender identity.

AR-002650

I verify, under the penalties for perjury the foregoing representations are true.

Executed this 19th day of September, 2025.

_____
**Kristopher E. Kaliebe, M.D.**

AR-002651

**REFERENCES**

1.      Abbruzzese, E., Levine, S. B., & Mason, J. W. (2022). The Myth of "Reliable Research" in Pedi-atric Gender Medicine: A critical evaluation of the Dutch Studies—and research that has fol-lowed. Journal of Sex & Marital Therapy, 1-27.

2.      Agostino, H., Burstein, B., Moubayed, D., Taddeo, D., Grady, R., Vyver, E., ... & Coelho, J. S. (2021). Trends in the incidence of new-onset anorexia nervosa and atypical anorexia nervosa among youth during the COVID-19 pandemic in Canada. JAMA network open, 4(12), e2137395-e2137395

3.      Alho, J., Gutvilig, M., Niemi, R., Komulainen, K., Böckerman, P., Webb, R., ... & Hakulinen, C. (2023). Transmission of mental disorders in adolescent peer networks: a Finnish nationwide registry study. JAMA Psychiatry.

4.      Allgayer, R. M. M., da Silva Borba, G., Moraes, R. S., Ramos, R. B., & Spritzer, P. M. (2023). The effect of gender-affirming hormone therapy on the risk of subclinical atherosclerosis in the transgender population: a systematic review. Endocrine Practice, 29(6), 498-507.

5.      American Psychiatric Association. (2019, October 14). Study finds long-term mental health benefits of gender affirming surgery for transgender individuals (erratum August 2020). https://www.psychiatry.org/news-room/news-releases/study-finds-long-term-mental-health-benefits-of-ge

6.      Amos A. The gender-affirming model of care is incompatible with competent, ethical medical practice. Australasian Psychiatry. 2024;32(3):220-223.

7.      Anckarsäter, H., & Gillberg, C. (2020). Methodological shortcomings undercut statement in support of gender-affirming surgery. American Journal of Psychiatry, 177(8), 764-765. https://doi.org/10.1176/appi.ajp.2020.20050673

AR-002652

8.    Aranda, G., Halperin, I., Gomez-Gil, E., Hanzu, F. A., Seguí, N., Guillamon, A., & Mora, M. (2021). Cardiovascular risk associated with gender affirming hormone therapy in transgender population. Frontiers in endocrinology, 12, 718200.

9.    Archer, J. (2019). The reality and evolutionary significance of human psychological sex differences. Biological Reviews, 94(4), 1381-1415.

10.    Bailey Retraction Note (2023). Retraction Note: Rapid Onset Gender Dysphoria: Parent Reports on 1655 Possible Cases. Springer Nature. Retrieved from https://link.springer.com/article/10.1007/s10508-023-02576-9.

11.    Bailey, J. M. (2020). The minority stress model deserves reconsideration, not just extension. Archives of Sexual Behavior, 49(7), 2265-2268.

12.    Bailey, J. M. (2023, May 16). Why is my gender research being cancelled? Activists are taking over prestigious journals. The orthodoxy cannot be questioned. Unherd. https://unherd.com/2023/05/why-is-my-gender-research-being-cancelled/

13.    Baker, K. et al. (2021). Hormone Therapy, Mental Health, and Quality of Life Among Transgender People: A Systematic Review. Journal of Endocrine Society, Volume 5, Issue 4, April 2021.

14.    Bhargava, A., Arnold, A. P., Bangasser, D. A., Denton, K. M., Gupta, A., Hilliard Krause, L. M., ... & Verma, R. (2021). Considering sex as a biological variable in basic and clinical studies: an endocrine society scientific statement. *Endocrine reviews*, *42*(3), 219-258

15.    Biggs, M. (2022). Suicide by clinic-referred transgender adolescents in the United Kingdom. Archives of sexual behavior, 51(2), 685-690.

16.    Biggs, M. (2022). The Dutch protocol for Juvenile transsexuals: Origins and evidence. Journal of sex & marital therapy, 1-21.

54

AR-002653

17.    Biggs M. Psychosocial functioning in transgender youth after hormones. N Engl J Med. 2023;389:1536-1537. doi:10.1056/NEJMc2302030

18.    Bindewald, B., & Hawkins, J. (2021). Speech and inquiry in public institutions of higher education: Navigating ethical and epistemological challenges. Educational Philosophy and Theory, 53(11), 1074-1085.

19.    Block J. Gender dysphoria in young people is rising-and so is professional disagreement. BMJ. 2023 Feb 23;380:382. doi: 10.1136/bmj.p382. PMID: 36822640.

