# EXHIBIT 1

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| ALISHEA KINGDOM, *et al.*, | |
| Plaintiffs, | |
| v. | Civ. A. No. 25-691 (RCL) |
| DONALD J. TRUMP, *et al.*, | |
| Defendants. | |

**[JOINT PROPOSED] ORDER**

It is hereby,

**ORDERED** that Defendants, their agents, and employees shall not retaliate against witnesses, including class members, because they have provided the Court information concerning BOP's compliance with the Court's Preliminary Injunction, either via oral testimony or written statements.

**IT IS FURTHER ORDERED** that Defendants, their agents, and employees shall not retaliate against witnesses, including class members, because they have filed a grievance alleging non-compliance with this Court's Preliminary Injunction or have contacted Plaintiffs' counsel or this Court alleging noncompliance with the Preliminary Injunction.

**IT IS FURTHER ORDERED** that to fall under the scope of this Order, Retaliation is defined as an adverse action against a witness motivated primarily by the individual's act of providing information to the Court or Plaintiffs' counsel, or filing a grievance alleging non-compliance with the Preliminary Injunction (hereinafter, "the Protected Activity") All other actions that have a valid penological, disciplinary, or medical purpose, do not constitute retaliation,

including but not limited to: disciplining class members for sustained infractions, issuing justified incident reports for class members' suspected disciplinary violations or for any other reason; conducting searches of class members' persons or cells for safety and security reasons; changing class members' housing assignments because of security risks; denying requested medical interventions that are not clinically indicated; or measures taken to ensure that class members adhere to institutional scheduling and assigned activities

**IT IS FURTHER ORDERED** that within 14 days of this order, Defendants shall provide written notice to wardens at all BOP facilities at which a class member is incarcerated, describing this order and attaching it. Within 14 days of this order, Defendants shall also provide written notification and a copy of this order to all class members via individual delivery, posted notifications, or electronic delivery.

**IT IS FURTHER ORDERED** that within 30 days of this order, counsel for Defendants shall file a written declaration detailing how this order was conveyed to staff and incarcerated people at all BOP facilities at which class members are incarcerated.

**IT IS FURTHER ORDERED** that the parties shall comply with the attached process regarding resolution of allegations of retaliation.

Nothing in this Order shall be construed to limit BOP's authority to administer its internal procedures, policies, or regulations in the ordinary course of its operations.

**IT IS SO ORDERED**.


Dated: _____          _____
                                    Hon. Royce C. Lamberth
                                    United States District Judge