Angela D. Caesar, Clerk
U.S. District & Bankruptcy Courts
for the District of Columbia

RECEIVED
MAILROOM
MAR 31 2026

Kingdom v. Trump, 25-cv-691 (D.D.C.)
MARRISSA HUNT #70092-097

Pg #1 of 5

3-9-2026

To THE HON. Royce C. Lamberth,

I am a Transgender (Male to female). I have a previous diagnoses of Gender Dysphoria.

On or about 3-22-2026 I sent to this Court a Motion requesting a Preliminary Injunction and/or a Temporary Restraining Order detailing the BOP's denial of providing me "Social Accomodations" and "Gender Affirming Care" as well as a placement at a Womens Prison.
     * I am seeking confirmation that this Court received my hand-written Motion sent from Tallahassee-FCI/FDC.
     I was transfered away from Tallahassee-FCI on 3-4-2026 and taken to McCreary-USP in Pine Knot, Kentucky. I was originally "designated" to Victorville-USP but re-routed to McCreary-USP.
     From May/2025 thru Current date I have on numerous Occassions requested of the Medical Dept's to start me on my Gender Affirming hormone medication to no avail. While at Coleman-USP-II from May-Jan-2026 I filed a grievance regarding this (Remedy # 1253246-R1)
     While at Coleman-USP-II not only was I denied any hormone treatment I was denied any "Social Accomodations". This denial continued while at Tallahassee-FDC and Tallahassee Prison official refused to give me any

grievance forms.

On 3-4-2026 I arrived at Pine Knot. kentucky (McCreary-USP) and immediately my feminine undergarments (Panties and Bra) were taken and I was forced to wash the make-up from my face, and my make-up kit was taken. I was told by numerous BOP Employees that while I was at McCreary I would be expected to act like a man and I would not be treated as a female. This was also explained to me by Lt. Hale upon my arrival.

I was then ordered to go to the Prisons all-male general population which I refused, out of fear for my safety. Also upon my arrival I was informed that their were no other Transgenders at McCreary-USP and that they had been forced off the Yard by the Gangs about a Year ago.

When I refused to go to Gen. Pop. I was taken to the SHU. Upon entering the SHU I was informed by C/o Walker that he was in-charge of the SHU. I was then placed in a shower area and C/o Walker told me that a female staff would arrive to conduct a nude-visual search of me. About 40min. later C/o Walker returned to the shower and ordered me to "strip" naked for the visual search. I asked him where was the female staff and that I didn't feel safe getting naked in front of male staff. C/o Walker told me that he contacted the Psychology Dept. and they told him that "this was a male Prison" and that female staff searching Transgenders "was old Policy that no longer existed." (Note: Since I've been in the BOP I have been sexually-assaulted multiple times by BOP staff as well as sexually-harrassed by BOP staff and have filed numerous grievances when they were "Available.") C/o Walker then threaten me and told me if I refused his visual search of me I would be placed in full restraints and they would be so tight I would be begging for them to come off. I continue to refuse and requested to speak to a Lieutenant. About 15-20min later Lieutenant Garland and another Lieutenant appear at my location (SHU-orange-shower)

and immediately started threatening me that if I didn't take off my clothes immediately he would pepper spray me and place me in full restraints. Lt. Garland informed me that President Trump signed a Executive Order doing away with Transgenders and that he was not going to entertain any of my bullshit.

I told Lt. Garland their was a Injunction and Court Restraining order in the Kingdom v Trump case and that Transgenders were suppose to be treated as we were pre-Trump Exec. Order. Lt Garland says he didn't care about kingdom and the BOP Policy was the only thing that matter.

Fearing for my safety due to the aggressive-interaction by Lt. Garland I removed all of my clothing, and immediately Lt. Garland and C/o Norfleet began to heckle and humiliate the state of my body and this was joined in by other C/o's. I was then given all male clothing to wear, which I put on.

I then told Lt. Garland that I was feeling "Suicidal" and he asked me why and I told him that I suffer from Gender Dysphoria, Lt. Garland told me it doesn't exist

I was then taken to cell# C-158 and placed with inmate Michael Word #37070-001. Inmate M. Word informed me that prior to me coming in the cell, C/o Norfleet, solicited him to assault me. He said he wouldn't assault me as he was going home in two weeks. Inmate M. Word further informed me that their was no longer Transgenders at McCreary-USP because the gangs ran them off the yard.

On 3-12-2026 I was brought out my cell to report a PREA complaint against the Officers who made the sexual harrassing comments that were made during the 3-4-2026 strip search, with a Psychologist. However, the officer who placed me in the restraints applied them so tight that I complained to the Psychologist that I was unable to comfortably talk to her (Ms. Young). The Psychologist then told me she would pass on my concerns to SIS Lt. Parsons. I was taken back to Cell #158. Several minutes later the same c/o as before came and applied the restraints again, this time twice as tight than before, and told me that I better not "report against staff." I was then brought out to a holding cell and Lt. Parsons appeared. I told him the restraints were excessively- tight. Lt. Parsons stated "Is your PREA complaint against staff or inmates?" I told him "staff," he told me that the re- straints were "fine." Relizing Lt. Parsons was not impartial I decline to talk further with him. I was escorted back to the cell. And have not been able to report my PREA complaint.

Today is 3-16-2026 I have not received any social accomodations or Gender Affirming Care. And I be- lieve it's not gonna occur without court intervention. BOP employees here, are not even aware of kingdom v. Trump or it's binding rulings, at McCreary-USP.

Prison Officials refuse to give me or process grievances here, and they've been intimidating and retaliate against me by threatening to put inmates in the cell with me who will rape and beat me, if I keep complaining. And other inmates tell me they set up cell fights on a regular here.

It must be noted (I explained this at length when I sent this Court my hand-written Motion for Preliminary Injunction/TRO) that in 2024 (Sept./Oct) Ms. Jenna Epplin then head of The Transgender Executive Council (TEC) had ordered Tucson-USP Executive Staff to prepare the paperwork to Transfer me to a Womens Prison. While my Transfer to a Womens Prison was about to happen President Trump issued his E.O. 14168, and my transfer was stopped and I never made it to a Womens Prison.

Also before I was transfered-away from Coleman-USP-2 I filed a PREA (Sexual Harrassment) complaint against a Staff member who kept pressuring me for sex. Coleman-USP-2 is a widely-known Protective Custody Prison. I believe my transfer to McCreary-USP a General Pop/Active Gang Yard Prison is a form of retaliation against me for reporting that Unit Mang. Jamanca was pressuring me for sex at Coleman.

And now I am at McCreary-USP a Prison that is widely-known as being Anti-LGBTQ. Executive Staff have told me that there are no Transgender inmates on this Yard, that about a year ago the gang members forced them out of General Pop. and they were all transfered to other Prisons

I am asking for Representation and an immediate Transfer to a Transgender-Friendly Prison. Preferably a womens Prison. I am requesting Social Accomodations and Gender Affirming Care. I am requesting not to be celled with males so I will no longer be raped sexually-assaulted.

Marrissa Hunt
MARRISSA HUNT
70092-097

MAURICE HUNT
70092-097
McCreary-USP
PO Box 3000
Pine Knot, KY
42635

ATLANTA GA RPDC 302

28 MAR 2026 PM 1  L

Clerk,
U.S. Courthouse          Rm 1225
333 Constitution Ave
Washington, DC.

20001

20001-289999