**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **ALISHEA KINGDOM**, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> **DONALD J. TRUMP**, *et al.*, <br><br> *Defendants.* | **Case No. 1:25-cv-691-RCL** |

## ORDER

Upon consideration of parties' proposed discovery schedules, it is hereby ORDERED that:

- Defendants shall provide initial disclosures by April 24, 2026.

- No motions seeking leave to add new parties or to amend pleadings to assert new claims/defenses may be filed after 21 days following the close of discovery.

- Written discovery requests:

  o Shall be served no later than June 22, 2026, and completed by July 23, 2026.

  o Maximum of 25 requests for admission by Plaintiffs and 25 by Defendants.

- Depositions: Non-expert depositions shall be completed by September 21, 2026.

  o There shall be a maximum of 15 fact witness depositions by Plaintiffs and 15 fact witness depositions by Defendants, not including expert depositions.

- Fact discovery shall close by September 21, 2026, and shall apply to the following topics:

  o The development and implementation of Executive Order 14168 and the original BOP Implementing Memoranda.

- Designation of trial experts and Rule 26(a)(2) disclosures shall be due by October 5, 2026.

- Rebuttal expert reports (if any) shall be due by November 9, 2026.

1

- Expert depositions shall be completed by December 3, 2026.

- Dispositive Motions shall be filed by January 21, 2027.  Responses to dispositive motions shall be filed by February 11, 2027.  Replies to dispositive motions shall be filed by February 25, 2027.

Further deadlines shall be set as necessary following the resolution of dispositive motions.

**IT IS SO ORDERED.**

Date: _____ April 3, 2026 _____

_Royce C. Lamberth_
Royce C. Lamberth
United States District Judge