**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ALISHEA KINGDOM, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, et al., <br><br> Defendants. | No. 1:25-cv-00691-RCL |

**[PROPOSED] ORDER**

Upon consideration of Plaintiffs' Motion to Stay Plaintiffs' Deadline to Respond to Defendants' Motion to Dissolve the Preliminary Injunction, and the entire record herein, it is hereby

**ORDERED** that the Motion is **GRANTED**. It is further

**ORDERED** that Plaintiffs' deadline to respond to Defendants' Motion to Dissolve the Preliminary Injunction is **STAYED**. It is further

**ORDERED** that the following briefing schedule shall be set:

- Plaintiffs' motion for leave to file a supplemental complaint and motion for an updated preliminary injunction shall be due no later than April 29, 2026;

- Defendants' opposition to the motion for an updated preliminary injunction shall be due May 13, 2026, or two weeks after Plaintiffs' motion for an updated preliminary injunction, whichever is earlier;

- Plaintiffs' reply, if any, shall be due May 20, 2026, or one week after Defendants' opposition to the motion for an updated preliminary injunction, whichever is earlier;

- Any other related deadlines shall be determined by the FRCP and Local Rules.

**IT IS SO ORDERED**.

Dated: _____          _____
                                                                Hon. Royce C. Lamberth
                                                                United States District Judge