**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| ALISHEA KINGDOM, et al., | Case No. 1:25-cv-00691-RCL |
| Plaintiffs, | |
| v. | |
| DONALD J. TRUMP, et al., | |
| Defendants. | |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' CONSENT MOTION FOR LEAVE TO FILE A SUPPLEMENTAL COMPLAINT**

Upon consideration of Plaintiffs' Consent Motion for a Leave to File a Supplemental Complaint ("Motion") and the entire record herein, it is hereby

**ORDERED** that Plaintiffs' Motion is **GRANTED**, and it is further

**ORDERED** that the Supplemental Complaint attached as Exhibit A to Plaintiffs' Motion is deemed **FILED** as of the date of this Order.

**IT IS SO ORDERED**.

Dated: _____          _____
                                                               Hon. Royce C. Lamberth
                                                               United States District Judge