# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

ALISHEA KINGDOM, et al.,

                Plaintiffs,

      v.

DONALD J. TRUMP, et al.,

                Defendants.

Case No. 1:25-cv-00691-RCL

**THIRD DECLARATION OF ALISHEA SOPHIA KINGDOM**

My name is Alishea Sophia Kingdom.[1] I am over the age of 18 and fully competent to make this declaration. Under penalty of perjury, pursuant to 26 U.S.C. § 1746, I declare:

1. I am a 35-year-old transgender woman in the custody of the Bureau of Corrections ("BOP"). I am currently incarcerated at Fairton Federal Correctional Institution ("FCI Fairton").

2. In my previous declarations, I described how President Trump's Executive Order caused BOP staff at FCI Fairton to cut off my hormone therapy for nearly two months from January to March of 2025 and to revoke access to feminine undergarments and feminine commissary items.

3. My hormone therapy was restored in March of 2025. My access to feminine undergarments and feminine commissary items has been restored since the time of my last

---

[1] My previous declarations mentioned a prior legal name of mine. Since that time, a Cumberland County, New Jersey court legally changed my name to Alishea Sophia Kingdom. BOP has recognized that name change and updated my name in its system. My Federal Bureau of Prisons Register Number is 13131-089.

declaration as well. Since then, my medications and access to gender-appropriate items has been consistent.

4.      Because, and only because, my hormone therapy has been consistent, I am able to focus on my future. In the first half of 2027, I expect to be released to a halfway house back home in Wisconsin.

5.      Upon my release, I envision becoming a successful woman. I look forward to reintegrating into my community, and I will not be coming back to prison. I plan to be an active citizen: to continue to be an advocate for my transgender community, to get involved with government and politics, and eventually to start my own business. I cannot wait to take walks in the park and to taste fresh seafood again. I am the most excited to reestablish my relationship with my thirteen-year-old son.

6.      When I was cut off my hormone therapy last year, I could not think about my future. My need to restart my medical care was all-consuming, and I could barely muster the will to live.

7.      If I were subjected to Program Statement 5260.01, I would be robbed of my focus on the future once again. If BOP started tapering my hormone dosage or required me to be constantly reevaluated to end my hormone therapy, then survival mode would be my constant frame of mind. My hormone therapy is what enables me to function.

8.      If I were deprived of social accommodations for my gender dysphoria under Program Statement 5260.01, I similarly would not be able to focus on my future. I would not feel safe walking a men's prison without a bra, and my constant focus would be on how I could look more feminine.

I, Alishea Sophia Kingdom, declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and recollection.

Dated: 04/17/2026                                    /s/ Alishea Sophia Kingdom
                                                     Alishea Sophia Kingdom

I, Shawn Thomas Meerkamper, certify that I have read the foregoing to Alishea Kingdom, and that she affirmed that the foregoing is true and correct on 04/17/2026.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 04/17/2026                                    /s/ Shawn Thomas Meerkamper
                                                     Shawn Thomas Meerkamper