*Article*



The Linacre Quarterly
2020, Vol. 87(1) 34-42
© Catholic Medical Association 2019
Article reuse guidelines:
sagepub.com/journals-permissions
DOI: 10.1177/0024363919873762
journals.sagepub.com/home/lqr

# Deficiencies in Scientific Evidence for Medical Management of Gender Dysphoria

**Paul W. Hruz, MD, PhD[1]**

## Abstract

Individuals who experience a gender identity that is discordant with biological sex are increasingly presenting to physicians for assistance in alleviating associated psychological distress. In contrast to prior efforts to identify and primarily address underlying psychiatric contributors to gender dysphoria, interventions that include uncritical social affirmation, use of gonadotropin-releasing hormone agonists to suppress normally timed puberty, and administration of cross-sex steroid hormones to induce desired secondary sex characteristics are now advocated by an emerging cohort of transgender medicine specialists. For patients with persistent gender dysphoria, surgery is offered to alter the appearance of breasts and genital organs. Efforts to address ethical concerns regarding this contentious treatment paradigm are dependent upon reliable evidence on immediate and long-term risks and benefits. Although strong recommendations have been made for invasive and potentially irreversible interventions, high-quality scientific data on the effects of this approach are generally lacking. Limitations of the existing transgender literature include general lack of randomized prospective trial design, small sample size, recruitment bias, short study duration, high subject dropout rates, and reliance on "expert" opinion. Existing data reveal significant intervention-associated morbidity and raise serious concern that the primary goal of suicide prevention is not achieved. In addition to substantial moral questions, adherence to established principles of evidence-based medicine necessitates a high degree of caution in accepting gender-affirming medical interventions as a preferred treatment approach. Continued consideration and rigorous investigation of alternate approaches to alleviating suffering in people with gender dysphoria are warranted.

**Summary**: This paper provides an overview of what is currently known about people who experience a gender identity that differs from their biological sex and the associated desire to engage the medical profession in alleviating associated discomfort and distress.  The scientific evidence used to support current recommendations for affirming one's preferred gender, halting normally timed puberty, administering cross-sex hormones, and surgically altering primary and secondary sexual traits are summarized and critically evaluated.  Serious deficits in understanding the cause of this condition, the reasons for the marked increase in people presenting for medical care, together with immediate and long-term risks relative to benefit of medical intervention are exposed.

## Keywords

Cross-sex hormones, Evidence-based medicine, Gender dysphoria, Gender identity, Medical research, Puberty blockade, Risk–benefit analysis, Sexuality, Suicide, Transgender operations

---

[1] Washington University School of Medicine, St. Louis, MO, USA

**Corresponding Author:**
Paul W. Hruz, MD, PhD, Washington University School of Medicine, St. Louis, MO 63110, USA.
Email: hruz_p@wustl.edu

AR-001906

Patients who experience a gender identity that is discordant with biological sex have an alarmingly high incidence of serious psychosocial morbidity including depression, anxiety, eating disorders, substance abuse, HIV infection, and homelessness (Connolly et al. 2016). Most concerning, nearly half of all affected individuals will contemplate suicide and a third will attempt suicide (Adams, Hitomi, and Moody 2017). While a need for effective treatment modalities is clear, there are significant deficiencies in understanding the etiology of this condition, the risks and benefits of proposed medical interventions, and the long-term success of various approaches in achieving the primary desired goal of preventing suicide (Institute of Medicine 2011; Olson-Kennedy et al. 2016). With a desire to provide real and sustained assistance to patients who experience gender dysphoria within established ethical boundaries, it is essential to understand the scientific evidence used to support proposed medical interventions and acknowledge the limits of these data.

To adequately address the role of healthcare providers in treating patients with gender dysphoria, it is necessary to define this clinical condition in a way consistent with established scientific understanding of sex as a biological trait intrinsically ordered to the purpose of procreation. Despite ideologically influenced efforts to portray sex along a continuum, reproductive biology is inherently binary. Specifically, there are only two gonads (testes and ovaries) that contribute to the conception of new human life. The existence of individuals with disorders of sexual development (DSDs) does not alter this basic biological reality (Eid and Biason-Lauber 2016). In many individuals with DSDs, fertility is absent or severely impaired (Lee et al. 2006, 2016). When genital ambiguity is present, there are established clinical pathways involving hormonal, genetic, and imaging studies to assist clinicians in determining the sex of the affected child (Lee et al. 2016). In these rare cases, which affect <0.02 percent of all infants, the physician must make a tentative sex assignment at the time of birth. For the remaining 99.9% of infants, sex is not "assigned" at birth but rather is correctly recognized by the observation of the appearance of the external genitalia. Nearly all patients who present to medical establishments for the treatment of gender dysphoria have normally formed and functioning sexual anatomy and function prior to hormonal or surgical intervention.

Although the ability to obtain accurate information on the number of people who experience a gender identity that is discordant with biological sex has remained challenging, several sources have reported a marked increase in the number of patients presenting to specialized clinics that offer gender affirmation services. In the Fifth Edition of the *Diagnostic and Statistical Manual* (DSM-5) used to classify psychiatric disease, the reported prevalence of "gender dysphoria" was 0.005 percent to 0.014 percent for adult males and 0.002 percent to 0.003 percent for adult females (American Psychiatric Association [APA] 2013). Epidemiologic data from Sweden have demonstrated rising prevalence of individuals claiming a transgendered identity who sought treatment over the past fifty years, with most of the increase since 2000 (Dhejne et al. 2014). Some more recent estimates have suggested a prevalence as high as .4 percent of the US population (Meerwijk and Sevelius 2017).

Assessing the accuracy of these estimates requires consideration of the methodologies used. Higher estimates rely upon patient responses to questionnaires in which answers appear to be influenced by the wording of the questions asked. There is evidence that male to female ratio of individuals with sex–gender identity discordance has reversed, with more recent estimates showing that much of the observed increase is due to biological females who identify as male (Zucker 2017). It is frequently claimed, without documented scientific evidence, that this increase is driven by an increase in existing patients coming forward for treatment rather than a change in overall incidence or change in rates of persistence among affected youth. The degree to which social affirmation of transgendered identity has affected these epidemiologic trends is unknown. Recently, the phenomenon of adolescent girls with no prior expression of gender dysphoria presenting as having a transgendered identity in social networks has been reported (aka rapid onset gender dysphoria; Littman 2018). This study is limited by relatively small sample size and a significant risk of ascertainment bias. Further research is required to establish the validity and extent of this phenomenon.

Understanding of the cause of any medical condition greatly assists efforts to develop effective treatment strategies. To date, the cause of discordance between sex and gender identity remains unknown. There is no available blood test or imaging procedure that can be used to determine a person's self-perceived gender identity. Evaluation relies exclusively in the domain of patient report of internally held feelings and beliefs. There are, however, published data that provide potential clues to influencing factors (Saleem and Rizvi 2017). This includes several reports of structural and functional differences between brains of individuals with sex-

discordant gender identity compared to brains from people with gender identity that matches sex (Burke et al. 2014; Luders et al. 2009; Kruijver et al. 2000). Among the limitations of these data are significant overlap between male and female brain structures and heterogeneity between individuals. This precludes the ability to determine sex by examining structure alone. Furthermore, the existing data on brain structure and function do not account for the known phenomenon of neuronal plasticity (i.e., environmental stimuli can alter brain structure; Ismail, Fatemi, and Johnston 2017). Thus, it is not clear whether changes in brain structure are the cause or effect of transgendered identity and behavior.

It is known that prenatal and perinatal hormone exposure can alter sexual phenotype (i.e., the physical appearance of the body; Jost et al. 1973). The degree to which these hormones influence gender identity remains an area of active investigation (Berenbaum and Beltz 2016). Although insight has been gained by study of DSDs, there is conflicting evidence on the nature and magnitude of this effect and the dependence upon the etiology of the developmental defect. For example, female infants born with congenital adrenal hyperplasia (CAH), a condition that exposes the developing baby to high levels of male hormones (androgens), often exhibit typical male preferences and behaviors. Several potential explanations for this phenomenon that are independent of prenatal male hormone exposure have been proposed (Jordan-Young 2012). Importantly, the vast majority of affected children with CAH historically did not experience self-perceived transgender identity or gender dysphoria (Zucker et al. 1996).

Limited data also suggest a role of genetics in gender identity. This includes investigation of identical twins (Heylens et al. 2012). Because identical twins have exactly the same genes, if gender identity is exclusively determined by genetics, one would predict that there would be 100 percent concordance in identical twin pairs (i.e., if one twin experienced transgender identity, the other twin would also share this experience). However, the observed concordance is closer to 40 percent of affected twins. There are ongoing efforts to sequence the genomes of individuals with sex-discordant gender identity to find a specific gene (or genes) that contribute(s) to this experience (Yang et al. 2017). The data published to date addressing this question provide potential clues, but similar to the limitations of with brain structures, there is considerable overlap between affected and nonaffected individuals (Foreman et al. 2019). Thus, it is likely that influences, whether primary or secondary, are polygenetic (i.e., the

genetic differences are many, with each contributing only a small fraction of the observed phenotype).

The presence of genetic differences does not mean that the genetic variation is the cause of an individual's identity. There are numerous alternate hypotheses that can be proposed (e.g., a genetic difference in resiliency). Several reports have found high co-occurrence of autism in children with gender dysphoria (Glidden et al. 2016). Thus, in light of existing data, it can be reasonably concluded that the cause of gender dysphoria is multifactorial with both genetic and environmental contributions. Further research is needed to establish the number of contributing factors and to determine relative influences for individual patients. Heterogeneity among patient populations is likely to complicate efforts to make generalizable outcome predictions in clinical studies, particularly with small randomized trial designs.

In children who express gender discordance, the majority will experience reintegration of gender identity with biological sex by the time of puberty in the absence of directed medical or societal intervention. This is supported by nearly a dozen published studies over the past forty years. Many of the earlier studies included a small number of subjects and used definitions of gender discordance (e.g., gender identity disorder) that differ from current criteria for gender dysphoria as listed in the *DSM-V* (APA 2013). In some studies, loss of patients to follow-up hinders determination of desistance (Wallien and Cohen-Kettenis 2008). The most recent studies report desistance rates near 85 percent (Steensma et al. 2011; Drummond et al. 2008).

There is some evidence that the degree of distress experienced by a gender dysphoric child correlates with the likelihood of spontaneous resolution (Steensma et al. 2013). Whether and to what extent changes in social and medical approaches to dealing with individuals with transgender identity alters the rate of desistance is unclear, but there is indirect evidence that such effects may occur (de Vries et al. 2011). For patients who experience sex-discordant gender identity beyond puberty, there are relatively few published reports of desistance. Most of these data are found among case reports and personal testimony outside of peer-reviewed journals (Heyer 2018; Meijer et al. 2017). There are several hypotheses that can be put forth to account for this observation including differences between children and adults with respect to underlying etiology and the effects of extended social reinforcement. As in affected children, there are few data on the influence of gender-affirming medical procedures on altering desistance rates.

Before addressing specific aspects of medical interventions intended to alleviate gender dysphoria, several general observations can be made regarding the published literature in this field. Despite the endorsement of gender affirmation approaches by several medical organizations including the Endocrine Society (Hembree et al. 2017) and the World Professional Alliance for Transgender Health (WPATH; Coleman et al. 2012), it is important to recognize the low quality of scientific evidence used in generating these treatment recommendations. With the publication of both the initial treatment guidelines by the Endocrine Society guidelines in 2009 and revised guidelines in 2017, the Grading of Recommendations, Assessment, Development and Evaluations  system was used to assess data quality (Guyatt et al. 2008). This system ranks evidence into four categories (strong, moderate, low, and very low). Nearly all of the recommendations made were based upon "low" or "very low" quality evidence. By definition, these designations mean that there is a high likelihood that the attainment of new data will necessitate changes to the guidelines provided. The only data that reached the level of "moderate" quality were related to adverse medical outcomes. The limitations of the published studies in the growing field of transgender medicine are many. They include a general lack of randomized controlled trial design, small sample sizes, high potential for recruitment bias, questions regarding the precision of measured parameters, nongeneralizable population groups, relatively short follow-up, high numbers of patients lost to follow-up, and frequent reliance upon "expert opinion" alone. While such deficiencies are not unique to this field of investigation, the strength of the recommendations made on the basis of this type of evidence is, in many respects, disproportionate. In other areas of medicine, much greater caution is generally applied to advancing a single treatment approach over other potential interventions.

The care of patients who experience gender dysphoria has included efforts to understand and address underlying psychosocial morbidity (Brown and Jones 2016; de Graaf et al. 2018; Kaltiala-Heino et al. 2015). Underlying factors that have been investigated include unresolved developmental challenges, underlying depression and anxiety disorders, strained family relationships, sexual abuse, autism, and peer conflicts (Saleem and Rizvi 2017). The pioneering work of Zucker established that many but not all patients who received psychological counseling and support were able to manage and resolve conflicts arising from discordant gender identity, particularly in affected children (Zucker et al. 2012).

Among contemporary approaches to alleviate gender dysphoria are efforts to support and encourage affected patients to adopt a social role in accord with gender identity irrespective of biological sex. Social transition includes the use of preferred name and pronouns, cross-dressing, and access to sex-segregated facilities corresponding to perceived gender identity. Since the widespread adoption of interventional strategies directed toward affirming transgender identity, efforts to identify psychological approaches to mitigate dysphoria, with or without desistance as a desired goal, have largely been abandoned. The WPATH has rejected psychological counseling as a viable means to address sex–gender discordance with the claim that this approach has been proven to be unsuccessful and is harmful (Coleman et al. 2012). Yet the evidence cited to support this assertion, mostly from case reports published over forty years ago, includes data showing patients who benefited from this approach (Cohen-Kettenis and Kuiper 1984). Although largely unstudied, cognitive behavioral therapy in particular may have significant benefit to this patient population by reducing social anxiety (Busa, Janssen, and Lakshman 2018). To date, there have been no randomized controlled trials investigating the risks and benefits of social transition.

There have been studies that report positive effects of nonmedical interventions: cross-sectional data on preferred name use have reported significant short-term improvement in self-reported sense of well-being (Russell et al. 2018). Furthermore, children who have undergone social transition with parental support have reported reduced levels of dysphoria (Durwood, McLaughlin, and Olson 2017; Olson et al. 2016). Limitations of these data include small sample size, restriction of study subjects to those with mild dysfunction, reliance on parental report, and lack of long-term follow-up.

A variety of medical interventions have been introduced to support physical changes in the appearance and function of primary and secondary sexual organs to align with an individual's desired gender role when this is discordant with biological sex. This includes hormonal blockade of normal pubertal development in adolescent children, administration of cross-sex hormones (i.e., testosterone to females desiring to appear male and estrogen to males desiring to appear female), and surgery to alter the appearance of primary and secondary sexual features. While surgical procedures have been available to affected adults for decades, the use of such

AR-001909

interventions in children has only recently been advocated (de Vries and Cohen-Kettenis 2012).

Long-acting gonadotropin-releasing hormone (GnRH) agonists (aka "puberty blockers") have been recommended to halt pubertal progression when this process occurs prematurely in children (Carel et al. 2009). Purported justification of this intervention for children with persisting dysphoria includes overall safety of these medications, allowance of more time for a child to explore their gender identity, reversibility upon treatment cessation for desisting individuals, and prevention of irreversible changes in secondary sexual characteristics for patients with persistent gender discordance. Yet the use of this intervention remains controversial (Vrouenraets et al. 2015; Giovanardi 2017). There are a few relatively small studies that have demonstrated improved sense of well-being and reduced dysphoria in adolescent transgendered youth who receive puberty-blocking drugs (de Vries et al. 2011, 2014), but there are also significant concerns related to associated risks (Hruz, Mayer, and McHugh 2017). First, there are limited data specifically assessing the long-term safety of delaying normally timed puberty (Schagen et al. 2016). This class of medication has not been approved by the US Food and Drug Administration for use in halting normally timed puberty for gender-dysphoric youth (AbbVie 2018). Risks include osteopenia (low bone density), altered adult height, and impaired special memory (de Vries et al. 2011; Hough et al. 2017). Rather than merely providing more time for the exploration of gender identity, there is a concern that most if not all children exposed to this intervention will proceed to cross-sex hormone therapy (de Vries et al. 2011). While cessation of GnRH agonist administration will allow resumption of the signals that direct gonadal maturation, the interruption of a normal developmental process, which is time-dependent, cannot be "reversed."

In the peer-reviewed literature on individuals who have undergone gender-affirming medical procedures to change bodily appearance, relatively low rates of regret and desire to "de-transition" to a gender role corresponding to biological sex have been observed (Wiepjes et al. 2018). Due to limitations in available data, questions remain regarding long-term satisfaction, particularly when initiated in adolescent children (Mahfouda et al. 2019). Most reports are from retrospective chart review or longitudinal study design.

None of the available studies include matched randomized prospective control groups. There is a deficiency of scientific study systematically assessing this patient population to understand factors that are correlated with and may contribute to failure to achieve lasting relief of dysphoria following the affirmation of discordant gender identity. Affected individuals who desire to transition back to a gender role concordant with biological sex have reported negative social stigma similar to or in some cases exceeding that encountered prior to their initial medical intervention to support transgendered identity (Heyer 2018).

The available data on the long-term effects of gender affirmation in this patient population indicate that the most serious concern, suicide, remains significantly elevated above the background population after medical intervention to alter sexual appearance. Specifically, a thirty-year follow-up study in Sweden on patients who had undergone medical transition showed a rate of completed suicide that was nineteenfold above the backgrounds population (Dhejne et al. 2011). Because this was not a controlled study, it is not possible to assess the impact of the medical treatments themselves on outcomes. However, these data clearly show that this approach did not resolve the problem of depression and suicide.

Further indicating a lack of efficacy of this approach is a recent meta-analysis in North American patients, where suicidal ideation was assessed over the course of an individual's lifetime and within the past year (Adams, Hitomi, and Moody 2017). In this report, suicide rates were similar in both groups. The few studies that examined suicidal ideation before and after gender transition found suicidal ideation to be increased.

In addition to remaining questions regarding the efficacy of hormonal and surgical efforts to align the body of an individual with gender dysphoria to his or her desired sex, the safety of these interventions is only partially understood, particularly when administered to children. A known consequence of cross-sex hormone administration is the disruption of gonadal function and the signals that regulate human reproduction. The infertility that results can be irreversible, particularly where this intervention is undertaken prior to full gonadal maturation (Hembree et al. 2017). Androgen levels achieved in female patients given testosterone exceed those observed in women with polycystic ovarian syndrome and frequently reach levels seen in androgen-secreting tumors with associated cardiovascular risk (Macut, Antić, and Bjekić-Macut 2015). Males receiving estrogen have a fivefold increase in the incidence of thromboembolic stroke (Getahun et al. 2018). Adverse metabolic effects that increase the risk of cardiovascular disease have also been reported (Irwig 2018; Maraka et al. 2017). The

influence of cross-sex hormones on cancer risk remains unclear. Potential risks for cancer development include exposure to cross-sex hormones, effects of sexually transmitted diseases (i.e., some sexually transmitted diseases increase risk of some cancers), and failure to obtain recommended screening in patients presenting to medical facilities with a gender that does not match biological sex. Further research is needed to adequately address this serious concern (Braun et al. 2017).

In summary, the information presented in this report highlights many of the deficiencies in the existing knowledge base regarding the etiology and prevalence of gender dysphoria and current treatment approaches. Although far from exhaustive, these data provide a rationale for exercising caution in accepting the currently proposed gender affirmation treatment paradigms that have been advocated by the WPATH (Coleman et al. 2012) and other professional organizations (Hembree et al. 2017). With heightened awareness of the suffering experienced by individuals who experience a gender identity that is discordant with biological sex, there remains a strong moral imperative to engage this vulnerable patient population. As increasing numbers of affected people, both children and adults, are presenting to medical centers for help, there is a need to better understand this condition and provide means to address all associated medical needs. This includes efforts to welcome and support individuals claiming a transgendered identity with the provision of routine medical care and treatment (Rahman, Li, and Moskowitz 2019). As in all other areas of medicine, efforts to provide safe and effective clinical care of patients with gender dysphoria should be grounded on sound scientific evidence. Where this evidence is lacking, academic healthcare institutions have an opportunity to contribute to rigorous clinical investigation of novel treatment approaches. This can include efforts to better understand psychological influences on gender identity and the design of properly controlled clinical trials using modern psychiatric approaches such as cognitive behavioral therapy (Butler et al. 2006). Administrators who are charged with developing institutional policy and educating staff on the complexity of this unique condition and diverse patient population can benefit from recognizing the ambiguities present. Physicians who deliver this care can also remain mindful of the long history of the harms that have been done to patients from the use of unproven medical interventions (Johnson 2014). Ongoing critical appraisal of emerging scientific evidence and continued open dialogue regarding potential alternate approaches

to the care of individuals with sex–gender discordance provides hope for lasting benefit, both to affected patients and to society as a whole.

## Declaration of Conflicting Interests

The author(s) declared no potential conflicts of interest with respect to the research, authorship, and/or publication of this article.

## Funding

The author(s) received no financial support for the research, authorship, and/or publication of this article.

## ORCID iD

Paul W. Hruz, MD, PhD https://orcid.org/0000-0002-1478-3355

## References

AbbVie. 2018. *Lupron Depot (Leuprolide acetate) Product Monograph*. Chicago: AbbVie Corporation.

Adams, N., M. Hitomi, and C. Moody. 2017. "Varied Reports of Adult Transgender Suicidality: Synthesizing and Describing the Peer-Reviewed and Gray Literature." *Transgender Health* 2:60–75. doi: 10.1089/trgh.2016.0036.

(APA) American Psychiatric Association. 2013. *Gender Dysphoria. Diagnostic and Statistical Manual of Mental Disorders*. Arlington VA: American Psychiatric Publishing.

(APA) American Psychiatric Association. 2013. *Diagnostic and Statistical Manual of Mental Disorders: DSM-5*. Edited by American Psychiatric Association. 5th ed. Arlington, VA: American Psychiatric Publishing.

Berenbaum, Sheri A., and Adriene M. Beltz. 2016. "How Early Hormones Shape Gender Development." *Current Opinion in Behavioral Sciences* 7:53–60. doi: 10.1016/j.cobeha.2015.11.011.

Braun, Hayley, Rebecca Nash, Vin Tangpricha, Janice Brockman, Kevin Ward, and Michael Goodman. 2017. "Cancer in Transgender People: Evidence and Methodological Considerations." *Epidemiologic Reviews* 39:93–107. doi: 10.1093/epirev/mxw003.

Brown, G. R., and K. T. Jones. 2016. "Mental Health and Medical Health Disparities in 5135 Transgender Veterans Receiving Healthcare in the Veterans Health Administration: A Case-Control Study." *LGBT Health* 3:122–31. doi: 10.1089/lgbt.2015.0058.

Burke, S. M., P. T. Cohen-Kettenis, D. J. Veltman, D. T. Klink, and J. Bakker. 2014. "Hypothalamic Response to the Chemo-Signal Androstadienone in Gender Dysphoric Children and Adolescents." *Front Endocrinol (Lausanne)* 5:60. doi: 10.3389/fendo.2014.00060.

Busa, Samantha, Aron Janssen, and Mallika Lakshman. 2018. "A Review of Evidence Based Treatments for

Transgender Youth Diagnosed with Social Anxiety Disorder." *Transgender Health* 3:27–33. doi: 10.1089/trgh.2017.0037.

Butler, Andrew C., Jason E. Chapman, Evan M. Forman, and Aaron T. Beck. 2006. "The Empirical Status of Cognitive-Behavioral Therapy: A Review of Meta-Analyses." *Clinical Psychology Review* 26:17–31. doi: 10.1016/j.cpr.2005.07.003.

Carel, Jean-Claude, Erica A. Eugster, Alan Rogol, Lucia Ghizzoni, and Mark R. Palmert. 2009. "Consensus Statement on the Use of Gonadotropin-Releasing Hormone Analogs in Children." *Pediatrics* 123:e752–62. doi:10.1542/peds.2008-1783.

Cohen-Kettenis, P., and A. Kuiper. 1984. "Transseksualiteit en psychothérapie." *Tijdschrift Voor Psychotherapie* 10: 153–66.

Coleman, E., W. Bockting, M. Botzer, P. Cohen-Kettenis, G. DeCuypere, J. Feldman, L. Fraser, et al. 2012. "Standards of Care for the Health of Transsexual, Transgender, and Gender-Nonconforming People, Version 7." *International Journal of Transgenderism* 13: 165–232. doi: 10.1080/15532739.2011.700873.

Connolly, M. D., M. J. Zervos, C. J. Barone, C. C. Johnson, and 2nd C. L. Joseph. 2016. "The Mental Health of Transgender Youth: Advances in Understanding." *Journal of Adolescent Health* 59:489–95. doi: 10.1016/j.jadohealth.2016.06.012.

de Graaf, Nastasja M., Peggy T. Cohen-Kettenis, Polly Carmichael, Annelou L. C. de Vries, Karlien Dhondt, Jolien Laridaen, Dagmar Pauli, Juliane Ball, and Thomas D. Steensma. 2018. "Psychological Functioning in Adolescents Referred to Specialist Gender Identity Clinics across Europe: A Clinical Comparison Study between Four Clinics." *European Child & Adolescent Psychiatry* 27:909–19. doi: 10.1007/s00787-017-1098-4.

de Vries, A. L., and P. T. Cohen-Kettenis. 2012. "Clinical Management of Gender Dysphoria in Children and Adolescents: The Dutch Approach." *Journal of Homosexuality* 59:301–20. doi: 10.1080/00918369.2012.653300.

de Vries, A. L., J. K. McGuire, T. D. Steensma, E. C. Wagenaar, T. A. Doreleijers, and P. T. Cohen-Kettenis 2014. "Young Adult Psychological Outcome after Puberty Suppression and Gender Reassignment." *Pediatrics* 134:696–704. doi: 10.1542/peds.2013-2958.

de Vries, A. L., T. D. Steensma, T. A. Doreleijers, and P. T. Cohen-Kettenis. 2011. "Puberty Suppression in Adolescents with Gender Identity Disorder: A Prospective Follow-Up Study." *Journal of Sexual Medicine* 8: 2276–83. doi: 10.1111/j.1743-6109.2010.01943.x.

Dhejne, C., P. Lichtenstein, M. Boman, A. L. Johansson, N. Langstrom, and M. Landen. 2011. "Long-Term Follow-Up of Transsexual Persons Undergoing Sex Reassignment Surgery: Cohort Study in Sweden." *PLOS One* 6:e16885. doi: 10.1371/journal.pone.0016885.

Dhejne, Cecilia, Katarina Öberg, Stefan Arver, and Mikael Landén. 2014. "An Analysis of All Applications for Sex Reassignment Surgery in Sweden,

1960–2010: Prevalence, Incidence, and Regrets." *Archives of Sexual Behavior* 43:1535–45. doi: 10.1007/s10508-014-0300-8.

Drummond, K. D., S. J. Bradley, M. Peterson-Badali, and K. J. Zucker. 2008. "A Follow-Up Study of Girls with Gender Identity Disorder." *Developmental Psychology* 44:34–45. doi: 10.1037/0012-1649.44.1.34.

Durwood, L., K. A. McLaughlin, and K. R. Olson. 2017. "Mental Health and Self-Worth in Socially Transitioned Transgender Youth." *Journal of the American Academy of Child and Adolescent Psychiatry* 56: 116–23 e2. doi: 10.1016/j.jaac.2016.10.016.

Eid, Wassim, and Anna Biason-Lauber. 2016. "Why Boys Will Be Boys and Girls Will Be Girls: Human Sex Development and Its Defects." *Birth Defects Research Part C: Embryo Today: Reviews* 108:365–79. doi: 10.1002/bdrc.21143.

Foreman, Madeleine, Lauren Hare, Kate York, Kara Balakrishnan, Francisco J. Sánchez, Fintan Harte, Jaco Erasmus, Eric Vilain, and Vincent R. Harley. 2019. "Genetic Link between Gender Dysphoria and Sex Hormone Signaling." *The Journal of Clinical Endocrinology & Metabolism* 104:390–96. doi: 10.1210/jc.2018-01105.

Getahun, D., R. Nash, W. D. Flanders, T. C. Baird, T. A. Becerra-Culqui, L. Cromwell, E. Hunkeler, et al. 2018. "Cross-Sex Hormones and Acute Cardiovascular Events in Transgender Persons: A Cohort Study." *Annals of Internal Medicine* 169:205–13. doi: 10.7326/M17-2785.

Giovanardi, Guido. 2017. "Buying Time or Arresting Development? The Dilemma of Administering Hormone Blockers in Trans Children and Adolescents." *Porto Biomedical Journal* 2:153–56. doi: 10.1016/j.pbj.2017.06.001.

Glidden, Derek, Walter Pierre Bouman, Bethany A. Jones, and Jon Arcelus. 2016. "Gender Dysphoria and Autism Spectrum Disorder: A Systematic Review of the Literature." *Sexual Medicine Reviews* 4:3–14. doi: 10.1016/j.sxmr.2015.10.003.

Guyatt, G. H., A. D. Oxman, G. E. Vist, R. Kunz, Y. Falck-Ytter, P. Alonso-Coello, H. J. Schunemann, et al. 2008. "GRADE: An Emerging Consensus on Rating Quality of Evidence and Strength of Recommendations." *British Medical Journal* 336:924–26. doi: 10.1136/bmj.39489.470347.AD.

Hembree, W. C., P. T. Cohen-Kettenis, L. Gooren, S. E. Hannema, W. J. Meyer, M. H. Murad, S. M. Rosenthal, J. D. Safer, V. Tangpricha, and G. G. T'Sjoen. 2017. "Endocrine Treatment of Gender-Dysphoric/gender-Incongruent Persons: An Endocrine Society Clinical Practice Guideline." *Journal of Clinical Endocrinology and Metabolism* 102:3869–903. doi: 10.1210/jc.2017-01658.

Heyer, W. 2018. *Trans Life Survivors*. New Providence, NJ: Bowker Identifier Services.

Heylens, G., G. De Cuypere, K. J. Zucker, C. Schelfaut, E. Elaut, H. Vanden Bossche, E. De Baere, et al. 2012. "Gender Identity Disorder in Twins: A Review of the

AR-001912

Case Report Literature." *Journal of Sexual Medicine* 9: 751–57. doi: 10.1111/j.1743-6109.2011.02567.x.

Hough, D., M. Bellingham, I. R. H. Haraldsen, M. McLaughlin, M. Rennie, J. E. Robinson, A. K. Solbakk, and N. P. Evans. 2017. "Spatial Memory Is Impaired by Peripubertal GnRH Agonist Treatment and Testosterone Replacement in Sheep." *Psychoneuroendocrinology* 75:173–82. doi: 10.1016/j.psyneuen.2016.10.016.

Hruz, P. W., L. S. Mayer, and P. R. McHugh. 2017. "Growing Pains: Problems with Puberty Suppression in Treating Gender Dysphoria." *The New Atlantis* 52: 3–36.

Institute of Medicine. 2011. *The Health of Lesbian, Gay, Bisexual, and Transgender People: Building a Foundation for Better Understanding*. Washington, DC: The National Academies Press.

Irwig, M. S. 2018. "Cardiovascular Health in Transgender People." *Reviews in Endocrine and Metabolic Disorders* 19:243–51. doi: 10.1007/s11154-018-9454-3.

Ismail, Fatima Yousif, Ali Fatemi, and Michael V. Johnston. 2017. "Cerebral Plasticity: Windows of Opportunity in the Developing Brain." *European Journal of Paediatric Neurology* 21:23–48. doi: 10.1016/j.ejpn.2016.07.007.

Johnson, J. 2014. *American Lobotomy: A Rhetorical History*. Ann Arbor: University of Michigan Press.

Jordan-Young, Rebecca M. 2012. "Hormones, Context, and "Brain Gender": A Review of Evidence from Congenital Adrenal Hyperplasia." *Social Science & Medicine* 74:1738–44. doi: 10.1016/j.socscimed.2011.08.026.

Jost, Alfred, Bernard Vigier, Jacques PrÉPin, and Jean Pierre Perchellet. 1973. "Studies on Sex Differentiation in Mammals." In *Proceedings of the 1972 Laurentian Hormone Conference*, edited by O. Greep Roy, 1–41. Boston, MA: Academic Press.

Kaltiala-Heino, Riittakerttu, Maria Sumia, Marja Työläjärvi, and Nina Lindberg. 2015. "Two Years of Gender Identity Service for Minors: Overrepresentation of Natal Girls with Severe Problems in Adolescent Development." *Child and Adolescent Psychiatry and Mental Health* 9:9. doi: 10.1186/s13034-015-0042-y.

Kruijver, F. P., J. N. Zhou, C. W. Pool, M. A. Hofman, L. J. Gooren, and D. F. Swaab. 2000. "Male-to-Female Transsexuals Have Female Neuron Numbers in a Limbic Nucleus." *Journal of Clinical Endocrinology and Metabolism* 85:2034–41. doi: 10.1210/jcem.85.5.6564.

Lee, P. A., A. Nordenstrom, C. P. Houk, S. F. Ahmed, R. Auchus, A. Baratz, K. Baratz Dalke, et al. 2016. "Global Disorders of Sex Development Update since 2006: Perceptions, Approach and Care." *Hormone Research in Paediatrics* 85:158–80. doi: 10.1159/000442975.

Lee, Peter A., Christopher P. Houk, S. Faisal Ahmed, and Ieuan A. Hughes. 2006. "Consensus Statement on Management of Intersex Disorders." *Pediatrics* 118: e488–500. doi: 10.1542/peds.2006-0738.

Littman, L. 2018. "Rapid-Onset Gender Dysphoria in Adolescents and Young Adults: A Study of Parental Reports." *PLOS One* 13:e0202330. doi: 10.1371/journal.pone.0202330.

Luders, E., F. J. Sanchez, C. Gaser, A. W. Toga, K. L. Narr, L. S. Hamilton, and E. Vilain. 2009. "Regional Gray Matter Variation in Male-to-Female Transsexualism." *Neuroimage* 46:904–7. doi: 10.1016/j.neuroimage.2009.03.048.

Macut, D., I. B. Antić, and J. Bjekić-Macut 2015. "Cardiovascular Risk Factors and Events in Women with Androgen Excess." *Journal of Endocrinological Investigation* 38:295–301. doi: 10.1007/s40618-014-0215-1.

Mahfouda, Simone, Julia K. Moore, Aris Siafarikas, Timothy Hewitt, Uma Ganti, Ashleigh Lin, and Florian Daniel Zepf. 2019. "Gender-Affirming Hormones and Surgery in Transgender Children and Adolescents." *The Lancet Diabetes & Endocrinology* 7:6484–98. doi: 10.1016/S2213-8587(18)30305-X.

Maraka, S., N. Singh Ospina, R. Rodriguez-Gutierrez, C. J. Davidge-Pitts, T. B. Nippoldt, L. J. Prokop, and M. H. Murad. 2017. "Sex Steroids and Cardiovascular Outcomes in Transgender Individuals: A Systematic Review and Meta-Analysis." *Journal of Clinical Endocrinology and Metabolism* 102:3914–23. doi: 10.1210/jc.2017-01643.

Meerwijk, E. L., and J. M. Sevelius. 2017. "Transgender Population Size in the United States: A Meta-Regression of Population-Based Probability Samples." *American Journal of Public Health* 107:e1–8. doi: 10.2105/AJPH.2016.303578.

Meijer, J. H., G. M. Eeckhout, R. H. van Vlerken, and A. L. de Vries. 2017. "Gender Dysphoria and Co-Existing Psychosis: Review and Four Case Examples of Successful Gender Affirmative Treatment." *LGBT Health* 4:106–14. doi: 10.1089/lgbt.2016.0133.

Olson, K. R., L. Durwood, M. DeMeules, and K. A. McLaughlin. 2016. "Mental Health of Transgender Children Who Are Supported in Their Identities." *Pediatrics* 137:e20153223. doi: 10.1542/peds.2015-3223.

Olson-Kennedy, J., P. T. Cohen-Kettenis, B. P. Kreukels, H. F. Meyer-Bahlburg, R. Garofalo, W. Meyer, and S. M. Rosenthal. 2016. "Research Priorities for Gender Nonconforming/Transgender Youth: Gender Identity Development and Biopsychosocial Outcomes." *Current Opinion in Endocrinology, Diabetes and Obesity* 23:172–79. doi: 10.1097/MED.0000000000000236.

Rahman, Musarrat, Dennis H. Li, and David A. Moskowitz. 2019. "Comparing the Healthcare Utilization and Engagement in a Sample of Transgender and Cisgender Bisexual+ Persons." *Archives of Sexual Behavior* 48: 255–60. doi: 10.1007/s10508-018-1164-0.

Russell, S. T., A. M. Pollitt, G. Li, and A. H. Grossman. 2018. "Chosen Name Use Is Linked to Reduced Depressive Symptoms, Suicidal Ideation, and Suicidal Behavior among Transgender Youth." *Journal of*

*Adolescent Health* 63:503–5. doi: 10.1016/j.jadohealth. 2018.02.003.

Saleem, Fatima, and Syed W. Rizvi. 2017. "Transgender Associations and Possible Etiology: A Literature Review." *Cureus* 9:e1984. doi: 10.7759/cureus.1984.

Schagen, Sebastian E. E., Peggy T. Cohen-Kettenis, Henriette A. Delemarre-van de Waal, and Sabine E. Hannema. 2016. "Efficacy and Safety of Gonadotropin-Releasing Hormone Agonist Treatment to Suppress Puberty in Gender Dysphoric Adolescents." *The Journal of Sexual Medicine* 13: 1125–32. doi: 10.1016/j.jsxm.2016.05.004.

Steensma, T. D., R. Biemond, F. de Boer, and P. T. Cohen-Kettenis 2011. "Desisting and Persisting Gender Dysphoria after Childhood: A Qualitative Follow-Up Study." *Clinical Child Psychology and Psychiatry* 16: 499–516. doi: 10.1177/1359104510378303.

Steensma, T. D., J. K. McGuire, B. P. Kreukels, A. J. Beekman, and P. T. Cohen-Kettenis 2013. "Factors Associated with Desistence and Persistence of Childhood Gender Dysphoria: A Quantitative Follow-Up Study." *Journal of the American Academy of Child and Adolescent Psychiatry* 52:582–90. doi: 10.1016/j.jaac. 2013.03.016.

Vrouenraets, L. J., A. M. Fredriks, S. E. Hannema, P. T. Cohen-Kettenis, and M. C. de Vries. 2015. "Early Medical Treatment of Children and Adolescents with Gender Dysphoria: An Empirical Ethical Study." *Journal of Adolescent Health* 57:367–73. doi: 10.1016/ j.jadohealth.2015.04.004.

Wallien, M. S., and P. T. Cohen-Kettenis 2008. "Psychosexual Outcome of Gender-Dysphoric Children." *Journal of the American Academy of Child and Adolescent Psychiatry* 47:1413–23. doi: 10.1097/ CHI.0b013e31818956b9.

Wiepjes, Chantal M., Nienke M. Nota, Christel J. M. de Blok, Maartje Klaver, Annelou L. C. de Vries, S. Annelijn Wensing-Kruger, Renate T. de Jongh, et al. 2018. "The Amsterdam Cohort of Gender Dysphoria Study (1972–2015): Trends in Prevalence, Treatment, and Regrets." *The Journal of Sexual Medicine* 15:582–90. doi: 10.1016/j.jsxm.2018.01.016.

Yang, Fu, Xiao-hai Zhu, Qing Zhang, Ning-xia Sun, Yi-xuan Ji, Jin-zhao Ma, Bang Xiao, et al. 2017. "Genomic Characteristics of Gender Dysphoria Patients and Identification of Rare Mutations in RYR3 Gene." *Scientific Reports* 7:8339. doi: 10.1038/s41598-017-08655-x.

Zucker, K. J. 2017. "Epidemiology of Gender Dysphoria and Transgender Identity." *Sex Health* 14:404–11. doi: 10.1071/SH17067.

Zucker, Kenneth J., Susan J. Bradley, Gillian Oliver, Jennifer Blake, Susan Fleming, and Jane Hood. 1996. "Psychosexual Development of Women with Congenital Adrenal Hyperplasia." *Hormones and Behavior* 30: 300–18. doi: 10.1006/hbeh.1996.0038.

Zucker, Kenneth J., Hayley Wood, Devita Singh, and Susan J. Bradley. 2012. "A Developmental, Biopsychosocial Model for the Treatment of Children with Gender Identity Disorder." *Journal of Homosexuality* 59:369–97. doi: 10.1080/00918369.2012.653309.

## Biographical Note

**Paul W. Hruz**, MD, PhD, is an associate professor of pediatrics and an associate professor of cellular biology and physiology at Washington University in St. Louis. He received his bachelor's degree in chemistry from Marquette University in 1987. He received his PhD in biochemistry and MD from the Medical College of Wisconsin. He completed Residency training in pediatrics at the University of Washington in Seattle and a Pediatric Endocrinology fellowship at Washington University. He has also received certification in healthcare ethics from the National Catholic Bioethics Center. He served as the chief of the Division of Pediatric Endocrinology and Diabetes at Washington University from 2012 to 2017.

Cureus

Open Access Review Article

**DOI:** 10.7759/cureus.36425

# Suicide-Related Outcomes Following Gender-Affirming Treatment: A Review

Daniel Jackson [1]

1. Psychiatry and Behavioral Sciences, Norton College of Medicine, Upstate Medical University, Syracuse, USA

**Corresponding author:** Daniel Jackson, dancjackson123@gmail.com

**Review began** 03/11/2023
**Review ended** 03/16/2023
**Published** 03/20/2023

**© Copyright** 2023
Jackson. This is an open access article distributed under the terms of the Creative Commons Attribution License CC-BY 4.0., which permits unrestricted use, distribution, and reproduction in any medium, provided the original author and source are credited.

## Abstract

Gender-affirming treatment remains a topic of controversy; of particular concern is whether gender-affirming treatment reduces suicidality. A narrative review was undertaken evaluating suicide-related outcomes following gender-affirming surgery, hormones, and/or puberty blockers. Of the 23 studies that met the inclusion criteria, the majority indicated a reduction in suicidality following gender-affirming treatment; however, the literature to date suffers from a lack of methodological rigor that increases the risk of type I error. There is a need for continued research in suicidality outcomes following gender-affirming treatment that adequately controls for the presence of psychiatric comorbidity and treatment, substance use, and other suicide risk-enhancing and reducing factors. There is also a need for future systematic reviews given the inherent limitations of a narrative review. There may be implications on the informed consent process of gender-affirming treatment given the current lack of methodological robustness of the literature reviewed.

**Categories:** Psychiatry, Psychology, Epidemiology/Public Health
**Keywords:** suicide, transgender, suicide prevention, transgender youth, transgender health, transgender and gender-diverse, suicide risk

## Introduction And Background

Gender-affirming treatment remains a topic of controversy, with many calling for greater access to gender-affirming treatments to foster psychological well-being for transgender, nonbinary, and intersex individuals [1-6]. There is accumulating literature that suggests transgender individuals suffer worse mental health outcomes than their cisgender peers; of particular concern is increased suicidality [4,7-13].

The literature to date reveals concerning trends regarding suicidality in transgender individuals. A high prevalence of suicide attempts and thoughts of suicide occur in transgender youth compared to their cisgender peers [11,12,14]. Transgender US military veterans have more than 20 times higher rates of suicide-related events than cisgender veterans [7]. The prevalence of suicidal ideation and attempts varies by sample [8], with the prevalence of suicidal ideation sometimes as high as 50-75% [4,10,15]. Rates of attempted suicide can reach peaks of 30% and above [4,14,15]. One longitudinal study of over 6,000 transgender individuals in the US indicates that the highest risk of suicide is among those under 18 years of age [9].

Transgender individuals are also at increased susceptibility for various suicide risk-enhancing factors, as a growing body of literature suggests that transgender individuals face a high burden of chronic health conditions [16,17], psychiatric illnesses and their comorbidities [18-20], substance use [21], trauma and victimization [20,22-24], and housing and employment discrimination [25].

In light of this high prevalence of suicidality and the proliferation of gender-affirming treatments, a common argument by advocates of gender-affirming treatments is that such treatments are needed to reduce suicidality [26-29]. This review is the first of its kind to evaluate mental health outcomes from gender-affirming treatments solely from the standpoint of suicidality, with the recognition that this evaluation of suicide-related outcomes pertains to transgender individuals as a single group; however, transgender and gender-diverse individuals comprise a heterogeneous population that may experience varying degrees of health outcomes and biopsychosocial stressors [20].

## Review

### Methods

On October 21, 2022, the following search strategy was used in PubMed: ("Suicide"[Mesh] OR suicid*[tiab]) AND ("Sex Reassignment Procedures"[Mesh] OR "sex change*"[tiab] OR "gender change"[tiab] OR "sex reassignment*"[tiab] OR gender reassignment*[tiab] OR "sex confirmation*"[tiab] OR "gender confirmation*"[tiab] OR "gender affirm*"[tiab] OR transitional surgery[tiab] OR "Gonadal Steroid Hormones"[Mesh] OR"Gonadotropin-Releasing Hormone"[Mesh] OR Hormon*[tiab]) AND ("Transgender Persons"[Majr] OR "Gender Dysphoria"[Majr] OR "Gender Identity"[Majr] OR transgender[tiab] OR "gender dysphoria"[tiab]

AR-001915

Cureus

OR "gender identity"[tiab]) AND (following[tiab] OR after[tiab] OR outcome[tiab]).

The search terms resulted in 49 articles, of which the title and abstract were screened for inclusion. Included studies were required to be quantitative, peer-reviewed, published in English, and had an outcome measure of suicidal ideation and/or attempt after gender-affirming surgical procedures (hysterectomy, oophorectomy, mastectomy, phalloplasty, scrotoplasty, and breast, penile, or scrotal prosthesis), hormone treatment (including puberty-blocking treatment), and any combination thereof.

Out of screening the titles and abstracts of these 49 results for relevance, 19 were evaluated via full-text review for inclusion, of which 15 met the inclusion criteria. Based on references contained in the papers initially reviewed, the full text of an additional 11 papers was screened, with eight meeting the inclusion criteria (Figure 1). The papers that met the inclusion criteria are grouped according to the type of gender-affirming treatment. Most studies that include surgery had patients on cross-sex hormones, but they used surgery as the designation of categorizing outcomes before and after an intervention (Table 1).



**FIGURE 1: PRISMA flow diagram**

PRISMA: Preferred Reporting Items for Systematic Reviews and Meta-Analyses.

From: Page MJ, McKenzie JE, Bossuyt PM, et al.: The PRISMA 2020 statement: an updated guideline for reporting systematic reviews. BMJ. 2021, 372:n71. doi: 10.1136/bmj.n71 [30].

AR-001916

Cureus

| | Study type | Treatment type | Gender | Control for time elapsed since treatment | Before and after comparison | Within-groups or between-groups | Measure of statistical significance | Measure of effect size | Correction for multiple testing | Control for psychiatric diagnoses (axis I and II) or the presence of mood disturbance | Control for psychiatric treatment before or after gender-affirming treatment | Control for substance use or abuse | Control for other suicide risk-enhancing or risk-reducing factors | Accounts for death by suicide |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Almazan and Keuroghlian (2021) [31] | Cross-sectional survey | Surgery | MtF, FtM, and nonbinary | No | No | Between-groups | Yes | Yes | Yes | Yes | No | No | Age, sex, gender identity, race/ethnicity, employment status, education, sexual orientation, family rejection, income, and health insurance status | No |
| Bränström and Pachankis (2020) [32] | Total population prospective | Combination or not specified | MtF and FtM | Yes | No | Within-groups | Yes | Yes | No | No | No | No | Legal gender, age, country of birth, education, urbanicity, and household income | No |
| Chaovanalikit et al. (2022) [33] | Prospective cohort | Surgery | MtF | Yes | Yes | Within-groups | Yes | No | No | No | No | No | No | No |
| De Cuypere et al. (2006) [34] | Retrospective cohort | Surgery | MtF and FtM | No | Yes | Within-groups | Yes | No | No | No | No | No | No | No |
| Dhejne et al. (2011) [35] | Population-based matched cohort | Surgery | MtF and FtM | No | No | Between-groups | Yes | Yes | No | No | Yes | Yes | Sex, age, immigration status, and inpatient psychiatric treatment | Yes |
| Glynn et al. (2016) [36] | Cross-sectional survey | Combination or not specified | MtF | No | No | Both | Yes | Yes | No | No | No | No | Age, ethnicity, and HIV status | No |
| Heylens et al. (2014) [37] | Prospective cohort | Combination or not specified | MtF and FtM | Yes | Yes | Within-groups | Yes | No | No | No | No | No | No | Yes |
| Hisle-Gorman et al. (2021) [38] | Retrospective cohort | Hormones (including puberty blockers) | Transgender and gender-diverse | Yes | Yes | Both | Yes | Yes | No | No | Total healthcare contacts per year | No | Sex, total healthcare contacts per year, age at gender-affirming treatment initiation, use of puberty blockers vs. gender-affirming hormones, and parental rank | No |
| Hughto et al. (2020) [39] | Cross-sectional survey | Combination or not specified | MtF and FtM | No | Yes | Within-groups | Yes | Yes | No | No | No | No | Age, education, and gender-related | No |

AR-001917

**Cureus**

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | discrimination | |
| Hunt and Hampson (1980) [40] | Cross-sectional survey | Surgery | MtF | No | No | Within-groups | No | No | No | No | No | No | No | No |
| McNichols et al. (2020) [41] | Cross-sectional survey | Surgery | FtM | No | Yes | Within-groups | Yes | No | No | No | No | No | No | No |
| Park et al. (2022) [42] | Cross-sectional survey | Surgery | MtF and FtM | No | Yes | Within-groups | No | No | No | No | No | No | No | No |
| Rehman et al. (1999) [43] | Cross-sectional survey | Surgery | MtF | No | Yes | Within-groups | No | No | No | No | No | No | No | No |
| Rood et al. (2015) [44] | Cross-sectional survey | Combination or not specified | MtF and FtM | No | No | Between-groups | Yes | Yes | No | No | No | No | Age, race, ethnicity, education, and gender identity | No |
| Simonsen, Giraldi, et al. (2016) [45] | Retrospective cohort | Surgery | MtF and FtM | No | Yes | Both | Yes | Yes | No | No | No | No | No | Yes |
| Simonsen, Hald, et al. (2016) [46] | Retrospective cohort | Surgery | MtF and FtM | No | Yes | Both | Yes | Yes | No | No | No | No | No | Yes |
| Tordoff et al. (2022) [5] | Prospective cohort | Hormones (including puberty blockers) | MtF, FtM, and nonbinary | Yes | No | Between-groups | Yes | Yes | No | Yes | Yes | Yes | Self-reported gender, race, and ethnicity, self-report of conflict with parents due to gender identity or expression, and resilience | No |
| Tucker et al. (2018) [47] | Cross-sectional survey | Combination or not specified | MtF and FtM | No | No | Between-groups | Yes | Yes | No | Yes | No | No | Age, gender, race, and income | No |
| Turban et al. (2020) [48] | Cross-sectional survey | Hormones (including puberty blockers) | MtF and FtM | No | No | Between-groups | Yes | Yes | No | No | No | No | Age, gender identity, relationship status, family support, income, sexual orientation, education, and employment | No |
| Turban et al. (2022) [49] | Cross-sectional survey | Hormones (including puberty blockers) | MtF and FtM | No | Yes | Between-groups | Yes | Yes | Yes | No | No | No | Age, gender, sex, level of family support, sexual orientation, race/ethnicity, income, relationship status, education, employment, and harassment | No |
| van der Miesen et al. | Cross-sectional | Hormones (including | MtF and FtM | No | No | Between- | Yes | Yes | Yes | No | No | No | Age, ethnicity, education, and | No |

AR-001918

**Cureus**



| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (2020) [50] | survey | puberty blockers | | | | groups | | | | | | | parent's marital status | |
| Wilson et al. (2015) [51] | Cross-sectional survey | Combination or not specified | MtF | No | No | Between-groups | Yes | Yes | No | No | No | No | Age and race/ethnicity | No |
| Zaliznyak et al. (2021) [6] | Cross-sectional survey | Hormones (including puberty blockers) | MtF and FtM | No | Yes | Within-groups | No | No | No | No | No | No | No | Yes |

**TABLE 1: Results**

MtF: male-to-female; FtM: female-to-male.

## Results

*Combination or Not Specified*

Hughto et al. (2020) utilized a cross-sectional, online survey of 288 US-based transgender adults via the Transgender Stress and Health Study. Bivariate and multivariable mixed-effect logistic regression analyses were used.

Participants were asked if they ever had a history of suicide attempt(s) or thoughts of suicide as a dichotomous variable before gender-affirming treatment. Prior to initiating unspecified gender-affirming treatment(s), 73.3% of the sample reported a history of suicidal ideation; this percentage dropped to 43.4% following the initiation of gender-affirming treatment. Prior to treatment initiation, 35.8% of the sample reported a history of suicide attempt(s), and 9.4% reported a history of suicide attempt(s) after initiation of gender-affirming treatment [39].

Adjusted multivariate analyses revealed greater odds of suicidal ideation (adjusted odds ratio (aOR), 3.86; 95% CI, 2.67-5.57; p < 0.001) and suicide attempt(s) (aOR, 5.52; 95% CI, 3.45-8.84; p < 0.001) before gender-affirming treatment compared to after [39]. Odds were adjusted for age, education, and gender-related discrimination. Potential interactions of psychiatric diagnostic history, psychiatric treatment after gender-affirming treatment, substance use, or time elapsed since gender-affirming treatment initiation were not evaluated.

Bränström and Pachankis (2020) conducted a total population study using the Swedish Total Population Register to evaluate the likelihood of mental health treatment following the initiation of hormone treatment or since the last surgical treatment. Hospitalization after a suicide attempt was the measure of suicidality implemented via the International Classification of Diseases, Tenth Revision (ICD-10) codes for intentional self-harm as a primary or secondary diagnosis. The population data from 2015 were utilized to avoid confounding by societal trends over time. As the primary outcome was the likelihood of mental health treatment as a function of time since the initiation of hormone treatment or since the last surgical treatment, the likelihood of mental health treatment that compared before and after gender-affirming treatment was not assessed.

Compared to the general population, transgender individuals had an increased odds of being hospitalized after a suicide attempt (aOR, 6.79; 95% CI, 4.45-10.35); however, a statistically significant relationship was not found for the odds of hospitalization after a suicide attempt after adjusting for the amount of time following the initiation of hormone treatment (aOR, 1.12; 95% CI, 0.97-1.30) or since the last surgical treatment (aOR, 0.87; 95% CI, 0.61-1.24) [32]. The odds ratios were adjusted for legal gender, age, country of birth, education, urbanicity, and household income. The odds ratios were not adjusted for any potential confounding by psychiatric diagnosis, psychiatric treatment besides inpatient hospitalization for a suicide attempt, or substance abuse.

In a subsequently published erratum, the authors noted no statistically significant difference in odds of hospitalization following a suicide attempt between transgender individuals matched by age, legal gender, education, and country of birth who had and who had not received any gender-affirming hormone or surgical treatment. The authors also reported that there was an absence of information that could be gathered on transgender individuals who died by suicide before 2015 [52].

Heylens et al. (2014) compared data from 57 Belgian transgender individuals before and after gender-affirming hormone treatment and surgery. Follow-up data were collected three to six months following the initiation of gender-affirming hormones and one to 12 months following gender-affirming surgery. Data on

AR-001919

**Cureus**

the history of suicide attempt(s) and thoughts of suicide via a biographic questionnaire were collected for 54 patients before treatment and 42 patients provided data after treatment. The presence of a history of suicide attempt(s) did not reach statistical significance between data collection periods (p-values not provided). One patient died by suicide [37]. There was no accounting for any potential effect of psychiatric diagnostic differences, concurrent psychiatric treatment, substance use, or other suicide risk-reducing or enhancing factors.

Glynn et al. (2016) conducted a secondary analysis of data gathered from a sample of transgender women who engaged in sex work in California. A structured questionnaire was completed by 573 transgender women. Suicidality was measured by "a single dichotomous (yes/no) item ('Have you ever thought about committing suicide?')." Over half of the participants (56%) reported a history of ever experiencing suicidal ideation. Bivariate analyses revealed "no significant group differences among... surgery status or hormone use regarding endorsing suicidal ideation or not" [36].

A history of ever experiencing suicidal ideation was associated with "significantly lower levels of psychological and familial social affirmation than those who did not report lifetime suicidal ideation" via independent sample t-tests. Despite the statistically significant results, no correction for multiple testing was done for suicide-related outcomes following gender-affirming treatment (Tukey's tests were done for pairwise comparisons between racial groups), and effect sizes were not provided; however, they are likely small: receiving "psychological affirmation gender comfort" was associated with 0.5% fewer respondents experiencing suicidal ideation. Receiving "familial social affirmation satisfaction with family support" was associated with 0.11% fewer respondents experiencing suicidal ideation. Of the respondents, 2.89% were more likely to have a history of ever having suicidal ideation if they were of older age. Chi-square analysis demonstrated that white transgender women were more likely to have ever experienced suicidal ideation than other racial/ethnic groups.

Multivariate analyses demonstrated no statistically significant relationship between gender-affirmation treatments and a lifetime history of ever having suicidal ideation. Adjusted odds ratios showed a weak effect size with older age increasing the odds of ever having suicidal ideation. Adjusted odds ratios showed lower odds of ever having suicidal ideation among Latinas and Asian/Pacific Islanders, with Asian/Pacific Islanders having a larger effect size. There was no accounting of any potential confounding relationship of the results with psychiatric diagnostic history, concurrent treatment, substance use, or other suicide risk-reducing or enhancing factors besides age, ethnicity, or HIV status. The reporting of ever experiencing suicidal ideation as a dichotomous variable precluded any analysis of any relationship between the number of suicide attempts or frequency of suicidal ideation before and after any gender-affirming treatment.

Rood et al. (2015) utilized questionnaires from 350 transgender individuals in Virginia to evaluate the potential relationships between discrimination and transition status on suicide risk. Transition status according to the type and extent of treatment was not specified. Suicidality was measured by the question, "Have you ever thought about killing yourself?" as a dichotomous item. Regression analyses were adjusted for demographic variables; psychiatric diagnostic history was not ascertained by the questionnaire and thus was not controlled for [44].

Out of 350 individuals, 64.9% reported a history of ever experiencing suicidal ideation. Adjusted odds ratios revealed higher odds of a history of ever experiencing suicidal ideation in those who planned to pursue transition compared to those with no plan to receive treatment for transitioning (aOR, 2.85; p < 0.01). Those who lived full-time in their gender/had a full social transition had greater odds of ever experiencing thoughts of suicide compared to those with no plan to receive treatment for transitioning (aOR, 2.68; p < 0.01). Individuals who identified as female-to-male (FTM) had greater odds of ever experiencing thoughts of suicide compared to those who identified as male-to-female (MTF) (aOR, 2.48; p < 0.01). Compared to those who never experienced gender-related discrimination and had no plan to receive treatment for transitioning, those who experienced gender-related discrimination and either planned to receive gender-affirming treatment or were already living full-time as their identified gender had an increased odds of ever experiencing thoughts of suicide (aOR, 1.17; p < 0.05).

The authors interpreted these results by heavily relying on Meyer's minority stress model [53]. When discussing the limitations of the study, there was no mention of a lack of controlling for potential confounding variables of psychiatric diagnostic history, concurrent psychiatric treatment, substance use, or time elapsed since gender-affirming treatment. Furthermore, there was no discussion of the potential limitations on the validity and generalizability of the findings based on the statistical considerations: the adjusted odds ratio for the interaction of discrimination on suicide is of low magnitude (1.17) and vulnerable to the risk of type I error given the lack of controlling for confounding variables. Likewise, the adjusted odds ratios of increased risk of thoughts of suicide for those who lived full-time in their gender (2.68) and those who planned to pursue gender-affirming treatment (2.85) compared to those with no plan to pursue gender-affirming treatment, while of a moderate magnitude, are vulnerable to either type I error or a decreased magnitude given the lack of adequate controlling for confounding variables.

Wilson et al. (2015) conducted a secondary analysis on 314 surveyed transwomen in San Francisco to

AR-001920

**Cureus**

compare the odds of various health outcomes according to the type of gender-affirming treatment. All but 22 of these individuals had gender-affirming treatment consisting of hormones, genital surgery, breast augmentation, or any combination thereof. Suicidality was measured as a dichotomous variable by asking the respondents if they had ever experienced thoughts of suicide [51].

Compared to those in the sample with no history of gender-affirming treatment, receiving treatment with hormones (OR = 0.2, 95% CI (0.1, 0.5)) or breast augmentation surgery (OR = 0.3, 95% CI (0.1, 0.6)) were associated with lower odds of ever having thoughts of suicide or attempting suicide. Individuals who received genital surgery did not have a statistically significant difference from those who did not receive gender-affirming treatment. The results were adjusted for age and race/ethnicity. There was no correction for any potential relationship with psychiatric diagnostic history, psychiatric treatment, substance use, or time elapsed since gender-affirming treatment, increasing the likelihood that the statistically significant results were vulnerable to a high risk of type I error.

Tucker et al. (2018) conducted a cross-sectional survey of 206 transgender veterans to compare outcomes among those who received a combination of gender-affirming hormones and surgery on both chest and genitals, hormone treatment only, hormone treatment and surgery on either chest or genitals but not both, and those with a history of no gender-affirming treatment. Participants were asked to rate the frequency of suicidal ideation from one (never) to five (very often or five or more times) within the past year. Respondents were also given question nine of the Patient Health Questionnaire-9 (PHQ-9) to assess suicidal thoughts over the previous two weeks at the time of the survey [47].

Mean scores were adjusted for age, gender, race, ethnicity, and annual household income. Analysis of covariance revealed statistically significant results with large effect sizes in lower past-year suicidal ideation for those receiving both genital and chest surgeries vs. those either receiving one surgery type only or gender-affirming hormones only ($\eta$2 = 0.051). This pattern of results continued when analyzing suicidal ideation within the past two weeks, with the addition of there being lower scores of suicidal ideation that were statistically significant and with large effect size ($\eta$2 = 0.052) for those with both genital and chest surgeries vs. no history of gender-affirming treatment.

An indirect-effects analysis was done to determine if the percentage of variance in suicidal ideation over the past two weeks between groups was due to the amount of depression over the past two weeks while controlling for covariates. An indirect effect was found for those receiving both chest and genitalia gender-affirming surgery vs. those who received no gender-affirming treatment; depression scores predicted 52.3% of the variance in suicidal ideation over the past two weeks. Similar indirect effects were found when comparing receiving surgery in one area alone or receiving gender-affirming hormones alone vs. receiving both chest and genitalia gender-affirming surgery. Psychiatric treatment, substance use, or other risk-reducing or enhancing factors for suicide besides age, gender, race, and income were not considered potential confounders.

*Surgery*

Chaovanalikit et al. (2022) conducted a prospective cohort study in which 37 transgender women in Thailand were assessed for quality of life and mental health outcomes before and after gender-affirming surgery. Suicidality was measured utilizing the Hamilton Depression Rating Scale (HAM-D). There were statistically significant improvements in quality of life, depression, and self-esteem. There was no correction for multiple testing, measures of effect size, or control for potential confounders such as psychiatric diagnosis, history of psychiatric treatment, substance use, or demographic variables. None of these patients reported suicidal ideation or attempts after treatment [33].

McNichols et al. (2020) conducted a survey of 246 transgender men who underwent any form of masculinizing/gender-affirming surgery at Johns Hopkins. Suicidality was assessed in the survey via the questions, "Do you have a history of any of the following? (check all that apply)" and "If you had any of the following prior to surgery, which of these have improved? (check all that apply)" with "Suicide Attempt" as an answer choice. A history of suicide attempt(s) was reported by 27% of respondents, and 14% of respondents reported an improvement, with p < 0.003. While the survey questions explicitly refer to "Suicide Attempt" as an indication of suicidality, the authors refer to improvements in "suicidal ideation" in the results section [41]. There was no indication of any measurement of the number of suicide attempts before and after masculinization procedures that were more specific than whether they "improved." There was no accounting for diagnostic history that was clinically determined and verified beyond self-report, current or past psychiatric treatment, substance use, or any interaction of time elapsed since the masculinization procedure as potential confounders. There were no measures of effect size or correction of p-values for multiple testing.

Dhejne et al. (2011) conducted a population-based matched cohort study of 324 Swedish transgender individuals who underwent gender-affirming surgery with controls matched for age, biological sex, and who were residing in Sweden during the time the case person underwent treatment. Immigrant status and history of inpatient psychiatric treatment were more common among transgender individuals than controls, so

AR-001921

**Cureus**

these were covariates in the calculation of hazard ratios. The two-sided significance value was set at 0.05, with no correction for multiple testing. The adjusted hazard ratio (aHR) of history of suicide attempt(s) among transgender individuals who underwent gender-affirming surgery was 4.9 (95% CI, 2.9-8.5) compared to matched controls across the entire time frame of the cohort (1973-2003). The odds of death by suicide were higher among transgender individuals who underwent gender-affirming surgery (aHR, 19.1; 95% CI, 5.8-62.9). The aHR was 7.9 (95% CI, 4.1-15.3) for the date range of 1973-1988. The aHR did not reach statistical significance for the period of 1989-2003 (aHR, 2.0; 95% CI, 0.7-5.3) [35].

Transgender women were more at risk of suicide attempt(s) than controls of either sex (aHR, 9.3; 95% CI, 4.4-19.9 for female and aHR, 10.4; 95% CI, 4.9-22.1 for male controls). Transgender men were more at risk for suicide attempt(s) compared to male controls (aHR, 6.8; 95% CI, 2.121.6), but the comparison to female controls did not reach statistical significance. The authors state, "[t]his suggests that male-to-females are at higher risk for suicide attempts after sex reassignment, whereas female-to-males maintain a female pattern of suicide attempts after sex reassignment."

The authors did not correct for multiple testing. While psychiatric morbidity (including substance use) was controlled for in the form of a history of inpatient treatment, different psychiatric diagnostic categories were not taken into account as potential confounders. There was no consideration of any possible interaction of time elapsed since gender-affirming surgery. Most crucially, these findings refer to transgender individuals who received surgery compared to matched controls, not to these transgender individuals before their surgeries or to transgender individuals who have not undergone gender-affirming surgery.

Almazan and Keuroghlian (2021) conducted a secondary analysis of the 2015 US Transgender Survey (USTS). They evaluated 3,559 transgender individuals who underwent gender-affirming surgery of any kind, at least two years prior to responding to the survey. Suicidality was measured as dichotomous variables to whether a participant had thoughts of suicide or had a suicide attempt within the past year. Post-hoc analyses also evaluated the lifetime presence of suicidal ideation and suicide attempt(s). Undergoing gender-affirming surgery was associated with lower odds of suicidal ideation (aOR, 0.56; 95% CI, 0.50-0.64; p < 0.001) and lower odds of suicide attempt(s) (aOR, 0.65; 95% CI, 0.47-0.90; p = 0.009) within the past year compared to those who desired gender-affirming surgery but had not yet received it. The adjusted odds ratio for suicide attempt(s) did not reach statistical significance following the Bonferroni correction, which required a p < 0.002 [31].

Post-hoc analyses revealed that exposure to gender-affirming surgeries and lifetime measures of suicidal ideation or suicide attempt(s) did not reach statistical significance. Patients who received some of their desired gender-affirming surgeries had lower odds of suicidal ideation (aOR, 0.72; 95% CI, 0.63-0.81; p < 0.001) and suicide attempt(s) (aOR, 0.70; 95% CI, 0.53-0.93; p = 0.01) over the past year compared to those who desired gender-affirming surgery but had not received any, with past-year suicide attempts not reaching statistical significant following Bonferroni correction. Patients who received all of their desired surgeries had lower odds of suicidal ideation (aOR, 0.44; 95% CI, 0.38-0.51; p < 0.001) and suicide attempt(s) (aOR, 0.44; 95% CI, 0.28-0.70; p < 0.001) compared to those who desired gender-affirming surgery but had not received any. No interactions of history of mental health treatment besides gender-affirming counseling, substance use history, or time elapsed from surgery were utilized as potential confounders for initial and post-hoc analyses.

Park et al. (2022) conducted a postoperative survey of 15 patients who underwent gender-affirming surgeries from 1975 to 1989 at the University of Virginia. The postoperative data were compared to the preoperative data of 97 patients. Preoperative data revealed that 23.7% of the original sample had a history of suicidal ideation or suicide attempt(s). Of the 15 patients who responded to the postoperative survey, two reported a preoperative history of suicidal attempt(s); of those two, one reported a history of suicidal attempt(s) in the postoperative period. Eight of the 15 respondents reported a preoperative history of suicidal ideation; of these eight, one reported a history of suicidal ideation in the postoperative period [42].

There was no accounting for any possible interaction of psychiatric diagnostic history, psychiatric treatment, substance use, or other suicide risk-reducing or enhancing variables with suicidality. There was no significance testing or measure of effect size. A strength of the study was the gathering of long-term outcome data; however, contacting patients via phone to conduct the survey did not allow the authors to ascertain if any of the clinic's patients died by suicide following the initial preoperative data collection.

De Cuypere et al. (2006) conducted a long-term follow-up study on 62 Belgians who had received gender-affirming surgery at the Gender Identity Clinic in Gent since 1986. A minimum of one year following surgery was an inclusion criterion for participation in the study. A semi-structured interview assessed suicidality via the rate of suicide attempts. Though not explicitly defined, the rate of suicide attempts was understood for the purposes of this review as the percentage of patients who had ever attempted suicide rather than the frequency of suicide attempts per person. The Diagnostic and Statistical Manual of Mental Disorders, fourth edition (DSM-IV) axis I and II diagnoses were derived from the initial evaluation before surgery; it was unspecified if diagnostic revisions were made at long-term follow-up [34].

AR-001922

The suicide-attempt rate before gender-affirming surgery was 29.3%; following gender-affirming surgery, the suicide-attempt rate decreased to 5.1% (p = 0.004). The authors concluded that MTF patients attempted suicide as a means to cope with stress more frequently than FTM patients based on semi-structured interviews: "The postoperative male-to-females gave the following reasons for their suicide attempts: the end of a relationship (which they perceived as a challenge to their new gender), postoperative complications or an unease with their looks. They are more fragile when they are less credible in their new gender and when they have more pre-morbid psychiatric problems, especially personality disorders."

Despite the claims made regarding the differences in the contributing factors for suicide attempts between MTF and FTM patients, there were no quantitative data used to support these findings. Despite the extensive gathering of various demographic and clinical data, even including data on social satisfaction before and after surgery and perceived credibility in one's new gender, these data were not used to evaluate potential effects on differences in suicide outcomes. There was no controlling for any relationship between psychiatric diagnostic history, or the presence of psychiatric treatment on the rate of suicide before and after gender-affirming surgery was undertaken. There was no correction for multiple testing. A potential relationship of the amount of time elapsed since gender-affirming surgery on the rate of suicide was not assessed, though at least a minimum of one year had passed from surgery to the time of the survey.

Simonsen, Giraldi, et al. (2016) and Simonsen, Hald, et al. (2016) analyzed morbidity and mortality of Danish patients before and after gender-affirming surgery from 1978 to 2010. Both studies identified 104 individuals who had undergone gender-affirming surgery according to the Danish National Health Register. According to the Danish Register of Causes of Death, 10 of these 104 individuals had died following gender-affirming surgery from 1978 to 2014. Out of these 10 individuals, two had died by suicide at 19 and 26 years, respectively, following gender-affirming surgery. The studies discussed limitations from a small sample size, including insufficient statistical power [45,46]. Data concerning death by suicide or any other measure of suicidality before gender-affirming surgery were not compiled, preventing any before-and-after treatment comparison.

Rehman et al. (1999) conducted a follow-up study of 28 MTF individuals who had received gender-affirming surgery in New York from 1980 to 1997. Respondents had a minimum of three years post-surgery at the time of data collection. Suicidality was measured via a questionnaire by the item, "Did you have any suicidal thoughts or gestures before or after the surgery?" Two patients reported thoughts of suicide "shortly after surgery." The authors noted a "marked decrease of suicide attempts" following surgery; however, their questionnaire did not ask about suicide attempts. It may have been that additional interviews were given [43]. Nonetheless, there was no indication that the data were collected through this method, and exact figures were not provided. One patient died by suicide in jail. A comparison via quantitative analysis of suicidality before and after gender-affirming surgery was not provided.

Hunt and Hampson (1980) conducted a follow-up study on 17 MTF individuals who underwent gender-affirming surgery. Two patients attempted suicide following surgery, within a year and six years after treatment, respectively. Both suicide attempts were in "response to the break-up of a relationship" [40]. No comparison of suicidality before and after surgery was undertaken, and the study would likely have been too underpowered to control for possible confounders of suicide risk-enhancing factors.

*Hormones*

Hisle-Gorman et al. (2021) conducted a retrospective cohort study of 3,754 transgender and gender-diverse (TGD) youth aged eight to 21 years of age in the US military healthcare system. Mental healthcare utilization of TGD individuals was compared before and after the initiation of gender-affirming hormones or puberty blockers. Mental healthcare utilization of TGD individuals was also compared to their cisgender siblings. Suicidality was measured by the presence of a diagnosis of suicidal ideation or self-harm (non-suicidal self-injury or self-harm with suicidal intent not specified). Odds ratios and incidence rate ratios were adjusted for sex, total healthcare contacts per year, age at gender-affirming treatment initiation, use of puberty blockers vs. gender-affirming hormones, and parental rank.

TGD youth had greater odds of receiving a diagnosis for suicidal ideation or self-harm than their siblings (aOR, 7.45; 95% CI, 6.11-9.08). About a quarter of the TGD cohort were on either puberty blockers or gender-affirming hormones. Data were analyzed to compare their mental healthcare utilization from roughly seven years prior to gender-affirming treatment with one-and-a-half years following treatment initiation. The adjusted incidence rate ratio of mental healthcare visits for suicidality was higher following the initiation of gender-affirming care (adjusted incidence rate ratio, 1.74; 95% CI, 1.18-2.56) [38].

The authors noted an increased use of neuroleptics by the transgender cohort, citing concern that the result meant that lack of gender-affirming care may lead to major depressive disorder with psychotic features. The question of whether off-label use of antipsychotics for what was actually comorbid personality pathology, particularly borderline personality disorder, was never addressed, despite that TGD youth had greater odds of a personality disorder diagnosis than their cisgender siblings (aOR, 2.54; 95% CI, 1.71-3.78) and the increasing recognition of personality disorders occurring in adolescence [54,55]. Had the presence of

AR-001923

**Cureus**

personality disorders been controlled for, it is possible that the higher incidence rate ratio of mental healthcare visits for suicidality following initiation of gender-affirming treatment would not have reached statistical significance.

Tordoff et al. (2022) conducted a prospective, observational cohort study of 104 transgender and nonbinary persons aged 13-20 years at a Seattle gender clinic. Thoughts of self-harm or suicide were assessed via the PHQ-9 question nine; at baseline, 43.3% of patients reported thoughts of self-harm or suicide in the prior two weeks. Potential confounders included as covariates were temporal trends, self-reported gender, race, and ethnicity, ongoing psychiatric treatment, self-report of conflict with parents due to gender identity or expression, any substance use within the past year, and resilience.

Bivariate and multivariate analyses compared mental health outcomes from the 33.7% of participants who did not receive gender-affirming hormone treatment or puberty blockers and the 66.3% of participants who had by the end of 12-month follow-up. Bivariate analyses revealed an association of substance use with increased odds of thoughts of self-harm and suicide (aOR, 2.06; 95% CI, 1.08-3.93). The receipt of puberty blockers or gender-affirming hormones was associated with decreased odds of thoughts of suicide or self-harm (aOR, 0.47; 95% CI, 0.26-0.86). Temporal trends, self-reported gender, race, and ethnicity, ongoing psychiatric treatment, self-report of conflict with parents due to gender identity or expression, and resilience did not reach statistical significance.

Multivariate analysis demonstrated further reduced odds of thoughts of self-harm and suicide associated with the receipt of puberty blockers or gender-affirming hormones (aOR, 0.27; 95% CI, 0.11-0.65). There was an increased likelihood of thoughts of suicide or self-harm for those who did not receive puberty blockers or gender-affirming hormones at six months (aOR, 2.76; 95% CI, 1.22-6.26) but not at the other measured points in time.

This study provides fairly rigorous methods to control for confounding; in addition to the covariates accounted for in multivariate analyses, the authors employed E-value calculations to control for unmeasured confounding. In their supplementary attachment, they state that "the observed OR of 0.27 could be explained away by an unmeasured confounder that was associated with both the PB/GAH and the moderate to severe depression by a risk ratio of 3.25-fold each, above and beyond the measured confounders, but weaker confounding could not do so" [5]. The large effect size observed in this study warrants further investigation, particularly to determine how robust the effect would be after controlling for axis II diagnoses.

Zaliznyak et al. (2021) reviewed the age of first experiencing persistent gender dysphoria, age of social transition, and age of receiving gender-affirming hormone treatment in a sample of 155 transgender women and 55 transgender men in a Los Angeles clinic. All of these patients had socially transitioned and had received gender-affirming hormone treatment for at least a year. Their mental health histories were also taken. Out of the 55 transgender men, 21% had a history of at least one suicide attempt. The authors reported that out of those patients with a history of suicide attempt(s), 10% reported suicidal ideation after receiving gender-affirming hormone treatment or socially transitioning.

The authors appear to designate "Reported Current Feelings of Suicide Ideation" as whether suicidal ideation occurred after initiating gender-affirming hormone treatment or socially transitioning, thereby conflating the current reporting of suicidal ideation in a snapshot of time as the history of any suicidal ideation occurring after gender-affirming hormone treatment or socially transitioning. No patients reported suicide attempt(s) following gender-affirming hormone treatment or socially transitioning. There were no results given on the average amount of time following transitioning and suicide measures, nor were there tests of statistical significance.

The results for transgender women were reported similarly. Of 155 transgender women, 30% reported a history of suicide attempt(s); 27% of those who had a history of suicide attempt(s) reported current suicidal ideation (though later described as occurring after initiating gender-affirming hormone treatment or socially transitioning). No patients reported suicide attempt(s) following transitioning. There were no results given on the average amount of time following transitioning and suicide measures, nor were there tests of statistical significance.

The authors did not indicate whether they reviewed clinic records for any patients who died by suicide following gender-affirming hormone treatment or socially transitioning. There was no consideration of the effect of confounding diagnoses on the suicidality measures. Nevertheless, the authors conclude: "Given the high prevalence of suicidality, depression, and anxiety among transgender communities, it follows that proper measures should be taken to address the underlying condition – untreated GD [gender dysphoria]" [6].

Turban et al. (2022) examined data from over 21,000 transgender adults from the 2015 USTS. Suicidality was ascertained by inquiring whether there was any suicidal ideation with or without a plan, suicide attempt(s), or suicide attempt(s) requiring hospitalization over the year prior to the survey being taken. Individuals were

AR-001924

**Cureus**

asked about various demographic and other confounding variables, but any current or prior mental health treatments besides hospitalization secondary to suicide attempt(s) were not gathered and controlled for.

Those who received gender-affirming treatment during adolescence and adulthood were compared to those who desired access to these treatments but never received them. Access to these treatments in early adolescence was associated with lower odds of suicidal ideation over the past year (aOR, 0.4; 95% CI, 0.2-0.6; p < 0.001) compared to those who desired but did not attain these treatments. For late adolescence (aOR, 0.5; 95% CI, 0.4-0.7; p < 0.0001) and for adulthood (aOR, 0.8; 95% CI, 0.7-0.8; p < 0.0001), there were also lower odds of suicidality over the year preceding the survey for those who had access to gender-affirming hormones during those periods of life [49].

Post-hoc analyses revealed that access to gender-affirming hormones during adolescence rather than adulthood was associated with lower odds of suicidality (aOR, 0.7; 95% CI; 0.6-0.9; p = 0.0007); there was no difference when comparing early vs. late adolescence. As mentioned, any current or prior mental health treatments besides hospitalization secondary to suicide attempt(s) were not gathered and controlled for. The authors tried to assess a potential confounding of mental-health differences within the sample by examining those who had a lifetime history of suicidal ideation but none over the past year. There were greater odds of a lifetime history of suicidal ideation (aOR, 1.4; 95% CI, 1.3-1.5; p < 0.0001) but none in the past year for those who accessed gender-affirming hormones in adulthood. Such a comparison in adolescence did not reach statistical significance.

The authors stated that a post-hoc analysis was done by examining those who had a lifetime history of suicidal attempt(s) but none over the past year; however, the results of such an analysis were not described. It is possible that assessing the confounding of mental-health differences by comparing suicidality over the past year to a lifetime history is insufficient. There will be a higher likelihood of the presence of lifetime suicidal ideation but none for the past year not just due to mental health differences but as a function of increased age, i.e., there is a possibility that those who received gender-affirming hormones 30 years ago have a higher chance of a lifetime history of suicidality compared to those who received such treatments five years ago. Additionally, older individuals may have the benefit of potentially having a longer period of time receiving mental health treatment, which may account for no suicidality over the past year. There was no information from those who died by suicide. Finally, there was no accounting for effects due to psychiatric diagnostic history.

*Puberty Blockers*

Turban et al. (2020) analyzed data from the 2015 USTS to include "3,494 individuals between the ages of 18 and 36 who ever wanted pubertal suppression as part of their gender-affirming medical care" as an adolescent. The results indicated that 89 (2.5%) of this sample received puberty blockers. Univariate analyses indicated lower odds of lifetime suicidal ideation as well as suicidal ideation within the past year for those who received puberty blockers. Multivariate analyses revealed that the receipt of puberty blockers "was associated with decreased odds of lifetime suicidal ideation" (aOR, 0.3; 95% CI, 0.2-0.6). Suicidal ideation within the past year did not reach statistical significance. Lifetime suicide attempts did not reach statistical significance depending on receipt of blockers in univariate analyses and thus were not assessed with multivariate analysis [48]. The presence of mental health treatment, substance use, or psychiatric diagnostic history was neither mentioned nor controlled for.

Van der Miesen et al. (2020) compared outcomes at a gender clinic in the Netherlands between a sample from the general population: 272 transgender adolescents at referral who had not begun puberty blockers, and 178 adolescents who were currently on puberty blockers. Suicidality was measured by items asking, "I deliberately try to hurt or kill myself" and "I think about killing myself" [50].

The control group and those who were currently on puberty blockers did not have any statistically significant difference in suicidality, whereas those who were referred to the clinic but had not begun puberty blockers scored higher in suicidality than the other groups, but Cohen's *d* revealed small effect sizes. There was neither mention nor control for psychiatric diagnostic history, substance use, or current psychiatric treatment.

## Discussion

The majority of the 23 studies reviewed claimed that various forms of gender-affirming treatment were associated with reductions in suicidality; however, the validity and robustness of their results suffered from either a lack of measures of statistical significance and effect size, correction for multiple testing, controlling for psychiatric diagnostic makeup or psychiatric treatment history, substance use, the interaction of time since receiving gender-affirming treatment, or any combination of these. The two studies that showed an increase in suicidality for those who received gender-affirming treatment suffered from many of the same problems in validity and robustness. Additionally, one of these studies did not compare suicidality outcomes before and after treatment but rather to the general population [35], and the other [38] yielded a small effect size that would likely constitute little clinical relevance; moreover, its results may not have

AR-001925

**Cureus**

reached statistical significance if there was adequate controlling for confounders.

Controlling for a potential effect of psychiatric diagnoses or degree of mood disturbance was undertaken by three of the studies reviewed [5,31,47]. The need to control for comorbid psychiatric diagnoses or degree of mood disturbance is highlighted by the findings of Tucker et al. (2018). Through indirect analysis, they found that depression scores predicted over half of the variance in suicidality over the past two weeks before their sample responded to the survey. The lack of accounting for psychiatric comorbidity and other dynamic suicide risk-enhancing factors may be the greatest limitation in the body of literature to date regarding suicidality outcomes following gender-affirming treatment.

The presence, type, and timing of psychiatric treatment history represent a potential confounder that was not considered by the majority of studies. Three of the reviewed studies accounted for some form of psychiatric treatment [5,35,38]. Hisle-Gorman et al. (2021) controlled for the total healthcare contacts per year (inpatient and outpatient), Dhejne et al. (2011) controlled for inpatient psychiatric treatment, and Tordoff et al. (2022) controlled for "ongoing mental health therapy." There is accumulating evidence of the efficacy of psychiatric treatments that may lower the risk of suicide [56-58]. It would be beneficial for future studies to collect data for psychiatric treatment both before and after gender-affirming treatments.

Comorbid substance use has been well-documented as a concern for TGD individuals [19-21,59-61]. In addition to substance use being a dynamic risk factor for suicide [62,63], this relationship is borne out for TGD individuals as well [24]. Only two of the studies reviewed accounted for substance use [5,35], revealing a glaring risk of type I error in the literature, as access to gender-affirming treatment may or may not also serve as a proxy to access to other medical treatments, such as treatment for substance use.

Given that the 23 studies spanned a wide range of locations and dates conducted, it is not surprising that a uniform measure of suicidality was not employed across studies. An evaluation of the number of suicide attempts before and after gender-affirming treatment will likely be the most robust measure for suicidality rather than the presence and frequency of thoughts of suicide, particularly measures of suicidal ideation significantly limited in the expanse of time, such as the PHQ-9 question nine employed in Tordoff et al. (2022) and Tucker et al. (2018). A suicide attempt represents a more circumscribed occurrence, thus more easily and reliably quantifiable than thoughts of suicide; however, given that suicide attempts are a rarer phenomenon, the use of this outcome variable alone would yield less power and increase the risk of type II error. Nonetheless, the presence of thoughts of suicide at distinct points in time may be confounded by a diverse experience of such thoughts by individuals. For instance, individuals may be aware of a nearly ever-present sense of suicidal ideation, particularly in the presence of axis II pathology rather than a significant stressor or exacerbation of axis I pathology [64].

The potential confounding nature of utilizing the presence of suicidal ideation as the sole measure of suicidality may be reflected in the literature reviewed. For example, Almazan and Keuroghlian (2021) reported a lack of a statistically significant relationship between gender-affirming surgery and suicide attempts within the past year or the lifetime number of suicidal ideation. However, while there was not a statistically significant relationship with lifetime suicidal ideation, there was a statistically significant relationship with suicidal ideation within the past year. To have three measures of suicidality not reach statistical significance but suicidal ideation within the past year to reach statistical significance may represent multiple possibilities: suicidal ideation may be a more sensitive measure of suicidality as it is more prevalent and thus has more statistical power. Conversely, the presence of a high risk of type I error associated with recall bias and the potential inherent unreliability of suicidal ideation as a measurable construct may be detractors of its use. Finally, differing results according to suicidal ideation vs. attempts of suicide may represent the underpowered nature of the reporting of suicide attempts, which may represent the presence of a high risk of type II error.

The need for clear, objective reporting of suicide risk in transgender persons, including any change attributed to gender-affirming treatment, is highlighted further by the immense difficulty psychiatry as a field has in accurately predicting suicide risk. Even for at-risk populations, suicide attempts and parasuicidal behaviors are statistically rare enough to make it "impossible to predict on the basis of risk factors either alone or in combination" one's risk of suicide [65].

A dearth of high-quality studies that evaluate outcomes in suicide following gender-affirming treatment poses severe limitations on the extent of claims made during the informed consent process for gender-affirming treatment. An abundance of claims that are not backed by evidence does not represent quality empirical evidence but rather guidelines endorsed by various medical organizations. Just as in practice guidelines for the assessment and treatment of patients at risk for suicide, "practice guidelines do not represent the standard of care, much less for a fact-specific case in litigation" [66].

Clinical judgment, rather than an indiscriminatory tabulation of risk-enhancing factors for suicide, will ultimately be needed, as "no study has identified one specific risk factor or set of risk factors as specifically predictive of suicide or other suicidal behavior" [65]. Risk-enhancing factors for suicide may act in a synergistic manner, with mood disorders, substance use, physical and sexual abuse, minority sexual

AR-001926

orientation, disturbed family relationships, parental psychopathology, and various precipitating stress events [67] leading to near-infinite permutations of suicide risk that is ultimately expressed and unique on an individual level. This is especially the case for TGD individuals, for they constitute "heterogeneous groups of individuals with multiple intersecting identities" [20,59] that may contribute to different levels of risk for suicide.

Such permutations of suicide risk reinforce the need to control for various confounders, which is pervasively lacking in the literature to date. Most studies have ignored complex relationships among various risk factors for suicide, despite literature that suggests a nuanced intersection of these factors with suicide, such as victimization and substance use [24]. Given the heterogeneity of risk factors for this population [20,59], adequate control for confounding variables is needed to represent as accurately as possible the variance that can be attributed to gender-affirming treatment on suicide-related outcomes for transgender individuals as a whole and according to other defining characteristics.

In addition to trauma and abuse, other psychosocial stressors, "such as sudden unemployment, interpersonal loss, social isolation, and dysfunctional relationships, can increase the likelihood of suicide attempts as well as increase the risk of suicide" ("Practice Guideline for the Assessment and Treatment of Patients With Suicidal Behaviors," 2006). It is notable that Tordoff et al. (2022) reported that conflict with caregivers over gender identity did not have a statistically significant relationship with thoughts of suicide, whereas Glynn et al. (2016) reported a statistically significant increase in suicidal ideation for those with less affirmation by one's family. Additionally, Almazan and Keuroghlian (2021) reported lifetime suicide attempts and thoughts of suicide were not statistically significant with familial rejection as a covariate, potentially meaning that familial rejection accounted for some of the variances in suicide risk. The variety of findings regarding any potential effect of familial conflict on suicide may represent type I error, the unreliability of thoughts of suicide as a measure compared to suicide attempts, and/or the heterogeneous nature of the TGD population.

The collection of data that includes long-term follow-up is ideally suited to take into account the effects of a transgender individual's time course, which may include a "honeymoon period" after receiving gender-affirming treatment [34]. Equally important is the controlling of time elapsed before and after gender-affirming treatment with regards to suicidality; otherwise, the number of suicide attempts or frequency of thoughts of suicide may be falsely lowered if the relative time after gender-affirming treatment is less than the pre-treatment period. However, the majority of studies did not control for the amount of time elapsed.

## Limitations

The limitations inherent in a narrative review format are noted, particularly the absence of a second, independent reviewer for the inclusion and exclusion of studies as well as the lack of a systematized evaluation of publication bias and methodological rigor. Moreover, a single database was utilized, albeit with fairly extensive search criteria. Future systematic and/or scoping reviews are needed. Finally, this review may have limited generalizability. The studies included in this review span multiple countries, cultures, and decades; furthermore, TGD individuals comprise a heterogeneous group.

## Conclusions

There is a need for continued research on suicidality outcomes following gender-affirming treatment. Future research that incorporates multiple measures of suicidality and adequately controls for the presence of psychiatric comorbidity, substance use, and other suicide risk-enhancing factors is needed to strengthen the validity and increase the robustness of the results. There may be implications for the informed consent process of gender-affirming treatment given the current lack of methodological robustness of the literature reviewed.

## Additional Information

### Disclosures

**Conflicts of interest:** In compliance with the ICMJE uniform disclosure form, all authors declare the following: **Payment/services info:** All authors have declared that no financial support was received from any organization for the submitted work. **Financial relationships:** All authors have declared that they have no financial relationships at present or within the previous three years with any organizations that might have an interest in the submitted work. **Other relationships:** All authors have declared that there are no other relationships or activities that could appear to have influenced the submitted work.

### Acknowledgements

I wish to thank Dr. Glatt and Dr. Slutzky for their suggestions and advice.

## References

1. Bockting W, Coleman E, Deutsch MB, et al.: Adult development and quality of life of transgender and gender

AR-001927

**Cureus**

nonconforming people. Curr Opin Endocrinol Diabetes Obes. 2016, 23:188-97.
10.1097/MED.0000000000000232

2.  Coleman E, Bockting W, Botzer M, et al.: Standards of care for the health of transsexual, transgender, and gender-nonconforming people, version 7. Int J Transgend. 2012, 13:165-232.
10.1080/15532739.2011.700873

3.  Grobler GP: The lifetime prevalence of psychiatric diagnoses in an academic gender reassignment service . Curr Opin Psychiatry. 2017, 30:391-5. 10.1097/YCO.0000000000000364

4.  Nahata L, Quinn GP, Caltabellotta NM, Tishelman AC: Mental health concerns and insurance denials among transgender adolescents. LGBT Health. 2017, 4:188-93. 10.1089/lgbt.2016.0151

5.  Tordoff DM, Wanta JW, Collin A, Stepney C, Inwards-Breland DJ, Ahrens K: Mental health outcomes in transgender and nonbinary youths receiving gender-affirming care. JAMA Netw Open. 2022, 5:e220978.
10.1001/jamanetworkopen.2022.0978

6.  Zaliznyak M, Yuan N, Bresee C, Freedman A, Garcia MM: How early in life do transgender adults begin to experience gender dysphoria? Why this matters for patients, providers, and for our healthcare system. Sex Med. 2021, 9:100448. 10.1016/j.esxm.2021.100448

7.  Blosnich JR, Brown GR, Shipherd Phd JC, Kauth M, Piegari RI, Bossarte RM: Prevalence of gender identity disorder and suicide risk among transgender veterans utilizing veterans health administration care. Am J Public Health. 2013, 103:e27-32. 10.2105/AJPH.2013.301507

8.  Connolly MD, Zervos MJ, Barone CJ 2nd, Johnson CC, Joseph CL: The mental health of transgender youth: advances in understanding. J Adolesc Health. 2016, 59:489-95. 10.1016/j.jadohealth.2016.06.012

9.  Mak J, Shires DA, Zhang Q, et al.: Suicide attempts among a cohort of transgender and gender diverse people. Am J Prev Med. 2020, 59:570-7. 10.1016/j.amepre.2020.03.026

10. Sorbara JC, Chiniara LN, Thompson S, Palmert MR: Mental health and timing of gender-affirming care . Pediatrics. 2020, 146:e20193600. 10.1542/peds.2019-3600

11. Thoma BC, Salk RH, Choukas-Bradley S, Goldstein TR, Levine MD, Marshal MP: Suicidality disparities between transgender and cisgender adolescents. Pediatrics. 2019, 144:e20191183. 10.1542/peds.2019-1183

12. Toomey RB, Syvertsen AK, Shramko M: Transgender adolescent suicide behavior . Pediatrics. 2018, 142:e20174218. 10.1542/peds.2017-4218

13. Zucker KJ, Lawrence AA, Kreukels BP: Gender dysphoria in adults. Annu Rev Clin Psychol. 2016, 12:217-47.
10.1146/annurev-clinpsy-021815-093034

14. Reisner SL, Vetters R, Leclerc M, Zaslow S, Wolfrum S, Shumer D, Mimiaga MJ: Mental health of transgender youth in care at an adolescent urban community health center: a matched retrospective cohort study. J Adolesc Health. 2015, 56:274-9. 10.1016/j.jadohealth.2014.10.264

15. Olson J, Schrager SM, Belzer M, Simons LK, Clark LF: Baseline physiologic and psychosocial characteristics of transgender youth seeking care for gender dysphoria. J Adolesc Health. 2015, 57:374-80.
10.1016/j.jadohealth.2015.04.027

16. Abramovich A, de Oliveira C, Kiran T, Iwajomo T, Ross LE, Kurdyak P: Assessment of health conditions and health service use among transgender patients in Canada. JAMA Netw Open. 2020, 3:e2015036.
10.1001/jamanetworkopen.2020.15036

17. Denby KJ, Cho L, Toljan K, Patil M, Ferrando CA: Assessment of cardiovascular risk in transgender patients presenting for gender-affirming care. Am J Med. 2021, 134:1002-8. 10.1016/j.amjmed.2021.02.031

18. Hanna B, Desai R, Parekh T, Guirguis E, Kumar G, Sachdeva R: Psychiatric disorders in the U.S. transgender population. Ann Epidemiol. 2019, 39:1-7.e1. 10.1016/j.annepidem.2019.09.009

19. Paz-Otero M, Becerra-Fernández A, Pérez-López G, Ly-Pen D: A 2020 review of mental health comorbidity in gender dysphoric and gender non-conforming people. J Psychiatry Treat Res. 2021, 3:44-55.
10.36959/784/425

20. Newcomb ME, Hill R, Buehler K, Ryan DT, Whitton SW, Mustanski B: High burden of mental health problems, substance use, violence, and related psychosocial factors in transgender, non-binary, and gender diverse youth and young adults. Arch Sex Behav. 2020, 49:645-59. 10.1007/s10508-019-01533-9

21. Fuxman S, Valenti M, Kessel Schneider S, O'Brien KHM, O'Donnell L: Substance use among transgender and cisgender high school students. J LGBT Youth. 2021, 18:40-59. 10.1080/19361653.2020.1727814

22. Biedermann SV, Asmuth J, Schröder J, Briken P, Auer MK, Fuss J: Childhood adversities are common among trans people and associated with adult depression and suicidality. J Psychiatr Res. 2021, 141:318-24.
10.1016/j.jpsychires.2021.07.016

23. Bochicchio L, Reeder K, Aronson L, McTavish C, Stefancic A: Understanding factors associated with suicidality among transgender and gender-diverse identified youth. LGBT Health. 2021, 8:245-53.
10.1089/lgbt.2019.0338

24. Mereish EH, O'Cleirigh C, Bradford JB: Interrelationships between LGBT-based victimization, suicide, and substance use problems in a diverse sample of sexual and gender minorities. Psychol Health Med. 2014, 19:1-13. 10.1080/13548506.2013.780129

25. Kattari SK, Whitfield DL, Walls NE, Langenderfer-Magruder L, Ramos D: Policing gender through housing and employment discrimination: comparison of discrimination experiences of transgender and cisgender LGBQ individuals. J Soc Soc Work Res. 2016, 7:427-47. 10.1086/686920

26. Doctors agree: gender-affirming care is life-saving care. (2021). Accessed: December 26, 2022:
https://www.aclu.org/news/lgbtq-rights/doctors-agree-gender-affirming-care-is-life-saving-care.

27. Gender affirming care: evidence-based reviews of legislative actions . (2022). Accessed: December 26, 2022:
https://medicine.yale.edu/lgbtqi/research/gender-affirming-care/.

28. Gender-affirming care saves lives. (2022). Accessed: December 26, 2022:
https://www.columbiapsychiatry.org/news/gender-affirming-care-saves-lives.

29. Telehealth app aims to make life-saving gender affirming care more accessible . (2022). Accessed: December 26, 2022: https://www.rmpbs.org/blogs/rocky-mountain-pbs-plume-gender-affirming-care-app/.

30. Page MJ, McKenzie JE, Bossuyt PM, et al.: The PRISMA 2020 statement: an updated guideline for reporting systematic reviews. BMJ. 2021, 372:n71. 10.1136/bmj.n71

31. Almazan AN, Keuroghlian AS: Association between gender-affirming surgeries and mental health outcomes.

AR-001928

JAMA Surg. 2021, 156:611-8. 10.1001/jamasurg.2021.0952

32. Bränström R, Pachankis JE: Reduction in mental health treatment utilization among transgender individuals after gender-affirming surgeries: a total population study. Am J Psychiatry. 2020, 177:727-34. 10.1176/appi.ajp.2019.19010080

33. Chaovanalikit T, Wirairat K, Sriswadpong P: Quality of life, self-esteem, and depression among Thai transgender women before and after male-to-female gender confirmation surgery: a prospective cohort observational study. Sex Med. 2022, 10:100533. 10.1016/j.esxm.2022.100533

34. De Cuypere G, Elaut E, Heylens G, et al.: Long-term follow-up: psychosocial outcome of Belgian transsexuals after sex reassignment surgery. Sexologies. 2006, 15:126-33. 10.1016/j.sexol.2006.04.002

35. Dhejne C, Lichtenstein P, Boman M, Johansson AL, Långström N, Landén M: Long-term follow-up of transsexual persons undergoing sex reassignment surgery: cohort study in Sweden. PLoS One. 2011, 6:e16885. 10.1371/journal.pone.0016885

36. Glynn TR, Gamarel KE, Kahler CW, Iwamoto M, Operario D, Nemoto T: The role of gender affirmation in psychological well-being among transgender women. Psychol Sex Orientat Gend Divers. 2016, 3:336-44. 10.1037/sgd0000171

37. Heylens G, Verroken C, De Cock S, T'Sjoen G, De Cuypere G: Effects of different steps in gender reassignment therapy on psychopathology: a prospective study of persons with a gender identity disorder. J Sex Med. 2014, 11:119-26. 10.1111/jsm.12363

38. Hisle-Gorman E, Schvey NA, Adirim TA, Rayne AK, Susi A, Roberts TA, Klein DA: Mental healthcare utilization of transgender youth before and after affirming treatment. J Sex Med. 2021, 18:1444-54. 10.1016/j.jsxm.2021.05.014

39. Hughto JM, Gunn HA, Rood BA, Pantalone DW: Social and medical gender affirmation experiences are inversely associated with mental health problems in a U.S. non-probability sample of transgender adults. Arch Sex Behav. 2020, 49:2635-47. 10.1007/s10508-020-01655-5

40. Hunt DD, Hampson JL: Follow-up of 17 biologic male transsexuals after sex-reassignment surgery . Am J Psychiatry. 1980, 137:432-8. 10.1176/ajp.137.4.432

41. McNichols CH, O'Brien-Coon D, Fischer B: Patient-reported satisfaction and quality of life after trans male gender affirming surgery. Int J Transgend Health. 2020, 21:410-7. 10.1080/26895269.2020.1775159

42. Park RH, Liu YT, Samuel A, et al.: Long-term outcomes after gender-affirming surgery: 40-year follow-up study. Ann Plast Surg. 2022, 89:431-6. 10.1097/SAP.0000000000003233

43. Rehman J, Lazer S, Benet AE, Schaefer LC, Melman A: The reported sex and surgery satisfactions of 28 postoperative male-to-female transsexual patients. Arch Sex Behav. 1999, 28:71-89. 10.1023/a:1018745706354

44. Rood BA, Puckett JA, Pantalone DW, Bradford JB: Predictors of suicidal ideation in a statewide sample of transgender individuals. LGBT Health. 2015, 2:270-5. 10.1089/lgbt.2013.0048

45. Simonsen RK, Giraldi A, Kristensen E, Hald GM: Long-term follow-up of individuals undergoing sex reassignment surgery: psychiatric morbidity and mortality. Nord J Psychiatry. 2016, 70:241-7. 10.3109/08039488.2015.1081405

46. Simonsen RK, Hald GM, Kristensen E, Giraldi A: Long-term follow-up of individuals undergoing sex-reassignment surgery: somatic morbidity and cause of death. Sex Med. 2016, 4:e60-8. 10.1016/j.esxm.2016.01.001

47. Tucker RP, Testa RJ, Simpson TL, Shipherd JC, Blosnich JR, Lehavot K: Hormone therapy, gender affirmation surgery, and their association with recent suicidal ideation and depression symptoms in transgender veterans. Psychol Med. 2018, 48:2329-36. 10.1017/S0033291717003853

48. Turban JL, King D, Carswell JM, Keuroghlian AS: Pubertal suppression for transgender youth and risk of suicidal ideation. Pediatrics. 2020, 145:e20191725. 10.1542/peds.2019-1725

49. Turban JL, King D, Kobe J, Reisner SL, Keuroghlian AS: Access to gender-affirming hormones during adolescence and mental health outcomes among transgender adults. PLoS One. 2022, 17:e0261039. 10.1371/journal.pone.0261039

50. van der Miesen AI, Steensma TD, de Vries AL, Bos H, Popma A: Psychological functioning in transgender adolescents before and after gender-affirmative care compared with cisgender general population peers. J Adolesc Health. 2020, 66:699-704. 10.1016/j.jadohealth.2019.12.018

51. Wilson EC, Chen YH, Arayasirikul S, Wenzel C, Raymond HF: Connecting the dots: examining transgender women's utilization of transition-related medical care and associations with mental health, substance use, and HIV. J Urban Health. 2015, 92:182-92. 10.1007/s11524-014-9921-4

52. Bränström R, Pachankis JE: Toward rigorous methodologies for strengthening causal inference in the association between gender-affirming care and transgender individuals' mental health: response to letters. Am J Psychiatry. 2020, 177:769-72. 10.1176/appi.ajp.2020.20050599

53. Meyer IH: Minority stress and mental health in gay men . J Health Soc Behav. 1995, 36:38-56. 10.2307/2137286

54. Normandin L, Ensink K, Kernberg OF: Transference-focused psychotherapy for borderline adolescents: a neurobiologically informed psychodynamic psychotherapy. J Infant Child Adolesc Psychother. 2015, 14:98-110. 10.1080/15289168.2015.1006008

55. Normandin L, Ensink K, Weiner A, Kernberg OF: Transference-Focused Psychotherapy for Adolescents With Severe Personality Disorders. American Psychiatric Association Publishing, Washington, DC, USA; 2021.

56. D'Anci KE, Uhl S, Giradi G, Martin C: Treatments for the prevention and management of suicide: a systematic review. Ann Intern Med. 2019, 171:334-42. 10.7326/M19-0869

57. Mann JJ, Apter A, Bertolote J, et al.: Suicide prevention strategies: a systematic review . JAMA. 2005, 294:2064-74. 10.1001/jama.294.16.2064

58. Méndez-Bustos P, Calati R, Rubio-Ramírez F, Olié E, Courtet P, Lopez-Castroman J: Effectiveness of psychotherapy on suicidal risk: a systematic review of observational studies. Front Psychol. 2019, 10:277. 10.3389/fpsyg.2019.00277

59. Braun HM, Jones EK, Walley AY, Siegel J, Streed CG Jr: Characterizing substance use disorders among transgender adults receiving care at a large urban safety net hospital. J Addict Med. 2022, 16:407-12.

AR-001929

Cureus

10.1097/ADM.0000000000000919

60. Coulter RW, Blosnich JR, Bukowski LA, Herrick AL, Siconolfi DE, Stall RD: Differences in alcohol use and alcohol-related problems between transgender- and nontransgender-identified young adults. Drug Alcohol Depend. 2015, 154:251-9. 10.1016/j.drugalcdep.2015.07.006

61. Green KE, Feinstein BA: Substance use in lesbian, gay, and bisexual populations: an update on empirical research and implications for treatment. Psychol Addict Behav. 2012, 26:265-78. 10.1037/a0025424

62. Poorolajal J, Haghtalab T, Farhadi M, Darvishi N: Substance use disorder and risk of suicidal ideation, suicide attempt and suicide death: a meta-analysis. J Public Health (Oxf). 2016, 38:e282-91. 10.1093/pubmed/fdv148

63. Schneider B: Substance use disorders and risk for completed suicide . Arch Suicide Res. 2009, 13:303-16. 10.1080/13811110903263191

64. Sansone RA: Chronic suicidality and borderline personality . J Pers Disord. 2004, 18:215-25. 10.1521/pedi.18.3.215.35444

65. American Psychiatric Association: Practice guideline for the assessment and treatment of patients with suicidal behaviors. APA Practice Guidelines for the Treatment of Psychiatric Disorders: Comprehensive Guidelines and Guideline Watches. American Psychiatric Association, Arlington, VA; 2006.

66. Simon RI: Suicide risk assessment: what is the standard of care? . J Am Acad Psychiatry Law. 2002, 30:340-4.

67. Shaffer D, Pfeffer CR: Practice parameter for the assessment and treatment of children and adolescents with suicidal behavior. J Am Acad Child Adolesc Psychiatry. 2001, 40:24S-51S. 10.1097/00004583-200107001-00003

AR-001930

# DECLARATION OF KRISTOPHER E. KALIEBE, M.D.

**TABLE OF CONTENTS**

EXPERIENCE AND QUALIFICATIONS ......................................................................1

OPINIONS .................................................................................................................6

BACKGROUND ........................................................................................................7

Definitions .................................................................................................................7

Sex and Gender..........................................................................................................7

Hierarchies of Evidence ............................................................................................8

Treatment Approaches for Gender Dysphoria.........................................................10

   A. The affirmation model has many weaknesses and risks. ...................11

   B. Psychotherapy is the preferred treatment approach for Gender Dysphoria, particularly within correctional environments ...............................14

Regarding WPATH.................................................................................................19

CROSS-SEX HORMONES GENERALLY ARE NOT MEDICALLY NECESSARY ...........................................................................................................28

Weaknesses of Past Studies and Recommendations Related to Cross-Sex Hormones......................................................................................................28

Substantial Health Risks of Cross-Sex Hormone Therapy .............................32

A Reasonable Approach for Those Already Receiving Hormones Is to Assess Them Individually on Whether and How to Discontinue Therapy..........37

CROSS-SEX SURGERIES ARE NOT MEDICALLY NECESSARY ................38

SOCIAL ACCOMMODATIONS ARE NOT MEDICALLY NECESSARY .......42

PRISON RELATED SPECIAL TOPICS ....................................................47

Unavailability of Certain Treatment in Prison.................................................47

Self-Injury......................................................................................................49

CONCLUSIONS.......................................................................................50

REFERENCES.........................................................................................53

AR-002599

## <u>EXPERIENCE AND QUALIFICATIONS</u>

1.      I have been retained by Defendants in the above-captioned lawsuit to provide an expert opinion concerning mental health care, including care of Gender Dysphoria, within correctional environments. My opinion is based primarily on my own experience as a physician, psychiatrist, and professor in the field of psychiatry, as well as the relevant literature in this area. I have also reviewed documents and court filings in this case. I may wish to supplement my opinions or the basis for them as new evidence emerges or new research is published.

2.      I am over the age of 18, am qualified to give this declaration, and have actual knowledge of the matters stated herein. If called to testify in this matter, I would testify truthfully and based on my expert opinion. I am being compensated at a rate of $450 dollars per hour. Testimony and depositions are billed in 4-hour increments. Any compensation does not depend on the outcome of this litigation, the opinions I express, or the testimony that I provide.

3.      I am Board Certified in Psychiatry, Child and Adolescent Psychiatry, and Forensic Psychiatry. My clinical work has been primarily in university-based clinics, community clinics, and correctional facilities.

4.      I am a professor at the University of South Florida in Tampa, Florida, United States.  I was promoted to the position on August 1, 2023.  From 2016 to August 2023, I served as an Associate Professor at the University of South Florida, where my clinical roles included working in university clinics, providing consultative services at Tampa General Hospital, assessing and treating juveniles within correctional facilities, and supporting primary care physicians through the Florida Medicaid Psychiatric Medication hotline. From 2005 to 2016, I served as an Assistant Professor at the Louisiana State University (LSU) Health Science Center – New Orleans. I served as the training director of the LSU Child Psychiatry Fellowship for two years.

1

AR-002600

5.      I received my medical degree in 1999 and subsequently completed general psychiatry, child and adolescent psychiatry, and forensic psychiatry training. This training included education in human biology, human sexuality, development, brain functioning, normal development, and psychopathology. Gender Dysphoria (then labeled "gender identity disorder") and Gender Dysphoria treatment were part of my professional training.

6.      I have extensive teaching experience, including teaching medical students, general psychiatry residents, child and adolescent psychiatry fellows, and forensic psychiatry fellows. I have had years of extensive positive feedback from medical students and psychiatric residents. I have been awarded four resident teaching awards, including from the general University of South Florida residents in June 2023 and as the Forensic Psychiatry Fellowship Educator of the Year in June 2025.

7.      I practice forensic psychiatry, working on both child and adult cases in both criminal and civil courts. I teach forensic psychiatry, and specifically I annually lecture forensic fellows on correctional psychiatry and on a biannual basis I lecture child and adolescent psychiatry fellows on correctional psychiatry.

8.      I volunteer with direct patient care and resident supervision at University of South Florida's refugee clinic. I am also on call for nights, holidays, and weekends at Tampa General Hospital's consult service.

9.      I work in two university-based training clinics. As a supervising physician at the University of South Florida's Silver Child Development Center, my role is to function as a clinical supervisor and instructor. Psychiatry residents and child psychiatry residents serve as primary patient evaluators and clinicians. I also evaluate new patients directly and then see patients as needed. I oversee the residents' work product and function as the physician of record. In this clinic, I evaluate

2

AR-002601

and treat pediatric patients with Gender Dysphoria. In addition to these direct clinical experiences, my duties at the Silver Child Development Center include training residents regarding the treatment of patients, including those with Gender Dysphoria.

10.    Additionally, I am a supervising physician at the University of South Florida's general (adult) psychiatry clinic, the Outpatient Psychiatry Center. My duties at the Outpatient Psychiatry Center include supervising and instructing psychiatry residents. At this clinic, general psychiatry residents serve as primary patient evaluators and clinicians. I evaluate new patients directly and see them as needed afterward. I oversee the residents' work product and function as the physician of record. As part of my role in this clinic, I evaluate and treat adult patients with Gender Dysphoria.

11.    I have experience working in adult corrections as part of my forensics training. In addition, I have experience working in Orleans Parish Prison and at the Elayn Hunt Correctional Center.

12.    I have worked in juvenile corrections at various facilities since I graduated from the Forensics Fellowship in 2005. I also treat patients with Gender Dysphoria at the seven juvenile correctional centers I actively cover. I have also been consulted to provide a second opinion and coordinate care regarding a patient with Gender Dysphoria in the Louisiana juvenile correctional system.

13.    I practice and support conventional medicine, and I have advocated for the expansion of Federally Qualified Health Centers, along with improved collaboration of mental health with primary care (Kaliebe 2016; Kaliebe 2017). I've presented at the Preventing Overdiagnosis conference in Oxford, England, in 2014, and at the National Institutes of Health in Bethesda, Maryland, in 2015. The Preventing Overdiagnosis conferences examine how physicians,

3

AR-002602

researchers, and patients can implement solutions to the problems of overdiagnosis and overuse in the healthcare system.

14.     I am a member of the American Academy of Child and Adolescent Psychiatry, the American Academy of Psychiatry and the Law, and the American Psychiatric Association. I am also a member of the Open Therapy Institute, Therapy First, and Heterodox Academy. I co-chair the Heterodox Academy Campus Community at the University of South Florida.

15.     I have been very active in the American Academy of Child and Adolescent Psychiatry (AACAP) since I joined in 2000 and have presented at its annual conference 26 times. I was awarded the status of a Distinguished Fellow at AACAP in 2016. I served as co-chair of AACAP Media Committee from 2013 to 2021 and was an author on AACAP's clinical practice guidelines for telepsychiatry. In addition, I served as the liaison between AACAP and the American Academy of Pediatrics from 2016 to 2022. I have also served AACAP through its state affiliates, acting as secretary-treasurer of the Louisiana Council for Child Psychiatry for four years and as president for two years. I was also a member of the Association for Behavioral and Cognitive Therapies from 2004 to 2016.

16.     I have extensive experience in psychotherapy and have received additional training in Cognitive Behavioral Therapy and trauma-focused therapies. Throughout my career, I have provided psychotherapy and taught psychotherapy to psychiatry trainees. I currently routinely supervise psychiatry residents at the University of South Florida regarding psychotherapy. From 2007 to 2016, I created and taught a Cognitive Behavioral Therapy practicum for LSU residents.

4

AR-002603

17.     My presentations related to Gender Dysphoria include:

- Psychotherapeutic Processes with Young People Experiencing Gender Dysphoria, Tampere, Finland, June 16, 2023. During this event, I presented and moderated a panel: "Working Psychotherapeutically in a Contested Space: Overcoming Challenges."

- Society for Evidence Based Gender Medicine Conference, New York, New York, October 9-12, 2023; Panelist: "The Etiology of Gender Dysphoria, The role of social and cultural context"; "Current Gender Dysphoria Guidelines, Assessing the Quality"; "Question and Answers, Next Steps."

- "Compassionate Care for Gender Non-conforming Youth" at Safe Children Coalition Conference, Sarasota, Florida, April 26, 2024.

- Society for Evidence Based Gender Medicine, Psychotherapeutic Approaches to Youth Gender Dysphoria, Athens, Greece, October 3, 2024; Panel Discussion, "The transgender zeitgeist: Exploring gender as a youth social movement."

- "The Chain of Trust is Broken in Gender Medicine," Heterodox Academy Conference, Chicago, Illinois, June 7, 2024.

- "When Perfect Storms Collide: The Ecological Origins of Youth Gender Medicine," Genspect, The Bigger Picture Conference, Lisbon, Portugal, September 27, 2024.

- "The Cass Review and its Implications for Approaching Youth with Gender Distress," Grand Rounds, University of South Florida, Department of Pediatrics, Tampa, Florida, November 14, 2024.

- "Power, Responsibility, and Truth: Increasing Open Expression Regarding Race and Gender in Medicine," as part of "The Battle to Remove Political Intentions from the Road to Scientific Truth: Three Physician Perspectives," Heterodox Academy Conference, New York, New York, June 23, 2024.

18.     I have been a co-author on publications related to working with incarcerated populations:

- *Prescribing Psychotropic Medications for Justice-Involved Juveniles*, Journal of Correctional Health Care, Tamburello, A., Penn, J., Negron-Muñoz, R., & Kaliebe, K. (2023).

- *Telepsychiatry in Juvenile Justice Settings*, Child and Adolescent Clinics of North America, Kaliebe, K., Heneghan, J., Kim, T. (2011).

- *Clinical Update: Telepsychiatry With Children and Adolescents*, AACAP, Committee on Telepsychiatry and AACAP Committee on Quality Issues, Journal of American Academy of Child and Adolescent Psychiatry (Oct. 2017).

5

AR-002604

19. My recent publications related to Gender Dysphoria include:

- *Adolescent Onset Gender Dysphoria, Our Perspective*, AACAP News, with David Atkinson, MD (Nov/Dec 2023).

- *A Reply to Legal, Mental Health, and Societal Considerations Related to Gender Identity and Transsexualism*, Letter to the Editor, Journal of the American Academy of Psychiatry and the Law, Vol. 51 (2023).

- Letter to the Editor, in response to "*A reply to "The present state of housing and treatment of transgender incarcerated persons*," Journal of the American Academy of Psychiatry and the Law, Vol. 52 (2024).

- *Obstacles to progress in pediatric gender medicine*, European Journal of Developmental Psychology, Kozlowska, K., Hunter, P., Clayton, A., Kaliebe, K., & Scher, S. (2025).

**OPINIONS**

20. Hormone therapy is unproven and experimental treatment for Gender Dysphoria that generally should not be available to those in the custody of the Federal Bureau of Prisons ("BOP"). Though it is not medically necessary to provide hormone therapy to inmates who are diagnosed with Gender Dysphoria but not currently receiving hormone therapy, inmates currently receiving hormone therapy may be a more complex situation. In most circumstances, it is appropriate, after individual assessment, to discontinue hormone therapy for inmates currently receiving hormone therapy through an appropriate withdrawal process. In a limited set of circumstances, it may be appropriate, after individual assessment, to continue hormone therapy for inmates already being treated with hormones.

21. Cross-sex surgeries are not medically necessary and should not be made available in correctional environments.

22. "Social accommodation" is not medically necessary in the correctional setting.

23. It is not medically necessary to house inmates with Gender Dysphoria according to their asserted gender identity.

6

AR-002605

## BACKGROUND

### Definitions

24.    Definitions and description of nomenclature in this report.

- "Social transition" is the process of changing one's sex-associated name, presenting oneself as a member of the other sex, and being referred to with third-person pronouns for the other sex.

- "Gender medicine" will be used for the clinical field that treats Gender Dysphoria, sometimes with medical interventions.

- The term "medical transition" will be used, as it is more accurate and clearer than the term "gender-affirming care."

- The term "cross-sex hormones" will be used, as it is more neutral and informative than the term "gender-affirming hormones."

- The term "medical necessity" refers to health care services that a physician and/or health care professional, exercising prudent clinical judgement, would provide to a patient for the purpose of preventing, evaluating, diagnosing, or treating an illness, injury, disease, or their symptoms. I use the term "medical necessity" as that term is used in the medical field, without regard to how that term may be used as applied to the Eighth Amendment or otherwise.

### Sex and Gender

25.    The basic biology of human beings is as a sexually dimorphic species. Biological sex is well-defined in all biological sciences, including medicine (Bhargava 2021). Sex is important in human development and throughout the lifecycle (Archer 2019). Sex is binary and determined at conception. Biological sex is programmed into every cell in the human body.

26.    The term "gender identity" was introduced in the 1960s and meant the sense of knowing to which sex one belongs, the awareness of being male or female (Byrne 2023). More recently, however, the phrase "gender identity" is used differently by The World Professional Association for Transgender Health (WPATH), Standards of Care (SOC) 8, which defines "gender identity" as:

7

AR-002606

"A person's deeply felt, internal, intrinsic sense of their own gender." This definition is opaque because it refers to the amorphous term of "gender."

27.    The term "transgender" is typically explained in terms of gender identity, i.e., that transgender people are those whose gender identities do not align with their sex.

28.    This lack of clear definitions and shifting trends related to self-identified gender contribute to confusion about claims of medical necessity for the treatment of individuals with Gender Dysphoria, particularly in the correctional environment. While there are different uses of the term "gender" (Stock 2022 at 37-40), in this report, I will not use "gender" to refer to the distinction between men and women but will use the terms sex, biological sex, or natal sex for clarity.

### Hierarchies of Evidence

29.    In medicine, hierarchies of evidence are structured frameworks used to rank the reliability and validity of different types of research studies, guiding clinical decision-making, and evidence-based practice (Guyatt 1995, Evans 2003). Typically depicted as a pyramid, the hierarchy places systematic reviews and meta-analyses of randomized controlled trials (RCTs) at the top, as they synthesize high-quality data across multiple studies. Just below are RCTs, valued for their ability to minimize bias through randomization and control groups. Further down are cohort studies, case-control studies, and cross-sectional studies, which offer observational insights but are more susceptible to confounding factors. At the base lie expert opinions and anecdotal evidence, which, while sometimes useful, lack the rigorous methodology needed for strong clinical recommendations. This hierarchy helps clinicians prioritize the most trustworthy evidence when evaluating treatments, diagnostics, or prognostic tools.

AR-002607



30.     In evidence-based medicine, grades like "low quality" or "high quality" evidence refer to how confident we can be that the research findings reflect the true effect of an intervention. These grades are part of the GRADE system (Grading of Recommendations Assessment, Development and Evaluation), which evaluates factors such as study design, risk of bias, consistency of results, directness of evidence, and precision of estimates. High-quality evidence typically comes from well-conducted randomized controlled trials and suggests that further research is unlikely to change our confidence in the results. In contrast, low-quality evidence—often from observational studies or flawed trials—means that future studies may significantly alter our understanding of the effect. These ratings help clinicians and policymakers make informed decisions by weighing the strength and reliability of the available data (Guyatt 2008).

9

AR-002608

**Treatment Approaches for Gender Dysphoria**

31.    Gender Dysphoria is like depression, anxiety, and other mental disorders and is not among the most severe and persistent illnesses, such as schizophrenia, Level 3 autism, or bipolar disorder. The condition should not be assumed to be lifelong (Jorgenson 2024, Levine 2021). The Diagnostic and Statistical Manual of Mental Disorders, fifth edition (DSM-5) provides that the diagnostic criteria for Gender Dysphoria in adolescents and adults are (1) a "marked incongruence between one's experienced/expressed gender and assigned gender, lasting at least six months, as manifested by at least two of the [identified symptoms]," and (2) "clinically significant distress or impairment in social, occupational, or other important areas of functioning." DSM-5 (Gender Dysphoria). While Gender Dysphoria is viewed by some as a serious medical or psychiatric illness, others have also viewed it as a developmental adaptation to psychological problems, or an issue of sexual minority rights (Levine 2016, Castro-Peraza 2019). These beliefs about the nature of Gender Dysphoria will affect clinicians' treatment approach and the expectations of individuals experiencing Gender Dysphoria.

32.    There are at least three different treatment models: (1) psychiatric comorbidities, (2) psychotherapeutic, and (3) affirmative.

33.    The first clinical model is supportive and directly treats psychiatric comorbidities, such as depression and anxiety that frequently co-occur with gender dysphoria. This is a cautious approach based on the principle that not all human suffering should be a target of psychological or medical intervention. With any treatment, there is a potential for medical and psychological harm, wasted resources, and undermining patient independence and self-sufficiency. As gender non-conformity is not pathological, it is beyond the capacity and understanding of professionals to create interventions that are clearly beneficial and a reasonable use of resources. This approach treats

10

AR-002609

Gender Dysphoria as just another type of body-related distress that need not be over-emphasized or become a direct focus of treatment.

34.     The second clinical approach is psychotherapeutic, aimed at alleviating distress by applying long-standing and evidence-informed tools of psychotherapy for patients suffering from Gender Dysphoria. Proper psychotherapy for gender distress does not impose the ideas of the clinician but can empower patients "to develop creative solutions to their difficulties and promotes agency and autonomy" (DeAngelo 2023).

35.     The third treatment approach is the affirmation model (Coleman 2022), which promotes affirmation of the transgender identity immediately and decisively. Under this approach, social transition, i.e., living as the opposite sex, including changing the individual's name, preferred pronouns, and appearance, is encouraged. This approach considers the body parts and physical features that are associated with dysphoria as targets for treatment. Under this model, social transition, hormones, and surgeries would be provided without regard, or with minimal regard, toward factors associated with transgender identities, such as trauma, disorders of personality development, internalized or externalized homophobia, and neurocognitive disorders (e.g., autism).

   A. <u>The affirmation model has many weaknesses and risks.</u>

36.     In the community, the gender-affirming treatment options have become more common recently and are typically available for adults, and in some states, for minors. Yet affirmative treatment has significant known and unknown risks as discussed below and is based on low-quality evidence.  These risks are amplified when applied to the correctional populations because such populations are highly unique and vulnerable due to higher rates of trauma, neurodevelopmental disorders, personality disorders, and psychopathy (Levine 2016, Liu 2021).

AR-002610

37.    First, because the affirmative treatment paradigm emphasizes patient autonomy and the patient's desire to be treated as if they are the opposite sex, questions about the patients' self-identification are viewed as hostile and potentially harmful to the patient. This approach often overly credits patients' "rights", thus circumventing the scientific debate of evidence. It also tends to minimize discussion of harms and trade-offs, and risks patients harming themselves due to impaired decision-making, desperation, and/or exposure to misinformation that distorts informed consent of risk and benefit. Within the affirmation model, hormones or surgical interventions are provided despite that these treatments would not meet the usual clinical standards of providing treatments that improve health.

38.    Second, the affirmation model treats Gender Dysphoria as a permanent disorder when it is better considered a temporary disorder like bulimia or depression. While some cases of depression or bulimia are long-lasting, most are not. The same is true with Gender Dysphoria. But once Gender Dysphoria is medicalized, it is more likely to become a long-lasting aspect of the individual, in part because patients are forever physically changed, and also due to patient self-justification, as will be detailed later in the report.

39.    Third, much of the justification for affirmative treatment, such as cross-sex hormones and surgical treatments, comes from surveys indicating patient satisfaction. Although patient satisfaction is often used as an outcome measure in medical care, patient satisfaction can be influenced by factors unrelated to the quality of care (Richman & Schulman 2022), and prioritizing patient happiness and satisfaction may lead to inappropriate overtreatment (Mandell 2016, Lemke 2016), and undermine the importance of clinical outcomes and evidence-based practices, which are crucial for ensuring high-quality care (Fenton 2012).

12

AR-002611

40.     As noted by Sirvoch (2012) at 412, "Fenton and colleagues followed more than 50000 adult participants in the National Center for Health Statistics' Medical Expenditure Panel Survey over a 2-year period (longer for mortality). Judging from patients' reported satisfaction with their physicians after year one, the authors found that, compared with patients in the lowest quartile of satisfaction, patients in the highest quartile were subsequently less likely to be seen in an emergency department, but more likely to be hospitalized, were responsible for more prescription drug and total health care expenditures, and were more likely to die." Sirvoch (at 413) goes on to note that: "Satisfaction with seemingly adverse outcomes of potentially excessive medical care appears to be the norm" and that "[m]ore aggressive practice, therefore, improves not only patients' perceived outcomes, but also those of physicians (reimbursement, performance ratings, protection against lawsuits), and the positive feedback loop of health care utilization is fueled at two ends."

41.     Concerns about relying on patient satisfaction are especially acute when using affirmative treatments for Gender Dysphoria. There is sparse data to track in a controlled manner those who have embarked on these treatments and what their outcome has been. Retrospective recall is unreliable (Coleman 2024, Mazzoni 2003) and recall among patients expressing Gender Dysphoria may be particularly distorted by their current emotional state and beliefs (Kulatunga 2024). There is also a survivorship bias in surveys of those who remain transgender-identified, and large numbers of dropouts are frequently seen in studies purported to show long-term benefits (Shelemy 2023). And patients who have embarked on irreversible medical treatment would have the most self-justification, considering they have altered the trajectory of their lives, and for many, there is no return to their previous bodily state. This cohort would have the least propensity to factor in regret and look soberly at the outcome.

AR-002612

42.    In sum, under the affirmation model, medical sex trait modification is patient-driven, voluntary, and sought-out treatment, but is supported only by low-quality evidence, is promoted by a field that has created publication bias, lacks a strong research foundation, and has failed to adhere to typical standards for clinical practice (Kozlowska 2025). The unknowns and risks, especially in carceral settings where practically no direct research evidence exists, are accompanied by an unreliable evidence base, ideological influences over care recommendations, and unknown long-term effects.

B.    <u>Psychotherapy is the preferred treatment approach for Gender Dysphoria, particularly within correctional environments.</u>

43.    While patient-driven medicine characteristic of the affirmation model carries significant risks because humans have immense powers to deceive themselves and because patients may be susceptible to clinicians' suggestions of affirmative treatment, both primary psychotherapeutic schools within mental health, Psychodynamic Therapy and Cognitive Behavioral Therapy, focus largely on identifying self-deception. A major target of treatment is helping patients identify how they deceive themselves.

44.    In my opinion, the psychotherapeutic model is the most appropriate treatment model. That approach provides treatment aimed at alleviating distress by applying long-standing and evidence-based tools of psychotherapy. It enables the exploration of causative factors, enhances self-awareness and self-efficacy, and facilitates patients' coping with comorbidities.

45.    The approach also provides support to reduce suicidality and self-harm and decrease symptoms of comorbidities, such as depression and anxiety. Psychotherapy practitioners do not directly challenge a claimed transgender identity, nor do they affirm the patient's narrative or theories. Instead, they permit the patient to continue to express a transgender identity (Hakeem 2012, DeAngelo 2021), while engaging in a dialogue with the patient regarding these matters

14

AR-002613

without providing the answer. Therapists (including psychologists, psychiatrists and a range of other mental health professionals) are all trained to appreciate that an individual is shaped by his or her upbringing, socialization, and life events. Therapists and patients work together to help the patient identify and address why the patient is uncomfortable with his or her sense of self, just as the therapist can help put the patient's other identities (such as racial and ethnic backgrounds, religious or spiritual affiliations, or professions) in perspective.

46.    The dialogue in psychotherapy would look for adversity, abuse, and other traumas as potential contributors (Withers 2020). Therapy explores the influence of exposure to images, ideologies, and modeling, including online. This paradigm also considers fantasy, parental attachment, and psychosexual influences. Any of these factors can intermix with temperament, psychiatric symptoms, and neurocognitive disorders such as ADHD and autism, which are more common in those with Gender Dysphoria (Thrower 2020). Practitioners inquire about potential influences and encourage self-exploration, especially considering the increased rate of Gender Dysphoria and neurocognitive disorders.

47.    This broad focus allows a full range of established treatments for the comorbidities typically present in correctional populations diagnosed with Gender Dysphoria. This approach avoids what Hillary Cass described as diagnostic over-shadowing (Cass 2024), or what is sometimes called gender exceptionalism, i.e., the focus on the gender-related distress deflects treatment away from other conditions.

48.    While few studies have explored standard psychotherapy techniques in the context of Gender Dysphoria, psychotherapy is a longstanding mental health tradition with decades of accumulated wisdom regarding what works, how to approach and align with patients, goal setting, instilling hope, and establishing rapport. These and other common elements in various types of

AR-002614

psychotherapy are acknowledged to be healing, regardless of whether the orientation is psychodynamic, cognitive behavioral, or any other school of therapy (Feinstein 2015, Cuijpers 2019, Laska 2014).

49.      Longstanding frameworks such as Psychodynamic Psychotherapy and Cognitive Behavioral Therapy have been used to treat an extremely wide range of mental health problems (David 2018, Hoffman 2012, Sanai 2024) and can be used to treat Gender Dysphoria. Psychodynamic Psychotherapy is a form of talk therapy that focuses on how unconscious processes and past experiences influence a person's current thoughts, feelings, and behaviors. Cognitive Behavioral Therapy is a type of talk therapy that helps individuals become aware of inaccurate or negative thinking patterns, enabling them to view challenging situations more clearly, take action to overcome symptoms, and respond to stressors more effectively.

50.      Cognitive Behavioral Therapy, for example, is an effective treatment for Body Dysmorphic Disorder (Harrison 2016), which shares similar features as Gender Dysphoria, including body-related distress, a focus on appearance, increase in younger generations spending more time online (Gupta 2023), and significant comorbidities such as increased rates of self-harm, anxiety, and depression. Cognitive Behavioral Therapy's success in ameliorating Body Dysmorphic Disorder indicates applying similar approaches would be an effective treatment for Gender Dysphoria.

51.      Cognitive Behavioral Therapy is also commonly used as a psychotherapy for eating disorders, such as Anorexia (Öst 2024). Eating disorders share features with Gender Dysphoria, as both are influenced by socio-cultural concepts of appearance (Choukas-Bradley 2022). Both disorders also have shown a potential for social contagion, i.e., the phenomenon where mental health symptoms, attitudes, or behaviors spread through a social network or population (Giedinghagen 2023, Alho 2023, Agostino 2021, Hacking 2006). This social contagion can happen

16

AR-002615

through various mechanisms, including peer influence, social learning, emotional mimicry, and the normalization of certain behaviors. In both Anorexia and Gender Dysphoria, patients seek to transform their bodies to align with the internalized image. Psychotherapy for Anorexia often includes Dialectical Behavior Therapy. Dialectical Behavior Therapy is a modified type of Cognitive Behavioral Therapy that focuses on teaching skills in four key areas: mindfulness, distress tolerance, emotion regulation, and interpersonal effectiveness (Cogodi 2024, Monteloeone 2024). In Anorexia, the distorted body image is never affirmed, and patients are not encouraged to alter their bodies to fit their embodiment goals (Korte 2023).

52.    Because cross-sex identification can arise after trauma (Cosentino 1993), and gender dysphoric patients have experienced a higher incidence of trauma than the general population (Brewerton 2022, Gehring 2005), many effective psychotherapy treatments for post-traumatic stress symptoms can also be used to treat Gender Dysphoria. Cognitive Processing Therapy helps people challenge and modify unhelpful beliefs and thoughts that developed after the trauma. Prolonged Exposure Therapy is a specific type of Cognitive Behavioral Therapy that helps people with post-traumatic stress disorder by gradually and repeatedly exposing them to memories, feelings, and situations they have been avoiding since the traumatic event. Eye movement desensitization and reprocessing is a psychotherapy technique that helps people process and heal from trauma by using bilateral stimulation, often in the form of guided eye movements, while the individual recalls distressing memories.

53.    These various treatments all use components of Cognitive Behavioral Therapy, which helps patients reconceptualize their experiences and tolerate body sensations associated with the stress response. Trauma-focused treatments, such as Cognitive Behavioral Therapy, can also ameliorate co-occurring depressive, anxiety, and grief symptoms.

17

AR-002616

54.    Dialectical Behavior Therapy has the strongest evidence for reducing self-harm, but cognitive behavioral therapy and other approaches also show promise to reduce self-harm—a potential problem co-occurring with Gender Dysphoria. Dialectical Behavior Therapy has been shown to be the gold standard treatment for Borderline Personality Disorder, the criteria of which include changes in gender identity and along with frequent self-harm, emptiness, and unstable interpersonal relationships. Dialectical Behavior Therapy teaches patients to be present in the moment and aware of their thoughts and feelings without judgment. Patients learn distress tolerance techniques and strategies to manage intense emotions that often lead to self-harm.

55.    There are higher rates of personality disorders among the patient cohort with Gender Dysphoria (Rodriguez-Seijas 2024, Kaila-Vanhatalo 2025), and higher levels of personality disorders in correctional populations (Levine 2016, Liu 2021).  Psychotherapy is the treatment of choice for personality disorders, and there has been significant progress in developing approaches for this population (Stoffers-Winterling 2022, Emmelkamp 2025).

56.    Because of the high levels of comorbidity of psychiatric disorders in patients with Gender Dysphoria, Cognitive Behavioral Therapy could be extremely helpful as the same approach and techniques have proven effective with so many problems including anxiety, depression, and in reducing self-harm.  For instance, those with Gender Dysphoria may also suffer from anxiety. Cognitive Behavioral Therapy has been demonstrated to be helpful for the full range of anxiety disorders, and teaches patients to build on small successes, increase distress tolerance, and learn coping skills and self-regulation. Patient in Cognitive Behavioral Therapy face their fears and experiment with new experiences. Targets in Cognitive Behavioral Therapy for anxiety can include: (1) fears of the future; (2) feelings of tension, restlessness, and arousal; (3) social anxiety;

AR-002617

(4) thoughts focused on worry, impending danger, or panic; and (5) concentrating or thinking about anything other than the present worry.

57.     Cognitive Behavioral Therapy, Interpersonal Therapy, Psychodynamic Psychotherapy, and mind-body therapies have all shown success in reducing depression, another comorbidity of Gender Dysphoria. These therapies can target (1) negative body sensations, (2) negative self-perception, (3) social struggles and isolation, (4) over-focus of the negative via persistent rigid or unrealistic thinking thoughts, (5) catastrophizing (expecting the worst possible outcome), and (6) overgeneralization (making broad conclusions from a single or few data points). Cognitive Behavioral Therapy has strong evidence for reducing depression, with a recent meta-analysis covering over 400 randomized controlled trials and 50,000 patients (Cuijpers 2023).

58.     Psychotherapy can be combined with mind-body therapies that show promise to foster self-regulation and reduce body-related distress (Nejadghaderi, 2024, Brinsley, 2021, Deveci, 2023).

59.     A significant benefit of psychotherapy is its ability to help patients without irreversible medical interventions. Patients with Gender Dysphoria may disfavor the cautious approach of psychotherapy in the short term and the effort involved, but the skills built and the perspective gained in psychotherapy can provide long-term benefits to the patients. Some patients will reassume the gender identity of their natal sex.

### Regarding WPATH

60.      WPATH and other affirmative guidelines regarding the care of people with Gender Dysphoria should neither be treated as authoritative nor be used to determine care for Gender Dysphoria. WPATH openly engages in ideologically-based political advocacy, systematically misrepresents evidence, and often bases its recommendations, no matter how impactful for the patient, on low-quality supporting evidence. WPATH's standards are even more unreliable when it comes to prisoners. "Inmates who seek treatment for Gender Dysphoria typically display little

19

AR-002618

resemblance to the patients who present for treatment in the community, and prison life bears little resemblance to life in the community. The SOC [WPATH Standards of Care] were not developed with the complexities, vulnerabilities, and life circumstances of incarcerated persons in mind" (Osborne 2016 at 1651).

61.    Since its beginnings in 1979, WPATH—then known as the Harry Benjamin International Gender Dysphoria Association—has struggled to reconcile its goals of being both a scientific, clinical organization studying Gender Dysphoria and an advocacy organization. WPATH has made clear its desire to change policy toward gender identity and away from biological sex. For example, it endorses The Yogyakarta Principles, which urge the overhaul of sex- and gender-related legal frameworks to advance the human rights of gender-nonconforming individuals. *See* WPATH Statement on Yogyakarta Principles plus 10 and Healthcare Delivery (July 29, 2019), https://wpath.org/wp-content/uploads/2024/11/WPATH-Statement-on-Yogykarta-Principles-Plus-10.pdf

62.    Some recent articles expose what has occurred at WPATH (Kozlowska 2025). This comes after the release of documents in a legal case in Alabama (*Boe v. Marshall*).

- Pamela Paul, New York Times, *Why is the US still pretending we know gender-affirming care works?* (July 12, 2024): "Recently released emails show the WPATH leaders told researchers that their work should 'not negatively affect the provision of transgender health care in the broadest sense.'"

- The Economist, *Research into trans medicine has been manipulated* (June 27, 2024):

  o "Court documents recently released as part of the discovery process in a case involving youth gender medicine in Alabama reveal that wpath's claim was built on shaky foundations. The documents show that the organisation's leaders interfered with the production of systematic reviews that it had commissioned from the Johns Hopkins University Evidence-Based Practice Centre (epc) in 2018."

  o "After wpath leaders saw two manuscripts submitted for review in July 2020, however, the parties' disagreements flared up again. In August the wpath executive committee wrote to Ms. Robinson [Associate Professor at Johns Hopkins] that wpath had 'many

20

AR-002619

concerns' about these papers, and that it was implementing a new policy in which wpath would have authority to influence the epc team's output—including the power to nip papers in the bud on the basis of their conclusions."

- o "Ms. Robinson protested that the new policy did not reflect the contract she had signed and violated basic principles of unfettered scientific inquiry she had emphasised repeatedly in her dealings with wpath. The Hopkins team published only one paper after wpath implemented its new policy: a 2021 meta-analysis on the effects of hormone therapy on transgender people. Among the recently released court documents is a wpath checklist confirming that an individual from wpath was involved 'in the design, drafting of the article and final approval of [that] article'. (The article itself explicitly claims the opposite.) Now, more than six years after signing the agreement, the epc team does not appear to have published anything else, despite having provided wpath with the material for six systematic reviews, according to the documents."

- Benjamin Ryan, NY Sun, '*Damning' Information About Trans Medical Group Expected to Reach Supreme Court, as Justices Consider Challenge to Ban on Gender Treatments for Minors* (July 10, 2024):

  - o "The unsealed documents indicate Wpath leadership caved to political pressure from outside groups and quietly crafted its pediatric guidelines with the intent of influencing public policy. Wpath leadership also balked at the potential publication of research findings the organization had commissioned that its leadership believed might negatively impact access to gender-transition treatment."

  - o "Erica Anderson, a psychologist, transgender woman, and former head of WPATH's American branch USPATH, characterized the recent disclosures as 'damaging' to the organization. 'The backroom discussions cement the picture of ideological and political capture,' she told the Sun of how she saw her former colleagues as woefully compromised. She said their exposed communications 'hardly' portrayed them as 'scientists using evidence to develop best practices.' Many Wpath leaders, she added, 'clearly have lost their way.'"

  - o "According to unsealed internal communications, WPATH also wielded a heavy hand after it in 2018 commissioned from evidence-based medicine experts at Johns Hopkins University a series of systematic literature reviews—the gold standard of scientific evidence—regarding various facets of trans medical care. After some of the Hopkins teams' findings raised concerns among WPATH leadership that they might 'negatively affect the provision of transgender health care,' WPATH compromised the independence of the Hopkins researchers. This included asserting the final say on the publication of any systematic reviews. To date, just two reviews have been published."

  - o "The Cantor report [an expert report submitted in the Alabama litigation] further found that WPATH leaders crafted the language of its medical guidelines for the express purpose of influencing insurance coverage, policy, and litigation, which, according to Dr. Cantor, in at least some points, came 'even at the expense of scientific accuracy.'

AR-002620

He also found that Wpath coordinated on the draft with the ACLU, which is behind many of the suits against state bans of such treatment."

63.    These portrayals align with my review of the WPATH documents disclosed in the Alabama case (*Boe v. Marshall*, Kaliebe report; *Boe v. Marshall*, Cantor report). WPATH's internal documents clearly show that WPATH is an advocacy organization and not a scientific one. Scientific organizations do not pressure scholars to distort or suppress evidence that does not fit their narrative or systematically mislead the professional community and public regarding the treatments they support. WPATH has violated many principles underpinning medical ethics and research and contributed to widespread publication bias in gender medicine. Publication bias is the tendency for studies with positive or significant results to be published more frequently and rapidly than those with negative or inconclusive findings, leading to a distorted understanding of the evidence base. As noted in Murad at 85 (2018) publication bias is "one of the worst threats to the validity of scientific research."

64.    Additionally, the recently released "WPATH files" are leaked internal discussions between WPATH members published by the think tank Environmental Progress (https://environmentalprogress.org/big-news/wpath-files). The site reports: "the WPATH Files reveal that the organization does not meet the standards of evidence-based medicine, and members frequently discuss improvising treatments as they go along." My review of the lightly redacted text and the video confirms this analysis. These files display that the internal discussions at WPATH do not match the simplistic affirmative guidelines WPATH produces.

65.    The WPATH files further showed that there was minimal discussion of the tradeoffs involved in gender care, and prudent clinical caution is frequently derided as "gatekeeping." Activist members speak freely regarding their disdain for "cis normativity" and the

22

AR-002621

"gender binary" and their belief in patient self-determination regarding surgical body-modification.

66.    Members of WPATH, and other advocates, which in total comprise a small number of physicians, have been able to leverage moralized claims and low-quality evidence to promote medical interventions for Gender Dysphoria. There has simultaneously been silencing, stigmatization, and censorship of more balanced and mainstream viewpoints (Bailey 2023, Ciszek 2021, Clark 2023, Clark 2024, Dreggor 2008, Gliske 2021, Soh 2021, Stevens 2020, Stevenson 2023), creating a mirage of general support for positions contrary to good medicine.

67.    Public policy, including prison policy, based on the theories promoted by WPATH is unlikely to be good policy, as it arises from ideology more than evidence.

68.    Dahlen reviewed WPATH's prior guidelines, SOC-7, as part of a systematic review and quality assessment of international clinical practice guidelines for gender minority/trans-identifying people. They noted that WPATH SOC-7 contained no auditable quality standards and scored poorly on editorial independence, applicability, and rigor of development. The reviewers noted that WPATH prioritized stakeholder involvement rather than methodological rigor. Among the principal findings was that WPATH SOC-7 "cannot be considered [the] 'gold standard'" (Dahlen 2021).

69.    Yet despite the well-known methodological weakness of SOC-7, WPATH created SOC-8 with many of the same problems, only selectively using the conventions that are necessary to create a trustworthy clinical practice guideline. "It appears WPATH expects readers to faithfully accept potentially biased judgments of the literature rather than confidently submitting SoCv8 to open scientific scrutiny. SoCv8 could have been much better: its evidence base and recommendations cannot yet be relied upon" (Dahlen 2022).

AR-002622

70.     WPATH's approach is contrary to the recommendation of the Institute of Medicine—the health arm of the National Academy of Sciences—that clinical practice guidelines should be informed by systematic reviews of evidence, which can help minimize potential harm created through guidelines supported mainly by the consensus of expert impression (Institute of Medicine 2011).

71.     With recently unsealed court documents, we now know that WPATH SOC-8 did submit for likely more than a dozen systematic reviews of evidence but interfered with the researchers conducting the reviews, disallowed publication of most reviews, and undermined the publication of the available data (Kozlowska 2025, Economist 2024, Selin-Davis 2024, Ryan 2024). WPATH did what should be unthinkable; it has hidden, to this day, what systematic reviews were attempted, then stopped or buried them due to unfavorable results. (Kozlowska 2025, Economist 2024, *Boe v. Marshall* Cantor Report).

72.     WPATH SOC-8 intentionally obscured the most important element required for a trustworthy clinical practice guideline: the assessment of the strength of the evidence used to make recommendations. Hiding the strength of evidence hides critical data from readers trying to evaluate the evidence base for an organization's recommendations (Murad 2017). This is especially concerning due to the lifelong implication and irreversible nature of the treatments WPATH advocates.

73.     The British National Health Service's Cass Review of youth gender medicine, published in 2024, echoed these concerns. Dr. Hillary Cass conducted a systematic review of available clinical guidelines for children and adolescents experiencing Gender Dysphoria or incongruence. She reviewed 23 guidelines published from 1998 to 2022. "The findings from this review . . . raise questions about the credibility of currently available guidance, despite the majority being

24

AR-002623

published in the last 5 years. Most guidelines have not followed international standards for guideline development set out by the [Appraisal of Guidelines for Research and Evaluation II] initiative and/or provide insufficient information about their development. Because of this, the review team only recommended two guidelines for practice—the Finnish guideline published in 2020 and the Swedish guideline published in 2022" (Taylor 2024).

74.    The Cass systematic review noted how the other guidelines cross-reference other guidelines to justify their recommendations, rather than citing actual evidence (see figure label B – below). Furthermore, the WPATH and Endocrine Society collaborated, meaning a very small, interconnected group of WPATH members led to the creation of multiple guidelines among multiple medical organizations. "The WPATH and Endocrine Society international guidelines, which like other guidance lack developmental rigour and transparency have, until recently, dominated the development of other guidelines. Healthcare professionals should consider the lack of quality and independence of available guidance when utilising this for practice" (Taylor 2024).

25

AR-002624



75.     The above graphic from the Cass systematic review (Taylor 2024) shows that WPATH's unreliable and low-quality recommendations have infected other guidelines, causing a systematic distortion of clinical guidance.

76.     While a complete review of WPATH's SOC-8 is beyond the scope of this report, I note a few concerns below:

77.     First, SOC-8 does not analyze why it prioritizes affirmation of gender identity over affirmation and acceptance of the physical, sexed body. For all other mental health disorders, clinicians aim to help patients accept and feel comfortable in their body. Nowhere else do mental health professionals recommend changing the body to fit the mind's impression. SOC-8 treats the question as though it had a clear answer supported by the evidence: affirm self-reported gender identity. That unproven theory runs through the SOC-8 guidelines and underpins much of the assessment and treatment recommendations in the SOC-8, therefore making it untrustworthy.

26

AR-002625

78.     Second, WPATH associates comorbidities, such as suicidality and depression, as being caused by society rather than individual psychopathology. This is often called the "minority stress" theory, the supporters of which advocate that it is the role of medical and mental health care to relieve that stress by affirming the patient's preferred gender. This unfortunate therapeutic stance is in tension with evidence that the victim mindset undermines the patients' mental health and impedes their healing (Kaufman 2025). Narratives that encourage those with Gender Dysphoria to develop a victim mindset may be especially detrimental in prison populations.

79.     Third, SOC guidelines consistently recommend changes to institutions, such as prisons, without a review of the tradeoffs and harm involved. The SOC-8 suggestions regarding institutional care neglect the honest appraisals, stakeholder input, and nuance required to create a trustworthy recommendation regarding gender transition in carceral settings. WPATH overstates the benefit of an affirming and medicalized approach and does not adequately review the risks, particularly those associated with carceral settings.

80.     Fourth, SOC-8 normalizes self-mutilation by devoting a chapter to "Eunuchs" (a castrated man) and treating it as just another non-binary category. It did so without the necessary warning that mental health assessments are needed before any consideration of chemical or surgical procedures and without acknowledging the damage associated with such self-harm.

81.     Fifth, SOC-8 downplays concerns related to detransitioning, repeatedly using the term "rare" without definition or the methodology they used to determine that term is appropriate. Evidence suggests the more recently transitioned cohort with less-restrictive access to hormones and surgeries has a much higher rate of detransition, although the precise detransition rate is unknown (Cohn 2023, Jorgensen 2023).

27

AR-002626

82.    As reflected in the WPATH SOC 8, within gender medicine, there has been a failure of "maintaining terminological and conceptual clarity" (Kozlowska 2025). This accompanies a failure to engage in appropriate scholarly discourse, a failure to publish research results in a timely manner, and a failure to frame outcomes and strength of evidence with accuracy. Reliance on WPATH has caused professional societies and government health authorities to break the "chain of trust" afforded to those who relied on WPATH (Kozlowska 2025).

## CROSS-SEX HORMONES GENERALLY ARE NOT MEDICALLY NECESSARY

### Weaknesses of Past Studies and Recommendations Related to Cross-Sex Hormones

83.    Although used in affirming clinical practice, hormone therapy for Gender Dysphoria is not based on guidelines using best practice or systematic reviews of evidence. There are no controlled studies or high-quality evidence in the carceral setting that would lead to the recommendation of sex-trait modification, such as through cross-sex hormones, of inmates with Gender Dysphoria.

84.    In 2012, the American Psychiatric Association (APA), along with members of WPATH within APA, decided to support affirmative treatments. At the time, the APA task force admitted, "The quality of evidence pertaining to most aspects of [hormone] treatment was determined to be low" (Byne 2012 at 759). Nonetheless, the APA used clinical consensus to support new recommendations for affirming treatment "[w]ith subjective improvement as the primary outcome measure" (Byne 2012 at 759). As such, the APA's recommendation is not based on established standards for creating quality treatment guidelines, but rather on clinical consensus that is based primarily on subjective self-report.

85.    Similarly, WPATH's SOC-7 and SOC-8 guidelines regarding hormone therapy did not follow best practice and lack developmental rigor (Dalen 2021).

28

AR-002627

86.    Recent large reviews and research into harms from hormone treatment for Gender Dysphoria raise increased concerns regarding the safety, efficacy, and prudence of this practice. A recent Danish review, for example, indicated that using cross-sex hormones to treat Gender Dysphoria yields mixed results, and a worsening of psychiatric diagnosis one year after initiation of hormones. Although the patient stabilizes thereafter, the patient at all times has increased mental health problems when compared to the general population, especially for males prescribed feminizing hormones (Glintborg 2025 at 336).

87.    In 2020, the United States Department of Health and Human Services ("HHS") declined to "take a definitive view on any of the medical questions raised" "about treatments for Gender Dysphoria" because there was a "lack of high-quality scientific evidence supporting" the interventions.  HHS characterized WPATH as "an advocacy group" and did not consider WPATH's guidelines as being based on "independent scientific fact-finding." Nondiscrimination in Health & Health Education Programs or Activities, 85 Fed. Reg. 37,160, 37, 186-98 (June 19, 2020).

88.    A recent a systematic review and meta-analysis regarding patients up to age 26 noted the uncertain effects of cross-sex hormones across multiple domains. Specifically, the effects cross-sex hormones on Gender Dysphoria itself are noted to be "very uncertain," as are the effects on global functioning and depression.  The authors conclude: "The best available evidence reporting on the effects of GAHT [cross-sex hormones] in individuals with [Gender Dysphoria] ranged from moderate to high certainty for cardiovascular events and low to very low certainty for the outcomes of [Gender Dysphoria], global function, depression, sexual dysfunction, BMD [bone mineral density] and death by suicide" (Miroshnychenko 2025 at 444).

89.    Shelemy's review (2023) found 14 studies that met their inclusion criteria, showing a trend toward reduced depression and anxiety during hormone treatment. Yet this review specifically

29

excluded non-affirmative approaches and as such, sheds no light on whether the outcome would be the same, better, or worse with psychotherapy treatment alone. Furthermore, several of the 14 studies did not report dropout rates, while 31% reported *high* dropout (over 40%), and 28% of studies were assessed to have a *high* level of selection bias (less than 60% of the participants registered or approached completed the pretest measure). Moreover, the authors noted, "There is potential for authorship bias throughout much of the research literature as several studies were authored by clinical staff in which interventions are routinely offered." This noted bias highlights a major problem in the research on cross-sex hormones, which is that those involved in gender medicine research are already favorably inclined toward using affirmative treatment (Scott 2013, West 2012). Best practice to create reliable research regarding medical transitions would be to have neutral scholars design and conduct the research, thus correcting the authorship bias noted by Shelemy.

90.    In any event, the noted reduction in anxiety or improvements in mood may be placebo effects (Clayton 2022). Placebo effects are positive changes based on expectations. Missing from the discussion of reviews like Shelemy is a discussion of what percentage of the improvement is placebo effects, which are broadly considered across other disorders. (Bschor 2024, Wager & Atlas 2015). Placebo effects are highest for internalizing disorders like depression and anxiety, which share similar symptoms as Gender Dysphoria. Furthermore, as placebo effects are bolstered by expectations, these placebo effects may be enhanced by clinicians' positive statements regarding the effectiveness of medical transition, just as patients with stronger belief in antidepressant medications' effectiveness receive a stronger placebo effect in anti-depressant studies.

91.    Placebo effects also could arise from psychosocial support, which would be expected within affirming-gender clinics, and from allies in the community (Clayton 2023). That is, the

30

AR-002629

improvement noted in mood or anxiety could arise—not from the hormone treatment itself—but from the psychosocial support the patient receives in connection with the hormone treatment. This in turn would suggest that hormonal treatment within correctional settings cannot be expected to produce the same placebo effects because any psychosocial support will be significantly limited due to inherent restrictions in activities, movement, and self-association.

92.    Until recently, medical transition for adults with Gender Dysphoria has been rare, and tracking long-term outcomes has been sparse; therefore, nominal long-term data exists. What long-term data does exist is mixed, with some of the most powerful data being unfavorable (Anckarsäter & Gillberg 2020, Dhejne 2011). Based on long-term data in Sweden, cross-sex interventions have not been shown to reduce self-harm; nor do they clearly reduce mental health problems (Bränström 2020).

93.    The initiation of sex-trait modification through cross-sex hormones remains an experimental treatment that has been pursued at the expense of more cautious, holistic, and measured approaches. The rapid spread of these untested treatments has been called "runaway diffusion": sex-trait modification and affirmation entered clinical practice worldwide without rigorous research confirming the underlying hypothetical benefits (Abbruzzese 2023).

94.     WPATH's commissioned systematic review reveals a high risk of bias in the available studies, and it appears to have been manipulated to frame the unimpressive results as supporting affirmative treatments. Even so, WPATH's own systematic review indicates hormone therapy has not been shown to reduce suicide risks (Baker 2021). This conclusion that there is a lack of evidence regarding any reduction in the risk of suicide is particularly pronounced in carceral settings, where no substantial research exists and no claim can be made whether hormone treatments increase, decrease, or do not change suicide risk.

31

95.     Overstating the benefits of hormone therapy is particularly problematic in prison settings, with both vulnerable and potentially belligerent populations that have higher degrees of psychopathologies, such as trauma disorders, neurocognitive disorders, and personality disorders. The forced intimacy of a prison setting creates many risks and challenges not seen in the general community, and as such, the provision of hormone treatment has more profound effects on the prison community milieu.

**Substantial Health Risks of Cross-Sex Hormone Therapy**

96.     Sex-trait modification through hormone therapy has substantial health risks and is one of the few instances, and the only psychiatric disorder, in which doctors intentionally harm healthy tissue. For years, there has been little data collection and scholarly discussion regarding the harms of cross-sex hormone therapy, yet this is changing.

97.     A recent review analyzed 290 adverse drug reactions in the U.S. Food and Drug Administration Adverse Event Reporting System (FAERS) (Gomez-Lumbreras & Villa-Zapata 2024 at 1089). "For individuals assigned female at birth undergoing gender transition to male (transgender men), 82 reports (230 [Adverse Drug Reactions]) were analyzed, with an average age of 29.5 years. Transgender hormonal therapy was cited in 72% of reports, predominantly from the United States (67.1%). A striking 88% were categorized as serious [Adverse Drug Reactions], primarily SOC [System Organ Class] injury, poisoning, and procedural complications (26.5%), followed by psychiatric disorders (14.8%) and nervous system disorders (12.2%). Among those assigned sex male at birth transitioning to female (transgender women) (81 reports, 237 [Adverse Drug Reactions]), mean age was 33.3 years, with 58% indicating use for Gender Dysphoria. A significant proportion (53.6%) were serious [Adverse Drug Reactions], primarily SOC: injury, poisoning, and procedural complications (26.6%)." This included 2 deaths, 25 hospitalizations, and 4 categorized as life threatening. A significant number of these adverse reactions were

32

AR-002631

Psychiatric Disorders (14.8% in natal females and 8.9% in natal males), and most commonly included depression and anxiety, but also included a wide range of psychiatric complications including aggression, suicidal behavior, suicidal ideation, and suicide attempts. This raises the possibility that cross-sex hormones are associated with increased self-harm, a concern reflected by the two completed suicides in a small but well-controlled study of cross-sex hormones in young people (Chen 2023, Biggs 2023).

98.    This FAERS data included adverse effects classified as Neoplasms benign, malignant and unspecified (10.9% in natal females and 9.7% in natal males), and adverse effects classified as Nervous System Disorders (12.2% in natal females and 7.2% in natal males) along with a range of cardiovascular complications such as pulmonary embolisms, cerebrovascular accidents, transient ischemic attacks, laboratory abnormalities of glucose, and atherosclerotic plaque ruptures, among others. For all these adverse reactions, the relative youthfulness of the cohort, mean age 29.5 for the natal males and 33.3 for the natal females, is especially concerning as young people will tend to be in better health, and their younger age limits the amount of time they could have been prescribed cross-sex hormones.

99.    Beyond these concerns are the longstanding and well-known psychological and psychiatric complications from supraphysiologic amounts of sex hormones. Data about androgens from tumors that produce abnormally high amounts of androgens and from anabolic steroid use has shown psychiatric effects including mania, irritability, aggressiveness, and reckless behavior, which are more common and more severe with higher doses (Hall 2005, Laidlaw & Jorgensen 2024).

AR-002632

100.    Regarding the cardiovascular risk from hormone therapy, much remains unknown and to be studied due to limited follow-up data and the complexities of the cardiovascular system and its interactions with cross-sex hormones (Getahun 2018, Aranda 2021, Nota, 2020, Dutra 2019).

101.    Estrogen therapy (natal males): Estrogen, often combined with anti-androgens, increases the risk of venous thromboembolism, including deep vein thrombosis and pulmonary embolism. Studies indicate a 2- to 5-fold increased venous thromboembolism risk, particularly with oral estrogens like ethinyl estradiol, due to hepatic metabolism and prothrombotic effects. Transdermal estrogen may pose a lower risk. Estrogen can also elevate triglycerides and reduce HDL [High-Density Lipoprotein] cholesterol, potentially increasing the risk of atherosclerosis and coronary artery disease. Hypertension is another concern, as estrogen can cause fluid retention and blood pressure elevation. Limited data suggests a slight increase in stroke risk, though evidence is less conclusive.

102.    Testosterone therapy (natal females): Testosterone use is associated with increased red blood cell mass (erythrocytosis), which can elevate blood viscosity and the risk of thromboembolism. Studies show mixed results, but some report a 1.5- to 2-fold increase in cardiovascular events like myocardial infarction, particularly in older individuals or those with pre-existing conditions. Testosterone can lower HDL cholesterol and raise LDL cholesterol, potentially contributing to atherosclerosis. Hypertension is also a concern, as testosterone may increase blood pressure.

103.    There is also concerning data for females using masculinizing hormones, especially across the lifespan (Gosiker 2024). A meta-analysis of 35 studies reported that masculinizing hormone therapy "was associated with significant changes in serum lipids from baseline up through the 60-month timepoint with meta-difference of means (95% CI) estimates of 26.2mg/dL (23.3,29.0) for

34

AR-002633

LDL-C, 26.1mg/dL (22.8,29.4) for total cholesterol, 30.7mg/dL (6.9,54.6) for triglycerides and –9.4mg/dL (–12.1, –6.7) for HDL-C." They noted studies evaluating the effects of feminizing hormones on balance demonstrated no notable changes in HDL-C or triglycerides while the results for LDL-C and total cholesterol were inconsistent." This data was reassuring regarding natal males on feminizing hormones, but not for females using masculinizing hormones. This was largely consistent with Leemaqz's longitudinal study (2023).

104.    Also consistent is Allgayer's systematic review of the effects of cross-sex hormones on subclinical atherosclerosis, which concluded that androgens are associated with an increased risk of subclinical atherosclerosis in natal females. In contrast, natal males may experience either neutral or beneficial effects regarding atherosclerosis from estrogenic agents, even though many unknowns remain.

105.    For natal females taking androgens, there is also a substantial risk of Pelvic Floor Dysfunction (PFD) (Da Silva 2024). PFD encompasses a range of symptoms including urinary incontinence, bowel dysfunction, sexual dysfunction, and pelvic pain, all of which can significantly impact quality of life. In natal females undergoing cross-sex hormone therapy with testosterone, research indicates a notably high incidence of PFD. A cross-sectional study conducted between September 2022 and March 2023 involving 68 females administered cross-sex testosterone therapy found that 94.1% experienced at least one PFD symptom.

106.    Specifically, the study reported: 86.7% of participants had urinary issues, with 69.1% experiencing storage symptoms such as urinary incontinence, frequent urination, or bed-wetting. Among those with urinary incontinence, symptoms were reported as moderate in severity, impacting quality of life. Urinary control complications have more profound impacts within the forced intimacy and restricted movements of correctional environments. Among all participants,

35

AR-002634

74% reported bowel-related issues, including constipation, anorectal symptoms (45.6%), and flatal incontinence (39.7%). As for sexual dysfunction, defined by criteria such as reduced sexual interest, arousal difficulties, or orgasmic disorders, with some reporting pain during sexual intercourse, it was experienced by 52.9% of the participants.

107.    The high incidence of PFD in this population is hypothesized to result from testosterone-induced changes, such as vaginal mucosa atrophy, which mimics a hypoestrogenic state similar to postpartum or postmenopausal conditions, potentially weakening pelvic floor muscles. The implications of PFD in females taking androgens are multifaceted, affecting physical, psychological, and social domains, including: anxiety, embarrassment, or reduced self-esteem, especially in younger individuals (average age 28 in the referenced study), who may face symptoms typically associated with older populations. However, the extent to which testosterone affects pelvic floor muscles remain understudied, and long-term effects on pelvic organs are not fully understood.

108.    Marks (2018) found that 45% of females on masculinizing hormone therapy experienced hair loss. Testosterone is associated with hair loss (alopecia), and a percentage of natal females taking androgens will experience significant hair loss, which is often associated with significant distress and may prompt the desire for further medical procedures and medications. This hair loss can be especially distressing in younger populations (Gao 2023).

109.    While incarcerated individuals rarely have access to procreative sex, most are not housed throughout their reproductive spans. As such, risks related to infertility from hormone therapy may be overlooked while incarcerated. After discharge, those who wish to procreate may have difficulty if they have been prescribed cross-sex hormones (De Roo 2025). For males taking estrogens, some patients only retain limited sperm production, while many no longer have sperm production and

AR-002635

exhibit testicular atrophy, hyalinization, and fibrosis. These histological changes may lead to an elevated risk of cancer. Taking estrogen alongside testosterone blockers was linked to sperm abnormalities and azoospermia (complete loss of sperm). These effects may or may not be reversible, and tissue studies following surgical removal of the testis show widespread damage (Schwartz 2025).

110.    Schwartz highlights potential cognitive risks, including memory loss and early-onset cognitive impairment. Longer-term research on older natal females taking hormones has found poorer performance on tasks involving memory and processing speed. Again, it will likely be decades before firmer data emerges regarding these risks.

111.    Medical harms occur from cross-sex hormone therapy. At the same time, there is little reliable data supporting that hormone therapy produces meaningful long-term mental health benefits. Accordingly, hormone therapy should not be available to those in BOP's custody, unless an exception is determined to be appropriate especially in the short term as discussed below.

**A Reasonable Approach for Those Already Receiving Hormones Is to Assess Them Individually on Whether and How to Discontinue Therapy**

112.    While it is appropriate to not initiate hormone therapy on inmates who are not currently subject to hormonal therapy, there are complex questions about whether to continue these treatments for inmates already receiving hormones.

113.    Some inmates arrive at BOP with prescribed hormone treatment from the community, and others start on these treatments while in custody. These cases can be individually assessed, with allowance for exceptions under certain circumstances.

114.    This clinical approach reflects the reality that once a treatment has been provided, its removal can, but does not necessarily, cause physiological and psychological stress. And the benefits of ending treatment—through an appropriate way—could outweigh the short-term

37

AR-002636

physiological and psychological stress from ending the treatment. The amount of this stress can be estimated clinically and individually, taking into account factors such as the duration of treatment, the initial rationale for treatment, and the treatment response. Accordingly, under this approach, it is reasonable for dysphoric patients to be divided into different patient populations with different clinical approaches. A rapid discontinuation is appropriate for those who recently started treatment, but a slow withdrawal could be appropriate for others, and still others may be allowed to continue treatment indefinitely.

115.    Standard psychiatric medications have withdrawal effects, and their abrupt cessation causes both physiological and psychological effects. The cessation of cross-sex hormones will have a similar impact. Just as the length of treatment predicts difficulties stopping a Selective Serotonin Reuptake Inhibitors, it can be expected that the duration of cross-sex hormones would be a pertinent clinical factor in assessing whether and how to cease hormone therapy (Kalfas 2025, Gøtzsche 2024).

116.    Moreover, it is likely rare that an inmate should continue hormone therapy indefinitely.  It could be reasonable for prison officials to adopt a strong presumption in favor of ending hormone therapy for all inmates (through the appropriate method of withdrawal), given the unproven medical benefits of continued hormone therapy and the potential negative effects of hormone therapy.  This strong presumption would only be rebutted by exceptional cases.

117.    Based on the above, there are multiple reasonable approaches to determining whether and how to discontinue hormone therapy for inmates diagnosed with Gender Dysphoria.

## CROSS-SEX SURGERIES ARE NOT MEDICALLY NECESSARY

118.    Cross-sex surgeries have not been shown to be medically necessary. There is widespread uncertainty with regards to whether cross-sex surgeries provide mental health benefits or, on the

38

AR-002637

whole, worsen mental health. These surgeries have substantial risks, and there is little, if any, reliable data supporting that such surgeries cause meaningful long-term benefits in improving mental health or reducing suicide risks. This is particularly true in prison settings. Indeed, there are no controlled studies, high-quality evidence, or reliable evidence on sex-trait modification, such as through cross-sex surgery, of inmates with Gender Dysphoria in the carceral setting.

119.    Much of the research regarding cross-sex surgery shares weaknesses with hormone therapy data, in that short-term individual studies are insufficient to support the hypothesis of benefit, and longer-term population studies show mixed results and raise concerns about long-term outcomes.

120.    A recent a systematic review and meta-analysis regarding Mastectomy for individuals younger than 26 years with Gender Dysphoria (Miroshnychenko 2025) "found limited evidence about aesthetic satisfaction and surgical complications (i.e., nipple necrosis, hematoma, and hypertrophic scarring)" and noted that "evidence regarding psychological outcomes is missing." This review highlights the sparse and "very low-certainty evidence on mastectomy effects."

121.    A recent national database study (Lewis 2025), involving 107,583 patients and using matched cohorts, examined mental health risks after cross-sex surgery and found that those undergoing surgery were at significantly higher risk for depression, anxiety, suicidal ideation, and substance use disorders than those patients with Gender Dysphoria who did not have without surgery. Males with surgery showed a higher prevalence of depression (25.4% vs. 11.5%, RR 2.203, $P < 0.0001$) and anxiety (12.8% vs. 2.6%, RR 4.882, $P < 0.0001$). Females exhibited similar trends, with elevated depression (22.9% vs. 14.6%, RR 1.563, $P < 0.0001$) and anxiety (10.5% vs. 7.1%, RR 1.478, $P < 0.0001$). Feminizing individuals demonstrated particularly high risk for depression (RR 1.783, $P = 0.0298$) and substance use disorders (RR 1.284, $P < 0.0001$).

AR-002638

122. Another large retrospective patient data analysis with over 90 million patients compared cross-sex surgeries and concluded, "Patients who have undergone gender-affirming surgery are associated with a significantly elevated risk of suicide," and "patients who have undergone gender affirmation surgery are associated with significantly higher risks of suicide, self-harm, and PTSD compared to general population control groups in this real-world database" (Straub 2024).

123. A 2020 review of Swedish data showed that there was no significant benefit following cross-sex surgery, and in fact raised concerns of increased suicidality in the year after surgery (Bränström & Pachankis 2020). This study published in the American Journal of Psychiatry initially suggested that surgery was associated with improved mental health outcomes. But a later re-analysis and correction of the data indicated that there was "no advantage of surgery" compared to a control group of transgender people who had not had surgery. There were at least 9 MDs or PhDs who responded to the significant flaws when this article was initially published and erroneously claimed that the data supported cross-sex surgery. The references to these letters can be found listed under the original article in PubMed or in the August 2020 American Journal of Psychiatry.

124. As noted by Wold, "among the individuals examined in the study, the risk of being hospitalized for a suicide attempt was 2.4 times higher if they had undergone gender-corrective surgery than if they had not" (Wold 2020). Ring and Malone noted that the data suggested "that sex reassignment surgery is in fact associated with increased mental health treatment" (Ring & Malone 2020).

125. The Bränström and Pachankis study confirms the strong association between psychiatric morbidity and Gender Dysphoria. It does not demonstrate that either hormonal treatment or surgery has any effect on this morbidity. One caution that can be taken is that the incidence of mental health

40

AR-002639

problems and suicide attempts are especially high in the year after the completion of gender-affirming surgery.

126.    The Dhejne review of long-term follow-up of medical transition surgeries in Sweden (Dhejne 2011) "found substantially higher rates of overall mortality, death from cardiovascular disease and suicide, suicide attempts, and psychiatric hospitalisations in sex-reassigned transsexual individuals compared to a healthy control population."

127.    These concerns are especially elevated in a carceral setting. As noted by Levine, "The request for SRS [sex reassignment surgery] is fraught with legal, safety, clinical, political, and policy concerns." "Most inmates requesting SRS through litigation are serving very long or life sentences. Their backgrounds are quite unlike most transgendered individuals encountered in the community" (Levine 2016 at 236)

128.    For example, as Elizabete Stahl, the BOP Medical Director recently stated, "Inmates have higher rates of certain chronic conditions and infectious diseases compared to people living within the community. They have higher rates of hypertension, asthma, arthritis, and tuberculosis. They also suffer from higher rates of mental illness" (Stahl Decl.).

129.    Cross-sex surgeries can have serious complications, some of which are lifelong. Complications are especially prevalent in populations with poor general health status. Vaginoplasties require dilation protocols which, even when strictly followed, may not prevent stenosis, and may require follow-up surgeries, or lead to long-term wound care due to fistulas or infection. Vaginoplasties can also result in chronic pain and altered or absent sensations due to nerve damage or scarring. Phalloplasty can result in chronic pain, loss of sensation, scarring, infections, and urethral complications, such as strictures and fistulas. Similarly, metoidioplasty can also have urethral complications, limited size or function, chronic pain, and sensory changes.

41

AR-002640

Cross-sex mastectomies use techniques to create a chest that is made to appear more like the other sex, and the lateral chest contour involves increased risk of iatrogenic injury (Ferrin 2025).

130.    With newer data, the utility of cross-sex surgeries and long-term outcomes has become more doubtful, which in any event is based on low-quality evidence base. As such, with the known harms to healthy tissue, potential increased risk of psychiatric decompensation, technical issues such as wound care, potential surgical complications, potential life-long health complications, and unclear mental health benefits, cross-sex surgeries within the correctional environment are not medical necessary.

## SOCIAL ACCOMMODATIONS ARE NOT MEDICALLY NECESSARY

131.    Social transition is understood as the process by which a person begins to live and present in a way that aligns with their internal gender identity, rather than their sex. This typically involves various non-medical actions, such as:

- Changing one's name and/or pronouns: Using a name and pronouns (e.g., she/her, he/him, they/them) that reflect their gender identity.

- Altering appearance and expression: This can include changing clothing, hairstyles, or other elements of their outward presentation to align with their gender identity.

- Coming out to others: Sharing their transgender or nonbinary identity with family, friends, and their community.

- Engaging in gendered activities: Participating in social activities or using facilities (like restrooms) that correspond to their affirmed gender.

132.    Social transition is theorized to be helpful as it appears empathetic to gender distressed individuals by allowing them to live in the role of the other sex. But social transition is not medically necessary, particularly in correctional facilities. As can be seen from the list of activities related to social transition, none are related to healing medical illness or disease. Moreover, there

42

are no reliable study or high-quality evidence showing any benefits of social accommodations for individuals with Gender Dysphoria who are currently incarcerated.

133.   The only systematic review of evidence regarding social transition is in children and adolescents, revealing minimal evidence to guide practice (Hall 2024). The evidence is overall low quality, and "[t]his review has shown that we have little evidence of the benefits or harms of social transition for children and adolescents." Concerningly, in children and adolescents, social transition appears to prolong transgender identification and continue Gender Dysphoria (Steensma 2013, Olson 2022, Rae 2019, Zucker 2020). Social transition is thus not associated with better outcomes but is related to future harms and risks due to the increased likelihood of later sex-trait modification. As noted by Zucker regarding social transition in children: "if one conceptualizes gender social transition as a type of psychosocial treatment, it should come as no surprise that the rate of Gender Dysphoria persistence will be much higher as these children are followed into their adolescence and young adulthood. If this is, in fact, the case, one might ask why would one recommend a first-line treatment that is, in effect, iatrogenic [illness cause by treatment]" (Zucker 2020 at 37).

134.   Based on this data, we should consider the risk that social transition may increase the desire for cosmetic medical interventions to appear as the other sex, and these treatments harm healthy tissue and pose significant risks, without clear benefit.

135.   Social transition may also undermine an individual's desire to participate in psychotherapy to explore why they have their body-related distress, thereby undermining the process of exploration and self-reflection that can lead to relief of the gender-related distress. Inmates with Gender Dysphoria tend to have significant trauma-related experiences and may have been treated poorly by family, peers, primary caretakers, and others, due to their gender non-conformity.

43

AR-002642

Sometimes incarcerated males identifying as transgender females have assaulted women and may be searching for an escape from their masculinity. All of these are important topics that require exploration in psychotherapy. It has been my experience that inmates (adults and juveniles) of both sexes with Gender Dysphoria often do not want psychotherapy because they are convinced that affirmation and medical interventions are the best and only treatment for their Gender Dysphoria. This misinformation has created an unfortunate "nocebo effect" in gender medicine, undermining psychotherapy (Clayton 2022). The nocebo effect is a phenomenon where negative expectations about a treatment or experience led to worse outcomes. The nocebo effect does occur in psychotherapy (Locher 2019). The nocebo effect in patients with Gender Dysphoria is created through promotion of affirmative treatments and derogatory proclamations, such as the claim that psychotherapy is "conversion therapy", creating the conditions that many patients with gender dysphoria have expectations that the psychotherapy is useless, inappropriate, or harmful.

136.    There is limited evidence suggesting that allowing cosmetic and clothing items, such binders, undergarments, makeup, wigs, and other accessories and items stereotypically associated with the opposite sex, would improve or resolve symptoms associated with Gender Dysphoria. And there is no evidence-based study or reliable evidence showing that access to such items improves or resolves symptoms in inmates with Gender Dysphoria, regardless of whether the inmate is in a facility that aligns with the inmate's biological sex or gender identity. The fact that some social-transitioning items are psychologically pleasing to inmates with Gender Dysphoria does not mean that such interventions are medically necessary. Such social-transitioning items are not medically necessary, as they can prolong the symptoms and undermine psychotherapy, and there is no clear evidence of medical benefit.

44

AR-002643

137.    In the correctional context, making social transition items available can work against the patients' overall mental health because having such items likely will prolong the symptoms of Gender Dysphoria for the already vulnerable inmate-patient population with significant co-morbidities, and because they may enhance the patients' reluctance to receive psychotherapy, when such treatment could have long-lasting benefits.

138.    "Concept creep" is the principle that psychological and psychosocial concept start with a valid narrow idea that can arise out of a desire to help but, applied in new contexts and with less extreme forms, it can enfeeble those it is intended to assist (Haslam 2016). Those who advocate for social transition functionally lowers the bar for what is expected of individuals with gender dysphoria, such that we are led to believe they cannot handle routine experiences such as wearing clothing consistent with their sex, accepting their appearance, and being addressed by their biological sex. Medical necessity now is claimed by advocates of gender affirmation to include assisting with a preoccupation with appearance and avoidance of accurate but distress-provoking words. The psychological over-protection of social transition sends an institutional-wide message that inmates with gender dysphoria are unable to cope with knowing their own sex or appearing as they appear. There is no clear evidence that social transition does, in fact, lead to functional or mental health improvement in inmates. It may more often contribute to distress by prioritizing accommodating the distress rather than engaging the process of overcoming the distress.

139.    The same is true with male inmates' requests to be housed in female facilities as part of the male inmates' social transition. To the extent that transfer to a prison facility matching the inmate's gender identity rather than the inmate's biological sex is asserted to be a treatment for Gender Dysphoria, transfer is not medically necessary. There is no reliable study or high-quality evidence suggesting that an inmate being housed in a facility in line with the inmate's gender identity rather

45

AR-002644

than the inmate's biological sex has any meaningful benefits (let alone long-term benefits) to the inmate's Gender Dysphoria symptoms. Even if there were evidence suggesting social transitioning in society at large treats Gender Dysphoria, the secure prison environment is fundamentally different. There may also be other concerns, such as security and prison administration concerns, with such transfers that could outweigh the speculative medical or mental health benefits of transfer for inmates with Gender Dysphoria. For example, highly relevant is the fact that the presence of a biological male in close quarters in a female prison could significantly harm the emotional and physical well-being of certain female prisoners, such as female victims of sexual abuse. This concern is particularly acute since female prisoners suffer from extremely high rates of sexual trauma. Placing these vulnerable female inmates with biological males could have meaningful negative effects on female inmates.

140.    Unlike many other mental health treatments, where the focus is on the patients themselves, requiring prison officials to allow social transition as "treatment" for Gender Dysphoria is asking the administration, staff, and other inmates to validate the inmate's gender preference without any proven benefits. Again, while social transition might decrease inmate-patients' discomfort in the short term, it ultimately may cause long-term harm, such as continuation of Gender Dysphoria. Having correctional policies along the lines of biological sex can help set inmate-patients' expectations such that they may be amenable to proven mental health treatments discussed above. That is, maintaining neutral stances, rather than stances that validate the inmate-patient's preferred gender, can reasonably be expected to benefit the inmate-patient in the long term, as prison officials seek to balance competing interests in safeguarding the inmate's welfare.

AR-002645

## PRISON RELATED SPECIAL TOPICS

141.   Incarcerated people tend to have histories, characteristics, and vulnerabilities that differ substantially from community-dwelling people with Gender Dysphoria. Thus, different considerations apply when assessing the appropriate medical treatment for inmates. "Inmates who seek treatment for [Gender Dysphoria] typically display little resemblance to the patients who present for treatment in the community, and prison life bears little resemblance to life in the community. The [WPATH] SOC were not developed with the complexities, vulnerabilities, and life circumstances of incarcerated persons in mind" (Osborne & Lawerence 2016 at 1651).

142.   The concept of social transitioning through social accommodations, hormones, or surgery is out of place in the correctional context because an inmate does not live in society at large but a secure prison environment.

143.   And as noted above, the inmate population generally also has poorer health status. "These factors coupled with the safety and security concerns found in a carceral setting, provide challenges to BOP medical providers that are not present to medical providers who provide treatment outside of a prison setting" (Stahl Decl.).

### Unavailability of Certain Treatment in Prison

144.   Simply because a treatment may be available in the community does not mean that it should be provided in a prison setting. This situation is not exceptional. Prisons and correctional systems have formularies, lists of approved medications and supplies that determine what will be available for medical providers to use. For instance, the medication quetiapine (brand name Seroquel) is "off formulary" in many prisons, despite being routinely available in the community. This is because quetiapine has abuse potential and is often traded and sold in correctional environment, thus increasing risks to the inmate population. When quetiapine or other sedating medications are

47

AR-002646

prescribed, clinicians get excessive requests for them, with prisoners exaggerating or malingering illness to obtain them. Their availability also alters the social milieu because inmates, especially those with actual mental illness, will be enticed, or even "strongarmed" to obtain sedating medications like quetiapine for distribution. As such, even if some patients may benefit from them, it is safer and better for the prison population when these medications are off formulary and unavailable and alternative medications or treatments are pursued.

145.    Another example is ketamine for depression, which is offered in the community, but to my knowledge, is not available through BOP. Transcranial Magnetic Stimulation (TMS) is also a community option for depression treatment, but to my knowledge, TMS is not available through BOP.

146.    Thus, although cross-sex hormones and surgeries and items for social transition may be available in the community, it is reasonable that they are not provided in the prison setting. Mental health care for Gender Dysphoria in the prison setting must be adequate and appropriate but should not involve exceptional means that may have long-term negative effect on the prison's vulnerable population. The medical and social transition approach to Gender Dysphoria is exceptional within medicine and mental health care (Amos 2024), because it provides unclear benefits, impedes other proven therapeutic approaches, and calls for changing and harming healthy tissues to treat a mental disorder.

147.    The prisoner population necessarily includes vulnerable inmates. Such inmates need added protections to provide them, including those with Gender Dysphoria, the right care, including to guard against over-treatment. For those reasons and the others explained in this declaration, sex-trait modification, such as through cross-sex surgery, in prison settings should not be considered

48

AR-002647

the standard of care or medically necessary. More conservative and cautious treatments appear much more appropriate.

## Self-Injury

148.     Self-injurious behavior and threats of self-harm are serious matters within correctional institutions. Correctional psychiatrists and other mental health professionals make difficult decisions to balance risks. Prisoners may have limited regard for their own bodies and may be willing to injure themselves for a constellation of reasons, including sometimes due to a wish to die, but more often as an expression of psychic distress or as a means of avoidance or gain (Carli 2011, Dixon-Gordon 2012). In my experience working in correctional facilities and treating adult and juvenile inmates, including those diagnosed with Gender Dysphoria, inmates frequently use threats of self-harm and suicide to try to obtain concessions from prison officials.

149.     Self-harm and threats of self-harm must be met with nuanced responses, yet any response that provides either tangible or psychological rewards, may increase expressions of self-harm. When prisoners' expressions of self-harm or threats of self-harm are rewarded, the institution can be said to "shape up" patterns of thinking and behaving, which can mold chronic, dysfunctional self-harming behaviors and may even end tragically. This can be characterized as an iatrogenic harm. That is, correctional policies, institutional environments, and responses to inmates can and do increase threats of self-harm, suicide, or self-injurious behavior. If prisoners believe that threats of self-harm or actual self-harm will lead to receiving certain items or treatments they prefer, such as hormone therapy, surgeries, or movement to favorable settings, like women's prison, this can lead to more self-harm. In corrections, rewarding self-injury or threats of self-injury tends to increase overall self-harm, both for the individual patient and also within the system. In prisons,

49

AR-002648

there is always a difficult balance of short- and long-term safety concerns, and each patient must be considered as part of the system.

150.   Simple and clear institutional policies, such as no social transitions or no initiation of new hormone treatments, are likely to lead to the lowest level of self-harm and the least overall harm to inmates because when prisoners know the interventions they desire are not available, they are less likely to self-harm to obtain them. In other words, it is reasonable for prison administrators to have outright prohibitions of providing inmates benefits, such as unproven surgeries, special-order items, and housing placements, in response to self-harm or suicide threats to discourage false threats.

151.   Malingering is another difficult and common issue in correctional facilities. Gender identity is a declared internal state. But prisoners can easily recite the criteria for Gender Dysphoria to qualify for the special treatments available for those diagnosed with the medical condition. These tangible benefits can include restrictions about who can search you; choice regarding housing and cellmates; more time with therapists, nurses, and medical staff; and other special privileges. Considering the generally powerless position of inmates, it should not be underestimated how psychologically rewarding it can be for some inmates to have power over even minor aspects of the conditions of their confinement.

152.   Saying no to patients can seem unkind and unjust. Yet the refusal to provide certain treatments is underpinned by medical ethics, including the prevention of iatrogenic harms from unwarranted, risky, and ineffective treatments. It is, therefore, important that malingering—which can be pronounced in the correctional setting as discussed—is properly addressed without causing harm to the inmate.

50

AR-002649

153.    Finally, medical providers have a duty to protect scarce medical resources and to "apprise their patients of their conditions and the treatment options in language that is accurate, ethically neutral, and in no way misleading" (HHS 2025 at 29). In dealing with the special and vulnerable population of inmates with Gender Dysphoria, medical and mental health providers can serve this population best by straightforward and honest discussion of clinical issues. Neutral policy and a neutral clinical stance that neither affirms nor denies patient claims about themselves appear to represent the most compassionate and medically beneficial approach.

## CONCLUSIONS

154.    Hormone therapy is unproven and experimental treatment for Gender Dysphoria that generally should not be available to those in the custody of the BOP. Though it is not medically necessary to provide hormone therapy to inmates who are diagnosed with Gender Dysphoria but not currently receiving hormone therapy, inmates currently receiving hormone therapy may be a more complex situation. In most circumstances, it is appropriate, after individual assessment, to discontinue hormone therapy for inmates currently receiving hormone therapy through an appropriate withdrawal process. In a limited set of circumstances, it may be appropriate, after individual assessment, to continue hormone therapy for inmates already being treated with hormones.

155.    Cross-sex surgeries are not medically necessary and should not be available in correctional environments.

156.    "Social accommodation" is not medically necessary in the correctional setting.

157.    It is not medically necessary to house inmates with Gender Dysphoria according to their asserted gender identity.

AR-002650

**I verify, under the penalties for perjury the foregoing representations are true.**

**Executed this 19th day of September, 2025.**

_____
**Kristopher E. Kaliebe, M.D.**

AR-002651

## REFERENCES

1.      Abbruzzese, E., Levine, S. B., & Mason, J. W. (2022). The Myth of "Reliable Research" in Pedi-atric Gender Medicine: A critical evaluation of the Dutch Studies—and research that has fol-lowed. Journal of Sex & Marital Therapy, 1-27.

2.      Agostino, H., Burstein, B., Moubayed, D., Taddeo, D., Grady, R., Vyver, E., ... & Coelho, J. S. (2021). Trends in the incidence of new-onset anorexia nervosa and atypical anorexia nervosa among youth during the COVID-19 pandemic in Canada. JAMA network open, 4(12), e2137395-e2137395

3.      Alho, J., Gutvilig, M., Niemi, R., Komulainen, K., Böckerman, P., Webb, R., ... & Hakulinen, C. (2023). Transmission of mental disorders in adolescent peer networks: a Finnish nationwide registry study. JAMA Psychiatry.

4.      Allgayer, R. M. M., da Silva Borba, G., Moraes, R. S., Ramos, R. B., & Spritzer, P. M. (2023). The effect of gender-affirming hormone therapy on the risk of subclinical atherosclerosis in the transgender population: a systematic review. Endocrine Practice, 29(6), 498-507.

5.      American Psychiatric Association. (2019, October 14). Study finds long-term mental health benefits of gender affirming surgery for transgender individuals (erratum August 2020). https://www.psychiatry.org/news-room/news-releases/study-finds-long-term-mental-health-benefits-of-ge

6.      Amos A. The gender-affirming model of care is incompatible with competent, ethical medical practice. Australasian Psychiatry. 2024;32(3):220-223.

7.      Anckarsäter, H., & Gillberg, C. (2020). Methodological shortcomings undercut statement in support of gender-affirming surgery. American Journal of Psychiatry, 177(8), 764-765. https://doi.org/10.1176/appi.ajp.2020.20050673

AR-002652

8.      Aranda, G., Halperin, I., Gomez-Gil, E., Hanzu, F. A., Seguí, N., Guillamon, A., & Mora, M. (2021). Cardiovascular risk associated with gender affirming hormone therapy in transgender population. Frontiers in endocrinology, 12, 718200.

9.      Archer, J. (2019). The reality and evolutionary significance of human psychological sex differences. Biological Reviews, 94(4), 1381-1415.

10.     Bailey Retraction Note (2023). Retraction Note: Rapid Onset Gender Dysphoria: Parent Reports on 1655 Possible Cases. Springer Nature. Retrieved from https://link.springer.com/article/10.1007/s10508-023-02576-9.

11.     Bailey, J. M. (2020). The minority stress model deserves reconsideration, not just extension. Archives of Sexual Behavior, 49(7), 2265-2268.

12.     Bailey, J. M. (2023, May 16). Why is my gender research being cancelled? Activists are taking over prestigious journals. The orthodoxy cannot be questioned. Unherd. https://unherd.com/2023/05/why-is-my-gender-research-being-cancelled/

13.     Baker, K. et al. (2021). Hormone Therapy, Mental Health, and Quality of Life Among Transgender People: A Systematic Review. Journal of Endocrine Society, Volume 5, Issue 4, April 2021.

14.     Bhargava, A., Arnold, A. P., Bangasser, D. A., Denton, K. M., Gupta, A., Hilliard Krause, L. M., ... & Verma, R. (2021). Considering sex as a biological variable in basic and clinical studies: an endocrine society scientific statement. *Endocrine reviews*, *42*(3), 219-258

15.     Biggs, M. (2022). Suicide by clinic-referred transgender adolescents in the United Kingdom. Archives of sexual behavior, 51(2), 685-690.

16.     Biggs, M. (2022). The Dutch protocol for Juvenile transsexuals: Origins and evidence. Journal of sex & marital therapy, 1-21.

54

AR-002653

17.      Biggs M.  Psychosocial functioning in transgender youth after  hormones. N Engl J Med. 2023;389:1536-1537. doi:10.1056/NEJMc2302030

18.      Bindewald, B., & Hawkins, J. (2021). Speech and inquiry in public institutions of higher education: Navigating ethical and epistemological challenges. Educational Philosophy and Theory, 53(11), 1074-1085.

19.      Block J. Gender dysphoria in young people is rising-and so is professional disagreement. BMJ. 2023 Feb 23;380:382. doi: 10.1136/bmj.p382. PMID: 36822640.

20.      Boe v. Marshall. (2024)., James Canter report No. 2: 22-cv-00184 (filed 27 May 2024). https://www.alabamaag.gov/wp-content/uploads/2024/10/SJ.DX4-557-4-Cantor-Supp.-Report-App.-A-Sub.-UNSEALED.pdf

21.      16.      Boe v. Marshall. (2024), Civil Action No. 2:22-cv-184-LCB, Kaliebe supplemental report,      dated      February      2,      2024      https://www.alabamaag.gov/wp-content/uploads/2024/10/SJ.DX16-557-16-Kaliebe-Supp.-Report-UNSEALED.pdf

22.      Bränström, R., & Pachankis, J. E. (2020a). Reduction in mental health treatment utilization among transgender individuals after gender-affirming surgeries: A total population study. American Journal of Psychiatry, 177(8), 727-734. https://doi.org/10.1176/appi.ajp.2020.20050674

23.      Bränström, R., & Pachankis, J. E. (2020b). Towards rigorous methodologies for strengthening causal inference in the association between gender-affirming care and transgender individuals' mental health: Response to letters. American Journal of Psychiatry, 177(8), 769-772. https://doi.org/10.1176/appi.ajp.2020.20050676

24.      Brewerton, T. D., Suro, G., Gavidia, I., & Perlman, M. M. (2022). Sexual and gender minority individuals report higher rates of lifetime traumas and current PTSD than cisgender

55

heterosexual individuals admitted to residential eating disorder treatment. Eating and weight disorders-studies on anorexia, bulimia and obesity, 27(2), 813-820.

25.    Brinsley, J., Schuch, F., Lederman, O., Girard, D., Smout, M., Immink, M. A., ... & Rosenbaum, S. (2021). Effects of yoga on depressive symptoms in people with mental disorders: a systematic review and meta-analysis. British journal of sports medicine, 55(17), 992-1000.

26.    Bschor, T., Nagel, L., Unger, J., Schwarzer, G., Baethge, C. (2024, May 29). Differential outcomes of placebo treatment across 9 psychiatric disorders: A systematic review and meta-analysis. JAMA Psychiatry. https://doi.org/10.1001/jamapsychiatry.2024.0276Buss, D; When Men Behave Badly, The hidden roots of sexual deception, harassment and assault, New York, Little, Brown 2021.

27.    Byne, W., Bradley, S. J., Coleman, E., Eyler, A. E., Green, R., Menvielle, E. J., ... & Tompkins, D. A. (2012). Report of the American Psychiatric Association task force on treatment of gender identity disorder. Archives of sexual behavior, 41(4), 759-796.

28.    Byrne, A. (2023). The origin of "gender identity". Archives of Sexual Behavior, 52(7), 2709-2711.

29.    Carli, V., Mandelli, L., Poštuvan, V., Roy, A., Bevilacqua, L., Cesaro, C., ... & Sarchiapone, M. (2011). Self-harm in prisoners. CNS spectrums, 16(3), 75-81.

30.    Cass Review, Independent Review of Gender Identity Services for Children and Young People, Final Report, 2024  https://cass.independent-review.uk/home/publications/final-report/

31.    Castro-Peraza, M. E., García-Acosta, J. M., Delgado, N., Perdomo-Hernández, A. M., Sosa-Alvarez, M. I., Llabrés-Solé, R., & Lorenzo-Rocha, N. D. (2019). Gender identity: The human right of depathologization. International journal of environmental research and public health, 16(6), 978.

56

AR-002655

32.    Chen, D., Berona, J., Chan, Y. M., Ehrensaft, D., Garofalo, R., Hidalgo, M. A., ... & Olson-Kennedy, J. (2023). Psychosocial Functioning in Transgender Youth after 2 Years of Hormones. New England Journal of Medicine, 388(3), 240-250.

33.    Choukas-Bradley, S., Roberts, S. R., Maheux, A. J., & Nesi, J. (2022). The perfect storm: A developmental–sociocultural framework for the role of social media in adolescent girls' body image concerns and mental health. Clinical Child and Family Psychology Review, 25(4), 681-701.

34.    Ciszek, E., Mocarski, R., Price, S., & Almeida, E. (2021). Discursive stickiness: Affective institutional texts and activist resistance. Public Relations Inquiry, 10(3), 295-310.

35.    Clark, C. J., Fjeldmark, M., Lu, L., Baumeister, R. F., Ceci, S., Frey, K., Miller, G., Reilly, W., Tice, D., von Hippel, W., & Williams, W. M. (2024, May 16). Taboos and self-censorship among US psychology professors. Perspectives on Psychological Science, 17456916241252085. https://doi.org/10.1177/17456916241252085

36.    Clark, C. J., Graso, M., Redstone, I., & Tetlock, P. E. (2023). Harm hypervigilance in public reactions to scientific evidence. Psychological Science, 34(7), 834-848.

37.    Clark, C. J., Jussim, L., Frey, K., Stevens, S. T., Al-Gharbi, M., Aquino, K., Bailey, J. M., Barbaro, N., Baumeister, R. F., Bleske-Rechek, A., Buss, D. (2023, November 28). Prosocial motives underlie scientific censorship by scientists: A perspective and research agenda. Proceedings of the National Academy of Sciences, 120(48), e2301642120. https://doi.org/10.1073/pnas.2301642120

38.    Clayton, A. (2023, February). Gender-affirming treatment of Gender Dysphoria in youth: A perfect storm environment for the placebo effect—the implications for research and clinical practice. Archives of Sexual Behavior, 52(2), 483–494. https://doi.org/10.1007/s10508-022-02156-7

AR-002656

39.    Cogodi, E., Ranieri, J., Martelli, A., & Di Giacomo, D. (2024, July). Emotional Dysregulation in Anorexia Nervosa: Scoping Review of Psychological Treatments. In Healthcare (Vol. 12, No. 14, p. 1388). MDPI.

40.    Coleman, E., Radix, A. E., Bouman, W. P., Brown, G. R., De Vries, A. L., Deutsch, M. B., Ettner, R., Fraser, L., Goodman, M., Green, J., Hancock, A. B. (2022, August 19). Standards of care for the health of transgender and gender diverse people, version 8. *International Journal of Transgender Health*, 23(sup1), S1–S259. https://doi.org/10.1080/26895269.2022.2067013

41.    Coleman, O., Baldwin, J. R., Dalgleish, T., Rose-Clarke, K., Widom, C. S., & Danese, A. (2024). Research Review: Why do prospective and retrospective measures of maltreatment differ? A narrative review. Journal of Child Psychology and Psychiatry, 65(12), 1662-1677. https://doi.org/10.1111/jcpp.14048

42.    Cohn, J. (2023). The Detransition Rate Is Unknown. Archives of Sexual Behavior, 1-16.

43.    Cosentino, C. E., Meyer-Bahlburg, H. F., Alpert, J. L., & Gaines, R. (1993). Crossgender behavior and gender conflict in sexually abused girls. Journal of the American Academy of Child & Adolescent Psychiatry, 32(5), 940-947.

44.    Cuijpers, P., Reijnders, M., & Huibers, M. J. (2019). The role of common factors in psychotherapy outcomes. Annual review of clinical psychology, 15(1), 207-231.

45.    Dahlen, S., Connolly, D., Arif, I., Junejo, M. H., Bewley, S., & Meads, C. (2021). International clinical practice guidelines for gender minority/trans people: Systematic review and quality assessment. BMJ open, 11(4), e048943.

46.    Dahlen, S, Meads C. & Bewley S, November 2, 2022 WPATH Standards of Care: A new edition using outdated methods weakens the trustworthiness of content

58

AR-002657

https://bmjopen.bmj.com/content/11/4/e048943.responses#wpath-standards-of-care-a-new-edition-using-outdated-methods-weakens-the-trustworthiness-of-content

47.     D'Angelo, R. (2023). Supporting autonomy in young people with gender dysphoria: psychotherapy is not conversion therapy. Journal of medical ethics, 51(1), 3-9.

48.     D'Angelo, R., Syrulnik, E., Ayad, S., Marchiano, L., Kenny, D. T., & Clarke, P. (2021). One size does not fit all: In support of psychotherapy for Gender Dysphoria. Archives of Sexual Behavior, 50(1), 7–16. https://doi.org/10.1007/s10508-021-01993-1

49.     da Silva, L. M. B., Freire, S. N. D., Moretti, E., & Barbosa, L. (2024). Pelvic floor dysfunction in transgender men on gender-affirming hormone therapy: a descriptive cross-sectional study. International Urogynecology Journal, 35(5), 1077-1084.

David D, Cristea I, Hofmann SG. Why Cognitive Behavioral Therapy Is the Current Gold Standard of Psychotherapy. Front Psychiatry. 2018 Jan 29;9:4. doi: 10.3389/fpsyt.2018.00004. PMID: 29434552; PMCID: PMC5797481.

50.     Department of Health and Human Services Treatment for Pediatric Gender Dysphoria, Review of Evidence and Best Practices, May 1, 2025

51.     Deveci, M., Laban-Sharman, A., & Laban-Sharman, R. (2023). Systematic review to explore the effect of yoga on anxiety in adults. Mental Health: Global Challenges, 6(1), 39-46.

52.     Dhejne C, Lichtenstein P, Boman M, Johansson AL, Långström N, Landén M. Long-term follow-up of transsexual persons undergoing sex reassignment surgery: cohort study in Sweden. PLoS One. 2011;6(2):e16885.

53.     Dixon-Gordon, K., Harrison, N., & Roesch, R. (2012). Non-suicidal self-injury within offender populations: A systematic review. International Journal of forensic mental health, 11(1), 33-50.

59

AR-002658

54.    Dreger, A. D. (2008). The controversy surrounding The Man Who Would Be Queen: A case history of the politics of science, identity, and sex in the Internet age. Archives of Sexual Behavior, 37, 366–421. https://doi.org/10.1007/s10508-008-9352-x

55.    Dutra, E., Lee, J., Torbati, T., Garcia, M., & Merz, C. N. B. (2019). Cardiovascular implications of gender-affirming hormone therapy in transgender individuals. Circulation, 140(25), e985–e986.

56.    The Economist: *Research into trans medicine has been manipulated,* Jun 27th 2024.

57.    Emmelkamp, P. M., & Meyerbröker, K. (2025). Psychotherapies for the treatment of personality disorders: the state of the art. Current Opinion in Psychiatry, 38(1), 66-71.

58.    Evans, D. (2003). Hierarchy of evidence: a framework for ranking evidence evaluating healthcare interventions. Journal of clinical nursing, *12*(1), 77-84.

59.    Evans, M. (2023). Assessment and treatment of a gender-dysphoric person with a traumatic history. Journal of Child Psychotherapy, 49(1), 60–75.

60.    Fenton, J. J., Jerant, A. F., Bertakis, K. D., & Franks, P. (2012). The cost of satisfaction: a national study of patient satisfaction, health care utilization, expenditures, and mortality. Archives of internal medicine, 172(5), 405–411. https://doi.org/10.1001/archinternmed.2011.1662

61.    Feinstein, R., Heiman, N., & Yager, J. (2015). Common factors affecting psychotherapy outcomes: Some implications for teaching psychotherapy. Journal of Psychiatric Practice®, 21(3), 180-189.

62.    Ferrin, P. C., Eble, D., Moeller, E. A., Isbester, K., & Peters, B. R. (2025). Defining a danger zone for iatrogenic long thoracic nerve injury in gender-affirming mastectomy. Journal of Plastic, Reconstructive & Aesthetic Surgery, 100, 362-367.

60

63.    Frost, D. M., & Meyer, I. H. (2023). Minority stress theory: Application, critique, and continued relevance. Current Opinion in Psychology, 101579.

64.    Furlong, Y., & Janca, A. (2022). Epidemiology of personality disorders in individuals with Gender Dysphoria. Current Opinion in Psychiatry, 35(1), 78-82.

65.    Gao, J. L., Sanz, J., Tan, N., King, D. S., Modest, A. M., & Dommasch, E. D. (2023). Androgenetic alopecia incidence in transgender and gender diverse populations: A retrospective comparative cohort study. Journal of the American Academy of Dermatology, 89(3), 504–510. https://doi.org/10.1016/j.jaad.2023.01.0371w2 ;

66.    Gehring, D., & Knudson, G. (2005). Prevalence of childhood trauma in a clinical population of transsexual people. International Journal of Transgenderism, 8(1), 23-30.

67.    Getahun, D., Nash, R., Flanders, W. D., Baird, T. C., Becerra-Culqui, T. A., Cromwell, L., ... & Goodman, M. (2018). Cross-sex hormones and acute cardiovascular events in transgender persons: a cohort study. Annals of internal medicine, 169(4), 205-213.

68.    Giedinghagen, A. (2023). The tic in TikTok and (where) all systems go: Mass social media induced illness and Munchausen's by internet as explanatory models for social media associated abnormal illness behavior. Clinical child psychology and psychiatry, 28(1), 270-278.

69.    Gliske, S. (2021, April 30). Journal retracts paper on Gender Dysphoria after 900 critics petition. Retraction Watch. https://retractionwatch.com/2020/04/30/journal-retracts-paper-on-gender-dysphoria-after-900-critics-petition/

70.    Gliske, S. V. (2019, November 1). A new theory of Gender Dysphoria incorporating the distress, social behavioral, and body-ownership networks. Eneuro, 6(6). https://doi.org/10.1523/ENEURO.0271-19.2019

AR-002660

71.    Glintborg, D., Møller, J. J. K., Rubin, K. H., Lidegaard, Ø., T'Sjoen, G., Larsen, M. L. J. Ø., ... & Andersen, M. S. (2025). Mental and physical health among Danish transgender persons compared with cisgender persons. JAMA network open, 8(4), e257115-e257115.

72.    Gøtzsche PC, Demasi M. Interventions to help patients withdraw from depression drugs: A systematic review. Int J Risk Saf Med 2024;35:103-16.

73.    Gomez-Lumbreras, A., & Villa-Zapata, L. (2024). Exploring safety in gender-affirming hormonal treatments: an observational study on adverse drug events using the food and drug administration adverse event reporting system database. Annals of Pharmacotherapy, 58(11), 1089-1098.

74.    Gosiker B, Moutchia J, Nguyen N, Getahun D, Goodman M. Changes in Blood Lipids Following Initiation of Gender Affirming Hormone Therapy: A Systematic Review and Meta-Analysis. J Clin Transl Endocrinol. 2024 Apr 30;36:100349. doi: 10.1016/j.jcte.2024.100349. PMID: 38737626; PMCID: PMC11087959.

75.    Griffin, L., Clyde, K., Byng, R., & Bewley, S. (2021). Sex, gender and gender identity: a re-evaluation of the evidence. BJPsych Bulletin, 45(5), 291-299.

76.    Gupta, M., Jassi, A., & Krebs, G. (2023). The association between social media use and body dysmorphic symptoms in young people. Frontiers in Psychology, 14, 1231801.

77.    Guyatt G.H., Sackett D.L., Sinclair J.C., Hayward R., Cook D.J. & Cook R.J. (1995) Users guide to the medical literature: IX. A method for grading healthcare recommendations. JAMA 274, 1800–1804.

78.    Guyatt, G. H., Oxman, A. D., Kunz, R., Vist, G. E., Falck-Ytter, Y., & Schünemann, H. J. (2008). What is "quality of evidence" and why is it important to clinicians?. Bmj, 336(7651), 995-998.

62

AR-002661

79.    Hacking, I. (2006, August 17). Making up people. London Review of Books, 28(16). Retrieved November 1, 2022, from https://www.lrb.co.uk/the-paper/v28/n16/ian-hacking/making-up-people

80.    Hakeem, A. (2012). Psychotherapy for gender identity disorders. Advances in psychiatric treatment, 18(1), 17-24.Hall RCW, Hall RCW, Chapman MJ. Psychiatric complications of anabolic steroid abuse. Psychosomatics. 2005;46(4): 285-290. doi:10.1176/appi.psy.46.4.285

81.    Hall R, Taylor J, Hewitt CE, et al Impact of social transition in relation to gender for children and adolescents: a systematic review Archives of Disease in Childhood Published Online First: 09 April 2024. doi: 10.1136/archdischild-2023-3261

82.    Harrison, A., de la Cruz, L. F., Enander, J., Radua, J., & Mataix-Cols, D. (2016). Cognitive-behavioral therapy for body dysmorphic disorder: A systematic review and meta-analysis of randomized controlled trials. Clinical psychology review, 48, 43-51.

83.    Haslam, N. (2016). Concept creep: Psychology's expanding concepts of harm and pathology. Psychological inquiry, 27(1), 1-17.

84.    Hayes, M. (2018). Doctor fired from gender identity clinic says he feels "vindicated" after CAMH    apology,    settlement.    The    Globe    and    Mail. https://www.theglobeandmail.com/canada/toronto/article-doctor-fired-from-gender-identity-clinic-says-he-feels-vindicated/

85.    Heino, E., Ellonen, N., & Kaltiala, R. (2021). Transgender Identity Is Associated With Bullying Involvement Among Finnish Adolescents. Frontiers in Psychology, 11, 612424. https://doi.org/10.3389/fpsyg.2020.612424

86.    Hembree, W. C., Cohen-Kettenis, P. T., Gooren, L., Hannema, S. E., Meyer, W. J., Murad, M. H., Rosenthal, S. M., Safer, J. D., Tangpricha, V., T'Sjoen, G. G. (2017, November 1).

63

AR-002662

Endocrine treatment of gender-dysphoric/gender-incongruent persons: An endocrine society clinical practice guideline. The Journal of Clinical Endocrinology & Metabolism, 102(11), 3869–3903. https://doi.org/10.1210/jc.2017-01658

87.    Heterodox Academy. (2024). Campus expression survey. Heterodoxacademy.org. https://heterodoxacademy.org/campus-expression-survey/

88.    Heylens, G., De Cuypere, G., Zucker, K. J., Schelfaut, C., Elaut, E., Vanden Bossche, H., ... & T'Sjoen, G. (2012). Gender identity disorder in twins: a review of the case report literature. The Journal of Sexual Medicine, 9(3), 751-757.

89.    Hofmann, S. G., Asnaani, A., Vonk, I. J., Sawyer, A. T., & Fang, A. (2012). The efficacy of cognitive behavioral therapy: A review of meta-analyses. Cognitive therapy and research, 36, 427-440.

90.    Hooven, C. K. (2023). Academic freedom is social justice: Sex, gender, and cancel culture on campus. Archives of Sexual Behavior, 52, 35–41. https://doi.org/10.1007/s10508-023-02240-2

91.    Horesh D, Hasson-Ohayon I, Harwood-Gross A. The Contagion of Psychopathology across Different Psychiatric Disorders: A Comparative Theoretical Analysis. Brain Sciences. 2022; 12(1):67. https://doi.org/10.3390/brainsci12010067

92.    Institute of Medicine (US) Committee on Standards for Developing Trustworthy Clinical Practice Guidelines; Graham R, Mancher M, Miller Wolman D, et al., editors. Clinical Practice Guidelines We Can Trust. Washington (DC): National Academies Press (US); 2011. Available from: https://www.ncbi.nlm.nih.gov/books/NBK209539/ doi: 10.17226/13058

93.    Jorgensen SCJ. Transition Regret and Detransition: Meanings and Uncertainties. Arch Sex Behav. 2023 Jul;52(5):2173-2184.

AR-002663

94.    Jenkins, P., & Panozzo, D. (2024, March 19). "Ethical care in secret": Qualitative data from an international survey of exploratory therapists working with gender-questioning clients. Journal of Sex & Marital Therapy, 1–26. https://doi.org/10.1080/0092623X.2024.2186974

95.    Jussim, L., & Honeycutt, N. (2023). Psychology as science and as propaganda. Psychology Learning & Teaching, 22(3), 237–244. https://doi.org/10.1177/14757257231169672

96.    Kaila-Vanhatalo, M., Tolmunen, T., Mattila, A., & Kaltiala, R. (2025). Prevalence of Personality Disorder Diagnoses in People Referred to Specialized Gender Identity Clinics in Finland. Journal of Personality Disorders, 39(2), 95-112.

97.    Kalfas, M., Tsapekos, D., Butler, M., McCutcheon, R. A., Pillinger, T., Strawbridge, R., ... & Jauhar, S. (2025). Incidence and nature of antidepressant discontinuation symptoms: a systematic review and meta-analysis. JAMA psychiatry.

98.    Kalin, N. H. (2020). Reassessing mental health treatment utilization reduction in transgender individuals after gender-affirming surgeries: A comment by the editor on the process. American Journal of Psychiatry, 177(8), 764. https://doi.org/10.1176/appi.ajp.2020.20050672

99.    Karamanis, G., Karalexi, M., White, R., Frisell, T., Isaksson, J., Skalkidou, A., & Papadopoulos, F. C. (2022). Gender dysphoria in twins: a register-based population study. Scientific Reports, 12(1), 13439.

100.    Katamanin, O., Saini, S. & Jafferany, M. Psychological implications and quality of life after cosmetic rhinoplasty: a systematic review. Discov Psychol 4, 16 (2024). https://doi.org/10.1007/s44202-024-00126-5

101.    Katz-Wise, S. L., Ranker, L. R., Gordon, A. R., Xuan, Z., & Nelson, K. (2023). Sociodemographic patterns in retrospective sexual orientation identity and attraction change in the sexual orientation fluidity in youth study. Journal of Adolescent Health, 72(3), 437-443.

65

102. Kaufman, S. B., (2025). Rise Above: Overcoming a Victim Mindset, Empower Yourself, and Realize your Potential. Penguin.

103. Korte, A., & Gille, G. (2023). Wahlverwandtschaften? Trans-Identifizierung und Anorexia nervosa als maladaptive Lösungsversuche für Entwicklungskonflikte in der weiblichen Adoleszenz. Sexuologie, 30.

104. Kozlowska, K., Hunter, P., Clayton, A., Kaliebe, K., & Scher, S. (2025). Obstacles to progress in paediatric gender medicine. European Journal of Developmental Psychology, 1-31.

105. Kulatunga Moruzi, C., & Lawler, J. (2024). Frailties of Memory: Implications for Therapists Treating Gender Dysphoric Youth. Journal of Sex & Marital Therapy, 51(1), 110–125. https://doi.org/10.1080/0092623X.2024.2406854

106. Laidlaw MK, Jorgensen S. Exploring Safety in Gender-Affirming Hormonal Treatments: An Observational Study on Adverse Drug Events Using the Food and Drug Administration Adverse Event Reporting System Database. Annals of Pharmacotherapy. 2024;59(5):491-492. doi:10.1177/10600280241278913

107. Lam, J. S. H., Abramovich, A., Victor, J. C., Zaheer, J., & Kurdyak, P. (2022). Characteristics of transgender individuals with emergency department visits and hospitalizations for mental health. Psychiatric Services, 73(7), 722-729.

108. Laska, K. M., Gurman, A. S., & Wampold, B. E. (2014). Expanding the lens of evidence-based practice in psychotherapy: a common factors perspective. Psychotherapy, 51(4), 467.

109. Leemaqz, S. Y., Kyinn, M., Banks, K., Sarkodie, E., Goldstein, D., & Irwig, M. S. (2023). Lipid profiles and hypertriglyceridemia among transgender and gender diverse adults on gender-affirming hormone therapy. Journal of clinical lipidology, 17(1), 103–111. https://doi.org/10.1016/j.jacl.2022.11.010

AR-002665

110.    Lemke, A (2016) Drug Dealer, MD: How Doctors Were Duped, Patients Got Hooked, and Why It's So Hard to Stop, Johns Hospkins University Press

111.    Levine, S. B., Abbruzzese, E., & Mason, J. W. (2022). Reconsidering informed consent for trans-identified children, adolescents, and young adults. Journal of Sex & Marital Therapy, 48(7), 706-727

112.    Levine, S. B. (2016). Reflections on the legal battles over prisoners with gender dysphoria. Journal of the American Academy of Psychiatry and the Law Online, 44(2), 236-245.

113.    Levine, S. B. (2021). Reflections on the clinician's role with individuals who self-identify as transgender. Archives of sexual behavior, 50(8), 3527-3536.

114.    Lewis, J. E., Patterson, A. R., Effirim, M. A., Patel, M. M., Lim, S. E., Cuello, V. A., ... & Lee, W. C. (2025). Examining gender-specific mental health risks after gender-affirming surgery: a national database study. The Journal of Sexual Medicine, 22(4), 645-651.

115.    Littman, L. (2018). Parent reports of adolescents and young adults perceived to show signs of a rapid onset of Gender Dysphoria. PLoS One, 13(8), e0202330.

116.    Littman, L. (2021). Individuals treated for Gender Dysphoria with medical and/or surgical transition who subsequently detransitioned: A survey of 100 detransitioners. Archives of Sexual Behavior, 50(8), 3353-3369.

117.    Liu, H., Li, T. W., Liang, L., & Hou, W. K. (2021). Trauma exposure and mental health of prisoners and ex-prisoners: A systematic review and meta-analysis. Clinical Psychology Review, 89, 102069.

118.    Locher, C., Koechlin, H., Gaab, J., & Gerger, H. (2019). The other side of the coin: nocebo effects and psychotherapy. Frontiers in psychiatry, 10, 555.

AR-002666

119.    Maccoby, E. E. (1998). The two sexes: Growing up apart, coming together (Vol. 4). Harvard University Press.

120.    Mandell, B. F. (2016). The fifth vital sign: A complex story of politics and patient care. Cleveland Clinic journal of medicine, 83(6), 400-401.

121.    Marks, Hagigeorges, Manatis-Lornell, A.J. Dommasch, Senna, Hair loss among transgender and gender-nonbinary patients: a cross-sectional study   Br J Dermatol. 2019; 181:1082-1083

122.    Mazzoni, G., & Memon, A. (2003). Imagination can create false autobiographical memories. Psychological Science, 14(2), 186–188. https://doi.org/10.1046/j.1432-1327.2000.01821.x

123.    Miroshnychenko, A., Roldan, Y. M., Ibrahim, S., Kulatunga-Moruzi, C., Dahlin, K., Montante, S., ... & Brignardello-Petersen, R. (2025). Mastectomy for individuals with gender dysphoria younger than 26 years: a systematic review and meta-analysis. Plastic and Reconstructive Surgery, 155(6), 915-923.

124.    Miroshnychenko, A., Ibrahim, S., Roldan, Y., Kulatunga-Moruzi, C., Montante, S., Couban, R., ... & Brignardello-Petersen, R. (2025). Gender affirming hormone therapy for individuals with gender dysphoria aged< 26 years: a systematic review and meta-analysis. Archives of Disease in Childhood, 110(6), 437-445.

125.    Monteleone, A. M., & Abbate-Daga, G. (2024). Effectiveness and predictors of psychotherapy in eating disorders: state-of-the-art and future directions. Current Opinion in Psychiatry, 37(6), 417-423.

AR-002667

126.    Morandini JS, Kelly A, de Graaf NM, Malouf P, Guerin E, Dar-Nimrod I, Carmichael P. Is Social Gender Transition Associated with Mental Health Status in Children and Adolescents with Gender Dysphoria? Arch Sex Behav. 2023 Apr;52(3):1045-1060.

127.    Murad, M. H. (2017, March). Clinical practice guidelines: a primer on development and dissemination. In Mayo Clinic Proceedings (Vol. 92, No. 3, pp. 423-433). Elsevier.

128.    Murad, M. H., Chu, H., Lin, L., & Wang, Z. (2018). The effect of publication bias magnitude and direction on the certainty in evidence. BMJ Evid Based Med, 23(3), 84–86. https://doi.org/10.1136/bmjebm-2018-110891

129.    Nejadghaderi, S. A., Mousavi, S. E., Fazlollahi, A., Asghari, K. M., & Garfin, D. R. (2024). Efficacy of yoga for posttraumatic stress disorder: A systematic review and meta-analysis of randomized controlled trials. Psychiatry research, 340, 116098.

130.    Nota, N. M., Wiepjes, C. M., de Blok, C. J. M., Gooren, L. J., Kreukels, B. P. C., & den Heijer, M. (2020). The occurrence of acute cardiovascular events in transgender individuals receiving hormone therapy: Results from a large cohort study. The Journal of Clinical Endocrinology & Metabolism, 105(4), e1436–e1445.

131.    Ofshe, R., & Watters, E. (1994). Making monsters: False memories, psychotherapy, and sexual hysteria (p. 340). Charles Scribner's Sons/Macmillan Publishing Co.

132.    Olson KR, Durwood L, Horton R, et al. Gender identity 5 years after social transition. Pediatrics 2022;150:e2021056082.

133.    Öst, L. G., Brattmyr, M., Finnes, A., Ghaderi, A., Havnen, A., Hedman-Lagerlöf, M., ... & Wergeland, G. J. (2024). Cognitive behavior therapy for adult eating disorders in routine clinical care: A systematic review and meta-analysis. International Journal of Eating Disorders, 57(2), 249-264.

69

AR-002668

134.    Paul, Pamela, Jul 12, 2024, New York Times, *Why is the US still pretending we know that gender affirming care works?*

135.    Rae, J.R., Gulgoz, S., Durwood, L., DeMeules, M., Lowe, R., Lindquist, G., & Olson, K.R. (2019). Predicting early childhood gender transitions. Psychological Science, https://doi.org/10.1177/0956797619830649.

136.    Rawee, P., Rosmalen, J. G., Kalverdijk, L., & Burke, S. M. (2024). Development of Gender Non-Contentedness During Adolescence and Early Adulthood. Archives of Sexual Behavior, 1-13.

137.    Richman, B. D., & Schulman, K. A. (2022). Are patient satisfaction instruments harming both patients and physicians?. JAMA, 328(22), 2209-2210.

138.    Robertson K, Gold I, Veissière S, Robillard R, Solomonova E. Delusional ideation is associated with social imagery: Felt presence, social anxiety, empathy and loneliness. Psychiatry Research Communications. 2024 Jun 1;4(2):100169.

139.    Rodriguez-Seijas, C., Morgan, T. A., & Zimmerman, M. (2024). Transgender and gender diverse patients are diagnosed with borderline personality disorder more frequently than cisgender patients regardless of personality pathology. Transgender Health, 9(6), 554-565.

140.    Ryan, Benjamin , NY Sun, July 10, 2024  https://www.nysun.com/article/damning-information-about-trans-medical-group-expected-to-reach-supreme-court-as-justices-consider-challenge-to-ban-on-gender-treatments-for-minors?lctg=0&recognized_email=editors-group%40nysun.com&newsletter-access&utm_source=MG&utm_medium=email&utm_campaign=Morning%20Sun%20%202024-07-10

AR-002669

141.    Ruuska, S. M., Tuisku, K., Holttinen, T., & Kaltiala, R. (2024). All-cause and suicide mortalities among adolescents and young adults who contacted specialised gender identity services in Finland in 1996–2019: a register study. BMJ Ment Health, 27(1).

142.    Selin Davis, Lisa, *Gender-distressed youth deserve the truth about the science*, The Hill July 11 2024.

143.    Sinai, J., & Sim, P. (2024). Psychodynamic psychotherapy for gender dysphoria is not conversion therapy. Journal of the Canadian Academy of Child and Adolescent Psychiatry, 33(2), 145.

144.    Schacter, D. L. (2022). Memory sins in applied settings: What kind of progress? Journal of Applied Research in Memory and Cognition, 11(4), 445–460. https://doi.org/10.1037/mac0000078

145.    Scott, C. L. (2013). Believing doesn't make it so: Forensic education and the search for truth. Journal of the American Academy of Psychiatry and the Law Online, 41(1), 18–32. https://jaapl.org/content/41/1/18

146.    Schwartz, L., Lal, M., Cohn, J. et al. Emerging and accumulating safety signals for the use of estrogen among transgender women. Discov Ment Health 5, 88 (2025). https://doi.org/10.1007/s44192-025-00216-3

147.    Shelemy, L., Cotton, S., Crane, C., & Knight, M. (2025). Systematic review of prospective adult mental health outcomes following affirmative interventions for gender dysphoria. International Journal of Transgender Health, 26(3), 480-500.

148.    Shorter, E. (2008). From paralysis to fatigue: a history of psychosomatic illness in the modern era. Simon and Schuster.

AR-002670

149.    Sirovich B. E. (2012). How to feed and grow your health care system: comment on "The cost of satisfaction". Archives of internal medicine, 172(5), 411–413. https://doi.org/10.1001/archinternmed.2012.62

150.    Soh, D. (2021). The end of gender: Debunking the myths about sex and identity in our society. Simon and Schuster.

151.    Steensma TD, McGuire JK, Kreukels BPC, et al. Factors associated with desistence and persistence of childhood Gender Dysphoria: a quantitative follow-up study. J Am Acad Child Adolesc Psychiatry 2013;52:582–90.

152.    Stevenson, D. K., Murray, J. C., Muglia, L. J., Wong, R. J., & Katz, M. (2023). Challenges to the study of Gender Dysphoria. Acta Paediatrica, 112(11), 2273–2275. https://doi.org/10.1111/apa.16916

153.    Stevens, S. T., Jussim, L., & Honeycutt, N. (2020). Scholarship suppression: Theoretical perspectives and emerging trends. Societies, 10(4), 82. https://doi.org/10.3390/soc10040082

154.    Stock, K. (2021). Material girls: Why reality matters for feminism. Hachette UK.

155.    Stoffers-Winterling, J. M., Storebø, O. J., Kongerslev, M. T., Faltinsen, E., Todorovac, A., Jørgensen, M. S., ... & Simonsen, E. (2022). Psychotherapies for borderline personality disorder: a focused systematic review and meta-analysis. The British Journal of Psychiatry, 221(3), 538-552.

156.    Straub, J. J., Paul, K. K., Bothwell, L. G., Deshazo, S. J., Golovko, G., Miller, M. S., ... & Miller, M. (2024). Risk of suicide and self-harm following gender-affirmation surgery. Cureus, 16(4).

157.    Tavris, C., & Aronson, E. (2007). Mistakes were made (but not by me): Why we justify foolish beliefs, bad decisions, and hurtful acts. Harcourt.

AR-002671

158.    Taylor J, Hall R, Heathcote C, et al Clinical guidelines for children and adolescents experiencing Gender Dysphoria or incongruence: a systematic review of guideline quality (part 1)Archives of Disease in Childhood Published Online First: 09 April 2024. doi: 10.1136/archdischild-2023-326499

159.    Taylor, J., Hall, R., Langton, T., Fraser, L., & Hewitt, C. E. (2024). Characteristics of children and adolescents referred to specialist gender services: a systematic review. Archives of Disease in Childhood.

160.    Thrower, E., Bretherton, I., Pang, K. C., Zajac, J. D., & Cheung, A. S. (2020). Prevalence of autism spectrum disorder and attention-deficit hyperactivity disorder amongst individuals with gender dysphoria: A systematic review. Journal of autism and developmental disorders, 50(3), 695-706.

161.    van Zyl, J. (2024). Formulating Gender Dysphoria as an affective-perceptual disturbance involving the body. Psychodynamic Practice, 1-17.

162.    Wager, T. D., & Atlas, L. Y. (2015). The neuroscience of placebo effects: connecting context, learning and health. Nature Reviews Neuroscience, 16(7), 403-418.

163.    West, R. F., Meserve, R. J., & Stanovich, K. E. (2012). Cognitive sophistication does not attenuate the bias blind spot. *Journal of Personality and Social Psychology, 103*(3), 506-519. https://doi.org/10.1037/a0029282

164.    Withers R. (2020). Transgender medicalization and the attempt to evade psychological distress. The Journal of analytical psychology, 65(5), 865–889. https://doi.org/10.1111/1468-5922.12641

AR-002672

165.    Wong, W. I., van der Miesen, A. I. R., Li, T. G. F., MacMullin, L. N., & VanderLaan, D. P. (2019). Childhood social gender transition and psychosocial well-being: A comparison to cisgender gender-variant children. Clinical Practice in Pediatric Psychology, 7(3), 241–253.

166.    Wright, C. (2020, July 30). *Think cancel culture doesn't exist? My own 'lived experience' says otherwise*. Quillette. https://quillette.com/2020/07/30/think-cancel-culture-doesnt-exist-my-own-lived-experience-says-otherwise/

167.    WPATH FILES,  available at: https://environmentalprogress.org/big-news/wpath-files

168.    WPATH    Office    and    Board    Member    Application    2020: https://www.wpath.org/media/cms/Documents/Elections/2024/FINAL%20Criteria%20for%20Board%20Member%20and%20Officer%20Positions%20-%20WPATH%20BOD%202024%20Election.pdf?_t=1713549023

169.    Zucker, K. J., Lawrence, A. A., & Kreukels, B. P. (2016). Gender dysphoria in adults. Annual Review of Clinical Psychology, 12, 217–247.

170.    Zucker KJ. Debate: different strokes for different folks. Child Adolesc Ment Health 2020; 25:36–7.

AR-002673



Submit a Manuscript: https://www.f6publishing.com

*World J Diabetes* 2020 March 15; 11(3): 66-77

DOI: 10.4239/wjd.v11.i3.66

ISSN 1948-9358 (online)

*SYSTEMATIC REVIEWS*

# Effects of gender-affirming hormone therapy on insulin resistance and body composition in transgender individuals: A systematic review

Cassandra Spanos, Ingrid Bretherton, Jeffrey D Zajac, Ada S Cheung

**ORCID number:** Cassandra Spanos (0000-0002-0235-2750); Ingrid Bretherton (0000-0002-7158-8804); Jeffrey D Zajac (0000-0003-3933-5708); Ada S Cheung (0000-0001-5257-5525).

**Author contributions:** Cheung AS designed the research; Spanos C performed the research; Spanos C, Bretherton I and Cheung AS analyzed the data; Spanos C wrote the paper; Bretherton I, Cheung AS and Zajac JD supervised the paper; all authors read and approved the final manuscript.

**Supported by** Australian Government National Health and Medical Research Council, No. APP1143333; Endocrine Society of Australia; Austin Medical Research Foundation; Viertel Charitable Foundation Clinical Investigator Award, No. VIERCI2017009; Royal Australasian College of Physicians Vincent Fairfax Family Foundation.

**Conflict-of-interest statement:** All the authors declare that they have no competing interests.

**Open-Access:** This article is an open-access article that was selected by an in-house editor and fully peer-reviewed by external reviewers. It is distributed in accordance with the Creative Commons Attribution NonCommercial (CC BY-NC 4.0) license, which permits others to distribute, remix, adapt, build upon this work non-commercially, and license their derivative works on different terms, provided the

**Cassandra Spanos, Ingrid Bretherton, Jeffrey D Zajac, Ada S Cheung,** Trans Medical Research Group, Department of Medicine (Austin Health), University of Melbourne, Victoria 3084, Australia

**Corresponding author:** Ada S Cheung, MBBS, FRACP, PhD, Senior Research Fellow, Department of Endocrinology, Austin Health, The University of Melbourne, 145 Studley Road, Heidelberg, Victoria 3084, Australia. adac@unimelb.edu.au

## Abstract

### BACKGROUND
Transgender individuals receiving masculinising or feminising gender-affirming hormone therapy with testosterone or estradiol respectively, are at increased risk of adverse cardiovascular outcomes, including myocardial infarction and stroke. This may be related to the effects of testosterone or estradiol therapy on body composition, fat distribution, and insulin resistance but the effect of gender-affirming hormone therapy on these cardiovascular risk factors has not been extensively examined.

### AIM
To evaluate the impact of gender-affirming hormone therapy on body composition and insulin resistance in transgender individuals, to guide clinicians in minimising cardiovascular risk.

### METHODS
We performed a review of the literature based on PRISMA guidelines. MEDLINE, Embase and PsycINFO databases were searched for studies examining body composition, insulin resistance or body fat distribution in transgender individuals aged over 18 years on established gender-affirming hormone therapy. Studies were selected for full-text analysis if they investigated transgender individuals on any type of gender-affirming hormone therapy and reported effects on lean mass, fat mass or insulin resistance.

### RESULTS
The search strategy identified 221 studies. After exclusion of studies that did not meet inclusion criteria, 26 were included (2 cross-sectional, 21 prospective-uncontrolled and 3 prospective-controlled). Evidence in transgender men suggests that testosterone therapy increases lean mass, decreases fat mass and has no impact on insulin resistance. Evidence in transgender women suggests


AR-002859

Spanos C *et al.* Insulin resistance in transgender people

original work is properly cited and the use is non-commercial. See: http://creativecommons.org/licenses/by-nc/4.0/

**Manuscript source**: Invited manuscript

**Received:** October 31, 2019
**Peer-review started:** October 31, 2019
**First decision:** December 4, 2019
**Revised:** January 3, 2020
**Accepted:** January 19, 2020
**Article in press:** January 19, 2020
**Published online:** March 15, 2020

**P-Reviewer:** Galva VG, Sherif Z
**S-Editor:** Ma L
**L-Editor:** A
**E-Editor:** Ma YJ



that feminising hormone therapy (estradiol, with or without anti-androgen agents) decreases lean mass, increases fat mass, and may worsen insulin resistance. Changes to body composition were consistent across almost all studies: Transgender men on testosterone gained lean mass and lost fat mass, and transgender women on oestrogen experienced the reverse. No study directly contradicted these trends, though several small studies of short duration reported no changes. Results for insulin resistance are less consistent and uncertain. There is a paucity of prospective controlled research, and existing prospective evidence is limited by small sample sizes, short follow up periods, and young cohorts of participants.

*CONCLUSION*
Further research is required to further characterise the impact of gender-affirming hormone therapy on body composition and insulin resistance in the medium-long term. Until further evidence is available, clinicians should aim to minimise risk by monitoring cardiovascular risk markers regularly in their patients and encouraging healthy lifestyle modifications.

**Key words:** Transgender persons; Insulin resistance; Body composition; Gender dysphoria; Metabolic syndrome

©The Author(s) 2020. Published by Baishideng Publishing Group Inc. All rights reserved.

**Core tip:** Evidence in transgender men suggests that testosterone therapy increases lean mass, decreases fat mass and has no impact on insulin resistance. Evidence in transgender women suggests that feminising hormone therapy (estradiol, with or without anti-androgen agents) decreases lean mass, increases fat mass, and may worsen insulin resistance. There is a paucity of prospective controlled research, and existing prospective evidence is limited by small sample sizes, short follow up periods, and young cohorts of participants. Until further evidence is available, clinicians should aim to minimise risk by monitoring cardiovascular risk markers regularly in their patients and encouraging healthy lifestyle modifications.

**Citation:** Spanos C, Bretherton I, Zajac JD, Cheung AS. Effects of gender-affirming hormone therapy on insulin resistance and body composition in transgender individuals: A systematic review. *World J Diabetes* 2020; 11(3): 66-77
**URL**: https://www.wjgnet.com/1948-9358/full/v11/i3/66.htm
**DOI**: https://dx.doi.org/10.4239/wjd.v11.i3.66

## INTRODUCTION

Transgender healthcare is a rapidly expanding field of medicine and transgender individuals are presenting in increasing numbers for advice and assistance in transitioning[1]. Research indicates that many physicians are unsure how to optimally manage gender dysphoria and support individuals through the process of transition. Further research and education in this area is vital to meet the increasing demand for treatment[2,3].

The term transgender refers to an individual who has a gender identity which differs from their sex assigned at birth. Gender dysphoria denotes the distress that may accompany this incongruence, and the goal of therapy is to alleviate this distress[4]. The exact prevalence of transgender people and gender dysphoria is unknown and, for various reasons, including the lack of clear nomenclature, is likely to be underestimated[5]. Population-based studies have found a higher prevalence than clinical studies, ranging from 0.5% in the United States to 0.6%-1.1% in the Netherlands and Belgium[6]. The range of management options available is broad and encompasses many disciplines of medicine, including psychological, hormonal and surgical interventions. Whether or not an individual chooses to undertake any or all of these interventions is variable, and management is ideally tailored to the individual's goals.

Gender-affirming hormone therapy (GAHT) is commonly given to align an individual's physical characteristics to more closely match their gender identity with

AR-002860

the goal of improving mental health and reducing dysphoria. Masculinising hormonal therapy for individuals assigned female sex at birth (transgender men) most commonly involves administration of intramuscular or transdermal testosterone in doses similar to those used for hypogonadal men. We use the term transgender in this review to also include people with gender diverse or non-binary identities. Feminising hormonal therapy for individuals assigned male sex at birth (transgender women) involves oestrogen replacement usually with oral or transdermal formulations and concurrent suppression of endogenous testosterone with androgen antagonists[7].

A number of studies and reviews have demonstrated the safety of gender-affirming hormone therapy in the short and medium-term, however there is a paucity of long term clinical safety and efficacy data[6]. Notably, two recent large cohort studies have demonstrated that transgender individuals on hormone therapy have higher rates of adverse cardiovascular events, with transmen on testosterone at increased risk of myocardial infarction, and transwomen on oestrogen at increased risk of ischaemic stroke[8,9]. Given the sexually dimorphic nature of cardiovascular disease and its associated risk factors, manipulation of sex hormones may underlie this increase in cardiovascular risk[10-12]. However, there are few reviews looking at the effects of hormone therapy on cardiovascular risk. Specifically, there is a lack of reviews into the available evidence in the effect of GAHT on insulin resistance, and its relationship to the changes in body composition brought about by hormone therapy. Both oestrogen and testosterone are capable of altering insulin sensitivity in both cisgender women and men[11,13-16], however, the impact of gender-affirming hormone therapy on insulin resistance in transgender individuals is less clear.

Studies demonstrating that transgender people on hormone therapy are at increased risk of adverse cardiovascular events highlight the importance of investigating surrogate markers while awaiting further long-term research. We aimed to investigate the existing evidence of the effects of gender-affirming hormone therapy on insulin resistance and body composition, as this may provide insight into the long-term risks of hormone therapy in transgender individuals.

## MATERIALS AND METHODS

A search of the MEDLINE and EMBASE databases using the Ovid platform was conducted in March 2019. Terms defining the participant population included "Transgender", "Gender dysphoria", "Transsexual", "Gender identity", "Gender variant", "Trans men", "Trans women", "Trans people", "Two-spirit", "FTM" and "MTF". Terms defining the intervention included "Cross-sex hormone therapy", "Gonadal steroid hormones", "Estrogen replacement therapy", "Estradiol/ Oestradiol", "Estrogen/Oestrogen", "Testosterone", 'Gonadotropin-Releasing Hormone analogues", "Androgen antagonists", "Antiandrogen", "Spironolactone", "Hormone therapy", "Hormone treatment", "Sex steroid", "Progestin", and "Androgen". Terms used for the study outcomes included "Body Composition", "Lean mass", "Muscle mass", "Fat mass", "Adipose fat or tissue", "Intra-abdominal fat", "Central or abdominal obesity", "Body fat distribution", "Anthropometry", "Waist or body circumference", "Waist-hip ratio", "Insulin resistance", "Insulin sensitivity", "HbA1c", "Blood glucose", "Insulin-Secreting Cells", "beta cell" and "Diabetes mellitus, Type 2". The full search strategy is included in Supplementary Tables 1 and 2. After removal of conference abstracts and duplicates, this search yielded a total of 221 studies for title and abstract screening.

Screening was conducted using the Rayyan web application[17]. Studies were selected for full-text analysis if they investigated transgender individuals on any type of gender-affirming hormone therapy and reported impacts (or lack thereof) on lean mass, fat mass or insulin resistance. Studies were excluded if they did not meet these inclusion criteria, or if they only reported fasting insulin levels, fasting plasma glucose or HbA1c in isolation as these were not taken to be sufficiently representative of insulin sensitivity.

A summary of the study selection process is included (Figure 1). After exclusion (reasons listed in Figure 1), 26 studies were included in the final analysis.

## RESULTS

### Overall

Of the 26 studies evaluated, 21 examined transgender men and 16 examined transgender women[18-43]. In total, these studies included 751 transgender male and 689

Spanos C *et al*. Insulin resistance in transgender people

**Table 1  Summary of studies investigating body composition and insulin resistance in transgender individuals**

| Ref. | Country | Design | Time period | n | Average age (yr) | Number of controls | Methods | Lean mass | Fat mass | IR | WHR |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Studies in Transgender men** | | | | | | | | | | | |
| Van Caenegem et al[41] | Belgium | Prospective controlled | 12 mo | 23 | 27 (9) | 23 age-matched | DXA and pQCT | ↑10.4% | ↓9.7% | | ↔ |
| Haraldsen et al[31] | Norway | Prospective controlled | 3 mo, 12 mo | 21 | 25.1 (4.8) | 45, not age-matched | DXA | ↑ | ↔ | | |
| Cupisti et al[24] | Germany | Prospective controlled | 12 mo | 29 | 29.9 (18-40) | 240 PCOS, age-matched | HOMA-IR | | | ↔ | |
| Aranda et al[19] | Spain | Prospective | 6 mo, 12 mo | 20 | 27.1 (8.0) | | DXA and HOMA-IR | ↑5.8% | ↓6.3% | ↔ | ↑A:G ratio |
| Auer et al[21] | Germany | Prospective | 13 mo | 45 | 27.5 (1.3) | | DXA and HOMA-IR | ↑ | ↓ | ↓ | ↔ |
| Klaver et al[32] | The Netherlands and Belgium | Prospective | 12 mo | 162 | 24 (18-58) | | DXA | ↑10% | ↓9% | | ↑ |
| Gava et al[30] | Italy | Prospective | 12 mo, 36 mo, 60 mo | 50 | 30.1 (6.1) | | DXA and HOMA-IR | ↑ | ↔ | ↔ | ↔ |
| Aranda et al[18] | Spain | Prospective | 6 mo, 12 mo | 12 | 27.1 (17-43) | | HOMA-IR | | | ↔ | WC ↔ |
| Auer et al[20] | Belgium and Norway | Prospective | 12 mo | 20 | NR | | DXA and HOMA-IR | ↑ | ↔ | ↔ | ↔ |
| Colizzi et al[23] | Italy | Prospective | 12 mo, 24 mo | 43 | 28.8 (5.6) | | HOMA-IR | | | ↔ | WC ↑ |
| Pelusi et al[37] | Italy | Prospective | 30 wk, 54 wk | 45 | 29.5 | | DXA and HOMA-IR | ↑ | ↓ | ↔ | ↔ |
| Wierckx et al[42] | Belgium | Prospective | 12 mo | 53 | 24.5 (7.0) | | DXA | ↑ | ↓ | | ↑ |
| Mueller et al[35] | Germany | Prospective | 12 mo, 24 mo | 45 | NR | | DXA | ↑ | ↔ | | |
| Yahyaoui et al[43] | United States | Prospective | 12 mo, 24 mo | 47 | 25.7 (6.0) | | HOMA-IR | | | ↓ | |
| Meriggiola et al[34] | Italy | Prospective | 12 mo | 15 | 35.7 (5.0) | | DXA and HOMA-IR | ↑ | ↔ | ↔ | ↑ (NS) |
| Berra et al[22] | Italy | Prospective | 6 mo | 16 | NR | | BIA and HOMA | ↑ | ↓ | ↔ | WC ↔ |
| Elbers et al[27] | The Netherlands | Prospective | 12 mo | 17 | 23 (16-34) | | MRI and EGC | | ↑ in VAT | ↔ | |
| Elbers et al[25] | The Netherlands | Prospective | 4 mo, 12 mo | 15 | 23 (16-34) | | MRI and BIA | | ↓ | | |
| Elbers et al[26] | The Netherlands | Prospective | 12 mo, 36 mo | 10 | 24 (16-33) | | MRI | ↑ thigh muscle | ↑ in VAT | | |
| Polderman et al[38] | The Netherlands | Prospective | 4 mo | 13 | 23.1 (18-33) | | BIA and EGC | ↑ | | ↑ | |
| Van Caenegem et al[39] | Belgium | Cross-sectional | 10 yr on GAHT (3-28) | 50 | 37 (8) | 50 age-matched | DXA and pQCT | 9% more | 30% less | | Larger |
| **Studies in Transgender women** | | | | | | | | | | | |
| Haraldsen et al[31] | Norway | Prospective controlled | 3 mo, 12 mo | 12 | 29.3 (7.8) | 77, not age-matched | DXA | ↓ | ↑ | | |
| Auer et al[21] | Germany | Prospective | 12 mo | 24 | 34.8(1.4) | | DXA and HOMA-IR | ↔ | ↑ | ↑ | ↓ |

AR-002862

Spanos C *et al*. Insulin resistance in transgender people

| Klaver *et al*[32] | The Netherlands and Belgium | Prospective | 12 mo | 179 | 29 (18-66) | | DXA | ↓3% | ↑28% | | ↓ |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Fighera *et al*[28] | Brazil | Prospective | 31 mo | 46 | 33.7 (10.3) | | DXA | ↓ | ↑ | | |
| Aranda *et al*[18] | Spain | Prospective | 6 mo, 12 mo | 6 | 18.8 (16-21) | | HOMA-IR | | | ↔ | WC ↑ |
| Auer *et al*[20] | Belgium and Norway | Prospective | 12 mo | 20 | NR | | DXA and HOMA-IR | ↓ | ↑ | ↑ | ↔ |
| Gava *et al*[29] | Italy | Prospective | 12 mo | 40 | 31.2 (9.8) | | DXA and HOMA-IR | ↓ (NS) | ↑ | ↔ | ↔ |
| Colizzi *et al*[23] | Italy | Prospective | 12 mo, 24 mo | 79 | 30.2 (9.6) | | HOMA-IR | | | ↑ | WC ↑ |
| Van Caenegem *et al*[40] | Belgium | Prospective | 12 months, 24 months | 46 | 33 (12) | 49 (not followed prospective-ly) | DXA and pQCT | ↓ | ↑ | | ↓ |
| Wierckx *et al*[42] | Belgium | Prospective | 12 mo | 53 | 30.3 (14.0) | | DXA | ↓ | ↑ | | ↓ |
| Mueller *et al*[36] | Germany | Prospective | 12 mo, 24 mo | 84 | NR | | DXA | ↓ | ↑ | | |
| Yahyaoui *et al*[43] | United States | Prospective | 12 mo, 24 mo | 22 | 23.1 (9.4) | | HOMA-IR | | | ↔ | |
| Elbers *et al*[27] | The Netherlands | Prospective | 12 mo | 20 | 26 (18-36) | | MRI and EGC | | ↑ VAT | ↑ | |
| Elbers *et al*[25] | The Netherlands | Prospective | 4 mo, 12 mo | 17 | 26 (18-37) | | MRI and BIA | | ↔ | | |
| Polderm-an *et al*[38] | The Netherlands | Prospective | 4 mo | 18 | 26.5 (18-36) | | BIA and EGC | ↓ (NS) | | ↑ | |
| Lapauw *et al*[33] | Belgium | Cross-sectional | 8 yr on GAHT (4-20) | 23 | 41 (7) | 46, age-matched | DXA, pQCT | 20% lower | 30% higher | | |

A:G ratio: Android-Gynoid ratio; BIA: Bioelectrical Impedance Analysis; DXA: Dual-energy X-ray Absorptiometry; ECG: Euglycaemic clamp; HOMA-IR: Homeostasis model assessment of Insulin Resistance; IR: Insulin resistance; MRI: Magnetic Resonance Imaging; NR: Not reported; NS: Not significant; pQCT: Peripheral Quantitative Computed Tomography: VAT: Visceral adipose tissue; WC: Waist circumference; WHR: Waist-hip ratio. Ages given as mean (SD or range).

transgender female participants. A large majority of the research was conducted in the Netherlands and Belgium (11 studies) and other European countries (6 Italian, 4 German, 2 Spanish, 1 Norwegian). Two studies were conducted outside Europe; 1 in the United States and 1 in Brazil. Results are summarised in Table 1.

All studies managed transgender men with testosterone and transgender women with oestrogen. With the exception of one study[31] all transgender women also received antiandrogen therapy (cyproterone acetate 50-100 mg or, in one study, goserelin acetate[36]) unless they were post-orchiectomy. The majority of studies treated transgender men with testosterone undecanoate 1000 mg IM every 12 wk (*n* = 12), or testosterone esters 250 mg IM every 2-3 wk (*n* = 6). Regimens in transgender women were more variable, though most studies used ethinyl estradiol or estradiol valerate in dosages of 100 g or 1-4 mg, respectively.

### Transgender men
**Controlled prospective studies:** There are few controlled prospective studies (Table 1). Only 3 studies in transgender men included cisgender female control participants[24,31,41]. An initial 2007 study assessed 21 transgender men at initiation of testosterone therapy and followed them for 12 mo[31]. Comparisons were made with controls at baseline only and notably were not age-matched, with female controls almost 10 years older than the transgender male participants. This study noted no differences between groups at baseline, and that transgender men gained lean mass and lost fat mass, becoming more similar in body composition to male references over the 12-mo time period. These changes were noted as early as 3 mo after commencing hormone therapy[31].

A Belgian study of 23 transgender men compared them with 23 age-matched

AR-002863



**Figure 1  Study selection flowchart.**

control women over 12 mo and found that treated transgender men gained lean mass and lost fat mass while the control women gained fat and lost lean mass and muscle strength[41]. The researchers also used peripheral quantitative computed tomography (pQCT) to investigate cross-sectional muscle area, finding significant increases in transgender men, along with increased grip strength.

To examine insulin resistance, 29 transgender men before and after commencing testosterone therapy were compared to 240 cisgender women with polycystic ovary syndrome (PCOS)[24]. Whilst the control women with PCOS and had significantly higher insulin resistance than the transgender men at baseline, there did not appear to be any induction of insulin resistance with testosterone therapy. Further, there was no correlation between serum testosterone concentrations and insulin resistance.

**Prospective studies without controls:** All uncontrolled prospective studies examining body composition have found that testosterone was associated with increases in lean mass (Table 1). The majority also found an associated decrease in fat mass, but despite this two imaging studies showed that testosterone was associated with an increase in visceral fat area[26,27]. The magnitude of visceral adipose tissue (VAT) gain was as high as 47% and correlated with the relative amount of weight gained during therapy. Although more recent studies have failed to report on visceral fat accumulation, several report an increase in waist-to-hip ratio. Increases in android-to-gynoid (A:G) fat ratios[19] occur, driven primarily by decreases in gynoid region fat (-14%), without increases in the android region[32].

Prospective studies reporting on insulin resistance are somewhat conflicting. Testosterone treatment was associated with increased insulin resistance measured by the hyperinsulinaemic euglycaemic clamp technique in only one study, which followed 13 people over 4 mo[38]. In contrast, no changes were seen in insulin sensitivity over 1 year in 17 healthy, nonobese young transgender men[27]. Many studies summarised in Table 1 have demonstrated no change (*n* = 10), or in two cases, decreased resistance. The largest prospective study of 50 transgender men followed

AR-002864

Spanos C *et al.* Insulin resistance in transgender people

for 5 years found that testosterone had no impact on insulin resistance[30].

**Cross-sectional evidence:** All of the above studies assessed transgender men newly commencing testosterone therapy. However, when comparing transgender men on established therapy (mean treatment duration 10 years) compared with age-matched cisgender female controls, lean mass remained higher and fat mass remained lower suggesting persistence of changes over time[39].

*Transgender women*

**Prospective studies with controls:** Body composition changes are summarised in Table 1. Whilst two studies made comparisons to controls at baseline[31,40], there were no studies that followed the control group over time. There were baseline differences between transgender women and control men; with transgender women having less lean mass and more fat mass than control males even before commencing any kind of hormone therapy. Over time oestrogen therapy induced a loss of lean mass and gain of fat mass in their participants, which is consistent across studies in this review.

**Prospective studies without controls:** As shown in Table 1, almost all prospective data in transgender women is consistent. In transgender women commencing estradiol therapy, lean mass decreases and fat mass increases. There is also a shift in body fat distribution with a decrease in waist-to-hip ratio seen in 4 studies, and rise in gynoid fat[21,32,40,42]. The largest study involving 179 transgender women, demonstrated a 42% increase in leg fat and 34% increase in gynoid fat, compared to a more modest 18% increase in android fat[32]. These changes persist over the first two years of hormone therapy[36]. Oestrogen therapy was additionally associated with an 18% increase in VAT over 12 mo, along with a 38% increase in subcutaneous fat[27].

Whether feminising hormone therapy is associated with insulin resistance is unclear. Five studies noted increases in insulin resistance and three others found no change (Table 1). Of the studies reporting increased resistance, the largest and longest-running is Colizzi *et al*[23], who followed 79 participants for two years. The participants, who were metabolically healthy at baseline, had an increase in Homeostatic Model Assessment of Insulin Resistance (HOMA-IR) values of 72% in the first year of treatment and by a further 9% over the second year, suggesting that the first 12 mo is an important period. A confounding factor was the presence of participants with psychiatric comorbidities who may have been on other medications capable of altering their insulin sensitivity, however there were only 12 participants in this category. Both of the studies employing the gold-standard euglycaemic clamp method found that GAHT in transgender women decreased peripheral glucose uptake, and simultaneously noted an increase in fasting insulin of up to 50%[27,38]. This would support the notion that oestrogen therapy has negative effects on insulin sensitivity. In addition, two of the three the studies reporting no change are limited by small participant numbers ($n = 22$ and $n = 6$)[19,43].

**Cross sectional evidence:** One cross-sectional study compared 23 transgender women who had been on GAHT for a mean of 8 years with 46 age-matched controls[33]. Fat mass was higher and lean mass was lower than controls including a 25% decrease in lower limb muscle area measured by pQCT.

## DISCUSSION

There is evidence that hormone therapy can have a significant effect on body composition within 12 mo and these changes persist long-term. The effect on insulin resistance is uncertain. Changes to body composition were consistent across almost all studies: Transgender men on testosterone gained lean mass and lost fat mass, and transgender women on oestrogen experienced the reverse. No study directly contradicted these trends, though several small studies of short duration reported no changes. These results are consistent with a recent meta-analysis investigating body composition in individuals on GAHT, which found that hormone therapy in transgender individuals affects lean and fat mass significantly, with an increase in fat mass and decrease in lean mass observed in transwomen and the reverse occurring in transmen[44]. Results for insulin resistance are less consistent and uncertain.

It would be unethical to conduct a randomised controlled trial using hormone therapy and placebo, therefore prospective cohort studies represent the highest available level of evidence. However, there is a paucity of prospective controlled data and research with a longer follow-up duration is needed. It should also be noted that most of the participants in these studies are of Caucasian ethnicity, which limits the generalisability of the findings to transgender individuals of other backgrounds.

AR-002865

### Insulin resistance, body composition and cardiovascular risk

Insulin resistance has been shown to independently predict a variety of poor outcomes including hypertension, obesity, and dyslipidaemia, as well as cardiovascular and all-cause mortality, even in non-diabetic metabolically well individuals[45-47].

In 2015, increased body mass index contributed to 4.0 million deaths globally (7.1% of the total number of deaths from any cause). 39% of these deaths occurred in people with body mass index less than 30, indicating that this increased risk is not confined to people who are clinically obese, and that small changes in body fat have the potential to influence long term mortality risk[48]. The distribution of body is also important, as central or "abdominal" obesity has been shown to confer a higher risk, and an elevated waist-hip ratio correlates with adverse cardiovascular outcomes more strongly than body mass index[49]. This is significant from the perspective of gender, as male "android" obesity which is more centrally distributed is therefore more predictive of poor outcomes than female "gynoid" obesity, which involves storage of fat around the hips, thighs and buttocks[12,50].

Body fat distribution and insulin resistance are interrelated[51]. Adipose tissue has been shown to decrease sensitivity to insulin through release of multiple mediators including free fatty acids, steroid hormones and proinflammatory cytokines[51]. There is some debate about whether visceral fat in particular has a greater influence over insulin sensitivity than subcutaneous fat. Visceral adipose tissue is more metabolically active, and its proximity to portal circulation may bestow a greater impact on hepatic lipid and glucose production[12]. However, some research suggests subcutaneous fat mass is more highly correlated with insulin resistance and attribute this to its greater contribution to circulating free fatty acid levels[50]. No association between fat distribution and insulin sensitivity is evident[27], suggesting that GAHT may influence insulin resistance by mechanisms other than body fat, including direct action on tissues. More research investigating the relationships between body fat distribution and insulin resistance in transgender people on hormone therapy is needed.

### Impact of testosterone therapy in transgender men

**Testosterone and body composition:** Testosterone therapy in transgender men is associated with an increase in lean mass and decrease in fat mass. Data suggests that changes emerge within three months. Changes seen in the early years of hormone therapy are likely to persist in the longer term, with analysis of participants on hormone therapy for 10 years demonstrating consistent changes in body composition[39].

**Testosterone and visceral fat:** The evidence that testosterone decreases fat mass is strong however the effects on visceral fat specifically are less clear. Whilst testosterone appears to be associated with increased VAT; there are few studies, sample sizes are small with short follow-up, and the lack of controls do not allow for the comparison with normal visceral fat accumulation with time. More recent studies reporting an increase in waist-to-hip ratio in transgender men may indicate that increases in VAT are occurring. This is supported by evidence of raised android-to-gynoid fat ratios, suggestive of changes in body fat distribution[32]. Of note, Elbers *et al*[26] found no changes in VAT after 12 mo, but significant increases after 3 years, indicating these changes may take time to develop. Further controlled prospective studies are required to assess not only VAT but cardiovascular outcomes and mortality.

**Testosterone and insulin resistance:** The effects of testosterone on insulin resistance are unclear, even in cisgender populations. In cisgender men, testosterone deficiency is associated with insulin resistance, and this improves with testosterone replacement[15,16]. In men with both hypogonadism and established diabetes, testosterone replacement does not appear to improve glycaemic control[52]. Elevated levels of testosterone in cisgender women as occurs in PCOS, are associated with increased insulin resistance. In animal models, testosterone is associated with a decrease in insulin sensitivity[11]. This review suggests that testosterone therapy has no negative effect on insulin sensitivity and may even be associated with an improvement. This raises the possibility that the impairment in insulin sensitivity in PCOS is independent of hyperandrogenism.

### Impact of estradiol therapy in transgender women

**Estradiol and body composition:** Estradiol therapy in transgender women appears to be associated with an increase in fat mass and decrease in lean mass, although prospectively controlled data is limited. Interestingly, the studies that were controlled demonstrate these differences at baseline[31,40]. Several studies have reported significantly less weekly physical activity in transgender women compared to control

AR-002866

Spanos C *et al.* Insulin resistance in transgender people

men[33,39] possibly as a way to intentional to minimise muscle mass and influence body shape.

The increase in body fat associated with oestrogen therapy raises questions about the effect on cardiovascular risk. Elbers *et al*[27] noted that oestrogen and antiandrogen therapy was associated with a visceral fat increase of 18%, and subcutaneous fat increase of 38% over 12 mo. This represents an increase in the absolute amount of visceral fat, but a reduction in the ratio of visceral to subcutaneous fat. The implications for long-term cardiovascular health are unclear.

**Estradiol and insulin resistance:** Five of the eight studies reporting on insulin resistance in transwomen found that oestrogen therapy was associated with a worsening in insulin resistance measures. The remaining three studies were limited by small sample sizes. This is consistent with other high-oestrogen states such as women taking the oral contraceptive pill who have increased insulin resistance, as well as gestational diabetes mellitus during pregnancy[11]. Other research suggests that oestrogen has a protective role. Insulin sensitivity in cisgender women decreases after menopause and improves with menopausal hormone therapy[14]. Selective oestrogen receptor modulators have been shown to decrease insulin sensitivity, while Tamoxifen is associated with a 24% increase in diabetes risk in breast cancer survivors[13]. In cisgender men, decreased oestrogen production also induces insulin resistance[11]. The mechanism underlying this protective effect is largely unknown. Oestrogen has been shown to enhance peripheral insulin sensitivity *via* actions on skeletal muscle, liver and adipose tissue, and also has a role regulating energy intake and expenditure[13]. This review as well as other studies of high-oestrogen states may indicate that supra-physiological levels of oestrogen, in both men and women, can impair insulin sensitivity through a mechanism which is not entirely understood.

Gender-affirming hormone therapy has differing effects on body composition and insulin resistance in transgender men and women. Transgender men taking testosterone therapy have an associated gain in lean mass and decrease in fat mass. Transgender women taking oestrogen therapy have an associated decline in lean mass and gain in fat mass. The data examining the effect of hormone therapy on insulin resistance is so far inconsistent and limited. It is possible that oestrogen therapy in transgender women has a negative impact on insulin sensitivity. Both body fat and insulin resistance are known to impact cardiovascular risk and it is reasonable to conclude that gender-affirming hormone therapy may have an impact on long-term cardiovascular health.

The studies reviewed are limited by small sample sizes, young participants who may be yet to develop insulin resistance and short duration of follow-up. There is a paucity of controlled prospective research. These limitations make it difficult to draw conclusions about the long-term effects of gender-affirming hormone therapy on cardiovascular risk.

The long-term effects of hormone therapy on body composition and insulin resistance are unknown. Significant changes in body composition occur, most detrimentally in transgender women who gain fat mass and also have an increase in insulin resistance. Further research is therefore needed and given the long-term nature of cardiovascular disease progression, large prospectively controlled cohort studies are required. In the meantime, further research into the impact of hormone therapy on surrogate markers of cardiovascular risk is encouraged, and it would be prudent for clinicians to monitor markers of cardiovascular risk in patients taking gender-affirming hormone therapy.

## ARTICLE HIGHLIGHTS

### Research background
Transgender individuals receiving masculinising or feminising gender-affirming hormone therapy with testosterone or estradiol respectively, are at increased risk of heart disease and stroke. Testosterone and estradiol play important roles in regulating body fat and muscle and in the general population, males who have relatively high levels of testosterone compared with females are at higher risk for heart disease. The increased risk of heart disease may be related to the effects of testosterone or estradiol therapy on fat and muscle distribution, as well as insulin resistance, a measure of diabetes and heart disease risk. The effect of gender-affirming hormone therapy on these cardiovascular risk factors has not been extensively examined.

### Research motivation
Studies demonstrating that transgender people on hormone therapy are at increased risk of adverse cardiovascular events highlight the importance of investigating surrogate markers while awaiting further long-term research. Both oestrogen and testosterone are capable of altering insulin resistance in both cisgender women and men, however, the impact of gender-affirming

AR-002867

Spanos C *et al*. Insulin resistance in transgender people

hormone therapy on insulin resistance in transgender individuals is less clear. This review was conducted to examine the relationship between insulin resistance and its relationship to the changes in body composition brought about by hormone therapy in order to enable clinicians to proactively lower risk factors which may contribute to heart disease and diabetes.

### Research objectives

We aimed to investigate the existing evidence of the effects of gender-affirming hormone therapy on insulin resistance and body composition, as this may provide insight into the long-term risks of hormone therapy in transgender individuals.

### Research methods

We performed a systematic review of the literature based on PRISMA guidelines. MEDLINE, Embase and PsycINFO databases were searched for studies examining body composition, insulin resistance or body fat distribution in transgender individuals aged over 18 years on established gender-affirming hormone therapy. Studies were selected for full-text analysis if they investigated transgender individuals on any type of gender-affirming hormone therapy and reported effects on lean mass, fat mass or insulin resistance.

### Research results

The search strategy identified 221 studies. After exclusion of studies that did not meet inclusion criteria, 26 were included (2 cross-sectional, 21 prospective-uncontrolled and 3 prospective-controlled). Evidence in transgender men suggests that testosterone therapy increases lean mass, decreases fat mass and has no impact on insulin resistance. Evidence in transgender women suggests that feminising hormone therapy (estradiol, with or without anti-androgen agents) decreases lean mass, increases fat mass, and may worsen insulin resistance. Changes to body composition were consistent across almost all studies: transgender men on testosterone gained lean mass and lost fat mass, and transgender women on oestrogen experienced the reverse. No study directly contradicted these trends, though several small studies of short duration reported no changes. Results for insulin resistance are less consistent and uncertain. There is a paucity of prospective controlled research, and existing prospective evidence is limited by small sample sizes, short follow up periods, and young cohorts of participants.

### Research conclusions

Masculinising gender-affirming hormone therapy increases lean mass, decreases fat mass and has no impact on insulin resistance. Feminising gender-affirming hormone therapy decreases lean mass, increases fat mass, and may worsen insulin resistance. Further research is required to further characterise the impact of gender-affirming hormone therapy on body composition and insulin resistance in the medium-long term. Until further evidence is available, clinicians should aim to minimise risk by monitoring cardiovascular risk markers regularly in their patients and encouraging healthy lifestyle modifications is paramount.

### Research perspectives

Clinicians need to be aware of body composition changes and potential insulin resistance changes. Proactive lowering of cardiovascular risk factors such as optimising diet and physical activity as well as managing weight, lipids, blood pressure and glucose are important. Long-term prospective controlled studies will provide further insights in the future.

## REFERENCES

1    **Telfer M**, Tollit M, Feldman D. Transformation of health-care and legal systems for the transgender population: The need for change in Australia. *J Paediatr Child Health* 2015; **51**: 1051-1053 [PMID: 26303157 DOI: 10.1111/jpc.12994]

2    **Davidge-Pitts C**, Nippoldt TB, Danoff A, Radziejewski L, Natt N. Transgender Health in Endocrinology: Current Status of Endocrinology Fellowship Programs and Practicing Clinicians. *J Clin Endocrinol Metab* 2017; **102**: 1286-1290 [PMID: 28324050 DOI: 10.1210/jc.2016-3007]

3    **Bretherton I**, Thrower E, Grossmann M, Zajac JD, Cheung AS. Cross-sex hormone therapy in Australia: the prescription patterns of clinicians experienced in adult transgender healthcare. *Intern Med J* 2019; **49**: 182-188 [PMID: 29992681 DOI: 10.1111/imj.14035]

4    **American Psychiatric Association**. Gender Dysphoria. In: Diagnostic and Statistical Manual of Mental Disorders. 5th ed. 2013. [DOI: 10.1176/appi.books.9780890425596.dsm14]

5    **Collin L**, Reisner SL, Tangpricha V, Goodman M. Prevalence of Transgender Depends on the "Case" Definition: A Systematic Review. *J Sex Med* 2016; **13**: 613-626 [PMID: 27045261 DOI: 10.1016/j.jsxm.2016.02.001]

6    **T'Sjoen G**, Arcelus J, Gooren L, Klink DT, Tangpricha V. Endocrinology of Transgender Medicine. *Endocr Rev* 2019; **40**: 97-117 [PMID: 30307546 DOI: 10.1210/er.2018-00011]

7    **Hembree WC**, Cohen-Kettenis P, Delemarre-van de Waal HA, Gooren LJ, Meyer WJ, Spack NP, Tangpricha V, Montori VM; Endocrine Society. Endocrine treatment of transsexual persons: An Endocrine Society clinical practice guideline. *J Clin Endocrinol Metab* 2009; **94**: 3132-3154 [PMID: 19509099 DOI: 10.1210/jc.2017-01658]

8    **Getahun D**, Nash R, Flanders WD, Baird TC, Becerra-Culqui TA, Cromwell L, Hunkeler E, Lash TL, Millman A, Quinn VP, Robinson B, Roblin D, Silverberg MJ, Safer J, Slovis J, Tangpricha V, Goodman M. Cross-sex Hormones and Acute Cardiovascular Events in Transgender Persons: A Cohort Study. *Ann Intern Med* 2018; **169**: 205-213 [PMID: 29987313 DOI: 10.7326/M17-2785]

9    **Nota NM**, Wiepjes CM, de Blok CJM, Gooren LJG, Kreukels BPC, den Heijer M. Occurrence of Acute Cardiovascular Events in Transgender Individuals Receiving Hormone Therapy. *Circulation* 2019; **139**:

AR-002868

Spanos C *et al.* Insulin resistance in transgender people

1461-1462 [PMID: 30776252 DOI: 10.1161/circulationaha.118.038584]

10    **Regitz-Zagrosek V**, Lehmkuhl E, Weickert MO. Gender differences in the metabolic syndrome and their role for cardiovascular disease. *Clin Res Cardiol* 2006; **95**: 136-147 [PMID: 16598526 DOI: 10.1007/s00392-006-0351-5]

11    **Geer EB**, Shen W. Gender differences in insulin resistance, body composition, and energy balance. *Gend Med* 2009; **6** Suppl 1: 60-75 [PMID: 19318219 DOI: 10.1016/j.genm.2009.02.002]

12    **Palmer BF**, Clegg DJ. The sexual dimorphism of obesity. *Mol Cell Endocrinol* 2015; **402**: 113-119 [PMID: 25578600 DOI: 10.1016/j.mce.2014.11.029]

13    **Mauvais-Jarvis F**, Clegg DJ, Hevener AL. The role of estrogens in control of energy balance and glucose homeostasis. *Endocr Rev* 2013; **34**: 309-338 [PMID: 23460719 DOI: 10.1210/er.2012-1055]

14    **Salpeter SR**, Walsh JM, Ormiston TM, Greyber E, Buckley NS, Salpeter EE. Meta-analysis: effect of hormone-replacement therapy on components of the metabolic syndrome in postmenopausal women. *Diabetes Obes Metab* 2006; **8**: 538-554 [PMID: 16918589 DOI: 10.1111/j.1463-1326.2005.00545.x]

15    **Dhindsa S**, Ghanim H, Batra M, Kuhadiya ND, Abuaysheh S, Sandhu S, Green K, Makdissi A, Hejna J, Chaudhuri A, Punyanitya M, Dandona P. Insulin Resistance and Inflammation in Hypogonadotropic Hypogonadism and Their Reduction After Testosterone Replacement in Men with Type 2 Diabetes. *Diabetes Care* 2016; **39**: 82-91 [PMID: 26622051 DOI: 10.2337/dc15-1518]

16    **Simon D**, Charles MA, Lahlou N, Nahoul K, Oppert JM, Gouault-Heilmann M, Lemort N, Thibult N, Joubert E, Balkau B, Eschwege E. Androgen therapy improves insulin sensitivity and decreases leptin level in healthy adult men with low plasma total testosterone: a 3-month randomized placebo-controlled trial. *Diabetes Care* 2001; **24**: 2149-2151 [PMID: 11723098 DOI: 10.2337/diacare.24.12.2149]

17    **Ouzzani M**, Hammady H, Fedorowicz Z, Elmagarmid A. Rayyan-a web and mobile app for systematic reviews. *Syst Rev* 2016; **5**: 210 [PMID: 27919275 DOI: 10.1186/s13643-016-0384-4]

18    **Aranda G**, Fernández-Rebollo E, Pradas-Juni M, Hanzu FA, Kalko SG, Halperin I, Mora M. Effects of sex steroids on the pattern of methylation and expression of the promoter region of estrogen and androgen receptors in people with gender dysphoria under cross-sex hormone treatment. *J Steroid Biochem Mol Biol* 2017; **172**: 20-28 [PMID: 28539237 DOI: 10.1016/j.jsbmb.2017.05.010]

19    **Aranda G**, Mora M, Hanzu FA, Vera J, Ortega E, Halperin I. Effects of sex steroids on cardiovascular risk profile in transgender men under gender affirming hormone therapy. *Endocrinol Diabetes Nutr* 2019; **66**: 385-392 [PMID: 30704917 DOI: 10.1016/j.endinu.2018.11.004]

20    **Auer MK**, Cecil A, Roepke Y, Bultynck C, Pas C, Fuss J, Prehn C, Wang-Sattler R, Adamski J, Stalla GK, T'Sjoen G. 12-months metabolic changes among gender dysphoric individuals under cross-sex hormone treatment: a targeted metabolomics study. *Sci Rep* 2016; **6**: 37005 [PMID: 27833161 DOI: 10.1038/srep37005]

21    **Auer MK**, Ebert T, Pietzner M, Defreyne J, Fuss J, Stalla GK, T'Sjoen G. Effects of Sex Hormone Treatment on the Metabolic Syndrome in Transgender Individuals: Focus on Metabolic Cytokines. *J Clin Endocrinol Metab* 2018; **103**: 790-802 [PMID: 29216353 DOI: 10.1210/jc.2017-01559]

22    **Berra M**, Armillotta F, D'Emidio L, Costantino A, Martorana G, Pelusi G, Meriggiola MC. Testosterone decreases adiponectin levels in female to male transsexuals. *Asian J Androl* 2006; **8**: 725-729 [PMID: 16855767 DOI: 10.1111/j.1745-7262.2006.00204.x]

23    **Colizzi M**, Costa R, Scaramuzzi F, Palumbo C, Tyropani M, Pace V, Quagliarella L, Brescia F, Natilla LC, Loverro G, Todarello O. Concomitant psychiatric problems and hormonal treatment induced metabolic syndrome in gender dysphoria individuals: a 2 years follow-up study. *J Psychosom Res* 2015; **78**: 399-406 [PMID: 25691225 DOI: 10.1016/j.jpsychores.2015.02.001]

24    **Cupisti S**, Giltay EJ, Gooren LJ, Kronawitter D, Oppelt PG, Beckmann MW, Dittrich R, Mueller A. The impact of testosterone administration to female-to-male transsexuals on insulin resistance and lipid parameters compared with women with polycystic ovary syndrome. *Fertil Steril* 2010; **94**: 2647-2653 [PMID: 20451188 DOI: 10.1016/j.fertnstert.2010.03.048]

25    **Elbers JM**, Asscheman H, Seidell JC, Frölich M, Meinders AE, Gooren LJ. Reversal of the sex difference in serum leptin levels upon cross-sex hormone administration in transsexuals. *J Clin Endocrinol Metab* 1997; **82**: 3267-3270 [PMID: 9329351 DOI: 10.1210/jcem.82.10.4284]

26    **Elbers JM**, Asscheman H, Seidell JC, Megens JA, Gooren LJ. Long-term testosterone administration increases visceral fat in female to male transsexuals. *J Clin Endocrinol Metab* 1997; **82**: 2044-2047 [PMID: 9215270 DOI: 10.1210/jcem.82.7.4078]

27    **Elbers JM**, Giltay EJ, Teerlink T, Scheffer PG, Asscheman H, Seidell JC, Gooren LJ. Effects of sex steroids on components of the insulin resistance syndrome in transsexual subjects. *Clin Endocrinol (Oxf)* 2003; **58**: 562-571 [PMID: 12699437 DOI: 10.1046/j.1365-2265.2003.01753.x]

28    **Fighera TM**, da Silva E, Lindenau JD, Spritzer PM. Impact of cross-sex hormone therapy on bone mineral density and body composition in transwomen. *Clin Endocrinol (Oxf)* 2018; **88**: 856-862 [PMID: 29630732 DOI: 10.1111/cen.13607]

29    **Gava G**, Cerpolini S, Martelli V, Battista G, Seracchioli R, Meriggiola MC. Cyproterone acetate vs leuprolide acetate in combination with transdermal oestradiol in transwomen: a comparison of safety and effectiveness. *Clin Endocrinol (Oxf)* 2016; **85**: 239-246 [PMID: 26932202 DOI: 10.1111/cen.13050]

30    **Gava G**, Mancini I, Cerpolini S, Baldassarre M, Seracchioli R, Meriggiola MC. Testosterone undecanoate and testosterone enanthate injections are both effective and safe in transmen over 5 years of administration. *Clin Endocrinol (Oxf)* 2018; **89**: 878-886 [PMID: 30025172 DOI: 10.1111/cen.13821]

31    **Haraldsen IR**, Haug E, Falch J, Egeland T, Opjordsmoen S. Cross-sex pattern of bone mineral density in early onset gender identity disorder. *Horm Behav* 2007; **52**: 334-343 [PMID: 17604029 DOI: 10.1016/j.yhbeh.2007.05.012]

32    **Klaver M**, de Blok CJM, Wiepjes CM, Nota NM, Dekker MJHJ, de Mutsert R, Schreiner T, Fisher AD, T'Sjoen G, den Heijer M. Changes in regional body fat, lean body mass and body shape in trans persons using cross-sex hormonal therapy: results from a multicenter prospective study. *Eur J Endocrinol* 2018; **178**: 163-171 [PMID: 29183889 DOI: 10.1530/EJE-17-0496]

33    **Lapauw B**, Taes Y, Simoens S, Van Caenegem E, Weyers S, Goemaere S, Toye K, Kaufman JM, T'Sjoen GG. Body composition, volumetric and areal bone parameters in male-to-female transsexual persons. *Bone* 2008; **43**: 1016-1021 [PMID: 18835591 DOI: 10.1016/j.bone.2008.09.001]

34    **Meriggiola MC**, Armillotta F, Costantino A, Altieri P, Saad F, Kalhorn T, Perrone AM, Ghi T, Pelusi C, Pelusi G. Effects of testosterone undecanoate administered alone or in combination with letrozole or dutasteride in female to male transsexuals. *J Sex Med* 2008; **5**: 2442-2453 [PMID: 18624972 DOI: 10.1111/j.1743-6109.2008.00909.x]

35    **Mueller A**, Haeberle L, Zollver H, Claassen T, Kronawitter D, Oppelt PG, Cupisti S, Beckmann MW,

AR-002869

Dittrich R. Effects of intramuscular testosterone undecanoate on body composition and bone mineral density in female-to-male transsexuals. *J Sex Med* 2010; **7**: 3190-3198 [PMID: 20584125 DOI: 10.1111/j.1743-6109.2010.01912.x]

36    **Mueller A**, Zollver H, Kronawitter D, Oppelt PG, Claassen T, Hoffmann I, Beckmann MW, Dittrich R. Body composition and bone mineral density in male-to-female transsexuals during cross-sex hormone therapy using gonadotrophin-releasing hormone agonist. *Exp Clin Endocrinol Diabetes* 2011; **119**: 95-100 [PMID: 20625973 DOI: 10.1055/s-0030-1255074]

37    **Pelusi C**, Costantino A, Martelli V, Lambertini M, Bazzocchi A, Ponti F, Battista G, Venturoli S, Meriggiola MC. Effects of three different testosterone formulations in female-to-male transsexual persons. *J Sex Med* 2014; **11**: 3002-3011 [PMID: 25250780 DOI: 10.1111/jsm.12698]

38    **Polderman KH**, Gooren LJ, Asscheman H, Bakker A, Heine RJ. Induction of insulin resistance by androgens and estrogens. *J Clin Endocrinol Metab* 1994; **79**: 265-271 [PMID: 8027240 DOI: 10.1210/jcem.79.1.8027240]

39    **Van Caenegem E**, Wierckx K, Taes Y, Dedecker D, Van de Peer F, Toye K, Kaufman JM, T'Sjoen G. Bone mass, bone geometry, and body composition in female-to-male transsexual persons after long-term cross-sex hormonal therapy. *J Clin Endocrinol Metab* 2012; **97**: 2503-2511 [PMID: 22564669 DOI: 10.1210/jc.2012-1187]

40    **Van Caenegem E**, Wierckx K, Taes Y, Schreiner T, Vandewalle S, Toye K, Kaufman JM, T'Sjoen G. Preservation of volumetric bone density and geometry in trans women during cross-sex hormonal therapy: a prospective observational study. *Osteoporos Int* 2015; **26**: 35-47 [PMID: 25377496 DOI: 10.1007/s00198-014-2805-3]

41    **Van Caenegem E**, Wierckx K, Taes Y, Schreiner T, Vandewalle S, Toye K, Lapauw B, Kaufman JM, T'Sjoen G. Body composition, bone turnover, and bone mass in trans men during testosterone treatment: 1-year follow-up data from a prospective case-controlled study (ENIGI). *Eur J Endocrinol* 2015; **172**: 163-171 [PMID: 25550352 DOI: 10.1530/EJE-14-0586]

42    **Wierckx K**, Van Caenegem E, Schreiner T, Haraldsen I, Fisher AD, Toye K, Kaufman JM, T'Sjoen G. Cross-sex hormone therapy in trans persons is safe and effective at short-time follow-up: results from the European network for the investigation of gender incongruence. *J Sex Med* 2014; **11**: 1999-2011 [PMID: 24828032 DOI: 10.1111/jsm.12571]

43    **Yahyaoui R**, Esteva I, Haro-Mora JJ, Almaraz MC, Morcillo S, Rojo-Martínez G, Martínez J, Gómez-Zumaquero JM, González I, Hernando V, Soriguer F. Effect of long-term administration of cross-sex hormone therapy on serum and urinary uric acid in transsexual persons. *J Clin Endocrinol Metab* 2008; **93**: 2230-2233 [PMID: 18349066 DOI: 10.1210/jc.2007-2467]

44    **Klaver M**, Dekker MJHJ, de Mutsert R, Twisk JWR, den Heijer M. Cross-sex hormone therapy in transgender persons affects total body weight, body fat and lean body mass: a meta-analysis. *Andrologia* 2017; 49 [PMID: 27572683 DOI: 10.1111/and.12660]

45    **Esteghamati A**, Khalilzadeh O, Abbasi M, Nakhjavani M, Novin L, Esteghamati AR. HOMA-estimated insulin resistance is associated with hypertension in Iranian diabetic and non-diabetic subjects. *Clin Exp Hypertens* 2008; **30**: 297-307 [PMID: 18633753 DOI: 10.1080/10641960802269919]

46    **Geloneze B**, Vasques AC, Stabe CF, Pareja JC, Rosado LE, Queiroz EC, Tambascia MA; BRAMS Investigators. HOMA1-IR and HOMA2-IR indexes in identifying insulin resistance and metabolic syndrome: Brazilian Metabolic Syndrome Study (BRAMS). *Arq Bras Endocrinol Metabol* 2009; **53**: 281-287 [PMID: 19466221 DOI: 10.1590/s0004-27302009000200020]

47    **Zhang X**, Li J, Zheng S, Luo Q, Zhou C, Wang C. Fasting insulin, insulin resistance, and risk of cardiovascular or all-cause mortality in non-diabetic adults: a meta-analysis. *Biosci Rep* 2017; **37**: BSR20170947 [PMID: 28811358 DOI: 10.1042/BSR20170947]

48    **Afshin A**, Forouzanfar MH, Reitsma MB, Sur P, Estep K, Lee A, Marczak L, Mokdad AH, Moradi-Lakeh M, Naghavi M, Salama JS, Vos T, Abate KH, Abbafati C, Ahmed MB, Al-Aly Z, Alkerwi A, Al-Raddadi R, Amare AT, Amberbir A, Amegah AK, Amini E, Amrock SM, Anjana RM, Ärnlöv J, Asayesh H, Banerjee A, Barac A, Baye E, Bennett DA, Beyene AS, Biadgilign S, Biryukov S, Bjertness E, Boneya DJ, Campos-Nonato I, Carrero JJ, Cecilio P, Cercy K, Ciobanu LG, Cornaby L, Damtew SA, Dandona L, Dandona R, Dharmaratne SD, Duncan BB, Eshrati B, Esteghamati A, Feigin VL, Fernandes JC, Fürst T, Gebrehiwot TT, Gold A, Gona PN, Goto A, Habtewold TD, Hadush KT, Hafezi-Nejad N, Hay SI, Horino M, Islami F, Kamal R, Kasaeian A, Katikireddi SV, Kengne AP, Kesavachandran CN, Khader YS, Khang YH, Khubchandani J, Kim D, Kim YJ, Kinfu Y, Kosen S, Ku T, Defo BK, Kumar GA, Larson HJ, Leinsalu M, Liang X, Lim SS, Liu P, Lopez AD, Lozano R, Majeed A, Malekzadeh R, Malta DC, Mazidi M, McAlinden C, McGarvey ST, Mengistu DT, Mensah GA, Mensink GBM, Mezgebe HB, Mirrakhimov EM, Mueller UO, Noubiap JJ, Obermeyer CM, Ogbo FA, Owolabi MO, Patton GC, Pourmalek F, Qorbani M, Rafay A, Rai RK, Ranabhat CL, Reinig N, Safiri S, Salomon JA, Sanabria JR, Santos IS, Sartorius B, Sawhney M, Schmidhuber J, Schutte AE, Schmidt MI, Sepanlou SG, Shamsizadeh M, Sheikhbahaei S, Shin MJ, Shiri R, Shiue I, Roba HS, Silva DAS, Silverberg JI, Singh JA, Stranges S, Swaminathan S, Tabarés-Seisdedos R, Tadese F, Tedla BA, Tegegne BS, Terkawi AS, Thakur JS, Tonelli M, Topor-Madry R, Tyrovolas S, Ukwaja KN, Uthman OA, Vaezghasemi M, Vasankari T, Vlassov VV, Vollset SE, Weiderpass E, Werdecker A, Wesana J, Westerman R, Yano Y, Yonemoto N, Yonga G, Zaidi Z, Zenebe ZM, Zipkin B, Murray CJL; GBD 2015 Obesity Collaborators. Health Effects of Overweight and Obesity in 195 Countries over 25 Years. *N Engl J Med* 2017; **377**: 13-27 [PMID: 28604169 DOI: 10.1056/nejmoa1614362]

49    **Després JP**. Body fat distribution and risk of cardiovascular disease: an update. *Circulation* 2012; **126**: 1301-1313 [PMID: 22949540 DOI: 10.1161/CIRCULATIONAHA.111.067264]

50    **Patel P**, Abate N. Body fat distribution and insulin resistance. *Nutrients* 2013; **5**: 2019-2027 [PMID: 23739143 DOI: 10.3390/nu5062019]

51    **Kahn BB**, Flier JS. Obesity and insulin resistance. *J Clin Invest* 2000; **106**: 473-481 [PMID: 10953022 DOI: 10.1172/JCI10842]

52    **Gianatti EJ**, Dupuis P, Hoermann R, Strauss BJ, Wentworth JM, Zajac JD, Grossmann M. Effect of testosterone treatment on glucose metabolism in men with type 2 diabetes: a randomized controlled trial. *Diabetes Care* 2014; **37**: 2098-2107 [PMID: 24804695 DOI: 10.2337/dc13-2845]

AR-002870

OPEN ACCESS Freely available online

PLoS one

# Long-Term Follow-Up of Transsexual Persons Undergoing Sex Reassignment Surgery: Cohort Study in Sweden

Cecilia Dhejne[1], Paul Lichtenstein[2], Marcus Boman[2], Anna L. V. Johansson[2], Niklas Långström[2,3], Mikael Landén[1,2,4]*

1 Department of Clinical Neuroscience, Division of Psychiatry, Karolinska Institutet, Stockholm, Sweden, 2 Department of Medical Epidemiology and Biostatistics, Karolinska Institutet, Stockholm, Sweden, 3 Centre for Violence Prevention, Karolinska Institutet, Stockholm, Sweden, 4 Institute of Neuroscience and Physiology, The Sahlgrenska Academy at Gothenburg University, Gothenburg, Sweden

## Abstract

*Context:* The treatment for transsexualism is sex reassignment, including hormonal treatment and surgery aimed at making the person's body as congruent with the opposite sex as possible. There is a dearth of long term, follow-up studies after sex reassignment.

*Objective:* To estimate mortality, morbidity, and criminal rate after surgical sex reassignment of transsexual persons.

*Design:* A population-based matched cohort study.

*Setting:* Sweden, 1973-2003.

*Participants:* All 324 sex-reassigned persons (191 male-to-females, 133 female-to-males) in Sweden, 1973–2003. Random population controls (10:1) were matched by birth year and birth sex or reassigned (final) sex, respectively.

*Main Outcome Measures:* Hazard ratios (HR) with 95% confidence intervals (CI) for mortality and psychiatric morbidity were obtained with Cox regression models, which were adjusted for immigrant status and psychiatric morbidity prior to sex reassignment (adjusted HR [aHR]).

*Results:* The overall mortality for sex-reassigned persons was higher during follow-up (aHR 2.8; 95% CI 1.8–4.3) than for controls of the same birth sex, particularly death from suicide (aHR 19.1; 95% CI 5.8–62.9). Sex-reassigned persons also had an increased risk for suicide attempts (aHR 4.9; 95% CI 2.9–8.5) and psychiatric inpatient care (aHR 2.8; 95% CI 2.0–3.9). Comparisons with controls matched on reassigned sex yielded similar results. Female-to-males, but not male-to-females, had a higher risk for criminal convictions than their respective birth sex controls.

*Conclusions:* Persons with transsexualism, after sex reassignment, have considerably higher risks for mortality, suicidal behaviour, and psychiatric morbidity than the general population. Our findings suggest that sex reassignment, although alleviating gender dysphoria, may not suffice as treatment for transsexualism, and should inspire improved psychiatric and somatic care after sex reassignment for this patient group.

Citation: Dhejne C, Lichtenstein P, Boman M, Johansson ALV, Långström N, et al. (2011) Long-Term Follow-Up of Transsexual Persons Undergoing Sex Reassignment Surgery: Cohort Study in Sweden. PLoS ONE 6(2): e16885. doi:10.1371/journal.pone.0016885

Editor: James Scott, The University of Queensland, Australia

Received September 30, 2010; Accepted January 9, 2011; Published February 22, 2011

Copyright: © 2011 Dhejne et al. This is an open-access article distributed under the terms of the Creative Commons Attribution License, which permits unrestricted use, distribution, and reproduction in any medium, provided the original author and source are credited.

Funding: Financial support was provided through the regional agreement on medical training and clinical research (ALF) between Stockholm County Council and the Karolinska Institutet, and through grants from the Swedish Medical Research Council (K2008-62x-14647-06-3) and the Royal Swedish Academy of Sciences (Torsten Amundson's Foundation). The sponsors of the study had no role in study design, data collection, data analysis, data interpretation, or writing of the report. All authors had full access to the data in the study and the final responsibility for the decision to submit for publication was made by the corresponding author.

Competing Interests: The authors have declared that no competing interests exist.

* E-mail: mikael.landen@neuro.gu.se

## Introduction

Transsexualism (ICD-10),[1] or gender identity disorder (DSM-IV),[2] is a condition in which a person's gender identity - the sense of being a man or a woman - contradicts his or her bodily sex characteristics. The individual experiences gender dysphoria and desires to live and be accepted as a member of the opposite sex.

The treatment for transsexualism includes removal of body hair, vocal training, and cross-sex hormonal treatment aimed at making the person's body as congruent with the opposite sex as possible to alleviate the gender dysphoria. Sex reassignment also involves the surgical removal of body parts to make external sexual characteristics resemble those of the opposite sex, so called sex reassignment/confirmation surgery (SRS). This is a unique

AR-003032

intervention not only in psychiatry but in all of medicine. The present form of sex reassignment has been practised for more than half a century and is the internationally recognized treatment to ease gender dysphoria in transsexual persons.[3,4]

Despite the long history of this treatment, however, outcome data regarding mortality and psychiatric morbidity are scant. With respect to suicide and deaths from other causes after sex reassignment, an early Swedish study followed 24 transsexual persons for an average of six years and reported one suicide.[5] A subsequent Swedish study recorded three suicides after sex reassignment surgery of 175 patients.[6] A recent Swedish follow-up study reported no suicides in 60 transsexual patients, but one death due to complications after the sex reassignment surgery.[7] A Danish study reported death by suicide in 3 out of 29 operated male-to-female transsexual persons followed for an average of six years.[8] By contrast, a Belgian study of 107 transsexual persons followed for 4–6 years found no suicides or deaths from other causes.[9] A large Dutch single-centre study (N = 1,109), focusing on adverse events following hormonal treatment, compared the outcome after cross-sex hormone treatment with national Dutch standardized mortality and morbidity rates and found no increased mortality, with the exception of death from suicide and AIDS in male-to-females 25–39 years of age.[10] The same research group concluded in a recent report that treatment with cross-sex hormones seems acceptably safe, but with the reservation that solid clinical data are missing.[11] A limitation with respect to the Dutch cohort is that the proportion of patients treated with cross-sex hormones who also had surgical sex-reassignment is not accounted for.[10]

Data is inconsistent with respect to psychiatric morbidity post sex reassignment. Although many studies have reported psychiatric and psychological improvement after hormonal and/or surgical treatment,[7,12,13,14,15,16] other have reported on regrets,[17] psychiatric morbidity, and suicide attempts after SRS.[9,18] A recent systematic review and meta-analysis concluded that approximately 80% reported subjective improvement in terms of gender dysphoria, quality of life, and psychological symptoms, but also that there are studies reporting high psychiatric morbidity and suicide rates after sex reassignment.[19] The authors concluded though that the evidence base for sex reassignment "is of very low quality due to the serious methodological limitations of included studies."

The methodological shortcomings have many reasons. First, the nature of sex reassignment precludes double blind randomized controlled studies of the result. Second, transsexualism is rare [20] and many follow-ups are hampered by small numbers of subjects.[5,8,21,22,23,24,25,26,27,28] Third, many sex reassigned persons decline to participate in follow-up studies, or relocate after surgery, resulting in high drop-out rates and consequent selection bias.[6,9,12,21,24,28,29,30] Forth, several follow-up studies are hampered by limited follow-up periods.[7,9,21,22,26,30] Taken together, these limitations preclude solid and generalisable conclusions. A long-term population-based controlled study is one way to address these methodological shortcomings.

Here, we assessed mortality, psychiatric morbidity, and psychosocial integration expressed in criminal behaviour after sex reassignment in transsexual persons, in a total population cohort study with long-term follow-up information obtained from Swedish registers. The cohort was compared with randomly selected population controls matched for age and gender. We adjusted for premorbid differences regarding psychiatric morbidity and immigrant status. This study design sheds new light on transsexual persons' health after sex reassignment. It does not, however, address whether sex reassignment is an effective treatment or not.

## Methods

### National registers

The study population was identified by the linkage of several Swedish national registers, which contained a total of 13.8 million unique individuals. The Hospital Discharge Register (HDR, held by the National Board of Health and Welfare) contains discharge diagnoses, up to seven contributory diagnoses, external causes of morbidity or mortality, surgical procedure codes, and discharge date. Discharge diagnoses are coded according to the 8th (1969-1986), 9th (1987–1996), and 10th editions (1997-) of the International Classification of Diseases (ICD). The register covers virtually all psychiatric inpatient episodes in Sweden since 1973. Discharges that occurred up to 31 December 2003 were included. Surgical procedure codes could not be used for this study due to the lack of a specific code for sex reassignment surgery. The Total Population Register (TPR, held by Statistics Sweden) is comprised of data about the entire Swedish population. Through linkage with the Total Population Register it was possible to identify birth date and birth gender for all study subjects. The register is updated every year and gender information was available up to 2004/2005. The Medical Birth Register (MBR) was established in 1973 and contains birth data, including gender of the child at birth. National censuses based on mandatory self-report questionnaires completed by all adult citizens in 1960, 1970, 1980, and 1990 provided information on individuals, households, and dwellings, including gender, living area, and highest educational level. Complete migration data, including country of birth for immigrants for 1969–2003, were obtained from the TPR. In addition to educational information from the censuses, we also obtained highest educational level data for 1990 and 2000 from the Register of Education. The Cause of Death Register (CDR, Statistics Sweden) records all deaths in Sweden since 1952 and provided information on date of death and causes of death. Death events occurring up to 31 December 2003 are included in the study. The Crime Register (held by the National Council of Crime Prevention) provided information regarding crime type and date on all criminal convictions in Sweden during the period 1973–2004. Attempted and aggravated forms of all offences were also included. All crimes in Sweden are registered regardless of insanity at the time of perpetration; for example, for individuals who suffered from psychosis at the time of the offence. Moreover, conviction data include individuals who received custodial or non-custodial sentences and cases where the prosecutor decided to caution or fine without court proceedings. Finally, Sweden does not differ considerably from other members of the European Union regarding rates of violent crime and their resolution.[31]

### Study population, identification of sex-reassigned persons (exposure assessment)

The study was designed as a population-based matched cohort study. We used the individual national registration number, assigned to all Swedish residents, including immigrants on arrival, as the primary key through all linkages. The registration number consists of 10 digits; the first six provide information of the birth date, whereas the ninth digit indicates the gender. In Sweden, a person presenting with gender dysphoria is referred to one of six specialised gender teams that evaluate and treat patients principally according to international consensus guidelines: Standards of Care.[3] With a medical certificate, the person applies to the National Board of Health and Welfare to receive permission for sex reassignment surgery and a change of legal sex status. A new national registration number signifying the new gender is assigned after sex reassignment surgery. The National

AR-003033

Board of Health and Welfare maintains a link between old and new national registration numbers, making it possible to follow individuals undergoing sex reassignment across registers and over time. Hence, sex reassignment surgery in Sweden requires (i) a transsexualism diagnosis and (ii) permission from the National Board of Health and Welfare.

A person was defined as exposed to sex reassignment surgery if two criteria were met: (i) at least one inpatient diagnosis of gender identity disorder diagnosis without concomitant psychiatric diagnoses in the Hospital Discharge Register, and (ii) at least one discrepancy between gender variables in the Medical Birth Register (from 1973 and onwards) or the National Censuses from 1960, 1970, 1980, or 1990 and the latest gender designation in the Total Population Register. The first criterion was employed to capture the hospitalization for sex reassignment surgery that serves to secure the diagnosis and provide a time point for sex reassignment surgery; the plastic surgeons namely record the reason for sex reassignment surgery, i.e., transsexualism, but not any co-occurring psychiatric morbidity. The second criterion was used to ensure that the person went through all steps in sex-reassignment and also changed sex legally.

The date of sex reassignment (start of follow-up) was defined as the first occurrence of a gender identity disorder diagnosis, without any other concomitant psychiatric disorder, in the Hospital Discharge Register after the patient changed sex status (any discordance in sex designation across the Censuses, Medical Birth, and Total Population registers). If this information was missing, we used instead the closest date in the Hospital Discharge Register on which the patient was diagnosed with gender identity disorder without concomitant psychiatric disorder prior to change in sex status. The reason for prioritizing the use of a gender identity disorder diagnosis *after* changed sex status over *before* was to avoid overestimating person-years at risk of sex-reassigned person.

Using these criteria, a total of 804 patients with gender identity disorder were identified, whereof 324 displayed a shift in the gender variable during the period 1973–2003. The 480 persons that did not shift gender variable comprise persons who either did not apply, or were not approved, for sex reassignment surgery. Moreover, the ICD 9 code 302 is a non specific code for sexual disorders. Hence, this group might also comprise persons that were hospitalized for sexual disorders other than transsexualism. Therefore, they were omitted from further analyses. Of the remaining 324 persons, 288 were identified with the gender identity diagnosis *after* and 36 *before* change of sex status. Out of the 288 persons identified *after* changed sex status, 185 could also be identified *before* change in sex status. The median time lag between the hospitalization *before* and *after* sex change for these 185 persons was 0.96 years (mean 2.2 years, SD 3.3).

Gender identity disorder was coded according to ICD-8: 302.3 (transsexualism) and 302.9 (sexual deviation NOS); ICD-9: 302 (overall code for sexual deviations and disorders, more specific codes were not available in ICD-9); and ICD-10: F64.0 (transsexualism), F64.1 (dual-role transvestism), F64.8 (other gender identity disorder), and F64.9 (gender identity disorder NOS). Other psychiatric disorders were coded as ICD-8: 290-301 and 303-315; ICD-9: 290-301 and 303-319; and ICD-10: F00-F63 as well as F65-F99.

## Identification of population-based controls (unexposed group)

For each exposed person (N = 324), we randomly selected 10 unexposed controls. A person was defined as unexposed if there were no discrepancies in sex designation across the Censuses, Medical Birth, and Total Population registers *and* no gender identity disorder diagnosis according to the Hospital Discharge Register. Control persons were matched by sex and birth year and had to be alive and residing in Sweden at the estimated sex reassignment date of the case person. To study possible gender-specific effects on outcomes of interest, we used two different control groups: one with the same sex as the case individual at birth (birth sex matching) and the other with the sex that the case individual had been reassigned to (final sex matching).

## Outcome measures

We studied mortality, psychiatric morbidity, accidents, and crime following sex reassignment. More specifically, we investigated: (1) all-cause mortality, (2) death by definite/uncertain suicide, (3) death by cardiovascular disease, and (4) death by tumour. Morbidity included (5) any psychiatric disorder (gender identity disorders excluded), (6) alcohol/drug misuse and dependence, (7) definite/uncertain suicide attempt, and (8) accidents. Finally, we addressed court convictions for (9) any criminal offence and (10) any violent offence. Each individual could contribute with several outcomes, but only one event per outcome. Causes of death (Cause of Death Registry from 1952 and onwards) were defined according to ICD as suicide (ICD-8 and ICD-9 codes E950-E959 and E980-E989, ICD-10 codes X60-X84 and Y10-Y34); cardiovascular disease (ICD-8 codes 390-458, ICD-9 codes 390-459, ICD-10 codes I00-I99); neoplasms (ICD-8 and ICD-9 codes 140-239, ICD-10 codes C00-D48), any psychiatric disorder (gender identity disorders excluded); (ICD-8 codes 290-301 and 303-315, ICD-9 codes 290-301 and 303-319, ICD-10 codes F00-F63 and F65-F99); alcohol/drug abuse and dependence (ICD-8 codes 303-304, ICD-9 codes 303-305 (tobacco use disorder excluded), ICD-10 codes F10-F16 and F18-F19 (x5 excluded); and accidents (ICD-8 and ICD-9 codes E800-E929, ICD-10 codes V01-X59).

Any criminal conviction during follow-up was counted; specifically, violent crime was defined as homicide and attempted homicide, aggravated assault and assault, robbery, threatening behaviour, harassment, arson, or any sexual offense.[32]

## Covariates

Severe psychiatric morbidity was defined as inpatient care according to ICD-8 codes 291, 295-301, 303-304, and 307; ICD-9 codes 291-292, 295-298, 300-301, 303-305 (tobacco use disorder excluded), 307.1, 307.5, 308-309, and 311; ICD-10 codes F10-F16, F18-F25, F28-F45, F48, F50, and F60-F62. Immigrant status, defined as individuals born abroad, was obtained from the Total Population Register. All outcome/covariate variables were dichotomized (i.e., affected or unaffected) and without missing values.

## Statistical analyses

Each individual contributed person-time from study entry (for exposed: date of sex reassignment; for unexposed: date of sex reassignment of matched case) until date of outcome event, death, emigration, or end of study period (31 December 2003), whichever came first. The association between exposure (sex reassignment) and outcome (mortality, morbidity, crime) was measured by hazard ratios (HR) with 95% CIs, taking follow-up time into account. HRs were estimated from Cox proportional hazard regression models, stratified on matched sets (1:10) to account for the matching by sex, age, and calendar time (birth year). We present crude HRs (though adjusted for sex and age through matching) and confounder-adjusted HRs [aHRs] for all outcomes. The two potential confounders, immigrant status (yes/no) and history of severe psychiatric morbidity (yes/no) prior to sex

AR-003034

reassignment, were chosen based on previous research[18,33] and different prevalence across cases and controls (Table 1).

Gender-separated analyses were performed and a Kaplan-Meier survival plot graphically illustrates the survival of the sex reassigned cohort and matched controls (all-cause mortality) over time. The significance level was set at 0.05 (all tests were two-sided). All outcome/covariate variables were without missing values, since they are generated from register data, which are either present (affected) or missing (unaffected). The data were analysed using SAS version 9.1 (SAS Institute Inc., Cary, NC, USA).

### Ethics

The data linking of national registers required for this study was approved by the IRB at Karolinska Institutet, Stockholm. All data were analyzed anonymously; therefore, informed consent for each individual was neither necessary nor possible.

### Results

We identified 324 transsexual persons (exposed cohort) who underwent sex reassignment surgery and were assigned a new legal sex between 1973 and 2003. These constituted the sex-reassigned (exposed) group. Fifty-nine percent (N = 191) of sex-reassigned persons were male-to-females and 41% (N = 133) female-to-males, yielding a sex ratio of 1.4:1 (Table 1).

The average follow-up time for all-cause mortality was 11.4 (median 9.1) years. The average follow-up time for the risk of being hospitalized for any psychiatric disorder was 10.4 (median 8.1).

### Characteristics prior to sex reassignment

Table 1 displays demographic characteristics of sex-reassigned and control persons prior to study entry (sex reassignment). There were no substantial differences between female-to-males and male-to-females regarding measured baseline characteristics. Immigrant status was twice as common among transsexual individuals compared to controls, living in an urban area somewhat more common, and higher education about equally prevalent. Transsexual individuals had been hospitalized for psychiatric morbidity other than gender identity disorder prior to sex reassignment about four times more often than controls. To adjust for these baseline discrepancies, hazard ratios adjusted for immigrant status and psychiatric morbidity prior to baseline are presented for all outcomes [aHRs].

### Mortality

Table 2 describes the risks for selected outcomes during follow-up among sex-reassigned persons, compared to same-age controls of the same birth sex. Sex-reassigned transsexual persons of both genders had approximately a three times higher risk of all-cause mortality than controls, also after adjustment for covariates. Table 2

**Table 1.** Baseline characteristics among sex-reassigned subjects in Sweden (N = 324) and population controls matched for birth year and sex.

| Characteristic at baseline | Sex-reassigned subjects (N = 324) | Birth-sex matched controls (N = 3,240) | Final-sex matched controls (N = 3,240) |
|---|---|---|---|
| Gender | | | |
| Female at birth, male after sex change | 133 (41%) | 1,330 (41%) | 1,330 (41%) |
| Male at birth, female after sex change | 191 (59%) | 1,910 (59%) | 1,910 (59%) |
| Average age at study entry [years] (SD, min-max) | | | |
| Female at birth, male after sex change | 33.3 (8.7, 20–62) | 33.3 (8.7, 20–62) | 33.3 (8.7, 20–62) |
| Male at birth, female after sex change | 36.3 (10.1, 21–69) | 36.3 (10.1, 21–69) | 36.3 (10.1, 21–69) |
| Both genders | 35.1 (9.7, 20–69) | 35.1 (9.7, 20–69) | 35.1 (9.7, 20–69) |
| Immigrant status | | | |
| Female at birth, male after sex change | 28 (21%) | 118 (9%) | 100 (8%) |
| Male at birth, female after sex change | 42 (22%) | 176 (9%) | 164 (9%) |
| Both genders | 70 (22%) | 294 (9%) | 264 (8%) |
| Less than 10 years of schooling prior to entry vs. 10 years or more | | | |
| Females at birth, males after sex change | 49 (44%); 62 (56%) | 414 (37%); 714 (63%) | 407 (36%); 713 (64%) |
| Males at birth, females after sex change | 61 (41%); 89 (59%) | 665 (40%); 1,011 (60%) | 595 (35%); 1,091 (65%) |
| All individuals with data | 110 (42%); 151 (58%) | 1,079 (38%); 1,725 (62%) | 1,002 (36%); 1,804 (64%) |
| Psychiatric morbidity* prior to study entry | | | |
| Female at birth, male after sex change | 22 (17%) | 47 (4%) | 42 (3%) |
| Male at birth, female after sex change | 36 (19%) | 76 (4%) | 72 (4%) |
| Both genders | 58 (18%) | 123 (4%) | 114 (4%) |
| Rural [vs. urban] living area prior to entry | | | |
| Female at birth, male after sex change | 13 (10%) | 180 (14%) | 195 (15%) |
| Male at birth, female after sex change | 20 (10%) | 319 (17%) | 272 (14%) |
| Both genders | 33 (10%) | 499 (15%) | 467 (14%) |

Note:
*Hospitalizations for gender identity disorder were not included.
doi:10.1371/journal.pone.0016885.t001

 

4

AR-003035

**Table 2.** Risk of various outcomes among sex-reassigned subjects in Sweden (N = 324) compared to population controls matched for birth year and birth sex.

| | Number of events cases/ controls 1973–2003 | Outcome incidence rate per 1000 person-years 1973–2003 (95% CI) | | Crude hazard ratio (95% CI) 1973–2003 | Adjusted* hazard ratio (95% CI) 1973–2003 | Adjusted* hazard ratio (95% CI) 1973–1988 | Adjusted* hazard ratio (95% CI) 1989–2003 |
|---|---|---|---|---|---|---|---|
| | | Cases | Controls | | | | |
| Any death | 27/99 | 7.3 (5.0–10.6) | 2.5 (2.0–3.0) | 2.9 (1.9–4.5) | 2.8 (1.8–4.3) | 3.1 (1.9–5.0) | 1.9 (0.7–5.0) |
| Death by suicide | 10/5 | 2.7 (1.5–5.0) | 0.1 (0.1–0.3) | 19.1 (6.5–55.9) | 19.1 (5.8–62.9) | N/A | N/A |
| Death by cardiovascular disease | 9/42 | 2.4 (1.3–4.7) | 1.1 (0.8–1.4) | 2.6 (1.2–5.4) | 2.5 (1.2–5.3) | N/A | N/A |
| Death by neoplasm | 8/38 | 2.2 (1.1–4.3) | 1.0 (0.7–1.3) | 2.1 (1.0–4.6) | 2.1 (1.0–4.6) | N/A | N/A |
| Any psychiatric hospitalisation‡ | 64/173 | 19.0 (14.8–24.2) | 4.2 (3.6–4.9) | 4.2 (3.1–5.6) | 2.8 (2.0–3.9) | 3.0 (1.9–4.6) | 2.5 (1.4–4.2) |
| Substance misuse | 22/78 | 5.9 (3.9–8.9) | 1.8 (1.5–2.3) | 3.0 (1.9–4.9) | 1.7 (1.0–3.1) | N/A | N/A |
| Suicide attempt | 29/44 | 7.9 (5.5–11.4) | 1.0 (0.8–1.4) | 7.6 (4.7–12.4) | 4.9 (2.9–8.5) | 7.9 (4.1–15.3) | 2.0 (0.7–5.3) |
| Any accident | 32/233 | 9.0 (6.3–12.7) | 5.7 (5.0–6.5) | 1.6 (1.1–2.3) | 1.4 (1.0–2.1) | 1.6 (1.0–2.5) | 1.1 (0.5–2.2) |
| Any crime | 60/350 | 18.5 (14.3–23.8) | 9.0 (8.1–10.0) | 1.9 (1.4–2.5) | 1.3 (1.0–1.8) | 1.6 (1.1–2.4) | 0.9 (0.6–1.5) |
| Violent crime | 14/61 | 3.6 (2.1–6.1) | 1.4 (1.1–1.8) | 2.7 (1.5–4.9) | 1.5 (0.8–3.0) | N/A | N/A |

Notes:
*Adjusted for psychiatric morbidity prior to baseline and immigrant status.
‡Hospitalisations for gender identity disorder were excluded.
N/A Not applicable due to sparse data.
doi:10.1371/journal.pone.0016885.t002

separately lists the outcomes depending on when sex reassignment was performed: during the period 1973-1988 or 1989–2003. Even though the overall mortality was increased across both time periods, it did not reach statistical significance for the period 1989–2003. The Kaplan-Meier curve (Figure 1) suggests that survival of transsexual persons started to diverge from that of matched controls after about 10 years of follow-up. The cause-specific mortality from suicide was much higher in sex-reassigned persons, compared to matched controls. Mortality due to cardiovascular disease was moderately increased among the sex-reassigned, whereas the numerically increased risk for malignancies was borderline statistically significant. The malignancies were lung cancer (N = 3), tongue cancer (N = 1), pharyngeal cancer (N = 1), pancreas cancer (N = 1), liver cancer (N = 1), and unknown origin (N = 1).



**Figure 1. Death from any cause as a function of time after sex reassignment among 324 transsexual persons in Sweden (male-to-female: N = 191, female-to-male: N = 133), and population controls matched on birth year.**
doi:10.1371/journal.pone.0016885.g001

AR-003036

## Psychiatric morbidity, substance misuse, and accidents

Sex-reassigned persons had a higher risk of inpatient care for a psychiatric disorder other than gender identity disorder than controls matched on birth year and birth sex (Table 2). This held after adjustment for prior psychiatric morbidity, and was true regardless of whether sex reassignment occurred before or after 1989. In line with the increased mortality from suicide, sex-reassigned individuals were also at a higher risk for suicide attempts, though this was not statistically significant for the time period 1989–2003. The risks of being hospitalised for substance misuse or accidents were not significantly increased after adjusting for covariates (Table 2).

## Crime rate

Transsexual individuals were at increased risk of being convicted for any crime or violent crime after sex reassignment (Table 2); this was, however, only significant in the group who underwent sex reassignment before 1989.

## Gender differences

Comparisons of female-to-males and male-to-females, although hampered by low statistical power and associated wide confidence intervals, suggested mostly similar risks for adverse outcomes (Tables S1 and S2). However, violence against self (suicidal behaviour) and others ([violent] crime) constituted important exceptions. First, male-to-females had significantly increased risks for suicide attempts compared to both female (aHR 9.3; 95% CI 4.4–19.9) and male (aHR 10.4; 95% CI 4.9–22.1) controls. By contrast, female-to-males had significantly increased risk of suicide attempts only compared to male controls (aHR 6.8; 95% CI 2.1–21.6) but not compared to female controls (aHR 1.9; 95% CI 0.7–4.8). This suggests that male-to-females are at higher risk for suicide attempts after sex reassignment, whereas female-to-males maintain a female pattern of suicide attempts after sex reassignment (Tables S1 and S2).

Second, regarding any crime, male-to-females had a significantly increased risk for crime compared to female controls (aHR 6.6; 95% CI 4.1–10.8) but not compared to males (aHR 0.8; 95% CI 0.5–1.2). This indicates that they retained a male pattern regarding criminality. The same was true regarding violent crime. By contrast, female-to-males had higher crime rates than female controls (aHR 4.1; 95% CI 2.5–6.9) but did not differ from male controls. This indicates a shift to a male pattern regarding criminality and that sex reassignment is coupled to increased crime rate in female-to-males. The same was true regarding violent crime.

## Discussion

### Principal findings and comparison with previous research

We report on the first nationwide population-based, long-term follow-up of sex-reassigned transsexual persons. We compared our cohort with randomly selected population controls matched for age and gender. The most striking result was the high mortality rate in both male-to-females and female-to males, compared to the general population. This contrasts with previous reports (with one exception[8]) that did not find an increased mortality rate after sex reassignment, or only noted an increased risk in certain subgroups.[7,9,10,11] Previous clinical studies might have been biased since people who regard their sex reassignment as a failure are more likely to be lost to follow-up. Likewise, it is cumbersome to track deceased persons in clinical follow-up studies. Hence, population-based register studies like the present are needed to improve representativity.[19,34]

The poorer outcome in the present study might also be explained by longer follow-up period (median >10 years) compared to previous studies. In support of this notion, the survival curve (Figure 1) suggests increased mortality from ten years after sex reassignment and onwards. In accordance, the overall mortality rate was only significantly increased for the group operated before 1989. However, the latter might also be explained by improved health care for transsexual persons during 1990s, along with altered societal attitudes towards persons with different gender expressions.[35]

Mortality due to cardiovascular disease was significantly increased among sex reassigned individuals, albeit these results should be interpreted with caution due to the low number of events. This contrasts, however, a Dutch follow-up study that reported no increased risk for cardiovascular events.[10,11] A recent meta-analysis concluded, however, that data on cardiovascular outcome after cross-sex steroid use are sparse, inconclusive, and of very low quality.[34]

With respect to neoplasms, prolonged hormonal treatment might increase the risk for malignancies,[36] but no previous study has tested this possibility. Our data suggested that the cause-specific risk of death from neoplasms was increased about twice (borderline statistical significance). These malignancies (see Results), however, are unlikely to be related to cross-hormonal treatment.

There might be other explanations to increased cardiovascular death and malignancies. Smoking was in one study reported in almost 50% by the male-to females and almost 20% by female-to-males.[9] It is also possible that transsexual persons avoid the health care system due to a presumed risk of being discriminated.

Mortality from suicide was strikingly high among sex-reassigned persons, also after adjustment for prior psychiatric morbidity. In line with this, sex-reassigned persons were at increased risk for suicide attempts. Previous reports [6,8,10,11] suggest that transsexualism is a strong risk factor for suicide, also after sex reassignment, and our long-term findings support the need for continued psychiatric follow-up for persons at risk to prevent this.

Inpatient care for psychiatric disorders was significantly more common among sex-reassigned persons than among matched controls, both before and after sex reassignment. It is generally accepted that transsexuals have more psychiatric ill-health than the general population prior to the sex reassignment.[18,21,22,33] It should therefore come as no surprise that studies have found high rates of depression,[9] and low quality of life[16,25] also after sex reassignment. Notably, however, in this study the increased risk for psychiatric hospitalisation persisted even after adjusting for psychiatric hospitalisation prior to sex reassignment. This suggests that even though sex reassignment alleviates gender dysphoria, there is a need to identify and treat co-occurring psychiatric morbidity in transsexual persons not only before but also after sex reassignment.

Criminal activity, particularly violent crime, is much more common among men than women in the general population. A previous study of all applications for sex reassignment in Sweden up to 1992 found that 9.7% of male-to-female and 6.1% of female-to-male applicants had been prosecuted for a crime.[33] Crime after sex reassignment, however, has not previously been studied. In this study, male-to-female individuals had a higher risk for criminal convictions compared to female controls but not compared to male controls. This suggests that the sex reassignment procedure neither increased nor decreased the risk for criminal offending in male-to-females. By contrast, female-to-males were at a higher risk for criminal convictions compared to female controls and did not differ from male controls, which suggests increased crime proneness in female-to-males after sex reassignment.

AR-003037

## Strengths and limitations of the study

Strengths of this study include nationwide representativity over more than 30 years, extensive follow-up time, and minimal loss to follow-up. Many previous studies suffer from low outcome ascertainment,[6,9,21,29] whereas this study has captured almost the entire population of sex-reassigned transsexual individuals in Sweden from 1973–2003. Moreover, previous outcome studies have mixed pre-operative and post-operative transsexual persons,[22,37] while we included only post-operative transsexual persons that also legally changed sex. Finally, whereas previous studies either lack a control group or use standardised mortality rates or standardised incidence rates as comparisons,[9,10,11] we selected random population controls matched by birth year, and either birth or final sex.

Given the nature of sex reassignment, a double blind randomized controlled study of the result after sex reassignment is not feasible. We therefore have to rely on other study designs. For the purpose of evaluating whether sex reassignment is an effective treatment for gender dysphoria, it is reasonable to compare reported gender dysphoria pre and post treatment. Such studies have been conducted either prospectively[7,12] or retrospectively,[5,6,9,22,25,26,29,38] and suggest that sex reassignment of transsexual persons improves quality of life and gender dysphoria. The limitation is of course that the treatment has not been assigned randomly and has not been carried out blindly.

For the purpose of evaluating the safety of sex reassignment in terms of morbidity and mortality, however, it is reasonable to compare sex reassigned persons with matched population controls. The caveat with this design is that transsexual persons before sex reassignment might differ from healthy controls (although this bias can be statistically corrected for by adjusting for baseline differences). It is therefore important to note that the current study is only informative with respect to transsexuals persons health after sex reassignment; no inferences can be drawn as to the effectiveness of sex reassignment as a treatment for transsexualism. In other words, the results should not be interpreted such as sex reassignment *per se* increases morbidity and mortality. Things might have been even worse without sex reassignment. As an analogy, similar studies have found increased somatic morbidity, suicide rate, and overall mortality for patients treated for bipolar disorder and schizophrenia.[39,40] This is important information, but it does not follow that mood stabilizing treatment or antipsychotic treatment is the culprit.

Other facets to consider are first that this study reflects the outcome of psychiatric and somatic treatment for transsexualism provided in Sweden during the 1970s and 1980s. Since then, treatment has evolved with improved sex reassignment surgery, refined hormonal treatment,[11,41] and more attention to psychosocial care that might have improved the outcome. Second, transsexualism is a rare condition and Sweden is a small country (9.2 million inhabitants in 2008). Hence, despite being based on a comparatively large national cohort and long-term follow-up, the statistical power was limited. Third, regarding psychiatric morbidity after sex reassignment, we assessed inpatient psychiatric care. Since most psychiatric care is provided in outpatient settings (for which no reliable data were available), underestimation of the *absolute* prevalences was inevitable. However, there is no reason to believe that this would change the *relative risks* for psychiatric morbidity unless sex-reassigned transsexual individuals were more likely than matched controls to be admitted to hospital for any given psychiatric condition.

Finally, to estimate start of follow-up, we prioritized using the date of a gender identity disorder diagnosis *after* changed sex status over *before* changed sex status, in order to avoid overestimating person-years at risk after sex-reassignment. This means that adverse outcomes might have been underestimated. However, given that the median time lag between the hospitalization before and after change of sex status was less than a year (see Methods), this maneuver is unlikely to have influenced the results significantly. Moreover, all deaths will be recorded regardless of this exercise and mortality hence correctly estimated.

## Conclusion

This study found substantially higher rates of overall mortality, death from cardiovascular disease and suicide, suicide attempts, and psychiatric hospitalisations in sex-reassigned transsexual individuals compared to a healthy control population. This highlights that post surgical transsexuals are a risk group that need long-term psychiatric and somatic follow-up. Even though surgery and hormonal therapy alleviates gender dysphoria, it is apparently not sufficient to remedy the high rates of morbidity and mortality found among transsexual persons. Improved care for the transsexual group after the sex reassignment should therefore be considered.

## Supporting Information

**Table S1  Risk of various outcomes in sex-reassigned persons in Sweden compared to population controls matched for birth year and *birth sex*.**
(DOCX)

**Table S2  Risk of various outcomes in sex-reassigned persons in Sweden compared to controls matched for birth year and *final sex*.**
(DOCX)

## Author Contributions

Conceived and designed the experiments: CD PL AJ NL ML. Performed the experiments: MB AJ. Analyzed the data: CD PL MB AJ NL ML. Contributed reagents/materials/analysis tools: PL NL AJ. Wrote the paper: CD PL MB AJ NL ML.

## References

1. World Health Organization (1993) The ICD-10 Classification of Mental and Behavioural Disorders. Diagnostic criteria for research. Geneva: WHO.
2. American Psychiatric Association, ed (1994) Diagnostic and Statistical Manual of Mental Disorders. Washington, DC: APA.
3. Meyer W, Bockting W, Cohen-Kettenis P, Coleman E, DiCeglie D, et al. (2002) The Harry Benjamin International Gender Dysphoria Association's Standards of Care for Gender Identity Disorders, Sixth Version. Journal of Psychology & Human Sexuality 13: 1–30.
4. Cohen-Kettenis PT, Gooren LJG (1999) Transsexualism: A review of etiology, diagnosis and treatment. J Psychosom Res 46: 315–333.
5. Wålinder J, Thuwe I (1975) A social-psychiatric follow-up study of 24 sex-reassigned transsexuals. Göteborg, Sweden: Scandinavian University Books.
6. Eldh J, Berg A, Gustafsson M (1997) Long-term follow up after sex reassignment surgery. Scand J Plast Reconstr Surg Hand Surg 31: 39–45.
7. Johansson A, Sundbom E, Höjerback T, Bodlund O (2010) A five-year follow-up study of Swedish adults with gender identity disorder. Arch Sex Behav 39: 1429–1437.
8. Sørensen T, Hertoft P (1982) Male and female transsexualism: the Danish experience with 37 patients. ArchSex Behav 11: 133–155.
9. De Cuypere G, T'Sjoen G, Beerten R, Selvaggi G, De Sutter P, et al. (2005) Sexual and physical health after sex reassignment surgery. Arch Sex Behav 34: 679–690.
10. van Kesteren PJ, Asscheman H, Megens JA, Gooren LJ (1997) Mortality and morbidity in transsexual subjects treated with cross-sex hormones. Clin Endocrinol Oxf 47: 337–342.

AR-003038

11. Gooren LJ, Giltay EJ, Bunck MC (2008) Long-term treatment of transsexuals with cross-sex hormones: extensive personal experience. J Clin Endocrinol Metab 93: 19–25.
12. Smith YL, van Goozen SH, Cohen-Kettenis PT (2001) Adolescents with gender identity disorder who were accepted or rejected for sex reassignment surgery: a prospective follow-up study. J Am Acad Child Adolesc Psychiatry 40: 472–481.
13. Smith YL, Van Goozen SH, Kuiper AJ, Cohen-Kettenis PT (2005) Sex reassignment: outcomes and predictors of treatment for adolescent and adult transsexuals. Psychol Med 35: 89–99.
14. Leavitt F, Berger JC, Hoeppner JA, Northrop G (1980) Presurgical adjustment in male transsexuals with and without hormonal treatment. J Nerv Ment Dis 168: 693–697.
15. Cohen Kettenis PT, van Goozen SH (1997) Sex reassignment of adolescent transsexuals: a follow-up study. J Am Acad Child Adolesc Psychiatry 36: 263–271.
16. Newfield E, Hart S, Dibble S, Kohler L (2006) Female-to-male transgender quality of life. Qual Life Res 15: 1447–1457.
17. Landén M, Wålinder J, Hambert G, Lundström B (1998) Factors predictive of regret in sex reassignment. Acta Psychiatrica Scandinavica 97: 284–289.
18. Hepp U, Kraemer B, Schnyder U, Miller N, Delsignore A (2005) Psychiatric comorbidity in gender identity disorder. J Psychosom Res 58: 259–261.
19. Murad MH, Elamin MB, Garcia MZ, Mullan RJ, Murad A, et al. (2010) Hormonal therapy and sex reassignment: a systematic review and meta-analysis of quality of life and psychosocial outcomes. Clin Endocrinol (Oxf) 72: 214–231.
20. Landén M, Wålinder J, Lundström B (1996) Incidence and sex ratio of transsexualism in Sweden. Acta Psychiatrica Scandinavica 93: 261–263.
21. Lobato MI, Koff WJ, Manenti C, da Fonseca Seger D, Salvador J, et al. (2006) Follow-up of sex reassignment surgery in transsexuals: a Brazilian cohort. Arch Sex Behav 35: 711–715.
22. Bodlund O, Kullgren G (1996) Transsexualism-General outcome and prognostic factors. A five year follow-up study of 19 transsexuals in the process of changing sex. Arch Sex Behav 25: 303–316.
23. Lindemalm G, Körlin D, Uddenberg N (1986) Long-term follow-up of "sex change" in 13 male-to-female transsexuals. Arch Sex Behav 15: 187–210.
24. Rauchfleisch U, Barth D, Battegay R (1998) [Results of long-term follow-up of transsexual patients]. Nervenarzt 69: 799–805.
25. Kuhn A, Bodmer C, Stadlmayr W, Kuhn P, Mueller MD, et al. (2009) Quality of life 15 years after sex reassignment surgery for transsexualism. Fertil Steril 92: 1685–1689 e1683.
26. Zimmermann A, Zimmer R, Kovacs L, Einodshofer S, Herschbach P, et al. (2006) [Transsexuals' life satisfaction after gender transformation operations]. Chirurg 77: 432–438.
27. Rehman J, Lazer S, Benet AE, Schaefer LC, Melman A (1999) The reported sex and surgery satisfactions of 28 postoperative male-to- female transsexual patients. Arch Sex Behav 28: 71–89.
28. Hepp U, Klaghofer R, Burkhard-Kubler R, Buddeberg C (2002) [Treatment follow-up of transsexual patients. A catamnestic study]. Nervenarzt 73: 283–288.
29. Lawrence AA (2003) Factors associated with satisfaction or regret following male-to-female sex reassignment surgery. Arch Sex Behav 32: 299–315.
30. Kaube H, Biemer E (1991) [Results of sex change operations in 30 transsexual patients: psychosocial and sexual adaptation–surgical complications]. Handchir Mikrochir Plast Chir 23: 276–278.
31. Dolmén L (2001) Brottsligheten i olika länder (Criminality in different countries). Stockholm: Brottsförebyggande rådet (the Swedish National Council for Crime Prevention).
32. Fazel S, Grann M (2006) The population impact of severe mental illness on violent crime. Am J Psychiatry 163: 1397–1403.
33. Landén M, Wålinder J, Lundström B (1998) Clinical characteristics of a total cohort of female and male applicants for sex reassignment: a descriptive study. Acta Psychiatrica Scandinavica 97: 189–194.
34. Elamin MB, Garcia MZ, Murad MH, Erwin PJ, Montori VM (2010) Effect of sex steroid use on cardiovascular risk in transsexual individuals: a systematic review and meta-analyses. Clin Endocrinol (Oxf) 72: 1–10.
35. Landén M, Innala S (2000) Attitudes toward transsexualism in a Swedish national survey. Archives of Sexual Behavior 29: 375–388.
36. Mueller A, Gooren L (2008) Hormone-related tumors in transsexuals receiving treatment with cross-sex hormones. Eur J Endocrinol 159: 197–202.
37. Vujovic S, Popovic S, Sbutega-Milosevic G, Djordjevic M, Gooren L (2009) Transsexualism in Serbia: a twenty-year follow-up study. J Sex Med 6: 1018–1023.
38. Rehman J, Lazer S, Benet AE, Schaefer LC, Melman A (1999) The reported sex and surgery satisfactions of 28 postoperative male-to-female transsexual patients. Arch Sex Behav 28: 71–89.
39. Ösby U, Brandt L, Correia N, Ekbom A, Sparén P (2001) Excess mortality in bipolar and unipolar disorder in Sweden. Arch Gen Psychiatry 58: 844–850.
40. Tidemalm D, Langstrom N, Lichtenstein P, Runeson B (2008) Risk of suicide after suicide attempt according to coexisting psychiatric disorder: Swedish cohort study with long term follow-up. Bmj 337: a2205.
41. Toorians AW, Thomassen MC, Zweegman S, Magdeleyns EJ, Tans G, et al. (2003) Venous thrombosis and changes of hemostatic variables during cross-sex hormone treatment in transsexual people. J Clin Endocrinol Metab 88: 5723–5729.

AR-003039