**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| ALISHEA KINGDOM, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>Defendants. | Civ. A. No. 25-691 (RCL) |

**[PROPOSED] ORDER**

Upon consideration of Defendants' Motion for Summary Judgment, and any response thereto, it is hereby **ORDERED** that Defendants' motion is **GRANTED**.

**IT IS FURTHER ORDERED** that judgment is entered in favor of Defendants as to all claims.

**IT IS FURTHER ORDERED** that this case is **DISMISSED WITH PREJUDICE**.


DATED:_____                    _____
                                     Royce C. Lamberth
                                     United States District Judge