**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ALISHEA KINGDOM, et al., | Case No. 1:25-cv-00691-RCL |
| Plaintiffs, | **PLAINTIFFS' MOTION FOR RENEWED PRELIMINARY INJUNCTION** |
| v. | |
| DONALD J. TRUMP, et al., | |
| Defendants. | |

Under Federal Rule of Civil Procedure 65 and Local Civil Rule 65.1, Plaintiffs respectfully move the Court to issue a renewed preliminary injunction ("PI") for a period beginning June 1, 2026, and ending fourteen calendar days after the Court's decision (but not to exceed 90 days) with respect to Plaintiffs' pending motion for an updated preliminary injunction, ECF No. 179. The Court's decision as to the pending motion for an updated preliminary injunction will necessarily supersede the existing preliminary injunction, and thus Plaintiffs request a renewal of the existing preliminary injunction only to the extent necessary to maintain the status quo until the Court's decision therein. Plaintiffs rely on the concurrently filed memorandum of points and authorities, and other documents filed in this action.

Undersigned counsel affirms they conferred with opposing counsel about this motion, as Local Civil Rule 7(m) requires. Defendants oppose the relief sought in this motion.

The current Preliminary Injunction (ECF No. 96) expires on May 31, 2026. Because of this limited timeframe, Plaintiffs move simultaneously, with Defendants' consent, for expedited briefing of this motion.

1

Dated: May 13, 2026

Respectfully submitted,

/s/ Li Nowlin-Sohl

Li Nowlin-Sohl (*pro hac vice*)
Leslie Cooper (*pro hac vice*)
Shana Knizhnik, D.D.C. Bar No. 120840
James D. Esseks (*pro hac vice*)
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
Tel: 212-549-2500
lnowlin-sohl@aclu.org
lcooper@aclu.org
sknizhnik@aclu.org
jesseks@aclu.org

David C. Fathi (*pro hac vice*) *
Maria V. Morris, D.C. Bar. No. 1697904
Elisa C. Epstein (*pro hac vice*) *
American Civil Liberties Union Foundation
915 15th Street, N.W.
Washington, D.C. 20005
Tel: 202-393-4930
dfathi@aclu.org
mmorris@aclu.org
eepstein@aclu.org

Corene T. Kendrick (*pro hac vice*)
American Civil Liberties Union Foundation
425 California St., Ste. 700
San Francisco, CA 94104
Tel: 202-393-4930
ckendrick@aclu.org

Michael Perloff, D.C. Bar No. 1601047
Aditi Shah, D.C. Bar No. 90033136
ACLU Foundation of the District of Columbia
529 14th Street NW, Suite 722
Washington, D.C. 20045
Tel: 202-457-0800
mperloff@acludc.org
ashah@acludc.org

Shawn Thomas Meerkamper (*pro hac vice*)
Megan Z. F. Noor (*pro hac vice*)
Dale Melchert (*pro hac vice)*
Transgender Law Center
P.O. Box 70976
Oakland, CA 94612
Tel: 510-587-9696
shawn@transgenderlawcenter.org
megan@transgenderlawcenter.org
dale@transgenderlawcenter.org

Lynly S. Egyes (*pro hac vice*)
Transgender Law Center
594 Dean Street, Suite 11
Brooklyn, NY 11238
Tel: 510-587-9696
lynly@transgenderlawcenter.org

*Counsel for Plaintiff Class*

*Not admitted in D.C.; practice limited to federal courts.*

2