## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALISHEA KINGDOM, et al., | Case No. 1:25-cv-00691-RCL |
| Plaintiffs, | |
| v. | [PROPOSED] ORDER GRANTING PLAINTIFFS' CONSENT MOTION TO EXPEDITE BRIEFING |
| DONALD J. TRUMP, et al., | |
| Defendants. | |

Upon consideration of Plaintiffs' Consent Motion to Expedite Briefing, ECF No. **189**, regarding Plaintiffs' Motion for Renewed Preliminary Injunction, ECF No. **186**, it is

**ORDERED** that Plaintiffs' Motion is **GRANTED**; and it is further

**ORDERED** that Defendants' Response to Plaintiffs' Motion for Renewed Preliminary Injunction is due May 20, 2026; and it is further

**ORDERED** that Plaintiffs' Reply in support of their Motion for Renewed Preliminary Injunction is due May 25, 2026.

**IT IS SO ORDERED.**

Dated: _____May 14_____, 2026

_____
Hon. Royce C. Lamberth
United States District Judge