**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| ALISHEA KINGDOM, *et al.*; | |
| *Plaintiffs*, | Case No. 1:25-cv-00691-RCL |
| v. | |
| DONALD J. TRUMP, *et al.*; | |
| *Defendants*. | |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE SUPPLEMENTAL
DECLARATIONS IN SUPPORT OF MOTION FOR AN UPDATED
PRELIMINARY INJUNCTION AND TO STAY AGENCY ACTION**

Plaintiffs respectfully move under Local Rule 65.1(c) for leave to file supplemental declarations in support of Plaintiffs' Motion for an Updated Preliminary Injunction and to Stay Agency Action.  Plaintiffs seek leave to file supplemental declarations of Dr. Dan Karasic and Dr. Cathy Thompson, attached as Exhibits A and B, respectively.

Plaintiffs filed the underlying motion on April 29, 2026 (Dkt. 179).  Defendants filed their response as "Defendants' Motion for Summary Judgment and Memorandum of Law in Support Thereof and Combined Opposition to Plaintiffs' Updated Preliminary Injunction and to Stay Agency Action" on May 13, 2026 (Dkt. 186).  Plaintiffs' reply in support of their motion is due on May 20, 2026.

Plaintiffs seek to submit brief supplemental declarations from Dr. Karasic and Dr. Thompson to respond to some assertions made in the Declaration of Elizabete M. Stahl, Medical Director of the Federal Bureau of Prisons that was submitted by Defendants with their opposition to Plaintiffs' motion on May 13, 2026. (Dkt. 186-3).

Plaintiffs respectfully request that, pursuant to LCvR 65.1(c), they be granted leave to file the supplemental declarations of Dr. Karasic and Dr. Thompson.

Pursuant to Local Civil Rule 7(m), counsel for Plaintiffs contacted Defendants' counsel regarding this motion and Defendants indicated that they have no objection.

Plaintiffs have incorporated the supplemental declarations into their reply memorandum, filed concurrently with this Motion. Should the Court deny this Motion, Plaintiffs respectfully request that the Court allow them 48 hours to resubmit their reply brief, omitting references to the supplemental declarations.

**CONCLUSION**

For the reasons stated, this Court should grant the motion to supplement the record.

Dated: May 20, 2026

Respectfully submitted,

David C. Fathi† (*pro hac vice*)
Maria V. Morris, D.C. Bar. No. 1697904
Elisa C. Epstein† (*pro hac vice*)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
915 15th Street, N.W.
Washington, D.C. 20005
Tel: 202-393-4930
dfathi@aclu.org
mmorris@aclu.org
eepstein@aclu.org
† *Not admitted in D.C.; practice limited to federal courts.*

*/s/ Michael Perloff*
Michael Perloff, D.C. Bar No. 1601047
Aditi Shah, D.C. Bar No. 90033136
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF THE DISTRICT OF
COLUMBIA
529 14th Street NW, Suite 722
Washington, D.C. 20045
Tel: 202-457-0800
mperloff@acludc.org
ashah@acludc.org

Corene T. Kendrick (*pro hac vice*)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
425 California St., Ste. 700
San Francisco, CA 94104
Tel: 202-393-4930
ckendrick@aclu.org


Li Nowlin-Sohl (*pro hac vice*)
(admitted only in Washington state)
Leslie Cooper (*pro hac vice*)
Shana Knizhnik, DDC Bar ID 120840
James D. Esseks*
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
Tel: 212-549-2500
lnowlin-sohl@aclu.org
lcooper@aclu.org
sknizhnik@aclu.org
jesseks@aclu.org

Shawn Thomas Meerkamper (*pro hac vice*)
Megan Z. F. Noor (*pro hac vice*)
Dale Melchert (*pro hac vice*)
TRANSGENDER LAW CENTER
P.O. Box 70976
Oakland, CA 94612
Tel: 510-587-9696
shawn@transgenderlawcenter.org
megan@transgenderlawcenter.org

Lynly S. Egyes (*pro hac vice*)
TRANSGENDER LAW CENTER
594 Dean Street, Suite 11
Brooklyn, NY 11238
Tel: 510-587-9696
lynly@transgenderlawcenter.org


*Counsel for Plaintiff Class*