**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

ALISHEA KINGDOM, *et al.*;

        *Plaintiffs,*

        v.

DONALD J. TRUMP, *et al.*;

        *Defendants*.

Case No. 1:25-cv-00691-RCL

**[PROPOSED] ORDER ON PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE**
**TO FILE SUPPLEMENTAL DECLARATIONS**

Upon consideration of Plaintiffs' unopposed Motion for Leave to File Supplemental Declarations in Support of Plaintiffs' Motion for an Updated Preliminary Injunction and to Stay Agency Action, and the entire record herein, it is hereby

ORDERED that Plaintiffs motion is GRANTED; and it is further

ORDERED that the supplemental declarations of Dr. Karasic and Dr. Thompson filed with Plaintiffs' Motion for Leave shall be docketed and considered as part of the record on Plaintiffs' Motion for an Updated Preliminary Injunction and to Stay Agency Action.

Date: _____

_____
Royce C. Lamberth
United States District Judge