**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ALISHEA KINGDOM, et al., | Case No. 1:25-cv-00691-RCL |
| Plaintiffs, | |
| v. | |
| DONALD J. TRUMP, et al., | |
| Defendants. | |

**PLAINTIFFS' MOTION FOR EXTENSION OF BRIEFING DEADLINES**

Plaintiffs respectfully move this Court for a three-week extension, to June 17, 2026, to file a combined response to Defendants' motions for summary judgment (ECF No. 187) and to stay discovery (ECF No. 190), filed on May 13 and May 14, 2026, respectively. The current respective deadlines under Local Rule 7(b) for Plaintiffs' responses are May 27 and 28, 2026. Plaintiffs' counsel conferred with Defendants' counsel regarding this extension motion pursuant to Local Rule 7(m), and Defendants consent to the request as to the motion to stay discovery but oppose the request for a 3-week extension to respond to the motion for summary judgment.[1]

Plaintiffs' supplemental complaint (ECF No. 182) and motion for an updated preliminary injunction (ECF No. 179) were filed April 29, 2026. In response, Defendants filed a combined opposition to the updated preliminary injunction (PI) and motion for summary judgment (ECF Nos. 186 & 187) on May 13, 2026. The same day, Plaintiffs filed a motion to temporarily renew

---

[1] Counsel for Defendants were willing to consent to an extension until June 5, 2026, but not longer, as to the motion for summary judgment.

the existing PI (ECF No. 188) as required under the Prison Reform Litigation Act to preserve the status quo pending the outcome of Plaintiffs' pending motion for an updated preliminary injunction, as well as a consent motion to expedite briefing for that motion (ECF No. 189). On May 20, 2026, Plaintiffs filed their reply to Defendants' opposition to the motion for an updated preliminary injunction (ECF No. 194) and Defendants filed their response to the motion for the renewed PI (ECF No. 192), for which Plaintiffs' reply is due on May 25, 2026. On May 21, 2026, the Court scheduled a hearing on the motion for updated preliminary injunction for May 27, 2026.

Good cause exists to extend Plaintiffs' response deadlines to Defendants' motion for summary judgment and motion to stay discovery by three weeks. Due to the number of briefings and obligations in this case in a short time period, and the numerous issues to be addressed from Defendants' motion for summary judgment and motion to stay discovery, additional time is necessary for Plaintiffs to respond to both motions. Further, additional time to respond to Defendants' motions would serve judicial economy and efficiency, as the Court's decision on Plaintiffs' motion for an updated preliminary injunction may resolve several of the issues presented in Defendants' motion for summary judgment.

For these reasons, Plaintiffs respectfully request that the Court grant this motion and extend Plaintiffs' deadline to file their combined response to Defendants' motions for summary judgment and to stay discovery by three weeks, to June 17, 2026. A proposed order setting forth this new deadline is attached.

Dated: May 22, 2026

*L. Nowli-Sohl*

Li Nowlin-Sohl (*pro hac vice*)
Leslie Cooper (*pro hac vice*)
Shana Knizhnik, D.D.C. Bar No. 120840
James D. Esseks (*pro hac vice*)
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
Tel: 212-549-2500
lnowlin-sohl@aclu.org
lcooper@aclu.org
sknizhnik@aclu.org
jesseks@aclu.org
David C. Fathi (*pro hac vice*) *
Maria V. Morris, D.C. Bar. No. 1697904
Elisa C. Epstein (*pro hac vice*) *
American Civil Liberties Union Foundation
915 15th Street, N.W.
Washington, D.C. 20005
Tel: 202-393-4930
dfathi@aclu.org
mmorris@aclu.org
eepstein@aclu.org

Corene T. Kendrick (*pro hac vice*)
American Civil Liberties Union Foundation
425 California St., Ste. 700
San Francisco, CA 94104
Tel: 202-393-4930
ckendrick@aclu.org

Respectfully submitted,

Michael Perloff, D.C. Bar No. 1601047
Aditi Shah, D.C. Bar No. 90033136
ACLU Foundation of the District of Columbia
529 14th Street NW, Suite 722
Washington, D.C. 20045
Tel: 202-457-0800
mperloff@acludc.org
ashah@acludc.org

Shawn Thomas Meerkamper (*pro hac vice*)
Megan Z. F. Noor (*pro hac vice*)
Dale Melchert (*pro hac vice)*
Transgender Law Center
P.O. Box 70976
Oakland, CA 94612
Tel: 510-587-9696
shawn@transgenderlawcenter.org
megan@transgenderlawcenter.org
dale@transgenderlawcenter.org

Lynly S. Egyes (*pro hac vice*)
Transgender Law Center
594 Dean Street, Suite 11
Brooklyn, NY 11238
Tel: 510-587-9696
lynly@transgenderlawcenter.org

*Counsel for Plaintiff Class*

*\* Not admitted in D.C.; practice limited to federal courts*