## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALISHEA KINGDOM, et al., | Case No. 1:25-cv-00691-RCL |
| Plaintiffs, | |
| v. | |
| DONALD J. TRUMP, et al., | |
| Defendants. | |

## [PROPOSED] ORDER

UPON CONSIDERATION of Plaintiff's Motion for Extension of Briefing Deadlines,

and the entire record herein, it is hereby

ORDERED that Plaintiff's motion is GRANTED, and it is further

ORDERED that Plaintiff's combined response to Defendants' motion for summary

judgment and motion to stay discovery shall be due on June 17, 2026.

_____

Date

_____

ROYCE C. LAMBERTH
United States District Judge