# Exhibit A

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

ALISHEA KINGDOM, et al.,

        Plaintiff,

    v.

DONALD J. TRUMP, et al.,

        Defendants.

Case No. 1:25-cv-00691

**EXPERT REBUTTAL DECLARATION OF DR. DAN H. KARASIC IN SUPPORT OF
PLAINTIFFS' MOTION FOR AN UPDATED PRELIMINARY INJUNCTION**

I, Dan H. Karasic, M.D., hereby declare and state as follows:

1.     I am over the age of 18, of sound mind, and in all respects competent to testify.

2.     I have been retained by counsel for Plaintiffs as an expert in connection with the above-captioned litigation.

3.     I have actual knowledge of the matters stated herein. If called to testify in this matter, I would testify truthfully and based on my expert opinion.

4.     I submit this declaration to respond to some of the statements made in the Declaration of Elizabete M. Stahl, Medical Director of the Federal Bureau of Prisons.

5.     Dr. Stahl's declaration, which did not provide information about how gender affirming health-care affected patients with gender dysphoria in BOP's custody (apart from her own personal experience with what she characterized as a "small number of patients"), suggests that that it is not possible to ascertain this information because "there is not a vetted, or validated clinical instrument that measures the success or failure of gender dysphoria treatment" as there is for treatments for conditions like hypertension and hepatitis C.  Stahl Decl. pars. 15, 16, see also *id.* ¶ 13.  I am quite surprised that a doctor would make this assertion because clinicians

routinely assess the effectiveness of treatment without using validated measurement instruments. There are many conditions for which such instruments are not widely used.  Dr. Stahl apparently is aware of this because she states that medical and mental health providers "rely on objective measures" of disease progression or control "[t]o the extent possible." *Id.*   But even where we have instruments to measure symptoms like the Patient Health Questionnaire-9 (PHQ-9) for depression or the Generalized Anxiety Disorder-7 (GAD-7) for anxiety, those may be used to screen for these conditions and provide some information about symptomology, but they are not sufficient on their own to assess efficacy of treatment or make treatment decisions.  A clinical exam—including the clinician's observations of the patient and information gathered from the patient—is needed to understand the patient's symptoms and response to treatment.

6.      There are in fact some validated instruments for measuring gender dysphoria such as the Utrecht Gender Dysphoria Scale – Gender Spectrum (UGDS-GS) and the Gender Identity/Gender Dysphoria Questionnaire for Adults and Adolescents (GIDYQ-AA).  And there are validated instruments to measure quality of life, e.g. the WHOQoL-BREF and the SF-36, that are widely used to assess patient response to all sorts of medical interventions, including treatments for gender dysphoria.  These gender dysphoria and quality of life measuring instruments are typically used in research settings as opposed to clinical practice, but they could be used in that context if BOP medical staff truly felt that they were not able to evaluate their patients' response to gender affirming care using clinical exams.

7.      Given doctors' routine reliance on clinical exams—without validated measurement instruments—to ascertain treatment effectiveness, it is hard to believe that BOP's medical staff is actually unaware of whether hormone therapy and/or social transition accommodations have been effective in alleviating any patients' gender dysphoria and improving

their mental health.

8.      Dr. Stahl's declaration states that one factor that prompted BOP to question its previous position on gender affirming care was "the departure of medical societies and associations from WPATH's guidance."  Stahl Decl. ¶ 30; see also *id.* ¶ 37.  I am not aware of any major medical societies or associations in the United States that have moved away from gender-affirming care, including hormone therapy and social transition, as treatment for gender dysphoria in adults. The American Medical Association, the American Psychiatric Association, the American Psychological Association, the Endocrine Society, and many others continue to recognize that gender affirming care is appropriate and effective treatment for many patients with gender dysphoria.  The only recent change in position regarding gender-affirming care that I am aware of from a major American medical group is that the American Society of Plastic Surgeons now recommends that surgeons delay gender-affirming surgery until a patient is at least 19 years old.

9.      Relatedly, I'd also like to respond to the statement in Defendants' brief that "many European countries 'have distanced themselves" from gender affirming care and "leading organizations in the United States are reevaluating their clinical guidance."  Brief, at 7.  While a few Western European countries have imposed some limits on access to gender affirming medical care for minors, none have moved away from such treatment for adults with gender dysphoria.  And while medical organizations regularly update their clinical guidance in all areas of medicine, I am not aware of any major American medical group revising their clinical guidelines in a way that steps away from gender-affirming care as treatment for gender dysphoria.

10.     Dr. Stahl suggests that because Dr. Cathy Thompson is a psychologist, she

-3-

"would not be a reliable expert to opine on" whether hormonal treatments "are considered 'medically necessary' for treatment of any mental health disorder because psychologists do not prescribe cross-sex hormones or any other medication." *Id.* par 18.  This is false.  Psychologists are especially well-equipped to assess a patient's need for gender-affirming hormone therapy because gender dysphoria is a mental health diagnosis and its symptoms are mental health symptoms.  Indeed, evaluations for gender-affirming hormone therapy or surgeries are often done by psychologists.


     I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct,

     Executed this 17 day of May, 2026

_____
Dan H. Karasic

-4-