# Exhibit B

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

ALISHEA KINGDOM, et al.,

        Plaintiff,

    v.

DONALD J. TRUMP, et al.,

        Defendants.

Case No. 1:25-cv-00691

## THIRD EXPERT DECLARATION OF DR. CATHY THOMPSON

I, Cathy Thompson, hereby declare and state as follows:

1. I am over the age of 18, of sound mind, and in all respects competent to testify.

2. I have been retained by counsel for Plaintiffs as an expert in connection with the above-captioned litigation.

3. I have actual knowledge of the matters stated herein. If called to testify in this matter, I would testify truthfully and based on my expert opinion.

4. I submit this declaration to respond to some of the statements made in the Declaration of Elizabete M. Stahl, Medical Director of the Federal Bureau of Prisons.

5. In my declaration submitted in this case on April 27, 2026, I discussed the positive impact of hormone therapy and social transition accommodations on patients with gender dysphoria in BOP custody. Specifically, I said that many patients experienced relief of their gender dysphoria and improvement in mental health and functioning. *See* Thompson April 27, 2026 Declaration, ¶ 11.

6. Dr. Stahl's declaration appears to try to discredit this testimony by calling into question my experience with this patient population, stating that I only served as

1

Acting National Administrator for Psychological Services ("Acting") for seven months. As I stated in my prior declaration, I "frequently served" as Acting during the time that I served as National Chief of Drug Treatment Programs. Second Thompson Decl., ¶ 10. The longest period in which I served in this role was 7 months but over the course of my time as Chief of Drug Treatment Programs, I was often in that role for shorter periods of time when the National Administrator for Psychological Services was unavailable. When in the role of Acting, I sometimes attended meetings of the Transgender Executive Council (TEC) and was the senior agency psychologist present.

7. Additionally, my experience with this patient population and its treatment needs was not limited to the time I was in the role of Acting. I also interacted with the TEC and attended its meetings on other occasions in my capacity as National Chief of Drug Treatment Programs when issues arose with transgender patients receiving drug treatment. And I saw patients with gender dysphoria and reviewed medical files of additional patients with this condition. Moreover, I was involved in developing BOP's Transgender Offender Manual.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 17th day of May, 2026

Cathy L. Thompson, Ph.D.

2