UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ALISHEA KINGDOM, *et al.*,

    *Plaintiffs,*

v.

                               **Case No. 1:25-cv-691-RCL**

DONALD J. TRUMP, *et al.*,

    *Defendants.*

## ORDER

Upon consideration of [204] Defendants' Motion to Say the May 26, 2026, Preliminary Injunction Pending Appeal, the opposition and reply, and the entire record herein, it is hereby **ORDERED** that Defendant's Motion is **DENIED**.

Defendants fail to show that they will be "irreparabl[y] harm[ed]" before the appeal concludes. *Citizens for Resp. & Ethics in Washington v. Fed. Election. Comm'n*, 904 F.3d 1014, 1019 (D.C. Cir. 2018). The only harm that Defendants claim is an inability to formally implement the 2026 Program Statement while the Court decides Plaintiff's challenge to the new policy on an already expedited basis. Plaintiffs, by contrast, would suffer the immediate loss of their gender-affirming health care and social accommodations. The Court renewed the existing preliminary injunction for the short period necessary to decide [179] Plaintiffs' Updated Motion for Preliminary Injunction, which challenges the new policy on APA and Eighth Amendment grounds. The Court does not find that it is in the interest of justice or judicial economy for BOP to implement the 2026 policy in the short window that it takes this Court to rule on the pending motion. The Court therefore denies Defendants' request for a stay.

Date: _____6/2/26_____

                                                   Royce C. Lamberth
                                                   United States District Judge

1