**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ALISHEA KINGDOM, et al., | |
| Plaintiff, | |
| v. | No. 1:25-cv-00691 (RCL) |
| DONALD J. TRUMP, et al., | |
| Defendants. | |

**[PROPOSED] ORDER**

Upon consideration of Defendants' Motion for Summary Judgment (ECF 186, ECF 187), any opposition and reply, and the entire record herein, it is hereby

**ORDERED** that Defendants' Motion for Summary Judgment is **DENIED**.

**IT IS SO ORDERED**.

Dated: _____          _____

Hon. Royce C. Lamberth
United States District Judge