**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ALISHEA KINGDOM, et al.,<br><br>      Plaintiff,<br><br>  v.<br><br>DONALD J. TRUMP, et al.,<br><br>      Defendants. | No. 1:25-cv-00691 (RCL) |

**[PROPOSED] ORDER**

Upon consideration of Defendants' Motion to Stay Discovery Pending Disposition of Defendants' Motion for Summary Judgment (ECF 190), any opposition and reply, and the entire record herein, it is hereby

**ORDERED** that Defendants' Motion to Stay Discovery is **DENIED**.

**IT IS SO ORDERED**.

Dated: _____

                                                   _____
                                                   Hon. Royce C. Lamberth
                                                   United States District Judge