**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| ALISHEA KINGDOM, *et al.*; | |
| *Plaintiffs*, | Case No. 1:25-cv-00691-RCL |
| v. | |
| DONALD J. TRUMP, *et al.*; | |
| *Defendants*. | |

**[PROPOSED] ORDER ON PLAINTIFFS' MOTION FOR DISCOVERY
REGARDING PROGRAM STATEMENT 5260.01**

Upon consideration of Plaintiffs' Plaintiffs' Motion for Discovery Regarding Program

Statement 5260.01, the filings in support and opposition thereto, and the full record in this matter,

it is hereby

ORDERED that Plaintiffs motion is GRANTED; and it is further

ORDERED that the Parties shall submit proposals for a revised discovery schedule in this

matter within two weeks of the issuance of this Order.


Date: _____                    _____

                                       Royce C. Lamberth
                                       United States District Judge