**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

ALISHEA KINGDOM, *et al.*,

Plaintiffs,

v.

DONALD J. TRUMP, *et al.*,

Defendants.

Case No. 1:25-cv-00691-RCL

**ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' MOTION FOR DISCOVERY REGARDING PROGRAM STATEMENT 5260.01**

Upon consideration of Defendants' Unopposed Motion for Extension of Time to Respond to Plaintiffs' Motion for Discovery Regarding Program Statement 5260.01, and the entire record herein, it is hereby ordered that for good cause shown:

Defendants' Motion for Extension of Time to respond to Plaintiffs' Motion for Discovery Regarding Program Statement 5260.01 to **Friday, August 21, 2026**, is **GRANTED**.

**IT IS SO ORDERED.**

8/13/26
Date

HON. ROYCE C. LAMBERTH
United States District Judge