**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ALISHEA KINGDOM, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, et al.,<br><br>Defendants. | Case No. 1:25-cv-00691-RCL<br><br>**DECLARATION OF CORENE T. KENDRICK IN SUPPORT OF PLAINTIFFS' MOTION FOR RENEWED PRELIMINARY INJUNCTION** |

I, CORENE T. KENDRICK, DECLARE:

1. I am an attorney admitted to practice before the courts of the State of California and am admitted *pro hac vice* in this matter as counsel of record to Plaintiffs. I am deputy director of the National Prison Project of the American Civil Liberties Union Foundation.

2. On August 13, 2026, under Local Rule 7(m), I emailed all counsel of record for Defendants for their position on Plaintiffs' motion to renew the June 17, 2026 preliminary injunction.

3. On August 18, 2026, Jared Littman, counsel for Defendants, responded that Defendants opposed the motion, and asked that I include the following statement in our motion:

> Pursuant to Local Rule 7(m), Defendants oppose the relief sought in this motion, both as to the extension of the preliminary injunction and the stay under 5 U.S.C. 705, because the Federal Bureau of Prison's Program Statement 5260.01, *Management of Inmates with Gender Dysphoria*, is consistent with law and because the other preliminary injunction factors (irreparable harm and balance of the equities) also weigh in the government's favor. *See* ECF No. 186 (Defendants' response to Plaintiffs' preliminary injunction motion); ECF No. 187 (Defendants' motion for summary judgment); ECF No. 231 (Defendants' reply in support of motion for summary judgment). Furthermore, Defendants oppose the relief sought in this motion because the preliminary injunction goes further than necessary to correct the alleged harm, in violation of the Prison Litigation Reform Act. *See* ECF No. 186. Defendants do not plan on filing any further opposition.

4. Attached hereto as **Exhibit 1** is a true and correct copy of the email exchange between counsel for the parties.

I declare under penalty of perjury that the foregoing is true and correct.

Executed August 20, 2026, at San Francisco, California.

*/s/ Corene T. Kendrick*
Corene T. Kendrick
*Attorney for Plaintiffs*

# EXHIBIT 1

**From:** Littman, Jared (CIV)
**To:** Corene Kendrick; Layendecker, Elizabeth B (CIV)
**Cc:** Li Nowlin-Sohl; Leslie Cooper; ashah@acludc.org; External - Michael Perloff; Shawn Meerkamper; Kies, Marianne F (CIV)
**Subject:** RE: Kingdom v Trump - Defendants position on motion for renewal
**Date:** Tuesday, August 18, 2026 7:17:33 AM

**This Message Is From an External Sender**
This message came from outside your organization.

Hi Corene – Defendants oppose. You can state the following in your motion:

Pursuant to Local Rule 7(m), Defendants oppose the relief sought in this motion, both as to the extension of the preliminary injunction and the stay under 5 U.S.C. 705, because the Federal Bureau of Prison's Program Statement 5260.01, *Management of Inmates with Gender Dysphoria*, is consistent with law and because the other preliminary injunction factors (irreparable harm and balance of the equities) also weigh in the government's favor. *See* ECF No. 186 (Defendants' response to Plaintiffs' preliminary injunction motion); ECF No. 187 (Defendants' motion for summary judgment); ECF No. 231 (Defendants' reply in support of motion for summary judgment). Furthermore, Defendants oppose the relief sought in this motion because the preliminary injunction goes further than necessary to correct the alleged harm, in violation of the Prison Litigation Reform Act. *See* ECF No. 186. Defendants do not plan on filing any further opposition.

Thanks,
Jared

**M. Jared Littman**
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
(202) 451-7478 (cell)
Jared.Littman2@usdoj.gov

**From:** Littman, Jared (CIV)
**Sent:** Monday, August 17, 2026 5:22 PM
**To:** 'Corene Kendrick' <ckendrick@aclu.org>; Layendecker, Elizabeth B (CIV) <Elizabeth.B.Layendecker@usdoj.gov>
**Cc:** Li Nowlin-Sohl <lnowlin-sohl@aclu.org>; Leslie Cooper <LCOOPER@aclu.org>; ashah@acludc.org; External - Michael Perloff <MPerloff@acludc.org>; Shawn Meerkamper <shawn@transgenderlawcenter.org>; Kies, Marianne F (CIV) <Marianne.F.Kies@usdoj.gov>
**Subject:** RE: Kingdom v Trump - Defendants position on motion for renewal

Hi Corene. We are consulting with our client and will get back to you as soon as we can with an answer. Hopefully by tomorrow. But if not, please do not state in your motion that you did not get a response.

**M. Jared Littman**
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
(202) 451-7478 (cell)
Jared.Littman2@usdoj.gov

---

**From:** Corene Kendrick <ckendrick@aclu.org>
**Sent:** Monday, August 17, 2026 4:41 PM
**To:** Littman, Jared (CIV) <Jared.Littman2@usdoj.gov>; Layendecker, Elizabeth B (CIV) <Elizabeth.B.Layendecker@usdoj.gov>; Yun, Alex (CIV) <Alex.Yun@usdoj.gov>; Bombard, Robert (CIV) <Robert.Bombard2@usdoj.gov>
**Cc:** Li Nowlin-Sohl <lnowlin-sohl@aclu.org>; Leslie Cooper <LCOOPER@aclu.org>; ashah@acludc.org; External - Michael Perloff <MPerloff@acludc.org>; Shawn Meerkamper <shawn@transgenderlawcenter.org>
**Subject:** [EXTERNAL] RE: Kingdom v Trump - Defendants position on motion for renewal

Hi Jared,
Welcome back from your vacation. I'm just re-upping this email in your inbox to get Defendants' position on Plaintiffs' motion to renew. If you can't get back to me by close of business today, please let me know by noon Eastern tomorrow what your position is. If I don't hear back, I'll just say in the motion that we didn't get a response.

Thanks,
Corene

---

**From:** Corene Kendrick
**Sent:** Thursday, August 13, 2026 10:48 AM
**To:** Littman, Jared (CIV) <jared.littman2@usdoj.gov>; Layendecker, Elizabeth B (CIV) <elizabeth.b.layendecker@usdoj.gov>; Yun, Alex (CIV) <alex.yun@usdoj.gov>; 'robert.bombard2@usdoj.gov' <robert.bombard2@usdoj.gov>
**Cc:** Li Nowlin-Sohl <lnowlin-sohl@aclu.org>; Leslie Cooper <LCOOPER@aclu.org>; ashah@acludc.org; External - Michael Perloff <MPerloff@acludc.org>; Shawn Meerkamper <shawn@transgenderlawcenter.org>
**Subject:** Kingdom v Trump - Defendants position on motion for renewal

Dear Jared, Brooke, Alex, and Robert,

We plan to file a motion with the Court to renew the operative preliminary injunction (Doc. 215) for another 90 days to run from September 15. Please let me know Defendants' position on this motion by close of business Monday so that we can report it to the Court pursuant to Local Rule 7(m).

Thanks,
Corene

Corene Kendrick
Deputy Director
ACLU National Prison Project
425 California St., Ste. 700
San Francisco, CA 94104
ckendrick@aclu.org