**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

ALISHEA KINGDOM, et al.,

Plaintiffs,

v.

DONALD J. TRUMP, et al.,

Defendants.

No. 1:25-cv-00691 (RCL)

**PLAINTIFFS' MOTION TO HOLD DISCOVERY SCHEDULING ORDER (ECF 163) DEADLINES IN ABEYANCE**

Plaintiffs respectfully move this Court to hold the deadlines outlined in its April 3, 2026 scheduling order, ECF No. 163 ("Scheduling Order"), in abeyance. Plaintiffs consulted with Counsel for Defendants on their position on this motion pursuant to Local Rule 7(m), and Defendants stated that they do not oppose.

Following the Court's initial preliminary injunction issued in this matter on June 3, 2025, Plaintiffs moved for discovery, which Defendants opposed. On February 19, 2026, the Court granted Plaintiffs' motion, permitting discovery on Plaintiffs' APA and constitutional claims because Defendants failed to produce an administrative record for the Implementing Memoranda. ECF 123. The parties subsequently submitted dueling proposed discovery schedules. ECF 141 (Defendants' proposal); ECF 144 (Plaintiffs' proposal). On April 3, 2026, the Court issued the Scheduling Order, mandating that written discovery requests be served no later than June 22, 2026 and responded to by July 23, 2026, and that all non-expert depositions and fact discovery be completed by September 21, 2026.

On April 21, 2026, Plaintiffs' counsel served Defendants with written discovery requests—three interrogatories and nine requests for production—regarding the Executive Order

and the Implementing Memoranda. On April 29, 2026, Plaintiffs filed a motion for leave to file a supplemental complaint, ECF 178, and a motion for an updated preliminary injunction, ECF No. 179, to encompass the Program Statement. On May 13, 2026, Defendants filed a motion for summary judgment, and on May 14, 2026, seven days before Defendants' responses to Plaintiffs' written discovery requests were due, Defendants moved to stay discovery pending disposition of their summary judgment motion or, in the alternative, seeking an extension of time to respond. ECF 190. Plaintiffs opposed Defendants' motion for summary judgment and motion to stay discovery. ECF 218, 219. These motions remain pending.

Plaintiffs have also filed a Motion for Discovery Regarding Program Statement 5260.01. ECF 235, to which Defendants have filed an opposition, ECF 241, and Plaintiffs' reply is due on August 28, 2026. On August 20, 2026, Plaintiffs filed a motion to renew the preliminary injunction. ECF No. 240. Defendants do not intend to respond beyond what is in the motion, and so that motion is also ripe. ECF No. 240-1 at 2.

To date, Defendants have not submitted any responses to any of Plaintiffs' written discovery requests or produced any discovery. They also have stated that they do not plan to produce any responses or discovery while their motion to stay discovery and motion for summary judgment remain pending. Plaintiffs have filed a motion to compel the discovery that Defendants have been ordered by the Court to provide, ECF No. 243, and file the present motion to hold the deadlines in abeyance pending the outcome of Plaintiffs' pending motion for discovery on the Program Statement, motion to compel responses to Plaintiffs' outstanding discovery requests, and Defendants' motion to stay discovery.

Defendants' refusal to respond to Plaintiffs' discovery requests, despite the scheduling order and the fact that their motion for a stay has not been decided or granted, has rendered the

September 21 deadline for completion of non-expert depositions and fact discovery unworkable. Defendants are unlikely to produce any discovery by the September 21 deadline, let alone with enough time for depositions to occur prior to that date. In addition, if Plaintiffs' motion for discovery related to the Program Statement is granted, it will necessarily affect the other deadlines contained in the April 3, 2026, Scheduling Order, including, among other things, the expert disclosure deadlines. For the sake of efficiency, Plaintiffs request that the schedule for the discovery already granted related to the Executive Order and the Implementing Memoranda be consolidated with any discovery that might be granted related to the Program Statement. Accordingly, Plaintiffs request that all of the forthcoming deadlines in the Scheduling Order (starting with the September 21 deadline and onward) be held in abeyance until Defendants' pending Motion to Stay Discovery, Plaintiffs' Motion to Compel Discovery, and Plaintiffs' pending Motion for Discovery Regarding Program Statement 5260.01 are decided.

**A. CONCLUSION**

For the reasons stated herein, Plaintiffs respectfully request that the Court grant this motion and hold the forthcoming discovery deadlines starting with the September 21 deadline and onward in ECF No. 163 in abeyance. A proposed order is attached.

Dated: August 27, 2026

Respectfully submitted,

/s/ Li Nowlin-Sohl

Li Nowlin-Sohl (*pro hac vice*)
Leslie Cooper (*pro hac vice*)
Shana Knizhnik, DDC Bar ID 120840
James D. Esseks (*pro hac vice*)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
Tel: 212-549-2500
lnowlin-sohl@aclu.org

Aditi Shah, D.C. Bar No. 90033136
Michael Perloff, D.C. Bar No. 1601047
ACLU FOUNDATION OF THE DISTRICT OF COLUMBIA
529 14th Street NW, Suite 420
Washington, D.C. 20045
Tel: 202-457-0800
ashah@acludc.org
mperloff@acludc.org

lcooper@aclu.org
sknizhnik@aclu.org
jesseks@aclu.org

Corene T. Kendrick (*pro hac vice*)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
425 California St., Ste. 700
San Francisco, CA 94104
Tel: 202-393-4930
ckendrick@aclu.org

David C. Fathi (*pro hac vice*) *
Maria V. Morris, D.C. Bar. No. 1697904
Elisa C. Epstein (*pro hac vice*) *
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
915 15th Street, N.W.
Washington, D.C. 20005
Tel: 202-393-4930
dfathi@aclu.org
mmorris@aclu.org
eepstein@aclu.org
**Not admitted in D.C.; practice limited to federal courts.*

Shawn Thomas Meerkamper (*pro hac vice*)
Megan Z. F. Noor (*pro hac vice*)
Dale Melchert (*pro hac vice*)
TRANSGENDER LAW CENTER
P.O. Box 70976
Oakland, CA 94612
Tel: 510-587-9696
shawn@transgenderlawcenter.org
megan@transgenderlawcenter.org
dale@transgenderlawcenter.org

Lynly S. Egyes (*pro hac vice*)
TRANSGENDER LAW CENTER
594 Dean Street, Suite 11
Brooklyn, NY 11238
Tel: 510-587-9696
lynly@transgenderlawcenter.org

*Counsel for Plaintiff Class*