**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ALISHEA KINGDOM, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>Defendants. | Civ. A. No. 25-691 (RCL) |

**[PROPOSED] ORDER**

Upon consideration of Plaintiffs' Motion to Compel Responses and Productions to Discovery Requests, and Defendants' response thereto, it is hereby **ORDERED** that:

Plaintiffs' motion is **DENIED**.

DATED:

__________________________
Royce C. Lamberth
United States District Judge