**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**ALISHEA KINGDOM**, *et al.*,

*Plaintiffs*,

**v.**

**DONALD TRUMP**, *et al.*,

*Defendants.*

**Case No. 1:25-cv-691-RCL**

# ORDER

This order pertains to two outstanding requests for leave to file pending on the docket for this case. *See* ECF Nos. 255, 259. Since the date of the Court's last order addressing several previous requests to file, ECF No. 253, the Court has received two additional letters. As the writer of these letters purports to be an absent class member, and the letters express serious concerns including difficulty in reaching plaintiffs' counsel, the Court deems it prudent to take the same steps for these requests as for the prior letters.

Therefore, for the reasons stated in the Court's September 3, 2026 order, ECF No. 253, it is hereby

**ORDERED** that leave to file is **DENIED** for ECF Nos. 255 and 259. It is further

**ORDERED** that the Clerk is to provide copies of the documents associated with the above ECF numbers to lead counsel for both parties. It is further

**ORDERED** that class counsel shall meet and confer with counsel for Defendants and shall propose redacted copies of these documents for the public record. It is further

**ORDERED** that class counsel shall, after reviewing the above-named documents,, file any such motions on behalf of the class as counsel deems appropriate, if any. If class counsel reviews

a document that requests court action and decides that no action is necessary, class counsel shall inform both the Court and the writer of the document that class counsel is declining to represent them on their requested motion. It is further

**ORDERED** that the parties include the status of their response to these two letters in their October 5, 2026 Joint Status Report.

**IT IS SO ORDERED.**

Date: 9-24-26

Royce C. Lamberth
Royce C. Lamberth
United States District Judge