**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

ALISHEA KINGDOM, et al.,

Plaintiffs,

v.

DONALD J. TRUMP, et al.,

Defendants.

Case No. 1:25-cv-00691-RCL

**JOINT STATUS REPORT**

Pursuant to the Court's September 8, 2026 Order (the "Order"), the parties hereby submit this Joint Status Report to update the Court about their progress on proposed redactions to documents submitted to the Court docket, class counsel's outreach to the writers of said documents, and class counsel's efforts to address the concerns described in said documents.

**I. Redaction of Documents**

Class counsel completed proposed redactions on 20 documents. For the remaining 8 documents, class counsel did not propose redactions because their filers verbally informed class counsel that they did not want any redactions applied. Defendants have no objections to class counsels' proposed redactions and have no additional redactions to propose.

Class counsel mailed to all filers a consent form via which filers can indicate if they wish that certain information, or all information, remain unredacted.

Class counsel anticipate filing their proposed redacted copies of the filed documents within one week of this filing, which will enable sufficient time to ensure that proposed redactions are

uniformly applied and that class counsel can honor the wishes of filers who hope to leave some or all of their filings unredacted.

## II. Class Counsel's Outreach to Document Writers

Class counsel have spoken by phone with the filers of ECF Nos. 97, 99, 106, 110, 112, 145, 147, 148, 149, 150, 158, 165, 175, 184, 197, 206, 211, 212, 214, 220, 232, 233, 234, 248, 249, 250, 251, 252, 255, and 259 to discuss the issues described in their filings.

Of these, class counsel have been working diligently to address the issues raised by class members concerning compliance with this Court's preliminary injunction. It is the understanding of class counsel that the issues described in ECF Nos. 97 and 99 have been resolved. Class counsel believe that the issues described in ECF Nos. 211 and 212 may have been resolved, and class counsel have sent a letter to the filers requesting that they write to class counsel directly if their issue has not been resolved. Class counsel have also sent a letter to the filer of ECF No. 185 providing the contact information for class counsel as requested. The filer of ECF Nos. 106, 147, 232, and 234 is awaiting an imminent transfer to another BOP facility, and class counsel will remain in contact with the filer after the transfer to follow up on the issues described in their filings. Following conversations with the filers, class counsel have raised issues described by the filers of ECF Nos. 145, 150, 158, 165, 184, 197, 206, 220, 233, 248, 249, 250, 251, 255, and 259 with Defendants' counsel and are working to address them. Since the Court's September 8 Order, class counsel have made attempts by phone and email to schedule legal phone calls with the filers of ECF Nos. 169, 177, 183, and 196, but have not yet been able to speak with them.

Several documents were filed by individuals who are not class members: ECF Nos. 77, 98, 100, 159, 230, and 252. The filers of ECF Nos. 77, 100, and 159 are no longer in BOP custody, and thus are no longer class members. The filers of ECF Nos. 98 and 230 are incarcerated in state

correctional facilities, and class counsel have sent or will send each of them a letter informing them that they are not members of the class for that reason. Class counsel have also determined after speaking with the filer of ECF No. 252 that that individual is also not a class member, and class counsel have sent them a letter informing them of that fact.

Several documents filed by class members reference issues which class counsel have determined do not fall within the scope of this case or this Court's orders, and for which class counsel therefore do not represent the class member. Class counsel have informed the filers of ECF Nos. 106, 110, 112, 145, 147, 158, 165, 169, 175, 184, 197, 211, 212, 214, 232, 234, 251, and 259 via phone conversation and/or via legal mail that certain issues they described in their filings do not fall within the scope of this case, and therefore class counsel do not represent them in those matters.

Class counsel take seriously their representation of the *Kingdom* class. ECF Nos. 184, 196, 206, and 212 may be construed as raising concerns about the adequacy of class counsel's representation. Class counsel have spoken with the filer of ECF Nos. 184 and 206 and have addressed their concerns regarding class counsel's representation. Class counsel also spoke with the filer of ECF No. 212 shortly after that filing was made; class counsel were in the process of attempting to resolve the issues described in that filing with Defendants' counsel when Defendants' counsel sent class counsel a declaration from the filer stating that the filer no longer wanted assistance from class counsel and that their issue had been resolved. Class counsel sent a letter to the filer providing them with the contact information for class counsel should the filer require additional assistance. Class counsel have been working to arrange a legal call with the filer of ECF No. 196, but as of filing have not yet been able to speak with them.

**III. Motions Relating to Documents Filed**

Class counsel have identified a number of trends of similar issues described by class members in the documents filed with the Court and through class counsel's own outreach, which class counsel believe may be remedied through orders by the Court. Class counsel are working to gather additional information from class members and prepare motions regarding these issues, and will submit these to the Court in the coming weeks.

Dated: October 5, 2026

BRETT A. SHUMATE
Assistant Attorney General

MARIANNE F. KIES
Assistant Branch Director

/s/ *Elizabeth B. Layendecker (with permission)*
ELIZABETH B. LAYENDECKER
M. JARED LITTMAN
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington D.C. 20005
Jared.littman2@usdoj.gov

*Counsel for Defendants*

Respectfully Submitted,

/s/ *Shawn Thomas Meerkamper*
Shawn Thomas Meerkamper (*pro hac vice*)
Megan Z. F. Noor (*pro hac vice*)
Dale Melchert (*pro hac vice*)
TRANSGENDER LAW CENTER
P.O. Box 70976
Oakland, CA 94612
Tel: 510-587-9696
shawn@transgenderlawcenter.org
megan@transgenderlawcenter.org
dale@transgenderlawcenter.org

Lynly S. Egyes (*pro hac vice*)
TRANSGENDER LAW CENTER
594 Dean Street, Suite 11
Brooklyn, NY 11238
Tel: 510-587-9696
lynly@transgenderlawcenter.org

Aditi Shah, D.C. Bar No. 90033136
Michael Perloff, D.C. Bar No. 1601047
ACLU FOUNDATION OF THE DISTRICT OF COLUMBIA
529 14th Street NW, Suite 420
Washington, D.C. 20045
Tel: 202-457-0800
ashah@acludc.org
mperloff@acludc.org

Li Nowlin-Sohl (*pro hac vice*)
Leslie Cooper (*pro hac vice*)
Shana Knizhnik, DDC Bar ID 120840
James D. Esseks (*pro hac vice*)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
Tel: 212-549-2500
lnowlin-sohl@aclu.org
lcooper@aclu.org
sknizhnik@aclu.org
jesseks@aclu.org

Corene T. Kendrick (*pro hac vice*)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
425 California St., Ste. 700
San Francisco, CA 94104
Tel: 202-393-4930
ckendrick@aclu.org

David C. Fathi (*pro hac vice*) *
Maria V. Morris, D.C. Bar. No. 1697904
Elisa C. Epstein (*pro hac vice*) *
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
915 15th Street, N.W.
Washington, D.C. 20005
Tel: 202-393-4930
dfathi@aclu.org
mmorris@aclu.org
eepstein@aclu.org
**Not admitted in D.C.; practice limited to federal courts.*

*Counsel for Plaintiff Class*