**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ALISHEA KINGDOM, et al.<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD TRUMP, et al.<br><br>*Defendants*. | Case No. 1:25-cv-00691 |

**WITHDRAWAL OF APPEARANCE**

Please withdraw the appearance of Elisa Epstein as co-counsel for Plaintiffs in the above-captioned matter. Ms. Epstein is leaving her position at the American Civil Liberties Union Foundation ("ACLU").

Plaintiffs will continue to be represented by Lynly Egyes, Dale Melchert, Shawn Meerkemper, and Megan Noor for Transgender Law Center; David Fathi, Corene Kendrick, Maria Morris, Li Nowlin-Sohl, Leslie Cooper, Shana Knizhnik, and James Esseks for the ACLU; and Michael Perloff and Aditi Shah for the ACLU of the District of Columbia.

Dated: October 6, 2026

Respectfully submitted,

/s/ *Elisa Epstein*
Elisa Epstein (Ill. Bar No. 6349195)
American Civil Liberties Union Foundation
National Prison Project
915 15th Street, NW, Suite 700
Washington, DC 20005
202-393-4930
eepstein@aclu.org