**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **ALISHEA KINGDOM**, *et al.*,<br><br>*Plaintiffs,*<br><br>v.<br><br>**DONALD TRUMP**, *et al.*,<br><br>*Defendants.* | **Case No. 1:25-cv-691-RCL** |

**ORDER**

The Court wishes to express its very sincere appreciation to all counsel for all parties on both sides for their efforts as shown in the Joint Status Report filed on October 5, 2026. The Court is very impressed by counsel's diligence in addressing the issues that were raised directly with the Court by individual members of the class and others. The Court will look forward to the filing of the redacted documents on the public docket, as well as the filing of any subsequent motions. It is hereby

**ORDERED** that the parties submit a second Joint Status Report within 30 days of this order, providing any updates on the parties' communications and filings pursuant to the Court's September 8 Order.

**IT IS SO ORDERED.**

Date: 10-6-26

Royce C. Lamberth
United States District Judge