**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ALISHEA KINGDOM, et al.,<br>Plaintiffs,<br>v.<br>DONALD J. TRUMP, et al.,<br>Defendants. | Case No. 1:25-cv-00691-RCL |

**PLAINTIFFS' FURTHER STATUS REPORT**

Pursuant to the Court's Orders of September 8, 2026, ECF No. 253, and September 28, 2026, ECF No. 260, Plaintiffs hereby submit proposed redacted copies of ECF Nos. 77, 159, 169, 175, 177, 183, 196, 185, 211, 212, and 248. Defendants have no objections to class counsels' proposed redactions and have no additional redactions to propose.

Class counsel also submit ECF Nos. 158, 165, 184, 197, 206, 214, 220, 230, 232, 233, 234, 249, 250, 251, 252, 255, and 259 without redactions, because the filers of those documents explicitly requested that their documents be filed unredacted. While some class member filings are styled as motions or declarations, leading to the inference that those filers intended their filings to be public, to err on the side of caution, class counsel have left documents unredacted only where filers clearly expressed that request to class counsel.

In the absence of explicit instructions, class counsel have applied redactions with the sole purpose of removing class members' identifying information. Therefore, class counsel have redacted filers' names and BOP register numbers as well as other information that could lead to discovery of filers' identities, including, for example, the BOP facilities at which filers have been

incarcerated and the names of BOP staff who work at those facilities. Because the initial filings include filers' names on the public docket, class counsel have also redacted the initial ECF number and the filing date, and class counsel have randomized the order in which the redacted filings are attached. The attachments are as follows:

| Attachment | Original ECF No. | Class Member |
|---|---|---|
| **A** | 158 | Filing of Melissa Spiker |
| **B** | 165 | Filing of Marrissa Hunt |
| **C** | 184 | Filing of Marrissa Hunt |
| **D** | 197 | Filing of Marrissa Hunt |
| **E** | 206 | Filing of Marrissa Hunt |
| **F** | 214 | Filing of Yanna Nash |
| **G** | 220 | Filing of Marrissa Hunt |
| **H** | 230 | Filing of Linda Mai Lee |
| **I** | 232 | Filing of Fendii G. Skyy |
| **J** | 233 | Filing of Marrissa Hunt |
| **K** | 234 | Filing of Fendii G. Skyy |
| **L** | 249 | Filing of Samantha Kimber |
| **M** | 250 | Filing of Samantha Kimber |
| **N** | 251 | Filing of Melissa Spiker |
| **O** | 252 | Filing of Carmen Gricco |
| **P** | 255 | Filing of Melissa Spiker |
| **Q** | 259 | Filing of Melissa Spiker |
| **R** | Redacted | Redacted Filing |
| **S** | Redacted | Redacted Filing |
| **T** | Redacted | Redacted Filing |
| **U** | Redacted | Redacted Filing |
| **V** | Redacted | Redacted Filing |
| **W** | Redacted | Redacted Filing |
| **X** | Redacted | Redacted Filing |
| **Y** | Redacted | Redacted Filing |
| **Z** | Redacted | Redacted Filing |
| **AA** | Redacted | Redacted Filing |
| **BB** | Redacted | Redacted Filing |

Per the Court's Order of October 6, 2026, ECF No. 265, Plaintiffs look forward to providing the Court with further updates on or before November 5, 2026.

Dated: October 12, 2026

Respectfully Submitted,

/s/ *Shawn Thomas Meerkamper*

Shawn Thomas Meerkamper (*pro hac vice*)
Megan Z. F. Noor (*pro hac vice*)
Dale Melchert (*pro hac vice*)
TRANSGENDER LAW CENTER
P.O. Box 70976
Oakland, CA 94612
Tel: 510-587-9696
shawn@transgenderlawcenter.org
megan@transgenderlawcenter.org
dale@transgenderlawcenter.org

Lynly S. Egyes (*pro hac vice*)
TRANSGENDER LAW CENTER
594 Dean Street, Suite 11
Brooklyn, NY 11238
Tel: 510-587-9696
lynly@transgenderlawcenter.org

Li Nowlin-Sohl (*pro hac vice*)
Leslie Cooper (*pro hac vice*)
Shana Knizhnik, DDC Bar ID 120840
James D. Esseks (*pro hac vice*)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
Tel: 212-549-2500
lnowlin-sohl@aclu.org
lcooper@aclu.org
sknizhnik@aclu.org
jesseks@aclu.org

Aditi Shah, D.C. Bar No. 90033136
Michael Perloff, D.C. Bar No. 1601047
ACLU FOUNDATION OF THE DISTRICT
OF COLUMBIA
529 14th Street NW, Suite 420
Washington, D.C. 20045
Tel: 202-457-0800
ashah@acludc.org
mperloff@acludc.org

Corene T. Kendrick (*pro hac vice*)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
425 California St., Ste. 700
San Francisco, CA 94104
Tel: 202-393-4930
ckendrick@aclu.org

David C. Fathi (*pro hac vice*) *
Maria V. Morris, D.C. Bar. No. 1697904
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
915 15th Street, N.W.
Washington, D.C. 20005
Tel: 202-393-4930
dfathi@aclu.org
mmorris@aclu.org
**Not admitted in D.C.; practice limited to federal courts.*

*Counsel for Plaintiff Class*