**ATTACHMENT G**

MARRISSA HUNT #20092-097
Kingdom v. Trump, No. 25-cv-691-RCL

This is my 8th letter sent to you from Canaan 6-10-2026

Dear Hon. Judge R.C. Lamberth,

This is my 8th and final letter to you. I receive no response from this Court. It's not clear this Court is even receiving my letters, as their has been no change.

I am the only Transgender at Canaan-USP!

I have not received any;

1. Social Accomodations
or
2. Gender Affirming Care

Since I've been at Canaan-USP. This Court's Court Orders are being ignored.

Marrissa Hunt

RECEIVED
Mailroom
JUN 18 2026
Angela D. Caesar, Clerk of Clerk
U.S. District Court, District of Columbia

MARRISSA HUNT #70092-097
Kingdom v. Trump #25-CV-691-RCL Pg #1 of 3
This the 9th letter sent from Canaan 6-10-2026

Dear Hon. Judge R.C. Lamberth,

Just when I think things couldn't get any wilder in this Kingdom case It just did!

Today about 9:00 A.M. Chief Psychologist Norcross came to my cell in the SHU-B-140 and told me she had some Bad News to deliver me. She said that the Medical Doctor MR. Friedman (From Tallahassee-FCI) who diagnosed me, and entered a Medical code into the BEMR system for my Medical records, that diagnosed me with Gender Dysphoria didn't know what he was doing and (she) had to clean it up.

Ms. Norcross went on to inform me that she contacted the Northeast Regional Medical Doctor and informed (them) that DR. Friedman wasn't qualified to diagnose me with "Gender Dysphoria" and that I shouldn't receive "Gender Affirming Care" (she) further informed me that the Regional Doctor told her I would not be prescribed "GAC" until Psychology (Norcross) diagnosed me with "[redacted]" "G D"

Note: A little background. When I got to Canaan-USP Nurse Keelen refused to prescribe me hormones "GAC" because he said he had a religious-exemption from providing Transgenders with GAC. I then filed Administrative Remedy #1280231-F1 against Nurse Keelen for Discrimination among other complaints. Prior to coming to

Canaan-USP I was at McCreary-USP. The Medical Dept. at McCreary-USP never used any religious-exemption to not treat my Gender Dysphoria, as well, the Psychology Dept. at McCreary-USP never challenged my previous Medical Doctor MR. Friedman medical diagnoses of me for "Gender Dysphoria".

Ms. Norcross went on to state that only Psychology/Psychologists should diagnose "GD". I then asked Ms. Norcross to allow me to respond. I then informed Ms. Norcross that at Tallahassee-FDC it was the Chief Psychologist DR. Rogers over that Prison, who in-conjunction with Medical Doctor MR. Friedman diagnosed me with "GD" and entered the necassary code in my medical file that alerted everyone (BOP staff) I was a Transgender and suffered from "GD". Ms. Norcross stated she wasn't satisfied with "Dr. Friedman's" response, and she was going to bring me some question-ares to fill out and she would give me a diagnose from Psychology perspective.

The discussion became heated. I inform Ms. Norcross that I never "Consented" to (her) being aware of my Medical Records, nor did I ever asked her to contact the Regional Medical Doctor inregards to my Medical diagnose of GD, and I never asked Ms. Norcross to re-assess my GD from a Psychological-perspective. I further informed Ms. Norcross that my GD was not a Mental Health issue, but rather a Genetic-Trait thats brought about

MARRISSA HUNT # 70092-097



during my genetic-transformation.

Ms. Norcross told me that I got some Liberal-democrat doctor to diagnose me but it wasn't gonna fly in Canaan-USP and she personally talked to the Regional Doctor who agrees with her.

I tried a different approach. I asked Ms. Norcross how is it that she been advocating for me to receive some panties and bra's without a Psychological-eval. but I can't get her support to advocate for me hormone treatment and other GAC treatment until I have a Psych-eval.

Ms. Norcross then told me I wasn't getting nothing

It's clear that the BOP staff at Canaan-USP are not going to follow this Court orders to provide "GAC" or "SA" (Social Accomo.) and their now embarking on a course to undermine a prior MD's (Friedman) orders

I need direct help from this Court!

Marrissa Hunt

**ATTACHMENT H**

RECEIVED
MAILROOM
JUN 29 2026
Angela D. Caesar, Clerk
U.S. District & Bankruptcy Courts
for the District of Columbia

#1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ALISHEA KINGDOM ET AL — CASE NO. 1:25-CV-691 (RCL)

VS

DONALD TRUMP ET AL — DATE: JUNE 18TH 2026

## MOTION TO JOIN THE CLASS

I, LINDA MAI LEE, RESPECTFULLY REQUEST THIS HONORABLE COURT ALLOW ME TO JOIN THE CLASS ACTION CLAIM IN THE ABOVE CAPTIONED CASE. THE FOLLOWING IS OFFERED IN SUPPORT OF GRANTING THIS MOTION:

1) I AM A TRANSFEMALE, STATE PRISONER, WHO IS NOW SERVING MY LIFE WITHOUT PAROLE SENTENCE IN THE DELAWARE STATE DEPT OF CORR DUE TO AN INTERSTATE COMPACT AGREEMENT WITH MY HOME STATE OF CONNECTICUT.

2) FROM JANUARY 6TH 2026 THRU MARCH 11TH 2026 I WAS IN 5 FEDERAL CORRECTIONAL FACILITIES DURING WHICH I WAS DIRECTLY, AND NEGITIVELY, AFFECTED BY DONALD TRUMP'S ANTI-TRANS EXECUTIVE ORDER, FOUR OF THE FIVE FACILITIES REFUSED TO FOLLOW THE "TRO" THAT WAS IN PLACE DURING THIS TIME AND AS A RESULT CAUSED ME SIGNIFIGANT DAMAGE THAT NOW HAS CARRIED OVER TO THE STATE DEDOC SYSTEM.

