# ATTACHMENT P

Case 1:25-cv-00691-RCL Document 255 (Court only) Filed 09/08/26 Page 1 of 6

RECEIVED
MAILROOM
SEP - 8 2026
Angela D. Caesar, Clerk
U.S. District & Bankruptcy Courts
for the District of Columbia

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ALISHEA SOFIA KINGDOM, et. AL..
PLANTIFFS

V. CASE No.: 1:25-cv-00691-RCL

DONALD J. TRUMP, ET. AL...
DEFENDANTS

MOTION TO ENFORCE COURTS PROTECTION ORDER

THIS court has issued a Protection Order directed toward's the "Federal Bureau of Prisons", and it's employee's to stop threatening, harassing and discriminating against Plantiffs and class member's and to Provide them with Female undergarments. Yet, as a class member, I am intentionally and knowingly being harassed and discriminated against by Bureau staff at this facility - "Federal Correctional Complex - United States Penitentiary - Terre Haute".

(

Incendtially, this is the very same Complex where D. Farmer was assaulted and Raped by other inmate's while also being harassed and discriminated by Bureau staff. (see historical Farmer v. Brennan).

Despite this courts order I am being intentionally addressed by my biological name instead of my chosen name or Feminine Pronouns.

While housed in the special Housing unit I am being denied bra's period and have been given 2 pair of Panties: 1-size "10", 1-size "11". I wear a size "8".

I have been locked up in the special Housing unit several time's for frivilous disciplinary Reports, one entitled "stalking" for going to the medical department three day's in a row, 1 for my heart, 1 for sick call, 1 for eyeglasses.

the stalking was for going to medical too much and not for stalking an individual and I was

sanctioned with loss of 27 days Good time. 90 days telephone and Commissary restriction.

I sent a letter to the Honorable Royce C. Lamberth over a month ago Concerning these type of Complaint's also asking to be added as a Plantiff due to them and my desire to speak to "Megan Noor", or, "Shawn T. Meerkamper" of the "Transgender Law Center," whom Represent the Plantiffs in this action.

I am sick of being treated as if I don't matter, constantly harassed, Lied upon, assaulted by staff for just being transgender and Placed in the special Housing unit because of my identified Gender.

Dr. William Wilson. MD/CD, here is refusing to Put me back on Female Hormone therapy. In January of 2026, while at the "united states Penitentiary-Tucson, I signed a refusal of Treatment for Hormones due to constant assaults by my cell mate there

"Ronnie Locklear". After I was moved, I spoke to my Psychologist, Dr. Licata about being put back on them, including having sent sick call requests to U.S.P.-Tucson's Medical Department, to no avail.

By this, the Federal Protection order signed into affect by this Court is literally being ignored and not enforced by Bureau staff at this facility.

## Relief

I, Robert E. Spiker, #57409-018, known as Melissa Anne Spiker, do hereby request that this court issue an order to the "Federal Bureau of Prisons - Designation, Sentencing, Computation Center in Grand Prairie, Texas to immediately transfer me to the "Federal Medical Center - Springfield, in Springfield, Mo.

This is to ensure that I recieve proper medical treatment

1.) I have atrial Fibrillation. often I'm sent to Union Health Hospital due to Heart Rate Control, I Got admitted to the Prison ward, where Facility staff Harass me and send me back to the Facility For an alleged disciplinary Problem. waiting to see a Cardiac surgeon.

2.) I was submitted For a orthopedic consult, and after seeing one was recommended For Right Knee Replacement by said specialist only to have it Disapproved by the "North Central-Regional Office".

3.) I have an inguinal Hernia which requires hernia surgery.

Due to constant harassment by staff and Medical, I am deathly afraid to be treated at the very Hospital that Dr. William Wilson is a Member of.

and any other Relief Necessary.
signed this 1st day of september 2026

[signature]
Robert E. Spiker, #57409-018
a/k/a: Melissa Anna Spiker
united states Penitentiary-Terre Haute
P.O. Box 33
Terre Haute, IN. 47808

## Oath and Certification

I, Robert E. Spiker, Register No. 57409-018, also known as: Melissa Anna Spiker, do hereby swear under Penalties of Perjury, Pursuant to 28 USC §1746, the Foregoing and attached is true and correct, and that I also certify a true and correct copy of said motion has been furnished to:

Clerk, United States District Court
333 Constitution Ave., N.W.
Washington, D.C. 20001

signed this 1st day of september 2026

[signature]
USP-Terre Haute

**ATTACHMENT Q**

Robert E. Spiker, #57409-018
United States Penitentiary. Terre Haute
P.O. Box 33
Terre Haute, IN. 47808

Hon. Royce C. Lamberth
United States District Court
For the District of Columbia
333 Constitution Ave., N.W.
Washington, D.C. 20001

Re: Aliahsha S. Kingdom v. Donald J. Trump
Case # 1:25-CV-00691 -RCL

09/16/26

Dear Judge Lamberth,

I am a transgender female with Gender Dysphoria, and known as "Melissa Anna Spiker". Since arriving at this facility despite your "Protection-order," I have been discriminated against, harassed, sexually harassed, and lied on by staff and employees at this facility. My mail & legal mail (outgoing) is being tampered with due to my advocating the L.G.B.T.Q issue at this facility. The Dr. (Wilson) refuses to replace me on Hormone

Over

[illegible]

I AM writing this AS A Plea FOR YOUR help AND intervention Please

ON AUGUST 03, 2026 IN B-2 UNIT, I WAS IN A wheelchair when OFFicer Elscith threw A chair At me FROM the upper tier.

