**ATTACHMENT W**

District of Columbia

RECEIVED
MAILROOM
[redacted]
Angela D. Caesar, Clerk
U.S. District & Bankruptcy Courts
for the District of Columbia

25cv691 RCL

[redacted] et al

V

Donald Trump, et al

Civil No: 1:2025cv0069

Motion for leave

I Request the courts to please grant me permission to file A written declaration in Referance to Alishea Kingdom V Donald Trump.

Respectfully

[redacted]

[redacted]

District of Columbia
Federal Court

RECEIVED
MAILROOM
[redacted]
Angela D. Caesar, Clerk
U.S. District & Bankruptcy Courts
for the District of Columbia

[redacted] et Al
Alishea Kingdom

V

DonAlD Trump, et Al

Civil No: 1:2025cv0069

Declaration

I, Ms [redacted] come before this Court to make A written Declaration of events of Retaliation, Harrassment and intimidation that occurred At USP [redacted] and FCI [redacted]

1. On or About April 16, 2025 at USP [redacted] Staff took my Bras and panties, then SAID "There's no such thing as Transgenders Anymore Trump took you're Rights."

2. ON 8-27-2025 At USP [redacted] At 6:30 Am CCTV shows the nurse bring me my suboxone, then walk Away, then he came back to my door and SAID "Since you keep filing on US, you're being removed From the MAT Program." I recieved A incident report for Misuse of Medication for Alleging I Diverted my Suboxone, which Never happens. Medical Abruptly stopped my medication without Any Taper or Reason, which Caused me to have Severe Withdrawls.

3. ON 8-28-2025 At USP [redacted] AT 5:30 AM I WAS Assaulted by my Cellmate in the SHU, He Choked me out, Hog tied me, and cut my head open with A razor while saying "the police told him to do it." I lay in the floor Bleeding, The %'s Did Numerous Rounds And saw me laying there, then they walked Away laughing. At 10:30 AM, 5 hours later the %'s came cuffed up my Cellmate, then when they removed me from the cell they told my Celly "you should of Killed that bitch."

4. On or About December 6, 2025 At Approx 2:30pm I put in Numerous Cop outs, and Sick Calls to Medical About having my Suboxone Restarted only to be ignored. I have put in grievances and they disappear Also. O.U.D is A Serious Medical need and I need Treatment, but Medical continues to Refuse by saying "That protection Order isn't going to make us give you you're Suboxone or HRT medication." They have brought me empty bottles that was supposed to have my Estradol in.

5. On 4-13-26 on 6:30pm I have put in more sick Calls to be put on my Suboxone because I am currently using IV needles, selling my food and body for drugs, Which puts me at risk for HIV, Hep C, or Overdose. A nurse came to my door and said "We hope you Overdose, that protection order won't save you."

6. Medical is still ignoring to treat my serious Medical needs due to me being A class member. They Continue to harrass, me, intimidate, and Retaliate Against me, by saying "They aren't helping Anyone who is part of that Class Action."

7. I humbly pray that this court can intervine and Assist me in getting my Suboxone and HRT medication, Restored. I Appreciate your time, Help, and Consideration.

Respectfully Submitted

[redacted]

[redacted]

RECEIVED
MAILROOM
[redacted]
Angela D. Caesar, Clerk
U.S. District & Bankruptcy Courts
for the District of Columbia

Clerk of Courts

I ask that you please assist me in filing this declation to the courts.

[redacted]

Address

[redacted]

[redacted]

[redacted]



District of Columbia U.S. Fed. Court
333 Constitution Ave. NW
Washington, DC 20001

20001-280299

691-RCL Document [redacted] (Court only)

# ATTACHMENT X

Case 1:25-cv-00691-RCL Document [redacted] (CouREDACTED

REDACTED

RECEIVED
MAILROOM
REDACTED
Angela D. Caesar, Clerk
U.S. District & Bankruptcy Courts
for the District of Columbia

DC. District Court House
333 Constitution Ave N.W.
Washington, DC 20001

RE: ALisha Kingdom v. Donald J. Trump
Case NO.: 1:25-CV-691-RCL

Dear Clerk of Court:

I'm writin to inform you of one thing
And to request two things.

