**ATTACHMENT Y**

**(Continued)**

what The INmates had requested IN writing ON A request TO STAFF or piece of paper. Unit counselor REDACTED also answered electronic STAFF request INMATES Had sent And Processed legal mail.

When I Talked TO mr REDACTED I Asked For A BP#9 229(13). I said I had a Problem That $50 was Removed from my INMAte Account For (FRP) Finance responsibility Payment) (see ACCOUNT statement) I Told Him $50 WAS TAKEN without my AGreement IN The (FRP) Contract I Had Signed. I WAS IN A $25 Agreement Payment ON A 90day Time Frame. The $50 WAS removed without A Valid reason. I WAS only under A $25 contract. I Then Filed And mailed The BP #9 229(13) Post Date -3-19-2026. (Sensitive #9) explaining For No Valid reason The $50 was TAKEN And I felt that it was Due to helping the INmates Process INformation on regards To Grievances For STAFF misconduct!

I Have AT every chance opportunity given me Purchased All legal mail supplies, stamps at my own exspence To Provide other INMATES To mail The complaints For STAFF mis-Conduct By mail To The office of the Inspector Generals office. (Tru-lines-record)

TRU-lines (BOP) DATA BASE Records will IN fact SHOW THAT AS I REDACTED Assisted A Group of Inmate class members of case No 1:25-cv-00691-RCL How To Access The WEB SITE Reporting System and CONTACT Telephone numbers officer REDACTED CUT The Access of As I was doing That!

* I was Able To get The 1800 OIG number anyway And give it to The class members Before The System Access was terminated! your Honor I Have A current staff misconduct BP#9229(13) under investigation For This incident Brief statement of FACT

I was escorted To A Holding cell AT USP REDACTED when I went INTO The holding cell LT. REDACTED entered the holding cell And Punched me IN The FACE. He Then left And returned a 2nd time And placed me IN full restraints, leg irons, waist chains Hand cuffs! LT REDACTED Along with a second unknown LT Placed socks on their Hands IN A Boxing glove FASHION And Began To Beat me IN The Head and ribs AS my INmate rights process was read out loud To me. The First Two lined sentences of The rights Process

7 of 15

were the only parts Being read to me! Saying By LT REDACTED "You HAVE The Right TO Remain Silent"
(#2) STATEMENT Process read By LT REDACTED REDACTED WAS "You Have A Right That Anything you Say CAN And will Be Used AGAINST YOU!"
I WAS Punched IN The Head and The Upper Body multiple Times By LT REDACTED And The 2nd UNKNOWN LT OFFICER who were wearing the inmate socks IN A Boxing glove more Shift Fashion. Only The First Two Parts And Process of my right were Being repeated over and over By LT REDACTED As He Punched me IN The Head And Upper Body! While I WAS IN Full restraints!
(note) The Inmate Rights Process Prior to Placement INTO Administrative Detention WAS Done IN Violation To The Process Used Knowingly! LT REDACTED WAS AT THAT Time involved IN The incident I WAS Being placed IN Administration Detention For. I REDACTED Had Filed misconduct reports And investigations TO (SIA) ON LT REDACTED REDACTED That Had Resulted in the

REDACTED That Had resulted IN The STAFF Officers And (BoP) employee losen Thier GUN Permit ISSUED By The (BoP) And lose of Over Time Post Positions INcentives Being suspended

NOTE. (Documentation record of fact IN SIA File) I Am Bringing This incident To The ATTention To This Court Also AS need FoR Protection order for retaliation from The employees of The (BoP) Bureau of Prisons.

After Over A Period of one year I still Continue To suffer (PTSD) That when I ASK TO See STAFF Psycology ABout ON INMATE STAFF request They do NOT respond To! Any Thing related To The STAFF misconduct report Treatment I GoT From LT REDACTED That I ASK for Any Type medical Treatment Are NOT Answered! Dozens of request JUST TO See A BoP STAFF Psycologist TO TALK IN A Therapy Sense Are Denied! The last Request To see Dr REDACTED AT USP REDACTED REDACTED WAS terminated when I Began To Bring up LT REDACTED And The STAFF misconduct claim (PTSD) That Resulted From That Assault By LT. REDACTED

*NOTE I will wait for The outcome and The Final Determination of The Investigation of The Administrative remedies process for This STAFF misconduct Claim To: Seek relief from The District Courts But until That Time Frame That Is a requirement for The Department of Justice office of Inspector General To Fully Investigate Claims of STAFF mis-conduct I ask That The Protective Order Be Granted to me.

This one Particular Act of retaliation That I was subjected to Has me effected as to I feel That a Gross misscarriage of Justice To Place against me and my Constitutional Rights! A Process used and created By Congress was misused against me By employees in The Bureau of Prison That Has effected The way I am Treated and confined By The (BOP)

(NOTE) As I wait for This outcome for This STAFF misconduct complaint I have Pending against LT. REDACTED I Continue To Be Subjected To Abuse, retaliation And Negative Administrative

Process AT Higher levels of Authority.
my Current Place of confinement
And Safty is now An issue as a
result of reporting STAFF misconduct
That resulted IN The STAFF members
I reported To recieve A lose of
Gun Permit And over time JOB
Placement.

I Am ON Protective Custody AT
USP REDACTED and will have To continue
To remain on Protective Custody Due
To ADMINISTRATION Classification
Documentation Being Placed IN my
records That STATE!(Custody ADMIN
(Exhibit) STATUS SHEET) I HAVE A Public Safety
NOTIFICATION (see Records) AS Being A Sex
Offender! I Am A REDACTED
and REDACTED Case
Who [redacted] years Term
OF Confinement for. I Am Currently IN
Process of completing A Consecutive
REDACTED Sentence for REDACTED
It IS A record of FACT That This
Court can see That I HAVE never
Been convicted of Any Sex-offense
UPON Anyone ever! I Am A Inmate
Who signed A 5K-1 Agreement For
Provideing SUBSTANTUAL ASS[illegible]

(12 of 15)

Authorties IN my case. I Turned myself IN 5 months After my crime When my co-defendant would not stop commiting Armed Robberies! The FBI Could not solve my cases without my Assistance To Them and The United States Attorneys Office.

I REDACTED am not able To be IN General Population As A result of Being A 5K1 case And That A Sex offender Notification wrongfully Placed on me By BOP employee STAFF For reporting Allegations of STAFF misconduct AT (REDACTED) For counselor REDACTED Recieveing BP#199 request For Authorization And Approving Inmate REDACTED A convicted sex Trafficer To make Payments By Federal check of Tresury To multiple online Pen-Pal Sites on The website. Prisoners Who were convicted of sex crimes And sex offenders were placeing ads on multiple web sites for Pen-pals

(note) *(see write a prisoner website location and search REDACTED

REDACTED USP classification officers IN The A#1 A#2 Housing units were approving The inmates on There case loads To

(12) OF (15)

unit team REDACTED case manager REDACTED executive Assistant REDACTED and unit manager REDACTED were named in The staff member misconduct reports I made at that time. The Inmates in REDACTED USP Had Began to write And Place Ads on These Pen Pal Sites to multiple women and men! It had Become a conspiracy By sex offenders to contact these member of The Public online and con money And Try To Promote on line sex-crimes! These Inmates were useing a cat-fishing method To Extort People Dozens of People at one time.

