**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **ALISHEA KINGDOM,** *et al.*,<br><br>*Plaintiffs,*<br><br>**v.**<br><br>**DONALD TRUMP,** *et al.*,<br><br>*Defendants.* | **Case No. 1:25-cv-691-RCL** |

**ORDER**

In light of the recent action by the Supreme Court denying Defendants' application for a stay, Trump v. Kingdom, No. 26-5236 (Oct. 21, 2026), it is hereby

**ORDERED** that class counsel **SHALL FORTHWITH** confer with opposing counsel and submit to the Court an updated proposed order directing notice of the operative preliminary injunction to all class members, as well as an updated proposed form of notice in English and Spanish. *See* ECF No. 156. Any opposition shall be filed by defense counsel within 24 hours thereafter.

**IT IS SO ORDERED.**

Date: 10.22.26

Royce C. Lamberth
United States District Judge