**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

ALISHEA KINGDOM, *et al.*, on behalf of herself and others similarly situated,

*Plaintiffs*,

v.

DONALD J. TRUMP, *et al.*,

*Defendants*.

Case No. 25-cv-00691

**NOTICE OF WITHDRAWAL**

The undersigned attorney, Michael Perloff, hereby withdraws from this case and shall no longer be associated as counsel of record for Plaintiffs in the above-captioned case. Plaintiffs remain represented by other counsel.

Dated: October 23, 2026

Respectfully Submitted,
*/s/ Michael Perloff*
Michael Perloff (D.C. Bar No. 1601047)
American Civil Liberties Union
Foundation of the District of Columbia
529 14th Street, Ste. 420
Washington, D.C. 20001
mperloff@acludc.org
(202) 457-0800