**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ALISHEA KINGDOM, et al.,<br><br>Plaintiffs<br><br>v.<br><br>DONALD J. TRUMP, et al.,<br><br>Defendants. | Case No. 1:25-cv-00691-RCL |

**DEFENDANTS' NOTICE OF COMPLIANCE**

Defendants, through counsel, in *Kingdom, et al. v. Trump, et al.*, No. 1:25-cv-691 (RCL), notify the Court that, in accordance with the Court's Order dated October 23, 2026 (ECF No. 270), Defendants have provided copies of the English and Spanish versions of the Class Notice to all class members, as of November 6, 2026.

Dated: November 13, 2026

Respectfully submitted,

JONATHAN D. GUYNN
Acting Assistant Attorney General

MARIANNE F. KIES
Assistant Branch Director

/s/ *Abigail Nusbaum*
ABIGAIL S. NUSBAUM
(FL Bar No. 1059558)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Phone: (202) 451-7304
E-mail: Abigail.S.Nusbaum@usdoj.gov

*Counsel for Defendants*