**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

ALISHEA KINGDOM, et al.,

Plaintiffs,

v.

DONALD J. TRUMP, et al.,

Defendants.

Case No. 1:25-cv-00691-RCL

**PLAINTIFFS' MOTION FOR RENEWED PRELIMINARY INJUNCTION**

Under Federal Rule of Civil Procedure 65 and Local Civil Rule 65.1, Plaintiffs respectfully move the Court to issue a renewed preliminary injunction ("PI") for a 90-day period from December 15, 2026, to March 15, 2027. Plaintiffs rely on the concurrently filed memorandum of points and authorities, and other documents filed in this action.

Undersigned counsel affirms Plaintiffs conferred with opposing counsel about this motion, as Local Civil Rule 7(m) requires. On November 16, 2026, Counsel for Defendants stated:

> Pursuant to Local Rule 7(m), Defendants oppose the relief sought in this motion, both as to the extension of the preliminary injunction and the stay under 5 U.S.C. 705, because the Federal Bureau of Prison's Program Statement 5260.01, *Management of Inmates with Gender Dysphoria*, is consistent with law and because the other preliminary injunction factors (irreparable harm and balance of the equities) also weigh in the government's favor. *See* ECF No. 186 (Defendants' response to Plaintiffs' preliminary injunction motion); ECF No. 187 (Defendants' motion for summary judgment); ECF No. 231 (Defendants' reply in support of motion for summary judgment). Furthermore, Defendants oppose the relief sought in this motion because the preliminary injunction goes further than necessary to correct the alleged harm, in violation of the Prison Litigation Reform Act. *See* ECF No. 186. Defendants do not plan on filing any further opposition.

*See* Declaration of Corene Kendrick, ¶ 3, Ex. 1.

Plaintiffs believe that a hearing is unnecessary, as the legal and factual issues are identical to those in Plaintiffs' previous motions for a preliminary injunction, ECF Nos. 179, 179-1, 240, 240-1. However, if the Court desires a hearing, Plaintiffs respectfully request that it be scheduled

on an expedited basis, as the current PI (ECF No. 242) expires on December 14, 2026.[1]

Dated: November 19, 2026

Respectfully submitted,

/s/ Corene T. Kendrick
Corene T. Kendrick (*pro hac vice*)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
425 California St., Ste. 700
San Francisco, CA 94104
Tel: 202-393-4930
ckendrick@aclu.org

Aditi Shah, D.C. Bar No. 90033136
ACLU FOUNDATION OF THE DISTRICT OF COLUMBIA
529 14th Street NW, Suite 420
Washington, D.C. 20045
Tel: 202-457-0800
ashah@acludc.org

Li Nowlin-Sohl (*pro hac vice*)
Leslie Cooper (*pro hac vice*)
Shana Knizhnik, DDC Bar ID 120840
James D. Esseks (*pro hac vice*)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
Tel: 212-549-2500
lnowlin-sohl@aclu.org
lcooper@aclu.org
sknizhnik@aclu.org
jesseks@aclu.org

David C. Fathi (*pro hac vice*) *
Maria V. Morris, D.C. Bar. No. 1697904
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
915 15th Street, N.W.
Washington, D.C. 20005
Tel: 202-393-4930
dfathi@aclu.org
mmorris@aclu.org
**Not admitted in D.C.; practice limited to federal courts.*

Shawn Thomas Meerkamper (*pro hac vice*)
Megan Z. F. Noor (*pro hac vice*)
Dale Melchert (*pro hac vice*)
TRANSGENDER LAW CENTER
P.O. Box 70976
Oakland, CA 94612
Tel: 510-587-9696
shawn@transgenderlawcenter.org
megan@transgenderlawcenter.org
dale@transgenderlawcenter.org

Lynly S. Egyes (*pro hac vice*)
TRANSGENDER LAW CENTER
594 Dean Street, Suite 11
Brooklyn, NY 11238
Tel: 510-587-9696
lynly@transgenderlawcenter.org

*Counsel for Plaintiff Class*

[1] If the Court does not rule before December 14, 2026, it may still renew the preliminary injunction to run for 90 days from the date of a new order's entry. *Alloway v. Hodge*, 72 F.App'x 812, 817 (10th Cir. 2003) (unpublished) (affirming renewal of injunction that expired months earlier); *see also Porretti v. Dzurenda*, Case No. 2:17-cv-01745-RFB-DJA, 2020 WL 6834234, at *1 (D. Nev. Aug. 31, 2020), *aff'd*, 11 F.4th 1037, 1052 (9th Cir. 2021).