**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

ALISHEA KINGDOM, et al.,

Plaintiffs,

v.

DONALD J. TRUMP, et al.,

Defendants.

Case No. 1:25-cv-00691-RCL

**DECLARATION OF CORENE T. KENDRICK IN SUPPORT OF PLAINTIFFS' MOTION FOR RENEWED PRELIMINARY INJUNCTION**

I, CORENE T. KENDRICK, DECLARE:

1. I am an attorney admitted to practice before the courts of the State of California and am admitted *pro hac vice* in this matter as counsel of record to Plaintiffs. I am deputy director of the National Prison Project of the American Civil Liberties Union Foundation.

2. On November 9, 2026, under Local Rule 7(m), my co-counsel Li Nowlin-Sohl emailed all counsel of record for Defendants for their position on Plaintiffs' motion to renew the June 17, 2026 preliminary injunction for another 90 days.

3. On November 16, 2026, Abigal Nusbaum, counsel for Defendants, responded that Defendants opposed the motion, stating:

> Pursuant to Local Rule 7(m), Defendants oppose the relief sought in this motion, both as to the extension of the preliminary injunction and the stay under 5 U.S.C. 705, because the Federal Bureau of Prison's Program Statement 5260.01, *Management of Inmates with Gender Dysphoria*, is consistent with law and because the other preliminary injunction factors (irreparable harm and balance of the equities) also weigh in the government's favor. *See* ECF No. 186 (Defendants' response to Plaintiffs' preliminary injunction motion); ECF No. 187 (Defendants' motion for summary judgment); ECF No. 231 (Defendants' reply in support of motion for summary judgment). Furthermore, Defendants oppose the relief sought in this motion because the preliminary injunction goes further than necessary to correct the alleged harm, in violation of the Prison Litigation Reform Act. *See* ECF No. 186. Defendants do not plan on filing any further opposition.

4. Attached hereto as **Exhibit 1** is a true and correct copy of the email exchange between counsel for the parties.

I declare under penalty of perjury that the foregoing is true and correct.

Executed November 19, 2026, at San Francisco, California.

*/s/ Corene T. Kendrick*
Corene T. Kendrick
*Attorney for Plaintiffs*

# EXHIBIT 1

**From:** Nusbaum, Abigail S (CIV)
**To:** Li Nowlin-Sohl; Littman, Jared (CIV); Layendecker, Elizabeth B (CIV); Chupp, Brooks M (CIV)
**Cc:** Corene Kendrick; David Fathi; Leslie Cooper; Shawn Meerkamper; ashah@acludc.org
**Subject:** RE: Kingdom: Motion for Renewed Preliminary Injunction
**Date:** Monday, November 16, 2026 9:40:45 AM
**Attachments:** image001.png

**This Message Is From an External Sender**
This message came from outside your organization.

Hi Li,

I hope you had a nice weekend. Following up on your email, Defendants oppose renewal of the preliminary injunction for the same reasons as they did previously:

Pursuant to Local Rule 7(m), Defendants oppose the relief sought in this motion, both as to the extension of the preliminary injunction and the stay under 5 U.S.C. 705, because the Federal Bureau of Prison's Program Statement 5260.01, *Management of Inmates with Gender Dysphoria*, is consistent with law and because the other preliminary injunction factors (irreparable harm and balance of the equities) also weigh in the government's favor. *See* ECF No. 186 (Defendants' response to Plaintiffs' preliminary injunction motion); ECF No. 187 (Defendants' motion for summary judgment); ECF No. 231 (Defendants' reply in support of motion for summary judgment). Furthermore, Defendants oppose the relief sought in this motion because the preliminary injunction goes further than necessary to correct the alleged harm, in violation of the Prison Litigation Reform Act. *See* ECF No. 186. Defendants do not plan on filing any further opposition.

Thank you,

**Abigail Nusbaum**
Trial Attorney
Federal Programs Branch
Civil Division, U.S. Department of Justice
T: 202-451-7304

---

**From:** Li Nowlin-Sohl <lnowlin-sohl@aclu.org>
**Sent:** Friday, November 13, 2026 6:30 PM
**To:** Nusbaum, Abigail S (CIV) <Abigail.S.Nusbaum@usdoj.gov>; Littman, Jared (CIV) <Jared.Littman2@usdoj.gov>; Layendecker, Elizabeth B (CIV) <Elizabeth.B.Layendecker@usdoj.gov>; Chupp, Brooks M (CIV) <Brooks.M.Chupp@usdoj.gov>
**Cc:** Corene Kendrick <ckendrick@aclu.org>; David Fathi <dfathi@aclu.org>; Leslie Cooper <LCOOPER@aclu.org>; Shawn Meerkamper <shawn@transgenderlawcenter.org>; ashah@acludc.org
**Subject:** [EXTERNAL] RE: Kingdom: Motion for Renewed Preliminary Injunction

The PI expires on December 14, so we plan to file with sufficient time for Defendants to file opposing briefs if necessary (Defendants have not in the past though) and for the court to issue an order. We plan to file early next week, so Monday should be fine.