20.    Boe v. Marshall. (2024)., James Canter report No. 2: 22-cv-00184 (filed 27 May 2024). https://www.alabamaag.gov/wp-content/uploads/2024/10/SJ.DX4-557-4-Cantor-Supp.-Report-App.-A-Sub.-UNSEALED.pdf

21.    16.    Boe v. Marshall. (2024), Civil Action No. 2:22-cv-184-LCB, Kaliebe supplemental report, dated February 2, 2024 https://www.alabamaag.gov/wp-content/uploads/2024/10/SJ.DX16-557-16-Kaliebe-Supp.-Report-UNSEALED.pdf

22.    Bränström, R., & Pachankis, J. E. (2020a). Reduction in mental health treatment utilization among transgender individuals after gender-affirming surgeries: A total population study. American Journal of Psychiatry, 177(8), 727-734. https://doi.org/10.1176/appi.ajp.2020.20050674

23.    Bränström, R., & Pachankis, J. E. (2020b). Towards rigorous methodologies for strengthening causal inference in the association between gender-affirming care and transgender individuals' mental health: Response to letters. American Journal of Psychiatry, 177(8), 769-772. https://doi.org/10.1176/appi.ajp.2020.20050676

24.    Brewerton, T. D., Suro, G., Gavidia, I., & Perlman, M. M. (2022). Sexual and gender minority individuals report higher rates of lifetime traumas and current PTSD than cisgender

55

AR-002654

heterosexual individuals admitted to residential eating disorder treatment. Eating and weight disorders-studies on anorexia, bulimia and obesity, 27(2), 813-820.

25.    Brinsley, J., Schuch, F., Lederman, O., Girard, D., Smout, M., Immink, M. A., ... & Rosenbaum, S. (2021). Effects of yoga on depressive symptoms in people with mental disorders: a systematic review and meta-analysis. British journal of sports medicine, 55(17), 992-1000.

26.    Bschor, T., Nagel, L., Unger, J., Schwarzer, G., Baethge, C. (2024, May 29). Differential outcomes of placebo treatment across 9 psychiatric disorders: A systematic review and meta-analysis. JAMA Psychiatry. https://doi.org/10.1001/jamapsychiatry.2024.0276Buss, D; When Men Behave Badly, The hidden roots of sexual deception, harassment and assault, New York, Little, Brown 2021.

27.    Byne, W., Bradley, S. J., Coleman, E., Eyler, A. E., Green, R., Menvielle, E. J., ... & Tompkins, D. A. (2012). Report of the American Psychiatric Association task force on treatment of gender identity disorder. Archives of sexual behavior, 41(4), 759-796.

28.    Byrne, A. (2023). The origin of "gender identity". Archives of Sexual Behavior, 52(7), 2709-2711.

29.    Carli, V., Mandelli, L., Poštuvan, V., Roy, A., Bevilacqua, L., Cesaro, C., ... & Sarchiapone, M. (2011). Self-harm in prisoners. CNS spectrums, 16(3), 75-81.

30.    Cass Review, Independent Review of Gender Identity Services for Children and Young People, Final Report, 2024  https://cass.independent-review.uk/home/publications/final-report/

31.    Castro-Peraza, M. E., García-Acosta, J. M., Delgado, N., Perdomo-Hernández, A. M., Sosa-Alvarez, M. I., Llabrés-Solé, R., & Lorenzo-Rocha, N. D. (2019). Gender identity: The human right of depathologization. International journal of environmental research and public health, 16(6), 978.

56

32.     Chen, D., Berona, J., Chan, Y. M., Ehrensaft, D., Garofalo, R., Hidalgo, M. A., ... & Olson-Kennedy, J. (2023). Psychosocial Functioning in Transgender Youth after 2 Years of Hormones. New England Journal of Medicine, 388(3), 240-250.

33.     Choukas-Bradley, S., Roberts, S. R., Maheux, A. J., & Nesi, J. (2022). The perfect storm: A developmental–sociocultural framework for the role of social media in adolescent girls' body image concerns and mental health. Clinical Child and Family Psychology Review, 25(4), 681-701.

34.     Ciszek, E., Mocarski, R., Price, S., & Almeida, E. (2021). Discursive stickiness: Affective institutional texts and activist resistance. Public Relations Inquiry, 10(3), 295-310.

35.     Clark, C. J., Fjeldmark, M., Lu, L., Baumeister, R. F., Ceci, S., Frey, K., Miller, G., Reilly, W., Tice, D., von Hippel, W., & Williams, W. M. (2024, May 16). Taboos and self-censorship among US psychology professors. Perspectives on Psychological Science, 17456916241252085. https://doi.org/10.1177/17456916241252085

36.     Clark, C. J., Graso, M., Redstone, I., & Tetlock, P. E. (2023). Harm hypervigilance in public reactions to scientific evidence. Psychological Science, 34(7), 834-848.

37.     Clark, C. J., Jussim, L., Frey, K., Stevens, S. T., Al-Gharbi, M., Aquino, K., Bailey, J. M., Barbaro, N., Baumeister, R. F., Bleske-Rechek, A., Buss, D. (2023, November 28). Prosocial motives underlie scientific censorship by scientists: A perspective and research agenda. Proceedings of the National Academy of Sciences, 120(48), e2301642120. https://doi.org/10.1073/pnas.2301642120

38.     Clayton, A. (2023, February). Gender-affirming treatment of Gender Dysphoria in youth: A perfect storm environment for the placebo effect—the implications for research and clinical practice. *Archives of Sexual Behavior*, 52(2), 483–494. https://doi.org/10.1007/s10508-022-02156-7

AR-002656

39.    Cogodi, E., Ranieri, J., Martelli, A., & Di Giacomo, D. (2024, July). Emotional Dysregulation in Anorexia Nervosa: Scoping Review of Psychological Treatments. In Healthcare (Vol. 12, No. 14, p. 1388). MDPI.