## HISTORY OF RELATED EVENTS

3) MY HISTORY OF RELATED EVENTS BEGIN IN THE STATE OF PENNSYLVANIA. DUE TO LITIGATION I WAS THROWN OUT OF THE STATE OF CT AND ENDED UP IN THE

PADOC, IN 2016, DUE TO AN INTERSTATE COMPACT AGREEMENT. IN JANUARY 2018 I OPENLY IDENTIFIED AS TRANSFEMALE WHICH SAVED MY LIFE. DUE TO UNTRAINED/ANTI-TRANS STAFF I WAS DENIED GENDER EXPRESSION (RLE) AND VARIOUS (SRS) TREATMENTS; HEAD HAIR REPLACEMENT, FACE/BODY HAIR REMOVAL, AND PROPER (HRT) MEDS. AS A RESULT "HAYES V ZAKEN 20-1136" WAS FILED IN NOVEMBER 2020, IN THE WESTERN DIST OF PA, AND SETTLED IN DECEMBER 2020 IN COMBINATION WITH ANOTHER CIVIL ACTION. AS PART OF THE SETTLEMENT I DID RECIEVED SOME (RLE) AND I WAS STILL DENIED ALL OTHER TREATMENT. THIS GAVE RISE TO "MS. S. HAYES V HOUSER" NOW "LEE V HOUSER 4:22-CV-1939". SHORTLY AFTER FILING THE PA DOC ENDED THE INTERSTATE COMPACT, TO AVOID INJUNCTIVE RELIEF/CLASS ACTION CLAIMS, IN MARCH 2023.

4) IT WAS HERE I 1ST ENTERED THE FEDERAL SYSTEM. WHILE @ GRADY FDC OKLAHOMA, I WAS IN GEN POP WITH SOME (RLE). THEN I WENT TO S.N.C.C. IN PARUMPH NEVADA WHERE I WAS IN GEN POP WITH SOME (RLE), THIS WAS PRE TRUMP.

5) IN APRIL 2023 I ENTERED THE OREGON DEPT OF CORR DUE TO THE INTERSTATE COMPACT. I ENDED UP @ OREGON STATE PENITENTIARY (OSP), WHILE @ (OSP) I HAD GENDER EXPRESSION (RLE) ABOVE + BEYOND ALL I HOPED FOR. FULL ARRAY OF MAKE UP AVAILABLE; VARIOUS STYLES/BRANDS OF BRAS/PANTIES TO INCLUDE VICTORIA SECRET; BODY SUITS, TIGHTS, PANTYHOSE, LEGGINS; VARIOUS COLOS, PATTERNS, STYLES OF FEMALE SOCKS; JEWELRY TO INCLUDE FAKE DIAMOND NECKLACES/WEDDING RINGS. I WORE FEMALE JEANS/SHIRTS AND A PINK-PURPLE BALL CAP TO CONCEAL EXTREME PATTERN BALDNESS.

I WAS APPROVED FOR HAIR RESTORATION BUT LEARNED I WOULD NOT OBTAIN FULL COVERAGE TO THE PA DENIAL/DELAY OF TREATMENT, BREAST AGUMENTATION TO CORRECT POOR BREAST DEVELOPEMENT DUE TO IMPROPER (HRT) MEDS IN PA. MY (HRT) MEDS WERE PROPERLY ADJUSTED AND I LEGALLY CHANGED MY NAME TO LINDA MAI LEE IN JANUARY 2024.

Solely Due To Proper Gender Affirming Care I Had No Suicide Ideation, Extremely Low Gender Dysphoria For 2½ Years. In August of 2026 my Gender Expression (RLE) Came under Attack, An Untrained/Anti-Trans PREA Capt And Warden Fuhurer Were Attempting to implement A Dress code. I Was Told Unofficially it Would Not Affect The Trans Girls @ OSP. However I Went To The OSP Deputy of Security And Learned Most Likly it Would Apply To Me And The Other Trans Girls Due To All Gender Expression Items, Except make up, Was Contraband, Allowed But Not Confiscated, And Without Policy Would Be in Jepordy, So I Filed "Lee V Fuhurer 6:25-cv-1134" To Have ORDOC Adopt A Real Life Experience in A Prison Setting Policy, I Drafted myself. My Claim Was Simple, Same As in PA Doc - Untrained/PREA Staff Have No Authority over Med/mental Health Trans-Health Care, Also ORDOC/OSP Actually Created The Very Policy I Drafted By Default, Allowing me To Possess And Openly Wear The Contraband Items For 2½ Years And Other Trans-Girls Going Back 20 Years, This Pissed off The Untrained/Anti-Trans PREA Capt And in September 2025 I Recieved 2 Retailatory/Weaponized Write up. As A Result "Lee V Fuhurer" Was Amended To include Several Class Action Claims in December 2025 And On January 6th 2026 The ORDoc Ended The Interstate Compact To Avoid Injunctive Relief, As PA Doc Did.

6) On January 6th 2026 I Entered The Federal System For The 2nd Time, This Time Donald Trump's Anti-Trans Exectutive Order Had Been in Place And The "TRO of Kingdom v Trump" Was Also in Effect.

A) I Started @ FDC Sheridan in Oregon. I Lost my Legal Name Change And I Was Committed Under my Dead Name, I Was Denied Safe/Private Showers And I Was Forced To Shower With males Who Viewed my Exposed Female Breasts. I Had No (RLE) And I Was Forced To Expose my Bald Head. I Was Forced To Present As A male.

B) On Approximately 2-26-26 I Was Transferred out of FDC Sheridan.

I WAS DRESSED BACK INTO MY FEMALE CLOTHING, JEANS - SHIRT - BRA - PANTIES SNEAKERS AND SOCKS, I WAS PUT ON A PLANE AND SPENT ONE NIGHT @ USP VICKERSVILLE IN CALIFORNIA, WHILE @ VICKERSVILLE I WAS PUT IN AD-SEG NAKED FOR 3 HRS THEN MOVED TO A CELL @ 1AM. THE NEXT MORNING I WAS NOT ALLOWED TO REDRESS IN MY FEMALE CLOTHING BEING TOLD "THERE IS NO SUCH THING AS TRANSFEMALES" AND ALL MY CLOTHING WAS THROWN AWAY, TO INCLUDE MY SNEAKERS.