All OF MY PERSONAL Property; clothes, Hygiene, FAMILY Pictures, + watch WAS thrown AWAY. I do not know how when I WAS IN cell B-2-101 by myself and OFFicer Elscith Locked my cell door when I WAS sent to the Lt's OFFice + then to the Shu.

I cant File Administrative remedies as my counselor, Mr. Sutton refuses to Give me the Forms I need to do so.

So Filing A tort claim For Lost/thrown AWAY Property is out.

Now I have nothing AND AM Pending A transfer. I AM sick OF having to transfer everytime I Get to A Facility because OF staff.

Please help me

[signature]

PS.
Please have Megan Noor, All USP Terre Haute AND speak to me its urgent!

Robert E. Spikari # 57409-018
United States Penitentiary - Terre Haute
P.O. Box 33
Terre Haute, IN. 47808

INDIANAPOLIS IN 460
18 SEP 2026 PM 3 L

Thinking of you



RECEIVED
MAILROOM
SEP 22 2026
Angela D. Caesar, Clerk
U.S. District & Bankruptcy Courts
for the District of Columbia

★ LEGAL MAIL ★

Hon. Royce C. Lamberth
United States District Court
For the District of Columbia
333 Constitution Ave., N.W.
Washington, D.C. 20001

20001-284509

# ATTACHMENT R

To whom it may concern.

With all due respect my name is REDACTED my REDACTED. I am writting this letter due to that i have recieved 3-12-26 from the court. case No. 1:25-cv-00691-RCL at the moment i am restricted in a special housing unit "Shu" for putting myself in protective custody from a situation that an inmate was harassing me intimidating and he was trying to rape me. honestly i am greatful in recieving this letter from the court since i didnot recieve any support from Fci REDACTED after addressing the fact to my counselor i did not receive his support from his end by still beging harassed by the same inmate. I put myself in protective custody on February 29/2026 then i been housed in a special housing unit since my claim has been ignored but thank's God by praying he listen to my cry's by recieving this letter from the court. I am looking forward for the court to respond to this letter via a repasentative by legal phone call if it is possible. Due to me being a transgender i would like a legal phone call due to a hate crime. Thank you very much God and the court in taking there valuable in helping me in God and to the court in helping. thank you any sympathy from God and the court in looking forward to helping me.

Thank you and have a great day and any consideration will be highly appreciated sincerly

REDACTED

REDACTED

691-RCL Document [redacted] (Cou [redacted] REDACTED

[redacted] REDACTED




United States District court
for the District of columbiA
333 Constitution Ave,
NW. Washington D.C, 20001

20001-283700

**ATTACHMENT S**

Case 1:25-cv-00691-RCL Document [redacted] (Court only) Filed [redacted] Page 1 of 11

[redacted]

RECEIVED
Mailroom
[redacted]
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Alishea Kingdom, et al.,<br>Plaintiffs,<br><br>v.<br><br>Donald J. Trump, et al.,<br>Defendants. | ( | Case No. 1:25-CV-00691-RCL<br><br>Motion to Compel Compliance With<br>Court's Preliminary Injunction |

MOTION BY CLASS MEMBER

I, [redacted], am a class member in the above-named action. I am a transgender woman who is currently incarcerated by the Federal Bureau of Prisons (BOP) in FCI [redacted] I respectfully request that the Court compel the BOP to comply with this Court's Preliminary Injunction (ECF No. 67, renewed at ECF Nos. 79, 96, 114), and to have BOP officials here in FCI [redacted] immediately provide me with social accommodations. See Kingdom v. Trump, 2025 U.S. Dist. LEXIS 105237, at *5 (D.D.C. June 3, 2025) (this Court ordered that the BOP "shall provide and continue providing . . . social accommodations in accordance with BOP policy and practice in effect immediately prior to [President] Trump's issuance of Executive Order 14168 on January 20, 2025") (emphasis added).

I. Legal Standard.

This Court has the "jurisdiction" and "inherent power to enforce its judgments." N.Y. Times Co. v. Dep't of Defense, 2026 U.S. Dist. LEXIS 77824, at *10 (D.D.C. April 9, 2026) (quoting Peacock v. Thomas, 516 U.S. 349, 356 (1996)). That authority is grounded in "the interest of the judicial branch in seeing that an unambiguous mandate is not blatantly disregarded by parties to a court proceeding." Id. (quoting Int'l Ladies' Garment Workers' Union v. Donovan, 733 F.2d 920, 922 (D.C. Cir. 1984)). Thus, "[w]here an enjoined party engages in such evasive conduct, a motion to compel is the

proper means of bringing that party into compliance." N.Y. Times Co., 2026 U.S. Dist. LEXIS 77824, at *13. Furthermore, this Court has held that "the Prison Litigation Reform Act ('PLRA') does not require administrative exhaustion in this context. . . . [because] no new action is being filed. [Rather,] [c]lass members and other incarcerated individuals seek only to bring enforcement proceedings related to the [Court's Preliminary Injunction.]" Kingdom v. Trump, 2026 U.S. Dist. LEXIS 97156, at *5 (D.D.C. April 16, 2026).