(1) I wrote to this Court approximately
REDACTED Ago. I wrote 3 different
letters providing information of
non-Compliance By BOP REDACTED - FCI &
REDACTED - FCI to the Courts Preleminary
InJunction. And I have yet to receive
Any response.

(2) Request: is why have I not received
A response

(3) Request is for the address of the Plaintiffs
Counsel So that I may provide them with
non compliance information. ⟶

Please response to this letter at your earliest because I have material that I was given by this institution, regarding the Case named above, and I would like to know that my mailing it to this Court or the Plaintiffs Counsel is not being intercepted by this particular institution.

That which I would like to address is Document 173 filed on 4-16-26 That I did not receive here at this institution until 4-24-26

Thank you

Respectfully: REDACTED

cc. "Retaliation!!!"

[redacted] REDACTED

[redacted] REDACTED



DC Courthouse
333 Constitution Ave. N.W.
Washington, DC 20001

Legal Mail

4-30-26
Handed to I-unit
Night shifts
officer

20001-280299

0691-RCL Document [redacted] (Court only) Filed REDACTED

**ATTACHMENT Y**

RECEIVED
MAIL ROOM
[redacted]
Angela D. Caesar, Clerk
U.S. District & Bankruptcy Courts
for the District of Columbia

In The United STATES DISTRICT
COURT For The DISTRICT of Columbia

[redacted] -PRO-SE MOTION NO

Alashea Kingdom et Al — CASE NO 1:25-CV-00691-RCL
plaintiffs
V
Donald J Trump et Al.
Defendant

Order GRANTING PlAINTIFFS motion for a Protective Order.

I [redacted] A prisoner IN The Bureau of PRISONS (BOP) respectfully request By Pro se motion That The Courts GRANT me An Order By Motion For Protection From retaliation By Bureau of Prisons STAFF employees And AdminisTRATION For my participation And Testimony To provide INFORMATION To The Courts IN CASE NO: 1.25 CV 00691-RCL. I have Become Subject To Adverse treatment For Assisting class members of This case. I myself And Current class members IN Alishea Kingdom V Donald Trump who Are Prisoners AT USP [redacted] Began To Suffer By unit lock downs, No Recreation Time To use law library computers Nexis lexis System. For A Period of 5 days Inmates were left secured IN UNIT [redacted] Holdover without Showers,

DAily one Hour time period To Shower and Use The LAw library computers and make legal Calls.
All other INMATES IN The General Population were Allowed To TAke Showers, use The Phones And get Recreation 8 Hours during The Scedule Approved By The Administration.
2 officers were posted IN The A#1 Unit Holdover As enough STAFF To Allow These Daily Needs To Be given. (Facitiy records show normal operation)
* SINCE NOTICE From THIS Court The FCC REDACTED Holdover Commisary list For The [redacted] unit HAS NOT Been Allowed As posted ON A Bi-weekly BASIS. For normal purchase of STamps And legal pads and envelopes. legal pads of yellow IN Color NOT 8x11 color of white for legal purpose Court Requirements By the clerk are only sold And weekly Bi weekly changes are made to The Approved Commisary list That is signed By the warden removeing reading glasses and OTC medications needed For PAIN relief THAT The medical policies (See Doc #1 Exhibit)