(NOTE) After I started a Process To report STAFF misconduct as to How The (BoP) unit team was allowing These payments to Be made by inmates in There case loads who are sex offenders my

(NOTE) own classification Records showed in my custody status Report section under Public Saftey Factors That I was a sex offender! I am a REDACTED! The Administration at REDACTED USP Unit team removed my (drop Tag custody status) *Transfered me to USP REDACTED Active General Population when I HAd

(13 OF 15)

OPtions And Alternatives AVAilable IN my TRANSFER! These clear ACTS of get BACK retAliAtioN methods were used ON me By The(USP REDACTED unit TEAm)
(NOTE) ①Clc REDACTED ② case manager REDACTED ③ REDACTED
#④ unit manager REDACTED For The STAFF misconduct reports I made For what They were Allowing The INMAtes To do ON line to people! I Did make The STAFF misconduct claims with intention To report what was resulting From The STAFF misconduct
(Anote) my INtent was To Prevent The sex-offenders from Placeing more ADS And To continue Victumizing The Public some of these People were children! The ClASSIFICAtION Counselor REDACTED got really mad lost self control And wrote A FAlse Incident report on me AS well as PlAced INto my Federal records I WAS A Sex-Offender!
(NOTE)*I Am Able To Show Through ClASSIFICAtION (BOP) records ThAT AS A Direct result Of These incidents ThAT These Above named employees used methods of retAliAtioN with ClASSIFICAtION Reviews Comments DocumentAtioN

(14 of 15)

Processes To Cause Direct And IN-Direct Harm To me As A Inmate my Drop Tag was Removed IN This Process And Has resulted IN me requesting [redacted] Custody. I [redacted] will continue [redacted] complete The Process needed To Complete The STAFF misconduct claims And during This Process report These Claims of retaliation ON me AT levels of BP#9 229(13) BP#10 230(13) And BP#11 231(13) ADMINISTRATION Agencies.

AT The Completion of These Stages I intend To File To This Court for relief For The Harm cused To me By these Actions.

(Final) (note) This Court Requires That All Allegations of wrong doing for STAFF misconduct Be reported And That All claims Be Fully Exhausted ON All ADministrative levels Before relief CAN Be Asked for By The Courts when stateing A Claim.

After I Have completed These needed Processes And Documented

5 of

All The STAFF misconduct reports
That Has caused me To suffer A
Personal injuries claim That has
Become ON Going IN Sucession
I will Be Able To Show That I
Suffered Personal injury As A
Direct Result!
Until These Administrative Remedies
levels of exhaustion Processes
Are completed And I Have
Been Able To Provide This
information To The counsel and
Attorneys For Alishea Kingdom
ET, Al., Case No 125 CV 00691
I Request For The Above mentioned
Because explained in Brief reasons
To Be Also Granted A District
Court Order Motion For Protection
From retaliation By The employees
of The Bureau of Prisons and its
members of Administrations.

1 The courts Preliminary Injunction is Published at 2005 WL 1568237 (D.D.C June 3. 2025), and the orders renewing it are Published at 2025 WL 4236438 (D.D.C Aug 20 2025); 2025 WL 4236440 D.D.C Nov 17 2025) and 2026 WL 452173 (D.D.C. Feb. 12 2026)

REDACTED Pro se USP REDACTED A#1 311 REDACTED
REDACTED

Case 1:25-cv-00691-RCL Document [redacted] (Court only) Filed [redacted] Page 27 of 29

21

Document Exibit #10

# FCC [redacted]

## HOLDOVER COMMISSARY LIST

ALL SALES ARE FINAL - NO REFUNDS - NO EXCHANGES - NO RETURNS

| | |
|---|---|
| LAST NAME [redacted] | |
| FIRST NAME [redacted] | |
| REGISTER # [redacted] | |
| RANGE/CELL # A1 211 | DATE March 21 24 |

***INSTRUCTIONS:*** ***NO WRITE IN ITEMS WILL BE SOLD***

*THE ABOVE INFORMATION MUST BE COMPLETE AND LEGIBLE IN ORDER TO PROCESS THIS REQUEST.*

***ANY*** *ALTERATIONS TO THIS LIST WILL VOID YOUR ORDER!*

*SALES ARE PERMITTED ONCE BI-WEEKLY*

**STAMPS**

***LIMIT ONE (1) EACH**

| Qty | Price | Item |
|---|---|---|
| | $15.60 | STRIP OF 20 |
| | $7.80 | STRIP OF 10 |

***LIMIT TWO (2) EACH**

| Qty | Price | Item |
|---|---|---|
| | $2.30 | LEGAL PAD |
| | $0.85 | LEGAL ENVELOPE |
| 2 | $0.60 | BLANK GREETING CARD |
| | $1.70 | MALING ENVELOPES |

**FOOD**

***LIMIT (...) EACH**

| Qty | Price | Item |
|---|---|---|
| 1 | $10.00 | FOLGERS (1) |
| 6 | $1.75 | BEEF BSTICKS (6) |
| 2 | $1.85 | HERSHY W/ ALM BAR (2) |
| 2 | $2.55 | TUNA (2) |
| 12 | $0.50 | CHICKEN RAMEN SOUP (12) |
| 2 | $1.90 | DUPLEX COOKIE (1) |
| 5 | $2.70 | PEPPERONI SLICES (5) |

**HYGIENE KIT**

***LIMIT ONE (1) EACH**

| Qty | Price | Item |
|---|---|---|
| | $8.85 | HYGIENE KIT |

**OTC MEDICATIONS**

***LIMIT ONE (1) EACH/FOUR (4) TOTAL**

| Qty | Price | Item |
|---|---|---|
| 1 | $3.00 | COUGH DROPS |
| | $1.40 | ANTIFUNGAL CREAM |
| | $3.00 | ACNE CREAM |
| | $3.25 | PINK BISMUTH |
| 1 | $1.90 | BIC PENS (2 PK) |

Approved
No wardens signature

No pain relief
No medications

U.S. DEPARTMENT OF JUSTICE — REQUEST FOR ADMINISTRATIVE REMEDY

Passitive #10 Issue

Federal Bureau of Prisons — Unit team 6B not present for Administration Due Process

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: [redacted] (LAST NAME, FIRST, MIDDLE INITIAL) [redacted] (REG. NO.) [redacted] (UNIT) USP [redacted] (INSTITUTION)