Thank you for the follow up and have a good weekend,
Li

---

**From:** Nusbaum, Abigail S (CIV) <Abigail.S.Nusbaum@usdoj.gov>
**Sent:** Friday, November 13, 2026 3:28 PM
**To:** Li Nowlin-Sohl <lnowlin-sohl@aclu.org>; Littman, Jared (CIV) <Jared.Littman2@usdoj.gov>; Layendecker, Elizabeth B (CIV) <Elizabeth.B.Layendecker@usdoj.gov>; Chupp, Brooks M (CIV) <Brooks.M.Chupp@usdoj.gov>
**Cc:** Corene Kendrick <ckendrick@aclu.org>; David Fathi <dfathi@aclu.org>; Leslie Cooper <LCOOPER@aclu.org>; Shawn Meerkamper <shawn@transgenderlawcenter.org>; ashah@acludc.org
**Subject:** RE: Kingdom: Motion for Renewed Preliminary Injunction

Hi Li,

We can provide our position on Monday. And I apologize, I am new to the case. Would you be able to clarify when Plaintiffs' deadline to file is?

**Abigail Nusbaum**
Trial Attorney
Federal Programs Branch
Civil Division, U.S. Department of Justice
T: 202-451-7304

---

**From:** Li Nowlin-Sohl <lnowlin-sohl@aclu.org>
**Sent:** Friday, November 13, 2026 6:13 PM
**To:** Littman, Jared (CIV) <Jared.Littman2@usdoj.gov>; Layendecker, Elizabeth B (CIV) <Elizabeth.B.Layendecker@usdoj.gov>; Nusbaum, Abigail S (CIV) <Abigail.S.Nusbaum@usdoj.gov>; Chupp, Brooks M (CIV) <Brooks.M.Chupp@usdoj.gov>
**Cc:** Corene Kendrick <ckendrick@aclu.org>; David Fathi <dfathi@aclu.org>; Leslie Cooper <LCOOPER@aclu.org>; Shawn Meerkamper <shawn@transgenderlawcenter.org>; ashah@acludc.org
**Subject:** [EXTERNAL] RE: Kingdom: Motion for Renewed Preliminary Injunction

Jared,
I am following up on the below to see if Defendants have a position on the renewal of the preliminary injunction.

Li

---

**From:** Li Nowlin-Sohl
**Sent:** Monday, November 9, 2026 3:56 PM
**To:** Littman, Jared (CIV) <jared.littman2@usdoj.gov>; Layendecker, Elizabeth B (CIV) <elizabeth.b.layendecker@usdoj.gov>; Nusbaum, Abigail S (CIV) <abigail.s.nusbaum@usdoj.gov>; Chupp, Brooks M (CIV) <brooks.m.chupp@usdoj.gov>

**Cc:** Corene Kendrick <ckendrick@aclu.org>; David Fathi <dfathi@aclu.org>; Leslie Cooper <LCOOPER@aclu.org>; Shawn Meerkamper <shawn@transgenderlawcenter.org>; ashah@acludc.org
**Subject:** Kingdom: Motion for Renewed Preliminary Injunction

Jared,
Plaintiffs plan to file a motion to renew the preliminary injunction for another 90 days to run from December 15, 2026. Please let me know Defendants' position on this motion by close of business Wednesday so that we can report it to the Court pursuant to Local Rule 7(m).

Regards,
Li

**Li Nowlin-Sohl**
Pronouns: she, her, hers

Senior Staff Attorney
Jon L. Stryker and Slobodan Randjelović LGBTQ & HIV Project
American Civil Liberties Union Foundation
206-348-3163 | lnowlin-sohl@aclu.org

ACLU

*This message may contain information that is confidential or legally privileged. If you are not the intended recipient, please immediately advise the sender by reply email that this message has been inadvertently transmitted to you and delete this email from your system.*