40.    Coleman, E., Radix, A. E., Bouman, W. P., Brown, G. R., De Vries, A. L., Deutsch, M. B., Ettner, R., Fraser, L., Goodman, M., Green, J., Hancock, A. B. (2022, August 19). Standards of care for the health of transgender and gender diverse people, version 8. *International Journal of Transgender Health*, 23(sup1), S1–S259. https://doi.org/10.1080/26895269.2022.2067013

41.    Coleman, O., Baldwin, J. R., Dalgleish, T., Rose-Clarke, K., Widom, C. S., & Danese, A. (2024). Research Review: Why do prospective and retrospective measures of maltreatment differ? A narrative review. Journal of Child Psychology and Psychiatry, 65(12), 1662-1677. https://doi.org/10.1111/jcpp.14048

42.    Cohn, J. (2023). The Detransition Rate Is Unknown. Archives of Sexual Behavior, 1-16.

43.    Cosentino, C. E., Meyer-Bahlburg, H. F., Alpert, J. L., & Gaines, R. (1993). Crossgender behavior and gender conflict in sexually abused girls. Journal of the American Academy of Child & Adolescent Psychiatry, 32(5), 940-947.

44.    Cuijpers, P., Reijnders, M., & Huibers, M. J. (2019). The role of common factors in psychotherapy outcomes. Annual review of clinical psychology, 15(1), 207-231.

45.    Dahlen, S., Connolly, D., Arif, I., Junejo, M. H., Bewley, S., & Meads, C. (2021). International clinical practice guidelines for gender minority/trans people: Systematic review and quality assessment. BMJ open, 11(4), e048943.

46.    Dahlen, S, Meads C. & Bewley S, November 2, 2022 WPATH Standards of Care: A new edition using outdated methods weakens the trustworthiness of content

58

AR-002657

https://bmjopen.bmj.com/content/11/4/e048943.responses#wpath-standards-of-care-a-new-edition-using-outdated-methods-weakens-the-trustworthiness-of-content

47.    D'Angelo, R. (2023). Supporting autonomy in young people with gender dysphoria: psychotherapy is not conversion therapy. Journal of medical ethics, 51(1), 3-9.

48.    D'Angelo, R., Syrulnik, E., Ayad, S., Marchiano, L., Kenny, D. T., & Clarke, P. (2021). One size does not fit all: In support of psychotherapy for Gender Dysphoria. Archives of Sexual Behavior, 50(1), 7–16. https://doi.org/10.1007/s10508-021-01993-1

49.    da Silva, L. M. B., Freire, S. N. D., Moretti, E., & Barbosa, L. (2024). Pelvic floor dysfunction in transgender men on gender-affirming hormone therapy: a descriptive cross-sectional study. International Urogynecology Journal, 35(5), 1077-1084.

David D, Cristea I, Hofmann SG. Why Cognitive Behavioral Therapy Is the Current Gold Standard of Psychotherapy. Front Psychiatry. 2018 Jan 29;9:4. doi: 10.3389/fpsyt.2018.00004. PMID: 29434552; PMCID: PMC5797481.

50.    Department of Health and Human Services Treatment for Pediatric Gender Dysphoria, Review of Evidence and Best Practices, May 1, 2025

51.    Deveci, M., Laban-Sharman, A., & Laban-Sharman, R. (2023). Systematic review to explore the effect of yoga on anxiety in adults. Mental Health: Global Challenges, 6(1), 39-46.

52.    Dhejne C, Lichtenstein P, Boman M, Johansson AL, Långström N, Landén M. Long-term follow-up of transsexual persons undergoing sex reassignment surgery: cohort study in Sweden. PLoS One. 2011;6(2):e16885.

53.    Dixon-Gordon, K., Harrison, N., & Roesch, R. (2012). Non-suicidal self-injury within offender populations: A systematic review. International Journal of forensic mental health, 11(1), 33-50.

59

AR-002658

54.     Dreger, A. D. (2008). The controversy surrounding The Man Who Would Be Queen: A case history of the politics of science, identity, and sex in the Internet age. Archives of Sexual Behavior, 37, 366–421. https://doi.org/10.1007/s10508-008-9352-x

55.     Dutra, E., Lee, J., Torbati, T., Garcia, M., & Merz, C. N. B. (2019). Cardiovascular implications of gender-affirming hormone therapy in transgender individuals. Circulation, 140(25), e985–e986.

56.     The Economist: *Research into trans medicine has been manipulated,* Jun 27th 2024.

57.     Emmelkamp, P. M., & Meyerbröker, K. (2025). Psychotherapies for the treatment of personality disorders: the state of the art. Current Opinion in Psychiatry, 38(1), 66-71.

58.     Evans, D. (2003). Hierarchy of evidence: a framework for ranking evidence evaluating healthcare interventions. Journal of clinical nursing, *12*(1), 77-84.

59.     Evans, M. (2023). Assessment and treatment of a gender-dysphoric person with a traumatic history. Journal of Child Psychotherapy, 49(1), 60–75.

60.     Fenton, J. J., Jerant, A. F., Bertakis, K. D., & Franks, P. (2012). The cost of satisfaction: a national study of patient satisfaction, health care utilization, expenditures, and mortality. Archives of internal medicine, 172(5), 405–411. https://doi.org/10.1001/archinternmed.2011.1662

61.     Feinstein, R., Heiman, N., & Yager, J. (2015). Common factors affecting psychotherapy outcomes: Some implications for teaching psychotherapy. Journal of Psychiatric Practice®, 21(3), 180-189.