C) ON 2-27-26 I ENDED BACK IN FDC GRADY OKLAHOMA. I ARRIVED @ GRADY APPROX 12:30PM. I WAS PULLED OUT OF THE GROUP AND PLACED BY MYSELF IN ISOLATION WHERE I WAS DENIED FOOD AND BATHROOM, I STAYED IN ISOLATION UNTIL 2AM (14 HRS) AND WAS PUT IN AN AD-SEG CELL WHERE I HAD TO CLEAN UP RAW SEWAGE IN THE CELL, I TOLD STAFF LAST TIME I WAS @ GRADY I WAS IN GEN POP, I WAS TOLD "NOT ANY MORE, THIS IS WHERE TRANNIES GO" AND LEFT IN AD-SEG. @ 10:30 AM ON THE 28TH I ATTEMPTED SUICIDE BY CUTTING UP, I WAS PUT ON SUICIDE WATCH, ON A FLOOR, NO MATTRESS, FOR 3 DAYS. I CUT UP TWICE MORE AND WROTE "NO MORE PUNISHMENT" IN BLOOD ON THE DOOR, WHEN I WAS RELEASED I WENT BACK TO AD-SEG WHERE I WAS FORCED TO STAND BAREFOOT IN 2 INCHES OF RAW SEWAGE FOR 5½ HOURS AND EAT IN THE CELL, I SPENT 15 TOTAL HOURS MOPPING UP THE SEWAGE WITH A WASH CLOTH, ON 3-9-26 I LEFT GRADY.

D) ON 3-9-26 I ENDED UP @ USP LEWISBURG IN PENNSYLVANIA. I HAD A FULL BEARD, HAIR ON MY BREAST/BODY AND I WAS FORCED TO CELL UP WITH A MALE. THE CELL WAS @ LEAST 110° DUE TO A MASSIVE STEAM PIPE IN THE CELL, ON 3-10-26 I LEFT LEWISBURG.

E) ON 3-10-26 I ENDED UP @ FDC PHILADELPHIA, HERE THEY FOLLOWED THE "TRO", I WAS GIVEN BRA, PANTIES, PUT ON A GEN POP MENTAL HEALTH UNIT AND ALLOWED TO SHAVE MY FACE AND BODY. ON 3-11-26 I LEFT PHILLY.

7) ON 3-11-26 I ENDED IN THE STATE DELAWARE DEPT OF CORR. SADLY THINGS

WENT FROM BAD TO WORSE. THE DEDOC DOES NOT RECOGNIZED GENDER EXPRESSION @ ALL AND PLACED ME IN AD-SEG MAX 5 ISOLATION. FROM 3-11-26 THRU 6-18-26 I HAVE WRITTEN 90 FORMAL E-FILED COMPLAINTS, 43 FORMAL E-FILED GRIEVANCE ON THE DENIAL OF LIFE SAVING GENDER AFFIRMING CARE AND UNJUST AD-SEG POLICY/PLACEMENT. I'VE HAD 2 ADDITIONAL SUICIDE ATTEMPTS AND A 15 DAY NO FOOD/NO LIQUID PROTEST TO END THIS INTERSTATE COMPACT BECAUSE I AM NOT SAFE IN THE DEDOC. ON 4-24-26 I WAS DECLARED MENTALLY UNSTABLE AND ON 6-5-26 "LEE V BECK 1:26-CV-660" WAS FILED AND AMENDED ON 6-12-26.

8) ON 5-29-26 THE PA MIDDLE DISTRICT COURT RULED IN MY FAVOR, DENYING DEFENDANTS MOTION TO DISMISS IN REGARD TO MY GENDER AFFIRMING CARE CLAIMS IN "LEE V HOVER 4:22-CV-1939,

9) DUE TO DONALD TRUMPS ANTI-TRANS EXECUTIVE ORDER I WAS PUT ON THE PATH TO MENTAL STABILITY DECLINE WITH ME BEING HOUSED IN FED CUSTODY @ SHERIDAN, GRADY, VICKINSVILLE AND LEWISBURG. THE DEDOC HAS MADE REFERENCE TO THIS EXECUTIVE ORDER AS A DEFENSE TO MY DENIAL OF CARE. FROM 3-11-26 TO 6-18-26 I AM FORCED TO PRESENT AS A MALE WITH MY DEAD NAME, FULL BEARD, BREAST + BODY HAIR AND NO RLE WHAT-SO-EVER.

10) DUE TO MY TIME IN FED CUSTODY 1-6-26 → 3-11-26 I QUALIFY TO BE A. MEMBER OF THE CLASS. MY FED CUSTODY TREATMENT WAS CLEARLY CONTRAST. PRE TRUMP - POST TRUMP.

RESPECTFULLY SUBMITTED BY

Linda Mai Lee

LINDA MAI LEE #01093205

JTVCC

1181 PADDOCK RD

SMYRNA DE 19977

* A LETTER WAS SENT TO THE TRANSGENDER LAW CENTER IN OAKLAND CA ON 6-17-26 TO REQUEST REPRESENTATION IN THE PA, OR + DE CIVIL ACTION CASES.

I/M: Linda
SBI# 01093205
JTVCC
1181 Paddock Rd
Smyrna DE
19977

Legal Mail

Clerk of the Court
U.S. District Court
333 Constitution Ave. NW
Washington DC
20001

FIRST-CLASS

US POSTAGE
$
ZIP 19977
02 7W
0008036617 J

# ATTACHMENT I

In The United States District Court
For The District of Columbia 1 OF 4

| | |
|---|---|
| Alishea Kingdom, etal.,<br>Plaintiffs<br>V.<br>Donald J. Trump, etal.,<br>Defendants | *URGENT*<br>Case No. 1:25-cv-691-RCL<br>(Exhibit A, photos of Ms. Skyy From June, 2026, attached hereto) |

DECLARATION OF CLASS MEMBER FENDII G. SKYY & REQUEST FOR APPROPRIATE ACTION

I, Oscar Contreras Aguilar (Govt-Name, currently) (Better known As Fendii G. Skyy) ("Ms. Skyy"), Reg#90039053, am a 28-year old trans-woman and member of the Class in the above action (see Exhibit A, June, 2026, Photos of Ms. Skyy).

1) Ms. Skyy is psychologically & Spiritually 100% a woman (Ex. A, attached hereto). But Physically Ms. Skyy is only 50% a woman due to Unfortunate reasons beyond her Control (e.g. such as the blanket denial of gender-affirming surgery, etc--).

2) Ms. Skyy needs more advanced gender-affirming medical treatment beyond low dosages of Estradiol and Spironolactone to adequately Control Ms. Skyy's Severe Gender Dysphoria Symptoms.