II. Argument.

Here, FCI [redacted] officials have evaded compliance with this Court's June 3, 2025 Preliminary Injunction by failing to provide meaningful access to social accommodations for transgender inmates. Specifically, the institution laundry department does not have female undergarments in small/petite sizes -- which is my physique. More importantly, the commissary does not offer meaningful items for transgender inmates to purchase. For example, make-up and cosmetics such as beige and neutral foundation for lighter skin tones (the [redacted] commissary offers only dark-colored skin tones); female personal clothing and undergarments in small/petite sizes; famale hair and skin care products such as large hair clips, scrunchies, and hair volume shampoo/conditioner; eyebrow pencils, female fragrances, and actually having such items in-stock -- the [redacted] commissary is always out-of-stock and will rarely reorder requested items.

Notably, on [redacted] the Warden provided a response to my administrative remedy which stated that, "a transgender commissary list will be provided to your unit team for you to review. Once completed, please submit your list with the requested transgender items to commissary staff for procurement." See Exhibit 1. However, to date nothing has happened and commissary staff have actually told another transgender inmate that no transgender items will be made available for us.

//

//

III. Conclusion and Requested Relief.

This Court has held that an agency may not "take steps to circumvent the Court's injunction and expect the Court to turn a blind eye." N.Y. Times Co., 2026 U.S. Dist. LEXIS 77824, at *12-13. Accordingly, I respectfully request that the Court issue an order to compel the BOP, and officials here in FCI [redacted] to comply with its Preliminary Injunction issued on June 3, 2025; moreover, the Defendants in this action should ensure that transgender inmates here in [redacted] are being provided with meaningful transgender items in the commissary, and other social accommodations which helps us conform with our gender identity.

I sincerely thank the Court for its time and consideration in this important and ongoing issue.

Respectfully submitted,

[redacted]

Movant, pro se

Dated: [redacted]

# Certificate of Service

I do hereby certify that on [redacted], a true and correct copy of this Motion to Compel Compliance was handed to FCI [redacted] prison officials pursuant to *Houston v. Lack*, 487 U.S. 266, 270-76 (1988) (affirming "prison mailbox rule"), with the proper postage attached for delivery to:

United States District Court
for the District of Columbia
333 Constitution Ave., NW, Room 1225
Washington, D.C. 20001

(Check all that apply)

_____ sent via U.S. Postal Service Certified Mail # ____________________

XX a copy will be served upon the U.S. Attorney's Office via the court's CM/ECF system on PACER.

_____ other: ____________________

I declare under penalty of perjury that the foregoing is true and correct pursuant to 28 U.S.C. § 1746.

Executed on: [redacted]

[redacted]

# Exhibit #1

BP-A0148
MAY 25

**INMATE REQUEST TO STAFF**

**U.S. DEPARTMENT OF JUSTICE** **FEDERAL BUREAU OF PRISONS**

| | |
|---|---|
| TO:(Staff Name and Title) Commissary | DATE: [redacted] |
| FROM: [redacted] | REGISTER NO.: [redacted] |
| WORK ASSIGNMENT: CMPND/AM | UNIT: [redacted] |

SUBJECT: Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request. In accordance with the Warden's response to Administrative Remedy #1285181-F1 dated [redacted], please add the following items to the transgender commissary list:

**Most Important Items**

- "Beige" foundation -- Covergirl (light/medium skin tones)
- "Neutral" foundation -- Covergirl
- Large Hair Clips

Other Items

- Eyebrow pencils (black)
- Eye Shadow (assorted colors)
- Lip Gloss
- Makeup Sponges
- Skin Care Cream -- Oil of Olay
- Women's fragrances/perfumes
- Hair Volume Shampoo/conditioner
- Hair Scrunchies
- Bras & Panties (including small sizes)
- Women's No-show socks (small sizes)

(Do not write below this line)

DISPOSITION:

| Staff Signature | Date |
|---|---|
| | |

Record Copy - File; Copy - Inmate PDF

Prescribed by P5511

FILE IN SECTION 6 UNLESS APPROPRIATE FOR PRIVACY FOLDER

**SECTION 6**

Exhibit #1

Case 1:25-cv-00691-RCL Document [redacted] (Court only) Filed [redacted] Page 7 of 11

**U.S. Department of Justice** **RESPONSE TO REQUEST FOR ADMINISTRATIVE REMEDY**
Federal Bureau of Prisons

**Part B- RESPONSE**

**Remedy ID - 1285181-F1**

This is in response to your Request for Administrative Remedy received [redacted] wherein you are requesting more accommodations for from the commissary pertaining to transgender items.

Your request has been evaluated, and a transgender commissary list will be provided to your unit team for you to review. Once completed, please submit your list with the requested transgender items to commissary staff for procurement.

Additionally, there are limited transgender items currently available in commissary. Also, the laundry department has feminine undergarments available upon request.

This response is for informational purposes only. If dissatisfied with this response, you may appeal to the Regional Director, [redacted] Regional Office, at [redacted]. Your appeal must be received in the Regional Director's Office within 20 calendar days of the date of this response.