FOR SICK CALL require INMATES MUST
PURCHASE ALL MEDICATIONS THAT ARE
OVER The Counter IF They HAVE Funds
IN Their Accounts. (OTC meds Removed)
ON multiple Times INMATES have
Become SICK From NOT Showering
I HAd GOT A respitory INfection, And
Pushed emergency Button FOR Medical
attention needing Allergy TABLETS OR
Tylenol PAIN relief. medical did
NOT Provide Any type of Assistance
I WAS Told By Nurse REDACTED
I CANT do NOTHING FOR you. (Buy the meds)
BOP employees, Administration And
Counselors From unit [redacted] Will NOT
Come Answer request TO STAFF And
Process Any BP 229(13) GRIEVANCES
THAT I HAVE And All OF Them I
HAVE been Placeing INTO legal mail
Under Sensitive #9 Nature.
(see exhibit of commisary sales) Doc
(#11). Changes reflect NEGATIVE impact on medication)
ON march 20 Friday After 5 days IN
The cell With NO Showers The
Computers were cut off By The
Unit STAFF While useing The
Public message text service to
TALK TO Attorneys And File The
NON-Compliance complaints and

#4 OF 11

reports ON The OIG SIS reporting electronic messages systems. Preventing I [redacted]
3-20-26 From Completeing A STAFF misconduct report to the (DOJ) Office of the Inspector general. The OIG Reporting line telephone #number and address was needed By request on the telephone By my Mother [redacted] TO CAll The Hot line About No Showers, No Access to These reporting e-mail Systems (Telephone calls made and conversations of Reporting wrongdoing TRU-lincs TRU Phone Account For [redacted] (Exibit #2 Record). (Telephone TRU-Phone (3-20-26) Inmates Recieve 1 Hour Time Frame To Shower Talk to Attorney or family member on telephone And use The TRU-lincs computers to make legal text messages And Report
(Unit) STAFF misconduct. (3-20-25)
(OFFICR) [redacted] * employees Told All inmates we were secured in The cells for 5 days For STAFF Shortage reasons. Everyday during These ...

Case 1:25-cv-00691-RCL Document [redacted] (Court only) Filed [redacted] Page 5 of 29



*continous lock Down retaliation claim

*(march-14- march-20-2026)

WAS let out of these cells After Daily Fights, Assaults and Situations While AHI inmates were all left Secured in The cells. only one type of isolated incident Happened to cause The Inmates to Be Placed into The Cells. Monday 3-16-2026 (Incident time Date minor issue) Inmates Began to push Emergency Buttons Duress Alarms Asking for Showers And medical relief Aids with no response. Inmate in Cell [redacted] Hung Himself to get out of Cell Suicide Attempt.

*((3-20-26) intentional communication disconnect)

*(NOTE) When The Inmate Computer TRU-lincs is cut off The Inmate Must wait 15 minutes to go Back onto The System. When The staff employees disconnected The Inmates on The Computers The One Hour Time Period was effected we are out of The cell to use The law library and staff misconduct Reporting Hot line. (*No system failure notice on computer)

(Officer [redacted])

Thursday 3-19-2026 unit counselor for

#6 of 11

The employee to resolve these issues of
(#1) Complaint I Filed By mail under
Sensitive #9 was for retaliation
By STAFF members
#2) Complaint mailed under BP#9
Sensitive was for $50 Taken From
my Account For (FRP) That I had
not Agreed to do By Contract!
This BP#9 was Also not Taken
Returned By counselor REDACTED [redacted] unit
stating I had to Address the
Grievance with my unit team I told
counselor REDACTED I Had Been in
This unit 3 weeks and had not
seen # [redacted] unit team in a month.
No Administration main lines
or wardens walk through inspections
are conducted in the AHL Holdover
to inmates Housed in Here
to Address Complaints, Resolve
Complaints and speak to the
Supervisors of different services
at USP REDACTED
No Chaplin services or education
Rounds are Provided to [redacted] unit
Holdover inmates *see sign in log Books)
correspondence with the courts
is not possible now for me

To send BP# 9 229(13) Forms or Any BP#10 (230)13 Administrative Remedies Process Due Process Requirements. After running out of stamps at purchase of last store (limit #20 (see list reciept) Doc #1.