**Part A- INMATE REQUEST** Inmates Attempting to File and report Staff mis conduct with Serious Pubic Safty Factor Violations are Being Secured into cells with No Showers, commisary purchases for medical and stamps for legal postage legal supplies Relief Aids and sceduled times for warden walk throughs That All supervisors and staff Attend to Address inmate grievances Informally. Multiple times case No 1:25 CV-00691-RCL Protective preliminary Injuction orders 2-12-26 are Being violated to Harass, intimidate retaliate on Holdover Inmates And class members, Showers for over 5 days are Denied to All Inmates while 2 staff are on the post with post orders to Shower Inmates every 72 Hours while general population is normal operations. Commisary Sales postage and medical relief Aids are not Being sold to All inmates with changes without wardens approval on the changes made removeing OTC medical relief pain medications correct legal supplies reading glasses. See Sales History changes. I have Also suffered reported Abuse for reporting staff misconducts in the past that resulted in personal injury and protective custody issues.

[redacted] DATE [redacted]

**Part B- RESPONSE** I have not seen Unit Team 6B in a month or the case management Investigator for staff misconduct reports

# (Doc) copy for (Exhibit) in motion to request protective order prelminary Injunction 2026 WL 452173 D.D.C. 2/12/2026. prayer for relief granted By Hon Royce C. Lamberth. Filed 2-19-26

[redacted]

Copy- Washington lawyers committee
Regional office
District of Columbia Courts
Central office
DOJ OIG office

DATE — WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

**ORIGINAL: RETURN TO INMATE** CASE NUMBER: ______

CASE NUMBER: ______

**Part C- RECEIPT**

Return to: ______ LAST NAME, FIRST, MIDDLE INITIAL ______ REG. NO. ______ UNIT ______ INSTITUTION

SUBJECT: ______

DATE — RECIPIENT'S SIGNATURE (STAFF MEMBER)

USP LVN — BP-229(13) APRIL 1982

Case 1:25-cv-00691-RCL Document [redacted] (Court only) Filed [redacted] Page 29 of 29

Must use pen to shade circles like this: ● Not like this X or this: ✓

**United States Department of Justice**
**Federal Bureau of Prisons**
**Request for Withdrawal of Inmate's Personal Funds**

**DO NOT PHOTOCOPY**
BP - 199.045 - Dec 2002

**Sensitive - When Completed**
**Privacy Act**

523325

Please charge to my account the sum of

**Dollars** . **Cents**

**ATTENTION:**

1) Both sides of this form must be completed.
2) All fields, except First Name and Address 2, are mandatory.

**Monthly Repeating Withdrawal**

Begin Date (MM/YYYY)

End Date (MM/YYYY)

Note: Must put in leading zeros For example, 00100.00 = $100.00

and authorize the same to be paid to:

**Last Name or Company Name** **First Name**

EXHIBIT Document
#2
CLASSIFICATION STAFF
approved these Forms
For payment to pay
pal WEB SITES
Prisons DO NOT ALLOW ANYONE
convicted of sex offense to use
a telephone or
computers in the
(BOP)

**Inmate Reg. No.**

**Print Inmate Name**

**Inmate Signature**

**Purpose**

**Approving Official**

**Official Use Only**

Office Code

The inmate's personal account has been charged in the amount indicated above.

Voucher No. ____ Financial Mgt ____ Institution ____

Paid by Cash on ____ Payee Signature ____

523325

RECEIVED
MAILROOM
[redacted]
Angela D. Caesar, Clerk
U.S. District & Bankruptcy Courts
for the District of Columbia

To: The Clerk of Courts REDACTED

REDACTED

From: REDACTED pro se filer Request

At This Time I REDACTED

REDACTED By Pro-se motion Request This Court to construe This legal motion as an attempt to be added to the class action case as a member who has suffered as a result of case 125cv00691RCL

I am currently confined at USP REDACTED

REDACTED

I also request clerk of court assistance to get any and all public documents on this case for reasons to contact the plantiff attorneys with information related to the case and ask to be represented and assistance direction to do so

Thank you

REDACTED
[redacted]

UNITED STATES OF AMERICA FOREVER/USA

UNITED STATES OF AMERICA FOREVER/USA

UNITED STATES OF AMERICA FOREVER/USA

UNITED STATES OF AMERICA FOREVER/USA

District clerk of court

* legal Documents

Clerk of Court for
The United STATES
DISTRICT DISTRICT COURTS
FOR The DISTICT of COLUMBIA
E, BARRETT
Prettyman united STATES
Court House
333 CONSTITUTIONAL AV
Room #5523
Washington DC 20001

**ATTACHMENT Z**

Case 1:25-cv-00691-RCL Document [redacted] (Court only) Filed [redacted] Page 1 of 15

RECEIVED
MAILROOM
[redacted]
Angela D. Caesar, Clerk
U.S. District & Bankruptcy Courts
for the District of Columbia

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ALISHA KINGDOM, et al.,
plainttiffs,

v.

case number.1:25-cv-691-RCL

DONALD J. TRUMP, et al.,
Defendants,

I, [redacted] ("[redacted]"), a witness to the above case, now wri~~tes this court to make~~ you aware that I have been retaliated against in my attempts to make this court and the Plaintiffs legal counsel aware that the preliminary injun~~ction that~~ was posed by this court have not been adheard to by the [redacted] FCI, located in the state of Alabama by way, but no~~t limited~~ to the folowing way: cutting transgender psych Patience (myself) off of their hormone and Psych medications; putting them in the hole for frivilous cha rges.

I have made several attempts to reach out to this court and this current BOP ([redacted] FCI) has blocked me in ways that I can not prove oth~~er than no~~ response has been provided to me from this court and the plaintiffs concel since I last wrote to either in the last ~~tw~~o months. 3 →

Please consider this letter as my notification for the violation of my first amedment right and to make the courts aware of the posible noncompliance of the courts Preliminary Injunction from t his institution, by way of continuing to deny me my gender diphoria psych medications (welbutren, Abilify, hormone, estradrl).

Respectfully: [redacted]

I look forward to hearing back from you in this most important regard.