62.     Ferrin, P. C., Eble, D., Moeller, E. A., Isbester, K., & Peters, B. R. (2025). Defining a danger zone for iatrogenic long thoracic nerve injury in gender-affirming mastectomy. Journal of Plastic, Reconstructive & Aesthetic Surgery, 100, 362-367.

AR-002659

63.    Frost, D. M., & Meyer, I. H. (2023). Minority stress theory: Application, critique, and continued relevance. Current Opinion in Psychology, 101579.

64.    Furlong, Y., & Janca, A. (2022). Epidemiology of personality disorders in individuals with Gender Dysphoria. Current Opinion in Psychiatry, 35(1), 78-82.

65.    Gao, J. L., Sanz, J., Tan, N., King, D. S., Modest, A. M., & Dommasch, E. D. (2023). Androgenetic alopecia incidence in transgender and gender diverse populations: A retrospective comparative cohort study. Journal of the American Academy of Dermatology, 89(3), 504–510. https://doi.org/10.1016/j.jaad.2023.01.0371w2 ;

66.    Gehring, D., & Knudson, G. (2005). Prevalence of childhood trauma in a clinical population of transsexual people. International Journal of Transgenderism, 8(1), 23-30.

67.    Getahun, D., Nash, R., Flanders, W. D., Baird, T. C., Becerra-Culqui, T. A., Cromwell, L., ... & Goodman, M. (2018). Cross-sex hormones and acute cardiovascular events in transgender persons: a cohort study. Annals of internal medicine, 169(4), 205-213.

68.    Giedinghagen, A. (2023). The tic in TikTok and (where) all systems go: Mass social media induced illness and Munchausen's by internet as explanatory models for social media associated abnormal illness behavior. Clinical child psychology and psychiatry, 28(1), 270-278.

69.    Gliske, S. (2021, April 30). Journal retracts paper on Gender Dysphoria after 900 critics petition. Retraction Watch. https://retractionwatch.com/2020/04/30/journal-retracts-paper-on-gender-dysphoria-after-900-critics-petition/

70.    Gliske, S. V. (2019, November 1). A new theory of Gender Dysphoria incorporating the distress, social behavioral, and body-ownership networks. Eneuro, 6(6). https://doi.org/10.1523/ENEURO.0271-19.2019

61

71.    Glintborg, D., Møller, J. J. K., Rubin, K. H., Lidegaard, Ø., T'Sjoen, G., Larsen, M. L. J. Ø., ... & Andersen, M. S. (2025). Mental and physical health among Danish transgender persons compared with cisgender persons. JAMA network open, 8(4), e257115-e257115.

72.    Gøtzsche PC, Demasi M. Interventions to help patients withdraw from depression drugs: A systematic review. Int J Risk Saf Med 2024;35:103-16.

73.    Gomez-Lumbreras, A., & Villa-Zapata, L. (2024). Exploring safety in gender-affirming hormonal treatments: an observational study on adverse drug events using the food and drug administration adverse event reporting system database. Annals of Pharmacotherapy, 58(11), 1089-1098.

74.    Gosiker B, Moutchia J, Nguyen N, Getahun D, Goodman M. Changes in Blood Lipids Following Initiation of Gender Affirming Hormone Therapy: A Systematic Review and Meta-Analysis. J Clin Transl Endocrinol. 2024 Apr 30;36:100349. doi: 10.1016/j.jcte.2024.100349. PMID: 38737626; PMCID: PMC11087959.

75.    Griffin, L., Clyde, K., Byng, R., & Bewley, S. (2021). Sex, gender and gender identity: a re-evaluation of the evidence. BJPsych Bulletin, 45(5), 291-299.

76.    Gupta, M., Jassi, A., & Krebs, G. (2023). The association between social media use and body dysmorphic symptoms in young people. Frontiers in Psychology, 14, 1231801.

77.    Guyatt G.H., Sackett D.L., Sinclair J.C., Hayward R., Cook D.J. & Cook R.J. (1995) Users guide to the medical literature: IX. A method for grading healthcare recommendations. JAMA 274, 1800–1804.

78.    Guyatt, G. H., Oxman, A. D., Kunz, R., Vist, G. E., Falck-Ytter, Y., & Schünemann, H. J. (2008). What is "quality of evidence" and why is it important to clinicians?. Bmj, 336(7651), 995-998.

AR-002661

79.    Hacking, I. (2006, August 17). Making up people. London Review of Books, 28(16). Retrieved November 1, 2022, from https://www.lrb.co.uk/the-paper/v28/n16/ian-hacking/making-up-people

80.    Hakeem, A. (2012). Psychotherapy for gender identity disorders. Advances in psychiatric treatment, 18(1), 17-24.Hall RCW, Hall RCW, Chapman MJ. Psychiatric complications of anabolic steroid abuse. Psychosomatics. 2005;46(4): 285-290. doi:10.1176/appi.psy.46.4.285

81.    Hall R, Taylor J, Hewitt CE, et al Impact of social transition in relation to gender for children and adolescents: a systematic review Archives of Disease in Childhood Published Online First: 09 April 2024. doi: 10.1136/archdischild-2023-3261

82.    Harrison, A., de la Cruz, L. F., Enander, J., Radua, J., & Mataix-Cols, D. (2016). Cognitive-behavioral therapy for body dysmorphic disorder: A systematic review and meta-analysis of randomized controlled trials. Clinical psychology review, 48, 43-51.