RECEIVED
MAILROOM
JUL - 2 2026
Angela D. Caesar, Clerk
U.S. District & Bankruptcy Courts
for the District of Columbia

3) Currently, Ms. Skyy Continues (and has been) Suffering Severe emotional distress and psychological pain due to being denied Further treatment other than mere low dosages of hormone pills which Ms. Skyy has been taking For years now — with no significant results.

4) Currently, Ms. Skyy's Major Depressive Disorder and Gender Dysphoria illnesses are Severely exacerbating and Ms. Skyy is (and has been) Feeling extremely depressed and Contenplating Suicide due to being Unable to Fully transition into a woman.

5) Ms. Skyy is Considering performing Gender-Affirming Surgeries on her body by herself with home made tools. Ms. Skyy is Considering permanently removing her Facial hair by any means necessary including burning it all down From the root with a Flame. Ms. Skyy wants and needs to Fully transition into a woman 100%.

Ms. Skyy has repeatedly Communicated with the Warden of USP Coleman 2, and medical Staff, verbally and thru email, and requested all of the above-mentioned, to no avail. FBOP officials at USP Coleman 2 Continue to ignore/deny Ms. Skyy's medical requests.

6) Ms. Skyy is Suffering irreparable harm and pain due to being denied further Gender-Affirming medical treatment, and being denied her life dream of fully transitioning into a woman.

7) The FBOP is completely denying me further Gender-Affirming Care based on a blanket policy, and without an individualized medical assessment.

8) Ms. Skyy's BOP Psychology records will Show that in her case Gender-Affirming Surgery (such as laser facial hair removal & Vocal Surgery) is clinically indicated, as BOP Psychology staff themselves have reported & Validated Ms. Skyy's severe distress and psychological pain due to the lack of Gender-Affirming Surgery currently within the FBOP.

I declare under penalty of Perjury, pursuant to 28 U.S.C. § 1746, that the Foregoing is true & Correct.

WHEREFORE, Ms. Skyy prays & respectfully urges the Court to intervene and take appropriate action on behalf of Ms. Skyy.

Executed Under penalty of Perjury, pursuant to 28 U.S.C. § 1746.

June 10th, 2026.

Respectfully Submitted,
Signature: Fendi G. Skyy
Name: Oscar Contreras Aguilar
Reg#: 90039-053
USP Coleman 2
P.O. Box 1034
Coleman, FL 33521
Class Member Fendi G. Skyy

Case 1:25-cv-00691-RCL Document 232-1 (Court only) Filed 07/02/26 Page 1 of 2

# EXHIBIT A

(Photos OF Plaintiff
Fendii G. Skyy From
June, 2026)

EXHIBIT A

EXHIBIT A





Fendii G. Skyy June, 2026

By: Fendii G. Skyy
Reg# 90039053 06-10-26

**ATTACHMENT J**

MARRISSA HUNT #70092-097
Kingdom v. Trump, No. 25-cv-691-RCL

7-7-2026

Dear Hon. Judge R.C. Lamberth,

In light of my repeated advocacy to get this Prison (Canaan-USP) to fully comply with this Courts Orders in Kingdom (to no Avail), Prison Officials here have informed me that I'am "Designated" to another Federal Prison.

Marrissa Hunt

My Status is "In-Transit"

RECEIVED
MAILROOM
JUL 13 2026
Angela D. Caesar, Clerk
U.S. District & Bankruptcy Courts
for the District of Columbia

MARRISSA HUNT #10042-071
UNITED STATES PENITENTIARY
Canaan-USP
P.O. BOX 300
Waymart, PA
18472

HARRISBURG PA 171
10 JUL 2026 PM 2 L

Freedom 250
UNITED STATES OF AMERICA
FOREVER

Clerk
U.S. Courthouse
333 Constitution Ave Rm 1225
Washington, D.C.
20001

20001-289999

**ATTACHMENT K**

FILED MAILROOM
JUL 28 2026
CLERK, U.S. DISTRICT COURT ALEXANDRIA, VIRGINIA

In The United States District Court
For The District of Columbia

| | |
|---|---|
| Alisheakingdom, et al., Plaintiffs, v Donald J. Trump, et al., Defendants. | *EMERGENCY* No. 1:25-cv-691-RDA Signed Under Penalty of Perjury, Pursuant to 28 U.S.C § 1746. See pg. 5 of 6 |

EMERGENCY MOTION FOR JUDICIAL INTERVENTION & NOTICE OF RETALIATION & INCOMPLIANCE, BY FBOP USP COLEMAN II (2) OFFICIALS.

Class-member Fendii G. Skyy ("Ms. Skyy")[1], a 29-year old transgender woman who has been on hormones for years, hereby files the instant pleading seeking immediate Court intervention as her life, health, and safety is currently in great danger & risk of harm, sexual assault and/or rape due to BOP officials retaliating against her because she (Ms. Skyy) filed numerous formal administrative remedy forms reporting USP Coleman 2's systemic incompliance with this Court's Preliminary Injunction. As a result, almost immediately, BOP officials placed Ms. Skyy in Segregation ("SHU") where she is locked in a 8x8 cell literally 24/7 with random men who are sexually abusing, harassing, and/or raping Ms. Skyy in the cell. BOP officials are also withholding Ms. Skyy's hormones medication. She has not received her meds since being placed in SHU on 7-14-26.

1 Ms. Skyy's legal name is: Oscar Contreras Aguilar Reg# 90039053.

1) Within days of Ms. Skyy filing two BP-8s, and within hours of Ms. Skyy filing two BP-9s reporting USP Coleman 2's systemic incompliance with this Court's preliminary injunction BOP officials at USP Coleman 2 placed Ms. Skyy in the SHU under a bogus, frivolous, and baseless "SIS investigation".[2] Moreover, BOP officials confiscated all of Ms. Skyy's legal documents & materials including privileged & confidential correspondance from Class-Counsel. In the SHU, Ms. Skyy is being forced to cell up with random (& strangers) male inmates in a 8X8 small cell locked in 24/7 literally. Since being placed in the SHU, Ms. Skyy has been raped (anally penetrated) by her current cisgender cellmate twice. Moreover, Ms. Skyy is being groped on her breasts and butt repeatedly & constantly by her current cellmate. Ms. Skyy's current cellmate has pulled out his erected, skinny penis out on Ms. Skyy numerous times while stroking it and telling (pressuring) Ms. Skyy to "suck it" or "lick it, just lick it."