[redacted] ___________
[redacted], Acting Warden

[redacted] ___________
Date

This response was delivered by my unit team on ______________, 2026.

______________________
Inmate Signature

______________________
Staff Signature

Exhibit #1

U.S. Department Of Justice
Federal Bureau of Prisons

**Request For Administrative Remedy**

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: [redacted] LAST NAME, FIRST, MIDDLE INITIAL [redacted] REG. NO. [redacted] UNIT [redacted] INSTITUTION

**Part A- INMATE REQUEST** I submitted my BP-8 to the [redacted] Unit Team well over a month ago in an attempt at seeking informal resolution. As of today, I still have not received any response from Trust Fund or the Warden. My grievance pertains to transgender social accommodations in accordance with the BOP General Counsel's memorandum, and the court's preliminary injunction issued in Kingdom v. Trump, No. 25-CV-00691-RCL, 2025 U.S. Dist. LEXIS 105237, at *5 (D.D.C. June 3, 2025), ECF No. 67. I have not been allocated institution-issued female undergarments that properly fit me, nor have I been offered a transgender commissary list with meaningful items to help conform with my gender identity. That violates the court's order and applicable Bureau policy. See, e.g., P5200.04, § 14; and P4500.12, Ch. 3, § 3.3.f(18).

Because the institution has not responded to my BP-8 within the proper time allotted, please process this BP-9 accordingly. P1330.18, § 12 (citing 28 C.F.R. § 542.18).

See attached continuation page.

[redacted]
DATE [redacted]

**Part B - RESPONSE**

DATE WARDEN OR REGIONAL DIRECTOR

***If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.***

**ORIGINAL: RETURN TO INMATE** CASE NUMBER: 1285181-F1

**Part C - RECEIPT** CASE NUMBER: 1285181-F1

Return to: LAST NAME, FIRST, MIDDLE INITIAL REG. NO. UNIT INSTITUTION

SUBJECT:

DATE RECIPIENT'S SIGNATURE (STAFF MEMBER)

FPI-PEPR PRINTED ON RECYCLED PAPER

**Exhibit #1**

**BP-9 Continuation Page**

[redacted] der inmate with a permanent CMA assignment of "TRN M2F." I have been in [redacted] since February 4, 2026.

However, I am not being allowed access to social accommodations as required by the preliminary injunction issued in Kingdom v. Trump, No. 1:25-CV-00691-RCL (D.D.C.), ECF No. 67. Specifically, the court ordered that the BOP "shall provide and continue providing . . . social accommodations in accordance with BOP policy and practice in effect immediately prior to [President] Trump's issuance of Executive Order 14168 on January 20, 2025." Kingdom, 2025 U.S. Dist. LEXIS 105237, at *5 (D.D.C. June 3, 2025) (emphasis added). This court order is recognized by the BOP Office of General Counsel. See Attached Memorandum ("all staff are reminded of these ongoing obligations").

Thus the applicable Bureau policy provides that:

"[I]nmates with the CMA assignment of transgender will have the opportunity to have undergarments of their identified gender . . . Institutional laundry will have available institutional undergarments that fulfill the needs of transgender inmates. . . . [Moreover,] standardized lists of commissary items for transgender inmates are available in accordance with [P4500.12, Chapter 3, Section 3.3.f(18)]. . . . Additional items may be provided by the institution or purchased by the inmate, as appropriate." P5200.04, Section 14.

Such items which have not been made available for me include: Female undergarments, make-up and cosmetics, female-style shoes, watches and personal clothing, female hair care and skin care products, and female perfumes and scent oils.

To date, these social accommodations have neither been issued by the institution nor made available for purchase in the commissary. That violates the court's preliminary injunction issued in Kingdom, supra, and the General Counsel's memorandum to all Bureau staff.

Relief requested: Please make female-transgender social accommodations available for me in accordance with the foregoing authorities.

Exhibit #1

**U.S. Department of Justice**

**Federal Bureau of Prisons**

*Office of General Counsel* *Washington, D.C. 20534*

**MEMORANDUM FOR ALL CHIEF EXECUTIVE OFFICERS**

**FROM:** ELISA MASON ELISA MASON Digitally signed by ELISA MASON Date: 2026.02.19 13:02:22 -05'00'
ASSISTANT DIRECTOR/GENERAL COUNSEL

**SUBJECT:** New Policy on Management of Inmates with Gender Dysphoria and Ongoing Obligations under the Preliminary Injunction Issued in *Kingdom, et al., v. Trump, et al.*, 25-cv-691 (D.D.C.)

Today the Director signed a new policy entitled *Management of Inmates with Gender Dysphoria*. However, BOP remains obligated to comply with the preliminary injunction issued on June 3, 2025, by the United States District Court for the District of Columbia in *Kingdom v. Trump et al.*, 25-cv-691, which requires BOP to provide hormones and social accommodations to inmates diagnosed with gender dysphoria under the policy that existed before Executive Order 14168, *Defending Women from Gender Ideology Extremism and Restoring Biological Truth to the Federal Government*, issued on January 20, 2025. The policy and practice regarding hormones and social accommodations that was in effect immediately prior to January 20, 2025, is outlined in the attached guidance memo issued by the Reentry Services Division, Health Services Division, Correctional Programs Division and the Administration Division on July 16, 2025.