These [redacted] unit lock downs Affect Inmates Ability to Provide evidence Report ongoing STAFF Misconduct. Claims to The office of The Inspector General. The last report I was given opportunity to report was that sex offenders were Placeing on-line Ads with Pen Pal Sites useing (BP #199 045) Request. These Forms Are Processed By unit team employees who Are classification officers who know These inmates are convicted sex offenders Prohibited By law from All Access to on line web sites. I reported that A 10 to 12 year old run away was Being Subjected to Prostitution By These inmates on These Pen Pal web sites (PREA Complaint)(see DOJ Report Hot line) I Had Also Filed STAFF Misconduct Report that BOP officers were STAYING ON (BOP) SHIFTS FOR

(Doc#2 Exibit)

#8 of 11

Periods of time of 24 Hours And
Longer (Central office Investigation By
Investigator Whiley)
These reports stated officer REDACTED
would sleep during #3 am 5am 12 am
inmate count times on night shift
get up and go work Driving the
Transportation Bus taking Inmates
to the Air Port to catch a Marshall
Plane, I reported shift office
staff knowingly Placed officers on
shifts on the Am and Pm Over
Time positions that endangered
The Public Safty Packis And All
The Institution As A Whole!
After Reporting This Staff
misconduct I REDACTED
#REDACTED And The Unit was
Not Allowed to Place Any More
Calls or make Anymore reports for
reasons said to Be Short of
Staff! (Note)(Admin records BOP Show)
Medical OTC Sales, Showers were
Also cut off!
Soap And Clean Clothes were given
#1 Time in #11 days At cell doors!

(3-20-26) Services were cut off during one Hour Time By employees. (note) the switch was Turned Back on As soon As it was cut off! To Restore service But Time limit was effected! A Time limit restriction started Before we could restore law library e-mail time use. For All These statements of Fact And Adverse effects to my Abilities to Report Staff misconduct Claims That Are Serious violations of Public Safty Factors Not minor Reports I Am Asking That my name Be Added As A Class member of Case 1:25-cv-00691-RCL As I Have Been Affected By Adverse Treatment for Assisting gather information Reports And File Staff misconduct reports. I have Also Been Subjected to (B) section (B) of Page 2 of 4 of Protective order. I Ask for an order of Protection until I Am Able to contact Alishea Kingdom et al As Plaintiffs And Counsel

#10 of 11

After The CASE 1:25-cv-00691-RCL WAS Filed And Granted 2/19/26 By The Hon. Royce C Lamberth I REDACTED REDACTED of USP REDACTED Holdover [redacted] unit cell [redacted] Have been Subjected To group punishments And Violations of 28 USC §1651 (3-20-26) For Helping Class members To Continue To Provide witness reports of STAFF misconduct By BOP employees 18 USC §3626(A) I Have IN FACT Reported STAFF misconduct IN Reguards To Public Safety Factors Documented in OIG Reporting e-mails AS To How long Officers STAY AT Work, Then The reason Short of STAFF was given For not coming Back out For 1 hour Time when general population was allowed Out All 5 Days. (3-13-20-26) These reasons To not come out have Been Continuous not just at a minimum number That Has Had A long term effect To show wrong doing To violate Preliminary Injunction in a clear And purposely Ill Intended was as A Form

To deter And Prevent The Inmates From Sending messages to The (OIG) DOJ For STAFF Misconduct. (3-20-26) BOP Policies require 1 Shower every 72 Hours even During lock downs And Administrative reasons. The officers would only feed And pass Along That we would not get A Shower Because of lock downs! while seeing inmates in general Population under normal operations Scedules. (NOTE) Inmates who were ON RAMADAN Muslim FASTING And prayer Month were yelling That Due to NOT Being Allowed to BATH That one TAX PAYER would Be Shot AS Return Retaliation Reasoning For violations to Freedom of Religion Rights.