Also, Please note that there is <u>no</u> <u>1330.141</u> BOP's Program statement available for <u>inmate-persons to view</u> as is stated on page 1, Document 173-1, First paragraph [redacted]

TDGHU *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL * 03-27-2025
PAGE 022 * FULL SCREEN FORMAT * 12:22:34

---

REGNO: REDACTED NAME: REDACTED

RSP OF...: TDG UNT/LOC/DST: 1 GP QTR.: D05-007U RCV OFC: BTF

REMEDY ID: 1215426-F1 SUB1: 22ZM SUB2: DATE RCV: 10-11-2024

UNT RCV..: 1 GP QTR RCV.: Z06-240LAD FACL RCV: BTF

UNT ORG..: 1 GP QTR ORG.: Z06-240LAD FACL ORG: BTF

EVT FACL.: BTF ACC LEV: BTF 1 RESP DUE: THU 10-31-2024

ABSTRACT.: BEING DENIED USAGE OF RAZOR WHILE HOUSED IN SHU

STATUS DT: 10-11-2024 STATUS CODE: ACC STATUS REASON:

INCRPTNO.: RCT: P EXT: DATE ENTD: 10-11-2024

REMARKS..:

G0002 MORE PAGES TO FOLLOW . . .

TDGH... ADMINISTRATIVE REM [redacted] GENERALIZED RETR [redacted] * 03-27-2025
PAGE 009 * FULL SCREEN FORMAT * 12:22:34

---

REGNO: [redacted] NAME: [redacted]
RSP OF...: TDG UNT/LOC/DST: 1 GP QTR.: D05-007U RCV OFC: MXR
REMEDY ID: 1187433-R1 SUB1: 26DM SUB2: DATE RCV: 03-16-2024
UNT RCV..: 2 GP QTR RCV.: Z03-146LAD FACL RCV: HAF
UNT ORG..: 2 GP QTR ORG.: Z02-118LAD FACL ORG: HAF
EVT FACL.: HAF ACC LEV: RESP DUE:
ABSTRACT.: REQUEST FOR MEDICATION
STATUS DT: 03-18-2024 STATUS CODE: REJ STATUS REASON: INS
INCRPTNO.: RCT: EXT: DATE ENTD: 03-18-2024
REMARKS..: THIS APPEAL WAS REJECTED BY THE INSTITUTION IN
JANUARY. PLEASE FOLLOW INSTRUCTIONS ON THAT
REJECTION NOTICE.

G0002 MORE PAGES TO FOLLOW . . .

```
TDGHU        *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *    03-27-2025
PAGE 013     *              FULL SCREEN FORMAT            *    12:22:34
```

REGNO: REDACTED NAME: REDACTED

```
RSP OF...: TDG UNT/LOC/DST: 1 GP             QTR.: D05-007U   RCV OFC: MXR
REMEDY ID: 1187433-R2     SUB1: 26DM SUB2:   DATE RCV:   04-05-2024
UNT  RCV..:1 OKL M      QTR RCV.: C10-408L   FACL RCV: OKL
UNT  ORG..:2 GP         QTR ORG.: Z02-118LAD FACL ORG: HAF
EVT FACL.: HAF    ACC LEV:                      RESP DUE:
ABSTRACT.: REQUEST FOR MEDICATION
STATUS DT: 04-05-2024  STATUS CODE: REJ STATUS REASON: WRL
INCRPTNO.:           RCT:    EXT:    DATE ENTD: 04-05-2024
REMARKS..:
```

G0002        MORE PAGES TO FOLLOW . . .

U.S. Department of Justice
Federal Bureau of Prisons

**Regional Administrative Remedy Appeal**

Sensitive "Kingdom Retaliation"

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-DIR-9 including any attachments must be submitted with this appeal.

From: [redacted] [redacted] [redacted] [redacted]-FC

LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION

**Part A—REASON FOR APPEAL**

I have not received physical or Sexual Retaliation for my attempts to provide the Court with allegation of noncompliance with the Courts Preliminary InJunction.

However, As written above — "attempts" — to provide plaintiff & courts with information, alleging noncompliance has been hendered by the BOP mail rooms system, or others whom are in charge of viewing U.S. mail composed by inmates prior to mailing it out. I submitted 3 letters [redacted] ago

DATE 4-20-26

SIGNATURE OF REQUESTER

**Part B—RESPONSE**

To Both the Courts & the plaintiffs and niether Court Docket or plaintiff Counsel has Confirmed receiving them. This is an attempt to prevent further impedement - violation of my 1st amentment right — to Courts & their parties in the "Kingdom" Case. Rectification sought is for mail to be delivered and no-longer recepted by BOP. employees.

RECEIVED
MAILROOM
[redacted]
Angela D. Caesar, Clerk
U.S. District & Bankruptcy Courts
for the District of Columbia

DATE

REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

ORIGINAL: RETURN TO INMATE

CASE NUMBER: ______

**Part C—RECEIPT**

CASE NUMBER: ______

Return to: ______

LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION

SUBJECT: ______

USP LVN DATE

Previous editions not usable

SIGNATURE, RECIPIENT OF REGIONAL APPEAL

BP-230(13)
APRIL 1982

Case 1:25-cv-00691-RCL Document [redacted] (Court only) Page 6 of 15

U.S. Department of Justice **Request For Administrative Remedy** [redacted]

Federal Bureau of Prisons — Sensitive BP-9 —

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

| From: [redacted] | [redacted] | SHU B-117 | [redacted] FCI |
|---|---|---|---|
| LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION |

**Part A- INMATE REQUEST** ; This is A REQUEST FOR COMPENSATION FOR BEING Physically ASSAULTED By STAFF, OFFICER, MR. [redacted] ON January 29TH, 2025 at approximately 0650 hrs, WEDNESDAY MORNING IN THE location of THE FCI [redacted]'s SHU-unit, on Range-B at cell-117, located in the [redacted] STATE of [redacted]. officer, Mr. [redacted] acting Highly Unprofessionally with inmate [redacted] by Slamming Her Hand in the Food-slot of the cell-Door and threatning to break it off if [redacted] ever Attempted to hold the Food-slot Hostage. Mr [redacted] was very agressive in his demeaner by Flaring his nostrols, turning Red, widing his eyes and staring through the window at [redacted] menacingly. Mr. [redacted] Als scrotted down to get more leverage & force when he slammed [redacted] hand in the Food-slot. However, [redacted] was only trying to show this officer Her doctor's note for double portions at meal time, that was actually hanging in the window. once this officer realized what [redacted] was doing he still did not appologize. HE Also [illegible] [redacted] stating your not bleeding you'll be Denied [redacted] medical Attention & laughed at [illegible] His [illegible] was of wanting abuse toward inmate & fine, I'm not calling Medical. very disturbing. [redacted] is scared of this officer and want compensation. Further inmates of will file 2241 law suit.

| 1/29/2025 | [redacted] |
|---|---|
| DATE | SIGNATURE OF REQUESTER |

**Part B - RESPONSE**

| | |
|---|---|
| DATE | WARDEN OR REGIONAL DIRECTOR |

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

ORIGINAL: RETURN TO INMATE CASE NUMBER: __________

**Part C - RECEIPT** CASE NUMBER: __________

Return to:

| LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION |
|---|---|---|---|

SUBJECT:

| | |
|---|---|
| DATE | RECIPIENT'S SIGNATURE (STAFF MEMBER) |

FPI-PEPR PRINTED ON RECYCLED PAPER BP-229(13) APRIL 1982

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
MAILROOM
REDACTED
Angela D. Caesar, Clerk
U.S. District & Bankruptcy Courts
for the District of Columbia

**ALISHEA KINGDOM,** *et al.*,

*Plaintiffs,*

v.