83.    Haslam, N. (2016). Concept creep: Psychology's expanding concepts of harm and pathology. Psychological inquiry, 27(1), 1-17.

84.    Hayes, M. (2018). Doctor fired from gender identity clinic says he feels "vindicated" after CAMH apology, settlement. The Globe and Mail. https://www.theglobeandmail.com/canada/toronto/article-doctor-fired-from-gender-identity-clinic-says-he-feels-vindicated/

85.    Heino, E., Ellonen, N., & Kaltiala, R. (2021). Transgender Identity Is Associated With Bullying Involvement Among Finnish Adolescents. Frontiers in Psychology, 11, 612424. https://doi.org/10.3389/fpsyg.2020.612424

86.    Hembree, W. C., Cohen-Kettenis, P. T., Gooren, L., Hannema, S. E., Meyer, W. J., Murad, M. H., Rosenthal, S. M., Safer, J. D., Tangpricha, V., T'Sjoen, G. G. (2017, November 1).

63

AR-002662

Endocrine treatment of gender-dysphoric/gender-incongruent persons: An endocrine society clinical practice guideline. The Journal of Clinical Endocrinology & Metabolism, 102(11), 3869–3903. https://doi.org/10.1210/jc.2017-01658

87.    Heterodox Academy. (2024). Campus expression survey. Heterodoxacademy.org. https://heterodoxacademy.org/campus-expression-survey/

88.    Heylens, G., De Cuypere, G., Zucker, K. J., Schelfaut, C., Elaut, E., Vanden Bossche, H., ... & T'Sjoen, G. (2012). Gender identity disorder in twins: a review of the case report literature. The Journal of Sexual Medicine, 9(3), 751-757.

89.    Hofmann, S. G., Asnaani, A., Vonk, I. J., Sawyer, A. T., & Fang, A. (2012). The efficacy of cognitive behavioral therapy: A review of meta-analyses. Cognitive therapy and research, 36, 427-440.

90.    Hooven, C. K. (2023). Academic freedom is social justice: Sex, gender, and cancel culture on campus. Archives of Sexual Behavior, 52, 35–41. https://doi.org/10.1007/s10508-023-02240-2

91.    Horesh D, Hasson-Ohayon I, Harwood-Gross A. The Contagion of Psychopathology across Different Psychiatric Disorders: A Comparative Theoretical Analysis. Brain Sciences. 2022; 12(1):67. https://doi.org/10.3390/brainsci12010067

92.    Institute of Medicine (US) Committee on Standards for Developing Trustworthy Clinical Practice Guidelines; Graham R, Mancher M, Miller Wolman D, et al., editors. Clinical Practice Guidelines We Can Trust. Washington (DC): National Academies Press (US); 2011. Available from: https://www.ncbi.nlm.nih.gov/books/NBK209539/ doi: 10.17226/13058

93.    Jorgensen SCJ. Transition Regret and Detransition: Meanings and Uncertainties. Arch Sex Behav. 2023 Jul;52(5):2173-2184.

AR-002663

94.    Jenkins, P., & Panozzo, D. (2024, March 19). "Ethical care in secret": Qualitative data from an international survey of exploratory therapists working with gender-questioning clients. Journal of Sex & Marital Therapy, 1–26. https://doi.org/10.1080/0092623X.2024.2186974

95.    Jussim, L., & Honeycutt, N. (2023). Psychology as science and as propaganda. Psychology Learning & Teaching, 22(3), 237–244. https://doi.org/10.1177/14757257231169672

96.    Kaila-Vanhatalo, M., Tolmunen, T., Mattila, A., & Kaltiala, R. (2025). Prevalence of Personality Disorder Diagnoses in People Referred to Specialized Gender Identity Clinics in Finland. Journal of Personality Disorders, 39(2), 95-112.

97.    Kalfas, M., Tsapekos, D., Butler, M., McCutcheon, R. A., Pillinger, T., Strawbridge, R., ... & Jauhar, S. (2025). Incidence and nature of antidepressant discontinuation symptoms: a systematic review and meta-analysis. JAMA psychiatry.

98.    Kalin, N. H. (2020). Reassessing mental health treatment utilization reduction in transgender individuals after gender-affirming surgeries: A comment by the editor on the process. American Journal of Psychiatry, 177(8), 764. https://doi.org/10.1176/appi.ajp.2020.20050672

99.    Karamanis, G., Karalexi, M., White, R., Frisell, T., Isaksson, J., Skalkidou, A., & Papadopoulos, F. C. (2022). Gender dysphoria in twins: a register-based population study. Scientific Reports, 12(1), 13439.

100.    Katamanin, O., Saini, S. & Jafferany, M. Psychological implications and quality of life after cosmetic rhinoplasty: a systematic review. Discov Psychol 4, 16 (2024). https://doi.org/10.1007/s44202-024-00126-5

101.    Katz-Wise, S. L., Ranker, L. R., Gordon, A. R., Xuan, Z., & Nelson, K. (2023). Sociodemographic patterns in retrospective sexual orientation identity and attraction change in the sexual orientation fluidity in youth study. Journal of Adolescent Health, 72(3), 437-443.