---

[2] While smirking, FBOP officials vaguely accused Ms. Skyy of having pulled out a shank during an argument with another inmate. However, they are relying on the mere word of an inmate whose drug-smuggling operation Ms. Skyy reported. Unit officers were watching when Ms. Skyy had a non-violent argument with another inmate, unit officers didn't see no shank. No shank was ever found. And Ms. Skyy never had a shank. Further, the other inmate who had the argument with Ms. Skyy was not placed in the SHU. Thus, BOP officials are/were targetting Ms. Skyy. Ms. Skyy has not been cited with any incident report nor has she violated any BOP rules.

2) Ms. Skyy reported the sexual abuse she is being subjected to to A.W. Barber during his weekly SHU rounds via a handwritten Cop out. Ms Skyy has also verbally sought help from SHU officers but they either ignore her or mock her or tell her comments such as "Fuck or Fight".[3] None of the SHU officers nor A.W. Barber has taken any action.
Ms. Skyy also reported PREA issues with her current cellmate to SHU psychologist. However, the SHU psychologist, who has a heavy Russian accent, does not do anything other than tell Ms. Skyy "You'll be fine".
Thus, Ms. Skyy continues to be forced to be in the cell with the same inmate who has repeatedly raped her, groped her, and sexually abused & assaulted her. And Staff turn a blind eye, deliberately.
Furthermore, FBOP officials are refusing to allow Ms. Skyy access to her hormones pills which she has been taking for years. Ms. Skyy has asked for her meds repeatedly from nurses, to officers, etc... nobody does anything but disregard Ms. Skyy. "

[3] Ms. Skyy is 29 but looks like she is 20 or 21. She weighs 165 pounds. She is 5'9 foot tall. She is naturally very feminine and looks very feminine. Further, Ms. Skyy's body is shaped like a female, and she has developed breasts due to taking hormones for years. Her estrogen levels are the same as a biological woman. Thus, Ms. Skyy does not have the same physical strenght as men. And thus she is easily overpowered by most male inmates. ", plus, she is very emotional and cries easily.

3) On 07-15-26, Ms. Skyy requested administrative remedy Forms (BP-8s & BP-9s) From her Unit Counselor Mr. Haughton during his weekly SHU rounds. However, Mr. Haughton claimed he didn't have any Forms on him, and thus Ms. Skyy would have to wait till the Following week despite the emergency nature of Ms. Skyy's situation. Thus, Mr. Haughton did NOT provide Ms. Skyy with administrative Remedy Forms.

4) That same week Ms. Skyy also asked her Unit Manager Mr. Jones For administrative remedy Forms to report her emergency situation and kingdom retaliation, Ms. Skyy explained to Mr. Jones that she had already asked Mr. Haughton For Forms but that Mr. Haughton claimed not to have any Forms on him at the time. Nevertheless, Mr. Jones did the same as Mr. Haughton, and said that Ms. Skyy would have to wait For the Following week despite the emergency nature of her situation. Thus, Ms. Skyy has not received administrative remedy Forms From her Unit Team Staff despite the emergency nature of Ms. Skyy's Situation. Multiple rapes later, Ms. Skyy, with tears rolling down her Face and in severe duress & distress hereby Files the instant emergency pleading with the Court.

4) Lastly, due to BOP officials confiscating all of Ms. Skyy's legal documents & property, and due to Ms. Skyy being locked in a 8x8 cell 24/7 literally, she does not have access to class-counsel's mailing address, phone number, or else.

Thus, Ms. Skyy, currently, has no way to reach out to class-counsel. And therefore, Ms. Skyy files this pleading Pro Se due to the emergency situation she finds herself in due to reporting incompliance with this Court's Preliminary injunction by USP Coleman 2 !!.

WHEREFORE, Ms. Skyy prays and respectfully urges the Court to immediately intervene and provide her any such relief as the Court finds necessary. Executed under penalty of perjury. 28 U.S.C. § 1746.

July 23rd, 2026.

Respectfully Submitted,

Kendi G. Skyy

Oscar Contreras Aguilar
Reg # 90039-053
USP Coleman 2
P.O. Box 1034
Coleman, FL 33521
Class-Member / Movant

Oscar Contreras Aguilar
Reg# 90039-053
Federal Correctional Complex
U.S. Penitentiary-Coleman 2
P.O. Box 1034
Coleman, FL 335

U.S. MARSHALS
INSPECTED

RECEIVED
JUL 28 2026

TAMPA FL 335
SAINT PETERSBURG FL
25 JUL 2026 PM 4 L

Freedom 250

UNITED STATES OF AMERICA
FOREVER/USA

UNITED STATES OF AMERICA
FOREVER/USA

UNITED STATES OF AMERICA
FOREVER/USA

To: Office of The Clerk
United States District Court
401 Courthouse Square
Alexandria, VA 22314

22314-579899

In The United States District Court
For The District of Columbia

1 OF 3

| | |
|---|---|
| Alishea Kingdom, et al., Plaintiffs, V. Donald J. Trump, et al., Defendants. | *EMERGENCY* No. 1:25-CV-691-RDA *KINGDOM RETALIATION* *MS. Skyy is being sexually abused, harassed, & assaulted*** |

EMERGENCY MOTION FOR RELIEF & JUDICIAL INTERVENTION

Class member Fendii G. Skyy ("Ms. Skyy")[1] hereby respectfully files the instant emergency motion requesting prompt judicial intervention because FBOP officials at USP Coleman 2 are retaliating against her for having recently filed 4 (four) administrative remedy requests (2 BP-8s & 2 BP-9s) reporting incompliance with the Court's injunction.

Specifically, within days of Ms. Skyy filing 2 BP-8s and within hours of Ms. Skyy filing 2 BP-9s, in the first 2 weeks of July, 2026, FBOP officials retaliated by placing Ms. Skyy in segregation ("SHU")[2] where she is being forced to cell up with unknown, random men who either want to brutally assault & harm Ms. Skyy because they dont want to be in the cell with a transgender, or who sexually abuse, harass, assault, and/or rape Ms. Skyy.