**Please ensure all staff are reminded of these ongoing obligations under the preliminary injunction issued in *Kingdom v. Trump*.** Thank you for your attention and cooperation.

Exhibit #1

P5200.04, Section 14

14. **CLOTHING AND COMMISSARY ITEMS**

Consistent with safety and security concerns, inmates with the CMA assignment of transgender will have the opportunity to have undergarments of their identified gender even if they are not housed with inmates of the identified gender. Institutional laundry will have available institutional undergarments that fulfill the needs of transgender inmates. Undergarments will not have metal components.

Standardized lists of Commissary items for transgender inmates are available in accordance with the Program Statement **Trust Fund/Deposit Manual**.

Additional items based on an individualized assessment of the transgender inmate may be approved by the Warden. Additional items may be provided by the institution or purchased by the inmate, as appropriate.

"Trust Fund/Deposit Manual"
P4500.12, Chapter 3, Section 3.3.f(18)

(18) **Standardized Female/Transgender Items.** The Trust Fund Branch, with the Health Services Division and Reentry Services Division, makes a list of standardized items, not to exceed 25 items, that must be offered to female inmates and inmates identified in SENTRY as transgender. The items may be stocked for resale in the Commissary or made available via SPO. This list may be found on Sallyport.

Exhibit #1

**ATTACHMENT T**

In The United States District Court
For The District of Columbia

REDACTED
ALishea Kingdom
Plaintiffs
V. Case No. 1:25-cv-00691-RCL

Donald J. Trump
Defendants

RECEIVED
MAILROOM
REDACTED
Angela D. Caesar, Clerk
U.S. District & Bankruptcy Courts
for the District of Columbia

Witness Class Members
REDACTED

Plaintiff proceeding to the Honorable Judge to appoint counsel for REDACTED seeking motion to present evidence in regards to case No. 1:25-cv-00691-RCL to show that plaintiff REDACTED has still been succeptable to unwarranted retaliation assualted by Federal officer harassed & otherwise treated unfairly. Specifically on March 3rd at approx 1600 hours plaintiff was assaulted by a LT. REDACTED who had targeting my person while plaintiff was explaining that plaintiff in deed a transgender inmate who is fully documented. The assault is on camera while house in special housing unit. Plaintiff was blamed for an absurd assault that plaintiff never committed & Plaintiff feel as though plaintiff was discriminated against & would like to pursue a Lawsuit against the BOP for said reasons. In the notice regarding

a Protective Order in Kingdom et al. V. Trump et al. 25-cv-691 (D.D.C.) it was ordered that BOP employees shall take no actions that harass, intimidate, or otherwise retaliate against people incarcerated. Again plaintiffs a transgerder who has filed a grievance against said emplyee & still had to endure the unjustified actions of that officer. Plaintiff am being denied access to the Law-Library on a daily basis & plaintiff am afraid that my mailing privilage is being tampered with due to the fact that my family members are not recieving written correspondence plaintiff ask this court to please correct these situations please & thank you.

Respectfully Submitted

Date: REDACTED

REDACTED [redacted]
.S. Department of Justice
ederal Bureau of Prisons
Federal Correctional Complex

REDACTED [redacted]

REDACTED [redacted]




REDACTED [redacted]

Legal Mail

REDACTED [redacted]

United State District Court
For the District of Columbia
333 Constitution Avenue
N.W. Washington D.C. 20001

20001-283700

iled Docume )691-RCL

**ATTACHMENT U**

U.S. District court For the
District of Columbia
333 constitution Avenue N.W., Room # 2016A
Washington, DC 20001

"Alishea Kingdom, et al," Plaintiffs.
VS.
Donald J. Trump, et al., Defendants."

"Case No.: 1:25-cv-691-Rcl"
Hon. Royce C. Lamberth
U.S. District Judge

Reply Motion to the Protective order issued

Comes now MS. [redacted] (BoP) reg No.: [redacted], currently housed @ FCI [redacted].
Respectfully moves this honorable court, For an order that I MS. [redacted], & Mr. [redacted] (BoP) reg No. [redacted] currently housed @ FCI [redacted] & to be Provide Notice Such as any New Updates and in order in a class action Lawsuit Challenging (BoP)'s implementation of Executive order 14168. Defending women From Gender Extremism and restoring Biological truth to Federal Government, and directed (BoP) to continue to Provide Full Notice of the order to all class members.

Please add the Following here below as a class members:

[redacted]

Please also Provide me Us with a copies of the rule book of this court? and also appoint us an attorney in this matters.

/s/ [redacted]
Date: [redacted]
Layman of Law

/s/ [redacted]
Date: [redacted]
Layman of Law

How we Found out about the order "in Kingdom, vs. Trump, et al., 25-cv-691 (D.D.C)."
Is because of unit manager Mr [redacted] @ FCI [redacted] given Us Notice of this class action Lawsuit.