I did not report That incident out of Fear to cause ongoing uprising From Door Banging, yelling, I Did report By Telephone to Mother ON Friday 3-20-26 (TRU-Phone message ON Records) Reported to Counselor REDACTED Those Statements He Responded OH well? The NEXT morning TRU line message

RECEIVED
MAILROOM
[redacted]
Angela D. Caesar, Clerk
U.S. District & Bankruptcy Courts
for the District of Columbia

CASE NO: 125-CV-00691-RCL Document 124
Filed 2/19/2026

IN THE UNITED STATES DISTRICT
COURTS for THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALISHEA KINGDOM Plantiffs ET AL | Case NO: 125-CV 00691-RCL |
| | [PROPOSED] MOTION Prose |
| V. | PlantIFF MOTION For a |
| Donald J TRUMP ET AL | Protective order. |
| Defendants | |

MOTION TO BE CLASS Member

I Pro-se Filer By motion request This Honorable Courts To ADD me [redacted] AS A Class member of This Case NO 125-CV-00691-RCL AS TO REASONS That I Have Been effected By The Actions of Those Named AS Defendants IN The Above named Case.

The Attorney of Records IN This Case IS IN Need of evidence and unrebutted evidence That can Be Provided By me As INFormation related To The Substance of This INFormation.

CC. copy: Clerk of courts.
CC Bureau of Prisons

Respectfully Submitted
By
[redacted] pro-se
[redacted]

(2) of (15)

I Inmate REDACTED of USP REDACTED (BoP) Am requesting that this Honorable Courts in The united STATES District Court For THE DistrictS OF Columbia Hon. Royce C. lamberTh united STATES District Judge.

Grant me as a pro se filer a valid Protective Order AS IN CASE 1:25-cv-00691 RCL Document 124 Filed ON 2/19/26. For The reasons given in The Treatment I Began To Recieve for Trying To Help A INMATE And explain what The Documents He recieved By your clerk of courts meant! (3-20-26).

I Personally Seen THe Nexis lexis law Library computer Access Be cut off By The UNIT officer of [redacted] USP REDACTED (3-20-26.) After Disconnecting The access for The INMAte the services were Turned Back on. That intentional action Prevented The INMAte from Being able To use The law library court records Data Base To review The recent ORDers of the District Courts. The computers are set To allow a waiting period of 15 minutes per use and session During The 1 Hour Time Period given in The [redacted] Hold over

13 OF 13

units at USP REDACTED The TRU-lincs computer system did not give any type notice of error or failure at the times (8am to 10 am) on (3-20-26) when the (BOP) employee officer done that intentionally! The same unit officer REDACTED Has acted on multiple incidents to keep all the inmates secured in the cell for time periods of 5 days.

(NOTE) The INMATES of The [redacted] unit are NOT under any type of Bureau of Prisons administration dispinary rules that would be reason to confine the INMATES to the cell for 24 Hour Periods of time.

Prior to the 5 Day Period of time the inmates were confined to the cells for 96 Hours 4 days without use of the telephones and law library computers. (                    )

* During this incident the time that was given 1 Hour to shower, use the Phone and Computers was at a time that all facility computers and telephones are not in service for

(NOTE) * (Administration count time shift change)

During this time period the inmates

who are muslim Faith were yelling
That A proper shower was needed at
some Point During The month of
RAMADAN.' INmates Began To say That
"Every shower missed with clear ill intent
would result in one member of The Public
A Taxpayer Being Shot.' ON (3-19-2026) I
reported That to The unit counselor REDACTED
And told him that the showers were not
getting done at all!
On 3-20-2026 All [redacted] unit Inmates were let
out for the one Hour time with 15 minutes
Time Being Added for reason given By The
unit officer REDACTED "were giving you The extra
time because of last week."
* THIS 15 minute time Frame was then taken
Back. Inmates only stayed out 1 Hour and
AT THAT Time officer REDACTED cut off The
Access To inmates Useing the law
library And Public message system To
Speak To lawyers By (TEXT services)
That inmates Pay For The use of.'
ON 3-19-2026 The [redacted] Unit Counselor REDACTED
Did come INTO The unit To address All
The Inmates concerns And questions
He went Door To Door and in a
respectful time Given to each person Done