**DONALD J. TRUMP,** *et al.*,

*Defendants.*

**Case No. 1:25-cv-691-RCL**

**PROTECTIVE ORDER**

It is hereby,

**ORDERED** that Defendants, their agents, and employees shall not retaliate against witnesses, including class members, because they have provided the Court information concerning BOP's compliance with the Court's Preliminary Injunction, either via oral testimony or written statements.

**IT IS FURTHER ORDERED** that Defendants, their agents, and employees shall not retaliate against witnesses, including class members, because they have filed a grievance alleging non-compliance with this Court's Preliminary Injunction or have contacted Plaintiffs' counsel or this Court alleging noncompliance with the Preliminary Injunction.

**IT IS FURTHER ORDERED** that to fall under the scope of this Order, Retaliation is defined as an adverse action against a witness motivated primarily by the individual's act of providing information to the Court or Plaintiffs' counsel, or filing a grievance alleging non-compliance with the Preliminary Injunction (hereinafter, "the Protected Activity") All other actions that have a valid penological, disciplinary, or medical purpose, do not constitute retaliation,

including but not limited to: disciplining class members for sustained infractions, issuing justified incident reports for class members' suspected disciplinary violations or for any other reason; conducting searches of class members' persons or cells for safety and security reasons; changing class members' housing assignments because of security risks; denying requested medical interventions that are not clinically indicated; or measures taken to ensure that class members adhere to institutional scheduling and assigned activities

**IT IS FURTHER ORDERED** that within 14 days of this order, Defendants shall provide written notice to wardens at all BOP facilities at which a class member is incarcerated, describing this order and attaching it. Within 14 days of this order, Defendants shall also provide written notification and a copy of this order to all class members via individual delivery, posted notifications, or electronic delivery.

**IT IS FURTHER ORDERED** that within 30 days of this order, counsel for Defendants shall file a written declaration detailing how this order was conveyed to staff and incarcerated people at all BOP facilities at which class members are incarcerated.

**IT IS FURTHER ORDERED** that the parties shall comply with the attached process regarding resolution of allegations of retaliation.

Nothing in this Order shall be construed to limit BOP's authority to administer its internal procedures, policies, or regulations in the ordinary course of its operations.

**IT IS SO ORDERED.**

Dated: 4-16-26

Royce C. Lamberth
Hon. Royce C. Lamberth
United States District Judge

RECEIVED
MAILROOM
REDACTED
Angela D. Caesar, Clerk
U.S. District & Bankruptcy Courts
for the District of Columbia

# ATTACHMENT

## Process for Resolution of Allegations of Retaliation Brought Pursuant to the 4/16/2026 Protective Order in *Kingdom v. Trump*, Case No. 1:25-cv-691-RCL:

**STAGE 1: BOP ADMINISTRATIVE REMEDIES**

1. Witness Responsibilities

**A. Routine Remedy**

- In accordance with BOP's Program Statement 1330.14, *Administrative Remedy Program*, section 8, individuals alleging retaliation under this Order must submit a formal written Administrative Remedy Request, on the appropriate form (BP-9) within 20 days following the date of the alleged retaliatory incident. 28 C.F.R. § 542.14.
- To ensure that this grievance is properly processed, the BP-9 must be clearly marked as "Kingdom Retaliation."

**B. Emergency Remedy**

- An individual may also notify staff directly if they believe that their safety is in danger.
- Emergency Remedy, for the purposes of this Order, is defined as allegations of retaliation that immediately threatens the person's health or safety.
- If the individual is alleging that the retaliatory act is an emergency, and to ensure that this grievance is properly processed, the BP-9 must clearly be marked "Kingdom Retaliation Emergency" and explain in writing the reason for filing it as an emergency.

**C. Direct Appeal to Regional Office**

- If an individual reasonably believes the issue is sensitive (defined as the person's health or safety would be placed in danger if the grievance became known at the institution), the individual may submit the allegation on the appropriate form (BP-10) directly to the

appropriate Regional Director, as provided in BOP's Program Statement 1330.14. *Administrative Remedy Program*, section 8 and 28 C.F.R. 542.14..

- The individual must clearly mark "Kingdom Retaliation Sensitive" on the sensitive remedy BP-10 and explain in writing the reason for filing the administrative remedy at the BP-10 level.

II. <u>BOP Responsibilities</u>

**A. Routine Remedy**

- For routine administrative remedies that allege retaliation but do not involve emergencies as defined above, BOP shall investigate and respond within 20 calendar days at the institution level in accordance with BOP Program Statement 1330.18, *Administrative Remedy Program*, section 12 and 28 C.F.R. § 542.18.
- If the time period for response is insufficient to make an appropriate decision, the time may be extended once by 20 calendar days at the institution level. 28 C.F.R. § 542.18.

**B. Emergency Remedy**

- If the Request is determined to be of an emergency nature which threatens the witness's immediate health or safety, the Warden will investigate and respond within three (3) calendar days after filing in accordance with BOP Program Statement 1330.18, *Administrative Remedy* Program, section 12 and 28 C.F.R. §542.18. If it is not determined to be of an emergency nature, the Request will be processed as a routine remedy.
- If the emergency grievance alleges that the individual has experienced sexual abuse, or is subject to a substantial risk of imminent sexual abuse, BOP shall immediately forward the grievance (or any portion thereof that alleges the sexual abuse or substantial risk of imminent sexual abuse) to a level of review at which immediate corrective action may be taken, shall provide an initial action response within 48 hours, and shall issue a final agency decision within five (5) calendar days in accordance with policy. BOP Program Statement 1330.18, *Administrative Remedy* Program, section 16; 28 C.F.R. § 115.52.

**C. Sensitive Appeals - Direct Appeal to Regional Office**

- If the direct appeal (BP-10) is properly filed as sensitive, the appeal will be investigated and responded to by the Regional Director within 30 days in accordance with BOP Program Statement 1330.18, *Administrative Remedy Program*, section 12 and 28 C.F.R. § 542.18..
- If the time period for response to a sensitive appeal is insufficient to make an appropriate decision, the time may be extended once by 30 days at the regional level. 28 C.F.R. § 542.18.

III. <u>BOP Internal Referrals</u>

**A. OIA Referral – Staff Misconduct**

- For remedies that involve allegations of retaliation and staff misconduct, the matter will be referred to the Office of Internal Affairs for an investigation and agency determination in accordance with BOP Program Statement 1210.26, *Office of Internal Affairs*. OIA will review and investigate complaints as expeditiously as possible and in accordance with policy.