AR-002664

102.    Kaufman, S. B., (2025). Rise Above: Overcoming a Victim Mindset, Empower Yourself, and Realize your Potential. Penguin.

103.    Korte, A., & Gille, G. (2023). Wahlverwandtschaften? Trans-Identifizierung und Anorexia nervosa als maladaptive Lösungsversuche für Entwicklungskonflikte in der weiblichen Adoleszenz. Sexuologie, 30.

104.    Kozlowska, K., Hunter, P., Clayton, A., Kaliebe, K., & Scher, S. (2025). Obstacles to progress in paediatric gender medicine. European Journal of Developmental Psychology, 1-31.

105.    Kulatunga Moruzi, C., & Lawler, J. (2024). Frailties of Memory: Implications for Therapists Treating Gender Dysphoric Youth. Journal of Sex & Marital Therapy, 51(1), 110–125. https://doi.org/10.1080/0092623X.2024.2406854

106.    Laidlaw MK, Jorgensen S. Exploring Safety in Gender-Affirming Hormonal Treatments: An Observational Study on Adverse Drug Events Using the Food and Drug Administration Adverse Event Reporting System Database. Annals of Pharmacotherapy. 2024;59(5):491-492. doi:10.1177/10600280241278913

107.    Lam, J. S. H., Abramovich, A., Victor, J. C., Zaheer, J., & Kurdyak, P. (2022). Characteristics of transgender individuals with emergency department visits and hospitalizations for mental health. Psychiatric Services, 73(7), 722-729.

108.    Laska, K. M., Gurman, A. S., & Wampold, B. E. (2014). Expanding the lens of evidence-based practice in psychotherapy: a common factors perspective. Psychotherapy, 51(4), 467.

109.    Leemaqz, S. Y., Kyinn, M., Banks, K., Sarkodie, E., Goldstein, D., & Irwig, M. S. (2023). Lipid profiles and hypertriglyceridemia among transgender and gender diverse adults on gender-affirming hormone therapy. Journal of clinical lipidology, 17(1), 103–111. https://doi.org/10.1016/j.jacl.2022.11.010

66

AR-002665

110.    Lemke, A (2016) Drug Dealer, MD: How Doctors Were Duped, Patients Got Hooked, and Why It's So Hard to Stop, Johns Hospkins University Press

111.    Levine, S. B., Abbruzzese, E., & Mason, J. W. (2022). Reconsidering informed consent for trans-identified children, adolescents, and young adults. Journal of Sex & Marital Therapy, 48(7), 706-727

112.    Levine, S. B. (2016). Reflections on the legal battles over prisoners with gender dysphoria. Journal of the American Academy of Psychiatry and the Law Online, 44(2), 236-245.

113.    Levine, S. B. (2021). Reflections on the clinician's role with individuals who self-identify as transgender. Archives of sexual behavior, 50(8), 3527-3536.

114.    Lewis, J. E., Patterson, A. R., Effirim, M. A., Patel, M. M., Lim, S. E., Cuello, V. A., ... & Lee, W. C. (2025). Examining gender-specific mental health risks after gender-affirming surgery: a national database study. The Journal of Sexual Medicine, 22(4), 645-651.

115.    Littman, L. (2018). Parent reports of adolescents and young adults perceived to show signs of a rapid onset of Gender Dysphoria. PLoS One, 13(8), e0202330.

116.    Littman, L. (2021). Individuals treated for Gender Dysphoria with medical and/or surgical transition who subsequently detransitioned: A survey of 100 detransitioners. Archives of Sexual Behavior, 50(8), 3353-3369.

117.    Liu, H., Li, T. W., Liang, L., & Hou, W. K. (2021). Trauma exposure and mental health of prisoners and ex-prisoners: A systematic review and meta-analysis. Clinical Psychology Review, 89, 102069.

118.    Locher, C., Koechlin, H., Gaab, J., & Gerger, H. (2019). The other side of the coin: nocebo effects and psychotherapy. Frontiers in psychiatry, 10, 555.

AR-002666

119.    Maccoby, E. E. (1998). The two sexes: Growing up apart, coming together (Vol. 4). Harvard University Press.

120.    Mandell, B. F. (2016). The fifth vital sign: A complex story of politics and patient care. Cleveland Clinic journal of medicine, 83(6), 400-401.

121.    Marks, Hagigeorges, Manatis-Lornell, A.J. Dommasch, Senna, Hair loss among transgender and gender-nonbinary patients: a cross-sectional study   Br J Dermatol. 2019; 181:1082-1083

122.    Mazzoni, G., & Memon, A. (2003). Imagination can create false autobiographical memories. Psychological Science, 14(2), 186–188. https://doi.org/10.1046/j.1432-1327.2000.01821.x

123.    Miroshnychenko, A., Roldan, Y. M., Ibrahim, S., Kulatunga-Moruzi, C., Dahlin, K., Montante, S., ... & Brignardello-Petersen, R. (2025). Mastectomy for individuals with gender dysphoria younger than 26 years: a systematic review and meta-analysis. Plastic and Reconstructive Surgery, 155(6), 915-923.

124.    Miroshnychenko, A., Ibrahim, S., Roldan, Y., Kulatunga-Moruzi, C., Montante, S., Couban, R., ... & Brignardello-Petersen, R. (2025). Gender affirming hormone therapy for individuals with gender dysphoria aged< 26 years: a systematic review and meta-analysis. Archives of Disease in Childhood, 110(6), 437-445.