Ms. Skyy is being forced to cell up with men like that in a 8x8 cell, locked in 24/7 literally.

---

1 Ms. Skyy's legal name is: Contreras Aguilar, Oscar Reg# 90039-053

2 FBOP officials placed Ms. Skyy in the SHU, purportedly under "SIS investigation" immediately after she filed two BP-9s reporting incompliance with the Court's Injunction. She has not violated any FBOP rules. Nor has she been cited with an incident report.

Ms. Skyy's[3] current cellmate has repeatedly groped ms. Skyy's butt & breasts, pulled his erected penis out numerous times while stroking it and telling Ms. Skyy to "suck it!"

On numerous occasions Ms. Skyy has cried herself to sleep just to be awaken by her cellmate rubbing & groping Ms. Skyy's butt & lower back in what he calls a "massage". Ms. Skyy has repeatedly pushed the duress buttom in her cell but officers never respond to it. Ms. Skyy has also tried to seek help from officers but they dont do nothing other than tell Ms. Skyy to "Fuck or Fight" or they simply ignore her.

Further, on july 15th, 2026, Ms. Skyy requested administrative Remedy Forms from her Unit Counselor Mr. Haughton to report king dom retaliation, but Mr. Haughton refused to provide the Form(s) to Ms. Skyy by claiming that he didn't have any Forms with him. Ms. Skyy also asked her Unit Manager Janes, but him too claimed not to have any Forms available. Therefore, Ms. Skyy has no way of filing administrative remedy requests within the BOP because she doesn't have access to the necessary Forms. And thus administrative remedies are unavailable.

And with Ms. Skyy's current cellmate's sexual behavior escalating by the day, Ms. Skyy is in imminent serious risk of harm and/or rape or bodily harm.

---

[3] Ms. Skyy is a 29-year old transgender woman who has been on hormones for years, and she looks very Feminine and is naturally very Feminine. She has a petite body. Long black hair. Weights 165 pounds. Height is 5'9-Feet. She no longer has the same physical strenght as men. Her estrogen levels are that of a biological Female. Thus, she is extremely emotional.

Case 1:25-cv-00691-RCL Document 234-1 (Court only) Filed 07/28/26 Page 3 of 5



Lastly, Since being placed in the SHU on 07-14-26, Ms. Skyy has not received her psychotropic meds nor her hormones meds (Estradiol & Spironolactone pills). And it is significantly & negatively affecting Ms. Skyy's mental health. Thereby making her even more Vulnerable to being sexually assaulted, raped, or harmed by stranger & random men with whom she is being Forced to share a 8X8 small cell with locked in literally 24/7.

And due to being in Segregation, without access to any of her legal documents or property, and being locked in 24/7 in the cell, Ms. Skyy does not have any way to reach out to class-counsel. She does not know class-Counsel's address by heart.

WHEREFORE, Ms. Skyy prays & respectfully urges the Court to intervene. Ms. Skyy is in great Fear For her well being & life.

Respectfully Submitted,

July 20th, 2026. Signature: Fendi [signature] Skyy

Legal Name: Oscar Contreras Aguilar

Reg#: 90039-053

USP Coleman 2

P.O. Box 1034

Coleman, FL 33521

Class-Member/Movant

CERTIFICATE OF SERVICE

I hereby Certify that on this 20th day of July, 2026, I will mail the Foregoing to the Clerk of Court For Filing, which will automatically notify and serve Counsel For defendants Via ECF.

By: Fendi [signature] Skyy

07-20-26. Class Member/Movant.

Ca e 1:25-cv-00691-R Docume t 234 1 (Cou t onl Fil d 07/28/ Pa e 4 f 5

FILED MAILROOM JUL 28 2026 CLERK, U.S. DISTRICT COURT ALEXANDRIA, VIRGINIA

1 OF 1

Dear Clerk of Court, 07-20-26

I am currently at serious risk of harm, rape, or bodily harm. And I dont know the mailing address for Federal Court in the District of Columbia by heart. I'm currently locked in a 8x8 cell locked in 24/7, thus I have no way to get the address for that Court.

I know the mailing address for this Court because this is the Court that sentenced me.

Please help me. Please forward the enclosed emergency motion to the U.S. District Court for the District of Columbia ASAP please. Thank You for Your Time.

GOD bless You.

Respectfully,
[signature]
Oscar Contreras Aguilar
Reg# 90039053
USP Coleman 2
P.O. Box 1034
Coleman, FL 33521

591-R Docume t 234 1 (Cou t onl Fil d 07/2

Oscar Contreras Aguilar
Reg#90039-053
Federal Correctional Complex
U.S. Penitentiary - Coleman 2
P.O. Box 1034
Coleman, FL 33521

TAMPA FL 335
23 JUL 2026 PM 8 L




U.S. MARSHALS INSPECTED

JUL 2 8 2026

To: Office of The Clerk
U.S. District Court
Eastern District of Virginia
401 Courthouse square
Alexandria, VA 22314

22314-570499

**ATTACHMENT L**

Dear Honorable Judge Royce C. Lamberth,

I Am NOT HAPPY to Report the on Going + Continued Violations of the Court orders Mainly the Current order of Protection that you signed on 4-16-25. Since I have been At FCI Ray Brook I have had to File 2 PREA's due to the Fact I have had A C.O. By the Name of T. Kelley making Sexual Comments about me being A trans Gender + living with A Non-TRANS GENDER, the Second PREA was because I had A cellmate that the SHU staff knew was A AIC that was high Risk to be Sexually Abusive his NAME is Paul Dudley # 42653-509, it Clearly states in my Psych Records that I Am A Elevated Risk of Sexual victimization A Code of At RISK V is my Sentry And they At FCI Ray Brook still put me in with A Known Gunner, my unit team + Correctional Services has been told But still put me in with Anyone they chose in the SHU and in Gen Pop At Hollowers And my Prison's that I have been At who you cell with even though they Know that I Am Openly TransGENDER.

Respectfully Yours.