Angela D. Caesar, Clerk
U.S. District & Bankruptcy Courts
for the District of Columbia

691-RCL Document [redacted] (Court only) Filed [redacted]

[redacted]

[redacted]



⇔84368-020⇔
District Of Columbia Court
333 Constitution AVE NW
Judge Royce C. Lamberth
Washington, DC 20001
United States

"Legal mail"

20001-280299

FEDERAL CORRECTIONAL INSTITUTION

[redacted]

[illegible] letter was processed through special mailing procedures for forwarding to [illegible] has [illegible] inspected. If the writer raises a question of [illegible] facility has jurisdiction, you may wish to return the material f[illegible]. If the [illegible] correspondence for forwarding to another addressee, please return the enclosure to the address above.

**ATTACHMENT V**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Alishea Kingdom et.al, ) Honorable Judge
Plaintiffs, )

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT
[redacted]
RECEIVED

) CASE NO. 25-cv-00691-RCL
)
) Requesting injunctive Relief
) And TRO As A party To This
Donald J. Trump et.al, ) case And A class member
)
Defendants ) Filed under SEAL

Declaration in support
Under the penalty of perjury:

MS [redacted] AKA [redacted] Declares:

As I have made Aware To The Federal Bureau Of Prisons That I am A Transgender inmate That Entered The Federal Bureau of prison in July of 2023 And have Begged Them To Get me To A specialist To Get care starting At [redacted] And was cutting on my Testical There And They Refused me. Hats, The Facts Are clear That Judge SUSAN WATERS WROTE in my sentencing Judgement That I Testified in A High profile murder case And cooperated in multiple other case's And was Brutally Attacked in The [redacted] And had A Broom stick shoved in my Rectum And was Raped By inmates in The County Jail & had An officer sexually Abuse me. In This Declaration I will do my Absolute Best To chronologically Talk About what has happened To me Because of The Federal Bureau of prisons

And The Staff That works For Them. After Being Flown on The plane From [redacted] with Prump Gang members That I Testified Against That were saying They were gonna Take my life I was Sent To [redacted] pending OSC Designation where They Totally ignored The Judges Recommendation And Sent me To [redacted] FCI when They knew I was Being cared For By [redacted] Stroke center For A Stroke - pons infarct - which is A well known Brain stem stroke That was Believed To Be caused By A PFO - which is A Hole in my heart From Right To Left Ventrical's And it can Be Dangerous. Due To This & The warning Label's For HRT's They completely Refused me HRT's & in Mid 2024 I Filed The paperwork To Get The surgeries, starting with Breast implants, And The Bottom "Vaginoplasti" Etc. And was Taking Spironolactone 25 mgs And Finesteride pending Hematology And Endocrenology specialty Appointments To Get on A low Dose Blood Thinner To Be Able To Take Hormone Replacement Therapy. [redacted] And [redacted] Denied me Even Facial Feminization Surgery And Hair Removal on my Face, As well As The other surgeries. I Became suicidal And was Attacked with A knife Just one Day on The Yard in [redacted] FCI Because The yard had Every gang And people The Judge said I shouldn't Be Around. my Attorney's And other people like [redacted] At The [redacted]

That I should Be in WIT-SEC -WITNESS PROTECTION And DSCC LEFT ME IN THE SHU AT [redacted] For 9 1/2 MONTHS where LATER TWO STAFF members would have me And my cell-mate [redacted] STand Naked with our PENIS'S Tucked And our shirts into A make-shift Bra And posing For other staff member's And The staff Finally psychology got The Guys walked off of The property And Two of The staff Actually Told & held The officers Accountable For what They did, But I WAS Never Told sorry or Even compensated At All For Their Action. I was Also Raped in [redacted] By [redacted] DSCC Decided To Designate me To [redacted] FCI And I Got in Touch with [redacted] with Then Transgender Executive counsel And she sent me To A RHU-Reintegrated Housing unit For serious protective custody, Where when I Arrived The medical staff seen How sick I WAS with Crohns - A Stomach Disease And immediately put in For A Transfer And I WAS moved To FTC [redacted] & Then To [redacted] where A Black man ForceFully Raped me, And I Turned it in And By november of 2024 I WAS in FCI [redacted] when They said [redacted] And I WAS Treated Awful There. I WAS supposed To see Endocronology And I missed The Appointment Because I WAS Extremely sick And They had Till September of 2025 To Get me care, But instead They Drag There Feet until inmates Find out That SIS is having me provide information

Alledgedly on The Bloods gang member And Two Staff members That were Bringing in Drugs And cell phones For gang members. [redacted] And SIS [redacted] were Both involved in This And inmates were pacering me & Read The Biven's case on Lexis case No. [redacted] And Then Got The Black hand And Bloods To pay over $200,000.00 To murder And kill me. Two inmates came And told me And Then A Native American inmate came And Attacked me with A knife And I Got staff To get me To The SHU. However, Because I was Already Redesignated To [redacted] For Good Behavior And 0 Disciplinary shots SIS Refused to investigate And I watched Them six (6) Days later send me To [redacted] & By October 23, 2025 Two inmates plotted on me Through The night To kill me in my sleep For murder For hire & inmate [redacted] came & Told me so I stayed Awake All night scared For my life,

Checking protective custody

Lets go Back Because on Two Different occasions I Begged staff To let me check in And They would not & its All notated. I wrote several grievance's, over 40 BP 8's To