**B. PREA Referrals – Imminent Sexual Abuse**

- If the class members allegations meet the criteria of a substantial risk of imminent sexual abuse, the request will be reported and receive expedited PREA processing in accordance with 28 C.F.R. Part 115.

IV. <u>Class member discipline</u>

- To ensure the orderly administration of BOP's facilities, BOP may discipline a class member for filing a grievance in bad faith, which is defined for the purposes of this Order as engaging in manipulative behavior in the filing of the grievance or providing false allegations in the grievance. Bad faith grievances will be considered by staff in accordance with the procedures and standards of the Inmate Discipline Program policy (Program Statement 5270.09).

**STAGE 2: GOOD-FAITH INFORMAL RESOLUTION BETWEEN COUNSEL**

The parties will make a good-faith effort to resolve the matter informally. Plaintiffs' counsel may notify Defendants' counsel about a pending allegation in advance of the individual receiving a response to prepare counsel for the possibility of proceeding to Stage 2. If the individual does not receive a response within the time allotted above for reply, the absence of a response will be considered to be a denial.

- <u>Step 1 - Plaintiffs' counsel's information request.</u> Before raising allegations of Retaliation with Defendants' counsel, Plaintiffs' counsel will take reasonable steps to assess the witness' allegations by inquiring about the substance of any relevant incident reports or the medical records if available to the class member. If Plaintiffs' counsel determines that there is further basis to pursue the allegations, Plaintiffs' counsel may request in writing from Defendants' counsel the relevant medical, disciplinary, and/or other records. The request must contain a general description of the allegations of retaliation, the name of the witness involved, and the date of the alleged incident.
- <u>Step 2 – BOP's document production.</u> Defense counsel will provide the relevant records to class counsel within seven (7) calendar days of class counsel's request.

- Step 3 – Plaintiffs' counsel's submission. Plaintiffs' counsel may opt to pursue the matter further and must submit in writing a notification to Defendants' counsel containing as much as possible of the following information:
    - Date and method of the witness's grievance and response, if any
    - Detailed description of the alleged retaliatory conduct (inclusive of the alleged Retaliation), including but not limited to a description of the incident and Retaliation, date and time of the incident and Retaliation, names of the officers or other staff involved to the extent that information is known, and names of any witnesses
    - Detailed description of the evidence that shows that the alleged Protected Activity is the cause of the retaliatory act, for example any information about how BOP personnel who are accused of retaliating knew about the Protected Activity or otherwise retaliated *because of* the Protected Activity
    - Evidentiary support for the factual contentions, and the steps taken by Plaintiffs' counsel to verify those contentions.

- Step 4 – Defendants' counsel's response. If the retaliation allegations concern an emergency as defined above (an immediate threat to the class member's health or safety), Counsel for Defendants have 5 business days to respond upon receipt of all of the above information. If the allegations do not involve an emergency, BOP has 14 calendar days to respond.

If Plaintiffs' counsel is dissatisfied with the response or has received no response as of the deadline, then Plaintiffs' counsel may seek relief from the Court.

**STAGE 3: RELIEF FROM THE COURT**

- Meet and confer. If class counsel decides to seek relief from the Court, they shall request a meet and confer with Defendants' counsel, unless the allegation involves a credible urgent threat of serious harm to the witness. If Defendants do not respond to a request for a meet and confer within one business day of a request involving an emergency, or three (3) business days for a non-emergency, Plaintiffs may then seek relief from the Court. The meet and confer must take place within one business day of Defendants' response, if the request involves an emergency, and within three (3) business days otherwise. If the parties meet and confer, then Plaintiffs shall allow BOP time to address and resolve the dispute before seeking relief from the Court: at least one (1) business day for emergencies and three (3) business days for non-emergencies.

- Emergency relief request. If Plaintiffs seek immediate relief from the Court without meeting and conferring because the allegation involves a credible urgent threat of serious harm to the witness, they shall summarize and detail that serious threat in any report to the Court.

- Optional joint status report. If the dispute remains unresolved after the above procedures, the parties may submit a joint status report to the Court summarizing the dispute, the efforts made to resolve it, and the respective positions of the parties.

REDACTED

REDACTED

TO: D.C. Court House
333 Constitution Ave
Washington, DC 20001

RE: ALISHA KINGDOM V. DONALD J. TRUMP
Case No. 1:25-cv-691-RCL

Dear clerk of Court:

Please find enclosed for your filing purposes the following documents:

*8: Letter to the courts
*8: Grievances filed with the BOP administration
*8: Copies of the letters of the protective order

I also request that I receive a response to this filing of these documents,≠? [redacted]

Respectfully: REDACTED

RECEIVED
MAILROOM
REDACTED
Angela D. Caesar, Clerk
U.S. District & Bankruptcy Courts
for the District of Columbia

333 Constitution Ave N.W.
Washington DC 20001

REDACTED

[redacted]

Legal Mail

4-29-26

DC District Courthouse
333 Constitution Ave, N.W.
Washington, DC 20001

**ATTACHMENT AA**

 Page 1

Clerk of Court and
Your Honor, Judge Royce C. Lamberth - My Name is [redacted]
• I Request A Contact of The Attourney or Firm of The Class Action Law-suit due to Staff Tampering With Mail by taking out the front Cover and Envelope page and Instead of A Mail Carrier giving it to Me A Lutenant [redacted] gave it to Me on A Sunday (?) Also even though they Knew of this I Continue being wronged. As of A Tuesday Feb. 24th I Was beat Up in A Cell by Inmate [redacted] and prior to this we told guards to Remove Me and he Stated "If they don't Move Me he'd put hands on Me." They Ignored US so he Started hitting Me and CO's Stood Watching doing Nothing and After they put in 2 OC's spray/Gas he Stopped then CO [redacted] Said "Is that All you got?" then he said "Oh You want More?" then Started striking My head & Back again. then they sprayed pepper two More times then After they pulled us out and did procedure they served Me & [redacted] a Shot stating we both were observed Striking each other in the face and Torso wich was [redacted] I was on My hands & Knees trying to Cover My head. DHO was told as well and I denied fighting and he put on My DHO Discipline Hearing that I "Neither Admits Nor Denies the Charges" And shows my Statment Wich is also Purgary. They've put Me in Situations over and over Violating My Safety & Security and others as well. They've Bribed Inmates to Cell up / Beat other Inmates and Mine was Violated 3 times, They Egged on Inmates Who said they'd kill themselves. an Inmate ([redacted] told them he'd kill himself they said "Go Ahead" he swallowed 50 pills and went to the Hospital, They've destroyed and Tampored with our Mail Multiple times. And A bunch More your Honor. They Continue to Deny / Refuse Me BP8 / Greviance forms & ToRT Claim (SF-95) forms and Now they're only giving Us one Envelope A Week and don't Sell Normal Envelopes on Commissary in the SHU. I am also A Transgender Inmute and they have Ignored My Requests to Medical Requesting Proper Blood Test to get My proper doses of Hormones So I Can

I only Got 5 pages and Some Got 8/9 Pages I Never got the Cover page or Envelope Page.