125.    Monteleone, A. M., & Abbate-Daga, G. (2024). Effectiveness and predictors of psychotherapy in eating disorders: state-of-the-art and future directions. Current Opinion in Psychiatry, 37(6), 417-423.

AR-002667

126.   Morandini JS, Kelly A, de Graaf NM, Malouf P, Guerin E, Dar-Nimrod I, Carmichael P. Is Social Gender Transition Associated with Mental Health Status in Children and Adolescents with Gender Dysphoria? Arch Sex Behav. 2023 Apr;52(3):1045-1060.

127.   Murad, M. H. (2017, March). Clinical practice guidelines: a primer on development and dissemination. In Mayo Clinic Proceedings (Vol. 92, No. 3, pp. 423-433). Elsevier.

128.   Murad, M. H., Chu, H., Lin, L., & Wang, Z. (2018). The effect of publication bias magnitude and direction on the certainty in evidence. BMJ Evid Based Med, 23(3), 84–86. https://doi.org/10.1136/bmjebm-2018-110891

129.   Nejadghaderi, S. A., Mousavi, S. E., Fazlollahi, A., Asghari, K. M., & Garfin, D. R. (2024). Efficacy of yoga for posttraumatic stress disorder: A systematic review and meta-analysis of randomized controlled trials. Psychiatry research, 340, 116098.

130.   Nota, N. M., Wiepjes, C. M., de Blok, C. J. M., Gooren, L. J., Kreukels, B. P. C., & den Heijer, M. (2020). The occurrence of acute cardiovascular events in transgender individuals receiving hormone therapy: Results from a large cohort study. The Journal of Clinical Endocrinology & Metabolism, 105(4), e1436–e1445.

131.   Ofshe, R., & Watters, E. (1994). Making monsters: False memories, psychotherapy, and sexual hysteria (p. 340). Charles Scribner's Sons/Macmillan Publishing Co.

132.   Olson KR, Durwood L, Horton R, et al. Gender identity 5 years after social transition. Pediatrics 2022;150:e2021056082.

133.   Öst, L. G., Brattmyr, M., Finnes, A., Ghaderi, A., Havnen, A., Hedman-Lagerlöf, M., ... & Wergeland, G. J. (2024). Cognitive behavior therapy for adult eating disorders in routine clinical care: A systematic review and meta-analysis. International Journal of Eating Disorders, 57(2), 249-264.

AR-002668

134. Paul, Pamela, Jul 12, 2024, New York Times, *Why is the US still pretending we know that gender affirming care works?*

135. Rae, J.R., Gulgoz, S., Durwood, L., DeMeules, M., Lowe, R., Lindquist, G., & Olson, K.R. (2019). Predicting early childhood gender transitions. Psychological Science, https://doi.org/10.1177/0956797619830649.

136. Rawee, P., Rosmalen, J. G., Kalverdijk, L., & Burke, S. M. (2024). Development of Gender Non-Contentedness During Adolescence and Early Adulthood. Archives of Sexual Behavior, 1-13.

137. Richman, B. D., & Schulman, K. A. (2022). Are patient satisfaction instruments harming both patients and physicians?. JAMA, 328(22), 2209-2210.

138. Robertson K, Gold I, Veissière S, Robillard R, Solomonova E. Delusional ideation is associated with social imagery: Felt presence, social anxiety, empathy and loneliness. Psychiatry Research Communications. 2024 Jun 1;4(2):100169.

139. Rodriguez-Seijas, C., Morgan, T. A., & Zimmerman, M. (2024). Transgender and gender diverse patients are diagnosed with borderline personality disorder more frequently than cisgender patients regardless of personality pathology. Transgender Health, 9(6), 554-565.

140. Ryan, Benjamin , NY Sun, July 10, 2024  https://www.nysun.com/article/damning-information-about-trans-medical-group-expected-to-reach-supreme-court-as-justices-consider-challenge-to-ban-on-gender-treatments-for-minors?lctg=0&recognized_email=editors-group%40nysun.com&newsletter-access&utm_source=MG&utm_medium=email&utm_campaign=Morning%20Sun%20%202024-07-10

AR-002669

141.    Ruuska, S. M., Tuisku, K., Holttinen, T., & Kaltiala, R. (2024). All-cause and suicide mortalities among adolescents and young adults who contacted specialised gender identity services in Finland in 1996–2019: a register study. BMJ Ment Health, 27(1).

142.    Selin Davis, Lisa, *Gender-distressed youth deserve the truth about the science*, The Hill July 11 2024.

143.    Sinai, J., & Sim, P. (2024). Psychodynamic psychotherapy for gender dysphoria is not conversion therapy. Journal of the Canadian Academy of Child and Adolescent Psychiatry, 33(2), 145.

144.    Schacter, D. L. (2022). Memory sins in applied settings: What kind of progress? Journal of Applied Research in Memory and Cognition, 11(4), 445–460. https://doi.org/10.1037/mac0000078

145.    Scott, C. L. (2013). Believing doesn't make it so: Forensic education and the search for truth. Journal of the American Academy of Psychiatry and the Law Online, 41(1), 18–32. https://jaapl.org/content/41/1/18

146.    Schwartz, L., Lal, M., Cohn, J. et al. Emerging and accumulating safety signals for the use of estrogen among transgender women. Discov Ment Health 5, 88 (2025). https://doi.org/10.1007/s44192-025-00216-3

147.    Shelemy, L., Cotton, S., Crane, C., & Knight, M. (2025). Systematic review of prospective adult mental health outcomes following affirmative interventions for gender dysphoria. International Journal of Transgender Health, 26(3), 480-500.