Ms. S. Kimbel

FCI RAY Brook

Name: Robert Kimbrel
Reg #: 18958-030
FCI RAY BROOK
PO BOX 900
RAY BROOK, NY 12977

Legal Mail

ALBANY NY 120
17 JUL 2026 AM 2 L




Honorable Judge Royce Lamberth
United States Disrit Court
of the District of Columbia
5523 Constitution Ave NW
Washington D.C. 20001

FCI RAY BROOK
P.O. BOX 300 RAY BROOK, NEW YORK

DATE: 7-16-26

"The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has neither been opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer enclosed correspondence for forwarding to another addressee, please return the enclosed to the above address."

**ATTACHMENT M**

Dear Honorable Royce C. Lamberth,

The purpose of this letter is to inform you of the B.O.P. Non-Compliance of all of your Court Orders. I write this letter sitting in the SHU at FCI Ray Brook in Ray Brook, NY, When I got here I was checked in by the White Cardue to being openly Trans Gender, the Volations of your Court Orders by what I mean is that FCI Ray Brook has No Female undersarments for the only of transgenders on this entire Compound, I have been told By the Captain, SHU Lt, Trust Fund, Psych. that they on order, Also Sir. I have been forced to Strip Naked when I shower in Front of Male Officer's, the SHU. Lt's, Capt, Psych knows I am transgender And still Forces me to strip naked in Front of the C.O's, I have been forced to be Housed in the SHU with Male Inmates one tried to Rape me. in the SHU cells there is no panic Button to get Help. I was at U.S.P. Lewisburg (Holdover) I was Told By serval of the Female males C.O's & Psych Doctor Spencer and my Unit Counsler to shut up about my

bias & pantys or they would put me in the SHU. At Both U.S.P. Lewisburg (Holbover) & FCI Ray Brook I have not been Able Access to the Staff Request to contact the Office of Internal Affairs about the ongoing Volations of the Case of Kingdom V Trump and been told I would not Be Allowed to use the Law Library to get Any other Cases regarding the Case of Kingdom V Trump.

DSCC has once again sent me to a yard that I can't walk due to Being openly Transgender, I was told by the Capt, S.2S Lt. Psych that FCI Ray Brook has never really had Any trans Genders on the yard.

In closing Sir, the entire B.O.P. Has told me that what you & Ms. Mason has Put out the All B.O.P. Wardens means Nothing. I live in Fear for my Life & Safety Each Day I am in the Custody of the B.O.P.

Sincerly Yours
Robert "Samantha" Kimbel
18958-030
FCI Ray Brook
P.O. Box 900
Ray Brook NY 12977

Kingdom V Trump Volatoons

Name: Robert Kimberl
Reg #: 18958-030
FCI RAY BROOK
PO BOX 900
RAY BROOK, NY 12977

ALBANY NY 120
30 JUN 2026 AM 3 L




RECEIVED
MAILROOM
JUL 30 2026
Angela D. Caesar, Clerk
U.S. District & Bankruptcy Courts
for the District of Columbia

Honorable Judge Royce C. Lamberth
United States District Court for the
District of Columbia
333 Constitution Ave N.W.
Washington D.C. 20001

Legal Mail

READ ASAP!!! Please

Legal Mail

07/26/26 08:48:54-P

**ATTACHMENT N**

Mailed out on 07/27/2026

Robert E. Spiker #57409-018
(a/k/a: Melissa Anne Spiker)
U.S.P. Terre Haute
P.O. Box 33
Terre Haute, IN. 47802

Hon. Royce C. Lamberth
United States District Court
333 Constitution Ave., N.W.
Washington, D.C. 20001

July 26, 2026

Hon. Royce C. Lamberth,

this letter is in Regards to the "Preliminary Injunction" Granted by this Court on 02/12/2026 in Kingdom v. Trump, Case #1:25-cv-00691-RCL as a Federal Bureau of Prison inmate Diagnosed with Gender Dysphoria, I am a class member in this lawsuit, having the same Problems as the Petitioners, I'd like to add my name to the list of Petitioners, and I need to speak to Megan Noor or Shawn Meerkamper of the "Transgender Law Center",

1

I am currently being intentionally Harassed and discriminated by Federal Bureau of Prisons staff, to wit:

1.) Designation, sentencing computation Center located in Grand Prarie, tx. Designated me to the BU Program here at U.S.P.-terre Haute, having Prior Knowledge that I didn't fit any of the Criteria for such a designation.

2.) Officer Llewellyn, an officer here in the special Housing unit, knowing I identify as transgender, intentionally call's me by my "First name, sir and/or Mr. Spiker".

3.) Special Housing unit staff have Refused to Provide me with Female undergarments (Panties + Bra's)

4.) Dr. William Wilson, MD/CD, here at U.S.P. terre Haute is refusing to put me back on my Hormone medications and testosteron blockers:
Estradiol transdermal Patches 0.1 mg
Spironolactone 75 mg 2x daily

R

Case 1:25-cv-00691-RCL Document 251 (Court only) Filed 07/30/26 Page 3 of 6

Progesterone 100 mg Daily
Finasteride 5 mg 1x daily
I have atrial fibrillation
a/k/a A-Fib. the cardiologist at
Union Hospital Has said he has no
Problem with me being Put back on
them. Yet, Dr. Wilson refuses to do so.
I am becoming antsy, agitated,
depressed and at times suicidle.
I constantly consider self-castration
to relieve these symptoms.
I need an orchiectomy
(testical Removal). I was recommended
for such on 01/03/23 and again
in February of 2024. (Note: This is not sex-
Reassignment surgery) Bureau staff in Washington
D.C. are denying a surgery that
may they well save my life should
I take matters into my own Hands
and self-castrate.
5.) I am a Mental Health Care level #3.
by Bureau Policy I am to have a
one-on-one, face to face interview
with a psychologist every week.

Ive been in the Special Housing unit since July 07, 2026, I have seen one Psychologist (at call front) once, last week. I am Frustrated. I'm scared and U.S.P. Terre Haute staff could care less.

I need help.

I'm trying to be redesignated to the RISE unit in F-1 unit here where I have a support group of friends. Yet, I seem to be opposed by staff.

Ive had 2 minor disciplinary violations since November 2024 a code 312 for "insolence" 11/2025 and a code 306 for "Refusing to program" on June 06, 2026.

I dont cause problems and dont understand what the problems are. Why am I being targeted? I should be able to go to an F.C.I. by now.