STS [redacted]

counselor [redacted] who Refused To let me go To The next Step. And on october 23, 2025 Two inmate's chased me with A Huge knife And A small knife, The Guy waited until I was Half naked in The shower & I Barely got Away & set my Belonging Back at my spot & Ran To The officer's

in The control stations where The officer's seT. I
Go to stio & An inmate They put me in The cell
with Gets A note From the Bloods And They were
Gonna pay him to stab me. And he Told me Everything
The staff Refused to investigate. I started
shoving metal in my Arm to commit suicide
And By november & December I was
Back cutting on my penis trying to castrate
myself & They didn't care. I was Even Abused by staff At Butner.
Listen I was long Before Executive order
14168 A Transgender & on minimal medication &
Due All of The surgeries, As well As to Be
protected. so on February The 24 or 28th I was
Finally Transferred And made it to [redacted] & in A Holding cell
with 30 or 40 other inmates that An officer came
to The cell Door And Announced That This Tranny
is A confidential informant & pointed At me & walked
off And inmates" Attacked me & Knocked me
unconscious And kept kicking me in The Ribs
And They got me upright. By The Time we made
it upstairs Another c/o punched me Before
I could Get into The Block door & Forced
me into A cell with A violent inmate
That I wasn't Even suppossed to Be
celled with & he punched me & Forced
me to perform oral sex & Raped me As well.
within hours I was woken up And sent
up & Flown to FTC [redacted] And placed in The cell
with An inmate Twice my size That kept

[redacted]

Getting in my Bed And Raping me 6 6 Days Later I was transferred to [redacted] where I have Begged them to Get my HRT's to Dr. [redacted] whom says He is Reviewing my Files to Get me to the correct specialist But Every single Time I Ask About Endocronology they say they don't see Any specific need At this time But I have had A need the Entire Time I have Been in the Feds And Every Time they move me medical Blames the last Facility For the Delay in medical care And why They put my Gender Dysphoria And Gender identity Disorder to the way side. when They Are All the Federal Burea of prisons.

They have Refused me panties And Bra's Here And now make up. Staff have Totally mistreated me Because of my status And They do not want to help Treat me, They do not care that I can't sucessfully live in this Body And suicide is prevalant for someone like me.

How does it matter to them & why does the Eight Amendment not protect me from staff neglecting me And Allowing inmates to continue to Attack me & Hurt me.

Listen April 24, 2026 in the chow-Hall Dining Room Line with inmate [redacted] And inmate [redacted] standing in the chow line A Bigger Black Gentlemen known to Be A Blood Gang member said "that Guy is the one & if we get Rid of the knife, no one will get into Trouble, And

Proceeded to say The Bloods And The Blackhand Are paying A Large Amount of money to have him Killed And I couldn't Even Eat my Tray Because I was scared For my life. I immediately went to wrote A cop out to The Administrator, Warden And special investigative services (SIS) And A Lt. Pulled me out And said IF you can't Identify him Then I can't do nothing And no one has Been stabbed on this yard in 18 years I have worked here. He Blatently Lied to my Face And I had witnesses That were more than willing to Talk to staff As well As IF They would've printed out A Blue grass Third Floor Line up I would've Been Able to pick That Guy out That possibly called The shot to Get me Stabbed.

There is no cameras in [redacted] where I am Being Housed in [redacted] unit & That is Extremely Dangerous Because They Accept USP High custody inmates For medical care who have Killed people.

On April 30th A Tall Black male inmate came & Tried to Attack me From Behind stabbing me Barely in The neck & stabbed me 2 inches Deep in my Arm & scraped my hand. He Ran off & I Ran to The officer station who immediately Followed protocol By calling The Lt.'s phone & They sent one officer to Get me. The same Lt. Began to Threaten me & Accussing me of Doing This to myself. And wanted me to pick him out of A Line up. I said: "I had seen him Before But he didn't look like someone

From OUR UNIT. They Took pictures OF my wounds And Took me to medical And They Flushed Them gave me A Tetnus shot And put me ON Antibiotics

And places me in The SHU And FOR 12 Days Has Refused me to shave my Facial Hair knowing That I am A Transgender Female who is supposed to Be moved to A Female prison PER [redacted] And Because OF The CONSTANT Attacks on my Life & Being Raped. They substantiated The Rape in FTC [redacted] Recently. Farmer v. Brennan, 511 US 825 shows That They have Failed To protect me Thus By Far. I can say That Assistant warden [redacted] is Attempting to Get me into A BHU Again And I CANT complete Dual Diagnosis RDAP Because This is The very Dangerous The constant Attacks on my Life with people Trying to Kill me, Because I cooperated And Got on The Stand in The [redacted] And [redacted] CASE & OUT OF [redacted] And Later cooperated in The other murder CASE OF [redacted] OUT OF [redacted]

I have made constant contact with Shawn T. Meerkamper AT Transgender law CENTER & Now I Get pre Typed letters About it could Take nine Months. my Life is in serious Danger Through my mental illness, And constant Attacks on my life And These people say: "According To Trumps Executive order you Are A man & you need To Act like one."

And I have gotten to The point OF STRESS That I CANT Even NOT WANT To CUT OFF my Testicles

[redacted] Officer [redacted]

Officer [redacted] at [redacted] was gonna hire me until he found out I was transgender and he went and told inmate [redacted] and two other inmates [redacted] and they confronted me and threatened me and I went straight and told Assistant Warden [redacted] and she reported it to the correct staff and it immediately got back to C/O [redacted] and he threatened inmate [redacted] for allegedly telling me when actually it was not him & quite frankly the inmate's came and threatened me and told me if I valued my life I would shut the fuck up. This all occured here at [redacted] and I further took this part back to Assistant Warden [redacted] and I also reported it to Administration and forwarded it up the chain of command, but nothing actually got done to the officer.