[redacted] RECEIVED MAILROOM

Continue to Transition as I should be. Ive sent Notices
about everything thats been going on since January 29th.
and longer before that to SIS, Psych's, (AW) [redacted] and
(AW [redacted] and (SPC-Special populations Cordinator) [redacted] Theyre
done so Much to Me and so Many other Inmates.
Theyre been Notified about the Court order + Writ but still
Completely Ignore it. I have Multiple witnesses Including my
friend Who's Also been treated Very badly [redacted]
along with [redacted] Whom was bribed by LT. [redacted]
to also beat Me up but when he seen who I was he didnt follow through.
Also Inmates [redacted] + [redacted] who was Celly's on [redacted] Cell
# [redacted] and witnessed the Co's watching [redacted] beat me up and
Antagonizing /egging on [redacted] and Also [redacted]
heard the whole thing, they were directly beside us at the time.
I fear of handing this let alone anything else to CO's because
they deliberatly throw almost everything Mail or Cop-outs away.
Everything that's happened to Me and Many other Inmates before
and After this court Order + writ is Violations of Safety + Security,
Cruel + Unusual Punishments, Hate Crimes (Transgender/sex offender Inmate),
Deliberate Indifferance, ET. AL. And All has (Intentionally by way of Conspiracy)
brought on by Lutenants + CO's of this facility
LT's [redacted] and [redacted] and CO's [redacted]
[redacted] ET. AL has all done us wrong and Violated
us in so many ways and All if Not Most work back in the SHU and
they also Refuse me Psych as well. I have PTSD, Bipolar, + ADHD and
they wont allow me treatment/help I need. I would be willing to also
Take A Truth of Cert(ainty)-Lie Detectors Test to show my Truth and if possible
Id like to eventually Take These CO's + Lutenants Mentioned to Court to
See that Justice is served to Any and All who do Wrong by the Law
even as Workers of Federal BOP facilities.

Thank you and Sincerelly, [redacted]

[redacted] Dear ~~[illegible]~~ Court Clerk and Hon. Royce C. Lamberth,

I'd also like to file charges against An Inmate ([redacted]) for Assault and A Hate Crime because I am A Transgender Inmate. And Id like to Also file A Law-Suit against Staff for Allowing it to happen and Agging on the Inmate to Continue.
I Claim Deliberate Indifferance against CO's of This facility. Lutenant [redacted] has Also Bribed Inmates and I do have Witnesses as well; to Beat Other Inmates Up and I do highly believe this was the Case as well. I am Undergoing An FBI Referal even though I Never fought back and was guarding My Back and My head the Whole time. All this happened as of 02/23/26 at 9:10 AM Wich is still Retaliation against Me and a Continuance of Ignoring your Court order & Writ.
Ive also been trying to get BP8 forms and Standard .95 ToRT forms Wich they Ignore and Deny Me wich also States in the Court order and Writ "Defendants are ORDERED that they and their Agents & Employees Shall take No Actions that Harass, Intimidate, Or OtherWise Retaliate against Witnesses who proVided or Will in the future provide the Court Information eithe Via oral testimony or written Statements" Also I Consider the top part Retaliation due to even after the fight because ever Since I Recieved on Sunday A copy of your Court order & Writ Retaliation began against me, 1st I was taken to the Lutenants office to Speak to SIS [redacted] While being questioned While LT [redacted] was in the office Wich he Should Not have been. I thought Id be safe After LT. [redacted] and SIS. LT [redacted] Read your order & writ BUT NOT SO! The Next day LT [redacted] pulled Me out of My Cell Starting to Discuss about ~~[illegible]~~ not writing officers and Staff of this facility, He told Me to just relax so I Can go back to the yard; I felt Intimidated. This evening LT [redacted] Told Me I'm Under FBI Investigation for fighting even though My Unit Manager Ms. [redacted] told Me I Was good to go back to the Yard. He also told Me to Stay away from My Celly whom they put Me With. My Celly [redacted] Wich is also Involved in ~~[illegible]~~ this Class Action Law-suit. I told them I was Safe to go back to the Yard and I Needed it because I'm Not Safe in the SHU and I am also trying to Program; I Stated this to Psych-Dr. [redacted] as Well and told her everything that Was going on along with telling her about The Court order & Writ along with everything that was on the Other letter I sent you along with this one. She looked Terrified and She Knew Nothing about any of it Wich goes to Show that your order & Writ was Not told fully to everyone as you Stated Within it.

We (Me + REDACTED) feel Something More is about to happen to Us! Can This (Court or your Honor) Provide Us both A letter we can keep on Us that will Protect Us with our Names on it. We both dont Know what else to do.
Can you please help Me and Allow Me to Press Charges against REDACTED and file a Law-Suit against Staff for Deliberate Indifferance as well?
2 letters are coming to You from me and my Celly whom is Blind and has Heart Problems REDACTED and both letters are coming from the same place, to you at the same time.

I and We Appreaciate Anything + Everything You Can do and I Very Much Appreate the Pages of the Court order + Writ you gave me.

Ps. Also want you to be Notified that all the Inmates & Transgenders back here in the SHU Says they Never Recieved this Court order + Writ paperwork.

Id Also like to Know what day, time, and from who was the Email Sent on A Sunday 03/01/26?
Also they Put Me on An FBI Refferal for the fight wich Confuses me as well even though SIS REDACTED told me Id be out on 03/03/26 but Im still here because they Keep Retaliating against me. No Reason they shouldve Put me on An FBI Refferal. Another Reason I want to Press Charges against Inmate REDACTED and file A law-Suit against Staff/Employees of this facility.

Sincerelly REDACTED

Thank You your Honor. Judge Royce C. Lambert

REDACTED [redacted]

REDACTED [redacted]




⇔69549-510⇔
Usa District Court Colu
333 Constitution AVE NW
Washington, DC 20001
United States

)691-RCL Document [redacted] (Court only)

AttN: HoN, Royce C. Lamberth
Case# 1:25-CV-00691-RCL

20001-283700

**ATTACHMENT BB**

## Motion Of Advisement Regarding Exhaustion

**Kingdom v Trump,** Number: 1:25-cv-691-RCL

**Comes Now,**

The plaintiff in the above styled case, to advise this Honorable Court, that the plaintiff has exhausted the Bureau's Administrative Remedy Procedure (ARP), pursuant to the PLRA.