148.    Shorter, E. (2008). From paralysis to fatigue: a history of psychosomatic illness in the modern era. Simon and Schuster.

AR-002670

149.    Sirovich B. E. (2012). How to feed and grow your health care system: comment on "The cost of satisfaction". Archives of internal medicine, 172(5), 411–413. https://doi.org/10.1001/archinternmed.2012.62

150.    Soh, D. (2021). The end of gender: Debunking the myths about sex and identity in our society. Simon and Schuster.

151.    Steensma TD, McGuire JK, Kreukels BPC, et al. Factors associated with desistence and persistence of childhood Gender Dysphoria: a quantitative follow-up study. J Am Acad Child Adolesc Psychiatry 2013;52:582–90.

152.    Stevenson, D. K., Murray, J. C., Muglia, L. J., Wong, R. J., & Katz, M. (2023). Challenges to the study of Gender Dysphoria. Acta Paediatrica, 112(11), 2273–2275. https://doi.org/10.1111/apa.16916

153.    Stevens, S. T., Jussim, L., & Honeycutt, N. (2020). Scholarship suppression: Theoretical perspectives and emerging trends. Societies, 10(4), 82. https://doi.org/10.3390/soc10040082

154.    Stock, K. (2021). Material girls: Why reality matters for feminism. Hachette UK.

155.    Stoffers-Winterling, J. M., Storebø, O. J., Kongerslev, M. T., Faltinsen, E., Todorovac, A., Jørgensen, M. S., ... & Simonsen, E. (2022). Psychotherapies for borderline personality disorder: a focused systematic review and meta-analysis. The British Journal of Psychiatry, 221(3), 538-552.

156.    Straub, J. J., Paul, K. K., Bothwell, L. G., Deshazo, S. J., Golovko, G., Miller, M. S., ... & Miller, M. (2024). Risk of suicide and self-harm following gender-affirmation surgery. Cureus, 16(4).

157.    Tavris, C., & Aronson, E. (2007). Mistakes were made (but not by me): Why we justify foolish beliefs, bad decisions, and hurtful acts. Harcourt.

AR-002671

158.    Taylor J, Hall R, Heathcote C, et al Clinical guidelines for children and adolescents experiencing Gender Dysphoria or incongruence: a systematic review of guideline quality (part 1)Archives of Disease in Childhood Published Online First: 09 April 2024. doi: 10.1136/archdischild-2023-326499

159.    Taylor, J., Hall, R., Langton, T., Fraser, L., & Hewitt, C. E. (2024). Characteristics of children and adolescents referred to specialist gender services: a systematic review. Archives of Disease in Childhood.

160.    Thrower, E., Bretherton, I., Pang, K. C., Zajac, J. D., & Cheung, A. S. (2020). Prevalence of autism spectrum disorder and attention-deficit hyperactivity disorder amongst individuals with gender dysphoria: A systematic review. Journal of autism and developmental disorders, 50(3), 695-706.

161.    van Zyl, J. (2024). Formulating Gender Dysphoria as an affective-perceptual disturbance involving the body. Psychodynamic Practice, 1-17.

162.    Wager, T. D., & Atlas, L. Y. (2015). The neuroscience of placebo effects: connecting context, learning and health. Nature Reviews Neuroscience, 16(7), 403-418.

163.    West, R. F., Meserve, R. J., & Stanovich, K. E. (2012). Cognitive sophistication does not attenuate the bias blind spot. *Journal of Personality and Social Psychology, 103*(3), 506-519. https://doi.org/10.1037/a0029282

164.    Withers R. (2020). Transgender medicalization and the attempt to evade psychological distress. The Journal of analytical psychology, 65(5), 865–889. https://doi.org/10.1111/1468-5922.12641

73

AR-002672

165.    Wong, W. I., van der Miesen, A. I. R., Li, T. G. F., MacMullin, L. N., & VanderLaan, D. P. (2019). Childhood social gender transition and psychosocial well-being: A comparison to cisgender gender-variant children. Clinical Practice in Pediatric Psychology, 7(3), 241–253.

166.    Wright, C. (2020, July 30). *Think cancel culture doesn't exist? My own 'lived experience' says otherwise*. Quillette. https://quillette.com/2020/07/30/think-cancel-culture-doesnt-exist-my-own-lived-experience-says-otherwise/

167.    WPATH FILES,  available at: https://environmentalprogress.org/big-news/wpath-files

168.    WPATH    Office    and    Board    Member    Application    2020: https://www.wpath.org/media/cms/Documents/Elections/2024/FINAL%20Criteria%20for%20Board%20Member%20and%20Officer%20Positions%20-%20WPATH%20BOD%202024%20Election.pdf?_t=1713549023

169.    Zucker, K. J., Lawrence, A. A., & Kreukels, B. P. (2016). Gender dysphoria in adults. Annual Review of Clinical Psychology, 12, 217–247.

170.    Zucker KJ. Debate: different strokes for different folks. Child Adolesc Ment Health 2020; 25:36–7.

AR-002673