Please help Me

Sincerely,

See Back

[signature]

A/K/A Melissa Spiker

on 07/27/26 @ 3:30 - 4:00 P.M. ON C-RANGE
in the SPecial HOUSING unit, I witnessed
LT. YOUNG, OFFICER Johnson (shu#1), OFFICER
Beaver And 2 other shu STAFF Force An
inmate into another inmates cell who
had threatened the other inmate And
while still in handcuffs this inmate
Got his head split open And Gassed
with Pepper SPRAY by STAFF.
the STAFF here in Shu Are
Corrupt. the camera Needs to be
reviewed And STAFF Punished
severely. this is wrong And Violates
so MANY laws. this incident was
TRAUMATIZING TO me because it shows
me they will do this to me Also. I
AM AFRAID FOR MY OWN health & SAFETY
AFter witnessing this, there is A
blood trail down the hallway in Front
OF MY Cell. [illegible]
I'M 57 Yr.S old, have two bad
Knee's And A bad Heart. I've had surgeries
on both And Awaiting Additional surgeries
on both, I need intervention And Possibly
A transfer to A Facility where I CAN WALK
SAFELY AS A White transGender immediately
I'm willing to testify on STAFF Help Me!

Robert E. Spivor, #57409-016
United States Penitentiary.
P.O. Box 33
Terre Haute, Indiana 47808

INDIANAPOLIS IN 460
2026 PM 1 I



RECEIVED
MAILROOM
AUG 3 - 2026
Angela D. Caesar, Clerk
U.S. District & Bankruptcy Courts
for the District of Columbia

Legal Mail
Mailed on 07/29/26

JUL 30 2026

INMATE
IDENTIFICATION
CONFIRMED

Hon. Royce C. Lamberth
United States District Court
333 Constitution Ave., N.W.
Washington, D.C. 20001

20001-284509

# ATTACHMENT O

TO: CLERK AND JUDGE ROYCE C. LAMBERTH

I, SENT OUT 3 LETTERS; 1 MOTION TO YOU.

SINCE MY CELLIE: RECEIVED, "CLASS ACTION CIVIL LAW SUIT"

CASE#: 1:25-CV-00691-RCL-(2-19-26) RECEIVED???

LEGAL MAIL ON A SUNDAY??? BY LT. [illegible]! WHO AS OF

(2/22/26) (2/23/26) (2/24/26) (2/25/26) TRIED TO

FIRST MAKE (ME*) A P.C.! NEXT TRIED TO HAVE (ME*)

DECLARED (SRA)??? THEN (2) TIMES TRIED TO HAVE

(ME*) BEATEN UP WHILE (BLIND). IS THIS...

COURT AND JUDGES RIGHT ADDRESS??? IF NOT

WHOMEVER READS THIS (CAN YOU KINDLY FORWARD) IT'S

ONLY 1 STAMP (.84). SEND (ME*) CARMEN CRICCO (USP.)

54747-066 AND I'LL RE-IMBURSE (YOU) MORE, THANKS.

PROOF GALORE: NOW L/JAW CRACKED, NECK R. BONE CRACKED

QUAD BY PASS & HEART MACHINE IN CHEST; CLICKING TWICE TO RE-SET ITSELF. →

(3) MEXICAN HATE GUARDS: TOSSED THRU 1 WAY FOOD SLOT: MILKS, BANANAS TRYING TO
2024 HIT (ME) WITH THEM WHILE I WAS ON CONCRETE SLAB - THEN WITH TOILET PAPER ROLL, SAID PICK IT UP! IT WILL DRY OFF... THERE WAS FOR 8 DAYS (2 TO 3 INCHES OF SHIT WATER IN MY CELL I HAD TO STAND IN @ (ALL 3) MEALS) AND WHEN I HAD TO USE FACILITIES: 2 WALKTHRU'S NOT 1 PERSON SAID OR DID A THING UNTIL 1 NURSE (MRS GROW) SAID HE'S GONNA GET SICK: I WAS AND DID! THEN PA NULAND NOT FOR 9 DAYS (I) KEPT WRITING ON TOILET PAPER: NOT EATING ON HUNGER STRIKE: 2 GUARDS CARRIED (ME) UNDER MY ARMS (NOT IN MY WHEELCHAIR) TO SEE THIS PA (AND CARRIED (ME) BACK (EVEN WHEN I SHOWED FORMS) 18 DAYS LATER ONLY BECAUSE (MY PRO BONO CLEMENCY ATTORNEY CALLED TO SEE HOW I WAS) WAS I RUSHED TO AN OUTSIDE HOSPITAL, TREATED GREAT HAD VERTIGO, INFECTED PROSTRATE, KIDNEY INFECTION AND HIP PAIN.

2026 → SAME MEXICAN GUARD FRAGOSO AND LT GONZALES:
@ 74 FRAGOSO TURNED MY HEAD FAST RIGHT (CRACKING NECK BONE)
YRS LT GONZALES PULL R/ARM SO TIGHT STARTED TO RIP OPEN WHERE
OLD CUT CHEST OPEN FOR QUAD HEART BY PASS - SETTING OFF MACHINE IN CHEST. CLICKING - TO RESET ITSELF: LOTS MORE
→ THIS DONE AFTER ALL AWARE OF YOUR WRIT AND 4 ORDERS
GUARDS E, TROTTER L-JAW CRACKED (KNEW I HAD FACIAL RECON FROM SNIPER SHOOTING (ME) THRU LOWER EAR OUT LOWER EAR, THEN LT WOLF, LT MEDINA
GUARDS WADE AND OTHERS USED (TRANSGENDERS) TO TRY AND HAVE (ME AND OTHERS BEATEN UP, FOR SOMETHING OF VALUE PROMISED TO THEM. OUT OF PAPER

NAME: CARMEN GRICCO*
REG# 54747-066
FEDERAL TRANSFER CENTER
P.O. BOX 898801
OKLAHOMA CITY, OK 73189-8801

OKLAHOMA CITY OK 730
30 JUL 2026 PM 7 L




RECEIVED
MAILROOM
AUG 3 - 2026
Angela D. Caesar, Clerk
U.S. ...rict & Bankruptcy Courts
...ict of Columbia

CLERK OF COURT, DISTRICT OF COLUMBIA
"FEDERAL JUDGE ROYCE C. LAMBERTH"
333 CONSTITUTION AVENUE N.W.
WASHINGTON, D.C. 20001

20001-289999