I am asking for my own safety to get moved back to the RHU in [redacted] in hope's that these gang members don't kill me or take my life. please help me get everything I have coming and that my rights are being stepped all over.

I would like to thank you for your time & consideration.

And I have Alot of stuff going on, And value my life in Alot of way And Don't want to lose it to suicide Either

I Give this 10 page Declaration under the penalty of perjury And Declare that the Foregoing is True And correct to the Best of my Knowledge And understanding. I need the courts Help

Dated this 12th Day of may, 2026

[redacted]

Dearest Courts MAY 17, 2026

I hope this letter finds you doing very well in good health and spirit. I am writing to you to request who is representing us as a class. The reason I ask is because the Transgender law center will not exactly represent us as a class and is not involved in exactly what is going on because every time I write them I get letters like the one I included in that filing. I am really not under the impression that we get alot of help when it comes to this. I have written over 30 letters from 2022 to now to Transgender law center and even left messages on Shawn's T. meeKenper's phone to no Avail. I understand the amount of transgender people in the Feds, but I have been mistreated and still am, where does this end after I am dead?

is there contacts for the other people representing me or us in the Kingdom case and can the courts provide me with there contact information, please consider this very important and can the court in my specific case have counsel represent me and help me or advocate to get the Federal Bureau of prison's to follow this courts order for me in the Kingdom case. They literally have let me get attacked on several different occassions and they let me get raped at [redacted] & FTC [redacted] and they substantiated my rape claims, I

Predictably vulnerable to being Raped And Beaten Because I testified And Because I was A Transgender, They close investigation saying I was paranoid And no Because that led to me Getting Brutally Attacked And stabbed And if I didn't Fight for my own Life, I would not have one Today. I would like to Also Thank the court And I was told By A Staff member to write this Declaration And she wants to Remain Anonymous Because her career would Be on the Line. But she said That my Life is in serious Danger And she is scared the BOP is Gonna Let me Get Killed. A lot of people Encouraged me to Get up And stand up & Be strong And contact the courts in the Kingdom case Because I have Gender Dysphoria & Gender Identity Disorder & they have Refused to treat it According to DSM 5 standards For over 3 years And Even with the Executive order They have No Excuse.

I Need A High level protective custody spot And they originally Tried to say I have A Gang Tag & I said ok so lets Do A Drop out packet. They told me no you can't Because you Don't have Any verified Gang status? so why have They Never sent me to A Dropout yard, For my own safety. A 170 lb Feminine Gay Trans that wears makeup is not A Gang member. I have Done Alot to

To change my Life, over 20 + programs And Got my FSA Kicked IN And I have Less Than 2 years And 8 MONTHS TO Go home. I Dont want to Die or Get Killed Right Before I Get to The Door.

The Federal Bureau of Prisons has over 50 grievances BP8's That counselor [redacted] had A FCI - Federal correctional INSTITUTE never got Them Answered & Refused me to go to The Next Step To A 9 - 10 - or 11. counselor [redacted] AT [redacted] And The courts should subpoena Those And I give The court permission to Request Discovery To show what They have Done to me And continue to do to me.

They use The Fact That I am A Transgender who has Litigated Against Them in The United States District court of REDACTED

REDACTED [redacted] REDACTED

Think its [redacted] Dont quote me But I sent Letters From other inmates of The Abuse & Hits on my Life By gang members $100,000 of Dollars Being put up on my head &. Dont care. They sent me to Another yard with Surenos And Bloods on it.

During The Executive order staff came & took my panties And Bra's And Refused To give Them Back & Humiliate me in front of All of The inmates's. I Got All of my make up Broken & Thrown Away. Why is This happening to me All AT [redacted] FCI. Even when The order came out warden [redacted]

Allowed this staff [illegible] the
A Faggot in the chow Hall And said I was
Trolling For Dick Quote on Quote. I have Filed
multiple Reports Against staff And inmates using
PREA. Last one I Got substantiated on the stuff
That happened while I was in Transfer. [redacted]

Listen my prior Attorney [redacted]
And my prosecuting Attorney [redacted] out
of [redacted] were trying to talk About Getting
me into witness protection And here we are Again
Getting stabbed And Attacked And, I'm so scared
For my life. The Fact that staff have Gotten Reports
From other inmates verifying How serious the
Gang Hits Are is Absurd & They Don't value my
Life. please help me please I am scared for
my life

I want my surgeries And I followed All of
the policies to Get them Right Before the
Executive order then it All Disappeared &
[redacted] Email pull Down Also
Disappeared. I am Due Everything to help treat
A serious Disorder. I was Also Retaliated Against
By [redacted] Worker C/O [redacted] who told inmates
That I was A Transgender And Read stuff out of
my File Because of that & made serious Threats
on my life here At [redacted] For Reporting him
To All [redacted] At [redacted] please get Back
To me As soon As possible, But until then,
I Remain,

Very Truly yours

[redacted]