As the plaintiff has explained in her Motion To Intervene before the court, of the Bureau's repeated past schemes to "thwart" federal prisoners from filing under CFR 28 §542.14(d)("5") which says "exceptions to Initial Filing at Institutions", and for reasons unknown, the Central Office/Office of General Counsel has rejected the BP-11 grievance. Under the "remarks" section of the rejection notice, no reason is given as to why the grievance was rejected. Also notice the (3) initials of unknown Bureau staff, that reviewed the grievance appeal. **(Exh 1:1-3)**

In re **ROSS,**

> Administrative remedies are considered "unavailable" if the administrative scheme is "so opaque that it becomes practically speaking, incapable of use" or if "prison administat ors thwart [to prevent or frustrate] inmates from taking advantage of a grievance process thru machination and or by misrepresentation or intimidation" or if the grievanceprocess "operates as a simple dead end-with officers unable or consistently unwilling to provide any relief to aggrieved inmates". **Ross v Blake,**(Citing id at 643-44) 578 U.S. 632, 136 S. Ct. 1850, 195 L.Ed. 2d 117 (2016)

The plaintiff believes she has fully exhausted the Administrative Remedy Procedure (ARP).

RECEIVED
Mailroom
[redacted]
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

**Accordingly,**

The plaintiff petitions the court to grant the relief as is stated in the Motion To Intervene & Motion For Injunctive Relief, filed before the court on [redacted]

The plaintiff prays the court to waive FRCP 24(c) as it pertains to FRCP 5. The plaintiff does not have access to all the parties mailing addresses.

**Respectfully Submitted,**

[redacted]

[redacted]

Date

**Orginal Document**

**Exhibit 2 of 1**

[redacted]

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: [redacted]

FROM: ADMINISTRATIVE REMEDY COORDINATOR
CENTRAL OFFICE

TO : [redacted]

FOR THE REASONS LISTED BELOW, THIS CENTRAL OFFICE APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.

REMEDY ID : 1243858-A2 CENTRAL OFFICE APPEAL
DATE RECEIVED : [redacted]
SUBJECT 1 : OTHER RECORDS MANAGEMENT
SUBJECT 2 : ADMINISTRATIVE REMEDY PROCEDURES
INCIDENT RPT NO:

REJECT REASON 1: SEE REMARKS.

REMARKS : PLEASE FOLLOW THE DIRECTIONS FROM REJECTION NOTICE
A1.

U.S. Department of Justice

1234

Federal Bureau of Prisons

**Central Office Administrative Remedy Appeal**

Exh 1:1of 3

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-229(13) and BP-230(13), including any attachments must be submitted with this appeal.

From: [redacted] LAST NAME, FIRST, MIDDLE INITIAL [redacted] REG. NO. [redacted] UNIT [redacted] INSTITUTION

**Part A - REASON FOR APPEAL** **Note:** I file this grievance based on CFR Title 28 §542.14(d)(5). This allows me to file the administrative remedy to Central Office, thus bypassing the warden and Regional Director, as they cannot resolve this issue at those levels. The issue grieved applies only to the Bureau's Central Office. (See Exhibit one attached)

I grieve the fact that federal inmates are not allowed real time daily access to newly updated federal caselaw. AS the Central Office is aware, Institutions receive a CD about every 30 days & to which contains the new caselaw. I very recently worked on a legal case for the Fifth Circuit & I had to "wait"over two months to gather old outdated caselaw in order to file my legal matter in federal court. Making inmates wait this long constitutes a denial of access to the courts, in violation of the 5th, 8th & 14th Admendments of the US Constitution. Irreparable injury as well as deliberate indifference applies. "Wifi" has been installed at prisons now & the BOP could easily set it up where inmates could review new federal caselaw within 24 hrs of being issued by the courts, instead of having to wait 30 days to review the caselaw. Also, on about [redacted], Trust Fund staff removed caselaw access from the living area computers in each bldg where inmates reside. Now we cannot access caselaw after hours & such inmates that are employed by Unicor & cannot visit the law library daily, now cannot access caselaw in their living quarters. This needs to be reinstated & a system set up for inmates to be able to access newly issued caselaw, not 30 days later. Thank you.

[redacted] DATE [redacted] SIGNATURE OF REQUESTER [redacted]

**Part B - RESPONSE**

Attached: §542.14(d)(5)

RECEIVED

[redacted]

Administrative Remedies
Federal Bureau of Prisons

DATE GENERAL COUNSEL

ORIGINAL: RETURN TO INMATE 1234 CASE NUMBER: [redacted]

**Part C - RECEIPT**

CASE NUMBER: ______

Return to: ______ LAST NAME, FIRST, MIDDLE INITIAL ______ REG. NO. ______ UNIT ______ INSTITUTION

SUBJECT: ______

DATE SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

UPN LVN PRINTED ON RECYCLED PAPER BP-231(13) JUNE 2002

**Code of Federal Regulations Title 28 §542.14(d)(5)**

(4) The inmate shall date and sign the Request and submit it to the institution staff member designated to receive such Requests (ordinarily a correctional counselor). CCC inmates may mail their Requests to the CCM.

**(d) Exceptions to Initial Filing at Institution.**

(1) Sensitive Issues. If the inmate reasonably believes the issue is sensitive and the inmate's safety or well-being would be placed in danger if the Request became known at the institution, the inmate may submit the Request directly to the appropriate Regional Director. The inmate shall clearly mark "Sensitive" upon the Request and explain, in writing, the reason for not submitting the Request at the institution. If the Regional Administrative Remedy Coordinator agrees that the Request is sensitive, the Request shall be accepted. Otherwise, the Request will not be accepted, and the inmate shall be advised in writing of that determination, without a return of the Request. The inmate may pursue the matter by submitting an Administrative Remedy Request locally to the Warden. The Warden shall allow a reasonable extension of time for such a resubmission.

(2) DHO Appeals. DHO appeals shall be submitted initially to the Regional Director for the region where the inmate is currently located.

(3) Control Unit Appeals. Appeals related to Executive Panel Reviews of Control Unit placement shall be submitted directly to the General Counsel.

(4) Controlled Housing Status Appeals. Appeals related to the Regional Director's review of controlled housing status placement may be filed directly with the General Counsel.

(5) Other requests for formal review of decisions not originating from the Warden. Other than the exceptions listed above, formal administrative remedy requests regarding initial decisions that did not originate with the Warden, or his/her staff, may be initially filed with the Bureau office which made the original decision, and appealed directly to the General Counsel.

**HISTORY:** [44 FR 62250, Oct. 29, 1979; 58 FR 58246, Oct. 29, 1993; 61 FR 86, 88, Jan. 2, 1996; 75 FR 34625, 34626, June 18, 2010]

**[EFFECTIVE DATE NOTE:**

75 FR 34625, 34626, June 18, 2010, added paragraph (d)(5), effective June 18, 2010.]



© 2025 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

[redacted]